

March 22, 2018

*Attorneys At Law*
Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Nicholas A. Romano
Caitlin M. Higgins
Christina S. Parker
Christopher J. Larrabee
Caitlin E. O'Neil
Trevor N. White
Sarah M. Washington

*Paralegals*
Curtis J. Ahrens, Jr.
John P. Kromer
Nancy Pelham, R.N.
Sara E. Lyons
Christine A. Trojan, R.N.
Katherine M. Grossberg
Margaret Dickey, R.N.
Julie Scott, L.P.N.
Lea Ann Wilczak, R.N.
Dianne M. Lysarz, R.N.
Suzanne M. Pieszak, R.N.

*Also admitted in
District of Columbia

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:    <u>United States v. Percoco, et al., 16 Cr. 776 (VEC)</u>

Dear Judge Caproni:

    On behalf of Kevin Schuler, we respectfully request that he be permitted to travel with his family to Orlando, Florida from March 24 to 29, 2018. Currently, Mr. Schuler's bail conditions restrict his travel to the State of New York. Mr. Schuler has been fully cooperative with Pre-Trial Services. USPO Ashley McNeal and AUSA Matthew Podolsky each consent to this request.

    Thank you in advance for your consideration.

                      Respectfully submitted,

                      /s/ *Terrence M. Connors*

                      Terrence M. Connors

cc:    Janis Echenberg, Robert Boone, Matthew Podolsky, David Zhou,
       Assistant United States Attorneys
       Ashley McNeal, United States Probation & Pre-Trial Services
       Officer

Application GRANTED.

SO ORDERED.

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE