# O'CONNELL ARONOWITZ

ATTORNEYS AT LAW

May 3, 2018

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **U.S. v. Kaloyeros, et al.**
                 **Case No. 1:16-cr-00776**

Dear Judge Caproni:

      It has come to our attention that Mr. Percoco has requested an adjournment of his sentencing scheduled for June 6, 2018. On behalf of Mr. Aiello, we join in his application but we would respectfully would ask that the sentencing be deferred until after our trial has concluded. As you know, our trial is scheduled to commence on June 11, 2018. Inevitably, the name *Percoco* will arise during this trial. Due to the massive amount of publicity that has been generated as a result of his conviction, the sentence will have an obviously detrimental impact upon Mr. Aiello if Mr. Percoco is sentenced during the course of our June trial. While we understand that the jury would be told that they cannot read newspapers or watch television, specifically with regard to the present case, that restriction would not apply to the *Percoco* sentencing.

      Moreover, if Mr. Percoco were sentenced during the course of the trial, it would be impossible not to draw a prejudicial link between his sentence/conviction and our ongoing trial. Thus, the unfair prejudice to Mr. Aiello would be profound and unbreakable. It appears that the proof in the June trial will last approximately five to six weeks, which would take the case into the middle of July and, of course, no one can possibly predict how long the jury may deliberate. In the last case it took nearly two weeks, thus magnifying potential prejudice even more if the *Percoco* sentencing were to take place while the jury was in fact deliberating. Accordingly, we respectfully ask that the *Percoco* sentencing be deferred until a date in August after out trial has concluded. Thank you for your consideration.

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEWIS A. ARONOWITZ
1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON
SCOTT W. ISEMAN
BRITTNAY M. McMAHON

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA

ELIZABETH A. CONNOLLY
CHAD A. JEROME
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.

{O0202383.1}    www.oalaw.com

Respectfully submitted,

O'CONNELL AND ARONOWITZ

By: */s/ Stephen R. Coffey*

    Stephen R. Coffey
    Scott W. Iseman

SRC:jss

cc:    All parties (via ECF)

{O0202383.1}