**MEMO ENDORSED**

 United States v. Kevin Schuler, S2 16 Cr. 776 (VEC)Podolsky, Matthew (USANYS) to: 'CaproniNYSDchambers@nysd.uscourts.gov' 05/18/2018 12:07 PM
Cc: "Nicholas_M_Axelrod@nysd.uscourts.gov", "Boone, Robert (USANYS) 1", "Zhou, David (USANYS)", "Terrence M. Connors", "Caitlin M. Higgins"
From: "Podolsky, Matthew (USANYS)" <Matthew.Podolsky@usdoj.gov>
To: "'CaproniNYSDchambers@nysd.uscourts.gov'" <CaproniNYSDchambers@nysd.uscourts.gov>
Cc: "Nicholas_M_Axelrod@nysd.uscourts.gov" <Nicholas_M_Axelrod@nysd.uscourts.gov>, "Boone, Robert (USANYS) 1" <Robert.Boone@usdoj.gov>, "Zhou, David (USANYS)" <David.Zhou@usdoj.gov>, "Terrence M. Connors" <tmc@connorsllp.com>, "Caitlin M. Higgins" <cmh@connorsllp.com>
History: This message has been replied to.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/18/2018
```

1 Attachment


Schuler Coop Agreement.pdf

Dear Judge Caproni,

In advance of the plea proceeding scheduled for this afternoon, please find attached a cooperation agreement between the parties.

Respectfully submitted,

Matthew Podolsky
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1947

It is HEREBY ORDERED that the Court will hold a change-of-plea hearing in respect of Mr. Schuler at 3:30 p.m. on May 18, 2018.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

5/18/2018