

**Consulting Group, Inc.**

## DR. GEORGE L. HARRIS

### Education
Dr. Harris holds a DBA — NOVA Southeastern University; a B.S. (Business Management) from Georgetown University; and an M.B.A. (Government Procurement and Materials Management) from George Washington University.

### General Experience
Dr. Harris specializes in the areas of procurement, materials management, lean management and quality systems. He has established ways for companies to evaluate their quality and lean effectiveness. He has performed consulting and training services for clients in the food, electronics, metal fabrication, financial services, oil/gas, mining, and capital equipment industries as well as for public sector clients. He is an expert in the sourcing of transportation- related products and services.

### Representative Consulting Experience
Since 1992, Dr. Harris has been involved in a wide variety of consulting and training projects, as represented below:

- Completed over 240 Triennial Reviews and over 120 Procurement System Reviews for Federal Transit Administration grantees across the country
- Conducted spend analysis and submitted recommendations for strategic sourcing for the Pennsylvania State System of Higher Education
- Developed and delivered training plan and curriculum for the Michigan Department of Transportation
- Conducted negotiations training for State of Arkansas
- Presented strategic sourcing recommendations to the Oregon Department of Human Services
- Conducted comprehensive process review for State of Georgia
- Completed over 500 strategic sourcing projects for clients resulting in over $1 Billion in savings.
- Conducted organizational studies for Johnson & Johnson, State of Oregon Department of Human Studies, City of Portland (OR), City of Sacramento (CA), Texas A&M University, Lone Star College, Pepsi, and others.
- Created a web-based self-assessment of procurement performance.
- Developed list of core competencies for supply management, then trained managers to review others performance along each dimension.
- Completed studies in eProcurement and IT systems and established the value added functionality of 29 software suppliers.



## Consulting Group, Inc.

- Created ten key performance measurements for clients and instituted policy deployment in procurement; developed and trained over 300 managers in implementing procurement objectives.
- Created tools to assess and establish total cost savings, functional headcount, key processes, risks, inventory stocking, and supply chain effectiveness.

Dr. Harris has written extensively on benchmarking, procurement systems, quality measurements, strategic direction setting and developing supplier partnerships to improve organizational performance. He spent five years as a senior consultant with Harbridge House, Inc., an international training and consulting firm, designing, developing, and delivering training programs for management and individual contributors.

Dr. Harris has also led supply chain audits of complex organizations in the private and public sectors that purchase capital items, construction, engineering, services, information technology, land and buildings, rolling stock, parts, raw material, semiconductors, and subsystems.