

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Alain Kaloyeros, et al.*, 16 Cr. 776 (VEC)

Dear Judge Caproni:

    In light of the Court's order dated May 22, 2018 (Docket No. 670), the Government writes to inform the Court that it does not have any objections to the proposed questionnaire for the June Trial.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

    By: /s/
    Robert Boone/ David Zhou/Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2208/2438/1947

cc:  Counsel for all defendants (via ECF)