USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2018

RECEIVED
JUN 4 2018
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

Arvin Ratra
86-29 Winchester Blvd.
Bellerose Manor, NY 11427

Federal Judge
Honorable Valerie E. Caproni
40 Foley Square
New York City, NY 10007

Governor of New York State
Andrew Cuomo
NYS Capital Building
Albany, NY 12224

President of the United States of America
Donald Trump
1600 Pennsylvania Avenue
Washington D.C 20500

05-09-2018 0840

### Re: Impact of Percoco's Crime on the Population, Society and the Future

Dear Federal Judge Valarie Caproni,

My name is Mr. Arvin Ratra, I am in the initial stages of investigating the impacts of external government offices, from the presidential office to the governor's office, but more generally federal state and local government impact of expansionary policy on the education at the University of Buffalo.

The Ciminelli Family has been doing construction work at the University of Buffalo for more than a decade, where they may be responsible for building part, or all of the Jacobs School of Management and the Jacobs School of Biomedicine. The Ciminelli Family may be coordinating corruptly with multiple office at the university including the past and present University of Buffalo Presidents and of course the Chair of the UB Counsel Jeremey Jacobs.

I have also sent letters to government officials regarding centralization of power at the University of Buffalo, control spending of federal and state money including the building of the Jacobs School of Management a protype building for the Jacobs School of Medicine creating an quarter of a billion dollar debt on the University of Buffalo weaken education in general

sacrificing money for administration, faculty and most importantly the overly in debt student body.

Jeremey Jacobs Chair of the UB Counsel a Billionaire who was appointed by former Governor Pataki has been at the helm of this University for two decades. Mr. Jacobs may be central part of the consolidation as offices and the education culture of corruption at the university of buffalo without drawing attention. The Jacobs School of Medicine was not needed because the entire south campus of the University has limited occupancy. I will continue to investigate my theories of consolidation of power, abnormal debt financing and financial kickbacks including campaign donations not to mention a debt bubble of 1.3 trillion dollars held by students in this nation as education cost needlessly grows, and business such as Jeremey Jacobs take abnormal advantages of government infrastructure and laws for corporate profit as corporate greed at the cost of actual student needs.

ARTICLES

1) News Release – Inspector General – Catherine Leahy Scott – Dennis Black
2) University of Buffalo - Spectrum
3) Percoco corruption conviction is a political blow for Cuomo.
4) University of Buffalo – Frank Ciminelli – Bio
5) Who is the New Leader of LPCiminelli

Article 1 is a news release by The New York State Inspector General to only a portion of discovered crimes that Dennis Black was involved in.

Article 2 is an opinion by a student reporter describing the injustice of Dennis Black sentencing and some consequences impacting the University of Buffalo student, faculty, and administrative body.

A Dennis Black was a provost, a corrupt provost that controlled multiple office that I interacted with in 2001 to 2005 as a student in the Department of Business and then Economics. Dennis Black governed many of the offices where I was attempting to receive services. After I claimed discrimination by the Office of Admission. Dennis Black and his under or over bosses used policy and procedure against me limiting my true academic performances, falsified charges, employing police officer at the university, and other employees, including student lawyers to create a preponderance of false paperwork against me. The police were run by Dennis Black, the Judicial Affair the Ombudsman was run by Dennis Black, the Office of Affirmative Action Equal Opportunity was run by Dennis Black, the whole university was working with Dennis Black, the underboss at the University of Buffalo. I forfeited all my rights as a student, as a human, leveraged with the hopes of earning a degree and obtaining a job as a graduate only to secum to pressures of Dennis Black powers. Dennis Black got away with a lot more than stealing funds from a University, or the people, he destroyed lives, and this must be accounted for, so the people he coerced with are also brought to justice and people who benefited pay a price.

The corruption did not stop at the University, I claimed kidnap and coercion back in 2005 with limited insight into government operations and procedure. A limited investigation may have been done both inside the University of Buffalo with the Office OF Affirmative Action and outside with limited information submitted by myself to a district attorney named Frank Clark now deceased, when complaining about the University kidnap and coercion or what I now call a "Code Red". I was attempting to claim discrimination and corruption by university offices as they swept my complaint under the "rug", using power and paperwork to hide my claims forcing me into the hospital forfeiting my education.

After the events at the university of buffalo "code red ", I feared for my life, I lived homeless, jailed, and then hospitalized, place in a conjugate care facility, till government recognized my temporary disability and then I returned home receiving better quality of care from my family, going to rehabilitation for 3 years, then return to education part time and graduating in 2014.

The corruption must stop, the criminal activities of senior government must be punished severely enough to impact long run action, not just create a short run adjustments or compensation. Judge Michalski may have given Dennis Black the underboss of the University of Buffalo a second chance without hearing my victim statement or the cries from the student body, only hearing Dennis Black's possible accomplices giving recommendations for leniency. These miscarriages of justice cannot be overlooked. The judicial branch must set an example, if senior official commit crimes they are setting a poor example on the entire population and cause lower major corruptions within the enterprise or institution, a burden on the people, creating imbalance and weakness on a nation and a general loss in faith within the population.

Best..

*[signature]*

Arvin Ratra
Economist
Pro Se Research Attorney
Future Law Student
Disability Advocate
National Athlete NJCAA
Brotherhood Award Winner

PS1: I have included a USB drive. Three videos files for your viewing.

1) The term "code red" is from the movie A Few Good Men, though this movie is fictional, unfortunately the story which it is based on, may be true. My personal "code red" did not occur on a military base, this occurred on the University of Buffalo campus. Dramatization "code Red" in a Few Good Men, and the reality "code red" a common goal to limit a whistle blowers complaint. The parallel can be drawn if given an opportunity to express myself perfectly.

2) A Yale Student, Lolade Siyonbola, had the ability to peacefully protest the incorrect use of police officer by the majority population where I could not. Lolade Siyonbola was singled out because she was a black female minority, Arvin Ratra was singled out because he was a brown male ultra-minority.

3) Diane Sawyer reports about the Student Loan Crisis, a 1.3 trillion dollars crisis and how governments across the nation are suffocating lives of educated students and future work forces. Without describing the video, The University of Buffalo can be a perfect example, a role model to **extinct abnormal expansionary policy** for government and curb spending reducing debt of government like the University of Buffalo, New York State and our future the student.

PS2 I was recently contacted by the Senator of New York Mr. Charles E. Schumer Office regarding the Privacy Act of 1974. I am presently attempting to read, comprehend and interpret the consequences of my release of information to preserve The Union of the United States of America and protect my rights at the same time. I hope you will join hands with me and fight corruption at all levels. Your time and consideration are greatly appreciated.



# NEWS RELEASE

From New York State Inspector General
## Catherine Leahy Scott

FOR IMMEDIATE RELEASE: Jan. 26, 2018
Contact John Milgrim: 518-474-1010

# FORMER TOP SUNY BUFFALO ADMINISTRATOR SENTENCED TO JAIL AND PAYS RESTITUTION FOR $320,000 THEFT OF STATE FUNDS

*Stolen Funds Were Used for Personal Trips, Parties, Broadway Shows and Unapproved Donations to Charities*

BUFFALO – New York State Inspector General Catherine Leahy Scott and Erie County District Attorney John J. Flynn today announced the sentencing of a former top administrator at the State University of New York at Buffalo ("SUNY Buffalo") for stealing more than $320,000 in State funds and using the money for fine dining and trips for family and friends, concerts, Broadway shows and unapproved charitable spending that he later claimed as personal tax deductions.

Dennis Black, 61, of Mt. Pleasant, South Carolina, the former Vice President of University Life Services at SUNY Buffalo, was sentenced today in State Supreme Court in Buffalo to five years of probation, a fine of $5000, and 2500 hours of community service for his previous guilty plea to Grand Larceny in the Second Degree and Offering a False Instrument for Filing in the First Degree, both felonies. He also has paid $320,000 in restitution, and $34,302 to the New York State Department of Tax and Finance.

An investigation by Inspector General Leahy Scott found that Black, who resigned from his role at the University in the summer of 2016 and moved to South Carolina during the pendency of the investigation, used his position at the university since at least 2007 to steal State money and spend it on personal travel, a social club membership, sporting and entertainment tickets, and to donate to charity in his own name, among other items. Black also took improper personal tax deductions against the stolen funds he gave to charities. The scheme involved his stealing money from an account administered and funded by the Faculty Student Association ("FSA"), a not-for-profit corporation that operates the food services and book stores at SUNY Buffalo. These funds were payments by FSA to SUNY Buffalo that Black improperly steered into this account rather than an official SUNY Buffalo-controlled account, thereby avoiding State financial controls.

"This former top SUNY Buffalo official succumbed to hubris and left a brazen series of crimes in his wake," said **Inspector General Leahy Scott**. "His actions desecrated the integrity of his position and violated the trust of student and the public which he was supposed to serve. I will continue to work closely with SUNY Central Administration in Albany to help ensure such actions are never repeated, and to use all the resources at my disposal to investigate and root out corrupt public employees. I thank District Attorney Flynn and his office for their outstanding partnership throughout this case."

"This should not be a situation where an individual steals public funds, pays it back and all is forgiven. Mr. Black abused his position of power to steal public dollars," said **District Attorney Flynn**. "This was not an isolated incident, it went on year after year, charge after charge, trip after trip. He used his well-paid public position to take funds intended for the university and its students, for his own benefit. On top of that he had the

nerve to write off on his taxes the donations he made to charity using the money he stole. As District Attorney it is my position that the sentence should include incarceration."

Black's personal use of the stolen funds included:

- Travel with his wife to Salt Lake City for their son's wedding, and personal travel to Denver, Florida, Washington D.C., Colorado Springs and Chicago, including airfare, lodging and meals.
- New York Yankees tickets.
- A total of $34,000 for personal dues and fees for the Buffalo Saturn Club, a social club.
- Tickets to a James Taylor concert, a Liza Minelli concert and Broadway shows.
- Nearly $11,500 for University Life Services staff parties at Buffalo Bison's Field.
- More than $3,300 for tickets to and in support of a performing Arts festival in Charleston, South Carolina, where he had a second home.

Black also used stolen funds for charitable contributions in his own name, and in some instances, took corresponding tax deductions to which he was not entitled. His improper charitable spending included:

- Using at least $75,000 in stolen State funds between 2008-2016 to support the Buffalo Philharmonic Orchestra (BPO), of which he was a former board member. His spending included more than $18,000 for tickets and dinners for himself and others, $5,000 for video and recording services and more than $15,000 in pledges in the name of himself and his wife.
- Using nearly $13,500 in stolen funds in 2013 for event tickets and campaign support when he chaired the United Way campaign.
- Donating stolen funds to support the "Barksgiving" campaign in Buffalo, a Thanksgiving event for dogs and their owners, as well as for contributions to the American Heart Association and the Christ the King Seminary.

In a related matter, Andrea Costantino, 48, of Depew, the former Director of Campus Living at SUNY Buffalo, was sentenced last month to a three-year conditional discharge and 250 hours of community service, and she paid the full $14,664 in restitution, for her similar thefts of State funds. Costantino, who worked for Black as Director of Campus Living and resigned from State service last summer, had access to a similar FSA funded account from which she stole these funds for personal expenses since 2013.

Inspector General Leahy Scott's investigation into the practices and policies at SUNY Buffalo, and regarding the use of funds intended for student activities, remains ongoing.

Inspector General Leahy Scott thanked SUNY Buffalo for their assistance with this investigation, and Erie County District Attorney John J. Flynn and his office for assisting with the investigation and for the prosecution of this matter.

###



THE INDEPENDENT STUDENT PUBLICATION OF THE UNIVERSITY

- 
- 
- 
- 
- OPINION
- 
- 
- 

# Dennis Black should go to prison

## Light sentence sends the wrong message

02/01/18 1:24am | By Editorial Board



By Ardi Digap / The Spectrum

Dennis Black got an insultingly light sentence — a mere $5,000 fine and five years probation although the former vice president admitted to stealing more than $300,000 from UB student and faculty funds.

State Supreme Court Justice John Michalski's Jan. 21 decision feels like a slap in the face. Black lied to us for years. He betrayed every integrity policy the university has. He left us angry that university administrators could be so negligent.

For months, we have harbored hope that he would be adequately punished. Again, we are disappointed.

Michalski told Black in court he thought he should serve at least a year in county jail, but the only sentencing options for Black's felonies are state prison or probation. Many of us know people who've

received prison sentences for crimes much less severe than Black's. The Buffalo man who burglarized UB dorms last fall got three and a half years in state prison.

Black — who made close to $300,000 a year — funneled our money into a private account. He paid for his son's bachelor party with our money. He bought concert tickets, went to Yankees games and took tax breaks on charitable donations he made with our money.

Those crimes are felonies. But they are also huge moral lapses that occurred over years, not in a single moment of recklessness or stupidity. Black relished his role as the face of UB. But beneath the veneer, he was calculating, conniving and deeply dishonest.

Black's attorney Brian Mahoney felt prison time would be too harsh given that Black has returned the $320,000 he stole and paid $14,664 to the New York State Taxation and Finance Department for falsifying tax returns. Plus, he argued, Black has no prior criminal record and received letters of support from dozens of people. *The Spectrum* was not able to obtain those letters.

We can't imagine which administrators and community leaders would write for Black. We know he was beloved and had deep roots at UB and in the community. But no acts of charity or small kindnesses he may have done make up for the treachery he knowingly perpetrated. Again, we are disappointed to imagine anyone in Buffalo could continue to support Black.

In addition to his probation, Black must 2,500 hours of community service. Mahoney argues this is sufficient. He insists the "public humiliation" Black has endured is punishment enough for his crimes. Again, we disagree.

Black has made a new life for himself in an upscale beach community in South Carolina. His life sounds pretty good to an average undergraduate with thousands of dollars in student loans and an uncertain future.

For Black, crime does appear to have paid.

It is easy to recover from public humiliation when you have the luxury of escaping to an upscale condo in a private beach community almost 800 miles from where your crime took place. And any humiliation suffered by Black is certainly deserved.

Michalski's sentence is beyond insufficient, and we are deeply disappointed in his decision.

Sections    (http://buffalonews.com/)

# The Buffalo News



Joseph Percoco, a former top aide and close friend of New York Gov. Andrew Cuomo, was found guilty of three of the charges he faced. (Stephanie Keith/New York Times file photo)

# Percoco corruption conviction is a political blow for Cuomo

By Tom Precious (http://buffalonews.com/author/tom_precious/) | Published March 13, 2018 | Updated March 14, 2018

f (HTTP://WWW.FACEBOOK.COM/SHARER.PHP)    (HTTPS://TWITTER.COM/INTENT/TWEET)    +

## News Center

Official UB news and information for the media

Contact Us

News Center > News Releases > Frank L. Ciminelli

# Frank L. Ciminelli

### Dr. Philip B. Wels Outstanding Service Award

By Barbara A. Byers

Release Date: March 28, 2011

Throughout Western New York, the Ciminelli name has become synonymous with quality, integrity and outstanding service, thanks to the hard work of Frank L. Ciminelli.

After graduating in 1954 from the Erie County Technical Institute, Ciminelli started his own residential construction business, and in 1960 expanded into general contracting work, taking on commercial and industrial projects. The Frank L. Ciminelli Construction Company was a reality.

Over the next two decades, Ciminelli diversified his growing business and entered into construction management, project consulting and full-service real estate development. Ciminelli Development Company Inc. was created as a means to implement comprehensive management of the development process, from site selection through tenant occupancy.

In June 1990, after a three-year commitment, Ciminelli graduated from the Harvard University Graduate School of Business Administration's Owner/President Management Program. He then formed the current iteration of his company, Ciminelli Properties LLC, of which he is CEO, which was created to oversee the company's vast holdings in New York, Florida and Canada.

Two Ciminelli sons, Louis and Paul, are carrying on the tradition and the family reputation. The construction company, now known as LP Ciminelli, is run by Louis, and the development company, Ciminelli Real Estate Corporation, is led by Paul.

The Ciminelli Companies Inc. generously assist numerous organizations, including the UB Foundation, Women and Children's Hospital of Buffalo, Junior Achievement, Buffalo Philharmonic Orchestra, American Cancer Society and Boys' Town of Italy. Ciminelli is also personally active as a member of the UB Foundation Board of Trustees, UB's Center for Entrepreneurial Leadership and the School of Management's Dean's Advisory Council.

He has been recognized numerous times for his achievements, with awards that include the School of Management's Niagara Frontier Executive of the Year Award, the Bishop's Medal in Support of Catholic Education, Medaille College's Entrepreneur of the Year Award and the Leukemia and Lymphoma Society of America's Service to Mankind Award.



Frank L. Ciminelli

Download Hi-Res (30 KB) [/content/dam/www/news/imported/hires/FrankCiminelli.jpg]

Meet Our Experts



Corrie Stone-Johnson
[/news/experts/corrie-stone-johnson-faculty-expert-school-reform.html]
**Associate Professor of Educational Leadership and Policy**

*Expertise:* school leadership, school reform, schools and communities, organizational culture of schools

**Phone:** 716-645-2471

**Email:** corriest@buffalo.edu
[mailto:corriest@buffalo.edu]



Marc Halfon
[/news/experts/marc-halfon-faculty-expert-genetic-engineering.html]
**Professor of Biochemistry**

*Expertise:* genetics; gene expression; gene drive; genome editing; mosquito genome; cell growth, differentiation and development

**Phone:** 716-829-3126

**Email:** mshalfon@buffalo.edu
[mailto:mshalfon@buffalo.edu]



Daniel Antonius
[/news/experts/daniel-antonius-faculty-expert-terrorism.html]
**Assistant Professor of Psychiatry**

*Expertise:* terrorism, violence, aggression, CTE and behavior, mental health and the legal system

**Phone:** 716-898-5290

**Email:** danielan@buffalo.edu
[mailto:danielan@buffalo.edu]

Sections (http://buffalonews.com/) 

# The Buffalo News



Frank L. Ciminelli II, son of construction executive Louis P. Ciminelli, is leaving LPCiminelli to devote himself to a construction management firm he started in August. (Submitted photo)

# Who is the new leader of LPCiminelli?

By David Robinson (http://buffalonews.com/author/david_robinson/) | Published February 6, 2017 | Updated February 7, 2017