

June 15, 2018

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:** *United States v. Kaloyeros, et al.*, **S2 16 Cr. 776 (VEC)**

Dear Judge Caproni:

    We represent Steven Aiello in the above matter and jointly submit this letter with Mr. Gerardi. In response to the Court's request for draft jury instructions, please note that we are joining in the submissions by our codefendants, (Doc. No 730 and Doc. No. 731 ) that were filed earlier today.

    Thank you for your attention to this matter.

                  Very truly yours,

                  O'CONNELL AND ARONOWITZ

                  By:    */S/ Stephen R. Coffey*

                         Stephen R. Coffey
                         Scott W. Iseman

cc:    All parties via ECF

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON
SCOTT W. ISEMAN
BRITTNAY M. McMAHON

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA

ELIZABETH A. CONNOLLY
CHAD A. JEROME
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

HOLLY E. VEGAS*
*(DIRECTOR, HEALTHCARE CONSULTING GROUP)*

*NOT A MEMBER OF THE LEGAL PRACTICE

{O0211233.1}