# BRACEWELL

June 29, 2018

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Ciminelli, S2 16 Cr. 776 (VEC)</u>

Dear Judge Caproni:

      We would ask that you add the attached instruction to Mr. Ciminelli's proposed "defense theory" instruction.

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Partner


      Spencer Durland
      Hodgson Russ LLP

PS/SD:wr
Enclosure

**Paul Shechtman**
**Partner**

T: +1.212.508.6107       F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com       bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC
#5736205.1

Supplemental Request to Charge

The charges in this case require proof that Mr. Ciminelli "secretly tailored" the Buffalo RFP or aided Dr. Kaloyeros to "secretly tailor" the RFP, so that LPCiminelli would be favored to win in the selection process for the contract. Evidence that Mr. Ciminelli received a draft RFP ahead of time (i.e., before its formal release date), is not sufficient to prove the charges.

#5736213.1