USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2018

16-CR-776

July 20, 2018

Robert F. Kirchner



Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am a regular citizen who has been following the Percoco, Kaloyeros, etc. corruption trials and noted a report in today's Times Union that you have been receiving leniency requests involving Joseph Percoco, and perhaps others.

I am writing to urge you to show no leniency in these cases. Public corruption is an insidious crime that has wide ranging impacts throughout the country. Resources squandered are those which increase our debt burdens and reduce funding to worthwhile public service needs. Further, investigating corruption and proving guilt in a court of law is very difficult and costly. With this in mind, the best protection against corruption is fear that, if caught, offenders will receive a harsh penalty.

The Times Union report includes some description of the justifications being made in the leniency requests involving Mr. Percoco. Justifications such as "He has already suffered enough", "He's a great guy", and "He's a hard-workingman who never took anything from someone unless he earned it" are not persuasive to me. In particular, the very definition of corruption involves soliciting inappropriate benefits. Also, any "family man" or "punishment to the family" type arguments should be viewed skeptically because a "low show" job for his wife was one of the elements of the case.

In the Percoco case, as well as other corruption cases, I urge you to lean toward the maximum penalties permissible by law including prison time and restitution. I do not make this request out of malice but out of concern that our hard-working, tax-paying populace deserves an honest government.

Thank you for your service and for your attention to my suggestions.

Sincerely,

Robert F. Kirchner