```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2018

16-CR-776
```

| | |
|---|---|
| From: | "Mary Beth Sbaraglia" |
| To: | <caproninysdchambers@nysd.uscourts.gov> |
| Date: | 07/23/2018 08:45 PM |
| Subject: | RE:Corruption |

Dear Judge Caproni:

   There are still unanswered questions in the minds.  Why the other partners of Cor Development were not
Indicted?  Lou Aiello, Jeff Aiello, Paul Joynt, Joe Campanino brother-in-law to Jeff Aiello. All Cors contracts went
To Lan-co Companies, all their subsideries and all Cors subsidiaries. They have like 25 different companies.  It all went back  to all of the owners and their families.

   I've done work for Cor as a Wbe,  Dbe, since 1998 day one and they paid me in 365 days later every time.  If I asked for money they were rotten and ruthless.  Then they threw me off.  When I spoke to Fort Schuyler they said Cors owners were rotten and ruthless to all of them.

   LP Ciminelli on state projects were rotten and ruthless.  They said I wasn't a real company and wouldn't do business with me.  I Started my Company with $800 and have worked 34 years 7 days a week to get where I am.  When LP Ciminelli worked in Syracuse he didn't pay the people and stuck them all.

   Each year on the state project,  Cor on Christmas Eve would call and threaten to pull my work.

   I ask you your Honor to impose the longest sentence, jail term and fines you can.  These people have been rotten and ruthless to all of us.  Please send a message.

   Thank You

   Sincerely,

   Mary Beth Balio Sbaraglia niece to Judge John P Balio
   MS Unlimited Inc