USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/2018

16-CR-776



July 25, 2018

**FEDERAL EXPRESS**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY  10007

Re:     *Steven F. Aiello*

Dear Judge Caproni:

I am writing to offer my perspective on the type of person, husband and father that I know Steven F. Aiello to be.  I have the utmost respect for the judicial system that we have here in the United States and, in particular, the jury system in criminal matters.  My intent is not to comment or question the verdicts of the two juries in Steven F. Aiello's recent cases.  Rather, I want to offer a perspective on Mr. Aiello as a human being for consideration in his sentencing.

I first met Steve Aiello over twenty-five (25) years ago after having the blessing of having his brother, Father Lou Aiello, baptize my eldest son.  Since that time I have observed the kind of man he is from many different perspectives and in many different contexts.

I believe the real test of all of us as people is how we treat those around us, especially those who are less fortunate than we are.  I also think you can tell so much about what is in a man's heart from the way he carries himself.  Even though Steve Aiello is a visible public figure here in Central New York, I have never once seen him treat another person with anything less than respect and dignity, regardless of who that person might be.

I have never seen him act arrogantly or boastful.  Rather, he has always been thankful for the gifts he has.  Steve Aiello has created opportunities in Central New York for hundreds of people that never would have had them but for his hard work and willingness to help others.  That is not to say that Steve and his family have not benefitted financially from his efforts, but he was always motivated by something much deeper than that; making our community a better place.

Hon. Valerie E. Caproni
July 25, 2018
Page 2

We live in a world where we all see and hear many disconcerting things on a daily basis. I can't tell you the number of times I have seen and heard Steve emphasizing the importance of being a faithful father and husband. That is what first comes to mind when I think of Steve Aiello; his family. The second thing that comes to mind is the way he treats others regardless of who they are and his willingness to try to help anyone less fortunate than himself.

I can't imagine the complexity of presiding over the two trials that Mr. Aiello has been involved in, given the many different players and moving parts of both trials, and your Honor now has a decision to make about what sentence would be appropriate and fair given the decision of the jury and the facts which your Honor heard in both cases. My hope is that you had the opportunity during both of the trials to see these characteristics in Steve and that those characteristics shed some meaningful light on the decision you are making about his future.

Thank you for the opportunity to provide you with my perspective.

Very truly yours,

Peter J. Hogan

PJH/kak