USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2018

16-CR-776

| | |
|---|---|
| From: | ilovewildlife |
| To: | "CaproniNYSDChambers@nysd.uscourts.gov" <CaproniNYSDChambers@nysd.uscourts.gov> |
| Date: | 07/26/2018 10:44 AM |
| Subject: | Percoco Sentencing |

Dear Honorable Caproni:

Attached please find my letter regarding the sentencing hearing of Joseph Caproni, August 10, 2018.

Respectfully,

Debra Slattery



Sent with ProtonMail Secure Email. Letter to Judge Caproni re Percoco sentencing.docx

July 25, 2018

John and Debra Slattery

████████████████

████████████████

Honorable Valerie Caproni

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

Re:   United States v Joseph Percoco, et al

Case No.: 16-cr-00776

Dear Honorable Caproni:

We are writing to you regarding the sentencing in the above-referenced matter. We won't talk about the facts of the case, as you presided over it and know them. We wish to talk to you about the victims of the crimes of Joseph Percoco: us, our family and tens of thousands of community members who are directly impacted by the CPV Power Plant which his corruption brought to our community.

We have been fighting against this for nearly six years and we have the extensive scientific and medical research on the harms that this power plant will do to us. The risk is great that many, many people, especially our children, will be susceptible to the toxins that will come out of the smoke stacks. We live in a valley, surrounded by mountains. The fine particulate matter coming daily from the stacks will settle in our valley, on our children's playgrounds, on our soil, poisoning our food supply, on our gardens- everywhere. The emissions contain toluene, benzene and other known carcinogens. Benzene causes Acute Myeloid Leukemia (AML). This type of cancer is unforgiving. We know because our brother-in-law died from it on May 8, 2015 after being exposed to it in his place of employment. Nine months later, his boss died from the same AML. The miles upon miles of fracked gas pipelines will definitely poison our wells; which the majority of people in our community depended upon for access to our water.

Percoco's crimes extend far beyond losing the trust of the people of New York, particularly Orange County. His crimes deemed an entire community expendable, as we

have more than 374,000 people who live here. Our son, back in late January when the CPV Power Plant fired up for the first time using diesel fuel, broke out in hives around both of his eyes. We had to give him Benadryl to counteract it. That was the first time that ever happened to him. We finally made the correlation after his third outbreak of hives, that the CPV Power Plant was the cause. Every time CPV fires up, he breaks out in hives and we have to give him Benadryl. We cannot live this way, and it will only get worse when the fracked gas pipelines are hooked up, which is going to be in the next couple of weeks.

We ask Your Honor to give Joseph Percoco the sentencing, above 60 months, because his crimes against our community has sentenced us to forty years of toxic air, water, soil and the potential of a catastrophic explosion which would spew toxic ammonia in our air. The only evacuation plan in place is to "shelter in place" which is posted on the Town of Wawayanda's (where we live) website. His denial of the facts and his lack of remorse for his crimes suggest that he would do it again if the opportunity arose.

Thank you for your attention and your every consideration.

Sincerely,

John and Debra Slattery

Directly Impacted Residents of Percoco and CPV Crimes