# BRACEWELL

August 3, 2018

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Ciminelli, S2 16 Cr. 776 (VEC)</u>

Dear Judge Caproni:

      At the close of the government's evidence, the Court reserved decision on Mr. Ciminelli's motion for a judgment of acquittal under Fed. Rule Crim. Pro. 29. We now renew our motion for the reasons stated at the time. <u>See</u> Tr. 2015-2022; 2123-24.

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Partner


      Spencer Durland
      Hodgson Russ LLP

PS/SD:wr

**Paul Shechtman**
**Partner**

T: +1.212.508.6107      F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com      bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC
#5756163.1