# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

August 9, 2018

**Via CM-ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. Alain Kaloyeros, et al.,* No. S2 16 Cr. 776 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

      We represent Joseph Gerardi in the above-referenced matter. At the close of the government's case, the Court reserved decision on Mr. Gerardi's motion for a judgment of acquittal on all counts against him under Federal Rule of Criminal Procedure 29. Mr. Gerardi renews his motion for a judgment of acquittal for the reasons stated at the time, including that the government failed to prove the elements of the charged offenses beyond a reasonable doubt, and failed to establish venue in the Southern District of New York by a preponderance of the evidence. Mr. Gerardi also continues to adopt the arguments made by his co-defendants, to the extent they pertain to him.

      Thank you for your attention to this matter.

      Very truly yours,

      WALDEN MACHT AND HARAN

      By:   */s/ Milton L. Williams*

           Milton L. Williams
           Avni P. Patel
           Jacob Gardener

cc:    all parties, via ECF

1