O'CONNELL   ARONOWITZ

ATTORNEYS AT LAW

August 9, 2018

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEWIS A. ARONOWITZ
1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON
SCOTT W. ISEMAN
BRITTNAY M. McMAHON

>      Re: *United States v. Kaloyeros, et al.,* S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

       As you of course know, we represent Steven Aiello in the above matter. At the
close of the government's case, the Court reserved decision on Mr. Aiello's motion for
a judgment of acquittal on all counts against Mr. Aiello under Federal Rule of
Criminal Procedure 29(a).  Pursuant to Rule 29(c), Mr. Aiello renews his motion for a
judgment of acquittal, because the evidence was insufficient to establish beyond a
reasonable doubt the elements of the offenses charged against him, and because the
government failed to establish venue in the Southern District of New York by a
preponderance of the evidence.  Mr. Aiello also joins his co-defendants' motions to
dismiss, to the extent relevant to him.

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA

       Thank you for your attention to this matter.

                        Very truly yours,

                        O'CONNELL AND ARONOWITZ

                        By:

                        Stephen R. Coffey
                        Pamela N. Nichols
                        Scott W. Iseman

ELIZABETH A. CONNOLLY
CHAD A. JEROME
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

HOLLY E. VEGAS*
*(DIRECTOR, HEALTHCARE
CONSULTING GROUP)*

*NOT A MEMBER OF THE
LEGAL PRACTICE

cc:      All parties via ECF

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
*SERVICE BY FAX NOT ACCEPTED.*

*With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.*

{O0211233.1}                www.oalaw.com