# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

September 13, 2018

**Via CM-ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Alain Kaloyeros, et al.,* No. S2 16 Cr. 776 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

    We represent Joseph Gerardi in the above-referenced matter. We write to request that Mr. Gerardi's October 15, 2018 sentencing be adjourned in order to allow him additional time to compile and present information necessary for inclusion in the U.S. Probation Office's Presentence Investigation Report. We respectfully request that the Court adjourn sentencing to December, ideally December 4, 5, 6, 11, 12, or 13.

    We have conferred with the Government and it does not object to this request.

    Thank you for your attention to this matter.

    Very truly yours,

    WALDEN MACHT AND HARAN

    By:   */s/ Milton L. Williams*

        Milton L. Williams
        Avni P. Patel
        Jacob Gardener

cc:    all parties, via ECF