# BRACEWELL

September 13, 2018

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     United States v. Ciminelli, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

I write to request an adjournment of Louis Ciminelli's sentence, which is now scheduled for October 17, 2018. Additional time would allow me to provide more information to the Probation Office and to prepare a better sentencing submission for the Court. An adjournment of three weeks should be sufficient. I have spoken to the government (AUSA Matthew Podolsky), and it has no objection to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

PS:wr

**Paul Shechtman**
**Partner**

T: +1.212.508.6107     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com     bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC
#5782351.1