# Appendix A

# ROSALIE G. CIMINELLI

August 27, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Dear Judge Caproni:

My name is Rosalie G. Ciminelli.  I am Louis P. Ciminelli's mother.  He is my first born, and he spent the majority of his career, from a young age, working for the family business, The Frank L. Ciminelli Construction Company.

When my husband decided to create a development company, he sold his existing construction company to our son Louis.  Louis expanded the business to the Western New York Region and beyond, and renamed the business LP Ciminelli Construction Company (LPC).  LPC was considered one of the largest and most successful companies in WNY, employing over 200 full time people, as well as many subcontractors.

Louis has always been a very generous but humble executive who gave his time and money to many philanthropic organizations, including the Buffalo Philharmonic Orchestra,  the Albright Know Art Gallery, the Burchfield Penney Art Gallery, the University of Buffalo and its Foundation, and many more too numerous to mention.  Many of these donations of time and money were never publically discussed; Louis did these out of the goodness of his heart.  My husband and I always instilled in our children the need to give thanks and give back to the community, without notoriety.  Louis exemplified these traits.

I respectfully ask for your consideration of leniency for my son, Louis P. Ciminelli, who has been convicted of a felony.

Thank you for your consideration for my son.

Sincerely yours,

Rosalie G. Ciminelli

Ann Louise Ciminelli ◆77 Gates Circle◆Buffalo, NY 14214◆ (716) 998-2132

September 6, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni,

My name is Ann Louise Ciminelli and I am Louis's second wife. I met Louis after he was already divorced for twelve years and we have been married for 23 years. What I have always respected about Louis right from the start was that he was a good father and his children were his first priority. He was respectful to his parents and mine and has been a good husband to me.

I can sit here and write to you about all the wonderful and philanthropic things Louis has done for the city of Buffalo. NY and the many boards that he sits on, but I would rather tell you about the man I know and love. Here are just two examples of Louis's compassion and good nature that have meant the world to me.

My father, who was a retired Niagara Falls fireman, was entering an assisted living facility after my mother's passing in 2009. He was a father of seven and we didn't have much. The expenses were more than he could afford. Louis stepped in and made sure that my father was taken care of. It took the burden off my brothers and sisters that were raising families of their own. He truly wanted the best for his father in law and the best for his family.

Secondly, amongst his widely know philanthropic work, there are the many little acts that go unknown except to those of us that know him well. This past Christmas, I had gone to the Salvation Army to adopt a family. When I asked a little boy what he would like for Christmas, his response was, "a pillow". That evening I had told Louis about the Salvation Army and the little boy. He had asked how many people were housed in their shelter. There were 77. 77 beds for families to stay together through hard times. Within a few days, 77 pillows, sheet sets, blankets and towels arrived at the Salvation Army shelter. He had also gathered support from LPCiminelli employees and they hosted a donation drive for the holiday season. He has always been a generous man and his generosity is contagious to those around him.

Louis is a decent, compassionate and generous person. Louis loves Buffalo, NY and he has always tried his best to take care of his family, friends and our community. Louis said to me, "Sometimes the Lord puts people in your path that need help for a reason."

I know Louis has been convicted of a felony. I hope you can find it in your heart Judge Caproni, to have leniency when sentencing him.

I thank you for taking the time to read this letter.

Sincerely,

Ann Louise Ciminelli

August 27, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Matt Ciminelli. I am the thirty-five year old son of Louis Ciminelli, who as you know has been convicted of two felonies and is currently awaiting sentencing. As a brief bio, I have lived in the Buffalo area for most of my life. I am primarily educated by Catholic schools in our area (a rather common phenomenon here). I also graduated from the University of Utah with a Master of Real Estate Development degree. I currently work as a Development Project Manager for my uncle Paul at Ciminelli Real Estate Corporation.

Knowing my father Louis and seeing his work in society for my entire life, I am utterly baffled by his conviction. The accusation and result are entirely inconsistent with everything I know of him. There is no living man who I am more proud to know; and I am truly blessed for being guided by such wonderful person.

My father has always taught and stressed to his children the importance of being virtuous and performing good deeds.

While other eight-year old kids were gifted Nintendo video games for their birthdays, I was given *The Book of Virtues: A Treasury of Great Moral Stories* by William J. Bennett. Right there, he was telling me that life is not all about fun and games, even as I was just a young child. Rather, that a meaningful life is one full of service and simply just doing the right thing.

I am pretty sure that book was the very first gift I ever received from my father. Not receiving gifts was not a punishment. We knew it was part of his wanting to communicate to us and instill in us important family values: earning, hard work, not having a sense of entitlement, not taking the easy road. I cannot even tell you how many times I heard the word "earning" while growing up (and to this very day). It was very much an education in our family history. Our

family came from nothing and only got to its financial freedom from years and decades of taking financial risk, working long hours, and never resting on your laurels. It was from my father that I first heard the phrase, "You're only as good as your last project."

In 2005, with my father Louis as the conductor (and, really, with him as the role model we were mostly describing), my family drafted a Ciminelli Family Mission Statement, Ciminelli Family Core Values, and Ciminelli Family Covenant. Within them are the following values and virtues, amongst others:

- Be noble in our decisions and grand in our pursuits, taking on endeavors that will drive the greater good for our family, our businesses, our communities, and ourselves.

- We as a family will actively participate in, and give back to, the communities in which we live and work. The significance of perpetuating the wealth of the family will be diminished if our communities do not thrive, as well.

- Integrity = Competence + Honesty

As you can see, we understand the importance of community, family, generosity, work ethic, vision for the future (leaving behind a positive legacy), and morality.

An illustration of my father's generosity is his development of the residential community called Highland Park. He purchased a rundown, empty plaza in one of the worst neighborhoods of our city, where no developer had made any investments in nearly a half-century. And he is spending his own cash, without a loan, constructing new high-quality affordable apartments and homes. He is hoping to turn around the neighborhood's fortunes and continue this trend across the East Side of Buffalo. Financially speaking, the project is probably unwise… but this commitment is his desire.

Another wonderful trait of my father is his modesty. Not once did he come home from work and announce at the dinner table that his company had just won the bid for the next large project in Western New York or abroad. We would find out when reading it in the newspaper.

Nor did he ever tell us when he was personally honored, like in 2007 when he received the Niagara Frontier Executive of the Year award.

Nor did he tell us when his company won prestigious industry recognition, such as its seven Build New York awards or its sole Build America award.

Along the same vein, he would never tell us when he donated large sums of money to a foundation, a school, or a charity. If I ever found out about any of my dad's donations, it was because one of my school teachers or friends' parents mentioned it to me (usually embarrassingly in front of other students and friends).

Louis is not an easy person to have as your father. His standards of conduct are sky-high and unwavering… and he expects no less from us. He often told us (just as his father told him), "Don't worry about being the biggest; just be the best." Maybe that is why I love and respect him so much: I will never even come close to filling his shoes. He attracts the highest respect wherever he goes. Several of my friends down the years have independently told me, "Your dad's the man," and I always knew they meant it from their minds and hearts.

Your Honor, I must humbly ask you to exercise extreme leniency in your sentencing of my father Louis.

There is absolutely no doubt that the stress of these charges has cost him his Health and what will be years off his life. He already has a terminal punishment.

Please do not take him from us any sooner.

God Bless You,

Matt Ciminelli

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007


August 26, 2018


Dear Your Honor:

I am writing to you on behalf of my father, Louis Ciminelli, who has been convicted of felony charges and will be sentenced October 17th. I am hopeful this letter provides better insight into his character, his life, and his impact on our family.

My father grew up in a working class family with six children. To help my grandfather's business, he often worked after school instead of playing sports or hanging out with friends. It was a difficult upbringing, but it made him the strong and successful man he became.

Since my grandfather has passed, my father became the humble patriarch of our large family. He is sought for support and guidance on questions of ethics, business, and general life choices, not only among his children, but among his siblings, nephews, aunts and uncles, friends.

He has this role, not only because he is the eldest son, but because he is a man of principle and vision. When you seek advice from my father, in return, you receive something that is insightful, wise, and inspired. He doesn't just answer the question at hand, but helps you to uncover the deeper "why", sometimes face your deeper fears or challenges.

He has consistently challenged me to expand my mind, broaden my dreams and face any obstacle along my path. As a parent of two young children myself (Evan, age four; Isla, age one), I now reflect upon how difficult it must have been at times to encourage such independence, when in my case, it meant traveling the world, and moving cross-country on my own as a young person.

> On a high school Spring Break, my father brought us on a road trip to experience his favorite spots in California (we grew up in Buffalo), and to visit a beautiful winery, that having grown up with a religious education, I could only describe as Eden. I now live north of San Francisco and work at a winery. I moved here without a job 15 years ago, just after the dot com bust, with a couple suitcases and a few thousand dollars of my own savings. I did it because it was my dream. And, because I had the emotional support from my father to do it, against the odds.

> In college, my father asked us to strongly consider study abroad to be exposed to new cultures, ideas and people. I spent a summer in Rome, and a semester traveling on a ship around the world. I learned how to be a global citizen on that incredible journey, and my insights have influenced others' I have touched.

While benefiting from my dad's generous support of our education, enrichment, and the philanthropic causes my brothers' and I cared about through our Family Foundation, we have

otherwise made our own way. My father has always wanted us to benefit from the learning, confidence and respect of achieving our own success. He props us up, and challenges us, he doesn't help us do it.

Still today, if ever I need encouragement, or to see a new path forward, I call my father. He reminds me that anything is possible. I told him recently that his greatest life lesson is resilience. He is truly the eternal optimist. Despite the events that have destroyed the company he and my grandfather worked to build over their lifetimes, and a chronic illness, he seems to wake up every day with a positive outlook toward the future. He recently told me his secret. He said, "Every day I find something to be optimistic about."

As you may know, my father has Multiple Myeloma, and his prognosis is just approximately five years. With so little time, I ask for leniency in sentencing, so my young children can have the benefit of knowing something more about their grandfather, who they should be so very proud of.

I will tell them about our family covenant, and how he encouraged us to pursue, and committed to support, supported and served so many charitable organizations, and so generously helped us to do the same; the thousands of people he employed; the building awards received; and for decades, how Buffalo benefited from his passion to improve the city's cultural, architectural and, historical assets. But in the end, if he goes away, they will never benefit from the invaluable influence and inspiration that has touched me, and so many others, so profoundly.

Thank you for your consideration, and for taking the time to read this letter.

Sincerely,

Nina Ciminelli



November 9, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing to you regarding the impending sentencing of my father, Louis Ciminelli.

I am my father's oldest son.  He and my mother divorced when I was nine.  He worked so hard in those years that he was often away from home.  Still, I learned from him about the importance of holding oneself to the highest standard and treating people fairly and respectfully.  I learned from his example.

When I graduated college, I knew I wanted to work in the construction industry but my father made it clear that I had to earn my stripes elsewhere.  Just because our family name was on the company door did not mean I could walk in and hold sway.  I worked in Washington, D.C., while I earned my Master's degree, and in Cincinnati before I came home.  I gained an enormous amount from the experience.

I worked for LPCiminelli for 17 years.  During that period, we went from a Buffalo-based general contractor known for excellence in cast-in-place concrete work to a regional leader in all facets of construction project delivery.  People wanted to work for us.  Owners and contractors looked forward to working with us.  We succeeded because of our competence, our talented employees, our willingness to take on the most complex projects, and our adherence to best-in-class practices. People knew we could be trusted.

No doubt others will write about my father's leadership in supporting and promoting the importance of western New York's cultural institutions, but I should add a word.  The quality of a city's life includes its cultural assets.  Due in large part to my father's leadership over the past two decades, Buffalo has received considerable notoriety for its thriving cultural institutions, which have become a major driver for tourism.  As you probably know, some businesses feed off their community like parasites.  Other business leaders talk about how it is in a company's enlightened self-interest to support local initiatives.  My father is truly unique in the degree he backed up those words with his actions.

My father also believed in the Chinese proverb that if you "teach a man to fish you feed him for a lifetime."  It has been a theme behind his charitable giving.  There are no better examples than his leadership and support of Buffalo Prep and Say Yes Buffalo.  Both organizations make their impact by focusing on how children learn; they focus on the entire educational ecosystem.

When sentencing my father, I hope you will give weight to the impact this case has already had on him.  His health condition, while treatable, is not curable.  There is no doubt in my mind that the strain of this case catalyzed its aggressive nature.  Similarly, his once respected company has been

destroyed.  Its loss removes an enormous component of who my father is; no different than enduring the death of a loved one.  These punishments are real and will never go away.

I ask you to exercise leniency in your sentence so my father can continue his positive influences on his family and the community around him.

Thank you in advance for your thoughtful consideration.

Frank Louis Ciminelli II

July 29, 2018


Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Dear Judge Caproni:

My name is Susan Ciminelli. Louis Ciminelli is my older brother by 15 months. We grew up as a close family in Buffalo, NY. Our family has 4 boys and 2 girls. My father Frank would always make us read the book "The Power of Positive Thinking" by Norman Vincent Peale, every year throughout grammar school and high school. My father wanted our family to have the right ethics and attitude towards life and work.
I channeled that energy into being a pioneer in holistic health and beauty for the last 40 years and became world renown in my industry. I have been written up in several top publications world wide from the NY Times to major beauty magazines such as Harper's Bazaar, Vogue, Time, etc.

Louis has always been a great older brother, protecting and guiding me and our siblings from harm growing up. He was always our role model. I understand he has been convicted of a crime. Even in the face of adversity, he turned to prayer to get him through this. I encouraged him to pray the novena to St. Theresa of Lisieux. He began to say the novena every single day for weeks before and during the trial. He did not pray for a particular outcome, which really shocked me. He prayed for you, the prosecutors and the jury to serve God's will as God sees fit, even though the outcome may not be in his favor. In spite of the verdict, it was still a shock and surprise to everyone. Louis never gave up hope and his faith continues to strengthen. I love him so much and continue to pray for him and all involved.

My parents raised us to work very hard and to be selfless in our service to others. Louis always prided himself in giving back to the community. He even implemented a program in Buffalo that taught a trade such as plumbing, carpentry etc. to the underprivileged so they would have pride in their lives, make a good living supporting themselves and their families. My father grew up the youngest of 12 in a very poor family. When my father became successful, he made sure we were not spoiled. He made us work every single day off from school either for his company or around the house. Louis, in particular, was a very hard worker. Instead of my father handing over his company to my brother Louis when the time was right, he sold it to Louis at a very high price. Through hard work, Louis overcame the odds and turned the company into a success. He was a source of pride for our family, not because of his net worth, but because of his work ethic and his selfless service to the community.

Thank you, Jude Caproni, for taking the time to read my letter.

With gratitude,

Susan Ciminelli
Founder
917-837-7933

August 7, 2018

Honorable Valerie E. Caproni
United Stated District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

I am writing this letter on behalf of my brother, Louis Ciminelli.  Because I understand
that he has been recently convicted of a felony.  So, the purpose of this letter is to allow
me to express to you my feelings regarding my brother.  And, of course, to ask you to
consider leniency regarding this matter.

My name is Gary Ciminelli.  I turned sixty this past March and am the third oldest sibling
in the Ciminelli family.  Where Louis is the oldest sibling of six.  He is my older brother by
two years.  So, I have known him my entire life.

I was the first in our family to graduate from college.  This was because Louis, in more
ways than he knows, motivated me to do so.  I even went to the same college as he did.
Where I graduated with a B. S. in Electrical Engineering from Clarkson University –
Potsdam, NY in 1984.  At that time, I realized that my BSEE degree gave me my
independence.  So, I decided not to work in the family business.  Because I wanted to gain
outside experience in the high-tech world of telecommunications.  Then afterwards, my
plan was to go back to the family business and share the tribal knowledge I had gained.
But after a pretty successful career in high-tech, somewhat regretfully, I decided not to
go back.

We all started working at a very young age.  I believe that I was about eight at the time.
So, whenever we were not in school, we had to work.  Because, at an early age, our
father wanted to instill and ingrain in us good working habits and ethics.  This included
dependability and integrity.  Because our father always taught us that with the later, a
person's word or hand shake was their bond.

Louis and I had your typical sibling rivalries.  I remember, in the early days, I would follow
him around without him knowing it.  Living in Buffalo, NY at the time, I could even follow

his foot prints in the snow.  Even though I knew he really didn't want his younger brother around, I would just show up anyway.  Because, being my older brother, he was my mentor.  I don't even think he realized that I idolized him.  He taught me a great deal.

But what really impressed me the most was how he grew the family business, mainly in Western NY, and his commitment the city of Buffalo.  He truly believed in a future for Buffalo.  Through his generous philanthropic efforts and this compassion, he did a great deal for the city and surrounding communities.  Such as the revitalization of the Kleinhans Music Hall.  The home of the Buffalo Philharmonic Orchestra.

He also believed in his employees.  This past July, I was back in the WNY area to celebrate our mom's 85th birthday. This happened to coincide with a local event called "Rock the Barn".  It's an annual concert in the town of Clarence, NY, where we grew up.  It also happened to coincide with Louis's 45th (Class of '73) high school reunion.  So, there were a lot of his old high school friends at the concert.  So, while I was there, many of them came up to me to express how much Louis has done for the WNY area.  In particular, this one girl, who actually graduated with my Class of '77, came up to me crying to express how much she loved working for him and how much he has done for her during her 30-year tenure at LP Ciminelli.

So, Your Honor, I just ask of you again, to please consider leniency regarding this conviction.

Thank you...

Sincerely,

Gary Ciminelli

John A. Ciminelli
110 Leroy Ave
Buffalo, NY 14214
(716) 866-5276

September 7, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni,

I am John Ciminelli, Lou's younger brother. I am a Senior Vice President at LPCiminelli (Lou's construction company). I have been in the family business for over forty years. Our family business was started by our father over 55 years ago. We have grown both a construction and real estate business in western New York and have been a pillar of the community for decades.

I personally have worked for different divisions of the family business throughout my career.  My brothers and I spent many years of our early careers working in the field on job sites learning the construction industry and the value of a hard day's work. We were not pampered because of our last name or because of our father owning the business. If anything, we had to work harder and smarter than the next person because that was always demanded of us. Our peers in the industry, our friends and our family knew this and respected us and our family because of it.

After spending 20+ years with the real estate division of the family business I decided to join Lou and get back involved with construction. Ten years ago, I became the President and COO of GPS construction, a company owned by Lou. That company in later years was folded into LPCiminelli where I became a Senior Vice President.

Our business is very competitive by nature and at times to a fault. What attracted me to becoming part of Lou's team was how they do business.  We are not a hard-bid contractor that bids jobs in hopes of being the low bidder. At times these jobs are won and lost by the contractor that might have made the biggest mistake on bid day. We are a company that wants to create value for our customers, become the resource our customer needs for their project and use our knowledge and resources to add value and create a successful project for all involved. This comes from a few of the values taught to us by our father. He always taught us to "create don't compete" create value, create an opportunity, if it's been done before find a better way to do it. Our father always lived his life always wanting to be the best not the biggest. And we all learned that if you always strive to be the best and always do the right thing you will be successful regardless of how big or small you are.

I have known my brother all my life obviously and I have the utmost respect for him and the business he has created. Lou took a company started by our father and grew it to become a nationally ranked construction company that has employed thousands of people and in some cases three generations of a family. He has always instilled the values of honesty and integrity in all levels of the business. Believe me it ran deep, from the tradesmen in the field to the highest-ranking executives in the office everyone knew that the Ciminelli way was to do the best job you can and to treat other as you would like to be treated yourself.

John A. Ciminelli
110 Leroy Ave
Buffalo, NY 14214
(716) 866-5276

I could go on and on about Lou our family and our family business. In fact, a book was written about our father, how he started and what he and our family business has become. I have followed this process with Lou from the day it began and to think for a minute that a man that grew an empire into something that has meant so much to so many could possibly be found guilty of a crime.

Not surprisingly, the press and the media have been filled with negativity but the people that really know us and have done business with us over the years know better. There would be no surprise to the construction community of western New York, and much relief, if you were to show leniency with your sentencing of Lou.

Sincerely,

John A. Ciminelli



Summit

**Sotheby's**
INTERNATIONAL REALTY

Mary Ciminelli
Realtor

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

My name is Mary Ciminelli. I am Louis Ciminelli's youngest sibling. I have obviously known Louis my entire life. I've always looked up to my brother. He was the oldest of six children and the sibling that never got in to any trouble. A straight laced teenager, athletic, smart , treated me well and I just knew he would be a success.

When Louis was younger, he worked for my father. I also worked in my father's office every summer and holiday. We were raised to have a strong work ethic and to have integrity. Those were the two most important traits my father instilled in us. Louis exemplified both. He understood in order to be a success, he needed to work hard and be honest. He had goals to grow the family business and accomplish that goal by being the best at what he did, the best customer service, the most efficient, the best quality work and to treat his employees fairly.  Just like he was raised.

Louis has always been generous. He has given to multiple non-profit organizations throughout our community. He believed in more than just writing a check. He got involved to make sure these organizations could continue to prosper. He felt it was his civic duty to give back to the community. Just like he was raised.

Our age spread made me the perfect babysitter for his children. They too were raised to be ethical and hard working. They too are successful. Never resting on their laurels. They are exemplary humans and beautiful parents themselves.

My brother was always there for my parents. As my father aged and was stricken with ALS, Louis was there for support for him and my mother.  He was a pillar of strength and continues to be for our whole family. He is the best big brother I could wish for.

I understand that Louis has been convicted of a felony. As I write to you I still can not believe it to be true. It's not his character. I should know. I am asking you for leniency. Please.

Sincerely,

Mary Ciminelli



July 30, 2018

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

BUFFALO
PHILHARMONIC
ORCHESTRA
SOCIETY, INC.
OFFICERS
Stephen T. Swift, *Chair*
Angelo Fatta, *Vice Chair*
John Yurtchuk, *Vice Chair*
James Beardi, *Treasurer*
Scott Stenclik, *Secretary*

BOARD OF TRUSTEES
Cindy Abbott Letro
Karen Arrison
Douglas Bean
Jonathan Borden †
Janz Castelo †
Arthur Cryer
Peter Eliopoulos
Warren J. Emblidge Jr.
Don Gibson*
Amy Habib Rittling
Mark Hodges †
Monte Hoffman †
Martha Hyde
William Keefer
William Maggio
Martha Malkiewicz †
Alex Montante
Allan C. Ripley*
Diana Sachs †
Kelly Schultz
Robin G. Schulze, PhD
Roger Simon
Karen Sperrazza
Dan Sweeley †
Gary Szakmary
Michal Wadsworth
John Zak*
Cynthia Zane
* ex-officio
† musician representatives

JoAnn Falletta, *Music Director*
Daniel Hart, *Executive Director*

Dear Judge Caproni,

I very respectfully write to you to express my support for Louis Ciminelli. I understand that Lou has been convicted of a felony, and I wanted to share my personal knowledge of him, and to express my respect and admiration of the Lou that I have known for nineteen years.

I am the music director of the Buffalo Philharmonic Orchestra, and have been able to make great artistic progress with our orchestra largely through the continuing support of Louis Ciminelli. Lou is a great lover of music and the arts, and his generosity and caring stewardship of our organization has helped us transform the orchestra into a financially healthy organization. I am not speaking only of monetary support, which has been considerable, but more of Lou's absolute devotion to be present for us, and his commitment to guide, shape and advise us. He has always been available for meetings and board events, unselfishly allocating to us any time that we needed. Lou was personally responsible for creating and funding a completely new series of concerts- BPO NATION- which was designed to reach out to people who had not yet discovered classical music by combining it with creative collaborations with rock and pop artists. His vision was a great success- we have attracted many new symphony lovers to our hall through these alternative and fascinating concerts. Lou has also shown great friendship and compassion to all of our musicians, reaching out to them and helping in any way possible. Many of them have been to his home and have been welcomed as respected artists and friends, and Lou was always happy to assist them personally in any way he could. His love of the arts is considerable, but he has also supported countless other organizations as well. His generosity is astonishing, and most of his help has been given quietly and without fanfare of any kind. I believe that the main reason Lou has devoted so much energy to the welfare of the arts in Buffalo, is his overwhelming love of his city and region, and the people who live here. He has been a major force in helping to rebuild what was a depressed rust-belt city into a future that is bright with growth and hope. Lou deeply cares for Buffalo, and Buffalo and the region deeply love him in return.

Lou is a gentle and quiet man, and is actually quite shy. He worked hard to be able to speak comfortably in public about the Buffalo Philharmonic in his years as chairman of our board, and his honesty and devotion always shine through in his words, which are heartfelt and true. Lou is a man of personal decency, compassion, integrity and generosity to his family, friends, business associates and city.

The musicians of the Buffalo Philharmonic and I love and respect Lou dearly. Please allow us to offer our heartfelt plea for leniency in his sentencing.

Thank you, Your Honor, for reading this letter.

Respectfully,

JoAnn Falletta

JoAnn Falletta
Music Director, Buffalo Philharmonic Orchestra

BUFFALO PHILHARMONIC ORCHESTRA

786 Delaware Avenue, Buffalo, New York 14209 • Phone (716) 885 0331 • Fax (716) 885 9372 • Ticket Services (716) 885 5000 • (800) 390 4562 • bpo.org


**Albright-Knox
Art Gallery**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

We write to you on behalf of Louis Ciminelli whose prosecution and conviction we
have followed in the press over the past 18 months.

We know Lou well in the context of his service, over many years, to the Buffalo
community and particularly to the Albright-Knox Art Gallery. One of us (Janne Sirén)
is the Director of the Albright-Knox; the other (Tom Hyde) served with Lou Ciminelli
on the Albright-Knox Board for seven years and was, from 2012 to 2016, the
President of the Board.

Please allow us to introduce ourselves in slightly more detail.

I, Janne Sirén, am an art historian by training. I completed my PhD at NYU in 2001
and between 2000 and 2004 taught in Jerusalem as an assistant professor of art
history at the Hebrew University before returning to my native Finland where I
served as director of two if its leading museums. Since 2013, I have worked as
Director of the Albright-Knox Art Gallery, which is the sixth oldest art museum in the
United States and is globally recognized as a leading museum of modern and
contemporary art. I live in Buffalo with my wife and our three children (ages 8, 11,
and 14).

I, Thomas Hyde, have practiced law in Buffalo since 1992 and am now partially
retired. Full disclosure: my firm, Hodgson Russ LLP, has represented the Ciminelli
company and Lou personally, though I have had no role whatever in either
representation. My concentration has been in tax law. I came to the law late—after
an academic career teaching literature at Yale, where I was an assistant and
associate professor of English from 1978 to 1989 and, in 1988-89, Associate Dean of
the undergraduate college.

We know Lou Ciminelli mostly, but not only, from his service on the Albright-Knox
Board of Directors from 2009 until 2017 when he resigned following his indictment.
From the beginning, Lou was an exemplary board member—diligent, thoughtful,
generous. He cared deeply for the Albright-Knox and its future, but his broader
commitment was and is to the quality of life in Buffalo, his hometown. He believes
that Buffalo's cultural organizations contribute crucially to its vitality, and he acted on
that belief, perhaps chiefly in his commitment to the Buffalo Philharmonic Orchestra,
but also importantly to the Albright-Knox.



**Albright-Knox**
**Art Gallery**

In 2013, Louis was one of the first Albright-Knox board members to articulate a strategic vision of the need and the opportunity to renew its facilities and broaden its outreach with an architecturally significant expansion. As Chair of the committee in charge of this process, he selflessly brought his expertise to bear in stewarding the museum through a complex search process that included more than 50 architects from around the world. Lou has the ability to listen attentively and respectfully to the opinions of others, and he was always eager to learn new things—about museum operations, about contemporary art, about life in general. He was extraordinarily generous with his financial resources. He has given generously each year to support the museum's regular operations and was among the earliest donors to make a pledge to the capital campaign for the expansion project. As a committee chair, Lou's leadership style was leadership by example, not leadership by command. He made the resources of his company—the knowhow of architects and engineers—available without charge when the Albright-Knox needed expertise concerning its existing buildings or plans for new ones. After stepping off the board in 2017, Lou has not wavered in his generosity—even in the face of great personal calamity. That's the way he is: passionate about the well-being of Buffalo and its cultural life.

Apart from our work with Lou at the Albright-Knox, we both have shared meals with him along with our families and know him as a good person who cares deeply about his fellow citizens as well as art, culture, and his hometown, to whose recent renaissance he has significantly contributed. We have never detected in Louis signs of avarice or envy or anger. We have on many occasions witnessed his humility, kindness, patience and sense of justice.

Based on all that we know of and about him through our institutional and personal interactions, we hope that you will see fit to lean toward leniency in deciding Lou Ciminelli's sentence.

Sincerely yours,

Janne Sirén
Peggy Pierce Elfvin Director
Albright-Knox Art Gallery

Thomas Hyde
Board Member and former Board President
Albright-Knox Art Gallery

# Alphonso ONeil-White

65 Brantwood Road• Amherst, NY 14226• Phone: 7168634604 •

October 22, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  Louis Ciminelli

Dear Judge Caproni,

I recently retired as President & CEO of BlueCross BlueShield of Western New York. One of my key leadership principles was that it is as important to do good as it is to do well; consequently, I was fully engaged in trying to help improve our community, and I encouraged and supported our employees in doing the same.  I realized, over time, that unfortunately, few other CEO's shared my leadership principle, in this respect.  Louis Ciminelli was a shinning exception.

While, I was acquainted with Louis Ciminelli prior to becoming President & CEO, I got to know him more closely as I become more directly involved in community improvement efforts.  For some business leaders I encountered, providing financial support was the extent of their involvement.  Lou, on the other hand, also would take up the particular cause, make it his own, and become a strong advocate.  His participation in and support of, what I view as one of Buffalo's most significant community initiatives in recent memory, is an excellent example of this.  I was privileged to be on the ground floor of trying to implement an initiative to improve the graduation rates of Buffalo public school students.  I now serve as Chair of the Say Yes Buffalo Scholarship Fund and Co-Chair of its Community Leadership Council.

The graduation rates had languished far behind for decades and the school system was viewed as dysfunctional and a drag on economic development.  The Say Yes Buffalo initiative seeks to improve, not only high school graduation rates but also post secondary completion rates, by providing guaranteed college tuition and "wrap around supports" for students.  In addition to his financial support, Lou became one of our most articulate advocates and was instrumental in rallying the broader business community in support.  Business community support proved to be pivotal in getting this initiative moving forward.  The program today has been a resounding success, helping to dramatically increase graduation rates, increased post secondary matriculation and persistence.  Moreover, this system, over all, is now viewed more favorably. Say Yes Buffalo is just one of several programs that have benefited significantly from Lou's participation and support.  I can safely say that he was a difference-maker and has made a lasting impact in all of them.

I have known Lou for many years.  In addition to being a person of high personal integrity, he was passionate and compassionate about his community. While we were shocked and saddened about his felony conviction, we cannot help but uphold the positive work he has done for our community and the impact he has had on the lives of our young people.

Sincerely,

Alphonso O'Neil-White



# WNED
# WBFO
**Buffalo·Toronto**

Horizons Plaza
140 Lower Terrace
Buffalo, New York 14202
716.845.7001
Fax: 716.845.7089
Email: dboswell@wned.org
**wned.org**

**Donald K. Boswell**

President and
Chief Executive Officer

September 14, 2018

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

Dear Judge Caproni,

My name is Donald Boswell, and I have been in public broadcasting for over 50 years. I have just finished my term as Chair of PBS, which has been the most rewarding experience in my career. I am proud of my 5 National Emmys and seeing our station WBFO named as the best radio station in New York State by the Associated Press (AP) for the last 7 years.

I have known Louis Ciminelli for the past 18 years. In my interactions, I have always found Louis to be a kind, smart, generous, publicly spirited man and most importantly a decent individual. He has made many important contributions to Western New York and the State of New York.

I've had the opportunity to work with Louis Ciminelli in several settings in my professional capacity as the President of a public television and public radio stations. (WNED-TV/FM, WBFO-FM)

As businessmen we worked on several important key city issues to solve public problems in education, healthcare, job force development, the arts and the development of young people in poor neighborhoods. In each of these settings, I found Louis to be a decent, hard-working, community spirited man. He is a man of intellect and creative thinking on many important matters.

I believe Louis' accomplishments throughout his career surpass what most individuals can accomplish in a lifetime. In addition, Louis has impacted countless people and I am proud to say I am one of many.

Permit me a story. When I graduated from high school my Dad gave me three bottles of wine. He said that I should give a bottle to the three individuals that were a major impact in my life. The first bottle I gave to Joe Paterno. I went to Penn State to play football but left the team due to injuries. Joe told me I still had my scholarship and made sure I was focused in and out of the classroom. It wasn't until years later that I learned he had paid for my graduate education at Penn State. I gave the second bottle to

Lou made one of my biggest wishes come true by helping to fund a television studio that can produce the type of programming for broadcast and theater that a majority of PBS stations dream about. I want to produce a national Blues series for broadcast from Buffalo and I'm also interested in a Jazz series from Buffalo. Opportunities for movie productions are also a reality thanks to Lou and his wife's gift. I can't thank him enough for all the investments he has made for the station and for our community.

I pray that you will give heartfelt consideration in making a decision that will take into consideration all of the good that Louis has accomplished in his life, as well as all he can continue to give back to society.

Sincerely,

Donald K. Boswell
President & CEO



October 01, 2018

18 ACHESON ANNEX
UNIVERSITY AT BUFFALO
BUFFALO, NY 14214
716 829 3605
FAX 716 829 2735
WWW.BUFFALOPREP.COM

BOARD OF DIRECTORS

KAREN BAKER

STEPHEN W BELL

DINA BENDERSON

MARY ANN COULSON

BRIGID DOHERTY

DAVID DONOVAN

JODYANN GALVIN

FRANCISCO GUZMAN

HON CRAIG D HANNAH

KATHIE A KELLER

DR SHELLEY M KIMELBERG

DR YVONNE MINOR RAGAN

BETSY MITCHELL

ALEXANDRA MONTANTE

MICHAEL NEWMAN

JEFF PAPPALARDO

DOUG PARKS

EVERETT PEFLEY

HON JAMARR PRIDGEN '94

VIVIAN QUINN

LUIS A. RODRIGUEZ, JR '97

DR SUZANNE ROSENBLITH

TRACY SENDOR WOODROW

ERIC J. YARWOOD

Honorable Valerie E. Caproni,
United States District Judge
Southern District of NY
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing to you today on behalf of Louis P. Ciminelli. I am the Executive Director at Buffalo Prep. Buffalo Prep's mission is to provide access and preparation for talented underrepresented youth to achieve success in college preparatory high schools and higher education. We are not a school, but rather a dedicated organization that works with private, public, and charter high schools to help underrepresented youth take advantage of a first-rate college preparatory education. Since our founding in 1989, Buffalo Prep has been helping to close the access and opportunity gaps for Western New York youth who are bright and talented, but who lack the financial means to get where they should be.

Over the past decade, I have worked with Lou as he has supported the mission and students of Buffalo Prep with philanthropic gifts from his personal, corporate, and family foundation. Lou's generosity enabled Buffalo Prep to increase the size and scope of our programs to meet the demand for quality and equitable educational opportunities and assisted us in launching an endowment fund to ensure the sustainability of the organization. Lou's commitment was not just financial; he hired several Buffalo Prep alumni to work at LPCiminelli and often attended our student events with his wife Ann Louise and family to offer encouragement and mentoring. Lou's daughter -in- law, Cynthia, carries on his legacy of support on one of our fundraising committees.

Lou's Chief Financial Officer, Amy Clifton, served on Buffalo Prep's Board of Directors for the past ten years as well. Lou was incredibly supportive of Amy's role and leadership at Buffalo Prep and encouraged her investment in our organization by supporting her time at Prep even when it took her away from her work duties, hosting our Board meetings and attending fundraising and student events. In all the time I have known and worked with Lou, there was never a moment he asked for recognition for the impact he made at Buffalo Prep. In fact, we tried to honor Lou and he wanted the focus to remain on the students and their efforts.

I am aware that Lou is charged with a felony. While this is unfortunate, I want to express my admiration for Lou and also my belief that Lou is a decent, kind, compassionate member of our community that has dedicated his life to the betterment of Western New York for all individuals. I feel this is an important consideration and hope you will be lenient in your sentencing. I appreciate your consideration of my sentiments and thank you also for the work you do for the great State of New York.

Sincerely,

Patti L. Stephen
Robert G. Wilmers Endowed Executive Director

Honorable Valerie E. Caproni                           Anthony Bannon Studio
United States District Judge                              195 Garrison Road
Southern District of New York                            Buffalo, NY 14221
40 Foley Square
New York, NY 10007

Dear Hon. Caproni;

I am Dr. Anthony Bannon, a writer on arts and culture, and director emeritus of the Burchfield Penney
Art Center at SUNY Buffalo State and the George Eastman Museum (formerly George Eastman House,
the International Museum of Photography and Film in Rochester, NY).  I began my career after
graduation from St. Bonaventure University as a Pulitzer Prize nominee arts critic and Sunday Arts Editor
at The Buffalo News, from 1966 to 1985.  Thereafter, i received the highest award granted by St.
Bonaventure, the Gaudete Medal, "for service to God and Humanity in the Franciscan Spirit of
compassion and sacrifice, faith and humility, hope and joy." In the same year, 2012, I was awarded the J.
Dudley Johnson Award for excellence in the history and criticism of photography, granted by the Royal
Photographic Society of Great Britain.

I mention these things to qualify as one responsible to make earnest remarks on behalf of Louis
Ciminelli, whom I have known for about 40 years as a man of faith, compassion, generosity and, most
significantly, a man of civic virtue.

As young men together, I learned a great deal from him as he grew into international leadership of the
Young Presidents' Organization, YPO, the global network of emerging chief executives committed to
ethical corporate and civic practice as well as innovative leadership. I was honored to accept Louis'
invitation to host several meetings, speak on not-for-profit culture and later learn from him the
discoveries he was making in quality, invention and commitment to the betterment of others.  His
model for vision and value contributed a great deal to my own formation as a CEO in culture.

Louis and I thus had opportunity to put these values to work on behalf of Buffalo.  In Buffalo, Louis is
remembered at the Burchfield Penney Art Center for his strong trustee leadership. At one point early in
his board service, he had occasion to stand up for the acceptance of thousands of important art works
which transformed the museum and even its name. This is what happened:

Charles Rand Penney, an attorney and collector, had carefully selected The Center - after several years
of fastidious research and discussion - as the recipient of his large collection of works by Charles
Burchfield and other artists from the Western region of New York.  The Center did not have as many
Burchfield's as did Mr. Penney, nor as many works by artists from Western New York. Still, a group of
veteran trustees sought to delay the gift, insisting on staging it modestly over time, or declining it
altogether because they did not care for Mr. Penney.

Louis explained his commitment to excellence, vision and fulfilment of mission. He made it clear that he
and others were not interested in such false modesty and venial judgement about an individual based
on the donor's life style choices. Louis' presentation was brilliant, a model of aspiration, institutional
leadership and respect for diversity.  He made the first step in declaring the international significance of
The Center in Buffalo, NY. And he followed this stand for excellence by leading the trustees in the
creation of The Center's first strategic plan.  He and I were both new to The Center; I had taken over

AB-1

following the 19 years of leadership by the founding director.  Louis and I recognized we needed a proper strategic plan, mission, vision and value declarations

Through his belief in the region's potential for excellence – and the opportunity for the not for profit sector to lead in the creation of an identifying culture – Louis consistently shared his time, talents and resources to create an expressive leadership in every media: the backbone of principled innovation for a thriving community.  Louis made significant annual gifts to The Center, the Philharmonic, the Art Gallery, the theaters and the colleges and universities, among others, including social services. And he was always available for special gifts for innovative purpose, most recently for The Center, a branding creation of an innovative sculptural installation to project image and sound within the front lawn area – a creation that has received international attention, thanks to Louis' lead gift.

In short, Buffalo would not be Buffalo without him. I write to encourage the same compassion and generosity in judging him as he has so generously provided to create culture and value in our region, and thereby for the State of New York.

Sincerely,

Anthony Bannon

AB - 2

## Amy L. Clifton
218 Middlesex Rd ✦ Buffalo, NY 14216 ✦ (716) 432-3722

---

August 25, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Amy Clifton and I am writing a letter of support for Louis P. Ciminelli. I have worked with Louis over the past 13 years as the Chief Financial Officer of LPCiminelli. I also oversee all of Louis' personal finances, as well as assist in the management of his Family Foundation. Prior to joining LPCiminelli, I had worked in Corporate Finance on Wall Street, taken a break to raise three sons and spent 10 years working with technology start-ups overseeing accounting and finance, and raising venture capital for growth.

I was somewhat of an odd choice as a Chief Financial Officer for a construction company. I wasn't a CPA and I had never spent any time in construction. Louis hired me because he was looking for a trusted advisor that could help him grow the business in areas outside of traditional construction and as someone that might bring a unique perspective to the table. He chose me despite my not being the candidate his board of advisors supported. I had a lot of trepidation about joining what I assumed would be a stodgy, old boys club construction company. It was anything but that. LPCiminelli turned out to be the best job I have ever had. I was proud to be part of a company whose core values I embraced:

- stewardship of trust
- passion for Improvement
- dedication to safety
- commitment to corporate citizenry

Underlying everything we did was the core value "do the right thing."

Between 2005 and 2016, LPCiminelli' revenue grew from $190 million to $715 million, the number of employees grew from 160 to 245, and union workers grew from 50 to a high of 250. I witnessed the meteoric rise in both the revenue and profit of the company, and the growth in Louis' personal wealth. As Louis' wealtn rose, so did employee compensation, benefit plans and charitable giving.

Throughout it all the one thing that didn't change was the fundamental focus on the corporate values of "Do the Right Thing" and "Stewardship of Trust." Employees were charged to always have the client's best interest at heart. There was no cutting corners or dishonesty allowed in order for the company or an individual to profit. There is one incident I think that really reflects Louis' core ethics. In addition to LPCiminelli, Louis owned a smaller ($45 million) construction company, GPS Construction, that was run by his uncle and cousin. Louis received a few anonymous letters from a subcontractor on a GPS project that accused a GPS project manager of shaking him and other subcontractors for personal kickbacks. We did an internal investigation and were able to identify the project and the contracts that had been inflated. We fired the project manager and made restitution to the client. I recall the GPS executive who oversaw

Amy L. Clifton
218 Middlesex Rd • Buffalo, NY 14216 • (716) 432-3722

the project asking Louis why he would send a check to the client since the client did not know its contract had been inflated. Louis looked him the eye and said, "I would know."

Louis' dedication to philanthropy preceded my entry into the company. He was giving money to arts and educational institutions at a time when the Company was barely making a profit. As CFO, I scrutinized our budget to actual results and reported them monthly. The one category that was consistently over budget, was charitable contributions. Over my 13-year tenure, Louis has given and pledged over $15 million to non-profit organizations.

Louis encouraged employees to support their community and sponsored a quarterly "Creative for a Cause" where employees could nominate a charity important to them for the company to support each quarter. The company would match 50% of whatever was raised. The employee whose charity was chosen was charged to name the creative way in which all employees could support the charity. Fundraisers of all types, including chili cook-offs, walk-a-thons, 50/50 raffles, bake sales, dunk tanks for executives, and Chinese auctions were some of the many ways employed to raise support for community organizations such as Roswell Park Cancer Institute, Cradle Beach Camp for children with special needs, Hospice, Make a Wish Foundation, local museums and local schools.

Louis encouraged employees to sit on boards and committees of non-profits. The company would support the employees' efforts with these organizations by supporting their annual fund-raising events. Those individual gifts would range from $2,500 to $50,000 annually and would often include over 10 organizations a year. Additionally, the company would support organizations whose projects we built – public schools, hospitals and arts organizations. Philanthropy was central to everything Louis did personally and within the company.

While Louis impacted organizations with his financial gifts, he impacted many individual lives. Behind the scenes, he would allow older employees to retire before 65 and continue to pay them a salary and provide medical insurance until they qualified for social security and Medicare. He quietly would give a new truck to retiring employees, knowing that they had always driven a company truck and wouldn't have had one of their own for retirement. He paid off a car loan and mortgage of a long-term employee who encountered financial struggles. He made sure employees who were dealing with cancer and difficult treatment regimens had the ongoing financial support that they needed.

Judge Caproni, I ask that you please give Louis leniency when you sentence him. He has already suffered tremendously. I have worked over the last twelve months to shut down LPCiminelli. The initial charges and now the guilty verdict make it impossible for the Company to continue its operations. As a result, over 245 employees have lost their job and up to 250 union workers don't get called out of the union hall to support our projects. The domino effect includes accounting firms, marketing firms, insurance brokers, law firms and the many charitable organizations that had come to rely on Louis' and the Company's support. I believe Louis' heart breaks every time he drives in the company parking lot that is now empty and enters a building with only 15 employees remaining.

Sincerely,

Amy L Clifton

**STEPHANIE GRACE PENNINGTON**
199 Wilmington Avenue ~ Tonawanda, New York 14150
Home: (716) 691-3543          Cell: (716) 864-8271          Email: stephaniepennington1@gmail.com

___

November 7, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Hon. Caproni:

Louis Ciminelli has been a staple in Western New York for many years.  Both he and his family have contributed to the area in ways that others could not.  His devotion to Western New York, the Culturals, education and the continues renewal of the area are unsurpassed in my opinion. There are many examples; too many to list, where Lou has invested his time, heart and soul into the area.

Although I personally only met Lou about seven years ago, his name and accomplishments were something that I had heard of many times growing up in Western New York.  I had the pleasure of working for him at LPCiminelli.  My role at the company was to foster minority and women owned businesses and facilitate minority and female workers in our projects.  It was a role that I continue to cherish in my new endeavors today but one I would not have had if Lou hadn't wanted to create a department devoted to MWBE and EEO compliance. He did this years before I came there, and I was lucky enough thanks to him to take over the department.  I came from the world of policy and regulation and he told me that was exactly what his company needed; that diversity was vital for our growth.  I embraced the challenge of creating equality in LPCiminelli's endeavors and had Lou's support the entire journey.  It is extremely important to note that in Upstate New York MWBE and EEO may be requirements, but they are not always supported with the resources to facilitate their success.  Lou made it clear that his company was going to emphasize the importance of this work by having a department devoted to the effort. There were very few companies (one I can think of) in the area who felt the same way and had the personnel to show that commitment.  He believed in the need and proved it by his actions. That is rare in this world.

I continue to work in the MWBE/EEO space and know that my start came from Lou.  I am only one story but there are many others like mine where Lou was the shepherd of something great; something necessary; something imperative. Lou was, is and will continue to be a pillar in my community—our community.

Sincerely,

Stephanie Pennington

April Bradley ♦ 230 Wilcox St ♦ Wilson, NY 14172 ♦ (404) 368-1539

August 31, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni,

My name is April Bradley and I have been Louis Ciminelli's Executive Assistant for the past 3 years.
I started with the company in 2014 as a Project Administrator and have since morphed into a unique
role wearing many hats. I have the pleasure of knowing Louis from both a work and personal level.

I must start out by saying that I sought out LPCiminelli as a work place. I had worked with them in a very
small capacity in the past and was impressed with how the company operated. Their core values and
seamless support from their staff members was something that I wanted to be a part of. I knew right
away that this was the company that I wanted to work for. It took several months before I realized my
opportunity, but I couldn't have been more proud to be a part of the team that Louis created.

After a year on the job site, I was approached to become Louis's Executive Assistant. I was convinced
that I wanted to remain on the construction side of things and not loose sight of the growth potential I
had in field work. However, upon meeting with Louis, he immediately made me feel at ease and was
genuinely concerned about how we can make a job position in the company that would work for me.
He allowed me to continue playing an administration role on construction projects and I took on the
new challenging role of Executive Assistant. What struck me the most about my job transition within
the company is the way that Louis cared about what I wanted and how he could encourage and nurture
my growth within the organization. Today, with Louis's help, I have gained management level
experience in both corporate executive operations and construction. I have held roles as a Project
Engineer, Project Manager, and Executive Assistant.

The value that Louis places on each individual employee that has worked for him is as prodigious to see
as it is to be a part of. Louis assembled a team of the best people in the industry. He instilled in all his
employees the values of ethics, integrity, trust, and a strong sense of commitment to giving back in our
community. He sees value and potential not only in myself, but in all the people that surround him.

I've seen firsthand the way he gets involved in the many lives of employees and community
organizations. I've seen him grant paid time off to ensure that a co-worker that was diagnosed with
cancer had the financial and emotional tools to facilitate a full recovery. He helped my own family when
my grandfather had a stroke and made sure we had the medical specialists we needed to help my
grandfather recover. I've seen his passion for music and community enforced by giving music
scholarships to students in need and donating his time and money to building up the Buffalo
Philharmonic Orchestra.

April Bradley ◆ 230 Wilcox St ◆ Wilson, NY 14172 ◆ (404) 368-1539

Louis has many dedicated causes throughout the community that he gives to and believes in. I asked him once why he gave so generously, and his reply was that we needed to build up the community in our own back yards to ensure that we all succeed. I've seen him build up not only build up our Western New York Community, but more importantly to him, I've seen him build up the people around him to succeed.

His passion is contagious. It's his sincerity and generosity that makes you work harder. It's his integrity and understanding that makes you believe in what we're doing and believe that what we're doing is making a difference in Western New York. He has been a mentor and the best boss that I could ask for. He has helped me to realize my full potential not just as an employee, but as a friend, as a family member, as an individual, as a team.

I know that Louis has been convicted of a felony. I am writing this letter to show that the man I've come to know is decent, kind and generous. I ask that you please show leniency when sentencing him.

Thank you for your time and consideration.

Sincerely,

April Bradley

Dear Judge Caproni                                                    8/29/18

My name is Eugene T Partridge, Jr. My wife Mary and I have been married for almost thirty seven years. We were both born and raised in Western New York where we reside today. Both of us were raised as Catholics and we remain to this day very active in our faith and in our Parish. I have worked in the construction industry since 1981. Mary worked as a NYS Registered Nurse while raising our five children.

My career in the construction industry started in June of 1981 when I was hired out of college by the John W Cowper Co. At that time, John W Cowper Co was the predominant construction company headquartered in WNY and I was very fortunate and blessed to be hired by them. Since then, I spent over 36 years working full time and was never laid off for lack of work or poor performance. The John W Cowper Co fell upon very hard times and went out of business sometime around 1989. An operating unit of John W Cowper Co, its construction management group, was profitable and viable, hence purchased by Frank L Ciminelli Sr. and his son Louis P Ciminelli in September of 1989. I was one of 12 people in that construction management group that finished work on a Friday with the John W Cowper Co and the following Monday morning walked into the Frank L Ciminelli family construction business. I have held several positions within LPCiminelli from Project Engineer to Executive Vice President of Operations, which I retired from May, 2017.

Early in my career I made a decision that I would never work for someone I couldn't trust nor respect. I have known Louis Ciminelli for over thirty years and have worked closely with him for the last twenty five years. I believe Louis is a man of integrity and commits himself in person and business to do the right thing. I otherwise would never have committed the majority of my working career to Him and His Company. I offer a few examples of both personal and professional experiences.

On a personal note; I know Louis is somewhat shy, keeps to himself and at times doesn't seem to be aware of what is going on around him. Louis is however paying attention, is observant, deeply cares and is very generous in his support of people in need, evidenced by his generosity to his staff thru many perks, donations, and compensation in addition to his significant contributions to our regional not for profit institutions. Louis encouraged each of His Executives to choose a local not for profit institution that we each cared about and become active in support of them, even if it meant doing it on Company time.

On a professional note; LPCiminelli appointed me the Executive in Charge of delivering the Buffalo Schools Reconstruction Program, a Program to reconstruct all of the City of Buffalo City Schools, which would last over ten years and exceed $1.3 billion dollars. The Program has been successfully delivered and show cased around NYS and our Country as an example of one of the best Public Private Partnerships benefitting the Public. Early in the delivery of the Program I asked Louis why he chose me to lead it. His response was immediate, "I know you will always do the right thing". That became our mission, desired by Louis, to always do the right thing. There were numbers of instances whereby to do the right thing meant spending Louis's money to fix, correct and or make something right that he never flinched at nor questioned.

I write this letter aware that Louis has been convicted of a felony. For me, knowing the person that Louis is and how he has behaved over the last couple decades, I'm struggling terribly to understand and accept what has happened. Little to nothing of what I've heard and read about Louis reflects what he is as a person.

I remain proud of my relationship with Louis and want only the best for Him and His family. I hope and pray for leniency.

Respectfully,

Eugene T Partridge, Jr.

August 25, 2018

Ms. Kirsti A. Hunt
200 Park Lane
Grand Island, NY 14072

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Kirsti Hunt and I am writing a letter of support for Louis P. Ciminelli.  I have worked with Louis for the past 8 years as the Vice President of Human Resources of LPCiminelli and was fortunate to work for a such a remarkable leader.  Louis truly appreciated the hard work and commitment of every one of our employees, from top executives to our receptionist.  Louis would frequently say "our company is only as good as our people" and he demonstrated these words through employee recognition, investing in our people, and making tough decisions when necessary.

While the company grew dramatically from the time Louis became President, he never lost touch with the employees who helped him get there. Louis frequently visited our job sites, talked to our employees and thanked them for their hard work. It was important to Louis that our employees felt appreciated and would recognize them with little things like closing early before holidays, bagel Fridays and impromptu cook-outs. We held annual summer family events at Darien Lake, Niagara Falls Maid of the Mist, and the Buffalo Bills stadium. Louis treated everyone like family, recognizing employee life events such as births, weddings, and deaths. When employees were facing difficult circumstances outside of work, Louis was always there to help, either connecting them with services or providing financial assistance. I will never forget our employee with a wife battling terminal cancer. Louis and the company sent the couple on a weekend getaway to the Finger Lakes. The employee's wife recently passed away, and the employee told me, "I will never forget what Louis and the company did for us." When we had travelers on the road, separated from their families for extended periods, Louis sent their spouses a thank you gift at Christmas. These are just a few examples of how much Louis went above and beyond to show our employees how much he cared about them and their families.

To ensure we had the best and brightest people working at LPCiminelli, Louis invested in our employees through training and benefits. The company sent employees to Project Management Training, Leadership in Energy and Environmental Design (LEED) Certification, and created a High Potential Development Program (just to name a few). Louis was always looking towards the future, developing programs to attract new talent to our industry. Our construction management internship program was one of the most desirable programs in WNY, yielding over 300 applicants for just 15 spots. Attractive benefit programs were important to Louis, generously covering a large portion of employee benefit costs and offering a variety of options. Louis also supported our wellness program, increasing the overall health and well-being of our employees. LPCiminelli was named one of the Best Places to Work for several years and was the WNY construction management firm of choice for employees in the industry.

Like every company, we had the occasional employee issue, which required discipline and at times resulted in termination. As the head of HR, I would discuss sensitive terminations with Louis. Whenever I would present cases to Louis, he would refer to one word, integrity. This word was at the core of every tough employee decision we had to make. If an employee was not representing the company ethically or not demonstrating integrity, Louis would support our discipline decision. I will always respect and appreciate Louis for doing the right thing, even when it was not always the easy decision. Louis was quick to act on situations which would put the company or other employees at risk. In an HR leadership role, it is refreshing to have a leader who is supportive when these difficult decisions must be made.

Judge Caproni, I ask that you remember these words when sentencing Louis. Louis cared about the success of our company, but more importantly, he cared about the success of his people. Unfortunately, due to the charges, we have had to lay off over 200 employees.  Through all of this, Louis has remained committed to our employees, covering career transition services and severance for exiting employees. Although the past 24 months have been the most difficult time for our employees and for me personally as an HR leader, I will always appreciate how Louis put us first, even though he was facing much worse.

Sincerely,

Kirsti A. Hunt

Kirsti A. Hunt

Sharon A. Scioli
48 Wardman Road
Kenmore, New York 14217

August 14, 2018

Honorable Valerie F. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

This letter is written to you with regard to Louis P. Ciminelli, whom I have known for more than 20 years. I am a Buffalo, New York native.  My brothers all have had long careers in law enforcement and my sisters in the health care field. I am a single parent who raised a son on my own. I am college educated and have had a long professional career.  I've been an Executive Assistant to four hospital Presidents and also served as a hospital Director of Corporate and Guest Relations, an Assistant to the President of the local ABC television affiliate, and also an Executive Assistant to Louis Ciminelli for eleven years from 1997 to 2008.

It is from my experience in working as Louis Ciminelli's Executive Assistant that I have come to know him quite well.

One thing I quickly learned was that Louis truly believed in the City of Buffalo, even when many were fleeing to the suburbs from a city down on its luck. He was a fan.  He had a vision for Buffalo.  He believed strongly in living in and supporting the establishments in the city.  And he was a man of his word on that score.

Without a doubt, Louis provided a livelihood for hundreds of people – actually thousands cumulatively over the years – encompassing those with a trade such as carpenters, up to and including MBA's and beyond.  Louis was never a "micromanager", the kind of boss we all dread.  Rather, he hired those he felt could do the best job and allowed them to learn and grow in a company that was client-focused with a goal to deliver the highest quality building projects possible.  We were proud to work for such a company, a company that was highly recognized and multi-awarded for its quality of work, safety and performance. Louis supported me personally, professionally and financially during my leadership of the Buffalo Chapter of Executive Women International and, whether it inconvenienced him or not, allowed me the necessary class study time and financial support for me to successfully obtain my Certified Administrative Professional designation.   These are no small things.

As a man of faith who seldom missed Sunday mass and also a great believer in Buffalo and Western New York, Louis gave generously of his time and finances.  As the company grew in status, so did the size of Louis' contributions.  Louis gave millions to our cultural institutions and the very large array of worthy charitable organizations and initiatives in our community.  Having worked tirelessly on many fund raising projects with Louis personally, I can truly say that the list is long.  Louis instilled in his employees the

Honorable Valerie E. Caproni
August 14, 2018
Page 2

importance of helping others and giving back to a community that was so good to us.   This led to many Ciminelli employees in making this "give back" an ongoing role in their lives.  In my view, this will be one of Louis' greatest legacies.

Working for Louis was in many ways working for his family as well.  You become close to all of them.  This is an amazing family where love abounds.  What I observed was that Louis was a good father who, like most of us, always wanted the best for all his children.  Having said that, he also felt his children shouldn't have everything "handed" to them.   He believed in the importance of higher education and it leading to success.  He also wanted his children to have experiences outside of the family business so they had a path to initially grow uninhibited by family expectations.  Then, when he felt they were ready, and if they wanted to, he would welcome them back home.

While there are many more, what I'd like to share with you now is but a few of the occasions with Louis that I have never forgotten.

While attending a downtown awards event with other employees of the company, I suffered an excruciating back injury and could not walk.  When I did not show up in the hotel banquet room, Louis came looking for me.  He retrieved some company executives who managed to get me into Louis' car.  From that point, Louis personally drove me to his own physician, had me examined, took me home, somehow got me into the house and went to the pharmacy to get my prescriptions filled for me – and then brought them back to my house.  It was at that moment I really knew the special kind of person I was working for.  He had left an event - where he was to receive an award - to take care of me.  On another occasion, he offered up his home to me during the 2006 surprise October storm when I was without power for eight days.  Louis also helped me through some emergency house repairs, personally lending me the funds at the time they were needed.   One of the things I most remember is how very compassionate he was to me when, tragically, my younger brother committed suicide.  Any family that has gone through that circumstance knows that the pain is unbearable.  Louis gave me the time to grieve. It meant the world to me.

One remarkable thing to me is that after retiring from Ciminelli more than 10 years ago, Louis has still not forgotten me.  He keeps in contact, checks in on me from time to time, never forgets my birthday and sends me flowers on special occasions.  What began as an employer-employee relationship has turned into an enduring friendship.

While I write to you with complete knowledge that Louis P. Ciminelli has been convicted of a felony, as you consider his sentencing, I would like to request that you also consider him for some leniency in the final decision.  It is my hope that the sum of this man's character and his lifetime of good deeds in supporting his family, his employees and his community have some bearing in your decision.   Louis has many more good deeds left in him yet to be shown.

Thank you Judge Caproni for your consideration of this request.

Sincerely,

Sharon A. Scioli



**ANTHONY M. MASIELLO**
111 PENHURST
BUFFALO, NEW YORK 14222

November 8, 2018

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Louis P. Ciminelli

Dear Judge Caproni:

Please permit me to provide the Court my personal experience with Lou Ciminelli as well as my knowledge of his background and character.

I served as the Mayor of the City of Buffalo for three terms (1994-2005). Before that, I was a New York State Senator, an At-Large Councilman for the City of Buffalo and I started my career as a Councilman representing the North District of Buffalo. I have been in politics for over 45 years. I currently am a partner and an owner in a successful lobbying, government relations and communications business.

I am most proud of the fact that throughout my tenure in politics my administrations have never been involved in a scandal.  Perhaps, it is because I chose to work with people like Lou Ciminelli.  That is also why it is so hard for me to believe that Louis stands before you convicted of serious federal offenses.

I do not have a social relationship with Lou.  We are not particularly close friends.  In fact, he is a member of a rival political party.  However, I can tell you with certainty that prior to the events at issue in this case, Lou Ciminelli enjoyed an unblemished reputation -- one that was second to none with respect to providing service to the Western New York region.  His commitment to the welfare of our region and his generosity to those in need were legendary.  His public acts of charity set the standard by which community philanthropist were measured; his private acts of kindness earned him the respect of the countless individuals he assisted.

Understandably, the aftershock of his conviction has been devastating to his career, his family and his health.  The punishment he has already received, is in many measures, far more impactful than even a prison sentence.

My relationship with Lou Ciminelli goes back many years. I first knew him as an outstanding citizen and developer with a pristine reputation. My relationship with him intensified when his company was selected as the general contractor to implement the billion dollar reinvestment and transformation of the Buffalo Public School System during my last term as Mayor (2001-2005). Lou and his team were one of many respondents to the national Request for Proposal (RFP). The Joint Schools Construction Board was made up of members of the Buffalo School Administration, elected Board members, City of Buffalo elected officials and community representatives. I served as the Chair of that Board. Ciminelli Construction won the competition with a unanimous decision by the Joint Schools Construction Board. They won because Lou's proposal had a grand vision, his company had major experience dealing with a project of this size and scope, and a strong familiarity with our community, combined with Lou's dedication to improving our school system and our system of education.

I personally dealt with Lou and his team from selection through the first Phase of implementation. Lou was honest and aboveboard in our dealings. He built up a reservoir of trust with our City (which is

largely Democratic).  He adhered to the timetables and the quality of his work was first rate.  He always took my calls and he always took responsibility for the project.  There was never a hint of dishonesty , scandal or corner cutting.  In fact, it was Lou's integrity that preserved the integrity of this very important project for our City and our entire educational system.

Judge Caproni, I know that you are faced with a difficult task. Your public statements about corruption have preceded you.  I do not envy your job, but I do hope that you will take into consideration all aspects of Lou's life, because there are so many favorable facets to his existence.

Several years ago, I read about the dilemma facing a Judge at the time of sentencing and how one Judge obtained guidance from a key question:  "is society better off with this defendant in jail or would society be best served by utilizing his talents and beneficence to help make this a better world."

The same question should be asked about Lou Ciminelli -- word for word.

To ask that question about Lou, is to answer it.

Thank you for your consideration of my comments and I, of course, am available to consult with you further or to respond to any questions that you might have.

Respectfully submitted,

Anthony M. Masiello

AMM/cf



**HUNT REAL ESTATE CORPORATION**
Peter F. Hunt, Chairman and Chief Executive Officer
430 Dick Road, Depew, New York 14043
Ofc: (716) 633-9400 • Fax: (716) 633-9406 • Email: peter.hunt@huntrealestate.com          HUNTREALESTATE.COM

September 11, 2018

Honerable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Louis P. Ciminelli

Dear Judge Caproni:

By way of personal introduction, I am the Chairman and CEO of Hunt Real Estate Corporation, a firm that does business throughout Upstate New York, the western suburbs of Boston, Massachusetts and the Phoenix, Arizona metropolitan area. We operate 61 facilities for our residential and commercial real estate brokerages, our mortgage banking firm, our title agency and our insurance agency. We also build a relatively small number of houses under the name of "Fisher Homes". My firm was founded by my grandfather in 1911 and remains family-owned and operated. I mention this to give you some perspective on the extent to which my family and Lou Ciminelli's family have come to know and work with one another over many years.

I am writing with the knowledge of Lou's felony conviction and will discuss below my personal knowledge of Lou, his family and his tremendous contributions to what we now feel in terms of community-wide momentum.

Lou and I have known each other well for approaching 30 years. Prior to that, I knew of Lou through his father, Frank Ciminelli, with whom I became acquainted shortly after coming into our family's business in the mid 1970's. Frank was always kind to me and generous with his time to discuss the real estate business from his perspective and also when he was considering a project that was residential in nature. Frank started their family business as a concrete contractor and grew it into a much larger general contracting and real estate development firm. The organization rather naturally divided into two: Ciminelli Development, now run by Lou's brother, Paul; and LP Ciminelli, a general contractor, under Lou's leadership. Both firms grew considerably under the second generation and had made a solid transition to the third generation. Lou grew the contracting business to become the largest in Upstate, consolidating many smaller firms. While our business interaction has been limited to Ciminelli Development because of our brokerage business base, I have substantial knowledge of Lou's business, albeit second hand through Lou's many customers with whom I am friendly. Without exception the universal comment to me over the years has been to the effect that Lou and his staff were great to work with on a human level, and always came in at or under budget and on time—the best things that can be said about any contractor. The loyalty that many of his customers had to Lou would be simple and easy to document.

On a more personal basis, I have had the pleasure of working with Lou on a few different but meaningful community efforts. Almost 20 years ago, Lou and I were among a group of about a dozen "younger" business leaders that got together to find ways to collectively and positively impact Western New York. That organization, "43x79" (the map coordinates of Buffalo, NY), remains active today in support of various local initiatives. Lou was always a leader among our colleagues and his opinion carried the weight reflective of his position in our community that went way beyond our group.

*Celebrating over 100 Years of Excellence.*

REAL ESTATE | MORTGAGE | INSURANCE | TITLE



**HUNT REAL ESTATE CORPORATION**
Peter F. Hunt, Chairman and Chief Executive Officer
430 Dick Road, Depew, New York 14043
Ofc: (716) 633-9400 • Fax: (716) 633-9406 • Email: peter.hunt@huntrealestate.com                HUNTREALESTATE.COM

You may be aware of the impact Lou had protecting and ensuring the future of our Buffalo Philharmonic Orchestra. While I participated only as a donor (which was largely influenced because of Lou's leadership), it is safe to say that there would be no Orchestra still in town were it not for Lou's leadership.

I have worked more directly with Lou in two other organizations equally pivotal to the Orchestra in terms of their impact on the culture of Greater Buffalo: The Albright Knox Art Gallery ("AKAG") and School of Architecture and Planning at the University at Buffalo (part of SUNY).

Lou joined the board of trustees of the AKAG several years ago about the time we were considering a substantial expansion of our gallery space, offices, educational infrastructure, parking and landscaping—a $150 million+ project. Lou was almost immediately appointed to chair what has become known as "AK 360". Under his leadership the process of selection of an architectural firm was designed and implemented along with the beginnings of a funding plan. Lou's personal financial commitment was among the first and largest made by any trustee. Throughout his involvement, it was Lou's expertise and leadership that we all relied on to get the project off the ground and to a point where he could, by necessity, step aside. Everyone now involved knows that without his initial efforts we would not be as close as we are to realizing what will be a monumental positive addition to one of Western New York's greatest treasures.

Another way I have come to know and deeply respect the character, service and personal commitment to our community is through Lou's role in service to the School of Architecture at UB. I also serve that school as a member of the Dean's Advisory Council ("DAC"), which I have been a member of only since 2017. Lou was the DAC's founding chair serving in that capacity for three years after two years of planning with the School's leadership, faculty and staff on its mission, function and goals. During his term, he led the Council and served the educational and service mission with clarity and conviction. Through regular state-of-the-school presentations to the Council, I have seen how the School's service to the City and Region as well as its reputation nationally and now internationally (we are exhibiting at the Venice Biennale—one of just 30 schools of architecture internationally to be invited) has risen rapidly. It is clear to me that this is no small measure due to Lou's collaboration and generosity.

Lou also contributed his own labor and financial support for the School's US Department of Energy Solar Decathlon entry, the "Front Yard" of the Burchfield Penny Arts Gallery, and even the neighborhood of University Heights surrounding the South Campus of UB—an area of urban blight. Even before all of the service listed above, in recognition of his work throughout our City and his initial service on the DAC, the School awarded Lou its Dean's Medal.

If greater detail is needed on any of Lou's personal efforts and financial commitments only partially described above I am very pleased to provide it.

In conclusion, it is no secret from what I have written that I consider Lou a good friend to me personally but in a broader sense to everyone who calls Buffalo home. I would ask that you consider in your judgement the remarkable and very positive impact Lou has had on the entire Western New York community. We are a better place because of Lou's personal presence. In light of my own personal knowledge and the public knowledge of Lou as a very special person, I ask you for leniency.

Sincerely,

Peter F. Hunt

**Monte K. Hoffman**
**84 Hodge Avenue**
**Buffalo, New York 14222**

September 5, 2018

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Monte Hoffman and I'm writing on behalf of Lou Ciminelli.  I've been a member of the cello section of the Buffalo Philharmonic Orchestra for the past 55 years.

I have known the Ciminelli's for over 30 years starting with Frank and Rosalie, his parents. I know them to be one of the most upstanding families in our community.

I know Lou mostly through the Buffalo Philharmonic Orchestra,  with many years as a fellow Board member.  He has dedicated his time and finances as much or more than anybody on the Board in the past 55 years. He is warm, considerate and honorable person and most giving of himself.

I feel that it would be a benefit to the community to have him in the community.  I know that his sentencing is up to you again I hope you take this into consideration as you determine his future.

Sincerely, Yours,

Monte K. Hoffman

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

I am writing this letter to request leniency in the sentencing of Louis Ciminelli, with the understanding that he has been convicted of a felony, and the sentencing is scheduled for October 2018.

I would like to start by introducing myself and my family's relationship to Louis. My name is Joe Hill. I have been married to Louis' daughter Nina since 2012. We live in Northern California and have two children together: Evan (age 4 ½) and Isla (age 1), who are Louis' grandchildren. I have been a practicing Civil Engineer for the past 23 years, and currently own and operate a small business.

I first met Louis in 2010, shortly after I started dating Nina. Since 2010 I have known him as the wonderful father of my wife, and now the grandfather of my children. Louis was kind to me the very first time I met him. Since we live across country we don't get to see him every day, but when we visit he has always warmly opened his home to us with home-cooked meals. Louis has served as a real patriarch to his family which has included myself. His conviction is ironic to me because I have always seen him as a deeply ethical person. His daughter has a strong moral code which she obviously inherited from him.

Louis had been planning to retire in California, and we were looking forward to being much closer to him, and in particular building a relationship with our children. He has purchased land with the intent to farm it, and always joked with us about his intent to put our oldest Evan 'to work' farming. Character-building stuff like pulling weeds, driving tractors, etc. under the guidance of his grandfather. I would love for the opportunity for Louis to have a relationship and influence with our children, and have no hesitation wishing for this even after the conviction. I see his values of hard work, building complex things the right way, deferring gratification for years, and ethical code be things which I hope he has the opportunity to pass on to Evan and Isla.

You may or may not be aware that Louis was diagnosed with multiple myeloma in 2016. My understanding is that once diagnosed with this cancer the average life expectancy of 4 years, and it is considered treatable but incurable  I am very concerned about his ability to survive a prolonged jail sentence. Our oldest Evan is only just now of an age where he may start to form real memories of his time with Louis. One of my motivations in writing this letter is the hope that our children will have the opportunity to know, love, and learn from Louis as they grow up. My fear is that they will have little or no memory of him.

I see Louis' priorities to be family, business, and community. I know that he has already been hurt greatly by the loss of the company built by him and his father, and reputation with his family and community. I hope that these real losses be considered before applying additional punishment.

I hope that you will consider the comments above in your sentencing of Louis, and that you will be able to find it in your heart and judgement to sentence him in a manner that will allow him to continue to engage with his family through his remaining years.

Sincerely,

Joseph R. Hill

 

Bill Gottstine
1295 Center St.
East Aurora, NY 14052

October 22, 2018

Hon. Valerie Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Bill Gottstine and I have known Lou Ciminelli almost his entire life. I began working for the Frank L. Ciminelli Construction Company in 1960 and only left when I retired in 2013 after over 52 years with the company. For most of that time, I ran field operations. My job was to hire and run the people who performed the work and to take care of the equipment.

Starting when Lou was around 12 years old, his father would bring him and his siblings in to work and learn the business. Lou and his brothers were tasked with cleaning the yard, and Lou's sisters would answer the phones in the office. Lou would sometimes work on projects under me. He was a hard worker and a very dedicated individual.

All of the boys in the Ciminelli family came up through the ranks. As they grew older, they played a part in the growth of the company. As the oldest boy, Lou was the most likely to take over the business. He eventually did, and he surprised everyone with what it became. No matter how big it grew, though, Lou would always say that he didn't want to be the largest, just the best. The customer came first and profit came second.

Lou's father Frank was a fantastic individual who treated everyone with respect and generosity. Lou continued that tradition, and managed to treat people even better than his father. Employees were given opportunity after opportunity to better themselves and move up the ladder. If you didn't want to climb the ladder, that was fine, too.

Lou treated everyone like family. His door was always open and you could talk to him whenever you needed. If something went wrong, Lou understood that everyone makes mistakes. He would listen and try to work the problem out. Lou often praised in public, and he was equally careful to criticize only in private.

The essence of Lou, though, is his generosity. He is financially generous, but more importantly, he is generous in his feelings toward the people who helped him grow the company. He is deeply grateful and appreciative. As an example, I was the first employee to reach 50 years

of service with the company.  To show his appreciation, Lou threw a barbeque in my honor and gave me a brand new Ford F-150 truck.

Until the day I retired, I always looked forward to work.  The reason for that is the culture that Frank started and that Lou continued and grew.  I hope you will find a way to treat him with leniency.

Sincerely,

*Bill Gottstine*

Bill Gottstine