

October 1, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

I write this letter on behalf of my friend Louis Ciminelli, whom I have known for at least 35 years, knowing he has been convicted of a felony. We met through mutual acquaintances in the construction world where we both function. Our friendship has been both social and business. My company Frey Electric Construction Co., largest and leading Electric Construction company in our region of New York State has performed work for Louis's company, LP Ciminelli for well over 30 years.

Unsurprisingly, most people in Buffalo respect Louis for his trustworthiness and honesty. Until this recent tragedy began to unravel, he and his company enjoyed flawless statues in our community. LP Ciminelli was the contractor that took on enormous and intricate tasks and completed them on time and on budget, every time. He and his company were respected for keeping their word, valuing their clients and providing the utmost quality product.

On a personal level, Louis Ciminelli was revered for his incredible community philanthropy and direction. In summary, Louis and his company enjoyed the admiration of both the business community and the general public. I know Louis to be a good person and a conscientious citizen. I hope you will consider sentencing in the framework of the totality of his life, his achievements and his contributions to our community. I heartily request leniency for Louis Ciminelli.

Respectfully,

Kent Frey
CEO

**DAVID ELIAS**
**34 Harbridge Manor**
**Williamsville, New York 14221**

August 24, 2018

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I have known the Ciminelli family for 45 years, but more importantly have had business relationships and a close friendship with Louis Ciminelli for 25 years.

I founded Elias Asset Management in Buffalo, NY, in 1981 and was its president and chief investment officer through 2005. I continue to provide investment advisory services to select clients throughout the United States.

The purpose of my letter is to convey my positive experiences with Louis Ciminelli here in our hometown as well as serving with him on two national boards of directors – the Harris School of Public Policy at the University of Chicago and the Buck Institute for Research on Aging, a biomedical organization devoted to age-related disease research.

While his leadership and philanthropy for the Buffalo Philharmonic Orchestra is well known, I want to mention the mentoring he quietly provides to fledgling business owners. An African-American woman who heads a construction and development company told me that she would not have been successful without Lou's guidance. A gentleman who wanted to launch a business to provide jobs for fellow minority members did so with Lou's advice and steady encouragement.

I know Lou Ciminelli as a man of integrity. His legacy of excellence is visible in work that has enhanced the quality of life here – from rehabilitated schools through new buildings for leading-age technologies. It is my hope that one day he might resume significant participation in our community.

Thank you.

Sincerely yours,

David Elias

David M. Dunkelman
90 Riverside Dr. #16C
NYC, NY 10024

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10027

Dear Judge Caproni,

I am writing on behalf of Louis Ciminelli. I was for 32 years, until my recent retirement, the President and CEO of Weinberg Campus, a nonprofit community-of-care dedicated to taking care of frail, vulnerable older people in Buffalo, New York. I wish to share with you my experience with Mr. Ciminelli.

I was born and raised in Cincinnati, and after completing law school and after a number of years in business, I began to look for a more fulfilling occupation. In 1984, I accepted an offer to succeed the retiring executive director of the Rosa Coplon Jewish Home and Infirmary in downtown Buffalo, New York, expecting to then move on to "the big city" two or three years later. I stayed for 32 years. Upon arrival, I found a facility that was no longer appropriate for our community or for the times.

We hired national experts and travelled to other facilities to find a template for our new facility, and came to realize that the existing physical buildings and their regulations were actually antagonistic both to the living experience of profoundly frail 90+ year-olds and to those delivering services to them. After two years, we presented an entirely new building design to the New York State Department of Health in Albany. We raised over $12 million from the Jewish Community, assembled in excess of 40 acres of land, and obtained New York State Dormitory Authority Bonds, to build a multi-million dollar campus.

And then the real challenges began. Our first contractor was not up to the task. By now, the size, dimensions and complexity of our undertaking were beginning to be apparent. In Buffalo, the only place to turn for such an undertaking was Ciminelli Construction.

With my heart in my throat, I was taken by a board member to my first (of two) private meetings with Louis Ciminelli. Fortunately, he was gracious and agreed to study the plans and to explore whether he would take on the project. Somehow he was able, in short order, to collect all the necessary subcontractors at a guaranteed maximum price that was within our very tight budget.

The complexity of the construction process was almost overwhelming. Because of antiquated governmental regulations, in order to house people with a range of physical, cognitive, financial

and emotional deficits, we needed to create and adjoin three very different building types. The site was 40 feet to bedrock and it took sophisticated engineering to determine how to sink pilings underneath some of the components, and to float others. During the preconstruction process, we realized that our financial commitment bound us to Davis-Bacon regulations that rendered onsite construction of the Campus' residential components cost-prohibitive. Louis suggested we consider offsite built modular residential units not subject to Davis-Bacon labor rates. He then scoured the country for offsite, modular construction manufacturers, and had those units hauled in from Pennsylvania and erected on-site. That single decision was the difference between a go, or no-go, for the project.

And then our New York City-based architect gave out. To help us, Louis Ciminelli brought in additional supervisory talent to figure out how to erect the steel beams *after* they were already delivered onto the site. And this is how the entire two year-long construction process was conducted, with minimal detailed drawings, literally piecing together and coordinating all of the subcontractors on-site. Most importantly, the buildings were completed on budget and on time.

The building received both the national AIA–AAHSA Award for building innovation and the national Peter F. Drucker Award for Excellence in Nonprofit Management, the only time the latter was presented to an aging institution. It also received the Build New York Award. Based on this project, the New York State Department of Health dramatically revised its nursing home construction standards and began guiding to us other organizations that were considering building a new nursing home. The building also spawned a national movement focused on person-friendly nursing homes.

However, this was not my last personal one-on-one interaction with Louis Ciminelli. A few years later, after we occupied the building, we realized that we had a major construction problem in our main kitchen that would require a $200,000 fix. All of the participants were beginning to point fingers. I called and had my second private meeting with Louis Ciminelli.  When I arrived, he asked me why I was coming to him. I answered that we had to fix the problem and that we simply did not have the money. He immediately wrote us a check for $200,000 because he believed in our mission.

Judge Caproni, my hope is that while considering the fate of Louis Ciminelli, that you will reflect on his unique talents, skills, and strong community focus, all of which saved our project and made our community's dream of taking care of the frail elderly a reality. We are eternally in his debt.

Sincerely,

David M. Dunkelman, JD, MS
Weinberg Campus, President Emeritus



ELMWOOD VILLAGE
CHARTER SCHOOL

September 19, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Reference: Louis Ciminelli

Your Honour,

My name is Sharon DeTamble. I am employed by Elmwood Village Charter School as Executive Assistant to the
Director. I am writing this lettering knowing that Lou has been convicted of a felony.

I have known Lou Ciminelli for 30years. In the time that I have known him, he has been a decent, hardworking and
trustworthy person. He is dedicated to his business, community and employees. I was employed by LPCiminelli for
26 years. While working for Lou I was diagnosed with uterine cancer. I went through a radical hysterectomy
followed by 6 weeks of radiation. Through that process I was out of work for 4 months. During that time, the
companies HR Manager reached out to me to let me know how sorry Lou was for my diagnosis and that I would be
paid 100% of my salary during my time off. Because of this, I was able to recuperate without worrying about how
to pay for my treatments or having a job when I came back.

In 2003 my husband and I chose to adopt a child from Guatemala. Lou took me to lunch and let me know how
much he respected our decision and even though the company did not have a written policy on adoption leave, he
wanted my family to be afforded an opportunity to take time off and bond with our child and was given 2 months off
with full pay.

Lou's family values and his support for his employees was evident in many ways. While raising our son, I was
afforded an opportunity to work from home when he was sick and to work flexible hours in order to avoid paying
for after school care. When my father was in Hospice care, I was afforded an opportunity to work flexible hours in
order to spend quality time with him before his passing.



**ELMWOOD VILLAGE
CHARTER SCHOOL**

September 19, 2018
Louis Ciminelli Letter
Page 2

Working for a company for 26 years is a long time.  I stayed that long because of the respect I hold for Lou, his kindness to his employees and the company's mission statement.  I believed Lou when he spoke at the company meetings about his pride in the projects and his gratefulness in his employees for making it happen with integrity.

In 2016 I decided to leave LPCiminelli.  It was a difficult decision to leave a company I had known and grown with for 26 years; however, it was more difficult to leave without being able to say goodbye and thank you to a man I respect so much and had done so much for me and my family!

Thank you for your time.

Sincerely,

Sharon De Tamble

Sharon DeTamble
154 Dorchester Road
Buffalo, NY 14213
716-912-4332

Gary M. Crosby
24 Hallam Road
Buffalo, New York 14216

Honorable Valerie E. Caproni                                    August 8, 2018
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Gary Crosby. I am writing to you to request leniency on behalf of Louis Ciminelli.

Before retiring in 2016, I was the President and CEO of First Niagara Financial Group, a $38 billion public held financial institution. Before joining First Niagara I had put my private sector career on hold for five years in order to help the Buffalo City School District with its financial and operational difficulties. I have been very active as a volunteer in the Western New York community where I have been a life-long resident.

I have known Louis Ciminelli professionally for approximately fifteen years and personally for approximately five years. While helping the Buffalo City School District (District) I worked closely with LPCiminelli Inc. (LPC) on a major construction project. They completed the multi-year/multi-phase project on time and within budget and the quality of their work was outstanding. There were times when I asked LPC to perform additional work at no additional cost and they did so for the benefit of the Buffalo City School District. Every representative I worked with from LPC was very professional and committed to achieving the best possible outcome for the District. While LPC was selected as construction manager prior to my tenure at the District, I am aware that they were selected because LPC had the reputation and capabilities to manage such a large scale, complicated and time-sensitive project. The success of the project is reflection of Louis Ciminelli's leadership. Every LPC representative I met spoke very highly of Louis Ciminelli and loved working at LPC.

It was after I returned to the private sector that I came to know Louis Ciminelli personally through a mutual friend. I am aware that Louis Ciminelli has been convicted of a felony. But this is not the Louis Ciminelli I know. The Louis Ciminelli I know is honest, hardworking, trustworthy and generous. He built a company that grew very successfully because of his leadership, the many dedicated people he employed, their expertise and the quality of their work. He has always shared his success with his employees and the community. Many community organizations have benefited from his generosity.

You're honor, Louis Ciminelli has lost his reputation as a successful business leader and outstanding community citizen and he lost his company. Then he lost his health too. He is being treated for multiple myeloma. He has already lost so much that he can't get back and I hope that you will take this into consideration as you determine his sentence.

Sincerely,

Gary M. Crosby

*Sherri Reese Ciminelli*
*2110 Country Club Road*
*Tupelo, MS  38804*
*716-867-7265*

August 3, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Your Honor:

I am writing to you on behalf of Louis Ciminelli, who is scheduled to be sentenced for felony charges in your court in October 2018.

I have known Louis for over 30 years; as my employer, my former brother in law and as a friend.  While I no longer live in Buffalo, we have continued our friendship.

My first interaction with Louis began in 1986 when I became employed by Ciminelli Construction Co., FL/Ciminelli Development Co., FL located in Tampa, FL.  Louis oversaw the Florida operations and traveled to Tampa frequently to meet with employees there and manage operations.  While my contact with him at that time was limited, I found him to be straightforward, open and encouraging to his employees.

In 1988 I married his brother and in 1989 we relocated to Buffalo and I ceased to work under Louis's leadership.  At this time, I knew him as brother in law and family.  We became great friends.  I've always appreciated his candor and straightforwardness.  I always know where I stand with him, whether good or bad.  He is a man of his word.  These traits led me to asking him to be the Godfather to my oldest daughter, Maria, with whom he shares a special bond.  During and after my divorce from his brother he was encouraging and supportive in my journey to move forward during a very difficult time, something that I very much appreciated.

His love and devotion to his family is unmatched.  He supported me and my family during a life-threatening illness of our youngest child, including offering his assistance in finding the best possible care.  I also witnessed his love and care for his father, Frank Ciminelli, during his prolonged illness and at the time of his death.

His commitment and dedication to his family and community is inspiring.  He encouraged and supported his employees and family in getting involved in community volunteerism efforts both financially and through example.  His efforts have brought about numerous successes throughout the community, to which he is very humble.

I hope that in considering your sentence that this helps you to better know the kind and generous person Louis Ciminelli has been to his family, friends, employees and community.

Kind regards,

Sherri Reese Ciminelli



## Upstate New York Laborers' District Council

200 Salina Meadows Parkway, Suite 210
Syracuse, New York 13212
Phone (315) 413-0225                    Fax (315) 413-0270

**Samuel Capitano** - Business Manager

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Honorable Judge Caproni,

My name is Sam Capitano. I'm Business Manager of the Upstate New York Laborers
District Council in Syracuse and President of Laborers Local 210 in Buffalo. I've been
a member of Laborers Local 210 since 1984 when I was 18 years old. January 1,
2017 I assumed the full time position as Business manager of our Laborers District
Council in Upstate N.Y. I oversee 8 Local Laborers' Union's in our District Council
and represent over 3000 active Members and 4000 retirees. I also sit as a trustee on
multiple pension, health and training funds. My family history in the Laborers
extends from my great grandfathers, grandfathers, father and brothers.

When I started my career as a laborer in 1984, Ciminelli Construction was a large
building and heavy highway contractor. Lou was still laboring out in the field. We'd
cross paths on many of the largest projects in Western NY. My Identical twin
brother, Peter, worked for Ciminelli. I also worked for Ciminelli on the Father Baker
Bridge Project.

As the years passed and multiple projects later, LP Ciminelli continued to grow. Lou
at one point, sat as a trustee on the Buffalo Laborers Benefit Funds. Only fitting since
they were one of our largest, if not the largest, contributing employer to our funds.
LP Ciminelli employed more members of Laborers Local 210 than any other
employer we've had.

When I became Business Manager of Local 210 in June 2007 is when my
relationship with Lou began to solidify. In an industry where labor and management
are often at odds and relationships tend to be adversarial, that never was the case
with Lou and me. I'm not a push over by any means, however; LP Ciminelli was my
favorite employer. Not once during any disagreement did we become disrespectful
to one another. We always came to a compromise and came to a solution that was in
everyone's best interest.

Over the years we became friends. Dinners, drinks, phone calls, text messages.
Conversation about upcoming projects, the political environment and challenges we
faced as leaders in the construction industry. We'd discuss the rise of anti-union

sentiment and brainstorm about how we can become more competitive. Lou, through his actions, loved our city (Buffalo). When my father passed September 1, 2017, Lou showed to his mass on that Labor Day Holiday. Making the trip from Arizona just for my Fathers service. My father loved and respected Lou.

LP Ciminelli, run by Lou, was Local 210's largest contributing employer. LP Ciminelli was never once delinquent on the remittance of benefit payments to our benefit funds on behalf of his employees; members of Laborers Local 210. That is a rare occurrence in the construction industry and I can't emphasis how much that means. Our members depend on those benefits and Lou understood that. I, for the most part, personally know each laborer who has worked for LP Ciminelli. Each employee to a man, knew they worked for the best employer signatory to Laborers Local 210. LP Ciminelli was efficient, produced the highest quality and had the best talent in the construction industry. There wasn't another contractor, near or far who could compete with them.

The loss of LP Ciminelli as an employer has already been realized by Laborers Local 210, our members and our funds office. Our man hours are down because of this loss. Some of LP Ciminelli's core laborers have pulled their pensions leaving us with less talent and increasing our pension liabilities. This loss has left a hole in our community too. Outside contractors have filled the void but most are non-union and not contributing employers to our funds.

Your Honor, thank you for taking the time to read my letter. I hope this gives you some insight into the man I've come to know.

Sincerely,

Sam Capitano
Business Manager UNYLDC
President Laborers Local 210 &
LIUNA Special International Representative

9/27/18

The Honorable Valerie Caproni
U. S. District Court Judge
Southern District of N.Y.

Dear Judge Caproni,

I am writing this letter in response to the guilty verdict of Mr. Louis Ciminelli. I have known Lou for about 25 years. I first met him while working for his company on the Stanley Makowski School on Jefferson & Best Street in Buffalo in the late eighties or early nineties. At that time I was the union steward for the Carpenters union on the project. I was in effect the union police watching that Ciminelli followed the rules. To my surprise in my year and a half of employment there was not one questionable or unethical thing that the company did, in other words they followed the rules and regulation to the letter. This basically made my job of policing the project not necessary. I worked every day just as all of Cimineli carpenters with no time spent on union issues.

Later in my career I became the Business Manager of the Carpenters union form 1998 through 2010. In my capacity of head of the union in many ways Lou and I were considered somewhat adversaries. I must say through all my time at the union, Lou's company did everything they were supposed to do and more. In fact they were very loyal to their employees and made sure these men and women made a living in order to feed their families. The LP Ciminelli company never tried to shortchange employees in any way. The misclassification and shorting employees happens quite frequently in the construction industry. Many times in my capacity at the union I tried to get LPC to hire apprentices in cost saving measures. Basically they refused because they didn't want their regular employees sitting home not working. That loyalty is not real prevalent in the industry.

I would ask you to consider the good works of Mr. Ciminelli and upon his sentencing be creative with no jail time but possibly some community acts that would benefit the WNY community. The truth of the matter putting him in jail will do no one any good.

Why not tap into his expertise and help the WNY community.

Thank you for your time and I hope you will see fit to take some of my suggestions.

Kind Regards,

Thomas W. Burke
3371 Baker Rd.
Orchard Park, New York 14127

*Carol E. Brauer*
*346 Potters Road, Buffalo, NY  14220*
*(716) 725-4181*
*cebrauer@gmail.com*

September 4, 2018

Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY  10007

Dear Judge Caproni:

It is with a very heavy heart that I write this letter.  The grief and despair endured by our staff
due to the demise of LPCiminelli is beyond words.  In my 41 years of working in the
construction industry; the past 19 here at LPCiminelli have been by far, the most rewarding.
It's been a pleasure to work for someone I know and for whom I have great respect.  I am
forever grateful for the opportunity, leadership, and support demonstrated by Louis, which
resonated throughout our company.

My position at LPCiminelli was that of Risk Manager.  As such, implementing safety and other
programs, beyond OSHA requirements, could not have been accomplished without Louis'
support.  Reinforcement of the importance of safety came from the top down, and Louis was
on board all the way.  There were no limits to the resources he allowed for safety.

The health and well-being of his employees was at the top of his list.  He also fully supported
our wellness program.  The fitness facility in our office building was filled with a variety of
equipment and apparatus.  Louis funded 50% of the cost of fitness instructors who lead a
variety of exercise and yoga classes right in our building.

I've been particularly impressed by our company's internship program.  Louis recognized that
the future of any industry is our young people, and therefore, we employed many promising
young college students over the years.  These talented young people, many of whom were
permanently retained, went on to become the most talented, driven, and successful people in
the construction industry.

It is with great pride that I've worked for Louis.  LPCiminelli has been recognized and very well
respected in the construction industry for over 50 years.  The skyline of Buffalo and other cities
has been forever changed by this company.

I pray for leniency when issuing your sentence.

Sincerely,

*Carol E. Brauer*

Carol Brauer

Moog Inc., East Aurora, New York 14052

**ROBERT T. BRADY**
CHAIRMAN OF THE BOARD RETIRED

August 15, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I know that Louis Ciminelli has been convicted of a felony and will be sentenced in October.
I am writing to request leniency.

I grew up in Buffalo. After college, the Navy and graduate school, I came home to Buffalo and
joined Moog, Inc. In 1966 Moog was a $25 million manufacturer of high performance controls
for the aerospace industry and employed a staff of 800. I spent my early career in production
management and in 1988, I was elected CEO. I held that position for 23 years. When I retired
Moog's sales were $2.5 billion and we employed 11,000 people.

I got acquainted with Louis in the early 1980's. I had engaged his father's company to build
facilities for Moog and Louis was learning the construction business from his father. A building
project in Tampa fell seriously behind schedule. Louis' father asked him to go to Tampa and
assess the situation. Louis decided that they hadn't been able to hire a really competent staff
in the Tampa area and, therefore, they should withdraw and help us find a builder with the
right capabilities. With Louis' help we did just that. This was not the most advantageous
solution for the Ciminelli Company but it was the right thing to do. It was typical of the
behavior that we came to expect from Louis in later years.

About the time Louis acquired the Company from his father, Moog's business was expanding
nicely. The LPCiminelli Company became a partner in our growth and built a number of office
and factory buildings on our Western New York campus. Our architect would do the design and

we would negotiate a fair market budget with Louis and his company. They would then construct an excellent building on schedule and on cost. In addition, Louis' company provided consulting services for us on building projects in Europe and Asia. The performance of Louis' organization in all these activities always reflected the competence and integrity of its leader. Over the last three decades, while managing a growing construction company, Louis devoted himself and his resources to the Buffalo community. Louis and I have served together on the boards of various community organizations. We held consecutive terms as Chairman of the Buffalo Niagara Partnership, an organization of business leaders dedicated to the promotion of economic development in Western New York.  Whenever Louis would take on a leadership position, he would work tirelessly to help that organization "make a difference". In addition, Louis' generosity is well known throughout our community and has been an inspiration to others in his circumstance.

I hope that, while determining Louis' sentence, you'll take into consideration the positive contribution that he's made to the Buffalo business and cultural communities over many, many years.

Sincerely yours,

Robert T. Brady

August 25, 2018

Paul McDonnell AIA
82 Allenhurst Road
Buffalo, NY 14214

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Louis Ciminelli

Dear Honorable Caproni,

I have had the honor and pleasure of knowing Louis Ciminelli for almost 20 years and I can speak to his decency, humility and devotion to the community on many levels. I first met Lou when his firm, LP Ciminelli, was selected as the program provider for the Buffalo Joint Schools Construction Board project. I was an architect and project manager for the Buffalo Public School district and would work closely with him and his company for 15 years transforming our worn, antiquated buildings into 21st century learning environments, a project that would become one the largest school reconstruction projects in the nation. Although I was not directly involved in the selection of LP Ciminelli for this project, it quickly became apparent that the selection committee chose them because of Lou's commitment to Buffalo and his belief that in order for Buffalo to flourish its schools must also. Lou's role was to insure that the best people from his organization were on the project, that the project had the best resources and we as owners were getting what we asked for. My interactions with him always left assurance that if we needed him he was there, because this project was so important to him personally.

I also became aware of Lou's generosity and humility in ways not within my profession. I am a member of St Joseph's University Church here in Buffalo. A number of years ago, our pastor Father Jack Ledwon called me, and knowing I was a school architect, asked me if I would walk the parish elementary school with him to determine how a recently donated monetary gift could be used for school improvements. Father Ledwon disclosed to me that Lou Ciminelli, a parishioner, had donated money, but wished to stay anonymous. This was not an insignificant amount of money and it was not the first time Lou contributed to the school. His gifts over a number of years paid for computers, lockers and improvements to the building. He didn't want a plaque, an announcement, or recognition. It was his quiet, discreet contribution to the parish and school he loved and respected.

As a lifelong Buffalonian and one who promotes this city as part of my everyday life, I feel compelled to speak about how important Lou Ciminelli has been to this city. As an architect I can say he created one the highest quality construction companies Buffalo has ever seen. He has also been incredibly generous with the institutions I hold dear. The Buffalo Philharmonic, who he saved from bankruptcy years ago, the Albright Knox Art Gallery, Buffalo State College, Roswell Park Cancer Institute, and my alma mater, the University at Buffalo School of Architecture,

I was truly disheartened when I learned of Lou's conviction, but I am proud to know him and recognize him as a good man. I would hope that you will take into consideration all the good that this man has done for Buffalo and the countless organizations, schools and individuals he has supported.

Respectfully,

Paul McDonnell AIA

September 5, 2018

Dear Judge Caproni,

I met Louis Ciminelli more than 25 years ago when we were both members of Young Presidents Organization. We began by talking about our businesses but we subsequently talked about things we liked to do and activities we engaged in. Lou recognized that the collapse of manufacturing in our economy gave us a very small window to revitalize a failed city. Lou was already involved in some community activities as a small donor and I had recently been appointed chairman to the county of Erie cultural agency funding board. Our talks soon turned to Buffalo's future and how best to bring it out of its decline and stabilize its future. Lou pursued politics thinking better leadership would create the environment for economic growth while I was thinking about our regional assets trying to figure out a path forward. Our conversations merged in shared thoughts about some of our regional strengths and how best to reinvigorate them and thus the community.

Lou and I shared an interest in classical music and both of us were season subscribers to the Buffalo Philharmonic Orchestra. Lou joined the BPO board and I was involved in partly funding it annually through the county public process. Lou and a handful of others realized the future of the orchestra here required a stable financial base and they set out to raise money to pay off accumulated debt, provide cash for current operations and build an endowment which had been neglected. His leadership including major gifts, challenge gifts, and outreach to wealthy potential donors and corporations payed off with a successful campaign. Several years later he began the harder job of building the endowment to a significant degree to stabilize the orchestra over the long term. While doing this, he became involved in numerous other organizations: American Cancer Society, Children's Hospital, Roswell Park Cancer Hospital, Albright Knox Art museum, SUNY Buffalo, and many others. His efforts to promote the city and its assets extended to historic buildings, art venues, civil projects and community redevelopment. And it wasn't just him. He encouraged his management team to engage in their passions outside of work too and generously donated to many of those efforts as well. He regularly entertained potential donors in his home at dinner parties, relentlessly pursued gifts through his extensive contacts, and always always led by example.

It is difficult to create an impression of the Buffalo we found 25 years ago and its transformation today. Lou's industrial business evaporated. There were no new factories or major renovations to be made so he naturally turned to what was being done here: education and government were two areas where substantial construction was contemplated and underway. So his company turned their attention to those sectors.

Lou's passion for the community was ongoing, steadfast, and vibrant. Even though construction is cyclical Lou maintained a deep commitment to the institutions he felt could help make Buffalo a more attractive place to live and work.

I am writing to you today as an old friend of Louis, a former member of his corporate advisory board where I watched him lead his organization, and a collaborator on numerous community projects. His abiding commitment and compassion, his generosity both publicly and privately, and his joy at our turn around as a city were contagious.

I am asking you to please consider leniency in your sentencing. Lou is a remarkable person whose deep roots and commitment to the city and region have been felt for more than a generation and the effect of his work will last beyond his lifetime. I beg you to consider these factors as you weigh his sentence.

Respectfully,

Robert B. Skerker



October 5, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Louis Ciminelli

Dear Judge Caproni,

Thank you for taking the time to read this.

My name is Conrad Wesolek. I am an architect and I have worked for Louis at LPCiminelli for 15 years.

Shortly after Louis was arrested and It was becoming increasingly clear what the impact would be to our company – clients were leaving us, we were unable to win new work and our people were being let go and or were leaving for other opportunities. It was at this time Louis called me into his office for a meeting. While his door was always open, it was not common for me to be invited to his office for a one on one discussion.

While the exact words escape me, the gist of what Louis said to me went something like this, "I don't want you going anywhere. I want you to stick around to continue to work with me, you make us look smart and are integrally important to the type of transformative work I want to continue to concentrate on."

Bolstered by his words, attitude and commitment to continue our good work, I was happy and proud to remain at LPC – despite the negativity that surrounded us.

However, I continued to work and developed what I thought was a great idea for Buffalo - a transformative, community-based project that could address many needs. I was excited to present it to Louis, preparing an elaborate PowerPoint presentation. Louis did not appear to be excited.

Shortly after the presentation, I learned what the issue was. The negativity surrounding the court case was taking its toll. The project I contemplated would have required political / governmental cooperation as well as that of private development in Buffalo. However, the willingness for those people to work with LPC had eroded. Louis later summed this up by saying "I always said I would never leave Buffalo; but I never dreamed Buffalo would leave me."

The reality of this abandonment has been particularly acute for Louis, and certainly one of the hardest things for him to reconcile.

Even though Louis has been found guilty, I would not change my decision to stay with him. He believed in me and I believe in him. While I now need to move on, I will take Louis's mantra for LPC with me – "Integrity and Ingenuity at Work". I will also always remain hopeful that we can someday work together again.

I respectfully ask that you be lenient to Louis in his sentencing. Thank you for your consideration.

Sincerely,

Conrad Wesolek

October 22, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District Of New York
40 Foley Square
New York, NY 10007


Re: Louis Ciminelli


Dear Judge Caproni,

I have known Louis Ciminelli for almost my entire time living in the USA, and he jumpstarted my 33-year career in America.

My story is different from others. I was born and raised in the Moldavian Republic (now Moldova) of the former USSR. The education I received in the USSR is equivalent to an MS in Civil Engineering. In the USSR, I had an interesting job. I also have three patents, a few publications, and diplomas from the Exhibition of Soviet National Economic Achievement.

My mother, and my father, and I received the official invitation from my mother's brother to come to the USA.

It took us four years of battling the USSR's government, and finally, after the years of perseverance and help from the United States government, we were allowed to leave the USSR.

In October of 1980, we arrived to Buffalo, NY.

My first job in the U.S. was with the firm "Rupley, Bahler, Blake." After a short time, the company filed bankruptcy, so I started looking for another job.

With help from some people, I was lucky enough to get an interview with Louis Ciminelli, who was at the time, the Executive Vice President of Frank L. Ciminelli Construction Co.

So here I was, in the U.S., with a resume that was mostly based on experience and education from the USSR, with poor English, and I was trying to get a job. A few days later, I had another interview with Louis and then, Louis called me and told me to come to work.

In March of 1984, I started to work for the company. After a couple of months, I got a raise and started receiving benefits.

I could not wait to become a United States citizen, and in April of 1986, when I came back to work from the swear-in ceremony, Ciminelli colleagues greeted me with a very thoughtful card and a beautiful cake

with an American flag on it. After work, Ciminelli hosted a party for me. I will never forget the kind gesture.

Through my 33-year career at FLC and later LPC, I have fulfilled roles such as Estimator, Project Engineer, Sr. Estimator, Project Manager, Sr. Project Manager, Chief Estimator, and Vice President of Estimating. I worked at LPC until I retired, in June of 2017.

I worked in the office, in the field, and then back in the office, in the Buffalo area and beyond (Corning, Jamestown to name a few). Louis believed in cross-training and this is a great practice. I got very familiar with the way business was being done here. Through my work in the estimating department and later, in charge of that department, we bid and were awarded millions of dollars of work.

Louis always advised us to be very ethical. If we got a job, we were directed to write the contracts to the subcontractors who helped us get the job. The subcontractor community liked working with LPC, because we never "cut" their numbers, always paid on time, and treated them with respect.

The company experienced some periods when we were short of work due to poor economic times, but Louis always kept his employees on the payroll and didn't lay them off. The company always overcame these difficulties, with Louis' leadership.

Louis always shared good and bad moments of employees' lives. The company sent flowers and baskets to people for birthdays, weddings, and funerals. Whenever Louis had the chance, he always asked how everyone's families were doing.

I want to thank Louis Ciminelli for believing in me. He hired me at a difficult time in my life, and gave me the opportunity to work and grow with the company. He always treated me and my small family as part of his family.

I am saddened by the fact that Louis was convicted. Despite having been able to overcome previous hard times in the company, unfortunately this time, the company was not able to overcome this hardship, and is now closings its doors.

Through the 33 years of Louis helping me in my career, I wanted to ask for something for him. I would like to ask for leniency in his sentencing.

Sincerely,

Michael Trachtenberg



August 17, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing this letter on behalf of Louis Ciminelli as you consider sentencing for him.

My name is Judy Smith and I grew up and have lived in the Buffalo area for most of my life. I am the Director of Administration for Visit Buffalo Niagara and have been an employee of this organization for thirty years. Prior to my position at Visit Buffalo Niagara, I worked for various law firms in the area, including Hodgson Russ, and Kavinoky & Cook.

I have known Louis for more than thirty years and consider him a trusted friend and mentor. When I think about Louis and his life, what immediately comes to mind is his integrity, honesty, compassion, and generosity... and, more than anything his deep love and commitment to his family, his faith, and his community.

Louis has been an integral part of the Western New York community. He has dedicated himself to its growth and advancement. Over the years, he has made significant contributions to Western New York's cultural and educational institutions with future generations in mind.

On a personal note and more specifically, he has guided me through my life with honest and candid advice and has helped me and my family in so many ways with his huge heart and extraordinary generosity. Louis helped my brother with substantial financial assistance when he was in a very desperate situation with both his health and home. The financial assistance Louis provided saved my brother from losing his home where he lived as a single parent with his son, and when he needed handicapped accessible modifications made to his home. He was the one person I knew I could go to when these needs arose ... and he immediately stepped in to help in a big way. I will be forever grateful and humbled by him.

They say that everyone comes into your life for a reason, and for me, Louis has set a life example that I truly respect and have tried very hard to follow ... a life of kindness, compassion and generosity.

Judge Caproni, I respectfully ask you for leniency in your sentencing decision for Louis.

Sincerely,

Judy A. Smith





Conflict Solutions, LLC

August 8, 2018

Honorable Valerie E Caproni
United States District Judge
Southern District of New York
40 Foley Square

New York, NY 10007

Re: Louis Ciminelli

Dear Hon. Valerie E Caproni,

I am writing as a friend and member of the Buffalo, NY community on behalf of Louis Ciminelli.
I am a licensed Psychologist in the states of NY and Hawaii as well as a New York State certified School
Psychologist. I am board certified in both School Neuropsychology and Neurofeedback. I specialize in
conflict resolution therapy with couples and families, child custody evaluations, and mediation through
Erie County family Court. Aside from work with the courts, I am an Adjunct Professor for the State
University of NY at Buffalo (UB).

I met Louis Ciminelli through his wife, Ann Louise more than twenty years ago. I could list many
generous philanthropic traits of Louis, as I'm sure many have written you already, so as opposed to a long
list I will tell you of one that is near to my heart. My two daughters, at the time in their teenage years,
worked with Louis and Ann Louise on a project to supply every Buffalo Fire department with oxygen
masks for the department canines. While this may seem like a small endeavor to most, Louis assisted in
teaching my daughters to work hard for a project that is important to you, never treated my daughters like
children but gave them appropriate guidance and ability to experience that hard work and passion could
be rewarding. They succeeded in not only making sure the Buffalo Fire Dept. was outfitted but also
several surrounding Western NY departments as well.

While I understand that Louis has been convicted and your charge is to render an appropriate sentence. I
humbly ask that you take into consideration his life and contributions as a friend, spouse, father, and
community advocate.

If I can be of any service to the court or answer any questions I would be happy to do so and can be
reached through the numbers below.

Sincerely,

Susan M Santarpia, Ph.D. ABSNP, BCN

susansantarpia@gmail.com          Susan M Santarpia, Ph.D.          www.susansantarpia.com
872 Elmwood Avenue
Buffalo, NY 14222
(716) 316-9597



HON. THOMAS M. REYNOLDS

October 17, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10009

Dear Judge Caproni:

My name is Thomas Reynolds, I am a former Congressman, State Assemblyman, Erie
County Legislator and Town Councilman elected to public office for 35 years. I rarely write
letters to the Court, however, I am compelled in this instance.

I have known Louis Ciminelli for over thirty years. I know him as a businessman,
philanthropist, community leader, and friend.

Lou has always assumed leadership roles in the community not only in his Industry but
served as chair of the New York State Power Authority, former Chair of the Buffalo Niagara
Partnership and Chair Emeritus of 43x79 a local Buffalo entrepreneur group. He leant his skills
to the community not just in good times but rolled up his sleeves and that of his company when
times were much tougher for Buffalo and was recognized as the Niagara Frontier Executive of
the year by the UB School of Management.

While the above were important and many people would say that was enough
involvement I must point to Louis generous community and financial support and his abundance
of time committed to nonprofits, cultural groups, schools and other organizations.

The list is expansive; Buffalo Philharmonic Orchestra – Board of Trustees, Canisius
College – Board of Regents, Niagara River Greenway Commission, Suny at Buffalo State
College Council, Women & Children's Hospital of Buffalo Foundation.

Lou is and always has been a proud Buffalonian willing to use his talents, his leadership,
his financial support, and his hard work to make our community a better place. I can't think of a
time I heard him say no to a request from the community.

Hon. V. Caproni
October 17, 2018
Page 2

The community could read about the big gifts like the Louis P. Ciminelli Family Foundation gifts $1 million to the University of Buffalo School Architecture and Planning or gifts to non-profits like I mentioned above in my letter but there a few mentions of the generosity and compassion Lou showed many a citizen of Buffalo who needed a break, a little help, an advisor, listener or a financial lift in tough times.

Louis Ciminelli, like his father and family before him has been involved in so many ways to make Buffalo and Western New York a better place with live, work and enjoy a better quality of life.

Judge my humble request is you take in consideration the so many great things Louis Ciminelli has done for people, organizations and the community throughout his life.

Sincerely,

Hon. Thomas M. Reynolds



since 1884

**danforth**

John W. Danforth Company • 100% Employee Owned

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is Kevin Reilly, and I am writing this letter on behalf of Louis Ciminelli. I understand the charges that were brought against Lou and resulting conviction from his trial. I would however, like to give some personal insight into the character of a man I have known for three decades.

As the Chairman and former CEO of John W. Danforth Company, a mechanical contractor headquartered in the Buffalo area, I have worked with Lou and his company on numerous projects. Our connection actually dates back to the fact that our parents knew one another for many years.

As business leaders and collaborators, Lou and I developed a relationship built on mutual respect, performance, integrity, fairness and character. Construction projects can make for very stressful situations, tight deadlines, and, often, unforeseen surprises during the course of a project. As contractors and sub-contractors, you have to act, every day, as a steward for your client and strive to deliver the project on-time and on-budget, without excuses. In this setting, Lou and I were very demanding of one another, in a very positive way.

While business and family connections were the root of our relationship, I was fortunate to get to know Lou on a personal level as well. As my career progressed and I assumed leadership positions within my company, it was Lou who was a key driver in getting me and Danforth more engaged in community and charitable causes throughout Western New York. He took a great sense of pride and commitment in supporting our community. I have tried to create that same drive to help others within Danforth. I have been honored to support and serve on boards and committees for several charitable organizations. I believe, as business leaders, we have a responsibility to do what we can to support those who support others in our community. Being involved with these organizations, and helping to make a difference in my community, has been incredibly rewarding and fulfilling. I will always cherish how Lou drove me to become more involved.

Thank you for the opportunity to write this letter on Lou's behalf.

Sincerely,

Kevin Reilly

*Delivering industry leading experiences to our customers every day.*
**www.jwdanforth.com | 1 (844) JWD - 1884**





361 Delaware Ave, Buffalo, NY 14202
(p) 716.849.8618 | (f) 716.849.8291

September 30, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni,

I was the Director of Corporate Safety for LPCiminelli (LPC) from June 2003 until September 30, 2017. I have worked with Louis during my tenure, but knew of him for several years prior as I was a Safety Consultant that had clients working on LPCiminelli projects prior to going to work directly for LPC. It was a sad day on August 9, 2017, when I told September 30, 2017 was my last day of employment at LPCiminelli. I had planned on retiring from LPC in 2022 or 2023.

I started at LPC at the beginning the Buffalo Public Schools (BPS) project (2003) that lasted ten plus years. It was during these projects I had the opportunity to hire additional safety professionals after convincing the Executive Team, which included Louis that a project of this magnitude and duration required additional safety coverage. During my negotiation of sorts with the Executives the safety process became a talking point at all meetings and eventually evolved into an important Core Value of the Company. That's not to say there weren't bumps in the road because there were. Convincing all of the Executives to lead by example was one of my early challenges to the LPC safety process.

LPC's continued growth meant I would need to hire additional safety professionals to manage safety on our jobs. Ultimately I led a team of six full-time safety managers and 2 safety coordinators (used on an as needed basis). It was during this time the Safety Always mantra was born at LPC - Safety Always – at home, Work and Play. None of this would have been possible without Louis' buy-in/vison and the acceptance of Safety Always moving forward.

One memory that sticks out in particular was during the construction of a hotel in Albany, NY. I did not know that Louis and our CFO Amy Clifton were on the job the same day. Well, I needed to shut down a portion of that job as the large scaffold system in use did not have proper guardrails installed and I observed workers some 80 plus feet in the air. Imagine shutting down a job with your owner there knowing the schedule is behind. Once I explained and showed Louis and Amy why I shut the scaffold system work down he backed me 100% I was able to resolve the issue with our project team, which allowed the work to commence the next day. That was one of those your owner is really committed to the safety process days! I can still hear Louis to this day – How are you doing Roverhoff? Lou always chuckled when calling me out by Roverhoff, which was the beginning of my LPC e-mail address. If it wasn't Roverhoff it was Safety Bob!



# Lawley

361 Delaware Ave, Buffalo, NY 14202
(p) 716.849.8618 | (f) 716.849.8291

Working at LPCiminelli meant working at a family-owned and run company. Louis was generous to us the employees given the generous benefit package offered to us. My 401K thrived while working at LPC. Additionally, I earned full pay while recuperating from Total Knee Replacement surgeries in consecutive years. Each of which lasted 8 full weeks and 4 partial weeks. Up to that point in my career I had never worked for such a generous person - Lou Ciminelli and company LPC. In addition if the company did well on a Wrap-up project I received a bonus, which was motivating in itself.

Judge Caproni, I shared only a few memories. There wasn't a day when I couldn't approach Lou to talk to him about anything – family or other. The passion, drive, and work ethic I have today is the result of working with Louis Ciminelli and for LPCiminelli.

I am forever grateful for what Lou did for me and my family and to call Lou my friend. I have had the opportunity to work for several family owned businesses during my career and can honestly say Louis was the most generous, compassionate, decent and committed owner to his family, employees and the community.

Sincerely,

Robert Overhoff Jr.

# MICHAEL P. MCQUEENEY

70 West Chippewa Street, Suite 500, Buffalo, NY 14202
716.566.2900  Fax: 716.566.2910

September 6, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing a letter on behalf of Louis Ciminelli, who I know has been convicted of a felony and will be sentenced in October, to offer my insights into the man that I have known since 1982. I first met Lou when the specialty construction company that I worked for did a joint venture water main rehabilitation project for the City of Buffalo with Frank Ciminelli Construction. I was the Project Manager for the business I worked for and Lou was the Project Manager for his father's business. While we didn't always agree on everything, I quickly gained a great deal of respect for Lou's direct and effective communication style, the way that he treated everybody and his sense of fairness. We worked well together for six months and completed the project on time and on budget.

For the past 18 years I have been a founder and Managing Partner of Summer Street Capital Partners, which is the largest private equity firm in Upstate New York. Part of my role and a key part of our firm's philosophy is active community involvement and financial support of non-profit organizations. Louis has also always shared that community interest and we worked closely together on the boards of the Buffalo Philharmonic Orchestra (BPO) and the Buffalo Niagara Partnership (BNP) executive committees. Lou's contribution to both boards was thoughtful and effective. He was also very generous. I ran the first BPO fundraising campaign that exceeded $3 million 20 years ago and Lou was the second largest donor in that campaign. Lou also was Chairman of the BNP for three years when I was on the board and that is a huge personal time commitment and he really made a difference for our community.

I have also been Lou's neighbor for the past 20 years, frequently catching up with Lou and his wife while we were both walking our dogs. He's a very good man who has been extremely generous with his time and financial support making Buffalo a better place to live for all of us. I ask you for leniency as you consider his sentence please.

Sincerely,

Mike McQueeney

Michael McQueeney

Cheryl Masterangelo
1140 Woodstock Ave
Tonawanda, NY 14150
(716) 799-9833

August 16, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni,

My name is Cheryl A. Masterangelo. I am a retired HR Specialist for the U.S. Postal Service with 37 years of service.

I have known Louis for 24 years, since he is married to my good friend of 42 years, Ann Louise.
As long as I have known Louis, he has been a good husband to my dear friend Ann Louise. His parents, children and grandchildren have always been a major priority in his life and he has always taken good care of them. I have spent many occasions with his children and grandchildren over the years and they are all very respectful and kind to me.

As we all know, Louis has supported many community events, and needless to say, I have walked and volunteered for many. His is a kind man.

During these last 18 months of my life, while I was going through an ugly divorce from a 29-year marriage, Louis has always lent an ear to me whenever I needed one. I also would like you to know, that even though I have 2 siblings, Louis is the executor of my estate and trustee over my trust, in the unfortunate event of my passing. Have one 27-year-old daughter, I wanted to ensure that things would be taken care of properly.

My father and Ann Louise's father were buddies at Weinburg Campus Assisted Living in their final years. When the end was near and my father had to go into Hospice, Louis and Ann Louise were right there by my side.

I cannot say enough Your Honor, about Louis, but when someone is a good person I feel the real story must be told. He has always been a kind and compassionate person. My daughter has always said that Mr. Ciminelli is the perfect gentlemen and I can't agree more.

I know Louis has been convicted of a felony, but I hope that you will have leniency when sentencing him.

Thank you for your time and consideration.

Sincerely,

Cheryl A. Masterangelo
Cheryl A. Masterangelo

**CINDY ABBOTT LETRO**

MARKETING AND MEDIA CONSULTANT

caletro@letrolaw.com

August 31, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Justice Caproni:

My name is Cindy Abbott Letro, and I work as the Business Manager of my husband's law office, Francis M. Letro, Attorneys at Law. I am also a volunteer in the community, serving on a variety of boards including the New York State Parks, Visit Buffalo Niagara, and cultural organizations such as the Burchfield Penney Art Center and the Buffalo Philharmonic Orchestra.

I have known Lou Ciminelli as a good neighbor for over 30 years, and have worked with him closely in my work on non-profit boards. The organizations on which I serve, have benefitted from his critical thinking and expertise on a variety of subjects. He assisted in the strategic planning of the new Burchfield Penney Art Center, helping to create a building on the campus of Buffalo State College that is truly remarkable.

As Chair of the Buffalo Philharmonic Orchestra Board immediately preceding Lou, I worked with Lou closely. He never refused when I asked him to head a committee, or to help with fundraising. Lou guided the orchestra through fiscally challenging times, contributing his leadership, financial support and passion for one of Buffalo's cultural treasures. During Lou's leadership, the orchestra delivered balanced budgets, expanded their audience and took the orchestra to Carnegie Hall.

I know that Lou loves this community, and has personally worked to preserve its cultural assets. He and his family have taken pride in the cultural assets we have, and have worked hard for their survival. I hope that the Court will look at all of the organizations that are solvent, functioning and improved as a direct result of Lou's leadership.

Respectfully submitted,

Cindy Abbott Letro

THE DUN BUILDING, TENTH FLOOR · 110 PEARL STREET · BUFFALO, NEW YORK 14202-4111
TELEPHONE (716) 852-1234 · TELEFAX (716) 853-2930

Stanley Kardonsky, Ph.D.

971 Fountain Run

Naples, Florida 34119

Honorable Valerie E. Caprioni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Caprioni,

I write on behalf of Mr. Louis P. Ciminelli who is scheduled to be sentenced in your court this October.

I was vice president for finance and administration at Buffalo State College from 1997 to my retirement in 2012. Before that I had a similar position at San Francisco State University. Among the responsibilities of the position were capital projects. It was in this capacity that I met Louis and while our relationship began with the projects that his firm worked on for the college, I am proud to say that, during this time, I was able to call him "friend".

I know Louis to be a decent, compassionate, loyal and generous person with strong ties into the Buffalo community. More importantly, in the several projects we worked together, he impressed me with how he did business in a highly ethical manner. As someone who lectured on Business Ethics for the Western Association of College and University Business Officers, I am aware of the subtle and overt methodologies of unethical practice as well as way in which self-justification can creep into one's thinking. Louis could be a case study of how to be both successful and ethical.

Louis' character was for me, confirmed by the quality of the work performed by his firm and his ability to balance obligation to client with loyalty to staff (in the rare instances in which some scheduling or construction mishap occurred - as they always will in complex projects). The same standards were displayed during the bidding process which saw Louis – and his representatives – perform with admirable attention to avoid the appearance, and fact, of unethical behavior.

I also came to know Louis as a man fiercely loyal to family. His wife, parents and siblings are treasured and cared for.

His involvement in community is well documented. Whether it was a charity, local museum, university, or arts organization, Louis and his family's foundation were always approachable for support. This gifts and grants were made not with an eye towards currying favor for a possible contract but to support the institution and strengthen the fabric of the Buffalo Community. I truly believe that the support Louis provided for these many organizations is one of the reasons Buffalo has witnessed a renaissance in the past several years. This renaissance has lifted the fortunes of people of all walks of life and at all rungs of the social ladder.

I have seen him interact with his staff – at all levels – and it was clear the respect with which they regarded him and the loyalty and esteem that they felt for him.

I was shocked, saddened and in disbelief when I learned of Louis's arrest and conviction.

I am not personally aware of how Louis came to this situation. But no matter what brought him to this place, I know him to be a man worthy of compassion and forgiveness. I, respectfully, request that your Honor consider the entirety of what he is and offer leniency in your sentencing judgement.

Louis is a good man. In Yiddish, we would call him a "mensch".

Respectfully,

Stanley Kardonsky, Ph.D

September 8, 2018

September 13, 2018

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Honorable Valerie Caproni,

My name is Tracy Jordan-Cardwell and I am writing to you on behalf of Louis Ciminelli. I am a wife of 27 years, and mother of two young adult children. I have worked for the Ciminelli family for 20+ years. My career in the construction industry began working for Louis' father, Frank Ciminelli. Throughout the 20+ years, I held several positions. I started working part-time in the accounting department, then was promoted full time as an office clerk and project administrator, and worked the last 15 years in the Marketing/Communications department.

During the 20+ years I was honored to work with both Frank and Louis. When Louis became CEO and President of the company and I was in the marketing/communications department, Louis and I worked on many different projects. What I learned during those years was that Louis is a caring and giving person. I worked closely with him when he started his family foundation and saw his generosity first hand to many not-for-profit organizations. I admired his commitment to the City of Buffalo in keeping the corporate headquarters stationed in the city. When he moved the headquarters to the Central Park Plaza area, I was most impressed with his desire to renovate the entire community – a community that was desolate for many, many years. Louis' commitment to lifting this community out of a depressed, barren state ignited a new sense of passion within me. It made me a better Community Relations Director when watching how he was meticulous in selecting specific housing, store-fronts, and a new name for the community. He was concerned of what the people who resided in the Central Park Plaza area wanted. He fought to give them what they wanted even if it meant fighting folks in city hall! I admire him for his tenacity, philanthropy and giving spirit.

My family and I have the utmost respect and admiration for Louis and his family. During a time when my husband was out of work, he was hired as a project manager. My daughter was also an employee for several summers. Although Louis has been convicted of a felony, we believe he is a passionate and generous person. Please consider all of these qualities of Louis as we ask for leniency on his behalf.

Sincerely,

Tracy Jordan-Cardwell

Harold Cardwell

Charlotte Cardwell

# PAUL J. JENKINS

166 Bryant St | 716.830.6555 | PaulJenkins196@gmail.com

September 1ᵗʰ, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Dear Honorable Valerie E. Caproni:**

My name is Paul J. Jenkins; I have been a professional chef and business owner in a career that has flourished for over forty years. I am the proud owner of two restaurants in Buffalo, NY; The Remington Tavern and Seafood Exchange as well as Tempo Restaurant. Professionally operating under the Delaware Restaurant Associates LLC, we proudly employ upwards of two-hundred people in given seasonal periods. I strongly feel the body of this letter reflects the opinion and heart felt feelings of many in the Western New York hospitality industry.

I have known Louis P. Ciminelli for over twenty years and he is a decent family man. I was first introduced to the Ciminelli family as a young child through a good friend and neighbor, Rocky DiPietro. At this time Mr. DiPietro was a construction yard manager for Ciminelli Construction. Now, many years later, I am proud to say I have developed a strong and trusting relationship with his family, which includes employment of one of his sons. In addition, I am currently engaged to a woman whose father worked for Ciminelli Construction for roughly thirty years. Due to the well-fortified connections I have established with the Ciminelli's I can personally attest to the integrity and probity of the family, especially that of Louis P. Ciminelli.

Knowing that Louis has been convicted and will be sentenced in October 2018, I feel compelled to write this letter on his behalf. It is public knowledge that Lou's socially benevolent acts have extended to the realm of fine arts. He has extensively supported foundations such as The Albright Knox Gallery, Birchfield Penny Art Center, and the BPO. Louis's philanthropic efforts have demonstrated the kind of man he is. He has given direction

to long range planning, accessibility, and further advancement of the fine arts in our community.

Charitable endeavors are a significant part of the fabric of the hospitality industry. Specifically, there was a fundraiser, directed by myself, for a local chef who had lost a leg in a vehicular accident. This event "Stand Up for Mike A" was successfully hosted, raising over one hundred thousand dollars for a local chef in dire need due to his medical distress. Lou supported this through and through, including making the resources of his company available to the organization and, without fail, exceeding our expectation to support this grass roots event. There numerous instances of my personal involvement with Louis, that have facilitated in hosting events to expand the "conversation" relating to board of education, long term development strategies, and a certain forward-thinking perspective to benefit our Western New York community.

I would request consideration and any appropriate leniency with regard to the courts sentencing phase as this date approaches.

Sincerely,

Paul J. Jenkins

2

September 8, 2018

Peter A. Barden
865 West End Avenue, 14E
New York, NY 10025

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Subject: Louis P. Ciminelli

Dear Judge Caproni:

My name is Peter Barden and I write today about my experience working with Louis Ciminelli.
Please consider it as you decide his sentence for his felony conviction.

I met Louis Ciminelli in 2001 when I joined the New York Power Authority (NYPA) to lead the
relicensing of the state utility's hydroelectric power projects. Previously, I worked in various
political and governmental positions in New York State including the Assembly, Senate, and the
executive office of Governor George Pataki. Lou had been a board member since 1995 and I
quickly learned he was an active and dedicated public servant.

In 2002, Lou and I were elevated to more significant leadership positions: he became NYPA's
Chairman (an unpaid, volunteer position), and I joined the executive committee as the Senior
Vice President of Public and Governmental Affairs. During the three years we served in those
roles, I was impressed with Lou's drive to initiate and complete projects that had a lasting
impact on New Yorkers.

During that time, we finalized an historic settlement agreement with the communities
surrounding the large hydropower project on the St. Lawrence River that protected nearly 1000
jobs in the region and provided a 50-year stream of funding to local governments. Lou also
created a collaborative process for relicensing the Niagara Power Project designed to maximize
public involvement and the economic and environmental benefits to Western New York
communities. In 2004, he lead the effort to establish the Niagara River Greenway to preserve
and create public access to natural space in the region.

In 2002, we worked with environmental and community groups to retire the Charles Poletti
power plant in Astoria, long considered the largest source of pollution in New York City, and
replace it with a state-of-the-art facility to bring cleaner, more reliable energy to the area. Lou's
construction experience came at a critical time as we worked to build the new clean power
plant on schedule and at a reasonable cost to ratepayers.

Also during that time, Lou served as an unpaid board member of the New York State Economic Development Power Allocation Board and the New York State Energy Research Development Authority. These government entities were responsible for allocating low-cost hydropower to job-creating industries and investing in clean energy technologies across New York.

Lou volunteered countless hours away from his business and family to improve the lives of New Yorkers. Many people don't know how hard he worked in these positions as he didn't seek credit for his many accomplishments. But working with him day-to-day I saw a man dedicated to launching initiatives and managing projects he believed would have a significant effect on his local community and the people across the state. I was always impressed with his integrity and grit, and his compassion and dedication to the people who worked with him.

I left NYPA in 2004, but we've remained friends because he's one of the few people with whom I worked in politics, government, and business that I admired and from whom I learned valuable lessons about the importance of hard work, family, and integrity.

Thank you for considering my experience working with Louis Ciminelli as you decide his sentencing.

Sincerely,

Peter A. Barden

# SchutteBuffalo

*The leaders in size reduction*

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

I am writing this letter to express my utmost personal and professional support of Louis Ciminelli, whom I know to be a person of significant integrity and demonstrated honesty.

I worked for Moog Inc, an East Aurora, NY based company involved with many different markets and locations globally. I recently retired as a Corporate Vice President and Group President having served over 34 years in many different capacities. It is through my responsibilities at Moog, and a further relationship with Louis in a community focused business group called "43x79", wherefrom my experience and knowledge of his character are based.

Lou and I have known each other for over 15 years, and together we have been involved in many different community-based activities as well as in building and developing top-notch manufacturing facilities in several global locations. While at Moog, my responsibilities covered many different tasks, including selecting and constructing detailed facilities for the benefit of the company's business. Lou and the LP Ciminelli company were central to processing highly competent, honest, and outstanding results which benefited Moog then and continue to date. Every encounter with Lou was professional and enjoyable.

Outside of our professional relationship, we have developed, over a long period a time, a trusting, collegial, and directionally focused relationship where we worked together on several community-based initiatives. During our time together as members of the "43x79" business group, Lou and I did some very good work in helping the Western New York region. In doing so, I witnessed Lou's repeated generosity, empathy and commitment to the people of Western New York first hand.

I am very aware of Louis' conviction of a felony and it saddens me knowing what type of person he is, especially considering the integrity Louis has exhibited and I have personally witnessed. I consider Louis a friend and I will always be proud to call him that. I am hopeful that through his good works and demonstrated capability to always deliver what has been promised, that you will be able consider as much leniency as possible.

Sincerely,

Martin J. Berardi
CEO
Schutte-Buffalo Hammermill, LLC



September 13, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Honorable Valerie E. Caproni:

My name is Gary Anastasi and I am President of Anastasi Trucking, Inc. Our Company was started in 1964 by my deceased father, Richard and my mother Joan Anastasi. Both of my parents were friends and associates of Frank and Rosalie Ciminelli dating back to grammar school on East Delevan in the City of Buffalo. Many people who started out with nothing came from this neighborhood and through hard work, perseverance, and strong family valves have succeed to be not only accomplished business owners employing hundreds of people but also giving back and becoming large contributors to our communities.

I have known Lou my entire life as our families grew up together both eventually moving out to Clarence and going to the same Church for mass on Sunday's. As my career progressed from behind the wheel of a dump truck to the office, Lou and his company were instrumental to the survival of our company on multiple projects, especially after the sudden passing of my father in 1998. Louis also encouraged me to participate and contribute to the many foundations that support education and the arts.

I realize that Louis has been convicted of a felony due to some of his actions re: Solar City. Even though this was a difficult case to understand and follow, the jury has voted.

At this time, I hope and pray for some consideration and leniency or Louis P. Ciminelli.

Very Truly Yours,

Gary Anastasi

September 11, 2018


Daniel Wiese
45 Lyons Road
Scarsdale, NY 10583

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: LOUIS CIMINELLI SENTENCING

Judge Caproni:

My name is Daniel Wiese. I submit this letter to provide my experience working with Louis
Ciminelli while he served as Chairman of the New York Power Authority (NYPA). I served with
him at NYPA as Inspector General and Vice President of Corporate Security.

Before joining NYPA, I spent my career in the New York State Police (NYSP) serving in roles of
increasing responsibility from 1978 to 2003. I was the Senior Investigator in charge of
NYSP/Manhattan DA Labor Racketeering Organized Crime Task Force; partnered with DA Labor
Unit Chief Eliot Spitzer and Frauds Unit Chief Roslynn Moskopf with access to DA Robert
Morgenthau; and managed several successful Industry Wide Organized Crime Corruption Cases
including NYC Garment Center Gambino Crime Family controlled case, Bonnano Crime Family
controlled Newspaper Industry and The Organized Crime Control of the NYS Jacob Javits
Convention Center. I finished my career in the NYSP as the Lieutenant Colonel in charge of the
Governor George Pataki's Security Detail.

I was honored to serve with NYPA Chairman Louis Ciminelli. I had met him several times in
Buffalo while leading Governor Pataki's security detail and I saw his enthusiastic advocacy of
projects and policy initiatives to help an economically struggling Western New York.

In my role at NYPA, Louis Ciminelli provided the moral and financial support and guidance I
needed to establish a strong independent inspector general office to investigate fraud, abuse
and ethics violations within the authority.

In the wake of the September 11th attacks, Louis Ciminelli drove my efforts to increase safety
and security measures at NYPA's power plants and transmission facilities to protect the
authority's 1600 employees and the communities that hosted them.

Throughout my time working with him, Louis Ciminelli exhibited strong character and ethical fidelity as he lead the authority and supported me, my mission and my staff. The other executives and staff at NYPA respected and admired him for his work ethic, compassion, sense of humor, and commitment to their goals and those of the authority.

Please consider my experience with him as you decide his sentence in this case. Thank you.

Respectfully,

Daniel Wiese
Lieutenant Colonel (retired)
New York State Police

2018-08-29

<u>To:</u>
Honorable Valerie E. Caproni United States District Judge Southern District of New York 40 Foley Square New York, NY 10007

<u>From:</u>
Jeffrey R. Vahue Founder/President Knowlogic Software Corp. 90 Annawon Ave. Wrentham, MA.02093

I've known Louis Ciminelli for over 20 years, since just before he married my wife's sister.  To introduce myself, I've been an engineer developing avionics software since 1985, for the last nine years I been running a small software consulting company that primarily focuses on developing and verifying avionics software for Pratt & Whitney and NASA. As an engineer that has built flight critical control systems for both commercial and military customers, I like to think I'm looking at things from all angles, paying attention to details, while hopefully being open to new ideas and different points of view.

In all my dealings with Lou I have always found him to a man centered by integrity, thoughtfulness, and principled action.  When I heard of his conviction, I had trouble juxtaposing that with my feelings on the type of man I knew Lou to be.  All my experiences with Lou have been positive in many dimensions, be it individual/family oriented or community-based service/philanthropy.  I knew of his commitment to Buffalo, the surrounding area and the Arts.  He is interested in keeping the best parts of Buffalo alive for others to enjoy.  For me personally Lou was a sought-after voice when I started my business.  He was open and engaged when I discussed my situation and struggles with him, providing business advice, often to the detriment of his enjoyment of picnics and family get togethers.  His experience growing a construction company, founded by his father[1], while expanding into new businesses was very impressive and the result of hard work by him and the teams he built at the various companies.

I'm sure other family members must have discussed the way he went above and beyond ensuring his mother-in-law got the best medical treatment available in her final years, and about the help he provided in getting his father-in-law into a well-run and respected assisted living home.  While you're right to say any "human being" would do this, it was nice as a guy from out of state at the hospital with my wife's mom and a somewhat distraught wife, to have Lou there and personally involved as we worked to get answers and care setup for her.

While I have heard some people say he can be aloof, I actually feel Lou is slightly introverted and reserved. I have never seen him act dominating in any way in any situation.  He is never demeaning or condescending, but rather introspective and rational in his decisions and actions. We had discussed the importance of integrity and trust in how you conduct yourself when he donated his time as a Board Member for the NY State Power Authority.  This aspect of Lou's personality was what I found least congruent with his conviction.

---

[1] Small world story, talking to my mother when Lou was getting married she told me how she used to see Lou's father with a wheel barrel and some tools as he started the company in Buffalo all those years ago.

1

While Lou and I travel in different worlds when our paths cross I have always found Lou to be a man of honor and integrity. It is your responsibility to make the final judgement and I just hope you consider a sentence that best serves justice; for both society and the man and his family.

Sincerely,

Jeff Vahue

Tuesday, September 11, 2018

Janz Castelo
511 Potomac Ave
Buffalo, NY 14222

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Janz Castelo and I am the Artistic Director of the Buffalo Chamber Players and a violist in the Buffalo Philharmonic Orchestra. I moved to Buffalo in 2001 shortly after graduating from college to join the Buffalo Philharmonic Orchestra. In addition to playing in the orchestra, I have served in various musicians' committees within the organization, including representing the musicians in three contract negotiations, and currently serve as a musician trustee on the orchestra's board of directors.

In my time in Buffalo, I have developed a great working relationship and friendship with Lou. I saw him regularly at board meetings, concerts, and throughout the community. He is a warm, jovial person, and very kind and respectful to the musicians. He always had a genuine interest in my musical activities with and outside the orchestra, my family life, and even offered advice on exercise regimens. I have played at his house, which is not far from mine, and enjoy his company.

Like most musicians of the orchestra, I knew who Louis Ciminelli was before meeting him personally. Everyone in the orchestra knows and respects him. He is a steadfast champion for the arts in Buffalo and passionate about the Buffalo Philharmonic Orchestra. He is a regular at our concerts, served for years on the orchestra's board of directors, and has been generous donor to the orchestra.

To Lou, the orchestra was the cultural jewel of our city, with its success being essential to the success of our city and region. I am grateful to him for the countless hours he has dedicated to the organization and his unwavering quest to make Buffalo a better place.

I know that Lou has been convicted of a felony. But I also know that he is a good person. He has done much for our community and his good deeds have touched many. I kindly ask that you take this into consideration and grant him leniency in your sentencing.

Sincerely,

Janz Castelo

September 19, 2018

Mr. Louis Ciminelli
Ciminelli Music Scholarship

Dear Mr. Ciminelli,

      Three years ago, when I was picking a college to attend, I was extremely worried about being able to afford a higher education. The looming debt I would face had me worried, as I felt pressure to pick a career that is high paying like medicine or engineering. Because of the Ciminelli Music Scholarship I was able to follow my dreams of going to school for something that I love and may not have been able to afford.

      I have just started my junior year at Buffalo State as a music education major. As I continue my time here, I know Buffalo State is the right school for me. As I prepare for my junior recital this fall, I know I made the right choice in schools, as all my teachers have pushed me to be the best musician, and person that I can be.

      After I graduate college I plan on attending graduate school for music performance. After grad school, I have two dreams that I would like to pursue. I would like to become an elementary music teacher. Teaching has always been an enjoyable experience for me, and it would be amazing to be able to teach kids music and inspire them how my music teachers inspired me. When I look back at my time in school, the most memorable times were when I was doing something with music. Helping children learn something as important as music is something that I cannot wait to do. I would like to create the same safe and enjoyable atmosphere with my future students that my teachers did for me. I would also like to play professionally whether it be in a jazz ensemble or professional orchestra. I started playing the double bass in fourth grade and have enjoyed it ever since. Playing music is something that is different in that I have as much fun playing it as people do listening to it. I am involved with many groups on campus. I play bass in the Wind Ensemble, Jazz combo, Philharmonia, and many groups off campus like the Amherst Chamber Orchestra, and a jazz trio.

      I remember the day when I got the scholarship. It opened doors for me. Before I had received the scholarship, I planned on stopping music after high school, I didn't even own my own double bass. I had been renting my instrument since 4th grade. I didn't think I could afford college and would need an education in something "safe" like engineering. But with this scholarship I began to seriously look at music as a possibility for a career. I have been broadening my knowledge through private voice, piano and bass lessons outside of school. I can now focus on music, the subject that interests me the most.

      Thank you for your donation, allowing me to follow my dreams.

    Sincerely,

        TM

September 10, 2018


Mr. Louis P. Ciminelli

Ciminelli Music Scholarship


Dear Mr. Ciminelli,

   I am writing to thank you for the Ciminelli Music Scholarship that I received for the fall 2018 semester at Buffalo State College!!

     The reason I chose Buffalo State College is because all the other colleges that offered me admission were highly expensive and Buffalo State was the only option I had left. At first, I didn't want to come here, but I knew I had no option if I want to follow my dream of becoming a musician and a performer, So, on May 1, 2018 I excepted the offer of admissions and I committed to Buffalo State!!

     I was surprised when I first received the scholarship. It relieves a huge burden from my mother. My mother is a single parent and it's hard for her to pay for school, everything I need for school and also trying to make sure that I am okay. She is also one of the strongest people that I know. Receiving the scholarship money was actually very helpful and now I don't have a huge financial aid loan to pay.

     My major is music and I'm doing a concentration in voice. I know when I graduate from Buffalo State in May 2022 it will be very impactful for me. My plans after graduation are to go to grad school in New York City – either NYU, Teachers College, Columbia University, or Julliard.  My goal is actually to get an MFA in fine arts in musical theater, but hopefully I can stay in the concentration while I'm here.

     Once again, thank you for everything that you have done. It is impacting me a lot and has relieved my financial burden.

    Sincerely,



            LB

**LPCiminelli**

August 25, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Louis Ciminelli

Dear Judge Caproni:

Thank you for taking the time to read this.

We, the undersigned, are former and still a few current employees of LPCiminelli. We were once a company of 245 employees – an assemblage of the most talented construction industry professionals in Buffalo and the region. Many of us dedicated our careers to Louis and LPCiminelli for decades.

We took immense pride in working for Louis and the company we built together. We are committed to Buffalo and the region.  We worked not only for the owner of a project, but also for each other. We never wanted to let our co-workers down. Our company, our source of pride, is gone.

Beyond the impact of recent developments to the company, each of our individual lives, our families, has been impacted by what has happened. Our "work family" is gone. We have been forced to find other jobs and careers. Individual hardships were many and continue.

Despite the individual hardships endured, we remain proud of our accomplishments at LPC and we remain supportive of Louis. Louis led by example, and we believed in him. He would compel us to do our best and was sincerely happy to acknowledge our accomplishments.

Company Holiday parties were a highlight – an opportunity for all of us to see each other and celebrate our challenging work. We all looked forward to Louis's speeches – praising our accomplishments, sharing his vision for the future, and of course recognition and awards for those of us who went above and beyond.  Unfortunately, Louis rarely relaxed at the Holiday party, as he felt personally responsible for each of us and our families.

Louis knew the importance of our work to our region, and would instill his love for Buffalo in us, compelling us to be successful, knowing the many benefits our work would provide to our community.  Louis wanted the Western New York Community to succeed and did great work for various organizations, but he did so quietly, without looking for recognition.  He encouraged this same support from the staff and those employees were and remain involved in many local causes.

We would all like to return to a day before Lou was indicted and eventually found guilty. While we know that is not possible, we do ask for your consideration for leniency during sentencing.

Sincerely,

Past and Present Employees of LPCiminelli:

Frank L. Ciminelli II

Nicholas Blake

Erik Dusel

Dwayne Fleming

Dylan Gifford

Jennifer Joslyn

John Dudley West

Danielle Zientek

Anthony Cimino

Timothy Cox

Gail Ettaro

Todd Graci

Paul Hogg

Robert O'Neill

Michael Zacher

Brian Tofflemire

Michael Trachtenberg

PETER Sidell

SCOTT SIDELL

Signature: *Jasmine E. Lackner*
Name: Jasmine E. Lackner

Eugene Partridge

Timothy W. Jones

Peter Ruffini

GERARD McGRATH

JOHN WALKER

Lisa Stanek

Patricia A. Diez

**Past and Present Employees of LPCiminelli – In Support of Louis Ciminelli:**

JOSEPH A. MANNARINO

DESIREE  HAYWOOD

JOSEPH A. ARAMINI

PAUL  ABRAM

ANDREW J. BLASIO

MICHAEL  MAGLIO

Michael  G.  Chmiel

STEVEN  P. DECHERT

PETER  DECHERT

JOHN  REINARD III

WILLIAM  MAHONEY

MARK  WENDLING

Michael  J Curtin

Justin  Myers

JAMIE  FLURY

ANTONIO  MICELI

PETER  D. SPADA

JASON  O'NEILL

**Past and Present Employees of LPCiminelli – In Support of Louis Ciminelli:**

GREG   BAKER

ALLISON   MAC KENZIE

APRIL   BRADLEY

Michael   Laipple

Carol E. Brauer

CONRAD   WESOLEK

CASEY   KAHLER

Catherine Mytjunas

Michael Manetta

Emma Laipple

Amy L. Clifter

NICHOLAS   JEROME

Erin McAllister

Stephanie Pennington

John Ciminelli

DAVID KOOK

WILLIAM GOTTSTINE

RICHARD BONO

DOUGLAS BRUCE

Matt Ciminelli

Vincent J. Kirsch

**Past and Present Employees of LPCiminelli – In Support of Louis Ciminelli:**

Benjamin Loeffert

Louis Williams

Past and Present Employees o

Robert Overhoff Jr

rely

Mario Alonzo

and Present Employees of LPCiminelli:

Debra M. Miller

**Past and Present Employees of LPCiminelli – In Support of Louis Ciminelli**

The following names represent individuals who agreed to add their names in support of Louis Ciminelli and were unable to sign in person.


Sharon DeTamble
Jeffery Pilipczuk
Ana Alcocer
David Nachreiner
Brooke Smith
Thomas Lattanzio
Tyler Mekus
Meghan Waterman
Patrick Smally
Patrick McAvinn
Bradley Fisher
Melinda Hoffman
Jason Aigner
Robert Beardsley
Michael Ferris
Todd Harmon
Kirsti Hunt
Kyle Tuttle
Jasmine Marcucci
Christopher Sondgerath
Matt Bean
Chris DeRose
Andrew Malcom
Carlos Mercado
Joseph Tillman
Salvatore Casuccio III
Donna Mazzu
Daniel George