# Appendix A

September 7, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Joseph Gerardi

Dear Judge Caproni:

I am writing this letter in support of my brother-in-law, Joseph Gerardi.   Joe has been a part of my family for over 30 years.

Throughout his lifetime he has proven to be a wonderful husband and father.   His first child, Joey was born with a severe heart condition which required surgery as an infant.   His son stayed alive on life support for a period of time and still required further operations to correct the heart throughout his childhood.   Due to Joey being on life support for so long as an infant, it has caused some disabilities.   Although Joey is now in college, he still requires extra attention.   From infancy to adulthood, his father spent a lot a time teaching Joey to get to where he is now and will continue to do so to get him to the next level in adulthood so that Joey is self-sufficient.   He also devotes a lot of time to his twins, Jake and Julia, who are in high school.   He participates in their activities and keeps a good handle on his children and what they do.   Joe has been a volunteer and has devoted a great deal of time to the Boy Scouts.   He has been a faithful and loving husband to my sister and they support each other 100 percent.   His job at home is not done and he is needed there.

Joe is a very generous person.   He has helped out many people in their time of need.   Over the last two years, he has paid for his mother-in-law, my mother, to live in a quality Senior Living Facility.   This has taken a great burden off of all us and allows her to live out the rest of her life in comfort.   I can remember a few times when I was in between jobs and needed help, Joe would stick a few hundred dollars in my purse when I wasn't looking.   He is also a prankster and would also stick broccoli or carrot sticks in my purse when I wasn't looking.

Joe is also very thoughtful and goes out of his way to show he cares.   This past year my husband's brother, Jim, was diagnosed with pancreatic cancer and Joe immediately sent him a card and a wonderful book to read.   Jim was truly touched by this and could not have been more appreciative of his kindness and the thoughtfulness that went into that.

Joe has rules in his home.   Their family does not spend time on the television or playing computer games.   They are all involved in other things such as music, horseback riding, swimming, and they work at part time jobs.   He promotes outdoor activities such as swimming and running which reminds me that he also participates yearly in a triathlon.   He maintains his own vegetable garden and fruit trees.   He is environmentally conscious and only uses organic products.

It takes a lot more time and energy to live the way he does.   He puts a lot of effort behind doing the right things and does not take the easy way out.   I would have to believe that he is the same way at work.   He has very high values and he lives up to them.

We will continue to support Joe and hope that all our prayers are answered.

Thank you for your consideration.

Respectfully,

Cynthia L. Adydan
100 Northwood Way
Camillus, NY 13031

please consider what Joe has done for our community, our employees and our families. Please consider what he and his family have endured from the day the indictments were issued through present day, which has been devastating to say the least. My wife, myself and family believe in Joe and stand by him and his family in every way we can. I would ask that you please consider an alternative punishment to sending Joe to prison. Imposing of a harsh sentence will not contribute to the betterment of the community or benefit from Joe's efforts and commitments. Thank you for taking the time to read and consider my letter.

Very truly yours:

Jeffrey Aiello

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

October 12, 2018


Dear Judge Caproni,

I am writing to you on behalf of our friend Joe Gerardi. My husband and met Joe many years ago at a charity event.  Through that conversation I discovered that Joe and I had a mutual love and passion for gardening.  We began sharing ideas from when to plant garlic to organic pest control.  Our friendship has grown from a minor acquaintance to myself being honored to call Joe a friend.  Joe and his wife Lori have three children as do we.  We have enjoyed many dinners, Christmas party's, sharing teenage stories, and of course we still share gardening tips.

It was very difficult and shocking to hear that Joe was found guilty of committing a crime, although I do not fully understand I respectfully accept the decision of the Court. We write you to humbly ask for leniency in his sentencing.

I can honestly say that Joe Gerardi is one of the kindest men I have every met. He is always the first to hold his hand up to help anyone in need.  He does this because he truly loves and cares about  family, friends and community. He has always worked hard, and provides many people great opportunities. He brought many jobs to Upstate New York and helped provide good livings to people in a place where the economy has been difficult. He is a family man who happily organizes events that bring his family and many others together.  Joe's son is an Eagle Scout,  as are my three son's.  Joe has provided so much help to so many young men to succeed in their Scouting venture.  Because of Joe's kindness, honesty and integrity I am honored to call him a friend.

Your Honor, we ask that you consider the many good works he's done as you decide on his future. We simply wanted to share what we know to be true about Joe and to offer our support. Thank you for taking the time to read this letter.


Respectfully,

Michelle A. Bano

Steven A. Bano

September 18, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

`

Re: Letter of Support for Joseph Gerardi

Your Honor:

My family and I were very fortunate to have owned a vacation home in the Adirondack Mountains for over 30 years. About 12 years ago, we had the good fortune of having a marvelous family move into the house next door to ours. As they had three young children, they were an active, outgoing and loving family. Little did we know at the time that we would become lifelong friends with them. That family was Joseph Gerardi, his delightful children and wonderful wife, Laurie.

I am writing to you as I am aware that a jury recently returned a verdict finding Joe guilty of certain crimes. My wife and I are both devastated by the jury's finding both for Joe and, more importantly, for his family. We can only begin to imagine what the impact has been on Joe and his family. As many of us do, they live in a close community in the Syracuse area where Joe has been a highly respected member. Both Joe and Laurie are very involved in their community through their children's school and church. His oldest son has successfully completed his first two years of college and his twins are now in a vital stage of their own lives deciding what colleges to attend and what career paths to pursue. Joe is also a significant support to his mother as she enters her senior years. It has been without reservation that we have supported Joe and his family. We truly wish we could do more.

Joe has also been a well-respected member of the small Adirondack community of Long Lake. Over the years, Joe has engaged many local craftsmen, many of whom I know personally, in various projects that he has undertaken. I have never heard anyone ever complain or say anything negative about Joe. In fact, he has enabled several individuals to be successfully engaged in both their work and community where finding work is always otherwise a challenge.

I have especially enjoyed watching Joe and Laurie's three bright, energetic and thoughtful children growing up. My wife and I raised three boys of our own, although they are a bit older than Joe and Laurie's kids. I have always admired how involved and supportive Joe has been to his entire family. He showed the same qualities toward our own children when he was willing and enthusiastic about writing a recommendation for acceptance for our son to the University of Buffalo where Joe graduated and our youngest son had an interest in attending. Joe always cares about how they are doing.

Whether it is playing golf, hiking or just hanging out enjoying conversation and dinner, Joe and Laurie have always greatly enhanced our lives. I reflect on this now as I cannot even begin to

imagine how anyone could benefit by sentencing Joe to a term of imprisonment. So many would experience incredible losses, both tangible and intangible, as individuals are torn from their livelihoods and children are left facing a huge void in their future in their most impressionable years.

Rather, as Joe has so many quality professional and people skills that could very productively be engaged through community service and other activities, many could stand to benefit from a sentence of non-incarceration.  Joe is truly the right person to be given such an opportunity.

Respectfully yours,

Robert W. Barnett

Miles Bottrill
117 Juneway Road
Syracuse, NY  13215

September 20, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:  Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I am humbled and honored to be writing to you today in support of my friend, Joseph "Joe" Gerardi.

I have known Joe for more than 20 years.  My first meeting with Joe was during my role as a Vice President for Key Bank National Association ("Key" or the Bank) where I worked as Joe's trusted advisor and private banker.  In fact, Joe was one of my very first customers as I began my career at Key.  At that time, Joe was a member of the general counsel's team at the Widewaters Group headquartered in Dewitt, NY.  Soon after, Joe left Widewaters to help form COR Development Company ("COR" or the Company) in the late 1990's.  Additionally, I also served as the corporate banking officer for COR and worked with Joe and his partners on many projects.  It was an exciting time for COR, the Bank and the Central New York community as Joe and his partners began to make an immediate and important impact in the community they called home.  It was during this time that I also met Joe's wife Laurie and the two of them soon began to start a family.  I know that Laurie experienced a very difficult pregnancy period which, at the time, Joe confided in me.  Thankfully, everything turned out well and today the Gerardi's have a wonderful and caring family.

Coincidentally, while Joe grew up in the Utica, NY area and I grew up in Syracuse, we shared many common experiences including our faith, sense of humor, heritage and family.  At an event in Syracuse, I had the opportunity to introduce Joe to my mother and I remember the two of them having a very nice conversation where they talked about a range issues.  After that meeting, Joe later commented that my mother reminded him of his mother.  Knowing Joe's close relationship with his mother and my close relationship with my mother, I was flattered.

Joe clearly recognizes the wonderful value associated with family and giving back to our community.  As long as I have known Joe, he has continued to contribute his time and talents to our community on multiple levels.  For instance, for many years Joe was an active and dedicated board member of the local Salvation Army and many in our community were pleased to support Joe's tireless efforts in any way to help the organization.  Thanks to Joe's hard work and the hard work of his partners, COR Development made a significant impact to our community as a result of several successful development and redevelopment projects which provided hundreds of jobs and many needed services in our neighborhoods.

I remember well, during my time as a legislative member of the Syracuse Common Council, that one of Joe's and COR's first projects was to open a Price Chopper grocery store that served a needy and underserved community. That store, as well as a second grocery store developed by COR, continues to serve and benefit many needy families living in the Syracuse area. To me, it was always clear that it was important for Joe and his partners to give back and help their community in any way. The success of COR development obviously helped on one level but it was Joe's quiet leadership, guided in large part by his family, faith and values that I feel made a wonderful impact on so many.

I am aware that a jury has convicted Joe of certain crimes. I am also aware that in the more than 20 years that I have known Joe, I know him to be a wonderful husband, father and son; a trusted business partner and a loyal friend. I have been with Joe many times over the years in my role as a bank executive, a city councilor and a fellow community supporter and I always found Joe to be thoughtful, honest and dedicated. As someone who meets with attorney's every day and in my former role as a member of the New York State Attorney Grievance Committee for the Fifth Judicial District, I know the high importance of ethics in the legal community and I have always known Joe to adhere to the highest standard.

The Central New York community will not benefit if Joe goes to prison. As a lifelong resident of the Central New York area involved in business, government and higher education in my current role at Syracuse University College of Law, I know the value that an individual and/or group can have on a community. Our community is a better place in many ways because of Joe's individual efforts on behalf of his family and the Company. Most importantly however, Joe's legacy is his family, his community and his commitment to do good works. I have no doubt that Joe will continue to honor that legacy. Clearly, Joe's time and talents would serve the community and others much, much better if he remains in the community instead of away from the community and in prison. I ask for your consideration for my friend, Joe.

Thank you, Judge.

Sincerely,

Miles Bottrill

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

September 10, 2018

Dear Judge Caproni:

I am writing to express my support for Joe Gerardi. My family has been close to Joe and his family since we relocated back to New York 12 years ago and I have come to respect Joe as a father and a person of integrity.

We have come to know Joe as a dedicated family man who is actively involved in the lives of his 3 children. My children and his have been active in music and theater programs in our school system and community. We regularly encounter Joe and his wife at these events where it is obvious to see the strong bonds between him and his children.

When his oldest son became involved in Boy Scouts, Joe volunteered his time in support of the organization and served for several years as a scout master where he impacted the lives of many young boys in the community.

My wife recently started a charity called Front Row Players which is a theater group for adults with special needs. This group provides a creative outlet and a unique experience for these adults to express themselves and build confidence in their abilities. Joe has volunteered both his time and some significant financial support for this organization for which we are extremely grateful. This program runs on a shoestring budget and can only survive because of the generosity of people like Joe who so willingly give their time and money.

I have a great deal of respect and admiration for Joe as a person, both for what he does in the community and for his dedication to his family. My family has spent time with Joe and his family on vacations and other events and I have seen firsthand the strong bond within his family and can only imagine the impact on his children if Joe were to be absent from their lives for an extended period.

So for the sake of my friendship with Joe and his impact on our community, but mostly for the sake of his children I ask you to be as lenient as possible in sentencing, and I thank you for your consideration of this request.

Sincerely,

Brian Cavanagh
4639 Hartsfield Pl
Manlius, NY 13104

Deborah Cavanagh
4639 Hartsfield Place
Manlius NY, 13104

315.663.8390
debvec@hotmail.com

9/17/2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Dear Judge Caproni,

Thank you for taking the time to read this correspondence. Joseph Gerardi is married to my cousin Laurie. My relationship with Joe has grown over time. We met briefly at his wedding. My family now lives in the same community with Joe and Laurie, and our children attend the same school. We also share a common bond in that both Joe and Laurie's oldest son, and my husband and my oldest daughter were presented with critical health challenges at birth that still require care.

Due to all of our shared experiences, I feel I have gotten to know Joe very well. I believe that actions speak louder than words. If you look at Joe's actions with his family and in the community you see his true character. He has been married to the same person throughout adulthood. He is raising three beautiful children. He has been heavily involved in The Boy Scouts of America. He chaperoned and planned trips for many years to help fulfill the dreams of many young scouts. He supports the arts and music programs in our school district. He has supported non-profits in our area including Front Row Players, which is a musical theater program for adults of all abilities I founded here in our community. All of this is done with grace and humility.

I understand that the jury returned a verdict finding Joe guilty of certain crimes. This ordeal has emotionally devastated his family, from the day he was arrested to the extended time the trial in New York City has taken him away from his children at a very critical point in their lives. Joe and Laurie have had to rely on family and friends to support them. Not only does Joe have children still in school that need guidance, academic and emotional support, he also has elderly family members that rely on him to make sure their care is appropriately being handled. If truly the punishment must fit the crime, it is my belief that it serves no one to sentence Joe to prison. If it is deemed necessary to sentence him, non-incarceration with community service would be appropriate and support the life mission he has shown. The extreme hardship he and his family have endured throughout this whole process is more than enough.

Sincerely,
Deborah Cavanagh



INNOVATIVE ENDOVASCULAR CATHETERS

September 10, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Letter of Support for Joseph B. Gerardi**

Dear Judge Caproni,

I am a close personal friend of Joe Gerardi and have known him and his family for over 50 years. In fact Joe's father and my father were best of friends. Joe and I have carried on a similar lifelong friendship from grade school, to high school, to college, to graduate school and into our respective professional lives. Over the many years of our friendship, I have developed a deep respect for Joe and the manner in which he conducts himself, both personally and professionally.

During Joe's younger years he was faced with the divorce of his parents. During this time he was also faced with the realities of dealing with and helping to care for a father who was an alcoholic. As the eldest of 6 siblings he was thrust into the role of having to help provide for his family and of serving as a positive role model for his two sisters and three brothers. As a result, he took a full-time job at a local meat packing company, while he was still attending high school. He worked early morning shifts (before school started) and late evening shifts (after school ended) in order to stay in school. He took this new role of "head of the household" very seriously and it showed in the manner in which he conducted himself.

From an early age, Joe helped his mother and grandmother cover their family living expenses, he served as a positive role model for his siblings and he worked hard to maintain his studies and graduate high school on time and with respectable grades. I also remember many nights that I shared with him when he tried to nurse his father back to health following excessive rounds of alcohol abuse. He never turned his back on anyone in his family or any of his friends and he always maintained a higher level of responsibility than me and our other friends. For this, I respect him greatly.

I am aware that a jury returned a verdict finding Joe guilty of certain crimes. I am currently providing moral support to Joe and his family during this very difficult time. I have observed the

devastating impact that the verdict has had on Joe, his entire family, and his close friends.

For as long as I can remember, Joe has maintained an exemplary moral compass and the highest level of honesty, both in his personal life and in his business dealings. He is a loving husband, father and son. If I were to describe him in one word, it would be reliable, as he always finds a way to provide strength to others. This started from an early age, when he was forced to provide such support to his mother and his siblings. I also witnessed his incredible empathy during the time he cared for his sick father, prior to his death from liver disease. Joe's character is one of an honest, caring, loving and respectful man who follows the rules. His personal character is impeccable. This is because his character is important to him and he works hard to maintain it in a way that his family would be proud of him.

I have come to rely on Joe's presence in my life, as he has always been a constant source of inspiration. His family looks up to him and depends upon him for many things. The combination of his strong moral support, financial support and personal involvement in the lives of his entire family is insurmountable.

I am absolutely convinced that Imprisonment for Joe is not justice served. Society would certainly not benefit from sentencing Joe to a term of imprisonment and furthermore, a prison sentence would be detrimental to all concerned. It is my strong belief that all concerned would benefit from a sentence of non-incarceration (i.e. probation or community service) as the world needs more people like Joe to serve as a guiding light. I respectfully ask that you take this into consideration when you are sentencing Joe.

If you need any additional information from me, please feel free to contact me.

Respectfully yours,

Michael J. Cerminaro
President & COO
(917) 374-5878

October 1, 2018

Honorable Valarie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Joseph B. Gerardi

Dear Judge Caproni,

I am writing to submit to you my thoughts in regard to Joseph B. Gerardi. I do understand that my letter cannot change the laws and guidelines you have set before you to render a decision, however, I would ask that you consider this letter in support of a more lenient sentence for Joe.

I have worked at COR Development Company for 15 years, 10 of which has been under Joe's direct supervision helping run the Leasing Department at COR. Since the Leasing and Legal Department work so closely together I have spent countless hours with Joe both in and out of the office. I believe I have a unique perspective regarding my understanding of Joe as a person. I have spent many hours with Joe alone working through tedious and demanding legal contracts. During these working sessions, any time a phone call that came in from his family, he accepted them with the same care and respect that a loving father and husband would give to a family that came first in his life. I have always been impressed that no matter what is going on at the office, he has made his family his first priority.

In my opinion, one of the most important reasons for allowing leniency, is Joe's capacity to show leniency to others. With such a diverse group of tenants within the COR shopping centers, there has been times when tenants, for whatever reason, have not been able to meet their rent obligations to COR. One such instance was a lease for Great Clips in Canandaigua, NY. The franchisees gave everything they had to the location including substantial portions of their savings. Over time the business became unsustainable and the franchisee came to COR asking for any help that could be extended to him and his family. Instead of pursuing legal action, Joe decided to allow the tenant out of their lease requiring no further obligation to COR. That small gesture made all the difference to that family allowing them to stop the continual hemorrhaging of money and provided a path out of a very difficult situation. Words cannot express the appreciation that came through the phone when I called to notify the franchisee that they would be allowed off the lease.

Joe has shown himself to be a leader and role model for any professional. Watching Joe's dedication to other family's through the local Boy Scouts of America Troop has shown his deep commitment to the future generations of young men. Joe's involvement has provided an environment that is helping shape these young men into adults that are strong, respectful and passionate about their communities.

I have never felt once that I needed to change my morals or ethics during my tenure at COR Development Company and am very grateful to have Joe as my boss. I will be forever grateful that he created a business environment that allows me to keep the morals and ethics that I hold sacred.

Joe's hard work and generosity has given approximately 65 employee's good paying jobs and a positive environment to work in.  Sending Joe to prison would put at jeopardy the stability and foundation of every family touched by their employment at COR Development Company.

Thank you for your time and consideration.


Sincerely,

Vince Claps

# COSTELLO LAW FIRM
### A PROFESSIONAL LIMITED LIABILITY COMPANY

ALAN R. COSTELLO

2999 North 44th Street, Suite 515
Phoenix, Arizona 85018
TEL (602) 248-4339 FAX (602) 248-8164
EMAIL acostello@costello-law.com

October 15, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Letter of Support for Joe Gerardi

Dear Judge Caproni:

My name is Al Costello. I am an attorney in Phoenix, Arizona and have practiced law since 1985. I met Joe Gerardi in the fall of 2007 when I was retained to assist the COR Companies with a real estate project in Arizona. I have worked very closely with Joe over the last eleven years and continue to work with him on the project. In addition to the professional relationship, Joe and I developed a great friendship over the years.

I am aware that Joe has been convicted of three offenses in your courtroom, and I am generally aware of the nature of the offenses having closely followed the trial in Syracuse, Albany and New York City publications on a daily basis. The purpose of this letter is not to question those proceedings, but rather to provide you with my impressions and experiences of Joe Gerardi; a family man, a fair-minded attorney and businessman, and a generous and dedicated friend.

I got to know Joe very well when we worked together on the acquisition of the Arizona property, the initial development process, and the resolution of various issues that arose. From the start, Joe impressed me with his intelligence, calm demeanor and problem solving abilities. I have always found Joe to be honest, reasonable and fair in his dealings with others. There is no pretense to Joe or hidden agendas. He is a rock-solid guy. I consider myself fortunate for the opportunity to work with Joe over the years, but even more so for having him as a friend.

Honorable Valerie E. Caproni
United States District Court
October 15, 2018
Page 2

Arizona is a long way from New York, so I haven't had the opportunity to observe Joe in his role as husband and father firsthand. However, Joe and I share stories of our families regularly. I know without a doubt that Joe is a dedicated, loving and involved husband and father to his three kids. He adores his wife, Lori, without exception. He spends extensive time with his three kids supporting them in their many endeavors. He readily shares stories of his kids with pride and enthusiasm. It is not unusual to call Joe and find out he has a carload of kids and is heading to one activity or another.

Joe is an extremely positive and enthusiastic man. These characteristics shine through in his professional life as the employees at the COR Companies hold Joe in very high regard. It is apparent that Joe supports and empowers the people he works with as they freely share how fortunate they are to work with Joe. My experience is similar as Joe has always interacted with me in a very positive and productive manner, celebrating our accomplishments along the way. Joe's optimism is infectious.

There have been many instances where Joe's friendship and compassion have directly and positively impacted my life. He stood by me when I had extensive back surgery and offered information and resources when my daughter was diagnosed with Lyme disease. However, there is one instance in particular that I want to share with you. In August of 2008, less than a year after meeting and becoming friends with Joe, my wife and I lost our son, Conor, at the age of 24. I was overcome with grief, as were my wife and two daughters, ages 15 and 18. I had no option but to take care of my wife and daughters, to handle our home and financial obligations, and to operate my firm and handle my heavy caseload. At a time when I could have failed, Joe made sure that I didn't. There was no talk of COR moving its work. Rather, Joe hunkered down with me, shared my pain, provided advice and support, and helped me through the darkest time in my life. At that early stage in our friendship, there was no reason for Joe to dedicate himself the way he did. What I came to learn over time is that is who Joe is. He is a caretaker of his immediate and extended families, his co-workers and his friends. Joe is a really good man. He supported me in my efforts to save my family and that support aided my family's recovery. Joe supported me at my very lowest time without hesitation.

I understand that Joe could be sentenced to time in prison. Joe is of paramount importance to his family. He has two kids in the local high school. He is a good man that has accomplished much and assisted so many through all of his good work and efforts. Imprisonment will harm not only Joe but his whole family. Joe has lost a lot through this process. He can give back to society through programs other than prison. I know without question that Joe can and will do so much more for this world if you provide him with the

Honorable Valerie E. Caproni
United States District Court
October 15, 2018
Page 3

opportunity.  I sincerely urge you to consider community service programs so that Joe can assist others while taking care of his family.  Thank you for your consideration.

Very truly yours,

Alan R. Costello

ARC/lm

September 30, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I am writing this letter on behalf of Joseph Gerardi Jr.

This letter is my way of telling you about the person you are dealing with. I believe that I am in a position to speak of his many great qualities, his moral standing, and his persevering nature.

Joseph Gerardi is an honorable individual, a valued member of his community, a great human being and he is my brother. I have watched him, his whole life work harder than anybody I know to achieve his goals and provide for his family. He was never handed anything, everything that he is, was accomplished through a lot of hard work, determination and never giving up when things got rough.

Going on, he has a very strong sense of family, he is extremely dedicated both personally and professionally, he is involved in his community, he possesses a great deal of integrity, he has outstanding moral character, and he always strives to make sure everything is done the right way.

He has also been there for me and my family, he and his wife, purchased a house for us to live in. Because of this, it has made it possible for me to raise my children in a good neighborhood, it made it possible for them and myself to go to good schools and to become productive members of society. I now work at a college in the Financial Aid department which enables me to help other people go back to school later in life and better their lives too by sharing my story. It's very rewarding and it has changed my outlook on life. I believe that this has made my life and the life of my children so much better and I also believe that this would not have happened if we would have stayed where we were living. Knowing that my boys are good decent people who were given a chance at a much better life, I thank him in my prayers every day for this act of generosity that has contributed to the strength and character that me and my boys possess today, and every day, because of his selfless act.

Joe's wife, Laurie and his children, Joe, Julia, and Jacob, have been through a lot in the last year because of the charges brought again Joe. The children who have reached or are almost reaching adulthood, rely on him for guidance, emotional support and financial support as they go off to college. As for Joe's wife Laurie, who has stood by him through this whole ordeal, is an example of the strength and dedication that our whole family has for Joe.

I do understand that your job is a difficult one, making life altering decisions like this when you don't actually "know" the person standing before you. So, it is my sincere hope that you will take this letter (and countless others I am sure that you will receive) into consideration when making decisions on this case despite the final ruling. Also, that you will understand that Joe is the kind of person around who

people rally.  He has never been in any kind of trouble with the law before, so I am asking you respectfully to sentence him to either probation or community service.

Please feel free to contact me with any questions that you may have or if you need clarification of any kind.

Respectfully yours,

Mrs. Jill Cote

**Nicholas J. Dereszynski**
**5556 Golden Heights Drive**
**Fayetteville, NY 13066**

September 27, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

   Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I am writing to express my support and feelings for Joe Gerardi (and his family).  I have known Joe and his family for nearly 14 years.  Our relationship began as neighbors and has developed into a strong personal friendship.

My family has been associated with the Gerardi's on many levels - at school concerts, running groups, yoga classes, in the neighborhood and within the community.  Actually, when my family moved back to Fayetteville, Joe was the driving force in connecting me with the Salvation Army.  Joe has been a long-time Salvation Army Advisory Board Member and really connected me with the organization through the Executive Director.  Since that meeting, I have been on the Advisory Board myself and now serve as Chair of the Property Committee.  In my opinion, Joe Gerardi *personally* embodies the mission of the Salvation Army in serving those in need.

Joe and I have spent many hours together discussing families, experiences, raising and instilling values and virtues in our kids, adventures hiking in the Adirondacks, exercise routines, among many other topics.  Joe is one of a few people that I truly rely on for thoughtful advice, balanced perspective and certainly wisdom.  I believe Joe has a strong moral compass, is man of personal and professional integrity, as is a man (and family) of faith – all of which are critically important to me in a mentor.

While I understand the jury has returned a guilty verdict for Joe Gerardi, I have strong thoughts and feelings that imprisonment would be unjust for Joe, his family and the community.  First, I do not believe a prison sentence would be commensurate with the jury's findings.  I believe imprisonment is overly harsh and burdensome when considering the circumstances.  Second, I can say first-hand that a prison sentence would be catastrophic to Joe's family, especially his three children.  I know his kids have suffered unjustifiably at school at the hands of other merciless kids and even teachers.  A prison sentence would further harm his children irreparably.  Lastly, society will not realize any benefit from a prison sentence "message."  If anything, the community will grieve and further question our system, and most importantly, lose a critical, production member of our community.

I wholeheartedly believe that our neighborhood, community and city is better with Joe Gerardi and we hope that his presence continues on.  As for me, I hope to retain a friend, mentor and one of a few people I can rely on for guidance.

Sincerely,


Nicholas J. Dereszynski

September 16, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

My wife Amy and I have been friends with Joe Gerardi and his wife Laurie since 1986 when he moved to Watertown, New York. At the time we met, neither couple was married but we socialized often enjoying dinners and other activities together. I worked for my father's insurance agency and Amy was a Latin and Spanish teacher. I now manage the agency and Amy is retired.

When we first met Joe, his quick wit and easy going manner attracted us to him. As we went on to marry within one week of each other and began having children, Joe became a trusted, loyal and dependable friend who supported us through the near loss of our first son and Amy's diagnosis with leukemia. Joe was there for us when it really mattered, but he was also there for us in small ways which really define a friendship. When I was attempting to assemble a swing set for my son with only a hand held screwdriver, Joe found out and drove from Syracuse to Watertown with his power tools and together we completed the job. We know wholeheartedly that if ever we are in need, we can turn to Joe and he will help us.

The most important part of Joe's character is his devotion to his wife and children. When their first son was diagnosed in utero with a life threatening heart condition, Joe faced perhaps the greatest challenge of his life. Knowing that his son would need open heart surgery shortly after birth, Joe dealt with the situation with tremendous strength and determination, seeing to it that little Joey received the care he needed to not only survive, but to thrive.

We recently attended a celebration for Joey's graduation from community college and acceptance into an aviation management program. Over the years Joey has undergone numerous open heart surgeries which were both physically and emotionally challenging. Joe's incredibly patient guidance and deep love for his son has culminated in Joey's successful transition to adulthood. Joe's younger twins Julia and Jake will soon graduate high school and pursue college degrees. Their close relationship with their father is evident.

We understand that a jury has found Joe guilty of certain crimes. This has been devastating for his family. We hope you will consider probation or community service for Joe instead of imprisonment as his wife and especially his children will be greatly impacted by your decision.

Respectfully yours,

John and Amy Doldo
439 Harris Drive, Watertown, NY 13601

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Caproni,

My name is Jim D'Onofrio, and I own and operate Arlott Office Products in Utica, New York. Arlott's is a small business with seven (7) employees and we sell a variety of office products.

Competition in this industry is tough, particularly for a smaller business such as ours. But we offer an exceptional service and build relationships with customers that have spanned many years, some even multiple generations.

A customer that fits this description is COR Development, and specifically Joe Gerardi. We've had the opportunity to have worked with Joe for the past 25 years. Throughout the years as we have seen his business grow, Joe never changed. Everyone here at Arlott that worked with Joe described him as a man of his word who was always polite and upbeat. There's a saying that I have heard that epitomizes Joe "Treat the janitor the same as the CEO." I've witnessed first-hand the respect with which Joe treats everyone, their respective positions meaningless to him as he treats everyone with the utmost kindness.

Throughout these 25 years he has truly become a mentor and role model to me. His humble demeanor and the way that he carries himself has resulted in an admiration for him by myself and my employees. No matter how busy he was, Joe always took time to talk with us when we were delivering or servicing our products.

It was during one of our numerous conversations, Joe said something that has stuck with me as I found it to be something profound. When conversing about his business development, Joe said, "it was never about the money." He went on to explain that his dedication and drive has always been about providing security for his family and his employee's families. He realized that this responsibility fell on him. His work not only affected his family but the many employee's families that counted on him. This was a weight he carried on his shoulders and one that I'm sure led to many a sleepless night.

As our business relationship led to becoming personal friends, I had the opportunity to get to know his wonderful wife Lori and his three children, Joe, Julia and Jacob. In this fast paced corporate/computer world we live, it always amazed me how Joe could balance his ambitious business work ethic with his dedication and devotion to his family. He never lost his sense of what is important. I would argue that as successful as Joe was in the business world, he has been even more successful as a husband, father, mentor and role model.

In short, Joe has demonstrated a tremendous commitment and dedication to our community, his family, his employees and the families of his employees.

As a business owner, I can tell you that it isn't just his business that relies on him. Many other small businesses such as ours depend on the success that Joe has built at his company, and he will be missed in this respect. More importantly however, our community and his family will see a void as the result of his incarceration.  I would respectfully ask that you take this into account when making your decision, a decision with which I cannot fathom the difficulty of.

I truly appreciate you taking the time to listen to my thoughts about a man who has truly earned my respect and admiration throughout the years.

Best Regards,

Jim D'Onofrio
Arlott Office Products

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
September 12, 2018

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

It is with great pride I write this letter of support for Joseph Gerardi. I have known him my entire life. Our dads were brothers, but it is as if we are siblings more than cousins. Joe's life has been dedicated to his family, his friends, his community and his profession.

Although I am aware of the guilty verdict, my love and support have not wavered. My husband and I continue to visit, call and text both Joe and his family. This has taken a toll on Joe and his family. Teenage years are difficult enough to navigate through in ordinary times. This situation has added an additional layer of stress and uncertain emotions for Joe's three children. It is our intention to continue to extend ourselves in a supportive manner.

Being the oldest of six and having lost his father at the young age of forty-eight, Joe has always assumed the role of provider. His family did not have the means to provide all a family needs with six children. Joe did what he needed to do. He took every odd job he could find, studied diligently in school and was a role model to his five younger siblings as well as to me. Challenges did not deter Joe; he was persistent and diligent. He worked his way through college and then law school.

My father was sadly diagnosed with pancreatic cancer and died within three weeks. It did not matter that Joe lived an hour away. He did not miss a day to be with my dad, console us as a family or offer to help any way he could. He is a loyal, compassionate and loving man. Our loss was his loss as my dad was a father to him.

This is a man who puts others first, who volunteers his time to the community, is a scout leader and will be there for whomever or whatever organization is in need. Serving a prison term would be a huge loss to his profession, his community, his friends and most importantly to his family.

Respectfully yours,

Sandy D'Onofrio

**All of God's children**

*making a difference,
one child at a time . . .*

September 15, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing this letter to you in support of Joseph B. Gerardi, Jr.  I live in Lansing, Michigan and am Vice President of The Centennial Group, a 51 year old financial services firm.  I am a co-founder of and on the board for All of God's Children. I also serve on various community and national charitable boards, have coached high school gymnastics for 23 years and serve as a mentor and confidant for local women and girls affected by the current gymnastics abuse that has infiltrated our gymnastics community.

I have known Joe for 36 years and his wife Laurie for 34 years.  While in law school, Joe lived at our home in Kirkville, NY, renting a room out from my mother.  When I am in town, I live weeks at a time with the Gerardi's and see their life for what it is.  I believe that I know this man's moral make up and his commitment to those he serves, including his friends and family.

Joe and his company COR are successful in business.  That is evident when I come back to my hometown in Central New York and see the revitalization of areas they have touched.  At times, I believe that there are people who perceive success as a bad thing.  I have read that some in this particular situation, believe that success on Joe's part is self-serving.  I believe that is what a lot of people have perceived, in and out of the courtroom, during these last two years.  In knowing Joe, he is one of the least self-serving people that I know.

While you know him as a defendant and owner of COR in your courtroom, I know that I am blessed to call Joe and Laurie Gerardi my best friends.  Joe is a trusted friend, a loving husband and a devoted father to his children.  As adults we have continued to be best friends, our own children have grown up along side the Gerardi kids.  Joey, Julia and Jake are amazing kids.  As families, we have shared births, deaths, life threatening illnesses and just life's celebratory ups and hard knock downs that come to each one of us in this life.  Through it all, I see Joe count the blessings that come out of each storm.  That is who is he.  That is who Laurie is.  That is who his children have become.

I have a special relationship with Joey, Julia and Jake. They have shared some of the instances they have experienced over the past two years within their community and school. Their resiliency to take in words and actions, that are offensive in their nature, amazes me. Through it all, they stand tall and do what is right in this storm that is now a major part of their life. That is a reflection what they are being taught at home.

Joe is a giver and has a commitment to helping those in need. I know that his family has supported many local charities in Central New York, but I can speak first hand of Joe's commitment to helping those in need through his giving to All of God's Children. The Gerardi's are *the* major donor each year to this non-profit organization. It is an organization near and dear to the Durso family. One of the orphanages that is supported though AGC, is our own son's orphanage in Russia. When there is a need to be filled around the world helping children, families and schools, Joe and his family are there to answer that need. Without the Gerardi family, we would not be able to reach the countries that we do.

I know that my own life would be different without Joe in it. He has been there for my own family. Throughout the time I have known him, his personality, moral ethic and outlook on life has never changed. Joe is a man that I am proud to know and am blessed to have him as a true and unconditional friend.

Your Honor, while I know that you know Joe primarily as a defendant in your courtroom, I ask that you take a look at who he really is deep down and consider the lives that Joe touches each day.

Respectfully,

*Marcella M. Durso*

Marcella Durso

Pure and genuine religion is this:
to take care of orphans and widows in their suffering . (James 1:27 Today's English Version)

Board Members: David and Sharon Fitch; Sal and Marcie Durso; Corbin Rose
(517) 346-7984 | fitch.david@principal.com | durso.marcie@principal.com | www.allofgodschildren.net

All of God's Children is 501(C)3 Tax Exempt Charitable Foundation
511 South Washington Avenue · Lansing, Michigan 48933



CORPORATE OFFICE:
511 South Washington Avenue | Lansing, Michigan 48933
517.485.9350 | 800.999.9350 | F. 517.485.0009
www.centennialgroup.com

September 16, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor:

I write this letter to you in support of Joseph B. Gerardi, Jr. I currently reside in Lansing, MI and am the CEO of The Centennial Group, a 51 year old financial services firm. We work with many business owners and individuals in the areas of employee benefits, consulting, pension plan solutions, investment and insurance strategies. Our organization's values of trust, respect, integrity, community and service are well suited for Mr. Gerardi and his company, COR. I have known him for 45 years and certainly believe that I can attest to these attributes.

In your courtroom, you have seen Mr. Gerardi as the real estate developer and defendant. Over the years, I have had the distinct honor to know him as a trusted friend, loving husband and amazing father. He and his wife Laurie have raised three children—Joey, Julia and Jake. They are now entering their college years. It is said that children are a direct reflection of their parents. Joe has imprinted love, tenderness, compassion and a heart to take care of others on his children. A few examples may be his care as a scout leader and seeing his oldest son, Joey, receiving the Boy Scouts highest honor as an Eagle Scout. His twins Jake and Julia are honor roll students and accomplished musicians. They are simply a joy to spend time with. A reflection of their dad is seen everyday by their peers. No father would ever want their kids to experience the negative media trail of this magnitude or the pressure on them as impressionable high school students. Joe has used this time to teach his children self respect and respect for our country's legal system, even with so much stacked against him.

As a friend, Joe has been a loyal confidant my entire adult life. Our journeys have taken us to different parts of the country, but he never waivered in his loyalty to me as a friend. Always there to take my call, lift me up and assure me that when the values are clear, decisions are easier. In all my years knowing this man, I cannot think of a time when his decision making was not focused on doing what is right. That is Joe's moral compass.

Early in his career when so many of us exited New York for other opportunities, Joe stayed true to his roots and stayed in the community where his ancestors emigrated to and raised their own families. New York State and Central New York are better places to live because of this man.

Joe and his company have made Central New York a vibrant and more livable place through the care in their project choices. Watching Joe and Laurie selflessly give back to their community and others is uplifting.

I am sure the following are just a small sampling of the ways they have given back to those in need.  Some of the organizations I know they support are:

- Immaculate Conception Church
- Central New York Salvation Army
- All of God's Children
- Francis House
- Charities that their family members and children support

It is so hard to put into words the character and soul of a man that has done so much for so many and for so long.

In closing, I do know my friend deeply and know the following further exemplifies this man:

- A man of unending and unyielding faith.
- One who acts with integrity in all things.
- Always has a kind work and never slanders anyone.
- Is peaceful, content and considerate.
- Shows humility towards us all.

Your Honor, I know that your decisions are not easy.  I do implore you to take into account Mr. Gerardi's character and intent as you deliberate.  Your decision does not only affect Joe, but the lives of so many others that have been touched by this genuine man.

Respectfully,

Salvatore J. Durso

September 10, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Re:  Letter of Support for Joseph Gerardi

Dear Judge Caproni,

Knowing Joe Gerardi for over twenty years as a friend, community member, family man, and for ten years as a client, I am compelled to write to you how must he is respected and loved.

I am aware the jury rendered a verdict of guilty and as his friend I am personally privy to the impact this has had on Joe leading up to court proceedings and post verdict. Professionally I have been able to observe and treat Joe due to the impact of this process on him physically and mentally.  Joe is a vibrant, motivated, driven person who has been reduced to solemn, quiet, reserved and reflective individual.

Joe has been a corner stone in the growth of COR Development for many years which has in turn led to the growth and development of Syracuse, New York and its surrounding communities.  His propensity for excellence is and always has been reinforced by his honesty, reliability, compassion, and steadfast determination to do what is right for all involved in his projects.

These qualities transcend into Joe's family replicated by children who are a true reflection of what type of person and parent Joe is.  Individually and as a family they volunteer without reservation at any given time. Joe is always willing to help those who are less fortunate.  For example a few of many he volunteers and or donates to are Elmcrest Childrens Center, Charity for Children, The Boy Scouts of America, Boys and Girls Club of Syracuse, Francis House, In My Father's Kitchen, Downtown Syracuse Foundation, Onondaga Community College, Syracuse University, Salvation Army, and Upstate Cancer Center.

I do not believe imprisonment would be beneficial to our community or to Joe's family.  We all rely on Joe for the betterment of our city and towns, and his family depends on him for financial, physical, and emotional support.  For that reason I would ask you to consider community service and probation so that we all can benefit from your decision.

Respectfully yours,

Lauren S. Felice, LMT, BCTMB

September 23. 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I am writing to you to show my support for my brother Joseph Gerardi in this difficult time.
Joe has been a loving and loyal presence throughout my life and I have the utmost respect for him.
He has been a role model to me my entire life, and our family has greatly relied upon his support
over the years.

I am aware that a jury has returned a guilty verdict in my brother's case. My family and I have
been supporting Joe throughout this entire process trying to provide a positive, loving, and
supportive environment for him and his family. The impact this has had on both our family and
my brother's family has been heartbreaking to witness.

My brother Joe is a loving, caring, hardworking man with great integrity. He came from very
humble beginnings as a child and has worked extremely hard to get to where he is today. Every
year he brings the whole family together to spend time with my mom. My three brothers live in
California and my sister lives in New Hampshire so it is difficult for everyone to get together. Joe
and his wife are also the God parents to my son and I know his loving character, kindness and
integrity are great examples for my children.

My brother Joe and his wife have three children who greatly rely on him for support in their life.
This situation has been difficult for his children to understand and immensely difficult for my
sister-in-law to endure. Their children are at a stage in their lives where it is very important for
their dad to be there for support and guidance.

I would like to ask you for leniency in your sentencing of my brother. Being that he has never been
in trouble with the law at any time, could you please consider sentencing him to probation or
community service?

Thank you for taking the time to read this letter and for your consideration of my statement.

Respectfully Submitted,

Jane Femia

Jane Femia

September 30, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I have known Joe Gerardi since March of 2016 where he has served the positon of Chartered Organization Representative as the liaison between our Boy Scout Troop 152 and its Chartering Organization, the Immaculate Conception Church in Fayetteville, New York. Selection to his positon required nomination by the Troop Committee and approval by the Immaculate Conception Church Board. Joe also serves as an active adult leader for the Troop where I serve as the Troop Committee Chair.

I understand a jury has returned a decision finding Joe guilty of three crimes. As a result, the Boy Scouts of America has asked Joe to resign his positions as both the Chartered Organization Representative and an active Committee Member which limits his role to that of an adult parent within the Troop. This is a significant loss of leadership. The Troop is still searching for someone with comparable character and integrity to fill his position.

Through Scouting leadership and Troop activates, I have observed how Joe lives and teaches the values of the Boy Scout Law: A Scout is trustworthy, loyal, helpful, friendly, courteous, kind, obedient, cheerful, thrifty, brave, clean, and reverent. Joe's character and integrity have served as a role model for both adult leaders and more than 30 Boy Scouts that rely on his leadership within our Troop. He annually leads several Troop outings. He has lead Scouts of all abilities on extended high peak adventure hikes in the Adirondack Mountains and has provided encouragement to those that struggled along the hike and encouraged understanding from those with stronger abilities. The Troop has come to rely on his organizational experience leading two of the major Troop fundraisers – Easter flower sales, and holiday poinsettia/wreath sales. As a Troop Committee Member, he provides long-term visionary planning, provides a fair voice in debated matters, and has the needed experience to make leadership decisions that impact the Troop. Outside of Scouting, I have also observed Joe and his family regularly facilitating collection of food donations for the Food Bank of Central New York.

Joe is a strong pillar of the Troop Leadership that serves over 30 Boy Scouts. Sentencing him to a term of imprisonment would remove a consistent adult Troop leader that is needed to positively impact the lives of young men and future leaders. In lieu of imprisonment, please consider sentencing Joe to a role that would best serve our Troop and community, a role that he already strongly believes in - community service.

Respectfully yours,

Brett Fero, P.E.
Troop 152 Committee Chair
5779 Innsbruck Road
East Syracuse, NY 13057

**Matthew D. FitzGibbons**
129 Cashin Drive, Fayetteville, NY 130866

September 9, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
49 Foley Square
New York, NY 10007

Dear Judge Caproni,

It is with total shock and sadness that I need to write this letter. But alas, circumstances are such, that I must speak out in support of a man that I truly admire, respect and care for. I have known Joseph Gerardi (Joe) for about 10 years. We met through leadership positions with the local Boy Scout troop & pack. My boys were in the Scout Troop, and Joe was the Cubmaster of the Pack, and I was a leader in the Troop. Joe was a master at organizing, and leading a large pack in a manner that all boys, and their parents were safe, active, and cared for in a very respectful manner. There were many activities where boys got to experience learning and fun activities. Joe supported the older cub scouts to join in our Troop camping weekends to get them excited about the next level of Scouting.

I was excited to have Joe join the troop leadership when his son(s) joined our troop. I was with him in the troop for 7 years (I retired in 2016). Joe was always a stellar leader – my experience is that he cared for every scout and always was careful to be sure that all adults/boys followed all safety rules. In scouting activities, Joe was a leader that was very collaborative, helpful, decisive, and always centered on providing fun learning experiences for the scouts. He's always quick to help a scout or leader in a very unassuming way. In my time leading with Joe, he never sought the limelight. Joe's a great organizer – he organized camp outs, fundraisers, and other large trips (such as ski weekends) for and with the boys. Sometimes fathers, in a loving effort to support their sons, and all scouts do too much of the leading. Joe was very helpful with scouts getting them to lead in situations. I remember at many scout meetings, Joe would corral a few older experienced scouts, and connect them with the younger scouts that were working on specific advancement skills. He helped the older scouts then take the lead and teach scouting skills to the younger boys.

On campouts, many times, leaders were assigned to work (and eat) with patrols on meal preparation and cleanup. The patrols Joe worked with were always learning (sometimes the hard way!), which is a credit to how Joe allows Scouts to grow. The final measure, and a difficult one, is how "Dads" lead their sons, and how their sons conduct themselves. Many Dads can be overbearing or over protective of their sons, or heap unrealistic expectations for perfection. Clearly Joe has high standards in living and holding others to all tenets the Scout Law (Trustworthy, Loyal, Helpful, Friendly, Courteous, Kind, Obedient, Cheerful, Thrifty, Brave, Clean & Reverent). He allowed his boys to grow as independent young men. He did not interfere when other leaders disciplined them, and was truly fair in dealing with them – neither making it easy or extra hard on them. By the way, one is an Eagle Scout and the other will be soon achieve that rank as well. The apple doesn't fall far from the tree.

It's an honor to Call Joe a friend, and I sincerely ask that you consider all the good he does and deliver the lightest of sentences.

Sincerely,

Matthew D. FitzGibbons

*Kristin M. Forte*

1123 Court Street
Syracuse, New York 13208
Telephone: (315) 380-5221

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing this letter today in support of Mr. Joseph Gerardi, better known as Uncle Joe to me and my two siblings. As I sit here thinking of my life with my Uncle Joe I cannot help but smile because, throughout my life he has always been the funny uncle. I have so many fond memories of Uncle Joe painting silly faces on the walnuts and chestnuts with nail polish at Christmas time or putting this by the foot of my parents' bed so they would feel them with their toes when they got into bed.

As I have grown and become an adult my memories and opinions of Uncle Joe grow and expand as I think about how down to earth he and my Aunt Laurie are. I so appreciate and try to instill in my own children how hard Uncle Joe has worked as business man but more importantly as a husband, father, son, son-in-law, uncle, and friend.

I am very aware of the Jury Verdict against Uncle Joe. However, what I also see first-hand is the toll it has taken on his children, my aunt, and the rest of the family. I know it has taken a huge toll on him as well but, amazingly, most of the time you would never know it because he is so focused on the needs of his family. I know that may sound strange but that is just another example of the man my uncle is, selfless. He always puts his feelings aside and puts his family first. For example, the day after his arrest Uncle Joe came home, got changed and took his boys to their Boy Scout meeting, he still went out and got my aunt her flowers that he brings home for her once a week.

Not only is Uncle Joe always there for his wife and children but he also takes care of my Grandma, his mother-in-law. My Grandma depends on him tremendously. Quite honestly, I could go on and on about what a wonderful man Joe Gerardi is but as I sit and reflect, my main thought is that we all depend on him in some sort of a way.

I truly believe that there would be no benefit to our family or the Community if he was to be incarcerated.

Respectfully,

Kristin M. Forte

September 11, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I have known Joe Gerardi as a friend, confidant and advisor since March 2002. During this time, I have gained an insight into his ethics, and his dedication to his family, business, employees and community. Most people I know who have reached Joe's level of achievement lose their grounding. Despite his success, Joe remains humble, unpretentious, and grounded in his strong faith.

I am aware that a jury returned a guilty verdict against Joe for certain crimes. During the pretrial period and during the trials, I have supported Joe and his family as best as I can. I called him frequently to see what I could do to help. My wife and I visited with them. In the post-trial period we continue to do the same. This verdict has had a devastating effect on Joe and his family.

The first things that come to mind when thinking of Joe Gerardi's character are his strong faith and dedication to the things that are most important to him. His family, business, employees, friends and community. He is quite selfless and more concerned about the well-being of others than himself.

As a physician manager of a large medical practice in Central New York and as a trustee of a trust for my disabled brother, I have been confronted with a number of complex civil legal issues. Most of them involve people trying to take advantage of my brother's assets in the trust. Joe is always the first person I seek out for advice because his thoughts are measured, sound and most of all, highly ethical. Never once in any of these discussions did he ever suggest anything that is not honest and fair. Fair not only to those entrusted to me, but fair to my counter parties. This front row seat that I have had in how he thinks gives me an objective  behind the scenes vantage point that makes me conclude without a doubt that Joseph Gerardi is a fair and honest man.   Furthermore, he truly cares for those like my brother that are less fortunate than most of us. During these times Joe has helped me find capable attorneys, reviewed filings and explained to me what all of this meant. Also, know that most of this occurred on evening hours and on weekends. He has been very giving to my family in this way.

In addition to his family who rely on him for emotional support and guidance are his employees. He has always spoken to me about the debt that he owes them for being so dedicated to his their company. He truly cares about their careers and their families. He helps so many of them in many ways and I'm sure he wants to keep helping them.

As you contemplate his sentence, please know that those who know Joe best know that he has suffered immensely already.  With the publicity surrounding his criminal cases, his sterling reputation has been tarnished. Those closest to him, his family, have been hurt and that in turn pains Joe. I think justice will be served by not incarcerating Joe but to make him pay society by helping society. He is a talented real estate attorney. There are many poor people who rent their apartments who are taken advantage of by unsavory landlords. These landlords take advantage of the tenant's lack of education and funding to effectively advocate for their positions. Please consider having Joe work in some legal aid capacity to guide these less fortunate individuals through the process to get their security deposits back, fend off unfair evictions and get the landlords to make necessary improvements in the apartment to keep the tenants safe. This with some probation will serve the community at large in a more valuable way compared to incarceration.

Respectfully

Philip Fraccola, MD

Sally A. Generous
4995 Long Acre Drive
Syracuse, NY 13215

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Letter of Support for Joesph Gerardi

Dear Judge Caproni,

I have been an employee of COR Development for the past 15 plus years in the
Construction Division. In that time I have had the opportunity to work directly with Joe
Gerardi on many of the "tenant" build-outs as well as ground up construction of shopping
centers, medical facilities, apartment buildings and Class A office buildings. During the
construction phase Joe was adamant that all municipalities' rules and regulations be
followed to avoid any sort of delay in the process. When completing work for a tenant
regardless if it were a National Chain or a small mom and pop operation, his expectation
was the same. He wanted to ensure that the terms of the lease were followed and no short
cuts taken.

As in his work, he has a strong personal commitment to the community and family. Joe
has served on the Board of Directors for the local Salvation Army and a Pack leader for
his son's Boy Scout Troops. Joe is committed by helping to sponsor many local school
arts and science programs. He has the best interest of the community in which he lives
and his children attend school at heart.

In my support of Joe, I would ask that all facets be considered when sentencing. I firmly
believe sentencing Joe to prison serves no purpose.

Respectfully yours,

Sally Generous

Sally A. Generous

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

My brother Joe has been a mentor of mine my entire life. Our dad left when I was young and even when
he was around he wasn't much of a dad. Joe was almost more of a dad when I was young than a brother,
always helping and making sure you were to stay on the straight and narrow. He has done so many
selfless things in his life for family and friends without a second thought, most of the time not even taking
credit for what he had helped with. He is one of the hardest work people I have ever met in my life,
working 10 to 15 hours a day starting with home to college to building a well-respected business in his
community until all of this started. Joe has always been, and will always be, my biggest role model.  You
will never find a harder working more integrity filled person than him. I have always had trust issues in
my life with our dad not being reliable and always drinking. Yet it was always comforting to know that I
could always rely on Joe no matter what it was or what he had going on in his own life, he always made
time for me.

II. General Statement of Support

I am aware that the jury came back with a guilty verdict. My brother Joe truly believes in the system, I
guess that comes from us coming from nothing and putting yourself through law school and then building
a successful business.  I supported my brother through the trials and will continue to show my support
now.

III. Statement of Character

Joe's character is unmatched. We all know people who are nice and kind and it is always a pleasure to be
around these people. Joe is generous and friendly.  He is always willing to help out just about anyone he
can. He is never nasty or rude even when I ask a dumb question, he always tries to extract the good out of
it and help even if you don't always want the answer he gives, you know it's the truth and he has your
best interest at heart. I remember when his little boy was born and had to have open heart surgery, I think
3 times before he was 3 months old, and the doctors didn't think he would make it. Yet, Joe's faith never
faded. I asked him later about how he did that and he said I live my life with honesty, integrity and faith
and I believe that things all work out in the end. Another example of character is when I was 17 years old.
Our dad died a day before Christmas Eve, as you can imagine it was not a very happy Christmas that year.
We were opening presents on Christmas day and I received a present from our dad I broke down in tears
and ran to my room Joe followed and comforted me. Our dad had been in the hospital for a few weeks
and I couldn't understand how I received anything from him. Joe told me he had been buying dad's
presents for years and asked me to keep that to myself no one else really needed to know.

IV. Statement of Reliance

Joe has become a leader in his community from donating his time and money to everything from his church to local charities to family to all those who rely on him for employment. He has done more selfless acts in his lifetime than I can even count never expecting anything in return.

Sincerely,

Jay Gerardi

*October 1, 2018*

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joe Gerardi

Dear Judge Caproni;

I am writing to show my support for my brother Joe Gerardi. At a very early age, Joey was a father figure to our entire family. With six children and an alcoholic father, our mother needed a lot of support. He set the standard on how to take care of one's family, which I have carried on to my children and wife.

I am aware of the guilty verdict that was returned in his court case and the toll that this process has taken on his family. This verdict has sent shockwaves across our family and close circle of friends because of Joe's amazing character.

When I think of role models in my life, my brother Joe is at the top of my list. Unshakable integrity and a loving family man. I have fond memories of Joey taking myself and younger two brothers camping when we were children. Along these trips we learned how to develop into young, respectful men.

In your judgement about his sentence, I ask for leniency please. Joe has been my role model since I was a young boy and now as father, husband and business owner, I need his guidance. He is also a cherished uncle to my children and the god father of my son Gino.

Thank you for your time and consideration.

Respectfully,

Jeff Gerardi

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

      I am writing you today about my brother Joseph Gerardi. For my whole life, Joe has been a role model for me. My father past away when I was 13 years old and my brother Joe stepped in and took the role of dad and when I look back on my childhood I think of how hard he worked. Joe helped my mom support me and my four siblings for a long time and never needed to hear thank you. Joe was really the guiding light for me and through watching him in life, I use the same values with my family. I am teaching my kids to work hard and to treat people with respect and always be honest.

      Unfortunately, I was not able to attend the trial as I live in San Diego, CA but was in constant communication with Joe at this time, giving him my support and love.  I talked to his wife, my nephews and niece during the trial and they were devastated.

      I am aware Joe was found guilty of certain crimes and I ask you consider all the people in Joe's life that will be affected by him going to jail. I think society would be a better place with Joe in it. I think it would be better to the community if Joe served probation and helped through community service.

      Thank you for taking the time you have taken to ready my letter. Please do not hesitate to contact me if there are any questions.

Sincerely,

John Gerardi

November 5, 2018

Mrs. Laurie R. Gerardi
518 Briar Brook Run
Fayetteville, NY 13066

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Support of Joseph Gerardi

Dear Judge Caproni,

      Your Honor, I am writing in support of my husband, Joseph B. Gerardi, Jr., who I have known for 33 years. I met Joe on, or around, May 31, 1985 in a restaurant near Joe's law school and the VA Medical Center where I was working as a medical technologist. I was waiting there for a close friend to arrive and Joe and I struck up a conversation. At the time, my father was seriously ill in the hospital and I learned that Joe's dad had died on Christmas Eve only 6 months prior. After talking for about an hour, we said our goodbyes, traded phone numbers and said to each other "we should go out on a date sometime." When Joe called me several days later, I shared the news that my father had passed on June 2, and Joe expressed his sympathy. As I stood by my father's casket at his wake, I looked up and low and behold, in walked Joe! I turned to my mother and said, "Mom, this is amazing…I *just* met this guy, we haven't even gone out on a date, and he's here!" It is difficult for me to explain how indicative this gesture of kindness and empathy was of Joe's capacity to always, so selflessly, put others before himself. Joe is an amazing human being and for the last 33 years, since that day, I have not only witnessed, but have lived with, his generosity and support that knows no bounds.

      During the three years we dated, Joe was finishing law school while working as an Area Director for Syracuse University Housing and then started his career with a small law firm in Watertown, NY. All the while, I was working at the Veterans Hospital as a medical technologist and thinking about graduate school. It was during those early days that I witnessed how hard Joe worked to create a stable foundation for himself and his family, but also had an opportunity to learn more about his difficult upbringing as the oldest of 6 kids in a household where Joe became the "man of the house" at 12 years old because of his father's absence. I witnessed firsthand the close relationships he had with his siblings, mom and childhood friends. He talked of his desire to be happy in his career and to have a solid stable future. I am proud to say that I was to be a part of that future, and we married on August 20, 1988, when I was 26 and he was 29 years old. We bought a three-family home in the City of Syracuse with money that I saved while working at the VA Hospital, and I started graduate school at Syracuse University. As a young couple trying to establish a life, both of us worked hard, long hours, while also enjoying remodeling our old home by ourselves, sharing good times with great friends and family, and working towards our future. We always worked as a team, made decisions together and supported each other in everything. I can say with absolute certainty that I know what kind of man Joe is. Joe is a person who lives a life full of integrity and humility. He is caring, loving, warm, silly, loves practical jokes, is very faithful, loyal to a fault, while also being his own biggest critic, but while being everyone else's cheer leader.

      In 1998, when we were expecting our first child, Joe and I received the awful news that no parent ever wants to hear, that our son would be born with a severe heart defect. As I was halfway through the pregnancy, my utter happiness turned starkly to sadness and worry, but Joe's optimism, love and belief in

the goodness of our lives got us, and me, through my pregnancy and through three horrible surgeries in the first eight months of our new baby's life. It was such a challenging era of our lives, with a new, sick baby and with the instability of Joe thinking about starting a new company. But Joe's drive to create a life for his family and be the rock that we could always rely on, even in that time of extreme uncertainty, was strong. And thus, COR Development was born as well – "COR" meaning heart in Latin – our son's heart was part of the inspiration for the company name, but also, it was for a company and people with heart. Truly.

The company quickly gained admiration for what it was doing in our community and in several other communities, within about two hours from Syracuse. As COR grew, so did our ability to help the needy and our family grow with the birth of twins in 2001. We were raising our kids, still working hard, long hours, and Joe always made time to volunteer on boards such as the Salvation Army, help with fund raising efforts elsewhere, such as the Elmcrest Children's Center and our local food and clothing pantry. Joe has always, even early in our marriage, given generously to our church on a weekly basis. One of the most admirable gifts of generosity towards another was when Joe, concerned that his sister and her family of five were living in a rented one-bedroom apartment in New Hampshire, assisted that sister by insisting on and purchasing a nice two-family home they could raise their family in and that would someday be theirs. She still lives in that home today, almost twenty years later. Joe's concept of "family" is limitless. His generosity has always extended to my family as well, with many members who on several occasions asked to borrow money that Joe never expected to be repaid. Joe's generosity was never tied to expectation of repayment, thanks, or acknowledgement. He genuinely believes that in this life, we must always help others in need if we are able.

Joe has always been a huge fan and supporter of the Boy Scouts of America. Both our boys joined as Cubs Scouts at ages 5 and 6, and in fifth grade they joined the Boy Scout Troop. Joe has played a huge role in our local Boy Scout Troop 152, attending meetings every Monday night for approximately 13 years now! He has been on their many committees, coordinated major fund raisers for our Troop for years, like the annual Easter Flower sale, the Christmas wreath sale, and he also managed popcorn and candy bar sales for years. He planned high peaks trips, ski trips, camping trips, and attended week-long campouts at Sabattis Camp. Sabattis is an Adirondack summer camp that Troop 152 Boy Scouts and Scout Leaders, such as Joe, would attend in the summer to learn many outdoor and practical skills, such as first aid, wilderness survival, environmental studies, etc. The Troop attendance would typically include a group of 20 to 50 Scouts and Leaders, and we would often sponsor Scouts who might not otherwise be able to afford to attend. Our oldest boy, Joey, is an Eagle Scout and the other son, Jake, just recently completed his Eagle Scout project this October. Joey's project restored a sitting garden at the Fayetteville Senior Center and Jake built and installed replacement shutters for a local Native American fort and museum in the Syracuse area.

After Joe's conviction, he was forced to resign from his leadership role with the Troup, which has deeply impacted not only Joe, but also the dozens of scouts and colleagues who benefitted from his efforts. His commitment to his responsibilities is unwavering. I will never forget the day that Joe was arrested for many reasons. But there is one memory that reaffirms to me that the man I married values being reliable and is a person of integrity. That evening, Joe was in charge of a Boy Scout recruiting event—a hot dog roast. After an emotional day full of horrible events, Joe came home, brushed himself off, and still went to that recruiting event as planned and cooked hot dogs for 80-100 participants. I feel that speaks volumes of his dedication to the cause he loves and his strength of character. People were depending on him and instead of folding up under adversity, he did the hard thing and showed up.

In addition to the boys, we have a daughter, Julia, who is Jake's twin. Julia developed some emotional issues in seventh grade, which have been very worrisome. Our focus is helping her stay strong and positive and helping her be able to handle whatever life brings. While this has already been incredibly difficult, after Joe's arrest, when Julia was in tenth grade, her stability spiraled downwards, and she is a

constant and increasing, concern of ours. She was bullied over the trial at school and especially taunted in band by a couple of kids, to the point where she dropped out of band, which she had been part of since 5th grade. Julia is very close with her father and is therefore very worried about his conviction and sentencing and is constantly praying that her father will not spend time away from us in a prison. I have doubts that she could handle that and cannot imagine having to ensure that she is stable and healthy, while raising all three kids, without Joe by my side.

We both still have our mothers in our lives. Joe is especially close with his mom, who is 82 years old, in very good physical health and very present in our lives. She and Joe share their love of gardening; those two together plant and cultivate beautiful beds of tomatoes, cucumbers, zucchinis, garlic and herbs every year in the spring. She also shares in the bounty during our beautiful summers, with great respect and admiration for the accomplishments of her eldest son. He is a rock in her life too, and has been, since the time that her marriage fell apart when Joe was about 12 and she decided to go to college to learn skills that would help find a job in order to feed her family. The conviction has devastated her and she is increasingly worried about her son, who alleviated her burden at an early age and helped raise his five siblings when her husband left them. In fact, she is the person who stayed with our three kids when we were in New York for the two trials, twelve full weeks, and made it possible for me to be with Joe. She gave up her summer with her daughter to be here for our kids all week long and goes to mass, daily, on our behalf.

My mother, who is 80 years old with end-stage COPD, has been adversely affected by the verdict as well. Since Joe's arrest, her condition has noticeably worsened, brought on by her anxiety over the situation and its effect on her ability to sleep well at night. She is overly worried about us and frankly worried about her own situation, as my husband for years now has supported her financially in many ways, from buying her a car, subsidizing her medical care, assisting with groceries, and as of last summer, paying for her to be in a retirement community close to our home, so that we can reach her within minutes, instead of half an hour, in case anything happens. Her closeness and the conditions she lives in now have been a blessing and it would be detrimental to us all if Joe were not available for us.

Judge Caproni, you may have seen me in the courtroom during the trials. I was there in the courtroom every single day for both trials to show my love and support for Joe. I hope that I have been successful in sharing with you who Joe really is. I am asking you to please consider the most lenient sentence you can imagine for Joe. Joseph Gerardi is the best husband, father, son, friend to so many, and I ask you to allow him to stay with us so he can continue to be a blessing to us all in person in our daily lives. Your Honor, he is a good man. He is a man who loves his children, family, community, and friends so deeply. This matter has been difficult for everyone involved, including Joe, but despite his situation, Joe's primary concern is still first and foremost how everyone else who relies on him so heavily would manage in his absence. Having experienced the loss of his own father's presence at such an early age, Joe knows how it would impact our children and family.

Your Honor, I am asking you to please keep my family together at home. Thank you for your consideration of this letter.

Respectfully,

*Laurie R. Gerardi*

Laurie R. Gerardi

Pietro V. Giovenco
82 Bills Road
Macedon, NY 14502

October 5, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni:

I am writing to provide context around my relationship with Joe Gerardi. Joe and I met each other while I was just out of college over 28 years ago. I was working for Bergmann Associates, an engineering firm that the Widewaters Group hired to design a new shopping center in Webster, NY. Joe was the Project Manager for the The Widewaters Group at the time. Our relationship was at first simply business, but Joe was always very respectful and treated me fairly. Overtime we worked on various projects while he was at Widewaters.

Joe and his partners started COR Development, and their first project was Clay Towne Center in 1999. Understanding our capabilities and always trying to be loyal to people that helped him along the way, COR Development hired Bergmann to provide civil engineering and permitting for the project. Given the importance of a first successful project, Joe and I spent a significant amount of time together. It was through this process we began to form a friendship. After Clay we soon worked on several other projects for COR and across New York State. It was during this time I got to know Joe and his family.

As a professional I witnessed Joe always being respectful to planning board members, town and state officials and state agencies. He worked hard to build a relationship and trust with all the stakeholders in the project. I learned a great deal from Joe, on how to work with various people. Joe was also very observant of the environment and legal aspects of development.

As a client Joe was always fair and honest. As with many developer clients, payment was tied to funding and Joe was always straight forward with how our firm would be paid. The company was always treated fairly and a "hand shake" was as good as any contract. Joe was demanding on deliverables and quality but always knew what needed to get done, and provided us time to get the job done right.

As a friend, Joe was a family man first. He loves his children, Joey, Jake and Julia and his wife Laurie. We would speak frequently about our children and how proud we were of them. When Joey was born with a heart defect I could see how much Joe worried about his son. Joe would often prefer to go home and have dinner with his wife and kids then to go out and have dinner with clients. My wife and I have had several dinners with the Gerardi's, and every time we would admire the love they have for each other. Joe grew up very simply and worked hard, I believe Joe was truly humbled by his success and never forgot where he came from.

Pietro V. Giovenco
82 Bills Road
Macedon, NY 14502

I have seen firsthand that Joe has benefitted the communities he has worked, and I believe that sentencing Joe to community service would be beneficial to the communities that need help around Syracuse.  Joe can use his years of knowledge to help build communities.  Joe remains an important part of his kids' lives and separating them, by imprisonment, would significantly impact the lives of 4 people.  I believe that Joe would use his time in probation and/or community service very productively, benefitting many people.  His good nature, humor and love for people will make a positive impact on anyone who comes in contact with him.

Respectfully submitted

Pietro V. Giovenco

September 19, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Your Honor,

It has been my distinct pleasure to volunteer alongside Joe Gerardi for many years in leadership roles with Boy Scout Troop 152. The Central NY Boy Scout community has relied heavily on Joe's generous involvement and his dedication of time and talent in helping our young boys grow into hard working, respectful and responsible young men. He has been a true role model and leader for not only the boys but also for the parents and other adult leaders. Joe is exemplary in his ability and willingness to lead, guide and coach our youth. He sets a good example, is solid, dependable and always willing to take an active volunteer role.

I am aware that Joe was found guilty of certain crimes related to COR Development. A very, very unfortunate finding for not only Joe, but for all of us who rely heavily on him in our daily lives and in the community. Incarceration would in effect punish the entire community in which he serves so selflessly. We would all be hurt by that outcome.

It is my sincere hope that Joe not be extracted from the community in which he lives and serves. A sentence of non-incarceration would allow Joe to remain involved in his family, his community and the committees and organizations in which he generously volunteers.

Respectfully yours,

Kevin M. Hanlon

Carlie Hanson, AIA
6996 Woodchuck Hill Road
Fayetteville, NY 13066

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

September 9, 2018

Your Honor,

I have known Joe Gerardi for over 15 years as a client, employee, colleague and friend. I am currently employed by COR Development and have been in my current role as the Director of Architecture and Design for 8 years.

I have the greatest respect for Joe for his integrity and candor in working with municipalities, community groups, clients and colleagues. Joe is strongly committed to his family, friends and community. He has been actively involved with his children's activities including scouting, serving, for example, as a leader in our local parish sponsored scout troop. As a parent it is no small task to support your child as they achieve Eagle Scout, an achievement Joe's oldest son Joey obtained.

I understand that based on the evidence presented, Joe has been found guilty of certain crimes. This has been an incredibly stressful time professionally, emotionally and financially for Joe, yet thru it all he has been gracious and considerate of the impact this situation has on those around him.

As I sat down to write this letter I have given a lot of thought to Joe's character. The Joe I know has always impressed me with his honesty, kindness and candor. This is not only true in his professional life but in every aspect of Joe's life. Repeatedly when I tell people where I work the immediate reaction is "Oh, so you work with Joe Gerardi". That frequently is followed by a story of their positive relationship or experience with Joe.

Your Honor, I encourage you to consider Joe's history of family and community service as you evaluate and appropriate sentence. There is no benefit to a term of imprisonment for Joe or for society. I urge you to consider a sentence of probation or community service. Let him use his many talents to benefit the community thru service as he as demonstrated in the past.

Respectfully Yours,

Carlie Hanson, AIA



**Nader Hatem**
6 Drumlins Terrace Syracuse, NY 13224
(315)383-7510 naderhatem@aol.com

September 8, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni,

My name is Nader Hatem, born in Syracuse and I have lived here ever since. My family started King David's Restaurant in 1974 on the Syracuse University campus. I decided to expand my family's business in 1987 in downtown Syracuse. In 2002, our landlord decided to evict the 8 restaurants in the food court with a 28-day notice. Being married recently with 2 children, new house, and 5 great employees, our business debt was crippling. After exhausting all options of trying to find another location that would help a struggling small business, I was introduced to Joe. A few miles away from where I grew up, there was this dilapidated mall that Joe turned into a premier destination for our community. I would never have dreamed of being part of a location like that, because these destinations are meant for big franchises and big box stores not the little guy. I was very hesitant and nervous at the time, but even though my options were limited, Joe helped make it happen and was very supportive during the entire time. He helped expedite the process so me and my employees weren't out of work long.  These types of situations rarely occur, and Joe was very important part of making us a success. Me and my employees will forever be grateful. Our business went from having 5 employees to 30 employees with expansion plans soon. Joe was a very big part our company's success, Joe may not know the extent of his help or what he has meant to me, my family, or employees, but Joe will always have a special place in our hearts because what he did for us. I have had dealing with many landlords over the years and had successful operations in each, but Joe was the only one that made me feel like

family. Over time Joe has become a good customer, friend, and someone I believe in and look up to. I am very comfortable knowing he is there for me and would be devasted to not have him there for us. Please remember a business man with a big heart will always benefit our community. Joe is all heart. What he has done for us is a common occurrence and I know he would do this for anyone.

Also, I have been in Syracuse my entire life. We have a great city, but our community has had tough times. Joe's work has helped make our community a much better place. It has made parts of our city relevant again. I have no doubt that he will continue to do so.

For years, Joe and his family have come into the restaurant. They have always been the most down to earth, great, and hardworking people. Everyone they come across loves them. If you meet them one time you will know what I mean. I may be just his tenant or a place he frequents, but to me I will always consider him a friend and never forget what he has done for us. If you have any questions please call me at number below.


Sincerely,

Nader Hatem
(315)383-7510

2



**powering** CNYmoney.com

Milton A. Hill, CLU®, ChFC®, CLTC, MDRT
President

September 6, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I have known Joe Gerardi quite well for the past 15 years. I know Joe personally, through our church, through Boy Scouts, and as a business owner through some of the redevelopment projects that his company has completed. Before I comment on each of these areas, let me say that I currently serve as the President of Longhouse Council Boy Scouts of America and I also serve on Immaculate Conception Finance committee, so my knowledge of Joe in these areas is substantial.

I first met Joe 15 years ago when he began volunteering with Cub Scout pack 152 which is sponsored by the church. He became the Pack Cub Master and did a great job running one of the largest Cub Packs in our Council. He worked with the pack as his 2 sons came through the cubs and then, graduated into Troop 152 to continue their scouting careers. Both of his sons achieved the rank of Eagle Scout and Joe served the Troop in many capacities until yesterday when due to his current legal situation, I was forced to accept his resignation as an adult Scouter. He has taken on many tasks for both the Pack and Troop. As an example, the Troop hosts a fall campout that typically serves around 100 scouts and leaders. On Saturday evening a team of volunteers prepares a spaghetti dinner in a primitive setting at Highland Forest County Park. It is a daunting task. I know because prior to Joe's volunteering to take over this job, I did it for 20 years. He makes a difference for all who attend. They get a great meal without having to prep or cook or clean up while allowing them to concentrate on the campout activities. Joe has given up his personal time to attend many campouts including summer camp in the Adirondacks. He works at Troop fundraising events, service projects, and basically does whatever is needed to keep the Troop running. He has also been generous financially to help to support Scouting. I can honestly say that in 15

Hill & Associates Financial Services, Inc. is offering securities through Cadaret, Grant & Co., Inc., member FINRA/SIPC Hill & Associates Financial Services, Inc. and Cadaret, Grant are separate entities.



powering CNYmoney.com

years, whenever Joe has told me that he would do something, he always comes through. He is a great leader and role model for these young people.

I also see Joe with his wife and 3 children attending Mass as a family. I was raised with these values by caring parents and have tried to instill these values in my children and now grandchildren. I see the Gerardi family measuring up so well in this process. At many parish committee meetings, we lament the fact that involvement on so many levels is shrinking.

Not so with Joe and his family. I believe that if you observe someone long enough, you will get to see their character. The Gerardi's and Joe are terrific positive examples of great character in action.

Next, I want to comment on Joe's Fayetteville Town Center development project. My family relocated to Fayetteville in 1983. At that time, the Fayetteville mall was a vibrant part of our community. I watched sadly as the mall went downhill and eventually became a ghost town. Twenty years ago we suffered the Labor Day storm which crippled our area. For months, the abandoned Fayetteville Mall was used as the collection area for trees and branches to be piled. They ran a giant grinder for months and we could smell the composting of the debris from our house. What an eyesore we had! Along came Joe and his team. They rebuilt the old mall into the vibrant gathering place that it is today employing hundreds of people. Unlike many such projects, they added some beautification pieces such as a large gazebo where they have various concerts and other forms of entertainment for people in the area. They hold a farmer's market every Thursday during the summer. They decorate the property at holiday season and it has become hard for me to remember the bad times for this property.

I am aware the Joe has been convicted of certain crimes and that shortly he will come before you to be sentenced. He and I have had several conversations about how he and his family are "holding up". Like many fathers and husbands, I know that Joe would do anything to take this burden off his family. We talked about negative comments shouldered by his children from classmates, teachers, and "friends". Joe and his wife recently celebrated their 30th anniversary and he said that his wife commented on the fact that she could have never anticipated or predicted these last 2 years. All this turmoil and they are still a great strong couple raising a wonderful family. Once again, character wins out.

So many people rely on Joe Gerardi. Certainly, his family depends on Joe. He has one child in college with the second looking at schools right now. I know the he plays a key role in these decisions. I mentioned a few areas of his involvement which all depend on Joe. It will be difficult to replace him in any of his volunteer roles. I am hopeful that he can remain in the community continuing to serve us and his family.

Hill & Associates Financial Services, Inc. is offering securities through Cadaret, Grant & Co., Inc., member FINRA/SIPC Hill & Associates Financial Services, Inc. and Cadaret, Grant are separate entities.



**powering CNYmoney.com**

As you contemplate Joe's sentence, I do not envy you. You have a difficult decision before you. Joe and his family have already paid a heavy price over the past 2 years. Now, the community faces paying a price by losing Joe for some period of time. My hope is that you could find that some form of probation and or community service best serves all of us in this matter. Joe Gerardi is a good man and my prayer is that he will stay in our community continuously for years to come. Thank you for reading my letter.

Respectfully yours,

Milton A. Hill

5793 Widewaters Parkway, Suite 105, DeWitt, NY 13214
315.234.5500 x315   FAX 315.234.5499   Cell 315.256.5949
www.hillandassociatesfinancial.com
www.cnymoney.com

Hill & Associates Financial Services, Inc. is offering securities through Cadaret, Grant & Co., Inc., member FINRA/SIPC Hill & Associates Financial Services, Inc. and Cadaret, Grant are separate entities.

4241 New Seneca Turnpike
Marcellus, NY  13108

September 18, 2018

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY  10007

Re:    *Joseph Gerardi*

Dear Judge Caproni:

I am writing this letter to offer my perspective on the type of person, husband, father and community participant I know Joseph Gerardi to be.  My intent is not to comment or question the verdict of the jury in Mr. Gerardi's case.  Rather, I want to offer a perspective on Joseph Gerardi as a human being for your consideration in connection with his sentencing.

I have known Joe Gerardi for 30 years.  We have been on opposite sides of legal transactions for most of that time and I have come to admire and respect him, not because of his success, but because of the quality of person I know him to be.  When I have been on the opposite side of a transaction from Joe, I have never had to think twice about his honesty and integrity.  If we agreed on something I knew Joe would always stand by his word.

Joe is the proud father of 2 sons and a daughter who, along with his wife, are the center of his life.  Joe was always a tireless worker, but when God blessed him with his children, he had a real purpose and meaning in his life that shaped him.  Everything Joe has done professionally has been for his family and the community at large.  I have watched Joe become an integral part of a business that has made the lives of countless employees, and the communities they worked in, better.  To support his sons and other children he joined the Boy Scouts of America and became a Cub Master, a role which demanded countless hours helping mold the lives of young men.  He has also been a Board Member of the Salvation Army.

Despite Joe Gerardi's prominence in the community, I have never once seen him treat anyone with anything other than respect and dignity, regardless of who he was interacting with.  Often times public persona does not tell the true story of what a person's values are or what he or she holds close to their heart.  Joe Gerardi is not boastful or arrogant.  On the contrary, I have always known Joe to be humble and

Hon. Valerie E. Caproni
September 18, 2018
Page 2

thankful for what success he has attained.  He is a self-made man who started out with nothing.  It has been hard work and a real willingness to make the community better which has led to Joe's success.

What has struck me over the years is Joe's unpretentious view of his career and the success that he has attained.  I believe you can tell a great deal about the character of a man by looking at what he values the most.  Joe values his wife and children above all else.  I have never heard a disparaging word about Joe during the years that I have known him.  I think that is a reflection of the high regard and esteem the community holds Joe in.

I can only imagine how difficult it must be for Your Honor to decide a person's fate with sentencing in a case, especially in a case like this where there were so many moving pieces.  I wanted to provide my perspective of Joseph Gerardi with the hope that you will conclude that he and his family have already paid a huge, ongoing price, and that incarceration is not the best option here and would not be the best result for society as a whole.  Joe has done so much good to this point of his life and has so much more to give to the community at large.

Thank you for the opportunity to provide you with this perspective.

Very truly yours,

Peter J. Hogan

PJH/kak

Catherine Keib Johnson
712 Scott Avenue
Syracuse, NY 13224
315-445-2468

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

November 6, 2018

Dear Judge Caproni:

I have known Joe Gerardi for 18 years: first as a well-respected local developer and attorney, then as a client, later as an employer and finally as a friend. I am aware that Joe has been convicted of certain crimes, however, sending him to prison will have a negative impact on the upstate New York Community, COR Development ("COR") and its employees, and his family.

By way of background, I first met Joe when I was a partner with the law firm of Hiscock and Barclay where I specialized in municipal law. While representing municipalities, I worked with countless developers on many types of projects, large and small scale. I remember being very impressed the first time I worked with COR and Joe, while I was representing the Town of Manlius regarding a development project COR was proposing there. Joe was thoroughly prepared for each meeting before the Planning Board. Joe was attentive to every detail of the project and could always address the issues raised by the Planning Board members. Joe also offered creative solutions to align the goals of the Planning Board with the goals of the proposed development. It was refreshing to work with an attorney who was always so well prepared and was willing solve difficult issues in a collaborative manner that ultimately made the municipality proud and the development a success. The result was an upscale, community-based town center, that is widely recognized as the gold standard in upstate New York development.

Subsequently, my firm and I were hired to represent COR in the permitting process for its development projects in other municipalities. As a client, I again found Joe to be thorough, detail oriented and creative in his approach to developing property. I also learned that Joe was an extremely hard worker. He worked long hours each day and most weekends so that he was prepared and could move each project forward as expeditiously as possible. The municipalities where Joe proposed projects came to trust him as each project COR built lived up to the plans that had been presented. As a result, COR gained a reputation as a responsible and honest developer. I quickly learned that when I

introduced a project, the municipality was pleased that a COR project had landed in its area.

Ultimately, I was hired by COR as Legal Counsel, then General Counsel and for the past year plus, I have served at its CEO.   While at COR, Joe and I worked side by side.  In fact, my office was right next to his.  We were the only two attorneys at COR and so we comprised the legal department.   We worked on most projects together and made a great team.  We negotiated contracts, presented developments and oversaw litigation together, and at all times Joe was honest and forthright. Joe and I shared the legal work load at COR, helping each other as necessary and handling each other's work when the other was unavailable.  I could always rely on to Joe to handle every matter expertly and with integrity.

Finally, over all these years, Joe has become my friend. Joe has a great sense of humor and an upbeat attitude.  He is fun to work with even during the most difficult and pressure filled situations.  Joe is also a caring and generous person. He is active in the community and has made significant contributions to the local Salvation Army, the Boy Scouts and his church. He served on the board of the Salvation Army for many years and has been a long-term leader for the Boy Scouts.  Just two weekends ago he cooked 30 pounds of ground beef on a Friday night, in preparation for a boy scout overnight the next day.

I know Joe and his wife and have watched them diligently raise their three children. Joe is, and always has been, an excellent role model for his children and he is actively involved in their day to day lives.

Sending Joe to prison will serve no benefit, but it will have long lasting negative impacts on the community, COR and Joe's family.  The upstate New York Community will lose an honest, hardworking and detail-oriented attorney and developer who has brought transformational projects to this area. In fact, COR is one of the few successful developers in this area, and its projects, with Joe's oversight, count among the few opportunities for new employment and growth in this otherwise economically depressed area.  COR and its many employees will struggle without Joe's guidance.  Finally, Joe's family, who has already suffered immensely over the last three years, will continue to suffer, even more so, without Joe's presence.

In summary, when determining Joe's sentence, I urge you to consider all of Joe's positive attributes as well as his overwhelmingly beneficial impact on the Community, COR, and his family.   Thank you for your consideration of this information.

Sincerely,

Catherine K. Johnson

{S0889453.1}



**Paragon Supply Inc.**

1300 WEST FAYETTE ST., P.O. BOX 1079 SYRACUSE, NEW YORK 13201

OFFICE (315) 475-5115    ORDER DESK (315) 475-5191    FAX (315) 472-5613

September 20, 2018

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Joseph Gerardi

Dear Judge Caproni,

I am writing to you in support of Joe Gerardi who is facing sentencing on October 15, 2018. I have known Joe, his family, and his business partners for 15 years. I have enjoyed both business and personal relationships with Joe, and have found him to be a professional and caring person at all times. He is a good family man, and our discussions may start with business but always end with talk about our children, and in my case, grandchildren as well. I know he spends a lot of time with family, and also volunteers with the Boy Scouts of America. He is a member of Immaculate Conception parish and the family all participates there as well. I worked closely with Joe on several of his home improvement projects and witnessed his care in providing a better home environment for the children. Projects like this help to really get to know the person. Joe is always honest and reliable whether it is personal business, or some of the large projects we do with his company. He and his partners have provided some nicely developed properties which are assets to Central New York, and provide thousands of jobs. Hopefully they will have the opportunity to continue their work which is so valuable to our area. Therefore, I would hope that you would sentence Joe to something where he could keep from being incarcerated and continue to benefit our community. I know the two trials that were lengthy and far from home were a burden for Joe, both physically, mentally, and financially. They were also very difficult for the family. Certainly he is not a threat but rather a benefit to society, and I would appreciate having him continue to be the good citizen he has always been.

Very truly yours,

*[signature]*

PARAGON SUPPLY, INC.
David J. Kellish
President
DJK/ksm

12 September 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

This letter is written in support of Joseph Gerardi.

My first acquaintance with Joseph Gerardi was in a professional capacity.  I was
the Onondaga County Deputy County Executive (an appointed position) for
twenty eight years, serving three County Executives: John H. Mulroy, Nicholas J.
Pirro and Joanne M. Mahoney.  My initial interaction with Joe occurred during the
Pirro Administration.  Mr. Gerardi came to us to discuss his efforts to induce
Kohl's Department Store to be a part of the Cor Company effort to renovate and
reinvigorate a defunct Mall Complex in Fayetteville, NY.  The Kohl's management
required access to a County St/Road et al.  After considerable discussion of the
(safety) risks and benefits an agreement was reached that mitigated the risks and
resulted in a substantive addition to what is now called Towne Center.  Kohl's, to
the best of my knowledge, is still doing well in that location and providing jobs
and other benefits described in the original proposal.  We were pleased that Mr.
Gerardi and Cor Dev. lived up to their commitments without prompting or coaxing
on our part.

Subsequently, we became acquaintances then friends, because he and his family
live in the same neighborhood as my Daughter and her family.  Over the years we
have met and spoke to each other at many school events where my Grandson and
the Gerardi children were in school and extracurricular activities together.   They
are encouraging, supportive and loving parents.

When my Daughter and her family moved to the United Kingdom for three years
my wife and I became housesitters/caretakers of their home. However, we live
thirty miles from them.  Joe on many occasions offered his assistance to lighten
our burden and keep an eye on the property.  In his own words he said, If you

need anything, please feel free to call on me, including to put out trash to make the house look lived in.

During my tenure as Deputy County Executive, I was asked by the Syracuse Business Journal to be a judge of their annual "Best Construction Project" competition in the Central New York area.   One of the nominated projects was Elmcrest Children's Center, a school for children who have suffered abuse and with developmental disabilities.  What I learned about the COR Development team and their principal partners was compelling and encouraging about their humanity.   One of the partners Lou Aiello (deceased), the lead partner, raised over $1 million to build a 10,000 square foot family center/wing.  The COR partners contributed $60,000 toward the cost of construction and the building was completed at cost i.e. no profit taken.  They created a clean safe place for children with many needs.  All partners would have had to affirm the corporate decision to effectively "invest" in the project and of course write personal checks. Joe Gerardi was immersed in the decision making.  This also speaks volumes for the COR corporate culture that goes above and beyond.

I am certain given time, I could recall many more examples of great civility, humanity and exemplary citizenship.  But these illustrate the individual I know Joe to be.

I have often considered the potential devastation to the Gerardi family of the imprisonment of Joe.  I cannot attribute any discernible benefit to be gained by incarceration in this case.   He has demonstrated throughout his professional life a desire to make the community better for the present and next generation.  I trust and hope he will be given the opportunity.

Respectfully submitted,

Edward Kochian
Deputy County Executive Onondaga County (RETIRED)
2005 Pine Bluff
Skaneateles, NY 13152

September 22, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

Joe Gerardi is a close, personal friend of my family. I have known Joe, his supportive wife Laurie and his three children, Joey, Julia and Jacob for 14 years. He is a well-respected role model in our community, and is a caring husband, parent, son and friend. I care about Joe and am deeply concerned about his present situation.

I am fully aware that a jury has returned a verdict finding Joe guilty of certain crimes. The purpose of my letter to you today is to describe in detail the Joe Gerardi that I have had the pleasure of making the acquaintance of. He is a man of integrity that I admire, and is someone who has had a direct impact on my family over the years. One of the traits that Joe and I have in common is that we both believe in the value of serving others and we place the highest value on our families and their needs. To that end, I believe that the verdict has had a tremendous impact on Joe and torn apart the stability that his family once had. The fear and worry of what lies ahead is evident on Joe and Laurie's faces, and I am certain that focusing on school has not been an easy task for their children.

We met when Joe's twins, Julia and Jacob, and my oldest daughter, Emma, attended the same preschool in 2004. Since then, our children have attended and shared classrooms in elementary, middle and high school together in the Fayetteville-Manlius School District. Our families have spent a lot of time together at school events such as music concerts and festivals. To understand Joe's character, a person need not look any farther than his children. They are hardworking, caring, extremely well-mannered and very supportive, like their father. Joe values these traits and spends a lot of time with his family and raising his children. He takes very good care of his elderly mother and is always there for her when needed. His reliability extends past his family, in the way he supports for his friends. When he and his wife found out that my father had passed away in 2013, they comforted me and brought over a delicious dinner for my family. That same year, my husband also moved out of our house, and Joe and Laurie were very compassionate and always made a point of checking in with me to make sure I was doing OK.

Another experience that our families have shared is participating in our local Scout programs. Joe's daughter and my two daughters were all members of the Girls

Scouts for many years.  My son and Joe's two sons all participated in the Boy Scout program.  It is no surprise that Joe's involvement in the program went above and beyond most members.  Over the past 14 years, he served as Cubmaster of Pack 152, the adult leader of Troop 152 and the chartered organization representative.  He dedicates his time to planning community events and creating opportunities for the boys such as camping, and learning life skills while helping them build character and understand the value of serving others.  Joe is a role model of true leadership and understands the benefits the scouts receive as a result of their participation in the program.  His older son Joey is an Eagle Scout, and younger son Jacob is on his way to earning this prestigious achievement as well.  Once again, Joe's character and personal efforts have had a tremendous effect on his family and the community that he serves.

The last example of Joe's character that I would like to share with you, Judge Caproni, is a very personal one.  However, I feel that it truly speaks volumes about the impact that Joe has had on my life and his willingness to provide strength to others in need.  Five years ago when Joe's son Joey was in high school and struggling in his French class, Joe and his wife asked me if I could tutor him, as I was a certified teacher of French and English.  After we finished one of the tutoring sessions, Joe asked if he could speak to me.  He mentioned that he was aware that I was going through a very difficult time in my life.  My former husband was an alcoholic and had been arrested for a DUI after crashing his vehicle.  The drinking had been going on for a while and was taking a heavy toll on me and my three children, who at the time were ages 8, 10 and 12.  Joe shared some very personal information with me about his own family and growing up with an alcoholic parent.   Joe looked me in the eye and told me that if I ever needed anything, to ask his family for help.  I will never forget the empathy and concern Joe demonstrated that day, while I was at one of the lowest points in my life.  Joe gave me courage and is a shining example of the friendship and support that helped me cope with my situation.

There are many people who have relied on Joe in the past, and continue to rely on him in the present and certainly in the future, most importantly his devoted wife, three children and his mother.  These are the individuals who I believe would suffer the most if Joe was imprisoned, and for whom I am deeply concerned.  Joe and his family, his friends and the community at large would benefit from a sentence of non-incarceration, such as probation or community service.  My understanding of the law and judicial system is that incarceration was designed to protect society from individuals who are dangerous and pose a threat to our well-being and safety.  Joe Gerardi does not fit into these categories, and I urge you to take these considerations under account when deciding how justice will be served.

Respectfully yours,

Maria G. Koster

M. Louis Kruth, CPA
5248 Owera Point Rd.
Cazenovia, NY 13035


September 17, 2018


Honorable Valerie Coproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Joseph Gerardi

Your Honor,

I am a long time friend of Joseph Gerardi as well as the preparer of he and his family's individual income taxes. Joe and the immediate Gerardi family are all wonderfully kind, respectful, faithful, honest and humble.

I know that Joseph Gerardi was convicted by a jury of certain crimes and is to be sentenced. It saddens me that a jury came to this conclusion based on what I read and followed of his trial in the newspapers and internet and knowing Joe as I do.

Following Joe and his family, raising bright, well adjusted and educated children and possessing a loving marital relationship are his foremost accomplishments. Family has always come first for him. Knowing his path to business success allows me to admire him even more. He worked long and hard from the bottom up and has created lasting successful real estate development projects thought New York State for all to access and benefit by his efforts. I've never heard anyone in the business community speak ill of him or his company.

Joe is someone who gives back to the community. We've attended fundraising functions together, where Joe has been both honored for his involvement and as a supporter of worthy causes and individuals. The quality and mission of these organizations give indication as to the character, compassion and heart he possesses. He felt so highly of some of those organizations that he served on their boards of directors.

Joe has become a leader in our community and along with his business endeavors benefiting our community with a great impact on many people and organizations. I strongly feel that society would not benefit by sending Joe to prison and that a prison sentence would be detrimental to his family and our entire community.

Your Honor, please take this character reference letter under your consideration when determining sentencing.

Thank you for your time.

M. Louis Kruth

Ami S. Longstreet, Esq.
5432 Springview Dr
Fayetteville, NY 13066

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Joseph Gerardi

Dear Judge Caproni:

I am good friends with Joe and Laurie Gerardi. I have known Joe for over 15 years. He is a good and loyal friend, and a wonderful husband to Laurie and great father to his 3 children. He is also a well-respected lawyer and businessman in the community, and COR Development has greatly improved the quality of life for our community in innumerable ways.

Joe is a man of impeccable character. He and his family have a deep faith, and he is there for support for anyone who needs it. When Joe's children were younger, my daughter was a mother's helper when his family and another would go on vacation in Michigan. I will never forget when one year, on July 4th while my daughter was with Joe and his family on vacation in Michigan, she complained of an earache. Instead of enjoying the holiday with his family and friends, he brought my daughter to Urgent Care to get her ear checked out and ended up spending the day with her at Urgent Care. Ever since that unselfish act of kindness, Joe has held a special place in my heart.

I am aware that a jury returned a verdict finding Joe guilty of certain crimes. I do not think that society would benefit from sentencing Joe to a term of imprisonment and a prison sentence would be detrimental to all concerned, but particularly to his wife Laurie, and their three wonderful children, Joey, Jake and Julia. The community would be better served by a sentence on non-incarceration (i.e., probation or community service).

Thank you for taking the time to read this letter.

Respectfully yours,

*Ami S. Longstreet*

Ami S. Longstreet

*Patrick A. Mannion*

7665 Hunt Lane
Fayetteville, New York 13066

September 17, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I have known Joe and his family for 20 years. My respect for Joe as a business person, someone dedicated to his family, and committed to his community is immense.

Joe is also a member of my faith community, Immaculate Conception Roman Catholic Church. Joe and his family are regular attendees and very involved in our many outreach programs. Joe is a Boy Scout Troop leader and him in a leader's uniform guiding his young people through their multiple fundraising efforts is a common sight.

As an executive of Cor Development, Joe has been supportive of multiple charitable groups and ongoing Chamber of Commerce initiatives. He has been a strong and quiet hero on the local scene.

Jail for Joe is impossible to consider as a positive for anyone. Removing him from his family, removing him from his business and removing him from his community would not be in the best interest of any of those constituencies. His conviction is a crushing blow to the entire Gerardi family. Punishment is an integral part of our judicial system and I certainly understand that. However, putting Joe behind bars will serve no purpose but to deny his presence to a family that has suffered tremendously throughout the legal proceedings.

Your Honor, thank you for taking the time to consider the less tangible aspects of Joe's significant presence in his community.

Sincerely,

Patrick A. Mannion

315-637-0146                •                Fax: 315-637-2117

16 Wheeler Ave
Fayetteville, NY 13066
September 29, 2018

Honorable Valerie E. Caproni
United State District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of support for Joseph Gerardi

Dear Judge Caproni

My name is Sandra Mason and I have known Joseph (Joe) Gerardi since my twin sons, and his oldest son, Joey, were 5 years old, so over 15 years now. We became acquainted as my husband once worked with Joe, but I got to know Joe and his wife, Laurie, as fellow parents and volunteers in the Fayetteville Manlius School system. We became good friends as our children joined the same cub-scout den at around age 7 or 8. Joe and I got involved in scouts both as den leaders, and he as a cub master for many years. Ten years later our sons earned rank of the Eagle Scout and held their Eagle ceremony together.

I know I cannot do justice on describing Joe's character. Joe works long hours. His priorities are demonstrated by his giving his free time to his family and to his community. I will attempt to provide insight into his character by talking about our involvement in scouts. As a den leader, some of the activities he shepherded included having the den over at his house to make bird houses, selling candy bars on a Saturday morning at the local store and working on earning badges at our weekly meetings. When leading multiple dens he MC'd the annual pinewood derby, hosted the annual Blue and Gold dinner and organized the annual can food drive and other Cub Pack activities.

Once his boys had completed those years, he volunteered in the scout troop, overseeing the annual Easter plant sale at our sponsor church, which happens to be his own church as well. Joe was and is respected by all the Scout parents. He treats people the same and was appreciated by the parents who could not afford the time to help out. Joe took time off from work each year to help chaperone the boys at Sabattis Boy Scout camp each summer. I also witnessed his giving his time to work at many eagle projects that require the scout to obtained volunteers and lead a project. Many of the projects are in uncomfortable locations, and rarely in perfect weather, but Joe believes in the importance of community and signs up when he can. This troop has relied on Joe for many years and I d not see him stopping altogether once his younger son is no longer in scouting.

Joe has brothers that live out of state and his mother lives locally. I always saw her at school and scouting functions and most recently at Joe's son's graduation party from community college before he entered a four-year school in Michigan. She has a quiet strength but it would be a loss for her for Joe not to be with her.

Joe has taught his children to be self-sufficient and has required all his children to work summer jobs. Joey has been working at his father's company for several summers.

He did not have a cushy job.  He planted flowers and mowed lawns.  Joey was born with a heart defect, and has undergone surgeries at various growth stages.  He taught his son not to feel sorry for himself or to be defined by these health issues.  His daughter has worked for a vet and the other son, I believe worked at a restaurant.  It did not matter where they worked but that they did work. I think it would be very difficult on his children, who are going away to college next year, if they had to leave Joe's wife, Laurie, by herself.

I hope something that I have said has conveyed to you that Joe is a kind, decent, reliable, friend and citizen, and overall, a positive role model.  I do not think it serves justice to keep him from continuing to contribute to the community.

Thank you for taking the time to read this.

Sandra Mason

*Sandra Mason*

Ellen & Patrick O'Connor
7211 Mint Wood Lane
Fayetteville, NY  13066

September 15, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

We are writing this letter in support of Joseph Gerardi.  My husband, Patrick and I, Ellen, have been friends with Joe for many years.  I met Joe and his wife Laurie about 17 years ago after the birth of their twins, Jacob and Julia, before I married Patrick in 2005.  Patrick and I both have the utmost respect for Joe and hold him in high regard as a person in our community, business person and as a close friend.  Joe is a caring, family person.  He shows the love of his wife, Laurie, and his three children, Joey, Jacob and Julia, in all he does.  He and Laurie have raised three wonderful children.  We consider Joe to be a great role model both personally and professionally.

We are aware that a jury returned a verdict finding Joe guilty of certain crimes.  Our close friendship and feelings toward Joe remain steadfast and we fully support Joe and his family.  We continue to offer support by including them in our daily prayers and being there to ensure he and his family know that we love them and are here for them.  Joe and his family have remained strong during this time, putting their faith in God and in the Justice System that justice will prevail.

I would describe Joe Gerardi as someone who is caring, honest, compassionate, generous, and faithful.  In my personal experience, particularly in the time prior to meeting my husband, Joe has always been very giving of himself in sharing himself and his family.  He thought nothing of including me in his family's functions, introducing me to friends and being there as a friend to support me in my business and personal challenges.  He has always been someone who is there to help his friends and others.  When Patrick and I were expecting our first child, our son was diagnosed with a potential cardiac condition.  Having experienced the same with their first child, Joe was open and empathetic with what we were going through.  His support helped us get through this early challenge as new parents.  Joe is also an active parishioner in our church community, Immaculate Conception Church.  He and Laurie share a strong Catholic faith and have been deeply committed supporters of the Parish.  He is a Boy Scout Troop leader for our Parish's Troop and has influenced many lives.  He and his two sons have been active participants in the troop for many years.

Joe Gerardi is an important person in our community.  Not only does his family rely upon him, but the community that Joe and his company, COR, reach also relies on him.  COR has brought essential resources to our community through Joe's leadership and caring.

Your Honor, I hope you will reflect on the type of person Joseph Gerardi is:  caring, honest, compassionate, generous, faithful, reliable and strong; and come to the conclusion that imprisonment for Joe is not justice served.  It would be detrimental to all concerned if Joe were to be imprisoned.  Our society would benefit much more from Joe as a member in our Society.  He brings honesty, integrity and commitment to our community.  We truly believe that all concerned would benefit more from a sentence of non-incarceration (i.e. probation or community service).

We truly hope this letter will help you to see the real Joseph Gerardi.  The Joseph Gerardi we, his friends and his community, think so highly of and rely on to continue to better our community.

Respectfully yours,

Ellen O'Connor                          Patrick O'Connor

September 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Dear Judge Caproni;

I have worked for Joseph Gerardi for 11 years. During the time I've worked with Joe, he has always shown thoughtfulness to all employees and colleagues – and has done so in an honest way.

While I am aware that Joe has been convicted of certain crimes, I fully support him, his wife Laurie, sons Joey Jr., Jake and daughter Julia. Both Joey and Jake have worked for me.  You can tell they have been taught good work ethic and I attribute that to Laurie and Joe. They are a close-knit family.
Joe's life pretty much revolves around his family and cares about his employees and treats them with respect.

I recently suffered a heart attack. Joe was concerned and ready to help my family. Joe checked on my progress often and was genuinely concerned about my welfare.

Judge Caproni, I do not feel that society would benefit in any way from sending Joe Gerardi to prison. I believe he is an important partner in COR Development in bringing employment to City of Syracuse and State of New York. Not only the people he employs in his Company and their families but the many tenants and their families who would be affected if he were not available to run the Company.

I also know that Joe is involved in the local Boy Scouts of America and Salvation Army and donates much of his time, energy, and resources to their causes.

Thank you for your time.

Sincerely

Paul M. Pelletier
7631 Somerset Lane
Manlius, New York 13104

September 12, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am aware a jury has found Joseph Gerardi guilty of certain crimes and I am writing to show my support to him.

I have worked for, and been friends with, Joseph Gerardi for 17 years. I have great respect for him and have always know him to be a fair and honest man. He has done a lot of good for the community, always giving back where he can. Projects he has been involved in have brought jobs to the area. He has a big heart, always willing to help someone in need.

I don't see what good will be served by sending him to prison; taking him away from his family and business.

Respectfully yours,

Tim Perry
7120 Lorraine Drive
Canastota, NY 13032

**MICHELLE M. PETRAGNANI**

1103 Fern Hollow Drive
Liverpool, New York 13088
315.427.5808
m.m.petragnani@gmail.com

September 11, 2018

Honorable Valerie E. Caproini
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Character Reference for JOSEPH BENEDICT GERARDI

Your Honor,

My intent in writing to you is to state that Joseph Benedict Gerardi ("Joe") has never abandoned his integrity, honor, generosity, leadership and compassion despite the unfortunate situation he is facing.

I first became acquainted with Joe one year ago while being interviewed for the Controller position with the COR Companies. Like any sharp applicant, I did my homework. I not only researched the Company but the Principals as well. My findings were then, as they continue to be today, unequivocally impressive, making my decision to join the COR team quite easy.

Joe is a strong, solid, kind, compassionate, generous and respectful person that I now have the honor of calling my friend for his generosity reaches past our working relationship. I would like to share a few examples of Joe's thoughtfulness and generosity:

- I am a diabetic. Joe stops in throughout the day to see how I am feeling. He brings me packets of nuts, fruits and other beneficial foods. I am moved by his genuine concern for my wellbeing.
- During our relationship, Joe has become aware of the importance my nephews are to me (not being blessed with children of my own). He truly warms my heart (and theirs), when he spontaneously gives me treats for them, concert tickets or sports articles on their favorite teams.

Your Honor, I am respectfully asking that you consider community service for Joe. He is truly a kind soul others would benefit from knowing.

Respectfully yours,

Michelle M. Petragnani



**ALEXSCOE, LLC dba Atlas Fence**
6852 Manlius Center Road
East Syracuse, New York 13057
Ph (315) 463-9207
Fx (315) 433-8561
www.atlasfence.com

September 13, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni:

I am sending you this letter to strongly express my support for Joseph Gerardi. Joe has been a close business colleague and friend of mine for over 8 years. I have worked closely with Joe on numerous projects in central New York and I have found all my dealings with him to be very fair and honest. I have a great deal of respect for Joe as a business leader in our community as well as a very involved parent and family man.

I am aware that a jury of his peers returned a verdict finding Joe guilty of certain crimes. Joe and numerous members of our community have been personally devasted by this verdict. Joe is an honest hard-working business man and through his actions and investment in the future of our town he has created numerous opportunities and jobs for many people. His willingness to take calculated business risks and invest in the future of our community is unparalleled by any other member of our community.

Joe is a man of very solid character, he is one of the most reasonable and fair leaders of our community that I have had the pleasure to interact with. In all my dealings with Joe I have found him to be very accommodating and understanding. He is patient and compassionate and, every one of my friends, business associates and colleagues, as well as anybody who knows him will tell you the same.

In my strongest opinion, and on behalf of everyone I know that knows Joe, a prison sentence for Joe would have a terrible impact on many lives in our community. I believe a sentence of non incarceration such as community service, monetary fine or probation would be more appropriate for this case as it would allow the many members of our community to continue to benefit from his exceptional foresight into making our City a better place to live.

I thank you in advance for your consideration.

Respectfully yours,

Christopher J. Polimino

*Our Vision – Our Mission*
*We believe our first responsibility is to our clients, the government, the contractors, the school districts, the building owners, and the homeowners who provide us with the opportunity to help them with their security and privacy needs. They hire us, they employ us, and anything we do for them must always be of the highest quality and our service must be exceptional.*
*In all of our interactions and communications with our customers, employees, vendors, and business associates,*
*WE WILL ACT WITH INTEGRITY.*
*Our services will deliver excellent value for our customers and ensure profitability for the company: so we can continue to expand the services we provide, and share the benefits of growth with our employees.*

## Potenza Plastic Surgery

Mark. S. Potenza, M.D.
Diplomate American Board of Plastic Surgery

210 Township Boulevard, Suite 10
Camillus, NY 13031
www.DrMarkPotenza.com

Dear Judge Caproni,

My Family and I have been enriched through a close friendship with Joseph Gerardi beginning more than 5 decades ago. I met Joe in the third grade following a move in Utica NY. To this day I recall the trepidation of moving and particularly entering a new school. Joe was one of the first boys I met and that encounter was the start of a special bond which has strengthened over the next 50 years. The love, respect and admiration I have for Joe is the culmination of a multitude of experiences shared during our journey through school, religious sacraments, employment, college, secondary education, growth of our careers and as we started our own families. We have supported each in the challenges of providing for our growing families as well as during times difficulty and of loss of both friends and family.

I am aware that a jury returned a verdict finding Joe guilty of certain crimes. I followed the trial closely and am aware of some of the complexities of the case. My relationship with Joe has provided me the opportunity to offer support for Joe, his wife Laurie, his children Joey, Jake, and Julia, as well as his mother Joan prior to the trial, during the trial and since. I visit and communicate with Joe and members of his family with regularity and I have firsthand knowledge of the toll the past 2 years has taken on the entire family. This is a particularly difficult time for the Gerardi Family as the eldest son recently began college in Michigan while the twins are navigating through their final year of High School, juggling a variety of activities in school, employment, and the process of pursuing secondary education. It is with my love for Joe, and an understanding his character and attributes, as well as direct knowledge of the role he plays in his family that I believe a sentence of imprisonment would be detrimental to all concerned.

I would like to share just a few of the many personal experiences I have had with Joe over the years that I believe reflect his true character. As a youngster Joe displayed a level of responsibility, reliability, work ethic, tireless energy, and both love and care for others well beyond his years. Due to the absence of Joe's Dad during much of his youth, Joe accepted the enormous responsibility of helping raise his 5 siblings with vigor. I marveled at his courage during such a difficult time for his family. Joe worked numerous jobs during both junior and senior high school to help support his family. Never once did he display a feeling of burden in assisting his mother in the management of every aspect of the home, finances, repairs, assisting his grandmother in gardening, and supporting his younger brothers and sisters during their youth. Joe was a true role model and father figure beyond his years. Joe gave to others before he had for himself. That has never changed! I know this because I spent countless hours by his side during these years and since. To this day Joe has availed himself to offer support to my six children, as they achieve milestones in their lives, in their business endeavors, employment opportunities and as a Godfather to one of my sons.



Telephone (315) 487-5858
Fax (315) 487-1950

## Potenza Plastic Surgery

Mark. S. Potenza, M.D.
Diplomate American Board of Plastic Surgery

210 Township Boulevard, Suite 10
Camillus, NY 13031
www.DrMarkPotenza.com

Prior to beginning junior high school, while most our age were sleeping in, Joe was busy working. One paper route was not enough, Joe had two! He never left one job until he had a more prosperous job to help support his family. Within 6 months of working at a local ice cream store in early high school Joe became the evening manager, my boss. By the middle of high school Joe and I were painting to earn additional money for college. Joe's honesty, work ethic, reliability and energy became evident in everything he did. We juggled work, sports, high school activities, Student Council duties, and fundraisers without a complaint. No one washed a car, organized an event, or was more reliable than Joe. I know this because I worked and volunteered by his side. During our final year of high school Joe was working at a local meat processing store with the responsibilities equal to those in their twenties with a permanent, full time position, representing another testament to his work ethic.

Joe remained an inspiration to me through college and Medical School. I watched his accomplishments completing college and Law School while continuing to remain such an integral part of his younger siblings lives as his father suffered through and finally succumbed to a lengthy and difficult illness. As I began to raise my own children I found myself reflecting on some of the lessons I learned from Joe about courage, empathy, and love which helped me with the loss of my mother and in the process of raising my children. Joe offered great comfort to me during my Mother's illness and passing. He was never too busy to contact her or me to offer help, a true sign of Joe's compassion. I marvel at the strength and courage Joe displayed during the first year of life of his oldest child born with a significant cardiac abnormality. Over a 12 month period of time his son required multiple complicated surgical procedures. Joe remained a pillar of strength for Laurie and his son.

Judge Caproni, it is a privilege for me to provide to you this brief reflection on some of the direct personal experiences I have shared with Joe Gerardi which display his true character. I do not believe society would derive any benefit form a sentence of incarceration for Joe and such a sentence would be of great detriment to many. Joe's empathy and love for others along with his tireless energy, work ethic and reliability represents an opportunity for society in general and the very many people whose lives Joe touches to benefit from a sentence of non-incarceration. I believe such a sentence will prove to be a decision one and society can be very proud of.

Respectfully yours,

Mark S Potenza

Mark S. Potenza, MD



Honorable Valerie E. Caproni

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

September 17, 2018

Dear Judge Caproni,

Joseph Gerardi and I have been close friends and business associates for over 30 years.

Over the years I have witnessed Joe's character both as a devoted father and a generous, caring member of the community.

His family has always been his foremost priority in his life. I would listen to him tell me how over the weekend he would take his children hiking, camping, canoeing, biking, skiing, or some family-oriented activity. As a father myself, he made me feel deficient ! His children became his life's work.

To further demonstrate Joe's commitment to his children, and all children in general, he joined the Boy Scouts of America and became a Cub Master and Chartered Organization Representative.  This was a demanding and time-consuming position, but Joe was happy to help the all the children under his tutelage.

In terms of his service to the community, Joe also joined the Salvation Army and became a Board Member. Again, this too was a demanding and time-consuming position that Joe somehow managed to fit in along with the Scouting and family responsibilities. However, Joe felt that giving back to society was an important part of his life and wanted to do this mission.

All these personal activities were in addition to him being a business leader and an integral part of building a company that would employ hundreds of people over the last two decades.

Joe's devotion to his family and to the greater society good – i.e., the Boy Scouts and the Salvation Army - has revealed itself throughout his entire life.

In making your decision on the fate of this man, I would like to state that nothing would be gained by removing him from his family or our community.  What would be the benefit to society by this action ?  Is he a threat to society if he stays out ? Is justice served by punishing this man further than what he and his family have already endured from this experience ?

It would serve the greater good to allow this man to continue his life outside a prison, where he would remain a good father, a business leader, and a compassionate fellow human being in our society.

Thank you, your Honor, for allowing me to provide my input to your critical decision over the fate of this man.

Respectfully yours,

Anthony A. Pugliese

9476 Bluff Circle

Brewerton, NY 13029

September 26, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square New York, NY 1007

RE: Letter of Support for Joseph Gerardi

Your Honor,

Please accept this letter as a testament to my personal experience knowing Joseph Gerardi.

I have known Joe for 8-10 years. We originally met as fathers involved with cub scouts, and later boy scouts. My son is now 21 so the exact time frame given is my best recall of those years.

When I first met Joe, I remember thinking that, here's a young successful attorney dad who most likely could afford things that I could not. Things that would give you options…perhaps a summer home, boats and other toys, vacations, and so on. Yet despite those choices and freedoms, here he was. Every Monday night, weekend events, campouts, and all the fundraising efforts that go with the group. None of us "had" to be there, but it stuck with me that several similar professionals, members of the community, with sons in the troop, chose other options. To be less involved. I felt immediate respect that this man chose not only to be involved, but did so at a leadership level, requiring time above and beyond.

As years pass, and our sons are grown, I am no longer involved with scouting. But Joe is still. We certainly see each other from time to time…in the store, at school music and theater productions, other community events. Joe will always take a minute to catch up, ask about the kids by name, proudly update on his. Community Involvement.

As a 14 year employee of Food Bank of Central New York I am deeply engaged in hunger relief and the strength of community. Joe gets that, and I am very glad that our paths have crossed.

Sincerely,

Peter J. Ricardo

**Daniel J. Rodahan**
**4770 Middle Settlement Road, Apt. 154**
**Whitesboro, NY 13492**
**(315) 732-3582**

September 18, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Joseph Gerardi

Dear Judge Caproni:

As a 30-year retired federal worker, I write this letter having great respect for the court. As an uncle to Joseph Gerardi, I believe my insight from his past to present should provide the court with a good idea of his quality of character.

I first met Joe as a young college student in 1981, the eldest of six children. He was not only busy pursing an education, but was devoted to his family. Joe assisted his single mother raise his five siblings and was also attentive to his aging grandmother. Joe has been a solid rock to his family and friends alike from a young age. With an aunt and uncle both with disabilities, Joe has shown respect for those with disabilities and has had to assist both of them at one time or another during a medical emergency. Because he has always been there for me, the uncle with disabilities, I am providing him with nothing but positive and moral support. Because I am close to the family, I have observed a significant impact that this has made on the entire family, including his 82 year old mother, Joan Gerardi, who like her son, has stepped up to assist in taking care of Joe's children during the court proceedings. At recent family gatherings with Joe, I am left with the feeling that he is keeping his spirits up for his family. But of course, he isn't the same "Joe". I found myself becoming emotional while composing this letter. When asking myself why, it seems to stem from two issues; 1) The thought that a good man could be removed from his family with his family left to suffer disturbs me and 2) I reflect on the night my wife passed and Joe was there to offer personal support and assistance.

His relationship with his wife, Laurie, I would describe as a well-oiled machine, working well with each other and maintaining a solid relationship with their three children. Although Joe's father was not present as a positive role model while growing up, he has reared his children with much guidance, love and respect. Young Joseph, Jr., made it into this world with surgery. Upon birth, Joe and his wife took the newborn to Michigan for heart surgery. He later achieved the distinguished honor as Eagle Scout with the help of his father, who has been a scout leader for 14 years. He is now starting his first year at Western Michigan with an Aerospace career in mind. At this point in his life, he will need his father around for guidance and support. Younger Julia aspires to be a veterinarian while her twin brother, Jacob, aspires to be in theatre. As I lost my father at age 18, I understand how it is not having a father for guidance, and it would be a travesty not to have their father around at their age.

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
September 18, 2018
Page 2

Many stories can be shared about Joe's sincere generosity of not only his time, but his talent. His self-paid, self-motivated pursuit of a higher education resulted in a law degree from Syracuse University. At various times, Joe was asked to assist family members with miscellaneous legal questions. Without hesitation or complaint, he took time out from his busy schedule to respond. Family stories of Joe at Christmas also reflect his sincere generosity and are memorable. Gifting his brother with a new dress coat, who could not afford one, is one example. The gift was given with creativity and humor, offering several gift-wrapped boxes with instructions leading his brother to various levels of the house until the coat was eventually located in the hallway closet.

Although I am aware of the jury's verdict, Joe has worked hard to build a highly successful business over the past 20 years, with what I felt, and still do believe today, to have been built with ethics and integrity.

There is a practical side of me that thinks Joe's gift of time and talent can be better served in many ways in the future. As a board member myself to two non-profit organizations with missions to provide assistance to people with various needs, such as independent living and housing, transportation, and medical, to name a few, I believe such organizations would benefit from community service that Joe could provide. Offering his knowledge and experience in building and development of multi-family housing and municipal facilities, governmental and community entity's such as hospitals could benefit from his highly-regarded professional expertise. It would seem that the value of Joe's contribution to the community under parole and community service would far outweigh the cost to society and government with incarceration.

After working in a federal building and having had passing interactions with federal judges and staff, I have known them to be fair, honest and compassionate. That is why I firmly believe that community service/parole would be the most fair and equitable sentence for Joseph Gerardi. I am submitting this letter in the hope that the best thing is done for Joe and for all concerned.

Respectfully Yours,

Daniel J. Rodahan



**IMMACULATE CONCEPTION**

P A R I S H

September 13, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

I am writing to you regarding the case of Joseph Gerardi. I have known Joe and his family for over 12 years in my capacity as the Pastor of their parish, Immaculate Conception Church in Fayetteville, New York. Joe, Laurie and their children are active members of our parish community. During these years I have been impressed by Joe's faithfulness to his family and Church. Most often he attends Church with his wife, Laurie, and their children. He and Laurie have made it a priority to bring their children up in the Catholic faith and their good example has modeled the importance of living their faith. It is very  rewarding to see a family worship together.

It is obvious that the verdict that Joe received has had a profound effect upon him and the family. Despite his extremely difficult situation, he has maintained his practice of the faith. It must be very humbling for him to carry on his participation in family life, the Church and the wider community. Yet he does so with a firm resolve and an attitude that somehow good will come from this experience. I was personally very dismayed at the verdict as I have known Joe to be a very faith-filled gentleman, a devoted husband and parent, and professional business person in the greater Syracuse area. He is held in high esteem in our parish, by the business community and others as well.

Community service is natural to Joe. For the past 14 years Joe has assisted in Cub Scout Pack 152 and for the past 8 years he has additionally served Boy Scout Troop 152 as the "Charter Organization Representative and Adult Leader." Both of these scout groups are sponsored by our parish. Joe has discussed his situation at length with the Scout leaders and due to the jury's verdict, he has graciously stepped out of his position of leadership so as to not affect the character of the Scout Troop. Both the leaders and the scouts are very supportive of Joe and deeply appreciate the dedicated effort he has put into their cause.

There are very few times in my almost 40 years as a priest that I have had to write such a letter, but I have no hesitation in writing about the strong, honest and reliable character of Joe Gerardi. While holding your office in great respect, I also feel the need to share that I do not believe that a term of imprisonment would benefit Joe, his family or the community.  His strong and caring reputation has already taken an extremely difficult hit.  To further disparage his life would not seem to benefit society, the business community and certainly not his family.  The verdict has already sent a clear message.  Rather, may I respectfully recommend that you consider probation or community service as an alternative that would help his children to carry on their lives in a respectful way as well as taking into consideration the true character of this gentleman.

Thank you for your kind, professional consideration in this most serious matter.

Sincerely,

Rev. Thomas J. Ryan, Pastor

**Barbara Sessler**
**114 West Franklin Street**
**Fayetteville, New York**
**315-559-9306**

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    Joseph B. Gerardi

Dear Judge Caproni:

I first became acquainted with Joe Gerardi in 2001 during the planning and construction of the Fayetteville Town Center in Fayetteville, New York. I was working as a Legal Assistant in a local law firm that represented the municipality where the Town Center was being built.

Joe would call several times a week to get direction from attorneys in the firm. He wanted to make sure that everything was done by the book. Joe did not want approvals, variance, etc. to be held up because of cutting corners. He wanted everything to be done correctly.

I am aware that a jury has found Joe guilty of certain crimes. However, after working with Joe for all these years, I am certain he is not the type of person who would commit any wrongdoing knowingly. Joe will continue to have my complete support and trust.

Joe and COR Development have acted with honesty and reliability throughout the community. Joe and COR has provided employment for many, many individuals -- not just COR employees, but, all the retail centers wherein countless people rely on their livelihood.

COR Development has given extensively to Central New York charitable organizations. However, Joe has **personally** given much of his time and assets to several different charitable organizations, The Salvation Army, The Boys Scouts of America are just a few.

Joe and his wife Laurie have three young children, Joe Jr., Julia and Jake. All three of which attended high school during this whole, difficult time. The impact on the children, Joe and Laurie is overwhelming. Removing Joe from the community and from his family would be a detriment to all concerned.

Respectfully Submitted,

Barbara Sessler



**HANCOCK**
ESTABROOK, LLP

COUNSELORS AT LAW

STEVEN R. SHAW
sshaw@hancocklaw.com

September 19, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re:   Joseph Gerardi**

Dear Judge Caproni:

     I am a partner at Hancock Estabrook and chair of our Real Estate Practice for many years. Over the past few years, I have worked with Joe Gerardi on several different occasions in a variety of real estate matters.

     During our interactions, I have known Joe to be a very thorough and capable attorney. He has always conducted himself in a professional and ethical manner. When we were not discussing real estate transactions, we would often talk about family, and Joe's love of the Adirondacks where he would spend weekends with his wife and kids.

     Joe has worked all his life in Central New York, is very involved in the community, and he is a devoted husband and father. The negative publicity that he has suffered recently has been devastating to him, his family and all who are close to him. I am extremely confident that the crimes that Joe has been found guilty of committing would never come close to being repeated. I can see no benefit in punishing him any further with a prison sentence. It would be far more productive for Joe to work hard at rebuilding his reputation and to allow him to continue to do the many positive things for this community that he has done in the past and is capable of doing in the future.

     Thank you.

               Very truly yours,

               HANCOCK ESTABROOK, LLP

               Steven R. Shaw

SRS/bly

{H0830798.1}



**LONGHOUSE COUNCIL**
**BOY SCOUTS OF AMERICA**

2803 Brewerton Road, Syracuse NY 13211
Phone: (315) 463-0201
Fax: (315) 463-5729
cnyscouts.org

Walter O. Shepard
204 Churchill Lane
Fayetteville, NY 13066
Phone: 315-637-8060
woshepard@verizon.net

September 14, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

I am aware that a jury returned a guilty verdict against Joe Gerardi for a crime allegedly committed in his capacity of attorney for COR Development.

I have the utmost respect for Joe Gerardi as a caring, hard-working, respectful contributor to our local society. I have known Joe for 15 years through his association with Boy Scouts of America (BSA), Cub Pack 152, and Troop 152 in Fayetteville, NY. Joe is a quiet, resourceful, and humble individual willing to go far above and beyond the normal participation level expected of parents involved in our Scout Units. He was a Den Leader and then took on the job of Cubmaster and most recently served as the Charter Organization Representative for our sponsoring organization, Immaculate Conception Parish. An example is his organization of our Troop's annual spring flower sale, which is a major source of funding for our Scout Troop's activities.

Joe is generous to our scouting organization through his legacy sponsorship of our Boypower Dinner which is our Scout Council's major fund-raising event that has benefitted many thousands of youth throughout our 7 County Council in Central and Northern New York, his yearly contributions to our Friends of Scouting Fund-raising Campaign, and his contributions of time, and talent with the Pack and Troop.

*Prepared. For Life.™*



I have repeatedly asked Joe to be our Onondaga District Committee Chair (BSA) because of his leadership and organizational skills, and his knowledge of and good relationships with people in our community.  These attributes are necessary to build an effective operating committee that supports the many units in the District. Unfortunately, he has politely refused due to work and family obligations.

When thinking about the 12 points of the Scout Law, Joe exemplifies each point. He certainly, in my experience, is Trustworthy, Loyal, Helpful, Friendly, Courteous, Kind, Obedient, Cheerful, Thrifty, Brave, Clean and Reverent.

Society would certainly not be improved by sending Joe to prison.  On the contrary, the loss of Joe Gerardi's willingness to lend a hand and his active presence in our community would surely be missed.

Walter O. Shepard
Vice President – District Operations
Longhouse Council, Boy Scouts of America

Prepared. For Life.™



Longhouse Council Troop 152
c/o David Smith, Troop 152 Scoutmaster
131 Crane Landing
Manlius, NY 13104
(315) 729-9009
dm_smith@yahoo.com
www.T152.com

Date:  28 September 2018

I have known Joe Gerardi for almost nine years, starting when I joined Troop 152 in Fayetteville, NY as one of the assistant leaders.  I quickly realized Joe was one of the quiet backbones of the troop leadership; he did not directly lead the meetings or attend every campout, but he was always knowledgeable, helpful and able to make things happen.  During our first ski trip to Vermont, Joe organized the adults, ensured the Scouts had everything they needed and helped monitor the troop for the weekend.  My son, a new Scout, had a fantastic time and many years later, when he was helping to organize events, remembered how smoothly and how much fun the events were when Joe was organizing.

I later became Scoutmaster for the troop and have continued to rely upon Joe for trips, events, fundraising and recruiting new Scouts.  Joe has also been instrumental in the latter for both Cub and Boy Scouts; he has increased the enrollment in our troop by almost double.  In a time when there are many distractions for young men and women, not only developing an interesting and engaging curriculum for Scout leadership but also being able to effectively communicate this message to potential Scouts and parents is vital.  Our troop would not be where it is today without Joe.

Personally, I have learned a great deal from Joe in terms of organization, running the behind-the-scenes aspects of a modern troop, and in general, how to develop a plan for growing.  Joe has always been but a phone call away to help with a troop concern, assist with an activity and also just a friend to work through plans, discuss the state of the troop and plan for the future.  He continues to volunteer his time and knowledge to any who ask, adult or Scout, and I have not known a time when he was not able to resolve an issue help a Scout succeed.

A few weeks ago, one of the Scouts approaching the rank of Eagle wished to review his project with me during the meeting.  Unfortunately, this was the first meeting of the year and I was working with Scouts in leadership positions to plan for a campout next weekend.  Joe stepped forward, reviewed the project and materials, and assisted the Scout with his presentation and delivery.  The Scout had to leave the meeting early so I was unable to talk with him that evening, but his demeanor was much more confident and relaxed after working with Joe.  He then presented to Council and they passed his plan with no modifications and congratulated him on a job well done.

I have no reservations regarding Joe Gerardi; he has selflessly assisted Boy Scouts, the Scouts themselves, and the church that sponsors the troop, of which he is a member.  All in the troop and the church of whom I know, speak highly of Joe.  I can definitively state the troop, and I, would be lesser without Joe.

Respectfully,

David Smith
Troop 152 Scoutmaster





PS Capital Partners, LLC

September 7, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joe Gerardi

Dear Judge Caproni,

I have attempted to write this letter several times as I have so much to try to convey about how good, hard working, and genuine a person Joe is, while being highly respectful of the court's time. In speaking from the heart, I apologize in advance if I ramble. Joe and I have known each other since the 3rd grade, growing up in Utica, New York. We attended the same elementary (Albany Street), middle (Columbus) and high (Proctor) schools. Both of us worked full time while attending the local community college (Mohawk Valley Community College), Joe at the local slaughter house, me at a restaurant, and then we were roommates at the University of Buffalo where we completed our four year degrees (Joe in Business Administration, me in Mechanical Engineering). Joe went on for his law degree and I pursued my MBA. While Joe and I haven't been in the same city since 1982, we remain close friends. Before the age of cell phones and internet, when coordinating getting together took some level of effort, many high school and college graduates lost contact with each other and relied on the 10, 20, and 25 year reunions to reunite. This was not the case with Joe.

It was never a question that Joe was someone I would always want in my life, to grow with, to learn from, and to share the joyous and sad times (such as the passing of my parents and the numerous surgeries Joe's first child required immediately after being born due to a heart defect). While my mom was in intensive care in Utica just before her passing in October of 2013, I was flying in from Wisconsin almost every weekend. Joe was there if I needed a ride and always offered me his home if I needed a place to stay, which many people would probably do for a friend. But Joe was not like any friend. What I found out from my mom was that Joe would drive to Utica from his office in Syracuse to stop by her hospital room to make her laugh, as only Joe can do. He never mentioned to me he was visiting my mom because with Joe it was a given, no need for acknowledgement.

My dad always said that I would be friendly with many people throughout my life, and have many acquaintances, but if I was lucky, I would develop a handful of true friends that would be there throughout my life. Joe is a true friend.

Sadly, Joe's dad was absent and an alcoholic, and his parents divorced when he was young. With six children, Joe's mom not only held the family together, but instilled in all of them a virtue that through hard, honest work, you will succeed. Joe's mom took a job delivering mail, Joe worked

full time as soon as he was 16. Being the oldest, Joe was the father figure for the others, having the thankless job of helping his mom instill discipline in three younger brothers (who at times would push the envelope of acceptable behavior). Even with all that was placed on his shoulders at an early age, several years later, Joe was at the hospital when his dad passed away from liver disease. Throughout the years, Joe never complained about his added role, it was a given.

I am still trying to process that the jury found Joe guilty of the charges in his second trial. Seeing the toll on Joe's wife and three children (schoolmates can be very mean) through this process has been heartbreaking. The reputation of COR and Joe has suffered severely. Knowing Joe as well as I do, I believe with all my heart that he did not knowingly look to violate any law. It's not who he is, nor how he was brought up. Rather, I believe Joe's only motivation was to use his many years of private real estate expertise to help drive economic development in Upstate New York, an area that I and many others had no choice but to move away from in order to find better job opportunities.

Joe has and continues to have a great impact in the Syracuse and central New York community. Removing him from his community would be a great loss. Joe is already paying an unimaginable personal price with the intense suffering of his family, friends, business colleagues, and employees of COR.

Your Honor, I ask that you consider probation and community service for Joe in a way that will truly help others. In this age of 24/7 news cycle, the news of Joe's sentencing will come and go. I ask that we don't let folks forget, but rather through community service, have Joe meet and share what happened with him with those firms wishing to work with New York State. Thus, benefitting all of us by helping to reduce any potential repeat of what occurred.

With Deepest Respect,

Paul A. Stewart

September 18, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Letter of Support for Joseph Gerardi

Your Honor,

We write to you as friends of Joseph Gerardi.  We have known Joe and his family for about twenty years. Joe is without question one of the most kind-hearted individuals we know.  His dedication to his family is unsurpassed.

Even though a jury has convicted Joe we believe that he would never knowingly break the law.  The impact of the charges against him are heartbreaking for his family and those that care about him.  This unfortunate situation has clearly taken an emotional toll on family and friends.

Joe is the ultimate family man leading the way in everything the family does.  We have witnessed him go above and beyond for his children as well as others in the community.  He always shows genuine interest in the well-being of the families that he is acquainted with.  He has sacrificed a great deal of his time and energy throughout the years to various charities.  We have found it to be with regularity that someone would tell you of support that Joe provided or to open a program at a local fundraiser and see Joe's support.

It is our belief that sending Joe to prison would be detrimental to all that surround him in his personal life and absolutely devastating for his wife and kids.

Respectfully yours,

Adam and Sara Szymanski

7711 Totman Rd

North Syracuse NY 13212

September 16, 2018

David Trevisani
18 Oxford Rd
New Hartford NY 13413

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Joseph Gerardi

Dear Judge Caproni,

My name is David Trevisani, a Director at the National Development Council and a practicing Economic and Community Development Finance professional. I have been a lifelong friend of Joe Gerardi. Our families lived in the same neighborhood and went to the same schools. In fact, our respective siblings were also friends and shared many positive experiences growing up in a family oriented lower middle class community in Utica, NY. We remained friends into our adult lives and our families continue to enjoy a close relationship.

My family and I are aware of Joe's current situation and know the strain it has placed on him, his family and many close community relationships he has developed over the years. I know he regrets the worry this situation has caused them to endure.

I find Joe to be a hardworking, honest, family man who is always there if you need him. The integrity and dedication he has exhibited towards striving for a better life for his family has always impressed me. Joe and his siblings lost their father early in life and Joe being the oldest had to take on many responsibilities at a young age, and is looked up to by many. I often reach out to him myself to seek personal and professional advice and even though he has a demanding schedule he always makes the time. My wife and I find Joe to be an extremely dedicated husband and father. My wife and I were moved by the love, strength and dedication he exhibited in dealing with his son's health issues during the early years of his life.

In my opinion, a sentence involving sending Joe to prison away from his family and friends will do more harm than good. Society in general would not be served by this outcome. I urge the court to consider a sentence involving non-incarceration to allow him to redeem himself and build upon the years of dedication and support he has given to so many especially his family and community.

Thank you in advance for your help and support to Joe Gerardi.

Respectfully Yours,

David Trevisani

September 18, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Dear Judge Caproni,

My name is Phil Valeriano and I am writing this letter on Joe Gerardi's and his family's behalf. I am a Financial Advisor.  Joe and I met in a professional capacity when one of the owners of COR became our Client. On my first day in COR's corporate office I was introduced to Joe. Joe immediately showed his personality to me. When I told him my last name he said what are you to Matt Valeriano and I said he is my cousin.  Next Joe said in a very serious voice he promised me something but never delivered. I was thinking to myself what could my cousin have promised. At the same time Joe and I blurted out Garlic and we laughed together about it. Joe and I both grow a little bit of Garlic each year and now share it together. What was so important about my cousins Garlic is that he is known for it and Joe wanted some. So I arranged a meeting and Joe and I have been friends since.

Joe and I both grew up in East Utica and share that bond together.  That is how he knew my cousin Matt.  Back then East Utica was just about all Italian and is still well known for its food, Pastries ( cannoli's, sforliatella, rum cake) you name it we had it.  The churches all had their Italian feast with sausage and peppers, and Pizza Fritte (fried dough). St Anthony's in Utica still does Saint Cosmas and Damian walking the statues of the saints through the streets while people pin money to them. Then there is tomato pie a real treat and at the time only known to east Utica.  Lastly I can't leave out going to the old Italian guys houses where they would give us a shot of their homemade wine. One shot at each house what they didn't know was we had several houses to go and get a shot of wine. In a nut shell that is what East Utica was like and that's what made Joe and I connect so easily. You didn't have to know each other growing up if you were from there you know each other.  Plus everyone knew at least one of your cousins LOL.

I told you all that about East Utica to paint a picture of who Joe is as a person and where he came from. It was there that he learned hard work, generosity, and the values that he carried forward into his professional career. Joe is a generous man sharing his success with his family, friends, and most importantly philanthropically to various charities.

Your Honor, I am not one to write this type of letter but Joe character warrants it. Joe is good father, husband, teacher, and friend. He is a good man with a good heart. He has worked hard to get to where he is. He is one of five partners who built a tremendous company COR (heart in Latin) that is why they picked that name for the company.

The verdict is what it is and it's your job to determine his sentence.  To incarcerate Joe or have him serve his sentence in the community. This is where Joe could give back and some good can be done out of this.  Whatever you decide that it should be I know Joe will serve well. I pray that it will be where other people can benefit from it.

Best regards,

Phil Valeriano

September 24, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y.  10007

RE: Joe Gerardi

Your Honor,

My name is Tim Winters, project manager for COR Development. I have worked for Joe Gerardi and COR partners for 14 years and in all my years in the construction business, I have yet to experience the "family" atmosphere exhibited by Joe and the partners. To be treated with respect and dignity is not so common in the construction business which is why I was excited about working for Joe and the COR team. I started in the property management side of the company, so I interacted quite often with Joe because of tenant issues as Joe did much of the legal work for leasing. Joe's mind set was always to be fair and respectful when dealing with the tenants because after all, they were our customers. He always stressed to be honest with the tenants and to give them the benefit of the doubt. As with the customers of COR Development, Joe and the partners always showed respect and fairness to all employees. When you worked for Joe and the partners, you really were part of the family. Joe also understood that your family always came first. Even though our interactions entailed much business, Joe always would take the time to ask how my family was doing. He knows the priority of family comes first. He understands this because of the commitment and love he has for his own family. He believes that if you take care of your family, everything else will follow the way it should.

Joe's humble character did not stop with family and employees. His generosity within the community included giving time and donations to charitable organizations such as the Francis House Hospice Care, CNY Food Bank, local churches in the Fayetteville and DeWitt areas, and of course the Salvation Army. Joe was on the board of directors for the Salvation Army for many years. He has donated countless hours in helping the Salvation Army provide their services throughout Central NY. This is just another example of how Joe works hard to not only improve the community we live in, but to also show compassion to individuals that are less fortunate.

With the outstanding characteristics that Joe has displayed with his family, community and his company, it is very hard to understand how he could be facing incarceration. I respect our judicial system and the American system of a trial by jury. But I must ask, how can a person like Joe Gerardi be incarcerated with no previous felonies, a Christian person that loves his family, and gives so much back to the community?
Your Honor, I understand that you make very difficult decisions every day that could determine the quality of life for people and their families for the rest of their lives; whether good or bad. When making the decision for Joe Gerardi, I implore you to please consider what possible gain it would be to incarcerate this man. Society cannot afford to lose good, honorable people like Joe Gerardi. Joe's wife and young children cannot afford to lose Joe Gerardi.
Thank you for your consideration and for taking the time to read this letter.

Respectfully,

Tim Winters, Project Manager
COR Development



DOING THE MOST GOOD™

September 26, 2018
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

Dear Judge Caproni,

I am writing today to provide a letter of support for Mr. Joseph Gerardi. I met Mr. Gerardi when I was
the Executive Director for Professional and Community Services for the Salvation Army, Syracuse Area
Services. Mr. Gerardi was recruited to join the local Syracuse advisory board by an emeritus member of
our board. Mr. Gerardi served on the advisory board from 2004 to 2016.

The Salvation Army in Syracuse is a large local operation that touches nearly 40,000 lives in Onondaga
County annually. We provide programs and services for homeless individuals and families, runaway
teens, frail seniors, children at risk of foster care because of abuse and neglect, street outreach and
prevention to gang members and emergency support through food pantries, housing and crisis
intervention.

Mr. Gerardi was very active on our advisory board. He served on a number of committees. He asked to
be engaged in activities that closely connected him to the direct services for our clients. This meant he
participated on strategic planning, program, and Christmas Bureau committees, among others. Although
Mr. Gerardi's legal expertise would have served well in areas of finance and property, he wanted to get
involved in assisting in areas that directly impacted mission.

Mr. Gerardi also accepted the volunteer position as the chair of the Salvation Army's Annual Civic
Celebration Luncheon. This annual event is a major fund raiser for the organization attracting nearly 700
in attendance. The event is also an opportunity to recognize community members who assist behind the
scenes to support the work of the Army. As the chair of the event, Mr. Gerardi became of the champion to
assure its success, recognizing that thousands of individuals depend on the services this event supports.
The Civic Celebration also engages a national speaker who helps bring the important message of caring
for others in our local community. Mr. Gerardi through the support of COR Development engaged Hall of
Fame NFL Star and Syracuse University Alumni, Mr. Art Monk as our guest speaker. Working with his
partner at COR Development, Steve Aiello, COR not only became the major sponsor of the event, but
also supported the cost of Mr. Monk's participation at the luncheon. It was always apparent that the
corporation was supportive of Mr. Gerardi's involvement in our organization and its mission.

Although all of the activities mentioned above were significant support to the Syracuse Salvation Army, I
think the most impressive involvement of Mr. Gerardi's work with the Salvation Army was the
engagement of his family in volunteering to support our mission. Mr. Gerardi assured that his son's Boy
Scout troop volunteered to ring the red bell at Christmas, he, his wife Laurie and their children helped to
pack 2,500 food baskets for families at the annual Christmas Bureau distribution and when we needed to
build a new shelter for homeless teens, the Gerardi family made a personal capital campaign donation. It
was also not enough just to give the money, but Mr. and Mrs. Gerardi wanted their children to learn from

this opportunity. This meant the family spent time touring the program, why there may be a youth who has no place to call home and explaining how their financial support will change lives for many years to come.

Since I have moved positions within the Salvation Army and Mr. Gerardi rotated off the board, we have not had the opportunity to maintain in regular contact. However I will always respect the character of the individual I got to know through the Salvation Army Advisory Board. How dependable and caring about others he demonstrated through his engagement on the board and the love he shared for his family, friends and community. We were fortunate that he accepted the opportunity to serve his community and those we serve through his volunteerism and involvement with the Syracuse Salvation Army.

Sincerely yours,

Linda M. Wright

Linda M. Wright
Director of Social Services
Empire State Division