# Brian Ackerman
# A1

Brian Ackerman
5753 East Lake Road
Cazenovia, NY 13035
315-663-0222

September 3rd, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Steve Aiello

I am writing you today to express my support for Steve Aiello. I have known of Steve since he converted a dilapidated and run-down mall complex in Fayetteville, NY into a thriving strip mall complex. I was working as a Police Office for the local town department and we were working with his company to ensure that the tear-down and conversation went as smoothly as possible. The complex was eventually finished but our interaction with COR continued. Over the succeeding years, I was a member of the Police union board of directors and COR would graciously donate to our community causes and financially support areas where we were lacking funding. It was a great partnership that helped numerous causes and individuals. As a member of the Union, The one thing that stood out about Steve, his company and employees was that unlike many other individuals or businesses that would donate, we were never asked to look the other way on matters of law and were never asked "favors" even though there were situations where he absolutely could have. Myself and many others that sat on the union board truly felt that COR (via Steve) really cared about the community and wanted to see it improved.

In 2008 I began my own business as many members of law enforcement do and had the opportunity to sit down with Steve and propose a security project for his complex in Fayetteville. He sat down with me and we talked for well over an hour when it was clear that he was busy as he was constantly being sought after by staff. He asked questions about my business and gave me helpful guidance. In the end he gave me an opportunity to move forward on my proposal which for me was an unbelievable nod of confidence in a business that had just started months before. Since that opportunity I have retired and continued to grow my business well beyond my expectations. I honestly credit Steve with a large part of the success that I have had as that confidence he had in me allowed me to establish and grow a sizable client base.

Since my first interactions with Steve, I have found him to be an honest, forthright and caring individual. I have on many occasions seen him interact with employees and people in general. He is respectful and treats people as human beings, not just a number. I still think back to my first one on one meeting with him and his ability to just focus on me and show me respect. I can honestly say that I have interacted with hundreds of individuals over my career that have community status, business power and financial means. Without a hesitation, I would consider Steve the most down to earth, honest and humble person I have met.

With that being said, I can assure you that since the beginning of this recent ordeal, Steve has been fighting hard to clear his name but at the same time understands that the process has played out and that he must move forward with the outcome. During my conversations with him he has always upbeat and hopeful for the best. Steve is devastated by the thought that he somehow stepped outside of the law with his business dealings and that his employees will be hurt by the outcome. This man truly cares for his people and the Central NY community. I know that COR has supported hundreds of workers with good paying jobs and continues to do so. In my opinion, any actions that were taken by Steve were to support the employees of COR and community at large and not to ingratiate his personal wealth. He speaks about the support he is receiving from friends, family and fellow employees and is eager to move past this difficult time.

Your honor, by no means would I state that I have all the facts of the case or the background and depth of skill and knowledge that you possess regarding everything that transpired in your courtroom. My 20+ years in Law Enforcement taught me a lot about human nature and people in general because part of my job was to formulate criminal cases and interact with the District Attorney on the prosecution. In the case involving Steve Aiello, I believe that he is a good man with a good heart. I believe that he was trying to do the right thing for his company and his employee's albeit in a manner that may not have been on the up and up when viewed from a sterile outside perspective. I believe that this situation has personally devastated and embarrassed Steve to the point that he will never conduct business in this manner again. I believe that there would be no benefit to Steve serving jail time and that his absence would only hurt his family and the company he helped build from nothing. Central New York has always struggled and companies like COR are lifesavers to hundreds if not thousands of families that rely upon the company to survive and thrive. I believe that any outcome that places Steve under the consideration of a probationary release situation would be of the best interests of the Central New York community.

I appreciate the time and effort you have put into this case as well as your consideration of my letter.

Respectfully yours,

Brian Ackerman

Betty Aiello
A2

8/30/18

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Dear Judge Caproni

My husband was second cousin to Steve Aiello.
I first met Steve Aiello 30 years ago when he was with
his father, who had numerous treatments for cancer.
He always stayed with him 'ed anyone could see he
was a loving son. He also provided help for
his mother for many years before she was deceased.

When my husband became ill a few years ago,
he always stressed upon us if we needed help to
let him know. After my husband death he always
checked to see if I needed any help. thank goodness
I haven't had to call on him but I know he would
gladly 'ed willingly help me in anyway he could.

As a registered R.N. at St. Joseph's hospital for
32 yrs. 'ed coordinator of a department I met
a cross section of people from Syracuse. I'm
all those years everyone I talked to always

expressed how much they respected Steve Aiello & how happy they were to see all the contributions his company has made to Onondaga County.

I realize a jury has found Steve guilty of certain crimes but I personally feel that a prison sentence would create an immense emotional stress to his wife, children, extended family & friends & would not benefit the community in any way.

Respectfully yours
Betty J Aiello
83 yrs old.

David Aiello
A3

October 9, 2018

David M. Aiello
4884 Ledyard Drive
Manlius, New York 13104

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Letter of Support for Steven Aiello

Dear Judge Caproni,

I chose to write you today relative to my cousin Steve Aiello and with regard to your forthcoming sentencing of Steve for the certain crimes a jury has found him guilty of. I've known Steve for over 20 years. He's been a very important part of my life and continues to be a role model and mentor that I respect and look up to. My biological father left my mother and I early on. We moved to Syracuse from Virginia, where my mother and father, Jeffery Aiello, met and eventually married. I recount the early days we used to visit Steve and his family and how welcoming they were to us. In a turbulent time of uncertainty, they made us feel like family. Steve has always been selfless by nature and, throughout my life, consistently available to provide unbiased advice and perspective, helping me evolve into the man I am today. The many things I've learned from Steve will always hold unsurpassed benefit, while my respect and admiration for him will always be in the highest regard.

While I am aware that Steve has been convicted of certain crimes before a jury and faces sentencing in the near future, I thought it prudent that I share some personal experiences and observations to provide you with some insight to his character. I've always known Steve to have admirable integrity, humility and compassion, while acting with a courageous authenticity one seldom encounters. I remember when a national hair salon had expressed interest in moving into a strip center owned by Steve and his partners. As a very lucrative deal and a great fit for the strip center, Steve and the group decided against the deal, as they felt it would impact the business of a locally-owned salon within the plaza. Nothing precluded the deal, however, to see him, a local man himself, turn away the substantial benefit in front of him to ensure a local business would survive showed a level of integrity rarely seen in real estate. Perhaps one of the most important things I've learned from him over the years is that your integrity is the foundation of who you are, and will become, and to never lose sight of that no matter the circumstance.

There are too many occasions to speak of, but one thing I've always known Steve to be passionate about is helping people succeed and become the best versions of themselves. Both my late grandfather and Steve held this trait close to their hearts as, starting from nothing themselves, they knew how difficult it was to succeed. Over the years I watched them help anyone and everyone in any capacity they could, weather that meant helping them network, providing space to hold events, giving donations or even just general advice and guidance. Many people have been benefited and greatly inspired by the compassion and level of humility Steve has exuded on his life's journey. Whether it be a

person looking to better themselves with an internship to an owner of a small local market, he's always found a place for them and provides a healthy level of encouragement to help them grow. Even with the success Steve has seen, it's never really seemed as if he was 'giving back' in the traditional sense; he was always 'giving back' any way he could and thrived by helping others progress in turn. This is the Steve Aiello I, and many others, know.

My deepest hopes are that when you impose your sentence for Steve, you do so with understanding of what an important person he's been for so many. The profound impact he's had on my life, pooled by the many others that have had the benefit of knowing him, has been boundless. It would be a great loss to a great many for Steve be in prison and not continuing to positively affect those around him. As a man of integrity, principle and honor, he has been a strong guide and a constructive part of many families and communities. This short letter does not do justice to Steve and the great man that he is, but I hope it affords an awareness of his true character and you take it into account with the justice imparted.

Respectfully,

David M. Aiello

Elizabeth Aiello
A4

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

11.1.2018

Re: Letter of Support

**Dear Judge Caproni,**

My name is Elizabeth Aiello and I am writing this letter to you on behalf of my father, Steven Aiello, in regards to his upcoming sentencing.

To be completely honest, Your Honor, I had a difficult time writing this letter. Not because I didn't know what to say but in fact quite the opposite. It would take an encyclopedia to truly explain the amazing traits and qualities of the Steve Aiello I have known over the past 27 years. The Steve Aiello that I have known has more integrity than most and has been a wonderful role model and father throughout my entire life.

To really understand my father, you have to understand my mother as well. My parents have been married for over 30 years, both coming from humble beginnings. My mother was born and raised in the city of Syracuse by a single mother. She worked relentlessly, from a very young age in order to help make ends meet and put herself through school. My mother was the first person from her family to go to college. This is where she met my father. My father was also born and raised in Syracuse. He was the son of a carpenter and grew up in a large Italian family on Syracuse's north side. He attended a small, catholic school not too far from the public school my mother attended yet they met upon moving away to college.

Upon graduating college, my parents moved back to Syracuse while figuring out the next step. It was at this time that my father proposed to my mother. This has always been one of my favorite stories of my parents as my father proposed to my mother in a funeral home parking lot on the North side of Syracuse. My mom and I have always joked with my Dad about how he could have at least driven to a different parking lot than a funeral home but in all actuality it perfectly describes who they are. My father did not propose to my mother in some extravagant manner because my parents are not extravagant people. They never have been, and never will be. Both come from humble beginnings and despite any success they may have had, have always cared more about happiness and the well- being of those around them than anything with a monetary value.

Shortly after my parent's engagement, my father was accepted to St John's Law School and my parents relocated to Long Island. While my father was in school, my mother worked nights as a nurse for them to be able to afford their basement studio apartment. I always loved hearing stories about this apartment as they called it the "Aiello Submarine"

being that only the top part of their window overlooked the street and all they could see were the feet of those passing by. After a year, finances became too tough and my father dropped out of law school so they could once again relocate back to Syracuse. It was around this time, as Syracuse was going through an economic decline, my father began his career in real estate. Needless to say, both of my parents are deeply rooted to the Syracuse area.

One of my father's greatest passions became wanting to help rebuild Syracuse to the thriving city he once knew it to be. He always told us that he hoped one day it would be a place we, his children, would be proud to move back to. My Dad's drive to improve the community is why he started Cor Development. I'm not quite sure how much you know about the history of Cor Development but the reason "Cor" was chosen as the name of the company is that it stands for "heart" in Latin. My father and his partners chose this name because they always wanted to run their company with a heart. This being said, Cor has never been just a company to anyone who has worked there. It is and always has been a family. I know this because Cor has been just as much a family to me as anyone. I personally know every employee, and almost every tenant of every project my father has ever worked on.

From the beginning, they took on projects with purpose, looking to better the community and support local businesses. I can remember one of the first major projects, the Towne Center at Fayetteville. When they took this on, it was a vacant mall that had been sitting untouched in the middle of town for years. My father would go over daily to watch the progress and as a 9-year-old I couldn't understand why he was so excited over an abandoned mall. In my high school years, I later realized that whether it was stopping by Target, Panera Bread, Kohl's, or going to the local YMCA, there wasn't a day that went by that I didn't stop by the Fayetteville Towne Center. As unexciting as these places may sound, they were the first to come to our area. Before the Towne Center was built, the local high school "hang out' was the Nice and Easy gas station because quite honestly that's all there was. One thing that I have always admired about my Dad is that when he looks at something he has a vision. Where one might see an empty room, he see's endless potential.

Growing up, my father was there for everything. There was never a concert or sporting event that he missed. This says a lot seeing as I was a part of band, orchestra, wind ensemble, marching band, school plays, soccer, field hockey and, the rowing team just to name a few. In addition, he was the first to help with any and every school project.

Our home has always had an open door policy, my parents welcoming everyone in with open arms. Whether it's family, friends or the handyman that fixed our dishwasher that day, there is always an extra spot at the dinner table. Sunday's are the best at the Aiello Household because you never know who may be joining us for one of my father's home cooked meals. For as long as I can remember, these Sunday dinners have been a tradition gathering together all friends and family who would like to join. Even when my grandparents and older relatives were in the worst of health, my parents ensured to pick them up and drop them back off at the nursing home to make sure they always had the opportunity to attend.

While attending Syracuse University, these dinners became famous amongst my friends. It was pretty much guaranteed that any friend I brought over would go home with a fully stocked fridge for that next week. Another person you can always find at these dinners is my Uncle Louie, or Father Lou to most, being that he is a catholic priest. Father Lou is my Dad's only brother and you can find him at our house most nights of the week as he does not have a wife and kids of his own. Every Sunday, we can still count on him to hold mass in our living room if anyone overslept and wasn't able to make it to church that morning. Having a priest uncle kept my family very involved with the church and giving back. Whether it be clothing drives, food pantries, or personally delivering care packages to those less fortunate during the holidays, giving back wasn't just seen as charity or a donation to my family, it was a way of life.

The support my father showed me growing up is no different today as it was then. Just a few months ago, during the trial is yet another example of this. The lease to my New York City apartment of 4 years was up and I needed to move the week of jury deliberations. Unfortunately, with the craziness of everything going on around me, I had left much of the packing to last minute. The morning of the move, I still had quite a bit left to do and while bringing a box outside my door, somehow managed to lock myself out of my apartment at 6am. I called my mom explaining the dilemma and within 30 minutes she was at my door, and to my surprise with my Dad. I will never forget the look on my Dad's face when the superintendent finally arrived to let us all in and he saw what was left to be packed. To be completely candid, Your Honor, I thought his eyes were going to pop out of his head. He walked right back out the door as quickly as he had walked in.  At that point, I thought he had left and I didn't blame him as he had a lot bigger things to be worrying about than that morning than my mess of a move. Twenty minutes later, there was a knock on my door and the movers had arrived but my Dad was right behind them with moving boxes, packing tape and coffee. He stayed with my mom and I until every last box was packed up and in the moving van, leaving at 9:00am to go directly to your courtroom. As his daughter, I know that this has been one of the most difficult times of his life, yet he still put me before himself just as he has done for everyone always. Your Honor, in my opinion this kind of selflessness is hard to come by often.

My Dad has been my support system through good times and bad. Recently, I was laid off from my job. The job that I had loved and cherished so dearly for the past 3 years. To say I was devastated would be an understatement. I knew the company was having financial trouble but had no idea the extent of the issues. Walking out of my office that day, I was heartbroken... but do you know who the very first person I called was? My father. That's the type of person he is. The one I can rely on no matter what the situation. No matter how old I am, I can always count on him to say the right thing and show endless support. My father has always been my biggest advocate no matter how big or small the matter. Somehow, in any situation, he can always find a way to remain calm and focus on the next steps to move forward. I could have called a million people first that day when I walked out of my office but I chose to call my father, not just because he is my father, but because he is one of my closest friends.

{00315752 1}

Your Honor, I have the utmost respect for the justice system but I don't see there being any benefit to society in my father going to prison. You may not know my father on a personal level, but I promise that the Steve Aiello I know, is nothing like the person portrayed in your courtroom.  The Steve Aiello I know never flies on a plane without rosary beads in his front pocket and spends most of his time between cooking in the kitchen and walking our two dogs. The Steve Aiello I knows greatest flaw is caring too much about others and not enough about himself. The Steve Aiello I know, has a heart of gold.  As a devoted daughter, I ask that you please show leniency at the time of sentencing,

Respectfully yours,

Elizabeth Aiello

Jeffrey Aiello
A5

September 20, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing this letter on behalf of Steve Aiello. Steve is not only my cousin but one of my business partners for the past 20 years. Prior to being in business together, Steve and I have a close relationship that extends beyond just being related. Steve has been part of life since we were young kids. I know first-hand that Steve was raised with very strong family and community values. We spend numerous family gatherings and holidays together as kids and still do as adults with our wives and children. I consider Steve as a brother that I never had. Steve has also been there not only for me throughout the years but has been there for my children as well on numerous occasions.

Steve is unconditional in his affection for his family, our employees and others in need. Steve has a heart of gold not only to his family but our community. When we started our company, COR, over 20 years ago, Steve and my father were instrumental and at the forefront in involving our company with several individuals and organizations in need of assistance. Steve is one of the most honest and loyal people I know, and he truly believes in giving back. There are many lists of groups that Steve has supported not only financially along with donating his time to make these organizations better (CNY Boy Scout as a Troop Leader, Boys and Girls Club of Syracuse, St John the Baptist Church, Catholic Charites, CNY Food Bank, Peace Inc., The Francis House, Onondaga Community College...) Because of Steve's efforts and leadership to our community and his involvement with all the organizations, over Steve's lifetime he has made a major difference for our community and made our company one the leaders in aiding people and organizations in need. I have learned from Steve personally what a great thing it is to help others in need. I could not think of a better person, family member and business partner to be part of my life.

I attended much of both trials and lived through much of what was at the center of the trials. The investigation, allegations and trials have caused significant damage to our company, our projects and, most importantly, the people who rely on our company and projects for their livelihoods. It was and remains painful to see our company and my friend and business partner convicted of conduct that is the complete opposite of our corporate values and the Steve Aiello I know. Steve and our company are nonetheless standing strong. Under the circumstances we find ourselves in, we take great pride and have tremendous gratitude for the fact that not a single member of our very talented team has left us to work elsewhere. I believe they stay because of the company we try hard to run – one that considers people and community in every decision we make. They stay because leaders like Steve care about them and they care for him. That has been and will continue to be our recipe for success.

I understand that Steve has been convicted of certain crimes and sentencing is the next step of the legal process. As you deliberate on a fair and appropriate sentence for my partner, my cousin and my friend, please consider what Steve has done for our community, our employees and our families. Please consider what he and his family have endured from the day the indictments were issued through present day, which has been devastating to say the least. My wife, myself and family believe in Steve and stand by him and his family in every way we can. I would ask that you please consider an alternative punishment to sending Steve to prison. Imposing of a harsh sentence will not contribute to the betterment of the community that has and continues to benefit from Steve's efforts and commitments. Thank you for taking the time to read and consider my letter.

Very truly yours:

Jeffrey L. Aiello

Julie Aiello
A6

JULIE AIELLO
1603 South Ivy Trail
Baldwinsville, NY  13027

August 13, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Your Honor,

I am writing this letter to ask that you give consideration of no jail time for Steve Aiello at his
sentencing hearing scheduled for October 12, 2018.

I married into the Aiello family 24 years ago and met Steve and his family through my
husband Jeffery.  I instantly became friends with Steve and Lori, they are a very warm,
caring and sincere family.  Our children were about the same age, and Lori and I happened to
be pregnant at the same time.  I was always impressed with what an amazing father Steve
was, doing activities with his children and providing well balanced love and support.  What I
discovered about Steve is that his heart does not stop with just his family.  I came into this
marriage with my son David who Steve has mentored and treated as if he was one of his own
children.  David has had his rough spots through the years, but is a very bright and charming
young man.  While we made all efforts to steer David in the right direction, it was met with
resistance and set backs many times.  Many people would just talk about it or ignore it, but
Steve went out of his way help lift David to a higher level to ensure his success.  This is not
something that I asked of Steve, it is just something he did on his own.  He was always able
to see the good in David and help bring those traits to the surface for everyone else to see too.
As a mother I feel this is a very extraordinary act that I will always be forever grateful.

This is not something that happened just because we were family.  There are many people that
Steve has helped, because that is truly Steve's nature.  I recall when Steve has paid the
medical expenses for a women diagnosed with cancer but unable to pay for the needed
services.  He also helped a grieving family pay for the funeral services for a young man who
suddenly lost his life while battling drug abuse.  These are just a few examples of the
compassion, benevolence and generosity that is truly who Steve is as a person.  His work in

the community has lifted many and I know there are many more that will be well served by his dedication to giving back to the community and his compassion for his fellow man.

I have closely followed the trials and fully understand the charges that Steve has been convicted. I also know the pain and suffering this has caused Steve emotionally, financially and socially. It has been truly devastating to Steve, his family, and many people who Steve has touched throughout his life. In light of this, I respectfully ask that you consider no jail time for Steve Aiello. Steve is a very upstanding citizen in his community and is always giving back every opportunity that arrises. Incarcerating Steve would not serve the community in a positive way.

Respectfully yours,

Julie Aiello

Lori Aiello

A7

September 14, 2018

Lori Aiello
5001 Saddlebrook Drive
Fayetteville, New York 13066


Honorable Valerie E.Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,
I am writing this letter on behalf Steve Aiello. I have known Steve for 40 years and have been married to him for close to 35 years. I do believe I know his character well. I was in your courtroom everyday (except for one) for this complicated trial and I was there when the jury found Steve guilty. The Steve Aiello I know is a totally different person than what I saw him portrayed in the courtroom during these two lengthy trials. The Steve Aiello I know is trustworthy, fair and honest. I want to share with you some of my experiences I have shared with Steve throughout the years.

Our relationship began at Niagara University where we both attended. Steve was Vice President of Student Government, active in Campus Affairs and acted as liaison between students and faculty. I witnessed Steve help many students including my friends through issues they encountered while there. Steve would listen, bring student issues in front of the Student Senate fairly. He is a person who always steps up and will be a voice for others. We started dating back then and I think what I admired most about Steve, is that he was not one to sit on the sidelines. I think that's how he got my attention! After Steve's term on Student Government was completed, Steve strongly encouraged my roommate to run as Student Government President. It was a big deal at that time, being the first female nursing student as president ...she ran... she won! Steve guided her throughout her election and her term. While earning his bachelor's degree in Political Science, Steve had an internship at Senator Daniel Patrick Moynihan's office which he is very proud of.

Upon graduation, Steve returned to Syracuse to work as a Vietnamese house parent. Steve helped acclimate 8 young men coming over from refugee camps after the Fall of Saigon. The boys were placed in a large house in the city of Syracuse run by Catholic Charities. He was instrumental in helping them enroll in high school, college and most of all helping them to transition to American ways so that they might become productive US citizens. One of my favorite memories is walking 8 boys 2 miles with Steve to a baseball game . Another is watching their first Thanksgiving and Christmas experiences with Steve helping prepare the meals and festivities. The more serious times were the dark moments the boys would separately go

through missing their families back in Vietnam. One summer evening Steve noticed one of the boys missing. Steve went out looking for him in his car. He found the boy about a mile and half away with backpack on his back. (Relieved) Steve asks, "Where are you going?" Response... "California" Steve answers, "You better get in the car, I think I can get you there faster". The boy gave in and took the ride.

In 1984 we married, Steve attended law school, I worked nights as a nurse also picking up private duty cases to make ends meet. Steve completed one year of school at St John's, but we found it a challenge financially with cost of his schooling and both our prior student loans. We moved back to Syracuse. Steve started working at Eagan Real Estate selling residential real estate with success for the next 5 years. He received broker of the year. I think his honest, straightforward way of dealing with people was the reason for his success. His next move was commercial sales at Eagan, with Steve working there for 5 years.

In 1994 Steve switched companies and expanded his role into Real Estate development at The Widewaters Group. He travelled frequently. At this point with 3 young children and myself still working, being away so much took its toll. Steve seeing major developments in other parts of the country made him realize the fact that Upstate NY could and should have these same developments. With so many people moving away from CNY, he wanted to build and create economic growth in our own community so all, including his growing family could work and thrive locally. Steve envisioned a better place to live. To do that, Steve left Widewaters in 1998. With 4 partners sharing this common dream, COR was formed. I think the beauty of the partnership is that each partner has their own expertise. Proceeds were and are divided equally which maintains an equal playing field. They are all very good at what they do, as exampled by their numerous projects across Central New York. The thing I most admire about this company are their family values which I think has resonated throughout our community. At COR's centers there are charity events, sleigh rides, Santa comes, fireworks, local farmers markets, dance recitals, Boy Scout Pinewood Derby challenges and many other community events which bring our town together. I am proud to be a part of the COR family.

Tom Young our former mayor approached Steve to develop the Inner Harbor. A depressed area, polluted lake, oil city which we used to call Marley's Junk yard seemed insurmountable. Being such a major project, Steve at first declined. He grew up not far from this area . You can see the steeples of the church where Steve's whole family made all their sacraments, where he went to school and where we were married. After much consideration, Steve and his partners decided to take on the challenge. Todd Howe was hired on the recommendation of Mayor Young to help with state grants which COR had never applied. Coming from Whiteman Osterman Hanna, such a prominent firm, hiring the president of government relations with offices in Washington DC and Albany, Steve hired what he thought was an intelligent honest consultant. Steve took Howe's advice respectfully and dutifully and followed his direction. Steve believed Howe was guiding COR in the proper framework in government 's system.

As a husband Steve has been devoted and wonderful partner. We are very close and have not fallen out of love with each other. We still spend most of our spare time together and can still make each other laugh. He is my best friend. We walk our 2 dogs daily, which is something we look forward to. We live a relatively simple life. Steve has been supportive and helpful raising our children. I can't think of one performance, or game that Steve did not attend if he was in town be it band concerts, orchestra, parent conferences, soccer, field hockey, volleyball, crew meets to name a few. When the kids would come home with a school project Steve was hands on and would get totally into it. Pinewood Derby cars, musical instruments, a Toucan bird made out of paper mache, he would work with our kids and help them. He was a Boy Scout Leader and even helped me with while I helped with Girl Scouts.  Our children have always valued and respected Steve's values and work ethic. Steve is a loving and caring father. Our family grew up active and close. We are still that way today.

One compassionate gesture Steve has shown me is purchasing and rehabbing a two family house nearby for my aging mother and aunt to live so that we could keep an eye on them and help care for them. He was right there when they needed frequent help medically and with house or everyday issues. I appreciated his muscle strength as time went on as I would need help getting them in and out of the car for appointments etc. As a family, we had them over almost every holiday, Sundays, and days in between. Included were Steve's mom, brother, and Steve's aunts. These visits always included a home cooked meal. Steve prepared the main course in which he would fuss and take great pride. Steve is a good cook and passionate about cooking and feeding people. We always had a full crowd at the table. It was a good way for the elders and ourselves to get together and socialize. Everyone was always fed well with leftovers in hand when they left to warm up during the week. In the past couple years most of these relatives have passed on. Hopefully these dinners and visits will provide good memories for my children so that they will be good caring individuals in the future. I know these actions mean alot to both Steve and myself. Steve has always displayed compassion and warmth to our extended family in many ways.

Within this letter are just a few memories and examples that I am sharing with you to describe Steve's character during our life together. I realize Judge Caproni Steve was found guilty. I wish the jury and yourself had the chance to really know the Steve Aiello I know. Steve is not perfect, but I do know he has never been in trouble with the law before and has a clean record. I don't believe his mind works in a way that takes advantage of people, in fact I think it is the exact opposite. There are givers and takers in this world. I believe Steve is a giver and a generous one at that. When sentencing Steve your Honor, please take into consideration some of his fine attributes portrayed in the letters sent to you. I don't think incarcerating Steve would benefit anyone. Sending Steve to prison will leave a huge void in my life, my family's life and many people in our Central New York community. Thank you.

Respectfully yours,
Lori Aiello

*Lori Aiello*

Melissa Aiello
A8

August 16, 2018

Melissa Aiello
6215 Rossiter Road
Jamesville, New York 13078

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Steven Aiello

Dear Judge Caproni,

This letter is being written on behalf of Steven Aiello regarding the recent jury conviction that Steve faces. I wanted to write this letter not only because Steve is my cousin but because our relationship extends beyond just being related; he is one of my dearest friends. I have been around Steve most of my adult life. I cannot begin to tell you how much Steve cares for his family and his community which in turn makes this present situation all the more bewildering.

Steve has a heart of gold to the extent that some people have taken advantage of his goodness. One example that comes to mind is a retailer in one of the shopping centers that Steve owns. This tenant was having a difficult time paying her rent. He worked tirelessly to try and assist this person. He decreased her rent, he relocated her store to a smaller space within that same center and went as far as helping her with her marketing efforts. This was done, not because he had to do it, but because he truly cared and wanted success and prosperity for that tenant. He went above and beyond whereas most landlords would just evict. This is just one example of his goodness that extends beyond family and friends and reaches into his business dealings.

I too have been a retailer in one of Steve's centers. I have also been privileged to work with him and have his expertise at my disposal. He is first and foremost honest. He is hard working, humble and one of the most loyal people I know. He genuinely cares for his family, friends and community and truly believes in giving back.

Your Honor, there is absolutely no benefit to society sending Steve to prison. He is an upstanding, tax paying, law abiding, hard working businessman whose contributions to his community are endless. He has been a pillar in the community. Steve and his efforts have actually revitalized the economy all over upstate New York.

Please hear me Your Honor when I say what Steve has had to endure from his indictment through the present day he has done so with dignity, grace and faith.  Our family believes in Steve; we stand by him in every way and we cannot stress enough how detrimental it would be for him, his family and his community to send Steve to prison.

I thank you in advance for your time in reading my letter and hearing my words.

Sincerely

Melissa Aiello

Reverand Louis Aiello
A9



## ROMAN CATHOLIC DIOCESE OF SYRACUSE
DEACON FORMATION

September 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Character Reference for Steven Aiello

Dear Judge Caproni:

This letter is being written to provide insight into the life and character of Steven Aiello.

The context from which I could write this letter is varied, my perspective wide-ranging. I have been
ordained to the clergy as a Catholic priest for 41 years - 30 years in pastoral ministry [16 of those years as
pastor], 20 years in diocesan administration. I have had educational policy and administrative
responsibilities in both the religious and public sectors. Presently, I have personality and character
assessment responsibilities as the Director of Formation for those preparing for ordination in the Diocese
of Syracuse.

Nonetheless, that professional context is not as nearly significant as the fact that Steve is my younger
brother. And, I would dare say that precious few know him as well as I. He was born three days before my
ninth birthday. We shared a room together in our family home for 9 years throughout his childhood and
early youth until my high school graduation. We have been and are incredibly close and now, even more
so, a confidant to each other. I am honored that he seeks my counsel and advice both as a brother and
priest over many issues including personal and business concerns/decisions.

Let me begin by saying, as a testimony to his character and reputation in the community, that Steve Aiello
is one of the most honorable, people I know. Until this present fiasco he has held the highest of
reputations in the community - honest, hardworking, ethical. He is known for his generosity, loyalty,
benevolence, and integrity. All of which he embodies with remarkable humility. For those reasons alone,
even if we were not brothers, it is an honor to write this letter on his behalf.

The family background which formed my brother's character begins, most obviously, with his/my parents.
They also were well known to the community at large as hardworking and deeply committed to their family
and the community. We are proud to say they were highly respected for their honesty, integrity and
generosity. They owned their own business and we were brought up with a very strong work ethic that was
tempered by Christian values of respect, honesty, compassion and the importance of education and family.
When Steve was a child our parents brought my aging and frail maternal grandparents to live with our
family for six years until their death in our family home. There we learned to provide for those more
vulnerable and in need. Later my parents welcomed to our family home a series of high school and college
age friends of their children who, struggling with their life, needed a home - one staying with us for more
than a year.



# ROMAN CATHOLIC DIOCESE OF SYRACUSE
## DEACON FORMATION

All of that is given as a context to understand the formational values that have come to define my brother. Here as the adage goes: the apple didn't fall far from the tree. He is a remarkably caring and generous person who incorporated the strong values of his parents and family into his personal and business practice and to help the many others who have benefited from his generosity and concern.

The stories of Steve's character and honest business practices like the stories about those he has helped are both legion and compelling. I have no doubt you will hear from many so I wish only to relay two.

One of Steve's employees suffered from a serious addiction to alcohol which interfered with performance and later presented even greater jeopardy to COR. Rather than terminating the person's employment he presented the employee with the opportunity to get help, and, later to seek treatment even after a much more egregious relapse. The person's successful recovery because of Steve's intervention was confirmed years later when contacting Steve out of gratitude stated: "Thank you for saving my life"!

Another incident involved an older employee in the menial work of the grounds crew at COR centers - cleaning, snow removal, lawn care, etc. That employee had developed a contentious work relationship with one of the younger college summer crew. An altercation that occurred between the two would have surely brought about the dismissal of the older employee. When hearing about the circumstance, and characteristic of his hands on concern for all, Steve personally bypassed his HR director, brought both employees into his office to resolve their differences. Steve's given reason for saving the older employees job was simply that he was a man with a family to feed, needed the job, and would surely have had great difficulty finding employment elsewhere.

One could only hope that Steve Aiello will now be given the same consideration he has provided so many others through his personal life and under his employ - the many others who have benefited from his compassionate judgment in their life.

I understand that he's been convicted by a jury of certain crimes. Knowing so well the person makes his situation all the more perplexing and incredulous to me and many others. And I, like others, am deeply troubled by the prospect of his being separated from his family and taken from our community.

Your honor, I strongly encourage you to extend a sentence that will include no jail time. Steve Aiello and his family have already greatly suffered personally, socially and financially. I fear that a prison sentence will deprive us individually and as a community of a most caring family man and respected and contributing member of our Syracuse community. Certainly, a prison sentence would only serve to deny Steve the ability to earn a living for himself and his family, to employ others, to contribute to our Syracuse Central New York community.

Respectfully submitted,

*Father Lou Ciotti*

Rev Louis F Aiello, Ph.D.

*"Mercy changes our world. It makes the world less cold and more just." Pope Francis*

Annual HOPE Appeal   240 E. ONONDAGA ST., SYRACUSE, NY 13202-2608 • PH (315) 470-1479 FAX (315) 478-4619 • WWW.SYRDIO.ORG

Steve Aiello, Jr.
A10

Steven Louis Aiello
110 Iron Pier Dr., Apt. 430
Syracuse, NY 13204

November 6, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven F. Aiello

Dear Judge Caproni:

Please accept this letter of support for my father, Steven F. Aiello. My name is Steven Louis Aiello and I am the eldest son of Steven and Lori Aiello. As I write this letter to try and describe my father's character, ambitions, ethical and moral principles, and desire for helping others, I must preface that this won't even scratch the surface describing all the good my father has done, nor entirely cover the countless instances of him improving people's lives and providing new opportunities, all examples pointing to his moral values and leadership that prove his dedication to our community. However, I hope the following anecdotes provide a better picture of my father's life as a passionate and productive member of society.

I have been extraordinarily fortunate to have been raised by my father. He is devoted to my mother, Lori, and younger brother and sister, Thomas and Elizabeth. He has been, and always will be, a dedicated and loving family man. He has been keenly involved in our lives and always pushes us to do the best we can. With his leadership, he has instilled in us the importance of being kind to everyone, helping others, working hard, and giving back to the community. All fundamental elements to necessary to have a positive impact on society.

Throughout my life, my father has impressed upon the importance of family, as well as the sacrifices that are necessary to maintain strong family bonds. He is extraordinarily close and committed to everyone in our large extended family, including grandparents, aunts, uncles, and countless cousins. He has always made it a priority to host family dinners and gatherings almost every week, inviting anyone who can attend. He often cooks for dozens of people, and still does today. He insists everyone goes home with a meal. My father insists that everyone is always welcome, even people outside of our extended family, including significant others, friends, friends of friends, neighbors, as well as people he barely knows. On holidays, whether it's the Fourth of July, Easter, or Christmas Day, my father always tries to find out who may be lonely with no plans and assuredly extends a warm welcome into his and my mothers' home. My father is most hospitable person I've ever met. These events are consistently some of the most cherished memories for all in attendance. This is an example of one of my father's most important characteristics: he is a trusting person. He instinctively sees the good in people and always gives others the benefit of the doubt. He constantly invites acquaintances and friends over for camaraderie and memories. Sometimes these are events solemn and he is simply trying to cheer people up over homecooked pizzas and a campfire. My father treats the people he trusts as if they are family and is always willing to give someone a chance.

Some of my fondest memories are from growing up with my father and the experiences he and my mother provided. Early in my childhood, at a time when my father was especially engrossed in his young career, my parents worked extremely hard to make ends meet. My mother was nurse at Crouse Hospital and my father was just beginning his real estate career, requiring significant travel, prior to co-founding COR Development in 1998. Nonetheless, he always made sure he was there for quality family time. Even if it meant taking early red-eye flights home to meet us for breakfast before school. He made sure there was time out of his busy schedule to stay engaged in community and scholastic organizations I was involved

1

Steven Louis Aiello
110 Iron Pier Dr., Apt. 430
Syracuse, NY 13204

in. But my father wasn't just a parent dropping his children off to functions. He often became involved in leadership roles to give back and assist with coordinating activities and grow the organizations, just as he became a scoutmaster and advisor to the local Boy Scout Troop. It didn't stop at Boy Scouts of America: he coached T-Ball in elementary school, support for a local school's astronomy club, numerous sports organizations, and so many other organizations where he became passionately involved. He passionately engaged these organizations, not just to benefit his children, but to advise and strengthen these organizations that were so important to our community.

My grandfather passed away in 1991. My father, the youngest of four siblings, stepped up and guided my grandmother and his three siblings, as well as the rest of the family through this transition. He helped with everything the family needed. From advising my grandmother on her former rental property, through supporting the whole family cope with loss. He is truly the pillar of support to so many relatives in our family. As my grandparent's generation aged, many great aunts, uncles, and extended family were fortunate to have my father around to care for them through various health issues and death. Whether he helped move in- and out- of housing, nursing homes, hospitals, personally taking care of maintenance issues, he has always been there dedicated to everyone to resolving issues difficult and simple. To this day, he is constantly there to extend a hand to others, even those who need assistance but never even ask for help. He is often first to offer his support.

His assistance to others isn't limited to family. Countless members of our community have benefited from his kindness and the opportunities he has provided over the years, including to relatives, friends, and notably, people he barely even knows who seek his assistance. I have grown up witnessing the community constantly seek his guidance and support. Despite his own obligations, my father thoroughly listens to others and offers his support in any way possible.

During holiday seasons, my father would organize and insist that my siblings and I join him and my mother volunteering at local food drives. We would package and deliver meals during the cold months to distressed families in need. These experiences with my father are some of the strongest and most rewarding volunteer activities I have experienced. I thought of them regularly while working in public service and think of them today in the next phase of my career. These experiences, in-part, influenced me to work in the public sector for a short period of time. To work in community development and improve distressed neighborhoods. Growing up, my father always emphasized the importance of helping people in need. He often reminisces about how proud he is from his time volunteering to help Vietnamese refugees establish themselves into our community as he just beginning his career. A truly quintessential example of responsible citizenship in this country.

Several years ago, my other grandmother and great aunt were having difficulty continuing to live in their tired apartment building. Both had struggled in retirement and their weakening health presented further complications. My father then acquired and renovated a home closer to his own home for my aunt and grandmother, so both could comfortably live for the remaining part of their lives nearby my mother and father should any issues arise. When my grandmother passed, a long-time employee with the company moved into the empty apartment after getting divorced, but only after my father insisted on helping and making sure that she was reasonably accommodated. My father is compelled to make other people's lives better and more comfortable before his own. This is just one of many examples of my father caring for our extended family and others during strenuous situations.

My father has impressed in my core values that it takes hard and honest work to grow personally and professionally to become a productive member our society. He believed to be rewarded for hard work, it is important to experience it hands on from a young age. The day after my fourteenth birthday, my father insisted I begin work in property management to learn about work ethic. I began as a janitorial assistant at

2

Steven Louis Aiello
110 Iron Pier Dr., Apt. 430
Syracuse, NY 13204

a local retail center, then moved on to landscaping, and by college, was provided the opportunity to become an assistant to an electrician. Throughout school, my father required us to work if we were living under his roof. He pushed me to experience labor and trade jobs, even if it wasn't a career I wished to pursue. He understands the importance of these trades of skills are for the community. He would often reminisce about his experiences growing up, such as mowing lawns at local cemeteries, painting houses, and installing carpet for my grandfather's carpentry store.

He didn't just offer these property management opportunities to family and friends. Over the years hundreds of individuals from our community have had the opportunity to work in property management capacity for the company, at the suggestion of my father. In many instances, he provided positions to wonderful people who were down and out desperately looking for jobs. He would do this even if it wasn't a position the company necessarily needed. He staunchly believes in giving people a chance and a testament to that mentality is that many of those employees he gave a chance are still with the company today, almost twenty years later.

My father has always been philanthropic to numerous organizations throughout his career. As COR Development grew, he continued to value that the community comes first. To my father, engaging in philanthropic activities isn't just about making monetary donations to charity. It is about working hands-on with organizations to make an impactful difference. He constantly volunteers his time, expertise, and resources to the community while never expecting anything in return. From assisting with the construction of Elmcrest Children's Center – to assisting with the redesign of the Cathedral for the Syracuse Catholic Diocese – to building a playground at Blessed Sacrament elementary school in the City of Syracuse, my father personally involved himself in the details and process to ensure these organizations were receiving the quality expertise and attention they deserved. A common theme amongst these select examples: community projects that bring people together and better society.

One of the most meaningful experiences of my father's career was his time served on the Onondaga Community College (OCC) Board of Trustees. As alumnus of OCC, my father is so proud of his time on the Board, particularly because of the progress the institution made at the time under his leadership with his fellow trustees, and notably then-President Dr. Debbie Sydow. He frequently exemplifies this time and how important it was to him to help improve an institution that is so integral to the fabric of the Central New York Community. He encouraged the importance of education to me at a young age and understood that a strong educational system is part of the backbone to a strong community. His work on the OCC Board of Trustees was extraordinarily important to not only my father and I, but the greater Syracuse area because he was able to practically guide the institution to provide better and future opportunities to students in this community and with tangible results.

Now, working in business with my father, I have seen in much greater clarity how much he truly cares about others and how strong his ethical standards really are. These values have guided the internal culture of the company for twenty years with many of the original employees still here. When it comes to the philosophy in the business of real estate, my father often weighs his moral standards with greater value than bottom-line results. I have seen my father reduce rent, and at times, even providing rent-free periods to struggling local business just to make sure tenants can get their business back on its feet while continuing to provide for their families. Often, these businesses were local start-ups that already have a high burden for success. This is just one of numerous instances where my father provided not only assistance, but sincere advice to genuine business owners to keep others employed and give people a second chance so they can succeed.

It is impossible to explain all the instances in which my father has helped people in the community because the list is endless. Many people may never know the extent of his generosity because he

3

Steven Louis Aiello
110 Iron Pier Dr., Apt. 430
Syracuse, NY 13204

constantly explains that it is important to do good deeds to maintain and a clear conscious, "not about the recognition or publicity, but the difference you can make and the lasting impact you will have on the community." My father is the most humble person I have the privilege of knowing.

I am aware of the crimes of which my father has been convicted. However, there has never been instance where I have questioned my father's honesty, integrity and moral compass. He is a loving and devoted husband to my mother. He is, and always will be, the same loving and caring father that raised my brother, sister and me. To this day, he is a father who guides and inspires us with the highest ethical principles. He is supportive figure to not only our immediate family, but also in the capacity as a brother, uncle, cousin, friend, employer, counselor and mentor to countless others and members of our society. We have witnessed his generosity and instinctive trust in others. We have witnessed his constant efforts to improve the lives of others. My father is genuinely passionate about improving the community and helping others by his natural ability to step up as a true leader. That is a fundamental characteristic of who he is and who he always will be.

Your Honor, my father is a loving family man, deeply ardent about improving people's lives and providing new opportunities to others. Despite his business success and the outcome of the jury trials, he has dedicated his life and time to helping as many people as possible. A prison sentence for my father would not be in the best interest for society. It would only hinder his ability to continue to improve the community and be the most effective and supportive, honest, ethical, and caring person so many of us know him to be. Please consider the countless individuals and organizations he has done so much good through his selflessness. As you make your thoughtful evaluation, please consider the potential future positive impact he can still have on society.

Thank you for your consideration.

Sincerely,

Steven Louis Aiello

4

Thomas Aiello
A11

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007


10/24/18

Re: Letter of Support


Dear Judge Caproni,


My name is Tom Aiello and I am writing on behalf of my Father, Steve Aiello.. I ask that you please consider this letter before sentencing my father.

My family was brought up in Syracuse, New York. I am one of three children and the youngest of my two siblings. I have had the opportunity to spend a tremendous amount of time with my Dad. Watching him conduct himself and interact with other people has taught me an immense amount of wisdom and moral character. One of his primary traits that everyone in the room can always sense is how compassionate he is towards others and the community. I have come to understand my Fathers integrity and moral character through how he has parented me. I also have observed him repeatedly invest his time and money into the upstate community for the sole intent of a cultivating a prosperous Central New York Region.

A special bond that my Father and I have is preparing meals and entertaining good friends and family. He learned this from his personal upbringing and then in turn passed this valued activity on to me. At a very young age I began to shadow my Father and learn how to operate with great culinary technique in the kitchen. I greatly enjoyed this time with my Father and know how lucky I was to have a Father that cared enough about me to spend this time with me and to lovingly teach me like he did.

My Father and Mother were the youngest of their immediate family's just as I am. Therefore, many of my relatives were of an elderly age. These relatives were of the age where coordinating visits with family was a strenuous task since none of the older family members were capable of hosting and coordinating family   visits due to their age and health. Each week, my Father and Mother ensured that our extended family would have a place to gather and enjoy each other's company. From watching how much my Dad cared about all of our family, I too learned this value. Growing up every Sunday dinner I would be reminded of the caring nature which my Father possessed. Looking back on these times I have come to understand that this

was yet another example where my Dad has always put other's needs before his own. I hope that one day I can carry this tradition on and instill the same value of family that my Dad has done for me.

My Father has lived nearly his entire life in Upstate New York. From navigating around the city countless times with him, he has pointed out various changes that have occurred to Syracuse. One specific observation he has repeatedly pointed out is the decline and industry which has affected the community. One of his biggest passions that he has always explained to me is his desire to bring the industry and jobs back to the region. He is a true local who would not trade Upstate NY for any other area. This goal is larger than his business. Community renewal motivates him as much, if not more, than any financial return. Seeing the community respond to his genuine concern for the community is another valuable lesson I have learned. My siblings and I experienced a very joyful and wholesome upbringing. My parents made sure that each of us were given the best possible foundation for our adult years. I can't think of one event important to me as a child that my Father missed. He was always there to offer help or support from school projects, boy scouts and high school sports games.

Although I was raised in such a healthy environment, I have found myself repeatedly battling with depression. There has been many occasions where I have slipped into a depressive episode and my Father has dropped everything he is doing to help bring me out of this state. One specific occurrence of this happened towards the end of trial right before verdict. My Dad stayed up with me until 5:00 am making sure that I was okay. This type of selflessness that my Dad exhibited is the epitome of who he is as an individual. And through this kind of unconditional love, I have repeatedly learned that my Dad will always support me, no matter the challenges he is personally facing.

My Father, Steve Aiello has tremendous amount of selfless and positive attributes. Despite the convictions, the negative media attention and the fall out from the trials, I am proud of my Dad and will be there to support him in the future, just like he has conditionally loved and supported me. As a devoted son, I ask that you show leniency at the time of sentencing.

Respectfully yours,

Thomas Aiello

Lee Alcott
A12

LEE ALCOTT
615 Broad St.
Syracuse, NY 13210

September 5, 2018

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Steven Aiello

Dear Judge Caproni:

It is with a mixture of great sadness and an equal measure of hope that I offer this letter of support on behalf of my friend, Steve Aiello, in connection with his pending sentencing before Your Honor.

I have known Steve as a friend for more than 20 years. I first met Steve when our children attended the same Catholic school here in Syracuse and our sons were in Cub Scouts together. I also know Steve's family, including his wife, Lori, and their children, as does my wife and our children. As a practicing attorney in Syracuse for more than 30 years, I also represented COR Development in one litigated matter, a matter which we were able to settle largely as a result of Steve's sense of fair play and good judgment.

Doubtless you will receive many letters of support for Steve, for he is well-loved in this community and he and Lori have many friends here. I expect these letters will focus—as they should—on Steve's love for his family, his kindness to all and his integrity. When I think of what I can say about Steve that might provide some additional and perhaps more personal insight into the man, two related reflections come to mind.

Some twenty-plus years ago, Steve's son, Steven, and our son, Philip, were in Cub Scouts together. Steve enjoyed ("endured" might be the better word) the task of being the Cubmaster to no end. His way with these often rambunctious boys was something I immediately noticed and admired. He had a certain gentle firmness and fatherly benevolence and, with his constant beaming smile, he was a natural in the role. He treated each of the boys as if they were his own son. When we went on a winter camping trip and occupied the same cabin he was one of the first people to tell me I was a world-class snorer and, as a result, he got virtually no sleep. But he said it with that gentle smile of his and a hearty laugh.

Fast-forward some twenty years later and I witnessed another dimension to Steve, that of extraordinary compassion as I faced the worst of all possible circumstances—that of the loss of a

child, that same child who had been in Cub Scouts with Steve's son. Steve and his wife, Lori, offered us tremendous support and have since been generous donors to American Foundation for Suicide Prevention. It is hard for me to say much more.

I know that Your Honor will consider all relevant factors as you make your determination. I hope what I have offered will be useful in doing so.

Respectfully submitted,

Lee Alcott

Michael Allen
A13

August 6, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY. 10007

Re: Sentencing of Steve Aiello

Dear Judge Caproni:

I am writing this letter in support of Steve Aiello.  Steve is facing sentencing on October, 12, 2018 after a juries' verdict that he committed certain crimes.

Steve and I have been close friends for over ten years.  During those years I have had the pleasure of meeting all of Steve's immediate family.  My wife and I have spent time with Steve, his wife and their three wonderful children.  As a father myself, I can attest to his exceptional parenting skills.  I have witnessed the love and guidance he conveys in guiding his children to adulthood.  Steve has deep, deep love of family.

During the ten years that I have known Steve I have seen, first hand, the positive impact Steve has had on our community.  His company, COR Development, has created thousands of jobs through the years.  The ripple effect of those jobs has spread through the community by creating other jobs and helping many, many families.  Steve's impact on the community doesn't end with his business.  He has shown considerable generosity to many charities in need of support and given a great deal of his time on various boards in our community.

After spending years running one of the largest local unions in Central New York, I have become a pretty good judge of character.  I know Steve to be a trustworthy, loyal friend who has a abiding love of family and high regard for the community.

In closing, I know that being found guilty requires sentencing.  Prison time would be a loss to the people of our communities who would be better served by putting his considerable skills to work in helping these communities.  I appeal to you to take my letter into consideration as you deliberate his sentence.

Respectfully yours,

Michael Allen

Carolyn Ashe
A14

1311 Eveningside Court
Trinity, FL 34655
August 16, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

First, I feel I must tell you that I am a first cousin of Steven Aiello. I have known Steve all of his life. I babysat for him and his siblings when he was an infant and his family and mine were always very close, living nearby on the north side of Syracuse. I also feel I must tell you that I am writing this with much love for him and his family. (His sister was a Junior Bridesmaid in our wedding and his brother was an altar boy.)

I know from reading the Syracuse newspaper online that Steve has been convicted of some crimes. That is not the Steve that I know and love. We return to Syracuse nearly every year and we see Steve or one of his siblings on each visit. I always visited his Mom and Dad when they were alive. On those visits I often expressed what a wonderful job they did in raising their children and prayed that we had done as well with ours. Steve's family has always been kind, thoughtful, respectful, and considerate of others. They are truly a loving group. Steve, Lori and their children, as well as his brother, sisters, niece and nephews have been in my nightly prayers throughout this ordeal and it makes me very sad to see some of the things that have been written about this family loving man.

Family has always been important to Steve. He and Lori have taught their children to be respectful and loving to us. On several family social occasions, Steve's children are the first to jump up and greet us, to make sure we had seating (we are older) and to ask if they can help us in any way. Steve has attended all family gatherings, I have photos that go back many years, from our Grandfather's birthday parties to holidays, current funerals and weddings, and Steve is in all of them. He never missed an opportunity to be with us and to be a warm and gracious person. We have spent many hours talking and telling stories from the past and it is always with much love. We tease him because he is the person to continue long ago family traditions and is the chief cook and bottlewasher at these gatherings. We check at Easter each year because we all prepare an Easter Frittata that our grandfather prepared. Steve is the one who does it in his branch.

I implore you to consider this wonderful man and all he is to us, his family, when considering a prison sentence. I cannot imagine what benefit it would be to anyone if he is incarcerated. He is a good man and this matter is very sad and difficult for all of us. Please know the man we know and love.

Sincerely,

*Carolyn A Ashe*

Carolyn A. Ashe

James Ashe
A15

1311 Eveningside Court
Trinity, Florida  34655
August 18, 2018

Honorable Valerie B. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Your Honor:

I have been given the opportunity to write to you about a dear friend of over 50 years, Steven Aiello.  I know about the difficulties that Steve faces as a result of his recent conviction.

Steve has been nothing but a kind and caring friend who would do anything to help his family or friends in any way possible.

He is a man with a strong commitment to his church.  He displays kindness and genuine interest in the needs of others.  I am a person with a severe handicap and have felt excluded from many social situations.  This is not the case when interacting with Steve.  He bends over backwards to be sure I am comfortable and included.

While watching Steve interact with family, both close and extended, he radiates love, concern and interest in everyone.  He is just a kind, loving and gentle man.  My wife and I would do anything to help him and his family in any way possible.

I know sentencing is coming up and I so hope you will consider the true goodness of this man.  I just cannot see how society will benefit from his incarceration.  I feel it would be in any way a benefit to anyone.  We are keeping Steve and his family in our prayers.

Thank you for considering my thoughts in your decision.

Sincerely,

James A. Ashe

Reverand Clifford H. Auth
A16

**ST. MARY'S CATHOLIC CHURCH**

47 SYRACUSE STREET
BALDWINSVILLE, NEW YORK 13027
TELEPHONE (315) 635-5762

October 10, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

My name is Rev. Clifford H. Auth, a Priest of the Roman Catholic Church. I offer this personal testimony on behalf of Steve Aiello whom I have known for the entirety of my ministry as a Roman Catholic Priest and of whom I have had the honor to Pastor for the past ten years.

During this aforementioned time I have witnessed several aspects of Steve's personality and have always found him to be extremely kind, dependable, empathetic, and altruistic. In many ways, Steve has been an example to others about the good we can do in any community by holding fast to the dignity of humanity and God's creation.

Unique to Steve, in his pursuit of the common good, is a quiet humility which finds as it's foundation the belief that blessings bestowed from God are blessings which must be shared with those most in need. If there is any aspect of my ministry that has taught me the most, it is that, in certain circumstances, the expression of mercy in the context of consequences can have a far greater impact upon individuals and society as a whole when administered as one. It is my hope that you too feel this way in considering Steve's sentence.

Ever mindful of the above statements and Steve's contributions to society, I do not feel that society would benefit from sending Steve to prison and that a prison sentence would be detrimental to all concerned.

With every prayerful wish,
I remain gratefully yours,

Rev. Clifford H. Auth

Grenardo Avellino
A17



Grenardo L. Avellino
6910 Old Quarry Rd.
Fayetteville, NY 13066
(315) 263-6548
gavellino@esmschools.org

September 6, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni,

This letter is written in support of Steve Aiello and family. My wife, Traci and I have had the pleasure to know Steve, Lori, and their family since we became neighbors 16 years ago. We have an immense amount of respect, appreciation, and friendship supporting each other over the years as our life has happened – deaths, graduations, breaking bread, illnesses, holiday celebrations, and friendly waves as they walked their dogs and we were enjoying our outdoor Adirondack chairs in the front of our house.

Steve is a family man first, then secondary is his business COR; it saddens us that the jury convicted Steve of certain crimes. We have periodically sent texts, phone calls, expressed empathy and continued support during and after the trial. While we do not understand the trial by jury decisions or believe they are not fair, we must believe in the justice system process and give input and not pass judgment for the judicial process into the next phase which is the sentencing. As good neighbors who consider themselves friends, we will do whatever we can to lessen the burden, stress, and future circumstances.

Steve is a family man first that we have had the pleasure to watch and support over the 16 years while his three children were educated in a strong school and home system rooted in strong values and beliefs that transcended into the Aiello home. The same education and home system of values and beliefs my children benefitted from as well. Steve is an honest man that displays strong courage and love as a parent and as a developer in the various communities around Central NY witnessed by me over the years. He has transformed communities and lives for the better!



Lori is a former foundation board member supporting the Fayetteville-Manlius CSD Education Foundation helping to bring educational opportunities to all staff and students who applied for a grant. Steve has donated over the years countless hours and financially to various community organizations helping with startup funds that he did not gain from personally, but the community at large did benefit. Steve has hosted FM Foundation events at the COR developed Towne Center and he has financially supported the FM district Observatory.

Civic responsibility and engagement is one of Steve's passions. He supports a variety of groups and organizations in their mission and vision to ensure the economically disadvantaged be given an opportunity to become positive and productive citizens with a stronger socio-economic status by being given a chance to grow, learn, and be independently successful.

Sentencing Steve to a prison sentence would be unproductive and honestly not prudent of taxpayer monies in an era of much needed governmental stewardship. Given Mr. Aiello's true character beliefs, I honestly do not know or understand what Steve could rehabilitate. He grew up in an immigrant family, was taught and practiced Catholicism, raised a family with an amazing wife who also practices civic care and responsibility, shared celebrations and was always able to lend a hand and support civic groups and organizations as well as neighbors. September 2016, I became gravely ill and was out of work for ten weeks post a back operation implanting titanium rods in my upper back. When my wife needed comforting, support, a meal, a ride to the hospital while I was hospitalized for 18 days it was Steve and Lori who were there for us! After coming home to rehabilitate it was Steve and Lori bringing by a meal and checking on me when my wife returned to her employment.

Steve Aiello is a man who believes in his family first, business second. He is willing to lend a hand through his civic engagement and support. He cares for his community and demonstrates with actions, not words any commitment he makes. He is a professional who helps to grow our economy leaving an everlasting positive effect in all he does! Your Honor, I implore you to consider the long-lasting effect on the community, his friends, family, and business relationships if Steve is sentenced to prison.

Sincerely yours,

Grenardo L. Avellino

2

# Thomas Balestra
# B1

Honorable Valerie E. Caproni.
United States District Judge.
Southern District of New York.
40 Foley Square.
New York, N.Y. 10007

Thomas V. Balestra
99 River street
Batavia N.Y. 14020
Sept. 12 2018

Re: Letter of Support for Steven Aeillo

Dear Judge Caproni

Im writing you today with sincere intentions of showing you what kind of man I know Steve Aeillo to be. Currently I am one of many employees of Steve's and I have known him for 15 years. Long before I began working for Steve I first knew him as friend. I will never forget the day Steve , his wife and 3 young children came into Fairmount Aquarium looking for advice on the Aquarium he just set up for his children. From that point on I was always happy to help the Aeillo' s with anything they needed with their aquarium. Fast forward a couple years , when a mutual Friend who happened to work for Steve contacted me about consulting with his friend regarding his outdoor water garden. To my surprise it was Steve Aeillo. From that point on I began to maintain their Aquarium as well as their water garden. Through this , our relationship became one of mutual respect and trust.

After a few years, I was spending a lot of time in Batavia N.Y. One day while getting off the Thruway in Batavia , I saw a Cor Development sign in a large field. I contacted that same mutual friend I spoke of earlier to ask about it. He informed me that Cor was eventually going to build a Towne Center Shopping Plaza. I told our friend to ask Steve if their would be any jobs available at the new Batavia development. Before our friend could get back to me, within the next 2 weeks I was scheduled for my monthly visit to Steve's to maintain their aquarium. It just so happened that Steve was home that day. He walked right up to me and said " Why do you want to move to Batavia". I told him I was dating a girl for a couple years and would consider moving there if a decent job was available. He told me that the project was about a year away yet , but when the time came he would get a hold of me to see if I was still interested , and that is exactly what he did. The opportunity that Steve gave to me 10 years ago changed my life and I believe that everything I have today is a direct result of Steve keeping his word.

I am aware that a jury has convicted Steve of certain crimes. If there were anything that I could do to help Steve and his family I would. Steve is a man of integrity, sincerity, a loving family man and a supportive boss. He may be the president of the company , however he' s the only president that I know who would grill you a burger for lunch while working at his house. No matter your position in the company, Steve treats everyone like they matter.

I strongly believe that it would be detrimental to so many people if Steve were to be sentenced to prison. Society would not benefit at all! Those who know Steve and work for him look up to him as a positive role model and we would all be devastated if Steve were sent to prison. Those closest to Steve , especially his wife and children would certainly be at a loss because as you know your honor , Steve's presence within the company and community is large, the love for his family is even larger.

Respectfully yours,
Thomas V Balestra

Michelle Bano
B2

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

August 24, 2018

Dear Judge Caproni,

I am writing to you on behalf of a kind friend, Steven Aiello. My husband and I were first introduced to Steve in 2001 at a graduation party. Our children, being of similar ages, helped us connect as parents and ultimately, we became good friends. We began seeing each other at charity events, dinners and barbecues. Over several years, we have gotten to know Steve and his family well.

It was very difficult for all of us to hear that Steve was found guilty of committing a crime, but we fully respect and completely accept the decision of the Court. We write you to humbly ask for leniency in his sentencing.

Steve Aiello has a huge heart. He helps anyone and everyone because he deeply cares for other people. He is a person that work's hard, and provides many people great opportunities. He brought many jobs to Upstate New York and helped provide decent livings to people in a place where the economy has been difficult. He is a family man who happily organizes events that bring his family and many others together. Steve was a Boy Scout Leader with troop 07 and helped many young men to achieve their scouting goals. My husband and I have three son's all of which are Eagle Scouts. Steve is a person that anyone can talk to. He is always looking for ways he can help others.

Steve has done many good things for so many people and places. Your Honor, we ask that you consider the many good works he's done as you decide on his future. We simply wanted to share what we know to be true about Steve and to offer our support. Thank you for taking the time to read this letter.

Respectfully,

Michelle A. Bano

# Edward Barry
# B3

Edward Barry, AIA LEED AP
6269 Perryville Road
Chittenango, NY 13037
315-415-9023

October 3, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing to you to offer support for Steve Aiello. Steve and I first met about 15 years ago, Steve is a cousin to two of my best friends. I was invited to many of his relative's family functions and events that included all of us and as a result got to know Steve well enough to call him a friend.

I know Steve as a great family man, caring, warm, generous, and very proud of all the good he has done for the greater Syracuse area and CNY.   As Steve's career developed it was hard not to notice the impact his projects made on the local economy, one in particular was the redevelopment of the Fayetteville Mall area that at the time was sitting there vacant for many years in an affluent area.  This project rejuvenated the area and is still a vibrant place to go for shopping, and dining etc.  Steve was also proud of being on various boards, one of note is the Onondaga Community College, as I believe Steve is a graduate. Whenever I was with Steve he always mentioned some project he was excited to be involved in. He truly did projects that would help make a situation better.

Obviously, I'm writing this letter because of Steve's conviction and it would be hard to understand all the details if one just reads the Syracuse News Papers, that being said, this letter is to acknowledge Steve's basic moral character as I know him.  It would be detrimental to his family and all the life's work Steve has tried to achieve what he has brought to our community.

Please consider this letter in making your decision.

Respectfully yours,

Ed Barry

Richard Barry
B4

**Richard A. Barry**
4649 Ringnecked Path, Manlius, New York 13104    (315) 682-6497

August 20, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    Steven Aiello

Dear Judge Caproni:

I have known Steve Aiello for almost twenty years. I first met his cousin, Jeff Aiello, on a construction site. Jeff and I became friends and I soon met Steve and Lou Aiello. My wife and I have attended many of their social/community gatherings and have always been treated warmly by the Aiello family. Steve, especially, makes sure we *feel* like family. Family is very important to Steve. A few years ago I encountered Steve in Inlet, New York where he was gathering supplies for the annual Aiello family "Pop-Up Camper Camp-Out". Steve always insists that all male members of the Aiello family get together for this special weekend at a campground - rain or shine!

I have observed Steve and his family being honored by Catholic Charities, truly a moving testament to their compassion and generosity. The Boys and Girls Club and many other organizations as well have benefited from their commitment to the community. Steve is a "People Person". It does not matter where you see Steve, he always goes out of his way to engage you; not just a handshake and goodbye, but sincerely.

Over the years I have seen Steve and his company develop numerous sites; some looked impossible. All have turned out picture perfect. Recently I ran into him; he was very excited about a new project. He drove me around a field, over hill and dale, sharing his vision of the future development and how beautifully it would transform the area. This vision and talent are gifts not many people have.

I am aware that a jury has found Steve guilty of certain crimes, however, I believe sending him to prison would be a great loss to our entire community.

Very truly yours,

Richard A. Barry

RAB:s

John Barsanti
B5

August 7, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing in reference to Mr. Steve Aiello. I have known Steve the past eight years in my role as Chief Operating Officer for the Roman Catholic Diocese of Syracuse, which encompasses 134 parishes, 22 schools in 7 counties and over 200,000 Catholics of New York State, both in business activities with the Diocese as well as his interest in the activities of the Diocese.

In all areas of personal and business activities, I have always found Steve to be a trustworthy partner, very interested in the success of the Diocese, as well as the success of COR.

I am aware that the jury has convicted Steve of certain crimes. I was surprised by the verdict based on my past dealings with Steve and COR Development.

In all my transactions with Steve, I have found him to be honest, forthcoming, transparent, and a man of integrity. Steve had a vision for the Columbus Circle area of Syracuse. This vision was articulated before my role at the Diocese, but was part of my responsibility once I was employed at the Diocese. After numerous meetings and discussions, it was decided that the plan laid out was not going to work for the Diocese, and COR and Steve decided to move in a different direction. COR and Steve were in all respects, openly transparent and honest in these business discussions. At no time did I think Steve was only looking out for COR or his personal interests. Part of that new direction was for COR to purchase the previous Cathedral School and convert it into condominiums. This new plan fit into the Diocese's overall plan for the property. After significant time, expense, analysis and meetings with the Diocese, COR and Steve went through their complete business and financial analysis on why the project was not going to work for COR. Steve was very sensitive to the needs of the Diocese and went to extraordinary lengths to explain the decision not to move forward.

I firmly believe that the Syracuse community, and society overall, would not benefit from sending Steve to prison and that would be detrimental to all concerned. Steve is an asset to the community and the Diocese. Central New York needs Steve to be active and help to move this dynamic region forward with his vision and his passion.

Sincerely,

John Barsanti
4917 Bulrush Rd
Syracuse, New York 13215

Bobby Baxter
B6

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Honorable Judge Caproni,

My name is Bobby Baxter and I am writing this
letter on behalf of Steven Aiello. I have
been a loyal employee of Steven's and COR
Development for 13 years. Steven is a respectful,
fair and personable person. This is evident in the
people that he brings in to work for him. The
people that were there prior to my start, as well
as people that came to COR since I've been there
are still there. When Steven says the "COR
family" he truly means that and shows it
everytime we have interacted.

I have many experiences with Steven that
I can express but I am going to touch
on the few that stand out and not only
to myself but to my family as well. My first
experience I had with Steven and COR was

When I first applied for the position I currently have. Over 30 years ago. I had gotten into a situation that caused me to have a felony on my record. This did come up when they did my background check, and I was allowed the opportunity to tell them what happened. Needless to say they looked at me and my character which outweighed my mistake. That meant alot to me and I have been a loyal employee to this day.

I am married for over 25 years and we have seven children, in 2008 I had to have major back surgery and I was unable to work for an extended period of time. During this time, my fellow co-workers covered my responsibilities as well as my shift which is overnights. Throughout my recovery time I received grocery store cards, get well cards and a personal visit to see how I was doing. My wife expressed it well when she said, "Your COR Family is thinking about you and your well-being."

One of the biggest moments where Steven and
COR showed me that they appreciated and
cared about me was a little bit after my
surgery. My wife was transitioning employment
and was unemployed for a period of time
and we had fallen behind on our mortgage
and were in lieu of foreclosure proceedings
I had decided after long and painstalking
consideration to end my employment, cash out
my 401k and get my home back into a
current status. This of course concerned
Steven and COR so they inquired as to why.
I explained my situation and they advised me
to not end my employment. Later that day
they gave me a check to cover the amount
we were behind, no stipulations or conversation
of paying it back. This spoke volumes to
me and needless to say I was speechless.
I did pay them back with much gratitude
knowing they didn't just look at me as an
employee, but as "family."

Overall Steven and COR constantly do for their
employees with holiday turkeys and Christmas
bonuses annually. I receive a birthday card with
a gift card every year. My oldest son was given
an opportunity to work for a season, and when
an opening came up I had my younger brother
apply and he's been a loyal employee for over
seven years. Steven and COR not only invest
in great people as employees, they are a
strong part of our community.

I am aware of Steven's current legal situation, where he has been convicted of certain crimes. I do not feel there would be any benefit in sending Steven to prison. It would not only effect his family but also his COR Family and our community. His absence would be felt by his employees and that has a negative effect on all the families.

Thank you for your time and consideration in reading this letter.

Sincerely, Bobby D. Baxter

Kathleen Bersani
B7

Kathleen Bersani
609 Bradford Parkway
Syracuse NY 132224

September 5, 2018

Honorable Valerie E. Caproni
United State District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  Letter of Support for Steven Aiello

Your Honor,

For the past twenty-five years, I have been a friend of Steve Aiello. We met socially in a group of people gathered as "family and friends" wherein the "friends" are "family". It was a small gathering of approximately 45 people; which to some may be considered a large gathering – as I am one of 5 siblings and married a man 1 of 6 siblings – 45 people is barely representative of my family. This group represented those gathered to celebrate a birthday and it was hosted the weekend immediately following Thanksgiving. The timing being appropriate in spirit. Meeting Steve and his wife, Lori, at that event forged a friendship rooted in care and concern of each other's lives, children, professional pursuits, community service, and our love of Syracuse.

Steve always represented an individual I respected and found honorable. His commitment to living, raising his family, creating, building, and promoting growth and opportunity in Syracuse was commendable in my opinion.

I witnessed a man who respected and loved his wife, children, friends and associates. He always had a few minutes, sincere interest and kind words for me whenever we came upon each on the streets of downtown Syracuse, a sporting event, community event or grocery store Sadly, my husband has passed away and cannot co-author this letter, as I know he would. At the time of my husband's death, Steve, made certain to take time to inquire about my situation and demonstrated sincere concern for me and my children and made certain I understood he was to be counted on if I needed anything.

I understand that a jury has convicted Steve of certain crimes. I cannot imagine what good could come to society, but especially our community of Syracuse and all involved to incarcerate Steve. The detriment to his employees and their families, his humanitarian efforts and contributions to Syracuse organizations and charities would be missed. The removal of an

Honorable Valerie E. Caproni
Page 2
September 5, 2018

individual that is integral to a family – the husband he is to Lori, and, father to young adults in need of him as their father would be a horrific result.  As a woman raising college aged children into young adulthood, in the absence of a father is a terrible reality and impairment to a family.

My life in Syracuse has put me in contact with the reality of hardships within our community and society at large.  I have personally witnessed and participated within organizations, charities, and neighborhoods that feed, counsel, clothe, provide peer support, educate, and frankly, "answer the call of need".   It is my hope and desire, Your Honor, that an alternative to incarceration of Steve could be decided.   Our community needs him as much as his family does.

Sincerely yours,

Kathleen Bersani

# Mary Boats
# B8

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 1007

Dear Judge Caproni,

My name is Mary A. Boots and I have known Steve Aiello since he was a teenager. He and his family were customers in the neighborhood pharmacy I worked in. They were a wonderful hardworking family who would do anything to those who needed it. Those values stayed with Steve throughout his whole life. Steve is a dedicated family man, he and his Lori have raised three wonderful, kind, caring hardworking children. The Aiello family is loved and respected in our community.

I have watched Steve become a self made successful businessman through his hardworking ethic. Steve has done so much to develop our community with a commitment to make Syracuse a better place to live and work in.

I currently work in a pharmacy within a mall that Steve developed. Steve frequents the mall to show his genuine love for all who work there. Steve's care and concern for all his employees helped me advance the Flushot clinic that I was in charge of. The health and well being of his employees was priority to him. I think society would benefit by Steve's ability to continue supporting his employees and business community to which he has so greatly contributed. Steve would be described as a pillar in our

community by anyone who knows him.

Respectfully yours
Mary A. Boots

Gary Bobbett
B9

**GARY R. BOBBETT**
3920 SPLIT ROCK RD
CAMILLUS, NY
13031

HONORABLE VALERIE E. CAPRONI                    8/24/18
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NY 10007

My name is Gary Bobbett, a life long resident of Syracuse, NY. I am 78 years old, a Father of five, Grandfather of twelve and Great Grandfather of four.

I have been a small business owner for the past fifty three years, operating a number of small companies in that period.

Community Service: I have served as Chairman of the Onondaga County Water Authority, also served on the St Joseph's Hospital Advisory board, the St. Michaels/ St. Peters parish buildings and grounds committee, also proud of serving for 28 years on the ELMCREST CHILDRENS CENTER (ECC) executive board. We have sponsored the Kimbers/ Elmcrest Golf tournaments for the benefit of the ECC children.

Elmcrest Children's Center has been blessed with the help of the Aiello family. Steve and his Grandfather (who was honored with the ECC "Child at Heart " award) built our Family Support Center, at COST. In addition STEVE AIELLO, partners and family donated personally to Elmcrest, even soliciting others to contribute. This facility is treating our most vulnerable children in Central NY thanks to Steve and his family – truly a God Send in serving our kids.

You Honor, Steve Aiello is a very good man who deserves the most consideration you can give him.

Regards,

Gary Bobbett
Gary Bobbett

James and Julie Boeheim
B10



JIM AND JULI BOEHEIM

FOUNDATION

Helping to Better our Communities

October 30, 2018

James & Juli Boeheim
7200 Tiffany Circle
Fayetteville, NY 13066

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

We write this letter in support of Steven Aiello, who faces sentencing next month. Our family has been neighbors with Steven for nearly twenty years. We've easily been able to count on Steven as a caring, responsible neighbor. Over the years, we've witnessed his goodwill extending deep into the Central New York Community.

Five years ago, the Jim & Juli Boeheim Foundation partnered with National Grid to bring overdue curriculum enhancements, structural upgrades, and technology improvements to three vital Boys & Girls Club Syracuse locations. This effort relied on many community partners that understood the urgency of investing in the clubs in a smart and sustainable manner. Behind the scenes, but in the forefront of structural change was Steven Aiello and his team at COR Development. The in-kind resources he devoted to the Boys & Girls Club were crucial to executing the overall initiative.

A prison sentence for Steven Aiello would prove to be an overall loss for Syracuse. We highly encourage a verdict that keeps Steven in the community, fueling the growth of opportunities for all constituents.

Sincerely,

James A. Boeheim

Juli G. Boeheim

# Miles Bottrill
# B11

Miles Bottrill
117 Juneway Road
Syracuse, NY  13215

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:  Letter of Support for Steven Aiello

Dear Judge Caproni,

I am humbled and honored to be writing to you today in support of my friend, Steven "Steve" Aiello.

I have known Steve and his family for more than 20 years.  My first interaction with Steve began during my role as a Vice President for Key Bank National Association ("Key" or the Bank) where I served as Steve's trusted advisor as a private banker and as a corporate lender for the start-up of COR Development Company ("COR" or the Company) in the late 1990's.  It was an exciting time for COR, the Bank and the Central New York community as Steve and his partners began to make an immediate and important impact in the community they called home.  It was during this time that I also began a friendship with Steve and his family including his wife, Lori, his brother Father Lou Aiello and his mother, Frances.  Coincidentally, Steve and I shared the common bond that our father's owned and operated retail floor covering businesses in Syracuse for many years which we clearly enjoyed reminiscing about including the many valued experiences we received from our fathers.

Steve and I both grew up in the Syracuse area and while a few years separated us in age and we lived in different parts of the city growing up, we both clearly recognized the wonderful value associated with family and giving back to our community.  As long as I have known Steve, he has continued to contribute his time and talents to our community on multiple levels and often anonymously and without fanfare.  Thanks to Steve's hard work and the hard work of his partners, COR Development made a significant impact to our community as a result of several successful development and redevelopment projects which provided hundreds of jobs and many needed services in our neighborhoods.  I remember well, during my time as a legislative member of the Syracuse Common Council, that one of Steve's and COR's first projects was to open a Price Chopper grocery store that served a needy and underserved community.  That store, as well as a second grocery store developed by COR, continues to serve and benefit many needy families living in the Syracuse area.  To me, it was always clear that it was important for Steve to give back and help his community in any way.  The success of COR development obviously helped on one level but it was Steve's leadership, guided in large part by his family, faith and values that I feel made a wonderful impact on so many.

I am aware that a jury has convicted Steve of certain crimes. I am also aware that in the more than 20 years that I have known Steve, I know him to be a wonderful husband, father, son and brother; a trusted business partner and a loyal friend. I have been side by side with Steve many times over the years in my role as a bank executive, a city councilor and a fellow community supporter and I always found Steve to be thoughtful, honest and dedicated. Obviously, Steve's faith (along with a little help from his brother Father Lou Aiello) also is guiding force in his life which I share with him and admire very much.

The Central New York community will not benefit if Steve goes to prison. As a lifelong resident of the Central New York area involved in business, government and higher education in my current role at Syracuse University, I know the value that an individual and/or group can have on a community. Our community is a better place in many ways because of Steve's individual efforts on behalf of his family and the Company. Most importantly however, Steve's legacy is his family, his community and his commitment to do good works. I have no doubt that Steve will continue to honor that legacy. Clearly, Steve's time and talents would serve the community and others much, much better if he remains in the community instead of away from the community and in prison. I ask for your consideration for my friend, Steve.

Thank you, Judge.

Sincerely,

Miles Bottrill

# Martha Boulay
# B12

September 1, 2018

To:    Judge Valerie Caproni
       Thurgood Marshall United States Courthouse
       40 Foley Square
       New York, NY 10007
From:  Martha Boulay
       P.O. Box 292
       2 Sunny Drive
       Tully, NY 13159
RE:    Letter of Support for Steven Aiello


Dear Judge Caproni,

       I am writing to you as a small piece of the mosaic of Steve Aiello's life. I am aware that unfortunately, a jury has convicted Steve of certain crimes. I hope to give you a glimpse of the Steve Aiello that I know.
       For the last twenty years, I have been employed as a residential cleaner for Steve and his family. At first it was weekly, for a full day a week. As of late every two weeks, now that Steve and Lori have become "empty nesters". I've been privileged to have an almost intimate look into their life and household.
       Over the years, my two daughters have assisted me in the cleaning and maintaining of their home. They have always treated us more like family than employees.
       I have watched as they experienced the ups and downs of rearing their three children. I have always admired the fact that they raised their children to be kind, charitable, and to appreciate how lucky they are. They have instilled work ethic, and ultimately raised three wonderful and productive adults.
       My daughters and I have been included in holiday traditions and family milestones. Many Christmas Eves we have spent time with Steve himself taking part in his Italian traditions including, canning peppers, making Italian pretzels, building a gingerbread house, and many other holiday celebrations.
       Steve and Lori have shared in many of our family events, including funerals and births, all with caring actions and generosity.
       I appreciate your time in reading my letter and hope you can grant leniency to Steve. I think society is better off with him contributing to his community, rather than serving a prison sentence. It would certainly be detrimental to me, and I am just a small part of a very big picture.

                          Respectfully Yours,

                          Martha Boulay

Stephen Bowman
B13



August 14, 2018


Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

    I am writing this letter on behalf of Steve Aiello, in the hope of seeking leniency in regard to his sentencing scheduled for October 12, 2018.


    I have known Steve for forty years, from the time he worked in the same real estate office with my father. I always found him to be kind, professional, and scrupulously honest. I am also a real estate developer, though I have never worked with him professionally, I am acutely aware of his sterling reputation and his impressive business model.


    I also have deep roots in Albany politics having served in administration of Mario Cuomo, as well as having worked on numerous statewide political campaigns, so I have some understanding of that world as well.


    It is my impression that when Steve sought development opportunities working with the various New York State economic agencies, Albany was seen by him as a dynamic environment, but with vague rules regarding bright lines of ethical and unethical behavior. Steve naturally sought out assistance from some of the leading Democrats in the state and followed their lead. Needless-to-say, things did not work out the way he had planned, as he placed blind faith in individuals ill-suited for the purpose. Perhaps he should be seen as a poor judge of character, and somewhat naive in that regard, but I think he should be seen as at least as much

a victim as a perpetrator. Quite simply, I believe Steve was over his head in the shark filled waters of Albany, but the point of fact is that he thought he was playing by the rules.

The second reason I ask for leniency on behalf of Steve, is a selfish one as I live in Central New York. Steve and Cor Development have made a substantial and positive impact on our community in their pursuit of development opportunities few others would dare. He has created tremendous employment opportunities, added greatly not only to our tax base, but also our quality of life. My concern going forward is that should Steve receive a significant prison sentence, it will be extremely difficult for Cor Development to continue in their business endeavors, and our area will lose the economic benefits from a consequential contributor to our future. Steve can certainly offer much more to society on probation, than being incarcerated, where he can offer none.

Allow me to thank you in advance for considering my thoughts.

Respectfully yours,

Stephen S. Bowman
President
Peregrine Senior Living
The Hills Building
217 Montgomery Street – 6th Floor
Syracuse, NY 13202
Phone: 315-727-5610

John D. Brandano
B14

# John D. Brandano

1189 Hillsboro Mile
Hillsboro Beach, FL 33062
954.461.4907
johnbrandano@gmail.com

September 14, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Steven Aiello

Dear Judge Caproni:

Having known Steven Aiello and his family for over twenty years, I am pleased to have this opportunity to present Steve as a highly ethical business person, friend and community leader. For multiple reasons, Steve should not receive a sentence of incarceration related to his resent convictions.

I was a resident Syracuse for over thirty five years and currently have business locations and a seasonal residence in Central NY. I have had the privilege of watching Steve's growth from the vantage point of a friend, vendor, landlord and business associate. I have sold products to his company, rented real estate from his company and sold real estate to his company. These business experiences evolved into a strong personal friendship with Steve and his family. The common factor in Steve's personal and

business life is his commitment to always being ethical and fair. This is the foundation of his business success and community leadership in Central New York.

People want to work and do business with Steve. My unique vantage point has provided the opportunity to see Steve in action with employees and vendors. He is a people person and makes it a point to know all of his many employees. They know him to say hello and respect him for always being fair. As a business owner and employer, I realize that Steve's presence on a daily basis is essential for the continued success and growth of Cor Companies and the growth and stabilization of employment opportunities within that organization. Steve treats vendors as team members, always looking for agreements that work for both parties. He always seeks and builds relationships in favor of one time sales. He has made it a point to know our employees at his properties and has been quick to give references for our company, our products and services. He is uniquely committed to the success and growth of his employees, vendors and sub contractors in Central New York.

I am not in the real estate business, my real estate dealings with Steve have all been made simple because of his commitment to making the deal mutually beneficial. He does his homework and makes a proposal which works for both parties. In 2003, when he discovered that our company was moving its operations to Florida, he aggressively worked on developing a location in Syracuse for us with a rental package that would work. This commitment and support has allowed us to maintain an employment base in Syracuse which would otherwise been shifted to another state. This was not a financial "big deal" for Cor Companies or Steve; however, it was a big deal to us and our Syracuse employees. This was done without promotion or fanfare; this was Steve acting to support one of his vendors, his community and a friend.

Steve's commitment to the growth of Syracuse seems unparalleled at this time. He is a developer, not a contractor. He develops real estate and creates jobs. Many of the projects completed by Cor Companies in the Syracuse area would not have happened without Steve's commitment to the Syracuse community. He has the unique ability to find a need in the community and create a real estate package to fill that need. This is not a matter of job creation through getting a government project from a public bid; those jobs would have been created by whoever did the project. This is about the area's best visionary creating jobs and a better community. These development projects

create new jobs within Cor Companies, sub contractors and vendors. Central NY needs Steve Aiello on the job creating Syracuse growth and employment opportunities.

In conclusion, Steve is committed to being successful and to bring as many people as possible with him. This includes the residents of Syracuse, employees, vendors and subcontractors. We need him full time in Syracuse. Please consider a non-incarceration sentence related to these resent convictions.

Thank you for your consideration.

Very truly yours,

John Brandano

Jan and Neil Bronstein
B15

August 5, 2018

5002 Saddlebrook Drive
Fayetteville, New York 13066

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni,
    We understand that Steve Aiello has been convicted of several crimes in the State of New York.  We have been neighbors of the Aiello family since 2000 and we want to make you aware of our experience being Steve's neighbor and the character that we have grown to know for 18 years.
    As our custom with new neighbors, we brought a cake over to the Aiello's home to welcome them to our street.  The first encounter with the family was when their boxer puppy, Abby, ran across the street and jumped on me and knocked me over in her excitement to meet me.  After apologizing profusely, Steve and Lori had Invisible Fence installed within the next 3 days.  That was the first of many encounters with Abby and her "parents", Steve and Lori.
    Throughout the years, Steve has been extremely helpful and has given us help with getting our roof replaced and getting our septic tank fixed.  Anytime we had a question about our home or property, Steve was willing and eager to assist us with information about our problem and willingness to give us names of contractors to help us.
    When our parents passed away, Steve and Lori sent flowers and even came over with a meatless eggplant casserole (they knew I was vegetarian).
    One morning at 5:30 am, Neil was taken to the hospital by ambulance, when the EMT personnel came down the stairs with him on the stretcher; Lori was in my kitchen asking if she could help with anything.  Her compassion and concern was heartwarming and greatly appreciated.  Steve and Lori followed up with me to see how Neil was after he came home.
    We got to know the entire family including Steve, Elizabeth and Tom.  From our first meeting we were struck by their respectful demeanors and their friendliness.  Whenever we pass one of them on the street or on walks, we are greeted with warmth and we appreciate catching up on where their lives are leading.  Steve and Lori are loving

and attentive parents and should be very proud of the adults that their children have become.

Our son, Jason, had opened up a pizza parlor in Senegal.  Steve had built a small pizza oven in his back yard and showed great interest in our son's adventurous business venture.  He asked if Jason would show him how to make his pizza upon his return.  When Jason came home, Steve and Lori invited us over to watch him bake pizza.  We enjoyed a delightful dinner outside and Jason enjoyed explaining his pizza skills to Steve.  Jason appreciated the sincere warmth and interest in his craft.

Steve and Lori have always shown interest in our children's' growth.  When our grandchild was home, Steve and Lori invited us all over to meet their new boxer puppies.  Steve's concern for our grandson and his puppies' energetic jumping and licking was evident and Theo safely loved the experience.  We kept photographs of the historic event for when Theo gets older.

In 2009, I was diagnosed with breast cancer.  Lori and Steve's compassion and concern for my health was amazing.  They gave me a charitable necklace for "Cure for Breast Cancer" in hope that I understood how much they cared.  I was deeply touched and appreciated their kind gesture and healing wishes.

In the course of the many conversations that we have had with Steve, we were struck by his sincere desire and excitement through his efforts at COR to make central New York a better place to live.  We believe that Steve has more to offer central New York and our community would be better served if he could continue those endeavors.

Sincerely,

Jan & Neil Bronstein

Jan and Neil Bronstein

Anthony Buffa
B16

Anthony Buffa
9037 Lucas Rd.
Bridgeport, NY, 13030
8/30/2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing this letter on behalf of Steve Aiello. During the last eighteen years I have had the pleasure to know and observe the character and kindness of Steve Aiello. My relationship to Steve wears too very different hats. Since 1976 I have held a Merchant Mariners Credential issued by the United States Coast Guard to "carry passengers for hire" aboard my two charter vessels operating on Lakes Oneida and Ontario. I am also a retired Professor Emeritus from Onondaga Community College in Syracuse, NY where I spent forty three years as a professor in the mathematics department from 1972 to 2015.

My very first memory of Steve dates back to the summer of 1997 when he scheduled a fishing charter on Oneida Lake with his wife Lori and sons Steven and Thomas. It has always been about family, education, religion and positive life experiences during the formative years with his children. I have watched his two boys grow into respectful, honest and caring young men over these eighteen years. Much of their development is the result of a close knit family bond and the example provided by Lori and Steve. During the same eighteen years, Steve has used my fishing charter business to reward his sons for their work around his home and business. Numerous employees have likewise been on my charters as a reward for their hard work and commitment to COR Development. To a person, whether it is upper management or lower echelon employees I have never heard a criticism or unkind word directed to how Steve greets and interacts with them. To me, this affirmed what I have always suspected about his genuine concern for everyone's wellbeing.

During my tenure at Onondaga Community College, I saw eight different presidents and numerous board of trustee members come and go. Steve Aiello served on the Onondaga Community College board of trustees from 2008 to 2013. During that time, the college experienced unprecedented growth in student population, program development, online degree offerings and physical plant expansion. Steve brought vision to the board to reach out to faculty and get them more involved in the future of the college and expand within the ranks a sense of community, togetherness and cooperation.

As leader of COR Development Steve has overseen many local and outlying projects that have resurrected old, poor performing malls and turned them into vibrant shopping centers with high profile anchors and a gamut of stores from crafts up to high end retail opportunities surrounded by quality eateries. This has brought jobs, an improved economy and a facelift to the greater Syracuse area.

One project especially impressed me the most. In 2007 through 2009, COR under his urging built Maple Heights, a low income housing with 50 units in a poor and high crime area in Syracuse. His sense

of community, care for those less fortunate and improvement of a downtrodden landscape are a hallmark of his character, integrity and vision.

This is a man who has been married for 34 years with three college educated, respectful children. An individual respected by his peers and by the local community. He has also served on the Land Institute at Columbia University from 2014-2016. Steve spent 8 years as an Executive Vice President of COR and 10 years as President. He has also served on the Advisory Board of the Syracuse Chancery for rebuilding the Cathedral in downtown Syracuse. He served on the Everson board for two years. The Everson is an art Museum in Syracuse. He currently employs an aggregate of 67 full, part and seasonal workers. He also has 88 security employees across 3 counties doing shift.

In closing Your Honor, I would ask you to look at this man and see someone who has no prior criminal record, a loving father and husband devoted to family and the community around him. Look at the good things he has accomplished in the local landscape, the time he has volunteered on various boards and ask yourself what good will jail time accomplish. Why take this man out of the mainstream? I ask on his behalf for some leniency.

Thank you for your time and consideration.

Respectfully submitted,

*Anthony Buffa*          8/30/2018

Anthony Buffa

Jeff Bush
B17

August 13, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Your Honor,

I have known Steve both personally and professionally for almost 30 years. He has been one of the kindest people that I have known and he has helped me on more than one occasion. The fact that I have gotten to know him on both levels and have seen all that he has done for the people around him and the community inspires me to be a better person.

I am aware that a jury has convicted Steve of certain crimes, but I want to help him and his family in any way possible. He has done too many good things for everyone around him for me to not to.

Steve has helped me twice in the past when I have been laid off to get new jobs so that I can support my family. Steve has given me guidance and advice at a time when I most need it. Also the amount of developments that he has built has put a great number of people to work when development opportunities have been almost nonexistent in central New York for many years.

Your Honor, by sending Steve to prison I strongly believe that not only would this not benefit society but would be very detrimental to all concerned.

Respectfully yours,

Jeffry Bush

Peter Carmen
C1

September 9, 2018

Peter D. Carmen
7036 Highfield Road
Fayetteville, New York 13066

Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, New York 10007

Re:     Letter of Support for Steven Aiello

Dear Judge Caproni:

I have known Steve Aiello as a neighbor and business colleague for roughly ten years. During that time, I have known Steve to be an extremely pleasant, friendly and caring person. In virtually every setting in which I have encountered him, Steve inevitably was with a family member and always has been welcoming and kind. I oftentimes see Steve and his wife walking together with their dog in our neighborhood or at a local park, and he always stops to say hello and inquire into the well-being of my family and me. I only know Steve to be a very decent person.

I am aware that a jury has convicted Steve of certain crimes. I do not know Steve's role in those matters, and I certainly cannot second-guess a jury who listened to the evidence in the trial. Whatever may have occurred in the events that led to Steve's conviction, however, are inconsistent with the character of the neighbor whom I know. He is a good person who somehow was caught in a very misguided scheme. Far from the traits of the individual portrayed in the newspaper during the trial, I have known Steve to be selfless and conscientious, always kind and willing to listen and help others.

Even understanding the nature of the crimes for which Steve has been convicted, I hope the Court can show him some mercy and leniency. I do not believe sentencing my friend and neighbor to a term in prison would benefit him, his family or our community.

Thank you for your consideration.

Sincerely,

Peter D. Carmen

Reverand Michael Carmola
C2

Rev. Michael J. Carmola
208 Watertree Dr.
East Syracuse, NY 13057

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y.. 10007

Dear Judge Caproni:

I am writting to you on behalf of Steve Aiello who will appear before
you in October sentencing.

I have known Steve for 54 years.  I was stationed at the Church that the
Aiello family attended.  He also went to
our parish grammer and high school. He served as an altarboy as well.
His parents were very involved in the parish and school.  They were an
outstanding family.  Their values, faith, loyality, work ethic, and honesty
were respected by all.

Having been at that parish for ten years, I watched Steve grow up.  I
admired his respect for others, his sensitivity
along with his kindness to others.  When I was changed from that parish,
I kept in close contact with the Aiello family and watched Steve grow up
into a man, marry, become a father and a devote Christian.  It so
happened that
during the past 15 years, I have helped out on weekends at St. Anne's
Church in Manlius,  N. Y. Thus, I saw Steve and his wife at Sunday
Mass.

As Steve's business grew and became well known - every now and then we would talk about his work and it's success.  But the thing that touched me, was his desire never to lose touch with the values of his family and faith.
He did not want his children to be spoiled by material things and tried to instill the values of his family and faith.
I was alway touched by his sincerity and honesty.

He has been very generous with those in need both in kindness and in generosity.  In other words, he has tried to live his Christian faith in every aspect of his life.

Steve has many gifts and  talents say nothing of a wonderful heart.  For him to lose his freedom in prison, would mean much  loss to so many, espescially this community.

Therefore, may I add my voice to so many others in asking that the sentence you will give him will enable him to be free to use his talents and gifts to help others outside the prison system.

Please know that I am aware of what a difficult you have and that you are in my prayers as you come to your final decision.

With every best wish and prayer I am,

Sincerly your

Rev. Michael J. Carmola

Elizabeth Case
C3

7719 Morgan Road
Baldwinsville, New York   13027
September 9, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:    LETTER OF SUPPORT FOR STEVEN AIELLO

Dear Judge Caproni:

I have known Steven Aiello for many years through my position as a Legal Assistant with the law firm of Mannion Copani.  I have had the privilege of assisting in the closing process for various retail projects in the Central New York area created by COR Development Company, LLC.

In my relationship with Mr. Aiello, he has been a genuine, honest businessman working diligently to create jobs and to shape communities throughout Central New York in a positive way.  I am very saddened by the sentencing he faces and the detrimental effect it will have on his family, friends and community.   We live in a society where personal, family and business values are constantly challenged.  It is obvious that Mr. Aiello met with many of these challenges and trusted individuals who misled his efforts.

It is my sincere hope that the Court will take this into consideration and realize the severe hardship a prison sentence would have on Mr. Aiello's future, as well as a huge setback for the Central New York community.

Respectfully yours,

Elizabeth U. Case

/euc

Dino Centra, Jr.
C4

**Dino Centra, Jr.**
**5734 Thompson Road**
**DeWitt, NY 13214**

September 7, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

Thank you for taking the time to read this letter.

Please understand that I am not a politician or a major business executive. My father and I own a small florist shop in the Westcott neighborhood of Syracuse. Our store has been open for 57 years.

Steve Aiello and I first met at a charity function some twenty years ago. We soon found out that our grandparents had both come from the old country, that we had grown up in the same neighborhood, and that his wife Lori and I had attended the same elementary school, St. Vincent's (although more years apart than I cared to admit).

Over the years, Steve and his wife Lori have become regular customers of our florist shop. In addition, my wife and I have run into them at numerous social events around town and have had dinner with them on a few occasions. We have always found them to be delightful, down-to-earth people with none of the pretentions of those who have become successful in business.

I have followed Steve's trial, and I am aware that a jury has convicted him of certain crimes. This genuinely saddens me. This is not the Steve Aiello I know.

Truly, I do not believe that society would benefit in any way from Steve being sent to prison. His family would suffer, I would be deprived of his friendship and, in my opinion, it would also be a loss for our community.

Again, Judge Caproni, thank you for taking the time to read my letter.

Respectfully yours,

Dino Centra, Jr.

# Melvyn Charney
# C5

September 5, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

Re: Steve Aiello

Dear Judge Caproni:

My name is Mel Charney, owner and president of Charney's Men's Clothing Stores in Syracuse New York. I am aware that a jury has convicted Steve Aiello of certain crimes and am writing this letter to share my personal experience with him.

Charney's Men's Clothing Stores have been in business for over sixty-five years in our community and I have managed our multiple location enterprise for over twenty-six of those years. I have leased retail space from many different property management companies during that time, and it is in that capacity that I began a relationship with Steve Aiello twelve years ago.

Prior to working with Steve and Cor Development, my experience with mall management companies had not been very positive. I found that they were not very concerned with supporting or even being fair to small local businesses. Their attention was focused more on national chains, who they attracted by giving large discounts on rent and common area fees, while local businesses like ours paid top dollar. In addition, it was not uncommon for them to dictate that local businesses move to a less desirable location in order to give the national companies the high traffic areas. They did this with little notice or regard for the survival of these small local family businesses. When it happened again to us again in 2006 after over thirty years in one particular mall location, I decided to move all of our stores out of traditional malls and into strip malls as free standing locations.

When I met with Steve and his company to talk about leasing space in one of his strip malls, I was not certain that their philosophy would be much different. But to my surprise the first thing that came out of Steve's mouth was "I don't think you've been treated very fairly by the mall, and I'd like you to prosper in our community. I promise we'll treat you well." And for twelve years, Steve Aiello has kept his word. He has honored every letter of our agreement, and became a regular customer of our stores. I have never once in all the years we have been here had the owner of a property management company do that.

Steve Aiello has been a man of vision who wanted to improve our community, something we desperately need here in Upstate New York. As you are probably aware, New York state is the ranked 32nd in the country for poverty. In 2016, Syracuse was ranked as the 13th worst poverty area in the United States. Upstate New York has never recovered economically from the loss of jobs and manufacturing. There is very little here to keep our young people in Central New York after they graduate from our many respected colleges and universities. My wife Sarah and I are among those parents who worked hard, paid our taxes, and put our kids through college only to watch them leave and raise their families elsewhere. It is a struggle for most small local businesses to stay in business here, and there aren't many business people rushing to Upstate New York to do business, let alone invest in our area.

That is why, as a business owner in Syracuse I felt it was important to write to you. Steve is one of the first people I have met in a long time that has not only has vision for our community, he has backed it up with action. His company built and manages many retail centers which have led to jobs and economic growth. They have been fair and supportive to local family businesses like mine. Steve and his family are philanthropic, giving generously to local charities like Make-a-Wish, Charity for Children, Catholic Charities, Elmcrest, The Salvation Army, Francis House, The Boys and Girls Club and more.

On a personal level, I have always seen Steve as a family man, out in the community with his family and out walking in the neighborhood with his wife. He takes the time to bring his son to our store to shop for school clothing. And when my late mother was in the nursing home, it was not uncommon to see Steve there, visiting his mother in law with his wife.

It is for these reasons that I feel strongly that our community would be better served with Steve Aiello actively participating in it instead of serving out a sentence in jail. I believe that taking Steve out of our area would be a tremendous loss to Syracuse and Central New York, as well as for his family, his children and his friends.

Thank you for taking the time to read this. I appreciate your consideration of my thoughts in regard to this most important matter for Steve Aiello, his family, and our community.

Respectfully Yours,

Melvyn A. Charney

Melvyn A. Charney
Charney's Men's Clothing Stores

Anthony Ciero
C6

Anthony Ciero
146 Pinebrook Drive
Rochester, NY 14616

September 10th, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Your Honor,

Steve Aiello is one of the wealthiest men I may ever know... not because of his financial achievements, but how he has served his family, community, and most important, his Lord.

This letter is not being submitted because he is my cousin; it is written because he is a man of honor, righteousness and faith... a person that has always sought to serve others.

His grandparents immigrated to US with nothing but a dream to find opportunities for themselves and following generations. Their work ethic, values and belief in God were unsurpassed.

Steve's parents continued this legacy.  His dad started a very successful carpet business and was known throughout the county for the quality of his work and ethical business practices. All the children worked to help the business become a success. His dad, like Steve, was an active leader in the church and in the business community.

One of the most significant attributes acquired from his father is the ability to make people laugh. Somehow, Steve is able to bring a roar of laughter to nearly every discussion. Very simply... he brings joy to everyone.

Steve's very humble beginnings were never forgotten. This is reflected on how he always put the needs of others before himself. His exceptional wife Lori saw this when she met Steve in college, and supported him while he struggled to build a model company.

In discussions with Steve, he would talk about how Our Lord placed him in the "right place at the right time...". As he was seeking tenants for his first shopping center, two mid-west companies, Kohls and Target, were looking to establish retail centers in the northeast! They saw something special in Steve, and were willing to locate their initial stores in his Syracuse facility.

I remember his talking about how he was struggling to find new retailers for his first major retail center, Fayetteville Towne Center... AFTER he spoke of the gazebo within the development that would serve as a unique opportunity to bring the villagers together!

Whenever we discussed his initiatives, Steve's excitement was difficult to maintain! He would speak of how he was working with communities to enrich the retail and industrial opportunities, resulting in a higher standard of living for the residents.

I did not always realize how Steve had struggled with his company in the early years, and the passion he had maintained for his vision for our community and New York State. Throughout our discussions, I saw a man, my cousin, who found that success could be achieved through servitude. There was never a statement about what he had achieved; recognition was given to Our Lord, who opened doors... his family, for their support and patience... his friends that had always stood with him and... the financially struggling New York communities, whom he felt would benefit from his vision. This is Steve Aiello; he teaches you how to believe and asks for nothing in return.

The manner in which he addresses all elements of his life are prioritized to insure they align with his exceptionally strong faith, the impact on his family and friends.

Steve's achievements are not measured by his personal rewards, but on those that benefit from his community retail centers, the housing he has constructed in areas that no one would pursue, and commercial facilities that have kept and added hundreds of jobs within New York.

After constructing a shopping center near Fort Drum outside Watertown, NY, Steve realized that there was a severe shortage of decent housing for our servicemen and women in the area. He eventually constructed several hundred new apartments near the base to address this issue and dramatically improved the living conditions for hundreds of families serving this nation.

Steve Aiello has seen how "servitude" to others, conducted in an honorable and ethical manner, will bring rewards to all.

His life is one that defines honor, righteousness, integrity, responsibility, accountability, compassion, caring... and love.

At his 50th birthday party I had the opportunity to interface not only with family, but members of his organization and business associates. Everyone praised the honorable manner he engages everyone; how he listens and weighs the opinions of others and will admit when he is in error.

Several years ago, I resigned from a Fortune 100 company that had employed me for 23 years. As the business struggled, I was unwilling to follow the "political" and unethical practices of my management. I called Steve and later that week, we met at his home. He was proud of what I had done and how I was unwilling to comprise my reputation. He spoke how this may be a sign from the Lord and that my continued faith and patience would result in new opportunities. He was right; new doors opened that I had not seen.

I have had the opportunity to speak to young adults and professionals. Steve continues to be one of my primary examples how one can achieve business greatness while maintaining the appropriate balance of faith, family and community.

For many, it remains a mystery how Steve could have this diverse vision for upstate NY. Not me. I knew his love for this state, where he was raised and his belief in God would guide him to enrich the lives of thousands.

If more people had Steve's values, this world would be a significantly better place. His life is a book to be followed.

His focus to bring joy to others is NOT artificial... it is real... and sincere.

New York is indebted to Steve Aiello.

John Maxwell, the international expert in Leadership states that "... a leader is someone that people want to follow." Steve Aiello is an individual that has been followed throughout his life. He brings vision, execution of tasks and closure with an excitable passion that is unparalleled... and accomplished following a moral code and value system that is an example for all

Any time he is asked to serve in prison is time that his family, friends, business associates and communities throughout New York will suffer. We need individuals like Steve that are rewarded by how he serves everyone... and teaches all on how to balance Faith, Family and Community.

It is an honor to submit this letter for Steve.


Sincerely,


Anthony L. Ciero

John Ciero
C7

John Ciero
120 Kappesser Street
Syracuse, NY  13208


September 13, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Dear Judge Caproni,

I am writing to you with regards to Steve Aiello. Steve and I are first cousins, with our mothers being sisters. Steve's Mom and my Mom were part of the Morga family which also included two other sisters and two brothers. I mention this because the family ties we were both blessed with were an important influence on Steve and all of the cousins who were a part of this extended family.

Not only is Steve my cousin, but while growing up, our families lived across the street from each other. Being that Steve is four years younger than me, and that we were both the youngest in our families, Steve was like the younger brother I never had. He may have been the happiest kid I had ever seen, always smiling and making us laugh. Our mothers' parents, my grandparents, lived in part of the house where Steve lived. This allowed for my mother and all of us grandchildren to be around them in their later years. All of our holidays, birthdays and summer vacations were spent together, along with all of the cousins from the other families. Many of us went to the same school and church together. The four Morga sisters were very much like second mothers to all of us. The love and caring, as well as the discipline that they shared with their own children was extended to all of us. We were such a tight knit family that all of the cousins were as close as many people are with their own siblings. Amazingly, that closeness remains to this day.

Every single cousin has graduated from college, had successful careers and contributed to their church and society in a variety of ways. This is despite all of our grandparents having come from humble beginnings, with little schooling and speaking little English. None of our parents went to college either, but they still set the example for us in being hard working, while also contributing their time and efforts to church, school and civil organizations.

The love, caring and values of our families was shared with all who met and were associated with us in any way. My friends and Steve's friends were always welcomed with open arms to our homes and made to feel right at home by our Mom's hospitality and their cooking. I cannot even count how many times friends have expressed how lucky we all were to have been raised in such loving families.

As adults, Steve has continued the traditions of our families in the very best of ways. His love for all of us, as well as our significant others and children, has been demonstrated time after time by his generosity and caring. Not only has he opened his home for many get-togethers the way our parents did, but he also has been there for me personally in many other ways.

Several years ago, I was assaulted while coming home from working late by two men I did not know. I was brought by ambulance to the emergency room. My brother had called Steve from Rochester, and Steve was waiting for me there in the ER. Despite the late hour, he stayed with me to be sure I was okay. Even with his busy work schedule, he checked on me several times that week to see how I was doing. A few years later, I left work feeling ill. By the time I got home, I was in extreme pain. Because Steve's wife Lori was a nurse, I called her to describe my symptoms and ask her what I should do. Within no time, she had called Steve, who left work and came to my house with Lori to bring me to the ER for what turned out to be kidney stones.

The most touching example of Steve's caring was how he treated my Mom. In her later years, my Mom was dealing with stomach cancer and mobility issues. She was in the same assisted care facility as Steve's mother-in-law Barb. Steve and Lori were incredible with the number of visits they made to see my Mom at the facility. At all of the many occasions Steve hosted at his house, he would make sure my Mom was there. I would often bring her myself, but if I was out-of-town, Steve would be sure he got my Mom there. So after cooking and setting up for everyone, Steve would sometimes then take trips to the nursing home to be sure he brought both his mother-in-law and my Mom in their wheelchairs to his house. They would make sure there was something my Mom could eat, because of the diet restrictions dictated by her cancer. Not many people I know would be so generous with their time and efforts.

One more family example of the type of person Steve is can be seen through the lens of watching Steve as a father. Despite the success Steve has had in business, he did not allow that success to spoil his children. Steve Jr., Elizabeth and Tommy are all down to earth, well-mannered and hard working. Steve was both loving and supportive, but held them accountable and made sure they all earned their own way in both their schooling and their work. Who they were and how they carried themselves as persons with values was emphasized over everything else. Just as Steve worked hard when he was younger, spending some of his summers working in a cemetery and others for his Dad, carrying heavy rolls of carpeting, Steve had Tommy work in maintenance for him during his summers.

Although I was a teacher, one year I was invited by a friend to join a golf league of building contractors and architects. Conversations often centered around the projects they were working on. At times, I would ask if any of them knew of Steve Aiello's company. I always received the same reaction. They would always smile and tell me what a great guy he was and how they enjoyed doing work with him. They would tell me this before I even told them Steve was my cousin. Once I did share that, they would go on to tell stories of what a great guy he was. More often than not, they would mention how up front and honest he was to work with, which was often a refreshing change for them over some of their dealings with other people and other companies.

When Steve's company was awarded a big contract to develop the Inner Harbor in Syracuse, he called me to tell me. He was so excited as he told me about his vision for what they could do there, including the jobs it would create within the city. He wanted more than the hotels, housing, businesses and restaurants that could be built there. Steve wanted to bring together businesses and local colleges to create new learning and research opportunities for the community. He wanted to maintain opportunities for local residents and visitors to continue to enjoy the beauty of the harbor. I will never forget what he said after describing the project and it's potential. Although it was a big project, he didn't talk about the money aspect of it. What he did talk about was the chance to help revive the city and make our Mom's proud again of Syracuse, the way they had once been when growing up here. I was always proud of Steve for his successes, but never more than hearing him talk about this big project in terms of how it could help the city and so many who lived here.

As a teacher, I was involved in a variety of committees and served on several boards. I often came into contact with various city leaders. Occasionally, Steve's name would come up in conversation. Without exception, there was nothing but praise for Steve as a person. Steve himself devoted his time to several local boards. Unlike some people I knew who were appointed to boards merely for the recognition, Steve would only serve on a board if he could actually attend and contribute. I know this for a fact to be true. I invited Steve to serve on a board that I was was serving on as chairperson. Steve declined with the explanation that he was dedicated to other boards at the time, and would not commit until he could assure me he would be able to contribute. He told me to ask again in two years after he was done serving on one of his other boards. I knew some people he served with on the board of O.C.C., our local community college and one Steve had attended himself. They would tell me about the pivotal role Steve played in advising on some major decisions there, that expanded and greatly improved the school. I know he took great pride in being able to give back to the school.

Judge Caproni, these are just a few examples of the type of person Steve is. I could go on and on with many more examples. He is a generous, honest, loyal, caring and hard working individual. He has taken his success with humility and tried in many ways to give back to his community. Steve was raised and has lived his life with honor, deep faith and solid values. He has done more good, for more people than most people can ever dream of doing in their entire lifetime. I strongly believe he would continue to do so if given the chance. I ask that you help give him the chance to do so.

I do not understand all of the details of the legal matters involved, but I do know Steve has been convicted on certain charges. I have no idea if during course of a trial, you get to know the defendants personally or to get a sense of their true character. I hope my comments help you to understand that you cannot find better or more caring and giving people anywhere than Steve, Lori and his family. Please consider this in providing as lenient a sentence as possible. Not only would prison be punishment for Steve, but also for his wife Lori and his children. I have seen first hand the physical and emotional toll these trials have already had on all of them. It would be a tragic loss also of someone who has given so much back to his community. I am not sure how it would serve society for this good man to now spend time in prison.

I thank you for taking the time to read my letter and for your consideration in helping Steve in any way you can.

Sincerely,

John Ciero

120 Kappesser Street
Syracuse, NY 13208
(315) 471-8226

Paul Ciero
C8

Paul A. Ciero
2940 E 196th St, 2H
Bronx, NY 10461

September 11, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am one of Steve Aiello's cousins, who is writing to you with enormous concern for our
dearly beloved family member. I live in the Bronx, where I work at Albert Einstein
College of Medicine in pediatric cancer research. Originally, though, I was raised
upstate and still call it home. Steve's late mother, Fran, was the sister of my late
grandmother, Josephine. Family is unquestionably the most important thing in my life.
You must know how truly blessed I am to have one. I was adopted from Korea and
embraced by this incredibly loving group of parents, grandparents, aunts, uncles, and
cousins in Upstate New York. Steve is and has always been someone that I and the
entire family can rely on. I've looked up to him my entire life, and I know him so well as
a family man because his son, Steven L, is the closest thing to a brother I ever had.

I am aware of the horrifying situation which Steve faces resulting from the convictions
of a recent court case. As a concerned and loving family member, Steve has, and
always will have, my full support during this incredibly difficult time. This is not simply
because I love him as a member of my family; Steve is a truly noble and honest man.

There are not enough words to express the exceptional qualities of my cousin. He is
one of the most outstanding and well-respected people I will ever know. He comes
from humble beginnings. He grew up on the north side of Syracuse across the street
from my father. His mother and my grandmother who helped raise him were incredibly
strong women who demanded hard work and dignity from all members of the family.
Thus, it is always easy for me to see why Steve excelled in his business for decades,
earning the respect of the community in Syracuse and across Upstate New York.

That and the fact that Steve must be the hardest worker I know. He is always on the
go. He is never satisfied. This is obvious from how much effort he puts into every family
gathering, camping trip, or any task in general. It is obvious from how thoroughly he
cares for the elder members of our family as their health fails them, especially his late
mother, my grandmother, and now his older brother, Father Lou. Steve's character is
further evidenced by that of his eldest son, Steven L, or "Young Steve." There is never
a moment when Young Steve isn't working towards a positive goal. He is in constant

pursuit of higher education and is the type of person that never hesitates to work past sundown. Young Steve is a reflection of his father in every way, not only through his work ethic but through his reliability, integrity, and high moral standards. His father raised an incredible young man who is so much like him. This is why I value Young Steve as more than just a cousin, but like a brother who I would not trade for anyone.

Steve organizes family cookouts often throughout the year. These are the happiest times for all of us. They are full of love and laughter. Our close-knit extended family is so proud of the work Steve and his company have done for the community. Syracuse is a humble city we are so proud to call our home. I fully intend to move back upstate and settle there simply to be together with the family again.

I won't go without mentioning Lori, Tom, and Elizabeth. Steve has an incredible wife, Lori, and with her raised a family that is beautiful in every way. They are funny, caring, giving souls who would each do anything for anyone. I could go on endlessly with stories which show the character of their entire family, from times spent growing up together and as adults. I wish you could know how lucky I am to have them all in my life, which is such a huge reflection on Steve as a father and husband.

Thus it devastates me that Steve, who cares about integrity before anything, has found himself facing a potential prison sentence. It is completely shocking and unthinkable to those of us who truly know him. There are plenty of truly shameless criminals in the realms of business and politics who are a disservice to our nation. Steve is simply not one of these people. For him to spend time in prison is never something any of us could have ever imagined, especially for someone who has worked so incredibly hard his entire life and always conducted himself with honesty and class, both in his professional life and in his personal life. He is a man of the highest integrity, a leader in his community, and most importantly, a humble and beloved family man. Sending Steve to prison will harm him far beyond the pain he has already endured from these horrible and unfortunate circumstances. Society will in no way whatsoever benefit from a prison sentence for him. The unbearable harm it would place on him and our entire family could not be described with words.

As I write to you, Your Honor, on the anniversary of the events of September the 11th, I plead you to bear in mind that it's the good people that make our communities strong; people like my cousin, who always tries to make the right choices for the betterment of society. Steve is just not a person who deserves to be in prison. I truly hope that you may consider Steve's true character, and the devastating effects of this on behalf of him and our enormously concerned family, before the sentencing proceeds. His family needs him, his community needs him, and our prayers will always be with him.

Sincerely,

Paul A. Ciero

Carolyn Cifra
C9

September 1, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Letter of Support for Steven Aiello

Dear Judge Caproni,

I have known Steve Aiello as a fellow member of the community we live in for about 18 years. The first time I heard of Steve was when his company began working on a plan to develop a deteriorating, basically abandoned, huge shopping mall in our town. I watched with interest as he and his company brought forth their proposal. The mall that was there was built in the 1970's. As a life-long resident, I knew that mall was promised to residents to be a traditional shopping center that would "fit in" with our quaint little village of Fayetteville. The developers did not deliver on that promise. Successful at first, despite not being built in keeping with the character of our village, the mall changed ownership and began to decline. I feared what would become of that property. Then Steve Aiello came. I did not know anything about him, but he quickly earned my respect.

Steve moved to our community from the Syracuse area. He moved to the community which he was seeking to invest in. That made me feel hopeful. He had to work with the town, the village, and multiple property owners. This was not an easy task. I first heard about him in a more personal way when he contacted my elderly mother. Steve knew my brother through mutual friends and became aware that our mother was a long-time Fayetteville resident with a keen interest in shopping. She had a definite idea of what this new development should look like, as she had lived through the first development with its broken promises and its eventual deterioration and demise. Steve actually called her on her birthday and sought her input on his project. She was thrilled to give it and we were all impressed that Steve would take the time to do that. Steve listened to the residents of our town and delivered. He did what the developers in the 1970's promised to do, but didn't. He did something I never believed could happen. He took what was a blight in our town, tore it down, and built a beautiful, prosperous and still thriving Towne Center, as it is called. The design is traditional and fits in well in our community. The grounds are beautiful and always well maintained. The Towne Center also includes a community room with banquet facilities, and a gazebo and park area. They host community events. Steve's own company moved in also. Steve took a chance and invested in something no one wanted, and in doing so, benefited an entire community. I live very close to the Towne Center. The Fayetteville I was born and raised in, to some extent, was saved by Steve Aiello. He is not just a developer in our town. He is our neighbor and a good one at that.

Sometime after the Towne Center was developed I met Steve and his wife Lori and their children personally for the first time. Our children attended the same public school in our community. Over the years through school and the community, I run in to Steve from time to time. I am always struck by how friendly he is, always taking the time to talk when we would see each other, whether it be at the Farmer's Market (which he brought to The Towne Center), or at a local restaurant. I feel the same way about his wife Lori and their children. They are a wonderful family.

I am aware that a jury has convicted Steve of certain crimes. Throughout this whole process, I have prayed for Steve and his family and offered them support and encouragement when I have seen them. It's so difficult to see them go through this. I believe it would benefit no one for such a good family man and neighbor to be sent to prison. Steve has done so much for our community. His presence, hard work, and integrity have had a great impact. Our Fayetteville Towne Center, which Steve built, is a beautiful, thriving center of our town. There are flowers everywhere. It is always perfectly clean. It is streaming with activity. There are now restaurants and stores that were never in our area before. Steve's development has also encouraged other properties nearby to be improved and developed responsibly.  It is my opinion that Steve Aiello has had the greatest positive impact on our community of any individual I have known in my lifetime.  Therefore, I also believe it would be detrimental to our community for Steve to be sent to prison.

Steve is a successful small-town family business owner who has worked hard and earned the respect, admiration and trust of our community. Yet he hasn't forgotten where he came from. He and his family are our neighbors, our friends. I want them to stay here in our community and continue to have a positive impact on it. I respectfully ask that you please show leniency to Steve. His family needs him, and his community needs him.

Respectfully yours,

Carolyn F. Cifra
7231 Mott Road
Fayetteville, New York. 13066

# Vince Claps
# C10

September 11, 2018

Honorable Valarie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Steven F. Aiello

Dear Judge Caproni,

I am writing to submit to you my thoughts in regard to Steven F. Aiello. I do understand that my letter cannot change the laws and guidelines you have set before you to render a decision, however, I would ask that you consider this letter in support of a more lenient sentence for Steve.

I have worked at COR for 15 years, 10 of which has been under his direct supervision. Since Steve and I have traveled away from home together, I believe I have a unique perspective regarding my understanding of Steve as a person. As you know, the business of real estate comes with the opportunity to travel for business meetings and conventions. Each year we attend two conventions in New York City and Las Vegas where we meet and entertain clients. Several years back at the Las Vegas convention, Steve had arranged for a team business dinner for those of us that spend time away from our families to dine at a restaurant we might normally not have the opportunity to. After dinner, we traveled to Old Town Vegas to take in the sites. Toward the end of the evening there were a few guests that wanted to spend the remainder of the evening at a local adult entertainment venue. I will never forget Steve's response in this situation, as he could have easily gone along with the crowd and entertained the group as per their wishes. Steve took a firm stance that he would not be party to attending and chose to end the evening for himself instead, much to the disappointment of the group. The above is one such instance, but I have watched this type of firm moral stance unfold in many different situations. In each of these cases, Steve has shown himself to be a leader and role model for any professional.

Some might say it is easy to make moral choices on the big picture decisions, however, I have watched Steve be the leader that chooses to hold firm on the small ones too. I have always admired his ability to end conversations that were surrounded around "locker room talk." I cannot count the amount of times I have been in a meeting with Steve and some have chosen a course of dialogue that would be unfitting for anyone, let alone a husband and father of a daughter to engage in. In each and every one of these situations, Steve has the same exact response, his face turns emotionless and allows the other party an opportunity to change their conversation, or he chooses to change the course of conversation more directly. Steve is not afraid to go against the direction in the room even if it does not please the person across the table from him. As a Christian businessman, I cannot explain what this means to me as a person.

I have never felt once that I needed to change my morals or ethics during my tenure at COR Development Company and am very grateful to have Steve as my boss. I have watched Steve steer himself away from activities that would be unbecoming to a father, husband and business leader. I will

be forever grateful that he created a business environment that allows me to keep the morals and ethics that I hold sacred.

Steve's hard work and generosity has given approximately 65 employee's good paying jobs and a positive environment to work in. Sending Steve to prison would put at jeopardy the stability and foundation of every family touched by their employment at COR Development Company.

Thank you for your time and consideration.

Sincerely,

Vince Claps

Nancy Collins
C11

To: 1518462670        From: UBS        Fax: UBS        at: 07-SEP-2018-11:31   Doc: 382   Page: 002/002

September 7, 2018

Nancy Collins
4595 Cleveland Rd.
Syracuse, NY 13215

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

My name is Nancy Collins; I'm a Financial Advisor in Central NY, the community that Steve Aiello has called home his entire life.

I have known Steve for my entire professional career, going back 35 years. I consider Steve a good friend and colleague.

Steve has always proven to be thoughtful, generous, trustworthy, and I have the utmost respect for him. His contribution to community involvement and caring is 2nd to none.

I am aware that a jury has convicted Steve of certain crimes and I believe it would be a detriment to society to send Steve to prison.

Over the years, anytime I needed assistance or help professionally, for a friend or family member, support a charity, school or anyone in need, Steve dropped everything and provided support or help in many different capacities. He has a heart of gold.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the case, I still believe Steve to be an honorable individual a valuable member of my community and in general a good human being.

Respectfully yours,

*Nancy Collins*

Nancy Collins

Eugene Conway
C12

November 13, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing on behalf of and in support of Steve Aiello as you consider his sentence. I have known Steve for the last several years and met him when I served as the Police Chief for the Town of DeWitt.

As a person in public service I have had many opportunities to know of and be a part of organizations in the community that are providing services to those most in need. In Syracuse there are many of these and all have demonstrated that they are necessary to improving the quality of life. I have known Steve to be a person who always steps forward and gets involved. Steve has been a devoted supporter of Shop with a Cop, which allows police officers to accompany children as they shop for Christmas gifts for themselves and their families. He supports the local Boys and Girls Club, the Christmas Bureau, In My Fathers Kitchen to name just a few not for profit organizations.

I have come to understand that the above is not out of character but rather is his character and has been his character long before I became acquainted with him. I have found him to be genuine and sincere in his role as a businessman and community leader. I have never found him to be anything less than a gentleman and devoted husband and father.

I am aware that he has been found guilty of certain crimes and that he faces incarceration as part of his sentence. I am not quite sure how incarceration will benefit this community, I do believe that his absence from the community will negatively affect those programs, those organizations and those people who he has helped and would continue to help if he was able to do so.

I appreciate any consideration you may give to this letter.

Sincerely,

Eugene J. Conway
Sheriff
Onondaga County

John Corbett
C13

John F. Corbei
419 Terry Road
Syracuse, New York
13219

August 18, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor;

This letter is being forwarded to you in
regards to Steven Aiello, who was convicted
of certain crimes in your courtroom earlier
this year.

I am a retiree from the Syracuse (N.Y.)
Police Department, having served 41-plus
years in a variety of capacities within SPD.
I retired five years ago at the rank of De-
tective Lieutenant, working as a "street cop"
in both uniformed and plainclothes assignments.
I held a number of command positions in my
career; supervising Narcotics and Vice,
commanding the Swat Team and the Cere-

- 2 -

Traits of my friend, Steven Aiello.

I have known Steve approximately 16 years. We met when he hired one of my closest friends, Jim Glavin (who is my son's Godfather) to be his Director of Security. I am not a business associate nor a customer of the Cor Companies or Steve Aiello and I have never worked for him except in a volunteer capacity during the Holidays. Steve and I share a common interest in fishing, and it is mainly through that activity that I have come to know Steve as well as I do. I also know Steve's brother, Father Louis Aiello, who is a Catholic priest here in the Diocese of Syracuse. Father Lou Aiello has been instrumental in lending assistance to both family members of mine as well as to friends during some difficult and trying times. He and his brother Steve are very close.

Spending 4 to 6 hours at a time with someone on a fishing boat is somewhat similiar to spending the same amount of time with some-one in a police car. For one thing- you have a captive audience. Two - the solitude allows you to discuss a myriad of subjects: personal professional and general- which affect indiv-idual's lives, careers, ambitions, triumphs and

- 3 -

failures in all walks of life. Three - the close quarters give you the opportunity to rigidly assess the character of the person with whom you are communicating and exchanging ideas, opinions, outlooks and ideals. Having spent countless hours in the company of Steve Aiello over the last 16 years, I feel I am qualified to give you a rational assessment of his character.

Although I am not a businessman, I am of the opinion that Steve Aiello is an honest, principled and caring individual whose business acumen is not only very high, but also quite considerate of those people, companies and corporations with whom he both consorts and competes. Steve is a generous man. His good will has spread to all corners of the Central New York community at large. For a number of years I played Santa Claus for him around Christmastime at a shopping plaza managed by Cor Companies. Under his direction, the community's children were the benefactors of his good will and generosity year after year, as he sponsored community-based entertainment, refreshments and great memories for the children (and their parents) to enjoy during the Holiday season. Steve's family is very important to him. His

– 4 –

wife and children are his main focal point at any and all times. He has spoken to me about them on numerous occasions; always with reverance, care and the concern one would expect from a dedicated spouse and father.

Steve's business outlook has consistently been about doing good things for the Central New York (and beyond) retail community. He has spoken to me with pride of his and the Cor Companies' past accomplishments and future endeavors. He has been adamant in his opinion of doing things the right way. I consider him to be a trustworthy person in addition to the positive character traits of his that I have made note of previously in this letter.

Your Honor, Steve Aiello, both personally and professionally, has done numerous good works for the people in Central New York. Although the legal proceedings of the last 3 years have been a major distraction for him, he continues to persevere in his quest to make Central New York a vibrant and prosperous community. As a longtime member of the Criminal Justice System (and I still teach in the Syracuse Police Academy) I am quite aware of the penalties

-5-

associated with criminal convictions at the local, state and federal levels. As such, I do not believe society would benefit from Steven Aiello serving a prison sentence. His incarceration would be a detriment to: his family - as his ability to provide for them would be severely compromised; the business community - would lose an engaging, visionary business leader; the people of Central New York - would be denied access to a generous and forward-thinking benefactor who genuinely takes the interests of the community here to heart. Your Honor, I would implore you to please consider a sentence of Federal Probation (with zero incarceration time) for Steve Aiello. The U.S. Probation Office here in Syracuse is very efficient and I am personally (professionally) familiar with some of their personnel. I am absolutely sure that Steve Aiello would be 100% compliant with any and all restrictions placed on him by you and the U.S. Probation Office.

While it is highly unusual for a veteran police officer to request a sentence of this type, I believe that Steven Aiello is not only deserving of such consideration, but his ability to continue working in our community has the potential to be a continuous positive influence on the people and business climate in Central New York.

- 6 -

Thank you, Your Honor, for your attention in this matter!

Respectfully,

John F. Corbett

John F. Corbett

Mary Lou Corcoran
C14



MARY LOU CORCORAN
PHYSICAL & AQUATIC THERAPY

510 Towne Center, Suite 100
Fayetteville, NY  13066
PHONE:  (315) 637-4747
FAX:     (315) 637-6711

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

I was introduced to Steve Aiello over 15 years ago while searching for a location for my physical therapy practice.  At that time, Steve and the COR organization began the project of transforming, what was once nothing more than a refuge for storm debris, into what is now the vibrant Towne Center in Fayetteville, NY.  Since our initial business interaction, I have grown to know Steve both professionally and personally.

As a result of Steve's commitment, Towne Center has provided employment opportunities to Fayetteville and the surrounding area, attracted businesses that generate tax revenue and increased community events. I have tremendous respect and admiration that Steve took a "leap of faith" not only with the development of numerous construction projects but also the many generous acts, such as, land donation that allowed the YMCA to locate in Fayetteville.

Steve grew up in a blue-collar family in Syracuse.  The values instilled in him when he was younger carried through to Steve's professional career.  He has remained true to his word. He has honored the terms of my lease time and time again. The section of my lease that prohibits other "similar businesses" to relocate to Towne Center, was upheld by Steve. This is an example of keeping his word when it would have benefitted him to do otherwise.

I am greatly appreciative of Steve's understanding of the challenges a small business such as mine can face. His recognition of the need to help small businesses to remain viable once again demonstrates his values and commitment to the development of the community.   When faced with significant challenges due to the changing reimbursement environment in the healthcare industry, Steve was sensitive to my situation and worked with me to keep my business intact. This protected the jobs of my dedicated employees and ensured that the healthcare needs of the community were met. His endless support of me as a business owner was so special. He was always quick to note that I built my business on my own, as did he.  I cannot express the level of his kindness and understanding during the difficult times.

On a personal level, I lived in the same neighborhood as the Aiello Family. Almost daily, I would see Steve and Lori holding hands walking through the neighborhood. Love. Steve's son, Steve Jr., worked at Towne Center during his summer job. He also was a patient in my office (permission obtained to release this information). He was very polite and well mannered. In my opinion, young Steve is a young man from a happy and grounded home with good values.

In closing, I am aware that Steve was convicted with three different counts of wire fraud. This is a good man at his core. Every interaction I have had with Steve indicates that he is a good father, husband and friend. I do not think there is any benefit for Steve to serve time in prison. His leadership, dedication and love for the Syracuse area far outweighs any benefit incarceration would serve. I feel he has served his penance with the impact it has had on his family and public humiliation.

Your Honor, I am requesting leniency in sentencing Steve Aiello. He is a good man.

Thank you for your consideration.

Mary Lou Corcoran

Mary Lou Corcoran

# Alan Costello
# C15

# COSTELLO LAW FIRM

### A PROFESSIONAL LIMITED LIABILITY COMPANY

ALAN R. COSTELLO

2999 North 44th Street, Suite 515
Phoenix, Arizona 85018
TEL (602) 248-4339 FAX (602) 248-8164
EMAIL acostello@costello-law.com

September 17, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Letter of Support for Steven Aiello

Dear Judge Caproni:

My name is Al Costello. I am an attorney in Phoenix, Arizona and have practiced law since 1985. I was very fortunate to be introduced to Steve Aiello in the fall of 2007 to assist the COR Companies with a real estate project in Arizona. I have worked closely with Steve over the last eleven years and we developed a strong friendship shortly after meeting. While Steve and the COR Companies have been my clients, I have viewed Steve as a friend first and a client second since getting to know him well in the winter of 2007 and the spring of 2008.

I am aware that Steve has been convicted of three offenses in your courtroom, and I am generally aware of the nature of the offenses having closely followed both trials in Syracuse, Albany and New York City publications on a daily basis. The purpose of this letter is not to question those proceedings, but rather to provide you with my impressions and experiences of Steve Aiello; a leader, a family man, a confidant, and my friend.

When I first met Steve, I was immediately impressed with his intelligence and his "outside the box" approach to issues. I quickly learned that Steve is a problem solver. Even more impressive is Steve's humble and honest approach with allies and adversaries alike. With Steve, what you see is what you get. I have time and time again admired Steve's ability to empower the people around him for the benefit of all. Steve is a great leader by example and through the inclusion of others in the process. I have always looked up to Steve for these reasons.

Honorable Valerie E. Caproni
United States District Judge
September 17, 2018
Page 2

As impressive as Steve is in a business setting, it is in his role as husband, father and friend that Steve's generous and compassionate traits shine through his dedication to those he loves and cares for. Throughout the years, Steve and I have shared stories of our families and our celebrations of and concern for our children. Steve is a dedicated, loving and involved husband and father. He celebrates his wife, Lori, and is both proud and humble at the same time when discussing his kids and their accomplishments.

Steve's dedication to others is demonstrated in his desire and actions to elevate his family, his friends, and those he works with. Steve is positive in his critiques, supportive in his criticisms, and dedicated to advancing and improving the lives of those around him. I have experienced Steve's positive interaction with his employees to promote their efforts and accomplishments and learn from their mistakes. Steve has elevated me throughout our professional relationship and our friendship. Never short on praise or gratitude, Steve has celebrated my accomplishments with words that have empowered me to go farther and to trust my abilities. I know he has done the same with his family and employees. Steve is generous with his time and his attention, and his support has assisted me and so many others.

There have been numerous instances where Steve's friendship and compassion have directly and positively impacted my life. However, there is one instance in particular that I want to share with you. In August of 2008, less than a year after meeting and becoming friends with Steve, my wife and I lost our son, Conor, at the age of 24. I was overcome with grief, as were my wife and two daughters, ages 15 and 18. I had no option but to take care of my wife and daughters, to handle our home and financial obligations, and to operate my firm and handle my heavy caseload. At a time when I could have failed, Steve helped me survive. Rather than abandon me and move the COR work to another firm, Steve stood by me and shared in my pain. He supported me in my efforts to save my family and that support aided my family's recovery. Steve supported me at my very lowest time without hesitation.

I understand that Steve could be sentenced to time in prison. Steve is of paramount importance to his family and the employees of COR. He is a true leader, a good man that has accomplished much, empowered and supported so many, and elevated so many through all of his good work and efforts. On balance, Steve has done so much more for others than so many of us. Imprisonment will harm not only Steve but so many other people. Steve has lost a lot through this process. He can give back to society through programs other than prison. I know without question that Steve can and will do so much more for this world if you provide him with the opportunity. I sincerely urge you to consider community service programs so that Steve can assist and elevate others while taking care of his family. Thank you for your consideration.

Very truly yours,

Alan R. Costello

ARC/lm

Dr. Gerard Crinnin
C16

September 12th 2018

To:
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor:

Steve Aiello is my oldest and dearest friend. We have known each other
since 1963, since kindergarten, and we subsequently went through 12 years
of Catholic school together. We were altar boys together, constant playmates,
and we have remained close for nearly 55 years.

Besides my own, Steve's parents were the finest folks I ever knew. Their
warmth, humor and stick-togetherness made it a pleasure to be in their
presence, and I can see now that Steve and his brother and sisters were the
natural products of their happy union.

As a friend, I can point to two episodes, one small and one large that stand out
in my memory. Steve wrote me an upbeat, newsy letter when I was in Navy boot
camp, when homesickness and the value of friendship became acute. I needed
that letter, and I have kept it for 40 years.

The other episode happened 10 years ago shortly after the death of my father.
The sale of my father's business was not going well; we felt as if we were being
brow-beaten and double-talked by corporate middle men. Asking for and accepting
no recompense, Steve stepped in and smoothed the way for my family, especially
my mother, to finalize a fair and equitable sale. I can't over-emphasize the gratitude
we felt and continue to feel for Steve's unheralded actions.

You will no doubt read of Steve's unflinching devotion to his family. He was married
and had a family years before myself. In many ways I was studying and absorbing
his methods and manners towards the pursuit of familial happiness, and I couldn't
have sought out a better guide. The only way I turned from his vision was in a
civic way: I could not see, as he did, the renascence of Syracuse. I thought the city
was well on its way to Rust Belt oblivion. I am guilty of a jaded outlook that I
admit was dead wrong because of the optimism and hard work of those like Steve.

Steve Aiello behind bars will separate a loving father from a loving family—
inconceivable to me; moreover, the people of Syracuse will lose one of its few
citizens who backs up words with measurable actions to beautify and strengthen
a community much in need of optimism and investment.

Thanking you in advance for your time and consideration in reading this, I am,

Sincerely,

Gerard J. Crinnin, Ph.D
95 Inwood Place
Buffalo, NY 14209
716 785 7616
gerrycrinnin@mail.sunyjcc.edu

Reverand Robert Cunningham
C17



# ROMAN CATHOLIC DIOCESE OF SYRACUSE

OFFICE OF THE BISHOP

August 8, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor:

Please accept this letter of support for Stephen Aiello.

I came to know Stephen shortly after I was named the Bishop of Syracuse in May of 2009 and since that time I have come to know members of his family and to appreciate very much, the goodness and integrity of the Aiello family. As frequent visitors to our Cathedral Parish, I have been with Stephen on a number of occasions.

In our community he is well-known for the positive influence he has made to our community. He has helped bring the Downtown area to life. Although I understand the jury has found him guilty of certain crimes, I want you to know that he has made many contributions to this community, creating a better place for us to live and work. When we were doing work on the restoration of our Cathedral, Stephen, although he did not have the contract to do the work, was very helpful to us in offering suggestions and encouraging us to move forward. I am grateful to him for the interest he took in the project and for the guidance he so willingly gave.

I trust that whatever decision is made at the time of his sentencing, both justice and mercy will be considerations. I assure you of my prayerful concern as you render your judgement.

Respectfully yours,

Most Reverend Robert J. Cunningham
Bishop of Syracuse

240 E. ONONDAGA ST., SYRACUSE, NY 13202-2608 · PH (315) 422-7203 FAX (315) 478-4619· WWW.SYRDIO.ORG

Allan Curtis
C18

August 22, 2018

Honorable Valerie E. Caproni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I have personally known Steve Aiello for the last ten years. I have known of his and COR Companies contributions to the community even longer.

I was a member of the Board of Directors of the Syracuse Boys and Girls Club. During my tenure there Steve Aiello through COR Companies donated many hours of their staff's time to maintain the Club's various campuses. COR's contributions were not a "one time" thing, but ongoing and substantial. If I had to estimate the dollars involved I would say "tens of thousands."

Steve Aiello through COR Companies has also helped the community by returning several failing properties to prosperity. The Fayetteville Towne Center and the Syracuse Inner Harbor are two examples. Our community needs Steve to undertake more of these projects, so he can turn other struggling properties into successful areas.

Steve Aiello also has many employees who count on their continued employment with him for their family's livelihood.

It is my opinion that the Syracuse area is better served by allowing Steve Aiello to return to work rather than sending him to prison.

Thank you for allowing me to express my opinion.

Respectfully yours,

Allan E. Curtis

Allan E. Curtis

1095 Whisper Ridge Drive

Chittenango, NY 13037

Reverand Thomas Cuskey
C19

September 14, 2018

Honorable Valerie E. Caproni
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Letter of support for Steven Aiello

Dear Judge Caproni:

I am writing to you to express my support for Steven Aiello, a friend of mine and the brother of my close friend and colleague, Rev. Louis Aiello. I have known Father Lou for 14 years, having worked closely with him over the past seven years. It's during this time that I have come to know Steve. I am aware that a jury has convicted Steve of certain crimes and would like to offer my beliefs on Steve's personal character.

Steve is a gracious, caring, compassionate man who values faith and family above all other things. I have witnessed the tender care he extends to his brother who daily faces the challenges of physical disabilities. I have personally found him to be a humble man of impeccable integrity. In 2013 I semi-retired from my position as publisher of a large, local community newspaper group (Scotsman Media). My job involved consistent contact with local civic, government and business leaders. Whenever Steve Aiello's name was mentioned in conversation, it was accompanied by words of respect and deep appreciation for the development work he accomplished in the Syracuse area. His reputation among these community leaders was unblemished. As I got to personally know him better I came to understand why he is held in such high regard. He is a good, honest man. I have had the opportunity to chat with him

about his personal and professional challenges during this ordeal and his concern has never been for himself but rather for his family and the continued well-being of the employees of his company. He has displayed great courage and selfless devotion to the care of those close to him despite all distractions.

Sending a man like Steve to prison serves no purpose other than to harm the well-being of not just his family but so many good, caring and hardworking people who contribute so much to our community. They work for Cor Development, their many supporting contractors and vendors and civic institutions. More so, the people of New York will suffer from such a penalty. Steve's contributions will continue to help the Upstate New York area flourish and I pray that the judicial system will see the harm that a prison sentence will cause so many.

Respectfully yours,

Rev. Mr. Thomas C. Cuskey
8086 Ginger Rd.
Liverpool, NY 13090