Eileen Dailey
D1

August 7, 2018

Eileen Dailey
220 Parsons Rd.
Camillus, NY 13031

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I have known Steve Aiello since he was 15 years old. At the time, I was an administrator at Maria Regina College, a two-year private college for women on the north side of Syracuse NY. Steve's older sister Caroline and I worked together in the Academic Dean's office and we began a friendship that has spanned 45 years. I have continued to have a warm relationship with Steve and his siblings to the present day.

In the 1970's, the Aiello family welcomed me into their home and I became such a frequent visitor and dinner guest that their Dad referred to me as his "Irish daughter." It was during this period of time that I first got to know and enjoy Steve. Steve's parents, Lou and Fran were among the most loving and generous people I have ever known. I truly believe that spirit of love and generosity was passed on to all four of their children. I know that Steve has a generous heart and have heard that he has done much good for many in the Syracuse community as well as for members of his family.

I am aware that Steve has been convicted of certain crimes and that he is awaiting sentencing. I am so hopeful that his sentencing can be minimal as he and his family has already endured this long trial, and so much negative publicity. I believe Steve, as a truly loving husband to Lori and devoted father to Steve, Tom and Elizabeth is truly no threat to society. I believe a prison sentence for Steve would serve no benefit to him, or our community and would be heartbreaking to all concerned. Thank you very much for your thoughtful consideration.

Sincerely,

Eileen Dailey

Eileen Dailey

Nick Dan-Bergman
D2

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I first met Steve Aiello back in 2007 at a dinner in Scottsdale, Arizona. At the time I had just moved across the country to attend Arizona State University, where I had met his son, who I quickly became close friends with. Despite his always busy schedule, Steve, who has in my experience been a family-first man, had flown in from New York to check-in on his son and get to know some of his new friends from college. I was one of those friends. It would be the first of many memorable meetings over the next 11 years.

I should start by saying I'm fully aware of the charges being brought against Steve at this time and am shocked and saddened by the entire situation. It sounds nothing like the Steve I know. That said, let me tell you a little bit about the man I have come to admire and respect over the years.

**UNUSUALLY KIND & LOVING FAMILY MAN**
From the first time I met Steve and his family, I was always impressed by the love and care they all show for each other. He's built the kind of family anyone would be envious of and would want to be a part of. I spent the last 11 years living in Arizona, far from any of my family often missing that kind of connection. The time I've spent with his family he's always made me feel more like a member of it then a guest of the family. Whether it be inviting me to their family get-togethers during holidays or checking in on me and offering support when I was dealing with health issues, Steve has always been unusually kind to me without expecting anything in return.

**IMPACT ON HIS BUSINESS FAMILY & SYRACUSE COMMUNITY**
You can't talk about Steve without mentioning the tremendous impact he's had on the Syracuse community. Whenever I'd see Steve, business would often be a topic of discussion, as it is something he's incredibly passionate about. For him, his business was never discussed in terms of dollars and cents. Instead, his excitement came from having the chance to talk about the incredible impact he and his team was having on the Syracuse community through their many development projects. I recall numerous stories where he spoke highly of his team and the longevity many of them had at the company through good times and bad. He's always put incredible trust in his business family and provided them an incredible amount of loyalty when

many other business leaders would not, for financial reasons. As someone working in business, this is something I've always admired about him and use as a guidepost for my own career.

As I said earlier, the Steve Aiello I have come to admire and respect is a very different man than who has been described in the court proceedings. It is my belief that this incredibly taxing experience has been an extraordinary learning opportunity that has changed Steve for the better.

An incarceration would have a severely negative impact on his family and business family, who both rely on him as their Northstar and the glue that keeps things together. I would hate to see this process tear these two loving families apart.

I hope you can consider what I have shared about Steve during the sentencing process.

Sincerely,
Nick Dan-Bergman
*A friend of Steve Aiello since 2007*

# Stephen Darcangelo
# D3

**STEPHEN J. DARCANGELO**
**3391 Patchett Road**
**Baldwinsville, New York  13027**
**(315) 289-2273**

August 9, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York,  New York  10007

Re:    Letter of Support for Steven Aiello

Dear Judge Caproni:

This letter is forwarded expressing my support for Steven Aiello whom I know will soon be before you for sentencing.

I have known Steve for over 15 years first as a business associate and for the past five years as a dear friend.  Steve is a man for whom I have tremendous respect and admiration.  He built a business from the ground up that took a tremendous amount of risk, hard work and perseverance. He did this all while raising his children and being committed to his wife, extended family and personal friends.  His business is not only a place of employment for many, but also an extension of his personal values of family, caring and love for one another.

A jail sentence for Steve would be a tremendous injustice to him, his family and the many close individuals with whom he works.  His business will suffer from the loss of his knowledge, guidance and leadership.  His immediate and extended family will be without their patriarch, his children will be without their caring and loving father and his wife will suffer the anxiety of being separated from her loving husband.

Steve has done a lot for his family and his many friends.  But he has also done tremendous things for Central New York.  Not only does he employ an entire workforce that is homegrown, but has completed projects throughout CNY and beyond that have benefited veterans, active duty military families and lower income families.  His financial support to numerous non-profit and volunteer organizations throughout CNY would be greatly missed.

I hope that the character of this hard working, family-oriented man will be taken into account when considering what steps are taken next.

Sincerely,

Stephen J. Darcangelo

Barbara Davis
D4

208 Edgemont Drive
Syracuse, New York 13214

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Your Honor:

I have known Steve Aiello since he was my advisee at Onondaga Community College many decades ago. He was then and is today, in my eyes, one of the nicest, friendliest, kindest and least self-centered or prideful men I have ever known. However, he wasn't the finest student, in all honesty. You can imagine my astonishment, therefore, when at an anniversary dinner at the College, it was announced that Steve had made the largest gift ever given by an alumnus to OCC. But Steve appreciated what OCC had done for him, and when he made good, he did not forget those who helped him along the way. He likes to pay back, and his gift helped many more students on their own roads to success and achievement.

It's hard not to like Steve. He is friendly, open, respectful, kindhearted and giving. He is a family man, a loving husband and father. I know that a jury has convicted him of criminal activity. That does not, however, change my belief in his fundamental integrity. I would like to give you an example. After I retired from OCC, I became head of a small Jewish day school in Syracuse. I hadn't seen Steve in years. But my school was in trouble, and I was fundraising to keep it afloat. I thought of Steve and made an appointment. I knew he wasn't Jewish and that he really had absolutely no connection to the Jewish community, and when I made my pitch, I didn't have a real expectation that I would get anywhere. But to my surprise, Steve was not only attentive and helpful, but arranged a generous donation to our cause. He is what we call in Yiddish a "*mensch*" – a kind, decent human being.

As you can tell, Steve tends to surprise me. The activities for which he was found guilty surprised me also, but I do not think they are reflective of his true character. I believe in redemption and know that Steve is truly capable of walking an honorable path. At heart, he is genuinely a good man.

I therefore urge you to consider these factors in making your decision about his sentencing. There is no great benefit to society in imprisoning a man like Steve, who will not repeat his misdeeds. I would urge, rather, that you find a way to allow him to redeem himself in the eyes of his family, friends and community and to make amends. I know he would dedicate himself to this and would do so meaningfully, as all of his past life is a testament to his fundamental goodness.

Thank you for giving me the opportunity to address you.

Sincerely,

Barbara Sheklin Davis
Professor Emerita
Onondaga Community College

Senator John DeFrancisco
D5

**Senator John A. DeFrancisco**
**6170 Waterloo Road, Jamesville, NY 13078**

August 2, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sentencing of Steve Aiello
   October 12, 2018

Dear Judge Caproni:

Steve Aiello is scheduled to be sentenced by you on October 12, 2018. I am writing on
Steve's behalf to urge you to exercise your broad discretion to sentence Steve to a
penalty other than jail time.

I am well aware of the charges that Steve faced and of his convictions, having closely
followed the case. I am also aware of the creation of the entities by the Governor and
his appointees that resulted in the opportunity to game the system and be put in a better
position to obtain government contracts. And I'm also aware that Steve Aiello was found
by a jury to have participated in the gaming of the system for his benefit.

The fact that a jury found Steve Aiello guilty, and that he did not avoid this corrupt
system created by others, should be outweighed by an otherwise exemplary life. This is
especially true when considering how he and his family have been punished to date.
The attorney's fees and expenses he has paid and the irretrievable damage to his
reputation and to his business that Steve has experienced thus far are much greater
than any financial gain that he realized from the state contracts that were secured.

More importantly, Steve Aiello is a good man who made a mistake. I have known him
for about twenty years and have known him to be an honest man of good character. He
has had the reputation of being a fair and honest general contractor and developer.
Having come from humble beginnings, by hard work and determination, he has built a
highly successful business that has provided jobs to thousands of people and economic
development to New York State.

Steve was on the Board of Directors of Onondaga Community College from 2008 to
2013, during which period this SUNY College experienced unprecedented growth. He
also was a board member of the Franciscan Companies, which provides health care

and other assistance to Central New Yorkers. In addition, he served as a board member of the Everson Museum, and the Greater Syracuse Chamber of Commerce and further was a member of the Executive Committee of the group responsible for the incredible renovation of the Cathedral of the Immaculate Conception Church in Syracuse.

Steve's charitable donations are numerous. Either he or his company, COR, donated between $10,000 to $65,000 to each of the following: the Elmcrest Children's Center, the Boy Scouts of America Longhouse Council, Francis House, the Boys and Girls Clubs of Syracuse, the Salvation Army, Hospice of Central New York, In My Father's Kitchen, the Symphoria Orchestra, the Town of Manlius Police Benevolent Association, the American Heart Association and the Upstate Cancer Center. He also donated smaller amounts to other charitable and non-profit organizations too numerous to list.

As I stated above, Steve Aiello is truly a good man. The fact that he was found guilty of the charges tried before you requires sentencing, but in imposing that sentence, please strongly consider Steve's lifetime service and charitable works in arriving at that sentence. For the above reasons, I urge you to sentence Steve Aiello to something other than jail time.

Very truly yours,

John A. DeFrancisco
State Senator

JAD/jd

Robert Delmastro
D6

September 13, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I met Steven Aiello 5 years ago this past summer through a mutual friend who is also a relative of Steve.

We connected professionally right away and started working on a project together. Through regular contact over time, our relationship grew on a personal level and we became friends.

Steve has an unwavering ability to bring people together. I have seen Steve treat not only myself, my employees and my family, but his family, business associates and employees with high respect and regard. It is in Steve's nature to be concerned about the well-being of others and it's obvious he does his best to be everything to everybody.

I realize a jury has convicted Steve of certain crimes and the Steve I know has the courage to continue on his path of honesty and hard work, all the while making the best for all.

I believe it would be a loss for the entire circle of people who rely on Steve and him in them. He is the glue that keeps so many people together.

Judge Caproni, for the above reasons, I hope you find it in your opinion of Steven's character to absolve him from any prison time.

Thank you for taking the time to read this letter of support for Steve.

Respectfully yours,

Robert Delmastro
7010 E. Acoma Dr. #103
Scottsdale, AZ 85254

# William De Marle
# D7

William E. De Marle
17 Reed Parkway
Marcellus, New York 13108
(315) 559-9635
billdemarle@gmail.com

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: Letter of Support for Steven Aiello.

Your Honor:

I have known Steve Aiello for nearly 10 years. Our relationship is both a professional one as well as one of a strong friendship.

I am the Co-Executive Director of Empire Housing and Development Corporation, a small private not-for-profit 501 (c) 3 corporation located in Syracuse, New York whose primary mission is the development of affordable housing opportunities for low and moderate income households as well as fostering community revitalization in the City of Syracuse and around New York State. Incorporated in 1993, Empire has a proven track record as both a developer and consultant. In 2009, we were contacted by Steve's company (COR Development Company, LLC) in regards to a housing project (Beaver Meadow Apartments) they were developing in Watertown, New York. The project, when completed, would produce 296 units of quality rental housing in a community in desperate need of additional quality rental housing units. Steve and COR were interested in making 60 units affordable to low/moderate income households. Empire was hired as a consultant to help them achieve this goal. Three years later the project was completed as promised and acclaimed as a huge success in the Watertown community.

I am aware that a jury has convicted Steve of certain crimes. I know spending time in prison is a possibility for Steve. Although, I personally do not see how anyone would possibly benefit from that. A prison sentence would only have a negative impact on our Upstate New York Community, a community that Steve has spent his adult life trying to improve and make a better place for us all to live.

From the moment I met Steve at that first meeting for Beaver Meadow in 2009, I realized that he had a certain presence about him. The work atmosphere at COR came across as a very positive one. Everyone was focused and worked hard, they were all talented at what they did

and the staff seemed happy to be there. It was a very welcoming place and it was obvious it came from the top down. At that meeting and ever sense, I have found Steve to be somewhat quiet and reserved, and not a loose or glib talker, but he always shows his interest and gives close attention. I had instant respect for Steve, and from that day forward I had a new colleague and had made a friend. In the ensuing years, Empire has continued to do more work with COR and I have always been very pleased and grateful how Steve has taken a keen interest in the mission and work of Empire Housing and Development Corporation. People with money and influence are often worlds away from homelessness, poverty and violence. Not Steve, he is always there to help and collaborate with us in any way he can.

Through the years our friendship has also grown. From business meetings, pursuing various opportunities to help our community, time spent with family, attending a sporting event, a morning out fishing, a camp fire, a meal, whenever getting together, the times have been enjoyable.

I have taken notice and have been impressed that over time, whenever I have visited a COR worksite, Steve always goes out of his way to say hello to the laborer, the plumber, the electrician, the painter, etc., etc. Always. Steve puts a smile on people's faces. Steve is a good person, he cares. I know him to be fair, trustworthy, honorable, loyal and respectful. These are the words that come to my mind when I think of Steve. I cherish my relationship with Steve.

I consider myself a family man. I am 63 years old and I love my wife Janet and my two children, Kade (15) and Ellie (12). I try hard to be the best husband and father I can. It is the role of my life. Your Honor, I tell you this because it takes one to know one and Steve is one. He is a good husband and a wonderful father. Through the years, I have enjoyed the time I have been able to spend with Steve and his family. As we grow older, we realize it is less important to have lots of friends, and more important to have real ones. I am proud to say that Steve is my real friend.

This year, on April 25th, I finally succumbed to the fact that I could no longer walk without great pain, and it was time for surgery, a total ankle replacement. From day one of my going to New York City for what was a successful operation to today, whenever talking with Steve, despite everything going on in his own life, he has shown more concern about my life, my recovery, my well being than anything else. That amazes me. Steve has been a friend, who is always there.

Currently, COR is developing the Inner Harbor of Onondaga Lake in Syracuse, New York. It is the beginning of the realization of an opportunity that our community has been trying to bring to fruition for decades. As a matter of fact, Empire is partnering with COR on re-developing a dilapidated former manufacturing complex in that area. It is our plan to re-develop the site in to an affordable senior housing project. The development of the Inner Harbor is a 5 to 10 year venture. It is one of the keys to our community's future. A prison sentence for Steve would be a devastating blow to both this development and our community as a whole.

Steve Aiello is a true friend to me, he is a true friend to our community. I respectfully request that you thoughtfully consider his years of good work, his record of achievement, the person I know, the person the community knows as you make your decisions.

Respectfully yours,

Bill DeMarie

Susan Demas
D8

Susan Demas
8427 Woodbox Rd
Manlius, New York 13104
September 10, 2018

Honorable Valerie E Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor:

Over the past 18 years, I have known Steve Aiello as a father, son, brother, and a friend. We met 18 years ago as our youngest sons were entering kindergarten. We always saw each other at school events and soon realized that we had an older son the same age has his daughter. So we started to see each other more as our children became involved in middle school activities. Steve never missed an event. He was always there for his children throughout high school. My oldest son became friends with Steve's oldest son and he was often invited over to the Aiello's to play together. They both studied and received their Amateur Radio licenses together. Soon both of our boys were invited over and I always felt it was a great environment for our sons as all of Steve's children are incredible people, and you know what they say, "the apple does not fall far from the tree". Steve and his wife Lori are responsible and loving parents.

Steve learned that I am a Physical Therapist and hired me to work with his aging mother. She could always count on Steve if anything needed to be done around her house. He checked on her all the time. He was a loving and caring son. After she passed, his brother presented with health issues. Steve always helps his brother out by arranging any assistance his brother needs around his home. Steve is there for moral support with a phone call or visit. Steve's family ties are very strong.

I consider all the Aiello Family as good friends. Steve is a great listener and is always willing to lend a helping hand. Steve was very mindful of his community when he built the Fayetteville Town Center. During the winter he sponsored and maintained a well-lit and safe public ice skating rink at the Town Center for everyone in the community to enjoy throughout the long winter Syracuse months.

I am aware that Steve was found guilty of certain crimes. This is very unfortunate, as the Steve Aiello I have known for 18 years has always been honest, trustworthy, caring, and loving. Sending him to prison would be detrimental to his family. His children are young adults now but need their father for guidance and support. His brother needs his support as he continues to struggle with health issues. I believe justice would be served well with Steve's sentence being limited to public community service. Steve is capable of performing such services with dignity. He could serve and improve his community for youth, adults and seniors.

Thank you for reading this letter and taking my suggestions into account as you make your decision.

Sincerely,
Susan Demas

Sidney Devorsetz
D9

# Sidney Devorsetz, PLLC
### Attorney

Hamilton White House
307 South Townsend Street
Syracuse, New York 13202

315-422-6600
Fax: 315-422-4228
sd@siddevorsetz.com

September 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Steve Aiello

Dear Judge Caproni:

I have been engaged in the practice of law for 58 years, concentrating in real property valuation litigation. I have known Steve for over 25 years, and have been familiar with his excellent reputation as a real estate developer and a responsible member of the community. He has enjoyed an impeccable reputation for integrity, fair dealing, and for his deep devotion to his family, Church and friends.

In representing a condemnee in an eminent domain proceeding, I required an expert in the area of retail real estate development. I reached out to my friend Steve due to his experience, knowledge and impeccable reputation. Steve agreed to undertake the assignment of analyzing the property (which was recently acquired by the State of New York by the exercise of the power of eminent domain) to opine whether at the time of acquisition was it ripe for retail "big box" development. Steve inspected, investigated and analyzed the property for its feasibility as a retail "big box" site. He prepared a letter report, and subsequently testified in the valuation trial on behalf of the property owner. When he was not totally comfortable or had reservations about opining to certain matters, he refused to render an opinion as to those issues.

My impression (limited to reading newspaper accounts) is that Steve was uninitiated in the workings of government, and was recommended to individuals who were experienced, but corrupt.

He and his family have suffered profoundly. I respectfully submit that incarceration is not warranted in these circumstances. He is a good person and a solid citizen.

Respectfully submitted,

Sidney Devorsetz

James and Teresa DeWitt
D10

175 Homecroft Road
Syracuse, NY 13206
September 3, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni,

We are writing this letter in support of Steven Aiello whose sentencing is scheduled for October 12, 2018. We have known Steve and his family for many years but became better friends in the early 1990's when our children attended school together at Blessed Sacrament in Syracuse, New York. We truly have a high regard for the entire Aiello Family and even more so for Steve's Nuclear Family, Lori, Stevie, Elizabeth and Tommy.

We are aware that the jury has convicted Steve in certain crimes and we know and believe in the USA Judicial System. We know that Steve was given a fair trial and that the jury convicted him of certain crimes. However, we are writing this letter in hopes of supporting Steve and his family in the sentencing that you will bestow on Steve and will impact not only Steve but also his entire family and community.

In the early years, Steve's son Stevie and our third child and son Luke were in the same class at Blessed Sacrament and were friends. Also our daughters, two years younger then the boys, Elizabeth and Kara, were in the same class and were also friends. Besides all the functions at school and church, they all were involved in Scouts. The boys needless to say were in Boy Scouts. Steve was very involved in a variety of activities, meetings, Boxcar Derbies, camping, etc. Steve, unlike many of the other dads would actually wear the Boy Scout Uniform, which to us shows true dedication and love. He had such high regard for his family that he would go above and beyond to make them as well as the rest of us comfortable.

Lori and I (Teresa) were Girl Scout Leaders for one of the Troops at Blessed Sacrament. One weekend we were taking our Troop to an

overnight camping trip. Steve helped us pack since Lori and I were not "experts" on camping. One of the things, we were suppose to help our troop do is to make a fire so we could cook our meals. Steve was quite concerned that we wouldn't be able to get a fire started so he sent us with a portable gas grill just in case! And it was a good thing he did because he was right we couldn't get a fire started and fortunately the girls did not go hungry! He really had the girls' best interest in mind and a big heart knowing that the girls would be fine. He definitely knew the two of us!!

Another time on a Scouting Adventure, Lori and I were driving up 481 North going to an event, Lori pointed out the very first sign that she and Steve had put up for COR as it was just being established. It was a small white sign, Lori was so proud! Steve and Lori, together, worked hard for their success, it wasn't just handed to them; it took a lot of dedication, love, and courage as a young family to establish a successful business.

Steve was and still is very devoted to his family. They are FIRST, his wife, children, brother, sisters, (though we didn't know) dad and his mom who lived until she was 95 years old. He has always been there for them and had their best interest in mind.

Judge Caproni we know your job is to sentence individuals after they have been found guilty of a crime. We are sure this isn't an easy task. You have to make very difficult decisions impacting many individuals. We truly believe that in Steve's case sentencing him to prison would NOT benefit ANYONE. As a retired Syracuse City School Teacher (Teresa), I have seen over and over individuals sent to prison and in many cases there could have been a better way to pay back their debt to society.

In Steve's situation, an educated, successful businessman with a HUGE heart would be more beneficial to help our community with service. Here in Syracuse we have a large population of Homeless Men, Woman and Children. We deliver sandwiches to the Oxford Inn a Homeless Shelter for Men in Syracuse for our church, Blessed Sacrament and know one of the Directors personally and there is always a need to help. We also have a large Refugee Community who could always use help in resettlement or education. And there are so many children, teenagers and young adults in the Syracuse Community that could use help and support in so many avenues. There is so much NEED! Wouldn't Steve's service to the community in which he lives be more valuable?

We believe that Steve would make a positive influence in our society by serving, working, helping those in need then to be sitting in prison just waiting for his time to be finished.

We truly appreciate your time and consideration in the case of our friend, Steven Aiello.

Respectfully,

James and Teresa De Witt

Jacqueline DiMarco
D11

Jacqueline L. DiMarco
2943 Hamlin Avenue
Canastota, NY 13032

September 12, 2018

Honorable Valerie E. Caproni
United State District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    Steven Aiello

Dear Judge Caproni:

I have known Steve Aiello for the last 20 years. I started working at Mannion & Copani in September 1998 as a receptionist. I remember opening the files for COR Development Company back when the company just started. I have watched COR Development Company grow into a great company which has developed many areas in New York State.

Steve is a devoted family man. His wife Laurie is the sweetest person I've ever met. Steve has three children. I've had the pleasure of talking with his oldest son Stevie when he would come into our office. Family is very important to Steve and he is a dedicated father and husband.

I don't believe Steve should go to prison for the crime that the jury convicted him of. Such a punishment would not be fair for someone who has done so may positive things for our community. When making your decision regarding sentencing, please take into consideration all the good things Steve has done for his community.

Respectfully submitted,

*Jackie DiMarco*

Jackie DiMarco

/jld

Barry Dixon
D12

August 7, 2018


Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I'm writing in support of Steve Aiello. I can't say I know Steve well, but have been with him in social situations over the past few years, and had the occasion to speak with Steve several times. What stood out most was his commitment and regard to family. I believe and think Steve does also, that family is the most important thing we have. He prefers being home with his family, rather than out socializing.

I also believe Steve had added a great deal to our community by the projects he has built and subsequently the people who have been employed because of that. I have heard from several sources that he is very generous and supportive of many local charities.

I know Steve has been convicted of certain crimes, but do not believe sentencing him to a prison term would serve any purpose or benefit to society.

Thank you for considering this letter of support as you make your decision in sentencing.

Respectfully,

Barry M. Dixon
4350 Southern Pine Way
Syracuse, NY 13215

Richard Paul Dodd
D13

# Northwestern Mutual

**Paul Dodd** CLU®, ChFC®, CLF®, MSM
Managing Partner

34 Aspen Park Blvd
E Syracuse, NY 13057
315 671 1801 office
315 434 9155 fax
paul.dodd@nm.com
syracuse.nm.com

August 21, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni:

About 10 years ago my current lease for my business expired, and I was looking at options to relocate my business. I was referred to the top builders in the Syracuse area, and one of those was Steve Aiello. In the end, I went with Steve and COR, and not for one minute have I regretted that decision.

Steve has become more than a business partner to me and my wife Daynia. We have hosted him and his wife Lori to gatherings in our home over the years, and consider them personal friends. I have tremendous respect for both of them, and hold them in the highest regard. Even though I am aware of his recent conviction, that does not alter my feelings of love and respect for Steve as a person and as a friend.

As a landlord, I have experienced Steve to be completely trustworthy and meticulous. He has been a man of his word. My respect for Steve has been so complete that I never felt it necessary to overly analyze my lease agreement with him, as he fulfilled every commitment he verbally made to me many times over.

A few years ago, Steve and I explored whether it made sense for my company to exit our lease early and move to the Inner Harbor development as an anchor tenant in COR's latest project. At no time did Steve pressure me to do so. He patiently explained the pros and cons, and up to this point we have elected to stay in our current location. I always felt, and still do, that Steve would support whatever decision I felt was the right one.

Steve, Lori, and indeed his entire family, have been a pillar in our Syracuse community for many years. Steve is a loving, sensitive, and others centered person and friend. I am completely convinced that we as a community would be far better off with Steve not incarcerated, and able to be a productive member of our city. Steve and Lori make our community a better place to live. Steve himself, by his friendship, has made me a better person and a better citizen. I love him dearly and hope you will see fit to allow him to find ways to make Central New York a more beautiful place to live.

Sincerely

Richard P Dodd

Northwestern Mutual is the marketing name for The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM), and its subsidiaries and affiliates, including Northwestern Mutual Wealth Management Company®, Milwaukee, WI (NMWMC), a wholly-owned company of NM and limited purpose federal savings bank. NM is not a partnership or legal entity. Richard Paul Dodd is a General Agent of NM (life insurance, annuities and disability income insurance) and Northwestern Long Term Care Insurance Company, Milwaukee, WI, a subsidiary of NM (long-term care insurance), and a Registered Representative and Investment Adviser Representative of Northwestern Mutual Investment Services, LLC, a wholly-owned company of NM, broker-dealer, registered investment adviser and member FINRA and SIPC. NM is not a broker-dealer, registered investment adviser or federal savings bank. Managing Partners are not in legal partnership with each other, NM or its affiliates. There may be instances when agents of NM represent companies in addition to NM or its affiliates.

Debra Douthit
D14

Debra A. Douthit, MA, LMFT    120 Stinard Avenue    Syracuse, NY 13207    315/478-0083    www.cnytherapist.com

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

31 August 2018

Dear Judge Caproni:
I am honored to write this letter in support of Steve Aiello.  I understand that he's been convicted by a jury of certain crimes.  When I first learned of the opportunity to help illustrate for you the man you're about to sentence, I enthusiastically volunteered as I am deeply troubled by the prospect of his being separated from his family and taken from our community.

The identifying contexts from which I write this letter:
  a) As a licensed and practicing Marriage and Family Therapist with over 32 years of experience in the greater Syracuse area, I've worked with clients from a broad spectrum of society, including those who've been mandated for services, those who've been sent by their governing church bodies for disciplinary action, sex offenders, gang members, the incarcerated, those with addictions, as well as couple, family and pre-marital counseling.  For many years I was an Approved Supervisor for the American Association for Marriage and Family Therapy providing clinical supervision to student therapists.  I've done home-based therapy for at-risk children in their homes in the "war zones" of Syracuse, and been the only non-felon in a room of violent offenders to teach them relationship skills.  For close to 20 years, I've been an educator on interpersonal relations.  As LMFTs are the only mental health profession specifically trained to work with more than one person in a room, and with over three decades of experience under my belt, I'm well adept at "reading" individuals and quickly sizing up the relationships between and amongst people.
  b) I was raised in a very proud military and law enforcement family where one's handshake and word were equal currency to one's signature; I know what service and honor look like.  Moreover, my husband and I live our lives in opposition to greed via the process of "re-neighboring" whereby people of means reside in what are diplomatically known as "transitional neighborhoods" to create stability from within with the goal of promoting home ownership in the inner city.  I'm not the least bit impressed by earthly wealth, and indeed tend to view it from a position of deep caution.
  c) In addition to being an acquaintance of Steve Aiello's for approximately 10 years, I've worked professionally with and know personally several people in his employ --- who have known Steve on a deeper level than I have --- from contractors up to and including his closest confidants who've known him his whole life.

d) As a resident of Syracuse for 32 years, I have seen the very positive effect of COR on our larger community, in particular the Inner Harbor which is adjacent to my neighborhood.

In reflecting on what I've heard of and know about Steve Aiello, I'm struck by the consistency of his persona and how others experience him. Across a breadth of contexts, from the powerful movers and shakers down to and including the salt of the earth, Steve is perceived the same way.

It is from the above contexts that I have gleaned and respectfully offer for your perusal the following considered aggregate of Steve Aiello's character.

*Steve Aiello is a leader, not a team player.* He is known to be the sole (sometimes strident) voice of dissent if his conscience moves him to do so, or if the people impacted by a decision currently on the table might be ill-impacted. Known as a force to be reckoned with, he's not afraid to buck the system if his conscience dictates that.

*Steve Aiello despises hypocrisy.* He's no more critical of others than he is of himself. His employees speak of his high standards and how it's hard to get beyond them because Steve holds personally those same standards.

*Steve Aiello is guided by a moral compass.* Not interested in taking more than was earned, he expects the same from others. Steve demonstrates consistent integrity. Though I cannot state this as fact, I suspect that Steve is highly motivated to live up to the standards set forth for him by his incredibly industrious north-side Italian parents, and to honor them with his daily example. Like many of our parents, reputedly the senior Aiellos were intractable in their values of hard work, honesty and honor. Receiving charity was verboten; offering charity was expected, and one's reputation was only as good as one's moral compass. So strong is his clarity on what is morally correct that he will not agree to a plea that is untrue *even at the price of his own freedom.*

*Steve Aiello is a very generous, loyal and benevolent leader.* He doesn't need to earn more money for himself; he is concerned about continuing to provide jobs and income to the loyal people in his employ. He feels a deeply rooted sense of responsibility to take care of others and to give back to the city that was the backdrop for his parents' lives. Despite his occasional volatility, he is seen as quite big-hearted. His employees speak of behind-the-scene kindnesses that Steve has offered them when their lives threw them curveballs. That despite being a man of prestige and power himself, he's loathe to lose sight of his upbringing and standards by which he was raised.

*Steve Aiello's brutally honest.* He's not afraid to be aggressively and bluntly straightforward, which some find intimidating. He appears to lack pretense or duplicity, and is a what-you-see-is-what-you-get sort of fellow.

Your honor, there are simply not enough leaders with Steve Aiello's fortitude, honesty and integrity.  He is well respected and trusted by his employees and countless community members and leaders.   Companies contract with COR largely because they trust Steve Aiello.  COR's reputation is based upon their consistent ability to deliver and Steve Aiello's rigid integrity.

Removing from our community the Face of COR upon whose trust multi-million dollar projects for our small city are based, could be devastating to our community that's been only recently on the upswing (to some large extent due to COR) after years of languishing.

As a long-time resident who is also invested in the revitalization of my city, I quite sincerely ask you to carefully consider the cost to Syracuse as you prepare to sentence Steve Aiello.  I'm grateful for your time, Judge.

Respectfully submitted,

Debra A. Douthit, MA, LMFT

Clinical Fellow          American Association for Marriage and Family Therapy          NYS License: 00090

Scott Drummond
D15

Scott Drummond
1637 N. Salina St.
Syracuse, NY. 13208

Honorable Valerie Caproni
United States District Court
Southern District Court
40 Foley Square
New York, NY. 1000 7

Dear Judge Caproni,
Hello, my name is Scott Drummond
I am writing to you on behalf
of Steve Aiello. I have been
Welcomed, & hired back to Seal
Mr. & Mrs. Aiello's driveway for
the past 15 yrs. Right from
the beginning moment of
our first meeting it was insisted
that a first name basis is our
form of communication. Once a
year my service & I have been
made to feel appreciated, & important
to them. The young Aiellos in & out
of the house always have a friendly
greeting, & pleasant conversation for
us.

Which in my opinion, is a testimony of great Parenting. Please excuse my ~~writing~~, penmanship + format of this letter. I haven't a copier or Secretary. As a matter of fact I often take my paperwork to the Syr. ~~Inner Harbour to focus~~ on. I have watched it become transformed to a most beautiful, relaxing, + safe place that I benifit from as does the community at large here in Syracuse. As I've watched the Earth being transformed, beautiful, solid structures go up, I am even more proud to Know Steve as I am aware C.O.R. is responsible for such a feat.

I do not know much of the particulars of Steve's potential future could be with your Honour, but I am positive the greater community would benifit seeing more of Steve, + certainly be missed from his

Sweetheart of a wife Lori, children, + family (extended). Right down to their 2 characters for family pets the have, (Boxers) If he wasn't around all the Sudden.

Thank You for reading my experiance with some decent + likable folks. When this chapter concludes for Steve, If he ever ran for public office, I'd vote for him with the highest Confidence.

Sincerely,
Scott M. Drummond

Scott M. Drummond

Secure Seal
(315) 463-0872

Pam Dwyer
D16

Honorable Valerie E. Caproni

United States District Judge Southern District of New York

40 Foley Square New York, NY 10007

Re: Letter of Support for Steven Aiello

Hello your Honor ,

Good morning to you and thank you for allowing me to write a note on Steve Aiello. My name is Pamela Dwyer and own a small business here in Syracuse called LadyBug LunchBox. Its very small, so small I am the only employee.

My business is a local food truck and over the years I have had opportunity to work on a few of COR construction sites all over the CNY area. Over the years I have meet Mr. Aiello through our kids attending school together in elementary school at Blessed Sacrament.

Lori, his wife, is a lovely lady who would take time to chat on various kids activities. When I have worked on various job sites I really never saw Steve Aiello , I believe he was in the office running the business. To say I know this family well would be a false statement. I feel though that as a community we all fit together as people do thru entanglements of Life we share.

I have heard thru the News that Mr. Steve Aiello is in trouble with how contracts were awarded or that Grants and Land were not correctly obtained. Sadly I never follow these things. In the news but in regards to Mr. Steve Aiello, I believe that what I see from him is that he is a good man to his family and works hard to bring good things to our community which is hard to find in our world today.

Respectfully yours,

*Pamela Dwyer*

David Eade
E1

David T. Eade
210 Kensington Place
Syracuse, N.Y. 13210

August 24, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Steve Aiello

Dear Judge Caproni,

I am writing this letter to you as someone who has been a commercial real estate agent and/or broker in New York State for more than 44 years. I doubt you will receive correspondence from anyone who has had a longer professional relationship with Steve Aiello. The reason for this is that I was the first person to hire Steve into the commercial real estate industry more than 30 years ago. He was young and inexperienced but he immediately demonstrated a strong desire to learn and an incredibly strong work ethic. As his sales manager I had the privilege of watching him rapidly mature into an accomplished sales agent with unique insights into the development potential of vacant land and under-improved property. His sales skills were exceptional. He did everything with the utmost integrity and represented the firm we worked for with the highest level of professionalism.

In the early 90s Steve went to work for a very successful developer in the Syracuse area. I decided at the same time to step back and I left the large firm where I was the vice president and sales manager to work independently as a broker. When Steve founded the COR Companies around the year 2000 I was an established figure in the central New York real estate industry. I had already been in the business for 25 years. I could work at any firm I wanted to and would have been welcomed with open arms or I could finish my career as an independent broker working on my own. I contacted Steve and told him I wanted to work with him. He had a reputation for honesty, integrity and hard work. I knew he would take COR to great places and he would do it the right way. I recall a conversation with him soon after I was at COR. I informed him that an individual representing a large national restaurant chain was hinting at receiving part of our fee in exchange for his loyalty. Steve immediately decreed that we wouldn't even consider such an arrangement and that if I was asked again we would cease to do business with that company. This was not only consistent with the Steve Aiello I had now known for almost 20 years but it gave me a great level of comfort that I had made the correct

decision when I decided to move to COR. To this day am proud to say that I keep my license at COR Brokerage. I will finish my career there.

The commercial real estate business is unique. It requires an abundance of patience. Some business transactions take years to complete. I learned early on and instructed Steve and numerous other agents who worked for me that when a client gave you a path to the finish line you should follow that path. The only exception being a request to do something we knew was illegal. If a client preferred a specific architect, engineer, lawyer, or consultant we would embrace that particular person and work with him or her to get the job done. This philosophy not only brought a level of confidence and comfort to the client, it simultaneously increased our business relationships.

On a personal level I have had the pleasure of knowing Steve and his amazing wife, Lori, from the time they were newlyweds. I recall the ecstasy Steve exhibited when each of his three children were born and the great conversations we had over the years about the concerns and responsibilities we, as parents, had in making the correct decisions for the well being of our families. Anybody who knows Steve well is fully aware that there is no business success that takes precedence over having a strong, cohesive family. He not only knows it, he lives it. Moreover, he extends this same philosophy to the arena of contributing both his time and treasure to the central New York community. The donations he has made to religious and civic institutions over the years would lead anyone to conclude that he is much more than just a very successful businessman. He is an irreplaceable asset to his family, the business he founded and has worked so hard to grow and the community he lives in and loves. Taking him away from that would devastate his wife and children and most likely ruin or severely impact the lives of hundreds of people he employs and/or contracts with.

Sincerely,

David T. Eade

David T. Eade

Karen Engst
E2

09/01/2

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Steve Aiello

Dear Judge Caproni,

I am writing to you today to share my experiences with Steve Aiello. I met Steve Aiello in 2016. I approached him and was given a job running a fitness studio in Fayetteville, NY. Over the next three years I came to know and train Steve and several of his family members. Steve is a very kind and thoughtful man. His wife and children are incredibly sweet people. During my employment Steve and his staff had interactions and suggestions on the fitness studio. My interactions were fair and respectful. Late in 2012 my father became terminally ill.

Several times, Steve Aiello highly recommended I take time off to care + visit my father in Florida. Quite frankly, I was trying to lose myself and avoid dealing with my father's terminal illness. Steve told me to take the time or I would regret it. My taking time off put stress and strain on the smooth running of Steve' Aiellos Fitness Studio, yet he continued to recommend I go. I was in charge of 10-12 other instructors. I witnessed Steve giving employees multiple opportunities to correct behavior prior to dismissal. Eventually, It was clear that I would not be able to grow the fitness Studio that we both knew was possible and I was let go. My employment was terminated but I was always treated with the utmost respect and kindness by Steve and his entire staff and his lovely family.

In my humble opinion a prison sentence would in no way benefit society. I am aware he was found guilty of certain crimes. A prison sentence would devestate his incredibly kind spirited family. Steve Aiello is a business man who has given opportunites to so many in our community. Every interaction I have seen or had with him has been fair and just, coming from an employee that was fired by him.

Thank you for your consideration

Respectfully, Karen Engst
846 Narcissus Ave
Clearwater Fl
33767

Thomas Epolito
E3



8/7/18

To: Honorable Valerie E. Caproni
From: Thomas Epolito

Ref: Mr. Steve Aiello

Dear Judge Caproni,

It is my understanding you have the responsibility of deciding sentencing for Mr. Steven Aiello. I am fully aware that a jury has convicted Steve of certain crimes and his future remains in your hands. With that said, I'm sure you would agree there is so much more to one's character than what is presented in a court of law.

Therefore, I felt the need to reach out to you with hope of giving you a greater sense of who Steve Aiello is based on the many years I have known him.

For nearly 4 decades, I have had the good fortune of calling Steve Aiello a friend. He is a devoted husband, a loving and caring father of 3 adult children and he has been honored and recognized as a community leader. Under the guidance of hardworking parents, teachers and clergy, he was taught traditional family values and learned the importance of giving to those less fortunate. He has a unique way of bringing the best out of people and his positive outlook on life seems to leave those he comes in contact with, hopeful in difficult times.

Nearly 20 years ago, Steve announced he was starting a new company called COR Development and as a loyal friend he commissioned my marketing services for this new venture. Knowing Steve and the principles he stood for I proudly accepted the opportunity without hesitation. It is for that leap of faith I remain grateful to him.

Under his leadership at COR Development, Steve has been called on by many charitable organization all of which have relied on the generosity offered by COR Development. To name a few organizations; Charity for Children, Elmcrest Children's Center, The Salvation Army, Make-A-Wish Foundation, Catholic Charities, The Francis House. He and his company are pillars in the community and have been recognized for their unprecedented willingness to give back to those in need.

As difficult as this situation may be I believe Steve's faith will carry him through the days ahead. It is in my humble opinion, sending Steve Aiello to prison would be a detriment to all involved. Your Honor, it is my hope you will take into consideration Steve Aiello's entire character.

I pray for him, his family and I have no doubt your decision will be fair and reasonable under the law. Thank you.

Respectfully,

Thomas Epolito

# James Falk
# F1

Hon. Valerie E. Caproni
United States District Court
Southern District of New York          August 14, 2018
40 Foley Square
New York City, New York 10007

        RE: Steve Aiello

Dear Judge Caproni:

    My name is Jim Falk, I'm the previous owner and founder of Falk Precision Inc. in East Syracuse NY, I'm writing this letter to urge leniency in the sentencing of my friend Steve Aiello.

    I've been a personal friend of Steve for over 25 years. I first met Steve back in the early 90's when his wife Lori and at the time my girlfriend worked as pediatric nurses together at Crouse hospital in Syracuse NY, long before he ventured into business as COR Development Inc.

    Steve has always been a man with incredible integrity and work ethic with strong family values and a zest for life. Steve is a modest and rather shy man whom very much does things in his life because it's the right thing to do, NOT because it would benefit him or his goals.

    Over the years I've been involved in a few non for profit local charity fundraisers that Steve (COR) have been there with generous contributions to help us reach our goals.

    In short your honor I don't believe Steve Aiello is a threat to society but quite the opposite, this shows in all the positive attributes Steve and his company have brought to our local community and state. Please consider my thoughts and comments in the next few weeks when making this tough but respected decision.

Sincerely,

James E. Falk
8731 South Colwell Road
Mannsville, New York 13661-4400

# Christopher Falso
# F2

**Christopher Falso**
182 Summer Haven Drive South
East Syracuse, New York 13057

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York City, New York 10007

August 15, 2018

Re: Steven F. Aiello

Dear Judge Caproni:

Please count me among the many, many people in the Syracuse community who have known Steve Aiello for most of our adult lives and have the utmost respect and admiration for him. I first met Steve in the late 1980s and became instant friends. Steve is and always has been an embracing and accepting person with everyone with whom he comes into contact. It was no different with me.

I am a very private person. I am retired and maintain contact with a very small group of friends. Steve Aiello is in that group and I can't imagine it every changing. Steve is known throughout our community and among all his friends as a man who would do anything for anyone at any time. Steve is a man of great faith in God and he lives that faith daily with others with passion and integrity. Regardless of his legal situation, Steve is very simply a good man.

I understand the difficult decision that you face in sentencing Steve. I'm sure I'm not the only person who has written on his behalf. Reconciling the jury decisions with the man so many of us are telling you is the "true" Steve Aiello may not be easy BUT the longer Steve Aiello may be removed from our community, the worse it is for everyone in our community.

I respectfully implore you to treat Steve Aiello with kindness and generosity of spirit when considering an appropriate sentence. I can think of no one who deserves compassion and leniency more than Steve Aiello.

Thank you for your attention and consideration.

Respectfully,

Christopher Falso

Fred and Sharon Falso
F3

September 5, 2018

6928 Old Quarry Rd.
Fayetteville, NY 13066

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

We are writing in support of Steve Aiello who has been our neighbor for many years. It's difficult to encapsulate our observations and feelings about Steve in a few words. Above all, he is a loving family man surrounded by an equally caring and wonderful family. He's especially people friendly and cares for his family, friends, neighbors and his community with devotion and kindness.

Since he moved into our neighborhood, he has reached out to all his neighbors. He has included us in gatherings at his home, he and his family have stopped by with holiday wishes, he has helped us with our yard work and he is always there to lend a hand to help others.

His kindnesses and good will efforts are not only evident in our neighborhood but in our community. As he has developed Town Center in our village of Fayetteville, he has consistently reached out to the community to find ways to meet our needs, to address our safety and to make our village not only attractive and usable but a place where we feel at home and welcome.

Steve has always shown decency and respect for others and has been highly principled in all that he does, We feel fortunate to have Steve as a neighbor, friend and supporter in our community.

Respectfully yours,

*Fred and Sharon Falso*

# Linda Fire
# F4

Sent from my iPhone

Begin forwarded message:

From: Michael Zavarelli <mz41966@gmail.com>
Date: October 4, 2018 at 8:57:42 PM EDT
To: Daisyincicero@aol.com

Dear Judge Valerie E Caproni

My name is Linda Fire.  My relationship with Steven Aiello dates back 20 years or more.  Gary Fire, my husband, did numerous jobs for Steve. We met him through LanCo, the Joynts, who Gary worked for as an employee and later as an independent contractor.

We are aware Steve has been convicted of certain crimes.  Steve is a charming man.  He doesn't just hang out with the big shots.  Steve encourages small business owners.    Steve has given my sons work. He has helped them establish small businesses.  Steve was instrumental in revitalizing the dead Fayetteville Mall.  It is now a hub of activity.  If you could see and know what was accomplished there, you would understand why a prison sentence would be detrimental to a man with such vision also to the people who live here.  His vision has grown to encompass the whole state.

It's been a blessing to know Steve and Lori.  Praying on their behalf fi r God's glory.

Sincerely
Linda A Fire

Madge Flynn
F5

PSYCHOLOGICAL ⊥ HEALTHCARE, P.L.L.C.

WWW.PHCNY.COM

August 29, 2018

To:     Honorable Valerie E. Caproni

From:   Madge E. Flynn, Ph.D., RLCSW

Re:     Letter of Support for Steve Aiello

Dear Judge Caproni,

Steve Aiello is a friend of mine. We met through our shared enjoyment of health and fitness. Initially I was Steve's spin instructor which is a hobby of mine. Steve and his wife, Lori, showed up in the early morning hours to "sweat it out." They were friendly, happy and humble. It was months after meeting them that I learned they owned the fitness facility that I taught in. Their unassuming approach was and remains refreshing to me.

I am a licensed psychotherapist and have practiced for over 35 years. I can attest to Steve's good moral character and I am glad that our Central New York community has a man such as Steve developing beautiful Town Centers for all of us to use and enjoy. Steve is an approachable business man whom I have consulted with through the years regarding personal and professional considerations. He is a beautiful person through and through.

I am aware that a jury has convicted Steve of certain crimes and I do not think it would benefit society by sending Steve to prison. I am certain that Steve is a man who will transform this tragic period of his life into something beneficial not just for him but for all who know and love him. I believe that Steve will come out of this a stronger person and an even more vibrant community member. I have great faith in Steve because of his fortitude and big heart. It would be a loss to all of us to have Steve sent to prison.

Thank you, Judge Caproni, for taking my opinion of Steve into consideration as you deliberate on his sentencing.

Sincerely,

Madge E. Flynn

T 315.200.1056 · F 315.452.2455
890 SEVENTH NORTH STREET · LIVERPOOL, NY 13088

3300 JAMES STREET, SUITE 100 · SYRACUSE, NY 13206 · T 315.422.0300 · F 315.479.8455
601 E. GENESEE STREET, SUITE 200 · SYRACUSE NY 13202 · T 315.671.0717 · F 315.671.0718
3300 JAMES STREET, SUITE 101 · SYRACUSE, NY 13206 · T 315.422.0300 · F 315.656.6871
8289 LOOP ROAD · BALDWINSVILLE, NY 13027 · T 315.638.2853 · F 315.638.3145
1 ELMWOOD COURT · NEW HARTFORD, NY 13413 · T 315.671.0717 · F 315.671.0718

Megan French
F6

September 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni,

I have known Steve Aiello since 2011 when I met his daughter and my best friend,
Elizabeth, at Syracuse University. The Aiellos quickly became like my second family.
I'm a frequent guest at their home since my own family is far away, and Steve has
always been welcoming, kind and caring. Whether I'm watching Syracuse basketball
games with him or joining in on their family pizza night tradition, Steve treats me
like his own daughter.

I spent several holidays with Steve and his family, including one memorable Easter a
few years ago. He was so excited for me to try his famous Easter frittata and the rest
of the brunch foods that he makes every year. He made sure I had my own candy-
filled Easter basket and hid eggs around the house, even though we were all way too
old for the Easter Bunny.

I also lived with Elizabeth in New York City, and we have been so lucky to have Steve
around for all the typical "dad" tasks. He helped Elizabeth and I move from our
Financial District apartment to our new place together in Lower East Side.
Thankfully he was there to keep us calm when we got to our new home and realized
our set of keys didn't work. He stayed with us in the tiny hallway with the very
frustrated movers until we were able to contact the landlord for assistance. He even
helped us put furniture together and hang all our photos.

I understand that a jury has convicted Steve of certain crimes, but I do not think it
would be beneficial to give him a prison sentence. It would break my heart to see
the Aiello family ripped apart and to have Elizabeth, Steve Jr. and Tom go through
months or years without their father. I'm so proud of all of them and I want Steve to
be able to see everything they will accomplish. He cares so much about his
community, his family and his friends, and I hope you can take his strong character
and family values into consideration for his sentencing.

Respectfully yours,

Megan French

Megan French
99 John Street, No. 708
New York, New York 10038

John Furlong, Jr.
F7

September 6, 2018

Honorable Valerie E Caproni
United States District Court
Southern District of New York
New York, NY 10007

Your Honor,

My name is John Furlong Jr. and I am twenty eight years old and a professional ballet dancer with Les Ballets Trockadero de Monte Carlo, which is a ballet company based in New York City.  I came to know Mr. Steven Aiello, or as I affectionately call "Big Steve" as I became best friends with his children, Steven, Elizabeth, and Tommy,  as we attended the same Middle and High schools. Furthermore, once we were all in high school, his elder two children became my teammates on our schools rowing team, that is when Steve and his caring wife Lori began their friendship with my parents Jack and Teri Furlong.  I have now known Steve, in a close manner for nearly fifteen years and his children for nearly 20.  The feelings I have for Steve are some of the most truest and heartfelt I have ever felt for a grown adult male, other than my father.  He has shown me respect as a child and guidance into my young adulthood, and love and help in any situation I have had over these past fifteen years.  The respect I have for this great man comes from a deep, great affection for his caring heart, his generous mind, and his thoughtful guidance.

I am aware that Steve has been recently convicted of certain crimes.  I am fortunate that my parents live near the Aiello's Jamesville, NY home, and that Elizabeth and I both are based in New York City.  The support their family has given to mine over the years through any trouble we have had has made it imperative to my parents and myself that we check in on this family for any emotional support they may need.  I am in constant contact with them, whether it is through texting or phone calls, as it does not matter what situation it is, our love and respect as friends and 'family' will always stay true.

Steve, is definitely one in a million.  He has a most amazing personality; he has openness for all people, he has patience, and he shows such perpetually love for his wife, children, family and friends.  Since, the moment I came to know "Big Steve" I was apart of his family.  Steve wants everyone in our community to feel welcomed.  When I was 18 and was going to be alone in Seattle, Washington for Thanksgiving, Steve insisted for me to be with his family in Arizona; it was a holiday like no other.  The memories, the fun, and the great stories from that week with my most favorite "second family" will always be close to my heart.  More

so, ever since I was 16 and could drive myself, after every major holiday and after I have spent time with my family I always find myself at the Aiello's. Catching them during their dessert, just in time for an evening of great memories, and laughter, and guidance. When I was struggling in ballet school about the decision of continuing on trying to make my career, it was Steve who sat me down, and said to just go for it. He told me that I shouldn't worry about if I will make money, or if if it work out (since statically get a job as a ballet dancer is under two percent), that if you want to truly do something you just have to do it. That year I got my first job and now I dance around the world doing soloist roles and its thanks to his support that I was able to find the confidence to begin my career. I am ever so lucky to have a second "father figure" as kind, passionate, and patient as Mr. Steven Aiello.

Your Honor, I am aware that soon you will be sentencing Steve. I urge you greatly to consider not sending Steve to prison. In my humble opinion, giving him a prison sentence would not help the community in which he so often wants to improve and loves so greatly. It would not only greatly affect me personally, as well as his most amazing wife and children, but also the many who have been positively helped, not only those by his business ventures, but by the people who get to see his sheer shining personality. I hope you consider my feelings that sending Steve to prison will have a profound affect on the people who love him dearly, as this man is truly one of the most truest and positive people I have the honor and privilege to have in my life.

Thank you for taking the time to read this.

Respectfully yours,

John J. Furlong Jr.

# Theresa Furlong
# F8

August 8, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sentencing of Steve Aiello – October 12, 2018

Your honor,

My name is Theresa (Teri) Furlong, retired US Postal employee for 37 years and Postmaster for 20 years. I now work as a retiree in the family Division of the YMCA. I have had the opportunity of not only working with but supervising thousands of people in my work for the United States Postal Service. In that regard, my understanding of people, their personality, and character leads me to say in the onset of this letter that I have found Steve to be a truly humble man with a mentality of strong service to family and community. He has been respected for not only his service but also his integrity in all matters that I have had the occasion to observe and interact with.

I met the Aiello family in 2002 at a parents association PTA meeting. Steve and his wife were always together and part of his children's schooling in every way. We became family friends as time unfolded

At a time in the beginning of our family relationship I was looking for a space for the Fayetteville-Manlius School 'Crew Team' for winter training. When discussing the need with the Aiello's I was surprised to learn that Steve [without ever showcasing himself] was the owner of the Fayetteville Towne Center mall for a number of years. When asked, he readily donated space in his mall for a year saving the team thousands of dollars. His favorite saying I'd hear time and again is "let me know whatever else you need".

A short time after learning he owned the Mall I discovered from others that he had set aside the most valuable piece of the Mall property for a Gazebo and outdoor gathering space for the community to use for art fairs, summer firework gatherings on 4th of July, a winter Ice rink, etc. with the simple notion: "It's good for the community". It became obvious to all that the rebuilding of the Fayetteville Mall was not just a 'business venture' for Steve and the success of his company, but was undertaken with the intention of helping the community.

In my later discussions with Steve it his ongoing concern was to rebuild Syracuse and [as he would say] "to make it a safe place to live and a place where our kids would want to come back to".

As I have stated above, Steve Aiello is truly a good man who is strongly committed to his family and community. I like others know, that the fact that he was found guilty of the charges tried before you requires sentencing. But in imposing that sentence, please strongly consider Steve's lifetime service and charitable works in arriving at that sentence. For the above reasons, I urge you to sentence Steve Aiello to something other than jail time knowing that a prison sentence would be detrimental to all concerned - both his family which extends to more than blood - to our community family as well.

With my highest esteem, I remain

Very truly yours,

*Theresa (Teri) Furlong*

Theresa (Teri) Furlong
7688 Stonehedge Ln.
Manlius, NY 13104-1310

M. Gabel
G1

August 3, 2018

RECEIVED

AUG 06 2018

O'Connell and Aronowitz, P.C.
For: SRC / SWI / MeH / LF / WD

Honorable Valerie E. Caproni
United state District Court
Southern District One New York
40 Foley Square
New York, New York 10007

RE: Steven F. Aiello

Dear Judge Caproni:

I am writing in reference to the case which involves Steven Aiello, who is being sentenced for various crimes.

I have known Steven for quite some time and I currently work for Cor Development which is like a second home to me. While he is my boss he has become more of a friend and someone I can talk to and look up to. I believe I am in a position to speak to you in regard to Steven's moral character, so I hope you will take this letter into account when making your decision. This is a man we all truly respect and wish the best for.

Steven is a good person. He has always been kind and very generous with others wherever we went. He has a strong sense of duty, which applies in Steven's work and community. He possesses a great deal of integrity and constantly strives to make sure he and everyone around him are doing the right things. I am hoping you will look at my letter and the countless other letters I'm sure you will be receiving and understand that Steve is the kind of person people very much enjoy being around. I truly wish you would see that society will not benefit from sending Steven to prison which would be detrimental to all concerned.

Respectfully Submitted,

Patricia Gallivan
G2

August 27, 2018

Honorable Valarie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY   10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni:

I have known Steven Aiello for 35 years as a family friend through his brother Father Louis F. Aiello. I have had nothing but the utmost respect for Steve since the moment I have known him. When I first met and knew Steve he worked for his father, Louis A. Aiello, doing a long and honest hard day's work in the carpet business. I observed with pleasure him gaining his real estate license and then moving into commercial real estate. In all these work roles he appeared honest, hardworking and ethical. Not an easy task in business or real estate.

I was an active, employed licensed social worker for almost 40 years in the local Central New York community before retiring in 2016. For 23 years, I had responsibilities serving, supervising and administrating for New York State and County agencies that served individuals with developmental disabilities and mental illness. This has given me a unique opportunity to see how Steve have cared for his Central New York community especially individuals in need. What has always impressed me is how Steve has taken compassionately provided for not only his family, but also for his friends and for our Central New York community. I am aware of the many charitable acts and contributions Steve has made that have directly impacted the lives of individuals I served and still serve as a volunteer. It would be remiss for me from my professional and moral point of view not to mention his contributions to the Rescue Mission, Casey's Place (Elmcrest Children's Center) and My Father's Kitchen among many.  Steve's support of Casey's Place for medically fragile and developmentally disabled youths literally enabled many families to keep their children home where they belong instead of seeking placement. His support of the Rescue Mission and My Father's Kitchen helps feed, clothe and minister to the needs of the most difficult to serve and among the most hopeless.

Steve has created jobs and buildings that support new and established businesses.  This has been especially important in the economic drought that struck our country and the Central New York local community. I can't stress enough how tough this time period was in Central New York.  There was little economic development for years, and Steve's leadership at COR was one of the few to risk development  I am aware that Steve and the COR company took a chance on many prospective employees who were inexperienced, or not easily employable.  As a social worker, I understand firsthand the enormous short and long term effects that these employees,

their families and our Central New York community have benefitted from by these bold and honorable actions.

I am also aware of two employees he has helped enormously.  One suffered from addictions and rather than terminate this person's employment he presented the person with an option to seek addiction treatment. This person to the best of my knowledge has been successful in their recovery and continues to be employed. Another example is that he took a chance on employing an employee who had a difficult past work and legal background but was seeking a new beginning. Again this individual demonstrates a success story of employment, renewed hope that changed not only their lives but the lives of their families in a profound manner.

I feel that Steve's support of his community, his employees, family and friends shows his many positive qualities. He has done so repeatedly, humbly and without seeking recognition.   Many individuals with great financial means only use charitable contributions as a means to promote themselves, their businesses and certainly do not support their employees on such a personal level.

I am aware of Steve's recent conviction on the charges of wire fraud and conspiracy and the grievous mistakes he has made. No matter what the sentencing consequences are- I am willing to offer emotional and physical support to the Aiello family, especially Steve's brother, Father Aiello

Since Steve has and continues to be a large employer, and in my experience an honest, generous, and compassionate man, I cannot see nor understand what purpose a prison sentence would serve.  A prison sentence would deny Steve the ability to earn a living for himself and his family, to employ others and to contribute to society through charitable works. Please consider a non-prison sentence and allow our Central New York community to continue to profit from Steve's good works and allow our Syracuse Central New York community to have a chance to continue to grow and thrive.

Sincerely yours,

Patricia A. Gallivan

Patricia A. Gallivan

2

Karen L. Galloway
G3

Honorable Valerie E. Caproni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007


Re: Letter of support for Steven Aiello


Your Honor,

I am writing this letter with love, support and confidence in my cousin,

Steven Aiello.

Our family is a strong, loving, committed group with ties that span many generations in the Syracuse area and beyond.

I've known Steven all my life, which we both come from many generations – 5 to be exact. Our family summer picnics with our great-grandfather, grandfather, aunts and uncles, multiple of cousins, first, second, third, all gathering at Willow Bay on Onondaga Lake every summer. I remember one picture alone, with all the first cousins, numbered 30+.

Steven's character is one of loyalty, honesty and integrity. His love for the Syracuse and New York area of which he was born and raised – is a sign of his commitment to helping Syracuse and the surrounding areas grow.

He is a genuine man, with good business ethics, not built out of the quantity of the American dollar. He learned from his Dad, his uncles, who were all business men back in the day, that started businesses from small seeds, that flourished beyond the years. Those days are gone of the "mom and pop "businesses, but Steven learned the hard work involved, the commitment, love and loyalty that was needed to make it prosper.

Your Honor, for your kind consideration, I do not believe, Steven nor society would benefit from sending him to prison. It would be so detrimental to all parties involved, especially his immediate family.

I do believe that the community would be better served with probation and community service to educate society.

Steven is not a Hard- core criminal. Prison is for one who physically hurts or destroys one's life which violates one of our 10 commandments.

I appreciate your time and consideration in Steven's fate, and in faith, that kindness and mercy will be shown towards Steven.

Respectfully,

Karen L Galloway, cousin

John Giamartino, Jr.
G4

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Steven Aiello and I have been business acquaintances for over a decade. Over the years, our business relationship turned into a personal relationship. Steven and his companies that have performed work for us have been nothing but professional, respectful, prompt and his companies have always gone the extra mile to make our jobs done correctly.

I have read the various news publications that Steven has been found guilty by a jury of certain crimes. Steven, his company, business partners and family have been hard working folks since the day I met them. They have always been proud of their work, willing to go the extra mile, just to make matters right. We have showed our support to Steven and his companies by continuing to use his companies for work as we have done in the past. The quality of their work is second to none.

The companies Steven controls that we do business with have always been honest, upfront and fair. In fact, a few years ago we had a customer drive their car underneath our carport @ one of our restaurants. Unfortunately, the vehicle they were in was too tall and caused significant damage harming the structure of the building which made us close our restaurant for the evening until further review. I personally called Steven on his cell phone, explained what happened and he had his team out there all night so the building was secured so we could open the next day. He had everything fixed and repaired within 5 days. That's the dedication Steven embodies to his customers. When it came time to pay, I inadvertently paid an invoice twice. His company reached out and explained we had paid the invoice already and returned the check to us. These are examples of the culture of his company, honest, hard working folks who do the right thing. He could've very easily deposited that second check and most likely, we wouldn't have noticed.

I believe having Steven in prison for the crimes he was found guilty of, is detrimental to his company and family that have done so many wonderful things for the communities they are involved in. They employ 57 people, 88 security personnel and operate and support 3 counties in upstate NY. Is having the President of a growing company, who gives back to society, has done many phenomenal community projects which have revitalized worn down, dilapidated buildings really the best place for Steven? Hasn't his reputation been tarnished enough over the last several years as this trial has gone on? Hasn't the tremendous financial burden he has withstood with attorneys and business headwinds been penalizing enough? Is having Steven away from his wife and children and businesses which all desperately rely on him the best place in society for him? Shouldn't he be in the community he has helped revitalize over his career? Is being away from his company that employs so many people, has helped bring upstate NY back on the map the best place? Steven is not a violent person, he has never harmed anyone, he doesn't wake up everyday trying to cheat the system, he wakes up everyday trying to make the communities he has lived in his whole life better. In my opinion, that is where Steven belongs.

Respectfully,

John Giamartino, Jr.
President
Tully's Good Times Family Inc.
One Technology Place
East Syracuse, NY 13057
315-432-4546 ext. 21

Mary Girard
G5

September 7, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Your Honor,

I have known Steve Aiello for the past 16 years, as my employer and at different times I directly reported to him. I don't have just one nice thing to say, there are so many. Steve has shown not only to myself but also his employees over the years generosity, respect, caring and support. He has always been the person looking toward the future for his family, company and community. His vision has led to projects that have been developed and given life to communities, jobs to his employees along with other companies and homes to live in. He has developed 8 retail shopping centers that have brought new jobs to the community and communities have enjoyed their shopping experiences. One office complex which again providing new jobs for people. An apartment complex that has 296 apartments and currently 94 percent occupied. He has had the vision to do all of this and much more.

I have seen employees at the company and myself included go through medical issues and the loss to family members. Steve has always made a point to offer any help and support to help through those times. He closes the office during the holidays, so employees have time to spend with their families which is wonderful. Shopping centers are very busy during the holidays he offers days off during the year for those employees that must work. He also has an open-door policy to where all employees including the landscapers, electricians, painters know he is always willing to talk with them.

I understand the jury has convicted him of certain crimes, but I do not think society will benefit from seeing Steve go to prison for any length of time. He has been working on a project at the Inner Harbor in Syracuse for years to bring quality life back to this area. They have been able to build a hotel for the community and currently a 114-apartment building with retail space is under construction so many others in design. The impact of him not being involved will be detrimental to the project. This project along with other projects will bring new jobs, housing and community relations. The community, his employees, his family and future commercial tenant and their employees need to keep this project and many others going for their futures. He impacts so many lives for the good and so many people's futures in this community.

Respectfully yours,

Mary Girard

James Glavin
G6

14 AUGUST 2018

HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NY 10007

DEAR JUDGE CAPRONI:

I AM WRITING TO YOU ON BEHALF OF STEVE
AIELLO. I AM FULLY AWARE THAT STEVE HAS BEEN
FOUND GUILTY ON SEVERAL CHARGES, AND THAT HE
FACES THE POSSIBILITY OF PRISON TIME.

I AM ASKING YOU FOR YOUR CONSIDERATION OF
VARIOUS OTHER PUNITIVE PUNISHMENT, THAT YOU HAVE
AT YOUR DISCRETION. I HAVE KNOWN STEVE & HIS
FAMILY FOR OVER 20 YEARS. STEVE IS A COMPASSIONATE,
GENEROUS, AND VERY FAIR PERSON. HE HAS
DEMONSTRATED KINDNESS AND CARING ON MANY OCCASIONS,
GIVING A PERSON A SECOND CHANCE, WHEN I MUST
ADMIT—I MAY NOT HAVE.

INCARCERATION FOR STEVE AIELLO WOULD NOT BE
A FAIR SENTENCE TO HIM—HIS FAMILY, HIS EMPLOYEES, AND
LASTLY HIS COMMUNITY. I FEEL SOMETIMES, STEVE
MAY HAVE TRUSTED PEOPLE TOO MUCH; THAT MAY BE A
FLAW IN JUDGMENT, BUT NOT SOMETHING STEVE
SHOULD BE INCARCERATED FOR.

I HAVE WORKED FOR THE CRIMINAL JUSTICE
SYSTEM. I AM CONSERVATIVE IN MY BELIEFS,

BUT I ALSO FEEL JUSTICE FOR STEVE AIELLO
SHOULD NOT MEAN PRISON TIME.

    I THANK YOU, YOUR HONOR, FOR ANY CONSIDERATION
YOU MAY GIVE TO STEVE AIELLO.

        SINCERELY,
        JAMES K. GLAVIN
        RETIRED DETECTIVE FROM
        ORGANZIED CRIME DIVISION
        SYRACUSE POLICE DEPARTMENT
        14 AUGUST 2018
        James K Glavin
        4836 HEFFIELD CIRCLE
        SYRACUSE, N.Y. 13215
        315-575-3236

Madeline Glavin
G7

4836 Heffield Circle
Syracuse NY 13215
August 08, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:
    I am writing to you, as a friend
of Steve Aiello. He and his wonderful
family have been my cherished friends
for twenty years.
    I am aware that a jury has convicted
Steve of certain crimes. However, I feel
that the jury doesn't know him like
I do. Steve is a great person who
has demonstrated love, kindness and
concern for others, in many ways!
    When my husband and I bought a
new refrigerator, we brought it home
ourselves on a truck we borrowed, because
the store delivery would have taken 10 days.
To our dismay, we did not realize that
the refrigerator was oversized and
didn't fit in any of our doorways.

-2-

Steve came to our rescue, along with his son, driving across town to lend a much-needed hand! He removed the refrigerator doors, helped move and place the refrigerator in our kitchen and put the doors back on, so we could prepare for the huge family gathering planned at our house. Steve certainly saved the day for us! We all still share a laugh regarding that situation.

On a larger scale, Steve has shown that he is also charitable and community-minded by supporting fund-raising efforts for the food Pantry and Italian Festival at St. Charles Church.

Please consider leniency for Steve, so he and his family may continue to care for our community. He is truly a "good citizen", who is needed in Central New York, instead of prison.

Your kind consideration in his behalf is greatly appreciated.

Most sincerely,
Madelaine Glavin
(315) 468-4839

Neil Goldberg
G8

NEIL GOLDBERG
5057 EAST LAKE ROAD
CAZENOVIA, NEW YORK 13035

October 5, 2018

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Letter of Support for Steve Aiello

Dear Judge Caproni:

I write Your Honor to express my support for Steve Aiello. I have known Steve as an acquaintance for 20 years. My business, like his, is based in the Syracuse area. Business leaders often find their paths crossing in social settings in this relatively small community, and this is how my friendship with Steve was forged.

In my many conversations with Steve, and my knowledge of his work ethic, I was always impressed by his desire to make the Syracuse area a better place to live and work. Syracuse has seen many years of difficult times. It has rebounded much less slowly from its manufacturing past than other cities of similar size in the northeast. Like many of us in this area, he hoped to strengthen our community and instill a sense of pride among all those who call Syracuse home. Without the courage, foresight and commitment exhibited by Steve, outdated malls would remain abandoned instead of redeveloped, storefronts would be empty instead of vibrant, and lots would be vacant instead of providing needed housing and hotel rooms. In general, this area would be more stagnant and moribund.

I know Steve stands convicted of crimes. The local press has covered his story in detail. Rather than a jail sentence, I hope Your Honor can find a way to impose a sentence that is creative and puts his talents to good use, allowing Steve somehow to serve and benefit the society he has exhibited a unique capacity to improve.

Respectfully,

Neil Goldberg

Randall Green
G9

Department of Surgery
750 East Adams Street
Syracuse, NY 13210

Division of Cardiothoracic Surgery
Gary Randall Green, MD
Chief of Cardiac Surgery

# UPSTATE
## MEDICAL UNIVERSITY

Appointments: 315.464.1800
Tel.: 315.464.6255
Fax: 315.464.6251

www.upstate.edu

August 20, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Letter of Support for Steven Aiello**

Dear Judge Caproni,

I have been a close personal friend of Steve and Lori Aiello and their family for well over a decade. My family and I moved to Syracuse in 2005 when I took a position as a cardiac surgeon at St. Joseph's Hospital Health Center. Soon after arriving, my wife and I met Steve and Lori at a community event. My wife is from Syracuse and so there were immediate connections that drew us together. Steve and Lori's kids had all gone to a Catholic children's camp that Meg's family ran, and Steve had even worked with my wife's older sister in the past. Needless to say, we had quite a bit in common and so over the years we built upon that to create a very rich friendship. We know Steve's children well and even his extended family, which is quite large. As a physician in this community, I have had the privilege of treating members of his family and serving as a colleague to other members of his family. Needless to say, I'm an expert on Steve.

I am also an attorney in New York State. I have followed closely the legal proceedings and am aware of Steve's crimes and his conviction. The hardest part of this entire ordeal is the utter confusion of linking the man I know with his crimes and the conviction. If you had asked me that this would happen ten or even two years ago, I would bet all I had against it. Steve is simply not a person to break the law intentionally. Steven and I have spent hours in deep conversation over the years. We have discussed everything from law and business to cutting edge surgery. Although Steve is bright and inquisitive, what strikes me about Steve has always been his character and his interest in the human side of everything we talk about. I could tell Steve about the most technically demanding robotic surgical procedure I just completed and all the physiological challenges to completing it successfully. Steve would look at me quizzically and then ask about how the patient was doing and how was the family taking this hardship. As a technician, I thought Steve totally was missing the point but then I realized that Steve was the only one who really got the point. His connection with people and his desire for everyone to do well and to help people do well is an extraordinary trait. Over the years, I have seen him demonstrate this in so many ways- his dealings with family and friends, his community involvement, his treatment of employees and even their families. He cares about people.

August 20, 2018

Page 2

I recognize that you will likely receive adequate information regarding Steve's importance to our regional business community, our local economy and as a leader in industry. And for those very good reasons, I would hope that you consider giving Steve the lightest possible sentence for his crimes. I, however, wish for you to consider another dimension of Steve prior to sentencing. I would like you to trust these words and recognize that our world is better with people like Steve in it. Steve cares deeply about his family and friends and is one of the most gentle, thoughtful and kind men I've yet to have the pleasure to befriend. It is precisely this kind of example we need now in this world right now. I know that whatever happened in the past is done and that Steve is capable of learning. Please return him to us, his friends and community by understanding that Steve is an asset to central New York.

Sincerely yours,

G. Randall Green, MD
Chief, Cardiac Surgery

Steve Greenstein
Ann Elliott
G10

1220 Glencove Road North
Syracuse, New York 13206
August 30, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y.   10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

We have known and been friends with Steve and Lori Aiello for over 25 years. We first met when our children attended pre-school and subsequently Blessed Sacrament Elementary school in the Eastwood section of Syracuse, New York where we were neighbors and have been friends ever since.

We were originally attracted to Steve and his family because of his energetic and caring involvement in activities related to school and extracurricular activities through the Blessed Sacrament Parent/Teacher Organization and the Girl Scouts and Boy Scouts of America. Getting to know Steve and his family was easy because we found we were neighbors, living two blocks away from each other, we shared many activities together, and we shared an attitude of compassion and respect for families and education. Over the years we spent time together by acting as parent volunteers for our children's school activities, sharing meals together, taking recreational walks, carpooling, and participating in church activities. In short, we have shared many intimate and large group gatherings with Steve and Lori and their family. We continued our contact as our children moved on from grammar school to separate secondary schools.

Over the years, our first impressions of Steve held steady because of the consistency of qualities that he demonstrated. We found him to be a person of the utmost trustworthiness, a loyal friend, a person we respect as a husband, a parent, a family member, and a contributor of his energies and expertise to the community at large. Steve's development projects have always made Syracuse a better place to live and are consistent with the attitude he has always displayed in giving his best to the community. Overall, Syracuse is a better place for Steve Aiello being here.

We do not wish to list Steve's positive traits without anecdotal support. Some examples of the kindness and love that Steve has exhibited over the years include his consistent attendance and behind the scenes hands-on support of school and

extracurricular activities, his willingness to stay in touch with the "old neighborhood" even after achieving a certain level of success, and his love and support of his large extended family for whom Steve always made time and a place for family to gather. Although we did not have sons, we witnessed many days that Steve was deeply involved with Boy Scout troop activities, as well as individual activities with his sons. He was also always present to help with Girl Scout activities through the "father helpline", setting up for activities and faithfully attending activities such as the yearly Special Guy dance with his daughter. Steve always involved his children in his love for the outdoors, including outdoor holiday decoration; the Aiello's happily lit front and back yard pine trees were a welcome addition to the season's festive atmosphere. One year we were amazed to stop by the Aiello's modest backyard and see the curved "luge run" that Steve and the kids had built, extending from their small deck into a large curved incline, through to the back reaches of the yard.

Steve's efforts in revitalizing the Syracuse area community through forward thinking projects such as Fayetteville Towne Center, the Inner Harbor project, and the Maple Heights housing complex in Syracuse which included new and improved neighborhood revitalization with some units reserved for homeless veterans are an extension of the enthusiasm for community that we observed from our vantage point of personal interaction with Steve. Again, we feel that Syracuse is a better community for Steve Aiello being here.

We are aware that Steve has been convicted of crimes related to the COR Development Corporation. In spite of this, we continue to support Steve because of our personal, consistent experience with Steve and his family and intend to continue our friendship undiminished.

Your Honor, it would be a devastating loss to the Syracuse community if Steve Aiello were to be sentenced to prison. Syracuse needs Steve's vision, insight, and courage to fuel its continued and tenuous progress and to bring much needed pride and growth to this community as it strives to meet the challenges of social and economic relevance in the twenty-first century.

Respectfully yours,

Ann Elliott

Steve Greenstein

To contact Ann Elliott
or Steve Greenstein
pls. e mail @
elliottgreenstein@
icloud.com

Teri Griner
G11

11/2/18

Dear Judge Caproni

I am writing to you on behalf of Steven Aiello. I am aware that he has been found guilty of certain crimes. My concern is that I do not feel that sending Steve to prison would benefit our society. I have known Steve and his family for 12 years. My family own's Zerrillo greenhouses a wholesale/ retail garden center so we know each other on a business and personal level. In all of these years I have always found Steve to be kind, thoughtful and very community minded.

When Steve and his wife Lori come to purchase their spring plants he is always interested in how we are doing, our families and even our employees. Steve is not just interested in business, he truly cares about people on a personal level. One of my brothers had a terrible farm accident and Steve always shows true concern for his recovery. Steve understands the meaning of hard work and he appreciates the small farmer. Steve always shows compassion for all people. I have also seen this when his mother was ill and with the wonderful relationship he has with his own family. We have come

to know his wife, brother, and children. The relationship he has with them is very genuine and loving.

We have had many conversations about the work he has done to improve the Syracuse area. Steve cares about the community, environment and the people who live here. The Syracuse area is a better place to live and work because of work and forward thinking of Steve Aiello. I have always found Steve to be honest, compassionate and very hard working. Steve is a very good man and I hope you will look favorably upon him.

Sincerely,

*[signature]*

Teri Zerrillo Greiner
350 Eyler Road
Kirkville NY 13082

# A. Sam Gullotto
# G12

August 25, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Steven Aiello

Your Honor,

I have known Steve Aiello since my high school year of 1975 at Saint John the Baptist.
As a young adult, Steve was always a kind, considerate and respective individual.
His parents were great role models, and had a strong impact on his upbringing.

He established himself through hard work and education. He is a very devoted husband
and father, raising and educating three children.

I have worked with Steve over many years as a banker at M&T Bank, and he has always
demonstrated the highest moral and ethical values in his business affairs. He has brought
new life to many distressed areas and created new jobs. All of his employees are treated
as family. He is one that could always be counted on in times of need, while giving
generously to charitable causes.

Your Honor I kindly ask that you please allow Steve to continue in his present job
serving the Central New York region. He has always been a benefit to our community.

Very respectfully yours,

A. Sam Gullotto
5087 Constitution Lane
Liverpool, NY 13088

David Hanlon
H1

August 16, 2018

Honorable Valerie E. Caproni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

RE:   Letter of Support for Steven Aiello

Dear Judge Caproni

I first met Steven Aiello, circa 1988, when I was the newly appointed General Manager of Eagan Real Estate in Syracuse NY. Steve was a new residential agent in the same office, at MONY towers in downtown Syracuse.

I began a training program, and Steve was one of the agents who attended the class'. Immediately, we hit it off, and it was apparent, he was ahead of the rest in his capacity and desire to learn. Soon he moved into the Commercial part of the business, as he began his journey to become one of the best Developers in our city's history.

Steve was then, and has always, been a friend and a gentleman to me and my Family.  I have personally seen him with his Family, and I know he is truly a devoted Father and Husband.

When I went back into Residential sales in 1997, I had the opportunity on two occasions, to be his Real Estate agent in his Family's sale and purchase of their own homes.  At all times, Steve was honest, fair, and ethical to all parties.

Additionally, for the last 4 years, I have had the opportunity to represent Steve and his Company COR, in the sales of lots in a Subdivision his Company owns in the town of Clay NY.  Again, always in my dealings with Steve Aiello on this project, he has acted ethically, with fairness, honesty, and sound business judgement.

I realize Steven has been convicted of certain crimes. I only know what I read in the paper, as I have not personally been involved in this situation. I can say, however with 100% conviction, that Steven Aiello is an individual who I have known for decades, and has always been a loving Family man, a fair and honest businessman, and a friend who would help his fellowman, if they were in need.

Personally, Steve has always demonstrated to me his love of Family, Friends, employees, and Community. I know of no one, who has created more jobs, and enabled so many individuals a better life for their own Families. He has improved our Community in countless ways, with his vision and talent.

My personal, and business dealings with Steven Aiello has always been nothing but positive, enjoyable and fulfilling. I have always prided myself in being a very good judge of someone's character, since I was a young boy.  This intuitiveness has helped me greatly, in my personal and professional life many, many times.

For me, Steven Aiello has always been an individual of excellent, good character.

I pray his good Character will prevail, in allowing him to continue to contribute not only to his Family, Friends, and his employees, but to our Community in general.

We need him to be free to continue all the good he has done and can and will do in the future.

I truly believe with all my heart, Society will be better served by him being able to continue to contribute, rather than serving time in prison. That would not benefit anyone at all. None one wins, everyone loses.

Thank you.

Respectfully yours,

David T. Hanlon

David T. Hanlon

6857 Henderson Road

Jamesville, New York 13078

# George Hannaford
## H2

# HANFORD
## PHARMACEUTICALS
### SINCE 1846

George W. Hanford

August 22, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

My name is George W. Hanford. I am the owner and operator of Hanford Pharmaceuticals, a small pharmaceutical company in Syracuse New York. My families' business is over 170 years old and we have been in Syracuse since the late 1800s and, as a family, we have a lot of experience working with companies and individuals in Syracuse. I am writing to express my support for Steve Aiello and tell you what I know of him.

As an employee and now owner of Hanford Pharmaceuticals, I have had professional and personal dealings with Steve and his company and family for approximately 20 years. My father has always said COR is the company to call when you want something done quick and well. When I have worked with COR under Steve's leadership I have always found that to be true, but I have observed other traits I value more highly. Steve's team exhibits honesty and stand behind their work and their clients. I have employed COR for multiple construction projects and real estate transactions. They have always done a great job getting the work done on time and in budget. But even more importantly, they have always lived up to their word. If there was an issue they corrected it, if they made a mistake they fixed it and always put our needs first. I know these are traits that permeate the whole company. This customer support and forthrightness is something Steve has emphasized when we have spoken, and it shows in the whole organization. This week, by chance, I met one of the leaders in their facility services group. The people who mow the lawns and plow the snow around their properties or those of their customers. He showed the same commitment and enthusiasm for doing things correctly and well that I have heard from Steve himself. The urge to do a job well and the proper way permeates the whole organization. This is a tribute to Steve's leadership and commitment to doing things the right way.



**HANFORD**
PHARMACEUTICALS
Syracuse, New York 13201

Page 2

Steve Aiello has always impressed me with his forthrightness and his enthusiasm. When I have personally met with Steve either professionally or socially, he has always been a positive influence. Steve as a person tries to bring people together and encourages a polite discourse. He is very passionate about improving the Syracuse area and has built several projects that make our community noticeably better. He has taken underutilized spaces in our community and made them into key parts of it, improving many people's lives. I believe he takes pleasure in being personally involved in improving our community.

Under Steve's leadership, COR has been a great help to me, my family, and our business. As a small pharmaceutical company, we are a relatively small consumer of construction and real estate services. Despite that, Steve and is family have always given us great service and respect. They have always lived up to both their quotes and their timelines. That is a much rarer trait then it should be. Steve has provided us with high quality services and he has provided excellent oversight to all our projects.

Steve Aiello is a positive influence on the Up-State community. Any time he is absent, there is a negative impact on our region, its people, and economy.

Sincerely

George W Hanford

# Carlie Hanson
# H3

Carlie Hanson, AIA
6996 Woodchuck Hill Road
Fayetteville, NY 13066

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

September 10, 2018

Your Honor,

I have known Steve Aiello for over 15 years as a client, employee, colleague and friend. I am currently employed by COR Development and have been in my current role as the Director of Architecture and Design for 8 years.

I have the greatest respect for Steve on a professional level for, his vision, his willingness to undertake challenging projects, his integrity and his commitment to the community. On a personal level, I am proud to call Steve a friend and neighbor.

I understand that based on the evidence presented, Steve has been found guilty of certain crimes. This has been an incredibly stressful time professionally, emotionally and financially for Steve, yet thru it all he has been gracious and considerate of the impact this situation has on those around him.

My experience with Steve in over a decade of supporting him in meetings is that Steve is straight forward, honest and clear. I have always been impressed by his candor and respect of the relationships he holds with clients and, the municipalities he works with. When he commits to a project or a relationship, he goes the extra mile to make it successful and something all parties can be proud of.

Steve is strongly committed to the community. I recall one day when he walked into my office and asked me to assist the Diocese of the City of Syracuse and a focused committee in creating a master plan to renovate and restore the aging Cathedral of the Immaculate Conception. This was not something Steve was paid to do, but it was needed, and Steve had the resources at his disposal to assist in solving. He encouraged me to take the time needed to help the Diocese in this critical task because it was the right thing to do.

Steve's vision and passion has been integral in not only the success of Cor development but in the successful transformation of the communities he has worked in. In pursuing the development rights to the Syracuse Inner Harbor, Steve noted frequently that he was committed not just on a professional level to doing the best job possible, but on a personal level since his mother at the time still lived not far from the site. This was not just a tag line, but an example of the personal commitment Steve makes to his projects.

Your Honor, I encourage you to consider Steve's history of both professional and personal commitment to the community as you evaluate and appropriate sentence.   There is no benefit to a term of imprisonment for Steve or for society.   I urge you to consider a sentence of probation or community service.   Let him use his many talents to benefit the community thru service as he as demonstrated in the past.

Respectfully Yours,

*Carlie Hanson*

Carlie Hanson, AIA

Ann Harris
H4



ROCKACRES
*Veterinary Hospital*

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I have been fortunate to know Steve Aiello for almost fifteen years. Our friendship began when I became the veterinarian for the Aiello's dog. Throughout the years, I would see Steve and his wife Lori at the office. In addition, my husband Larry interacted with Steve on a professional basis as the CFO of SENSIS Corporation. A friendship evolved from these professional connections which led to several social gatherings and dinners out with both Steve and Lori. We have always enjoyed the warmth and generosity of their company.

I am very aware that a jury has convicted Steve of certain crimes and although I am not articulate in the details, I am happy to provide some support to Steve and his family with some personal insights about my interactions with the Aiellos.

When Steve Aiello comes to my hospital, he always arrives with a gentle smile and an obvious, unconditional love for his dogs. There have been many occasions when Steve would rearrange his busy work schedule to join Lori at the office with their dog during some very difficult days of illness. It was obvious that he had sincere concern and love for his dog and his wife during those visits. Steve has been a loyal and generous client for nearly 15 years now. He is always kind and respectful to everyone on my staff and is a devoted fan and promoter of our hospital. Steve ends <u>every</u> visit by checking in on my own personal life and my family. He is a gentle giant with the hugest of hearts.

As far as Steve's presence in our community, his development of the Fayetteville Town Center has turned an abandoned "eyesore" into a beautiful, bustling complex of stores, restaurants and businesses. Steve's vision for that project has been tackled with a humble enthusiasm for making our town a nicer place to live and enjoy. His intentions have always gone beyond personal gain and success to include a greater community.

Perhaps the most telling of Steve's personal traits is his obvious love of family. It is a frequent occurrence to see him gathered at a large table with many family members at various restaurants. He and Lori are also constant hosts for holiday family gatherings and events. And when their aging relatives need assistance, Steve and Lori are always there to help however they can. It is this indisputable passion and love for family that I believe forms the "core" of the true Steve Aiello.

It is with thoughtful contemplation that I write this letter in support of Steve. His personal attributes and historical characteristics have proven to be a benefit to society for many years. It is my hope and opinion that a prison sentence would be viewed as a detriment to all concerned.

Respectfully yours,

*Ann C. Harris, DVM*

Ann C. Harris, DVM

Nader Hatem
H5



p.1

Nader Hatem
6 Drumlins Terrace Syracuse, NY 13224
(315)383-7510 naderhatem@aol.com



**RECEIVED**

AUG 0 2 2018

O'Connell and Aronowitz, P.C.
For: _Sec/MEH/KF/WA_

8/1/18

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Honorable Valerie E. Caproni,

My name is Nader Hatem, born in Syracuse and lived here since. My family started King David's Restaurant in 1974 on Syracuse University campus. I decided to expand my family's business in 1987 in Downtown Syracuse where I met Steve Aiello. Steve was a frequent customer just like others and was very friendly. After being in business for 15 years I had a life altering situation occur. Our current landlord decided to evict the 8 restaurants in the food court with a 28-day notice. Being married recently with 2 children, new house, and 5 great employees our business debt was crippling. After exhausting all options of trying to find another location that would help a struggling business and with 1 week left before closure, Steve Aiello called. In the suburbs of Syracuse, Steve took this dilapidated mall and turned it into a premier destination for our community (which I never knew Steve was part of at the time). I would never have dreamed of being in a location like that because these centers are meant for big franchises and big box stores. I was very hesitant and nervous at the time even though my options were limited. Steve heard about the situation we were in and offered to help me start my restaurant. I will always remember that day. He said, 'Don't be worried, this will be a homerun'. We decide to go with it. He helped expeditated the process so me and my employees aren't out of work long. Our business went from having 5 employees to 30 employees with expansion plans soon. Steve may not know the extent of his help or what he meant to me, my family, or employees, but Steve will always have a



special place in our hearts because what he did for us doesn't happen in the real world often.

Also, we live in a tough community where people always leave for bigger and better things. My family had the option to do the same many times. But we grew up here and love this community. We want it to be great. We work hard to make a living but also to make our community great. The things Steve built have changed our community immensely. I can't image how we would enjoy living in this area without his projects.

Lastly, Steve and his family come into the restaurant from time to time. Looking from the outside, I see how they interact with others and my employees. They are a class act. If you could ever meet his kids it will prove what I have said. They brought them up well and everyone they come across loves them. I may be just his tenant or a place he frequents but to me I will always consider him a friend and never forget what he has done. I feel comfort knowing Steve is there.

Sincerely,

Nader Hatem
(315)383-7510

2

Peter Heacox
H6

Peter Heacox
7542 Shea Rd
Fabius, NY 13063

9/15/18

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Your Honor,

      I am writing this this letter to show my support for Steven Aiello. I am married to Steve Aiello's niece. I've known Steve for nine years, but it didn't take long to see what a loving and kind person he is. Hearing him talk about, and interact with his family made me respect him greatly in a short amount of time. I am aware of the convictions by the jury, however, I still stand by Steve and his family and am willing to do anything I can to help them.

      I have always known Steve to be a man that cares deeply for his family, over the years I have realized that his caring nature extends to his company, his employees and his community. When I first moved to Syracuse I met some of Steve's employees who worked as a part of his grounds crew. As a blue collar worker myself, I can say that I have never met a group of people that spoke so highly of their boss.

      Steve has always put his family and his community first. I believe that giving Steve any kind of prison sentence will negatively affect him, his family, and the entire central New York community. Steve has been helping move this area forward for years, and I fully believe he can and will continue to do so if you see it fit to give him the chance.

Respectfully Yours,

*Peter Heacox*

Peter Heacox

Stephen Helmer
H7

STEPHEN T. HELMER, ESQ.
105 Marangale Road
Manlius, NY   13104
(315) 727-9570

August 23, 2018

Honorable Valerie E. Caproni
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY   10007

Re:   Stephen F. Aiello

Dear Judge Caproni:

I was admitted to practice law in New York State in 1983.   I am admitted to practice in many
Federal District Courts, as well as the Supreme Court of the United States.   I have been associated
with the Mackenzie Hughes LLP law firm in Syracuse, New York since I graduated from law
school in 1982, became a partner at Mackenzie in 1990, and have been its managing partner since
2008.

I am also a friend of Steve Aiello.   Neither Steve nor his company, Cor Development are clients of
mine or Mackenzie.   I am not a criminal defense attorney, nor have I ever been a prosecutor. I was
not in the courtroom for Steve's trial, and have no basis for discussing the facts or the laws that led
the jury to convict Steve of certain crimes.

I can say, however, that based on the Steve Aiello that I know, I was astonished at the verdict.

Steve Aiello is a kind and generous man. My relationship with Steve began 20 years ago when a
group of fathers began walking together in early morning hours along the Erie Canal for some
exercise, before we hurried home to get ready for work, or to drop off our children at school.
Steve and I rarely talked about business during those walks, and we never talked about money –
who had it, or how they obtained it.   We chatted a little about politics, but mostly about our
families and friends – always in a positive fashion - and Steve was always interested in learning
about who needed help, financial or otherwise, and whether he could provide that help.   And I
know of occasions where Steve did help others, even strangers confronted by various hardships in
their lives.

{M0559367.1 }

Hon. Valerie E. Caproni
August 23, 2018
Page 2

I have served on community boards where Steve made positive contributions, including working with Steve to build the new YMCA facility in Fayetteville, New York. Steve and his company also redeveloped the abandoned and dilapidated Fayetteville Mall into what is now a thriving and useful community asset – Towne Center. I know that Steve supports the Fayetteville Fire Department. Steve's work in the Inner Harbor in the City of Syracuse has been transformative. The Inner Harbor was an urban blight, now it has a new life. These are just a few examples of Steve's positive influence on our community.

Steve is a wonderful father and husband. His son Stephen is one of my daughter's best friends. So, I have seen him interact with his family on many occasions. The finest testimony to a person's character, in my mind, is - what kind of family did he or she raise? In my view, based on what I know about the Aiello family, Steve's character is made up of sterling quality and integrity.

In sum, I know that Steve Aiello is a decent, honest, honorable, and humble man. I cannot imagine a single good purpose in putting him in a prison cell for even a day. Not only his family would feel a sense of devastating loss, but so would this community.

I thank you kindly and respectfully for considering this letter before Steve's upcoming sentencing. And I urge the Court to reach a fair and just sentence for Steve, and our community, that does not include incarceration.

Sincerely,

Stephen T. Helmer

STH/dm

{M0559367.1 }

Tom Hennessey
H8




2516 LODI STREET • SYRACUSE, NY 13208 • TEL. 315/437-7194 • FAX 315/437-7219

August 31, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

My name is Tom Hennessey, I am the vice president/owner of Cooney Air Conditioning in Syracuse, New York. I have known Steve for approximately twenty years. I first had the pleasure of meeting Steve and his family when we did a heating installation at his residence. My first impression of Steve was that of being incredibly down to earth and genuine. In all the interactions I have had with him this is always the case. Whether it has been running into him at a local restaurant or seeing him at church, he is always the same, kind, considerate, person I first met.

His Company has had wonderful vision, invested and completed many wonderful projects in the central and northern New York area. His company has completely transformed an area close to my residence, the old vacant Fayetteville Mall giving it new life. The new Fayetteville Town Center is a very busy, fully leased, job, and revenue creating success story. Just one of the many he and his company have completed.

From what I have observed, every project they complete is of quality and built to ` You can tell they truly care. There are many examples of how Steve and his company have had an absolutely positive impact on our area.

I am aware that a jury has convicted Steve of certain crimes.
I am very concerned that a potential prison sentence for Steve would be detrimental to him, his family, his company, and the central New York community.

I am asking you to show leniency.

Respectfully yours,

Thomas F. Hennessey Jr.
Vice President/Owner

Dennis Hennessey
H9

August 20, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steve Aiello

Your Honor:

I have known Steve Aiello for over half of my life. We began our real estate careers together at one of the largest and well-known brokerage firms in Syracuse.  We worked side-by-side as both allies and competitors for almost 15 years. Working together we became close friends both professionally and personally. The combination of business associate and friend, provides me with unique insights into who Steve Aiello really is.

When Steve started COR Companies in the late 1990s, he recruited me to start up and develop its Brokerage Division. Knowing, respecting and trusting Steve implicitly, it was not a difficult decision to make. I can honestly say today that it was and continues to be one of the best decisions I've ever made. Steve is a relentless and dedicated worker. He genuinely loves people and that leads to his love of the real estate business.  His concern for people, his attention to detail, his work ethic, and his integrity have always been exemplary.

Perhaps Steve's most impressive attribute is his ability to get the very best out of people he works with. Steve can be tough when he needs to be but never demeaning nor does he allow personal animus to cloud his judgment or decisions. He's never forgotten his roots and has been there to help too many people to count along the way.

Successful people always have to deal with people who want to ride their coattails. Unfortunately, some of those pandering people are less than honorable.  It's not always easy to tell bad people from good, especially when they present themselves in sheep's clothing. This is a reality of life and time alone will tell how people like that are dealt with.

When all is said and done, I've known Steve for over 30 years, and know him well enough to say without hesitation that Steve Aiello is a man of high character and integrity. He is an unwavering friend that I will always support and stand beside proudly.

Thank you for taking time to read this letter of support. When deciding Steve Aiello's legal punishment, please take into account all of the generous and supportive things he has done for all of his who are fortunate enough to have been impacted by his work in our community.

Sincerely,

*Dennis Hennessy*

Dennis Hennessy
4636 Glencliffe Road
Manlius, NY 13104
(315) 345-4646

# Mary Kate Herron
# H10

Honorable Valerie E. Caproni

United State District Court

Southern District of New York

40 Foley Square

New York, NY 1007

Re:  Letter of Support for Steven Aiello

Dear Judge Caproni,

I have known Steve Aiello as a trusted and cherished friend since our high school days together

in the 1970's at St John the Baptist Academy , a small Catholic high school in Syracuse, NY.

I have always been proud to call Steve my friend; someone I respect, value, admire, and trust.

I have known Steve not just on a personal level, as we have crossed paths in the professional

environment as well, given we are both involved in the shopping center industry.

I am aware that he has recently been convicted of certain crimes.  I find this very

sad news , as I have always known him to be a sincere, intelligent man of character and

integrity. I know what a wonderful husband and Dad he is.  He has a strong reputation within

our industry built on his years of hard work, his intelligence, and his genuine manner.

On a personal level, I have seen his kindness and generosity, carried out in a low key and

selfless manner, many times over the years.   Sometimes the true measure of a

man isn't fully seen, as it is spread over a million hidden  kindnesses.

Just one small example --when I was assisting his company with a project analysis several years

ago, I flew back to Syracuse from Boston for the day only. Steve knew my mother was in a

nursing home there, and although well out of the way, he arranged to have someone drive me

to visit her before I returned  to the airport  - just a kind, never mentioned gesture.

I saw how Steve interacted with his older cousin Lou Aiello in Lou's later years – Steve worked To make him feel relevant, valued, and involved - something that was important to him as his health failed.

I do not see how sending Steve to prison would be a beneficial or productive option for society, or anyone involved . I feel it would be detrimental to everyone, and a very unproductive use of incarceration resources . His reputation & name have been significantly and irrevocably stained, which is something he can never "undo." There is no bigger punishment than that, especially in the city where you have lived your whole life.....
His family has already suffered so much thru this process, that to separate them at this point seems cruel.  His company employs many people from landscapers to accountants to ops directors,  who could also be hurt by potential job loss/ layoffs.

We have all made mistakes in life. I respectfully ask you to please consider the above in your decision. Thank you.

Respectfully,

Mary Kate Herron

49 Mayflower Road

Needham, Ma 02492

Milton A. Hill
H11

# Hill & Associates
## Financial Services, Inc.

Uncommon Financial Thinking for Uncommon Results

powering CNYmoney.com

Milton A. Hill, CLU®, ChFC®, CLTC, MDRT
President

September 6, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven F. Aiello

Dear Judge Caproni,

I am writing this letter as a follow up to the letter that I wrote for Joseph Gerardi. As partners in COR Development Company, LLC, Joe and Steve have been wonderful financial supporters of many scouting activities for many years. I hope that we are able to continue the great relationship that we enjoy with Steve for many years to come. While I do not have the personal knowledge of Steve that I have with Joe, his financial support which has impacted so many young people has been unwavering.

Respectfully yours,

Milton A. Hill

5793 Widewaters Parkway, Suite 105, DeWitt, NY 13214
315.234.5500 x315   FAX 315.234.5499   Cell 315.256.5949
www.hillandassociatesfinancial.com
www.cnymoney.com

Hill & Associates Financial Services, Inc. is offering securities through Cadaret, Grant & Co., Inc., member FINRA/SIPC Hill & Associates Financial Services, Inc. and Cadaret, Grant are separate entities.

Judith Hodge
H12

October 30, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: Steve Aiello

Dear Judge Caproni:

My name is Judith Hodge, RN. I have been a friend of Steve Aiello and his family since 1984 when I
moved to the Syracuse area from Atlanta, Georgia. I met Steve through his wife Lori, who I worked with
as a pediatric nurse. We quickly became friends and I remain close with the Aiello family today. Our
children became friends and shared many birthday parties, holidays, and other special occasions
together.

I have come to know Steve as a well-grounded, civic minded, compassionate and caring man. One of my
first memories of Steve was an act of kindness in assisting two young Chinese immigrants, whom he had
befriended, establish a Chinese restaurant which became a success and continues to do very well today.
When our children became involved with their scholastic crew teams, Steve became an active supporter
and donated a new shell for competition.

Steve is regarded as a hard-working, industrious, self-reliant man. I remember the day I walked into the
Aiello home where I encountered Steve knocking out a kitchen wall as he began remodeling it himself.
Lori was quite ambivalent about his decision at the time, but was ecstatic with her new kitchen when
Steve completed it.

Steve has always been regarded as a person who is willing to help when the need arises. When my
husband died suddenly in 1999, the Aiellos were the first people to respond by arriving at my home with
food and supporting me and my children in many ways. Steve was always there to lend his help and
support during this very difficult time. That year the Aiellos recognized that we would be alone on
Christmas Eve and invited us to their home for dinner and fellowship. This became a tradition as we
spent Christmas Eve with Steve, Lori, and family for many years thereafter. These acts underscore what
an unselfish, empathetic, selfless, and sensitive person he is. Steve has continued to offer me assistance
in any way necessary.

Beyond our personal relationship, our community has benefitted greatly since Steve established COR
Development. Steve's vision and determination to transform a nearby decaying and obsolete mall
property in Fayetteville, New York into a modern, successful retail center highlights his desire to
improve our community

I feel extremely fortunate and privileged to call Steve Aiello my friend. I recognize him as an altruistic,
benevolent, sensitive, and warm family man who has always lent his support to me and who I can
always depend on. Our community has also benefitted greatly by his vision, insight, and wisdom.

I am aware that a jury has convicted Steve of certain crimes. But I firmly believe that society would not benefit in any way by incarcerating Steve Aiello. He is a dedicated family man and to punish his family by sending him to prison would seem vindictive to me. I truly believe that any punishment imposed should not collaterally punish his family by depriving them of his presence in their lives. Additionally, I feel that incarceration would be akin to ignoring all the hard work, successes, and improvements our community has benefitted from by his presence among us. He is a genuinely good man who truly deserves your mercy and leniency.

Sincerely and Respectfully,

Judith Hodge

Judith Hodge

Peter Hogan
H13

4241 New Seneca Turnpike
Marcellus, NY  13108

July 25, 2018

**FEDERAL EXPRESS**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY  10007

Re:   *Steven F. Aiello*

Dear Judge Caproni:

I am writing to offer my perspective on the type of person, husband and father that I
know Steven F. Aiello to be.  I have the utmost respect for the judicial system that we
have here in the United States and, in particular, the jury system in criminal matters.  My
intent is not to comment or question the verdicts of the two juries in Steven F. Aiello's
recent cases.  Rather, I want to offer a perspective on Mr. Aiello as a human being for
consideration in his sentencing.

I first met Steve Aiello over twenty-five (25) years ago after having the blessing of
having his brother, Father Lou Aiello, baptize my eldest son.  Since that time I have
observed the kind of man he is from many different perspectives and in many different
contexts.

I believe the real test of all of us as people is how we treat those around us, especially
those who are less fortunate than we are.  I also think you can tell so much about what
is in a man's heart from the way he carries himself.  Even though Steve Aiello is a
visible public figure here in Central New York, I have never once seen him treat another
person with anything less than respect and dignity, regardless of who that person might
be.

I have never seen him act arrogantly or boastful.  Rather, he has always been thankful
for the gifts he has.  Steve Aiello has created opportunities in Central New York for
hundreds of people that never would have had them but for his hard work and
willingness to help others.   That is not to say that Steve and his family have not
benefitted financially from his efforts, but he was always motivated by something much
deeper than that; making our community a better place.

Hon. Valerie E. Caproni
July 25, 2018
Page 2

We live in a world where we all see and hear many disconcerting things on a daily basis. I can't tell you the number of times I have seen and heard Steve emphasizing the importance of being a faithful father and husband. That is what first comes to mind when I think of Steve Aiello; his family. The second thing that comes to mind is the way he treats others regardless of who they are and his willingness to try to help anyone less fortunate than himself.

I can't imagine the complexity of presiding over the two trials that Mr. Aiello has been involved in, given the many different players and moving parts of both trials, and your Honor now has a decision to make about what sentence would be appropriate and fair given the decision of the jury and the facts which your Honor heard in both cases. My hope is that you had the opportunity during both of the trials to see these characteristics in Steve and that those characteristics shed some meaningful light on the decision you are making about his future.

Thank you for the opportunity to provide you with my perspective.

Very truly yours,

Peter J. Hogan

PJH/kak