Ralph Jahnige
J1

**Ralph Jahnige**

128 Buchmans Close Circle
Fayetteville, NY 13066

H (315) 400-4525
C (869) 338-4378

Ralph.Jahnige@aya.yale.edu

Sept 8, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

Your Honor,

This is a letter of support for Steven Aiello

I know Steve Aiello personally, but I know him much better through the eyes of our daughter, Carlie Hanson, an employee of COR Development. Steve has been under enormous strain for well over a year now. Both his personal finances and his entire business have been at risk as charges against him have been investigated and litigated. It has been a time when many well-meaning people might have responded in anger and fear, striking out at even those closest to them. But, in countless conversations with Carlie about all of these events I have been most impressed by what I did not detect. At no time did I sense that Steve has done anything to jeopardize the well-being of his employees and associates. In fact, I have been enormously impressed with Steve's grace and consideration of others during this difficult time. That care for others at a time when his future is so much in doubt I believe speaks volumes about Steve's character and essential goodness.

Steve has made enormous contributions to the central New York area, both Fayetteville Towne Center and the ongoing Syracuse Inner Harbor projects in particular stand out as significant accomplishments. For that reason I believe that a prison sentence would harm the wider community that the charges against him sought to protect. It is important, for the future of the economically struggling Central New York area that Steve be able to continue the work that he has been doing, making the CNY economy far more vibrant that it would be without him.

Respectfully yours,

Ralph Jahnige

Sharon James
J2

6819 Yacht Club Rd.
Cicero, NY 13039

October 4, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I have known Steve Aiello for 18 years as a friend and neighbor. Our youngest children were classmates and our families went to the same church.  Five years ago I moved across town but have remained in contact with his family.

I am aware that a jury has convicted Steve of certain crimes.

My Interactions with Steve have always been positive. He was eager to improve interactions with the neighborhood by hosting a picnic. He generously sent a handyman to the Fayetteville Manlius Clothing Closet to hang wall racks when it began. I know he is a devoted family man. He was often there to support of his aging mother, mother-in-law and other infirmed family members over the years.

I do not believe that society would benefit in anyway by sending Steve to prison. Steve is very involved in his community, family and business and many people rely on him.

Sincerely,

Sharon James

Cherite Keib Johnson
J3

Catherine Keib Johnson
712 Scott Avenue
Syracuse, NY 13224
315-445-2468

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

September 12, 2018

Dear Judge Caproni:

I have known Steve Aiello for 18 years: first as a well-respected local developer, then as a client, later as an employer and finally as a friend. I am aware that Steve has been convicted of certain crimes, however, sending him to prison will have a negative impact on the upstate New York community, COR Development ("COR") and its employees, and his family.

By way of background, I first met Steve when I was a partner with the law firm of Hiscock and Barclay where I specialized in municipal law. While representing municipalities, I worked with countless developers on many types of projects, large and small scale. I remember being very impressed the first time I worked with COR and Steve, while representing the Town of Manlius with regard to a development project Cor was proposing there. It was so refreshing to work with a developer who was passionate but also honest in presenting his development to the Town. It wasn't just pretty plans. Steve listened to the concerns and requests of the Planning Board and built exactly what was promised -- an upscale community-based town center, that is widely recognized as the gold standard in upstate New York development.

Subsequently, I was hired to represent COR in the permitting process for its development projects in other municipalities. As a client, I again found Steve to be hard working, passionate, creative and always straightforward and honest in his approach to developing property. Steve always managed to strike a balance between the goals of the municipality and the project goals, so that each development was not only successful but was also one that made the municipality proud. As a result, COR gained a reputation as a responsible and honest developer, and I always found that when I introduced a project, the municipality was pleased that a COR project had landed in its area.

Ultimately, I was hired by COR as Legal Counsel, then General Counsel and for the past year I have served at its CEO.   As an employee, I am treated like family and this is true of every employee at COR.  Steve is a generous and caring employer.  He knows all the employees (approximately 50) on a personal level and is always concerned for their well-being.  While real estate development has its peaks and valleys, Steve has never cut staff during the slow times even if it was to the detriment of Company finances. To say that the criminal proceedings involving Steve have put a strain on COR and its employees would be an understatement.  Even now, as I recommend more significant staff reductions at COR, Steve continues to resist and tries to find creative ways to try and save each and every employee.

Finally, over all these years, Steve has become my friend.  I know his children, and each reflects Steve in some way.  They are honest, hard-working and caring.  I know his wife Lori, who is probably the main reason that Steve had his children have been able to withstand the devastation that the criminal proceedings have brought.

Sending Steve to prison will serve no benefit, but it will have long lasting negative impacts on the community, COR and Steve's family.  The upstate New York community will lose a passionate, creative and responsible developer who has brought transformational projects to this area. In fact, COR is one of the few successful developers in this area, and its projects, with Steve's oversight and guidance, count among the few opportunities for new employment and growth in this otherwise economically depressed area.  COR and its many employees will struggle without Steve's leadership. Finally, Steve's family, who has already suffered immensely over the last three years, will continue to suffer, even more so, without Steve's presence.

In summary, when determining Steve's sentence, I urge you to consider all of Steve's positive attributes as well as his overwhelmingly beneficial impact on the community, COR, and his family.  Thank you for your consideration of this information.


Sincerely,

Catherine K. Johnson

John Johnson
J4

# Watertown Daily Times

260 WASHINGTON ST., WATERTOWN, NY 13601

JOHN B. JOHNSON JR.
EDITOR & CO-PUBLISHER

(315) 661-2387
1-800-642-6222

September 6, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor:

I have known Steve Aiello for more than 15 years as an honorable developer whose investment in Jefferson County and the city Watertown NY has created a path which eliminated a severe shortage of rental housing. I am aware that Mr. Aiello has been convicted of certain crimes. Sending Mr. Aiello to prison will have a negative impact on Watertown New York and will threaten another development in the city which he is instrumental in creating.

As a matter of brief background Jefferson County has been home of the Tenth Mountain Division of the United States Army since 1985. When the division was expanded a decade ago its new soldiers created an explosion in the demand for housing. The spike in the demand for housing was disruptive with rental costs rapidly expanding for non-military families. And it led to landlords exploiting the opportunity to rent substandard housing for high prices.

Since Mr. Aiello had already earned an honorable reputation and respect in the community as a reasonable developer who built a large shopping complex providing needed retail services to the rapidly growing demands of soldiers and their families, community leaders approached him with the idea of putting together a major housing complex on land he owned.

Mr. Aiello listened. Once committed to an investment he built the Beaver Meadow apartment project as promised. Those investments convinced another developer unrelated to Mr. Aiello to commit to additional large scale apartment construction in the community. These investments rapidly increased the supply quality housing.

As the market came into balance rents moderated and landlords began investing in older decrepit properties improving the overall quality of housing available to soldiers and the non-military community.

Mr. Aiello is an extraordinary developer. He listened and he responded with designs aimed at creating an ambience worthy of today. He never sought special treatment. Many of his tenants today describe their housing as the best they have ever been offered in Watertown. And soldiers find accommodations comparable to their living quarters at other military installations.

Mr. Aiello also responded to a request by community volunteers who sought his advice on dealing with the abandoned Mercy Hospital which covered an entire block in the center of the city. Using his expertise he acquired the site and immediately demolished the facilities creating a shovel ready site for downtown development. He has presented the city with site plans for utilization of the land. Those plans will be negatively impacted by sending Mr. Aiello to prison. A prison sentence will negatively affect the prospects of further investment using this critical parcel of land in our city's downtown. Mr. Aiello has been a hands on developer. A prison sentence will deprive our community of his expertise -- expertise he has used repeatedly to benefit our citizens. And a prison sentence will essentially eliminate him from the capital markets -- access which our community needs to grow.

Steve Aiello is a friend of Watertown. He has improved the lives of thousands of people. I respectfully request that his record of achievement in Watertown, NY, be thoroughly evaluated as a you make your decisions.

Lori Joynt
J5

Honorable Valerie E. Caproni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

RE:     Letter of Support for Steven Aiello

Dear Judge Caproni,

I am writing to you as a friend of Steven Aiello. He has been part of my life for approximately 22 years. He is an extremely loving, generous and supporting person who is always there for everyone that has a personal issue or need. He comes from a very strong Catholic background and is so supportive and given generously of his time and money. He has donated thousands of dollars to various organizations as well as helping other family members with their financial difficulties.

I acknowledge that Steve has been convicted of certain crimes but know in my heart that he is an honest, loyal and loving person. His family is an exceptional unit of strength and courage as they have been through so much bad press, and nasty accusations. My husband and I have spent a lot of time with Steve's family and feel a very strong bond and have great times together.

I do not feel that this family can survive separation for a very long period of time, as love does not tolerate separation. I am a very strong Christian, and find Steve's entire family a pillar of strength as a whole. Not knowing what this could do to their beautiful family, I fear for the emotional health and pray for them to stay strong with courage and tenacity.

As a dear friend for whom I have great respect, I have always had faith that justice would prevail. In this case, I find it quite disturbing that such an injustice has been misconstrued. I respectfully ask that a shorter sentence be considered by Your Honor, as Steve is a pillar of strength for so many that really know and love him.

Respectfully,

Lori Joynt

Paul Joynt
J6

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

RE:     Letter of Support for Steven Aiello

Dear Judge Caproni,

I have been a friend and business partner of Steve's for 25 plus years.  In those years, I have come to know a man that was brought up with the utmost respect for his family and friends.  To say that Steve loves his family would be an understatement.  Steve's wife Lori is his best friend.  Steve's three children any man would be proud of, and his brother Father Louis Aiello who not only being a Catholic Priest, but perhaps one of the most caring and loving men you would ever meet.  The love and family bond that Steve and his family share is not typical by today's standards.  The way Steve lives his life is infectious.  If trust and generosity is a bad trait, then Steve is guilty of that.  Steve brings those qualities to his business life, his passion and foresight to look at a project and understand the impact that it brings to the community is second to none.  So many projects too numerous to mention, have changed so many neighborhoods to the positive.

The boards and charitable organizations Steve has been involved with have and will miss his positive impact.  The Make-A-Wish Foundation, Catholic Charities, Onondaga Community College, the Boys and Girls Clubs of America, Elmcrest Children's Center to name a few.

It is unthinkable that somebody like Steve will no longer be a driving force to an area that has fallen on hard times.  I understand, believe and respect our judicial system, but having said that, I need help in understanding how a man of Steve's character could be sentenced to prison.  This would be devastating to his family and friends.

In writing this letter, I wonder if your Honor will read this and what if any impact it could have on Steve's sentencing.  As you can see, by my run on sentences and lack of ability to really describe Steve that I'm struggling with all of this.  I only hope that my point is received and I know that had you, your Honor ever met Steve and his family you would understand what I'm trying to say.

Ultimately it's a sad state of affairs when a man of Steve's character, reputation, love for family and friends and his strong commitment to his community is all washed away.  This is a sentence all in itself.  I am asking you with utmost respect for you that a prison sentence not be imposed on Steve.

Respectfully,

Paul G. Joynt

Brigid Judge
J7

Brigid C. Judge

154-156 Grand Street

Apt 14

Brooklyn, NY 11211

September 10, 2018

Honorable Valeria E. Caproni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Caproni,

      I am writing to you today as I am a family friend of the Aiellos, specifically a very close friend to his daughter Elizabeth (Lizzy). I have known Lizzy since early 2011 when we met at college, but I formed a close bond when we realized we were both from the Syracuse area – this alone made our friendship easier to build and grow.

      In April 2011 Lizzy invited me over to her family's home for Easter Sunday dinner. This was the first-time meeting both of her brothers, mother Lori and father Steve. They made me feel welcome the moment I walked through the door. I was super grateful for that and continued to feel at home in the years after as Lizzy and I became closer friends. When we sat down to dinner, I started to gather and conclude that family dinners in the Aiello household was a chief principal to their lives, specifically for Steve. He made everyone at the table feel warm, welcome, important, and most importantly well fed. As my friendship with Lizzy grew over the years, I began to spend more time with her and her family for dinners, evenings on their patio talking about work, life, family, and other fun outings. I always enjoy spending time with the family. Steve and Lori make me feel like one of their own every time we get together. I've known Lizzy and her family for almost 8 years now. One thing I've always admired about Lizzy is that she always puts her family first. She prioritizes family time and will travels miles to do so, if she must. I believe this is a true reflection of Steve's character and example as a leading member of the family.

      Being from upstate New York, I had heard on the local news that Steve was being accused of conspiracy and bribery. I struggled to wrap my head around how or why, it seemed obscure and not the Steve I knew. In the years later after the accusations, I came to find out recently this year that he was convicted of certain crimes. I was heartbroken for Steve and his family. I continued to show his family love and support where/when I can, whether it be a quick text, call, or message on social media to Lori, Steve Jr. and Tom, or giving my dear friend Lizzy a call to join me for some exercise, watch football, or just the two of us for dinner on the town. I have always known Steve and the family to be very humble

beings, never asking for anything, always giving. Although they may never come out and ask, I will always continue to show the Aiello family support, love, empathy, and compassion.

Your Honor, you may already know that we live in at time where we as contributing members of society are constantly looking for accountability, honesty, empathy, and compassion in others. Sometimes I find it hard to find friends, colleagues, or even potential male suitors, whom I can find these noble, important traits with. Luckily, I am very fortunate to have not just found all of them in my dear friend Lizzy, but also Steve and his family. Steve was always the first one to get up from his chair to say hello to me and the last one to say goodbye. He always made sure that I had a room and bed to stay in when I came over to visit the family and it was too late to drive home. Steve always welcomed me over for his famous wood fire pizza and bonfire in the back yard. We shared a lot of good laughs and great stories. One thing I always admired about Steve was that he was a good listener and took genuine interest in my life; always asking how my parents were doing, how my music endeavors were going, the job and more. Steve has a big heart and a lot of love to give to his friends and family. We can all learn a little from Steve — most importantly being how to put others before yourself, and how to treat others the way you want to be treated.

Your Honor, I do not believe that sending Steve Aiello to prison will benefit society. Steve is an undeniably supportive figure to his family as a father, brother, uncle. He is a mentor, innovator, and leader in his personal and professional life. He is passionate about the city of Syracuse and believes in its people. His convictions in the court of law are not a fair nor accurate representation to his human character — loving, humble, honest, compassionate, empathetic. Steve leads by example. Moreover, his character is an honorable example of how we all should strive to be, how we should treat each other as fellow human beings, and go on to teach generations after us to be.

Respectfully Yours,

Brigid Celina Judge

David Kellish
K1



1300 WEST FAYETTE ST., P.O. BOX 1079 SYRACUSE, NEW YORK 13201
OFFICE (315) 475-5115    ORDER DESK (315) 475-5191    FAX (315) 472-5613

**Paragon Supply Inc.**

September 2018

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Steve Aiello

Dear Judge Caproni,

I am writing today to express my support for Steve Aiello. I have known Steve and his family for 15 years, and have done business with him and his company throughout that time. I admire him and his partners for their accomplishments, and for the honesty and integrity with which they conduct business. They are a pleasure to work with, and in my opinion, a great asset to the communities where they develop properties and provide employment. I also know him to be a caring person, good husband, and father and I am proud to call him my friend. I am hopeful you might consider some of the things that I can tell you when you decide his sentence for his recent trials. I realize that he has been convicted of a crime and I am aware of the possible consequences. He has had to bear a difficult burden already of 2 lengthy trials in a city 4 hours from home, and that alone has taken a toll. I am hopeful he will not be imprisoned as I do not feel it will be beneficial to anyone. Certainly he is not a threat, but rather a benefactor to society. He is a leader in the greater Syracuse community, and he has helped our area become a better place to live by serving on boards at our local community college and chamber of commerce without compensation. His company provided a gathering place for the Village of Fayetteville complete with gardens, walking paths, and a gazebo that is used for village programs and concerts, and they do not charge any fees. I see Steve and his wife at mass on Sunday mornings and know him to be involved with the church as well. His brother is a local priest. I have accompanied Steve and members of his family on their yearly camping and mountain climbing in the Adirondacks. I have become well acquainted with him and come to realize what an honest and caring person he is. Therefore, I would hope he would not be imprisoned and removed from the good works he has accomplished. I am certain that he will continue to be a caring person for the benefit of many and the good for our community. I would hope that you might consider community service as a sentence as Steve is already a practitioner, and in my opinion, it would make our town a better place in many ways and be a reasonable solution.

Very truly yours,

PARAGON SUPPLY, INC.
David J. Kellish
President
DJK/ksm

DISTRIBUTORS OF A COMPLETE LINE OF BUILDING SUPPLIES
FORMERLY THE PARAGON PLASTER CO. • ESTABLISHED 1886

Sharon Knapp
K2

Sharon L. Knapp
3331 N. Bennett Street
Tacoma, WA  98407
(253) 759-1251
Shari.Knapp@gmail.com

August 25, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:    Letter of Support for Steve Aiello

Dear Judge Caproni,

My name is Sharon Knapp.  I am so pleased to tell you that Steve Aiello married my cousin,
Lori, and I have known him since their wedding in 1984.  I have met his close-knit family.  Steve
has been a wonderful husband to my cousin, to whom I am very close, and together they have
raised three beautiful, kind, intelligent children.  For that, he is family and I love him like a
brother.

I have been watching with incredulous interest the court proceedings via Internet and am aware
that a jury has convicted Steve of certain crimes.  It is incomprehensible to me!  I know Steve.
He would not knowingly do any of those things for which he has been convicted.  He was 26
years old when I met him and having known him most of his adult life, I can tell you that I have
never known a more honorable man.  I have the highest respect for him and to me, his
character is above reproach.  He is loyal to his family, his friends, his church.

With his inherited strong work ethic, he has provided well for Lori and their children.  I remember
when they were struggling to make ends meet, like most newlyweds.  They had a small house
and their children started coming along.  He realized he was going to have to do more.  He
created COR Development, a company that ultimately became very successful through his hard
work and efforts.  It hurts to know that not only his name has been tainted, but also his integrity.
He has worked so hard to create a better Fayetteville, a better Central New York.

Steve's family means everything to him, even his extended family.  Every Sunday after church,
Steve and Lori invited their mothers, including mine, to a home cooked Sunday dinner.  Our
mothers always looked forward to that.  My mother and Lori's mother were sisters.  They grew
up in Fayetteville.  My mother looked after her younger sister for years.  For a long time they

Honorable Valerie E. Caproni
August 25, 2018
Page 2

lived in the same apartment complex in Liverpool. Steve and Lori purchased a home in Fayetteville for them to live in together to make it easier on my mother, and easier for Steve and Lori, who also live in Fayetteville and had driven to Liverpool faithfully to check on them and/or help them out in some way. Our mothers each paid reasonable rent to live in this home. Steve and Lori checked on them practically every day. Steve took care of any problem that came up with the house, even when he'd get called in the middle of the night. He got up, got dressed, and drove over to fix what usually would be a leak in the ceiling between the upstairs and downstairs apartments. When Lori's mother died, Steve and Lori continued to take care of my mother until I could talk her into moving to Washington to live with me in 2013. I will be eternally grateful to Steve and Lori for the kindness and loving care they gave my mother through the years.

As to Steve's being convicted by a jury, I can't begin to tell you how sorry I am this has happened to him. That this kind-hearted, generous, trustworthy man could be jailed is a travesty. I saw Steve in action in his work and I know he has done nothing but good for Central New York. His ingenuity, creativeness and integrity would be a tremendous loss to the State. Steve and his family would be devastated. No good could come of it for anyone. I am begging that you please find it in your heart to consider the honorable man I know Steve to be and suspend any jail time.

Thank you for your time and consideration.

Respectfully,

Sharon Knapp

Kathleen Kobuszewski
K3

Kathleen P. Kobuszewski
307 Long Branch Road
Syracuse, New York 13209

August 20, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York City, New York 10007

Re: Steven F. Aiello

Dear Judge Caproni:

I have known Steve Aiello for a very long time. We grew up on the North Side of Syracuse and attended Catholic Schools very close to one another. We worked together at a small neighborhood grocery store all through high school and had many mutual friends. I now work at Mannion Copani and I still come in contact with Steve regularly. He is always friendly and considerate and we always talk about "the good old days" growing up.

I have always known Steve to be a person of integrity with strong family values. I knew his parents, sisters and brother, and I know his wife and his son. Steve has always taken care of his parents and family members and treated them with incredible generosity and the utmost respect.

I am writing this letter to ask you to consider the person Steve Aiello is when sentencing him. He has done great things in our community, he is a good person, a good family man and he deserves respect and compassion when considering his sentence. His sentence will not only affect him but his wife, his children and our community.

Thank you for your consideration in this matter.

Respectfully,

Kathleen P. Kobuszewski

RECEIVED

AUG 2 8 2018

O'Connell and Aronowitz, PC
For SRC/SW/MEH/KF/u

Jim Kraft
K4

**Harbor View Wines and Liquors**
**936 North Clinton Street**
**Syracuse, NY 13204**
**(315) 474-6810**

October 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

As a business owner in Syracuse, NY for over 35 years, I have had many opportunities to meet with Steven and Lori Aiello and their family. I would have to say that my conversations with such a friendly and considerate group of people have always been extremely enjoyable.

My business, Harbor View Wines and Liquors, is located directly adjacent to the Syracuse Inner Harbor Redevelopment Project that Steve is spearheading. I can watch the buildings going up from my front entrance. Over the years Steve has become not only a loyal customer but a friend. He stops in regularly to update me on the progress of the buildings going up, and we've discussed some of the challenges he's faced in keeping the project going. A less-determined person probably would have given up on the project years ago, but Steve has said that he wants to give back to the North Side of Syracuse, the area where he was born and raised and where his father ran a business for years. This is not a carefully-crafted public relations message, but the sentiments of a good person who wants to do what he can to improve his home town.

Twenty years ago, when I bought and refurbished an abandoned factory building to house Harbor View Wines and Liquors, it was my hope that eventually the Inner Harbor area, which was run-down and sparsely inhabited, would be redeveloped. I can only admire Steve for taking the project on and seeing it to what I hope will be its eventual completion. Due to the level of opportunity the Inner Harbor project promises, other abandoned buildings are being redeveloped for residential and retail use. Several restaurants have opened in the area in the past six months. There is a sense of excitement that is rare in a city where major development projects are few and far between.

While I'm aware that a jury has found Steve guilty of certain crimes, I do not know how society, especially the City of Syracuse, would benefit from sending a person focused on improving the area away for a lengthy prison sentence. We need more visionaries like Steve Aiello in this area, not less. Thank you for taking the time to read this and have a wonderful day.

Respectfully,

James P. Kraft
Owner, Harbor View Wines and Liquors

Louis Kruth
K5

M. Louis Kruth, CPA
5248 Owera Point Rd.
Cazenovia, NY 13035

September 17, 2018

Honorable Valerie Coproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Steven Aiello

Your Honor,

I am a long time friend of Steve Aiello as well as the preparer of he and his family's individual income taxes. My father, before me, prepared Steve's parents tax returns. I've known them forever. Steve and the Aiello family are all wonderfully kind, respectful, faithful, honest and humble.

I know that Steven Aiello was convicted by a jury of certain crimes and is to be sentenced. It saddens me that a jury came to this conclusion based on what I read and followed of his trial in the newspapers and internet and knowing Steve as I do.

Following Steve and his family, raising bright, well adjusted and educated children and possessing a loving marital relationship are his foremost accomplishments. Family has always come first for him. Knowing his path to business success allows me to admire him even more. He worked long and hard from the bottom up and has created lasting successful real estate development projects thought New York State for all to access and benefit by his efforts. I've never heard anyone in the business community speak ill of him or his company.

Steve is someone who gives back to the community. We've gone fishing together with a professor of his from Onondaga Community College and listening to Steve compliment and attribute beneficial teachings to the professor was telling to me as it shows that Steve is warm, appreciative, and humble. He felt so highly of his education at Onondaga Community College that he served on the institution's board of directors.

Steve has become a leader in our community and along with his business endeavors benefiting our community with a great impact on many people and organizations. I strongly feel that society would not benefit by sending Steve to prison and that a prison sentence would be detrimental to his family and our entire community.

Your Honor, please take this character reference letter under your consideration when determining sentencing.

Thank you for your time.

M. Louis Kruth

Sheldon Kruth
K6

Sheldon  Kruth

6755 Flametree Drive

Fayetteville, NY 13066


August 20, 2018

Honorable Valerie E. Caproni

United State District Court

Southern District of New York

40 Foley Square

New York, NY 10007


Dear Judge Caproni,

I have known Steve Aiello professionally and socially for over 25 years. While I was the managing partner of a local CPA firm, I was providing accounting and tax services to his parents. One of my partners handled Steve's personal account.  Over the years, my respect and admiration for Steve has continually increased. He and his wife, Lori, have become dear friends of my wife and me.


Steve has been a dedicated member of our community.  He has served on many boards of directors and has been instrumental in helping guide agencies and organizations in their various missions. I know that he served Onondaga Community College and in addition to helping to conduct capital campaigns, he has assisted in guiding the administration to improve and expand the services offered to the community. Steve has exhibited kindness and compassion in each of the leadership roles he has had. He has proven to be fiercely loyal, courageous, and honest. He has exhibited these traits in business as well as in his personal life.

My wife and I have chaired many charitable functions for a variety of causes and Steve and his family have always been first to offer assistance and not just financially. They have been willing to help organize, arrange funding, and participate in events like the annual walk for the March of Dimes. Sometimes they would anonymously assist families in need and helped launch summer concerts to benefit the Charity for Children. Steve and Lori have continued to demonstrate that they are more than philanthropic -- they really care about those less fortunate than themselves.

Steve and Lori have raised a wonderful family. They are caring, loving, and devoted parents. They have made sure that their sons and daughter have become well educated, productive members of society. They have set a wonderful example of caring and commitment that shows in how their children have conducted themselves in school and college and now in the community. I would also like to share with you that I have witnessed Steve care for his parents in the most admirable manner. He remained in the community in which he was born in part to remain close to his parents and brother. After his dad's passing, he became the care giver to his mom for the remainder of her days. There wasn't anything that he didn't do for her. Also, he is close to his brother who is a Catholic priest and I know that he arranged for his family to accompany his brother to the Vatican where he officiated at a mass. All examples of Steve's love for family and for community.

I am aware that a jury has convicted Steve of certain crimes and that he will be sentenced soon. My wife and I stand by his family and will help them as best we can throughout this ordeal. We just do not know how we can help Steve, Lori and their children other than to reach out to you. We see no benefit to having Steve serve a prison sentence. It will not benefit society to have Steve spend time in jail when he could be spending that time providing and caring for his family. He would also be able to continue his charitable work and his service to those agencies that rely on him for guidance and leadership. We feel very strongly that many would benefit from having Steve remain a productive member of society and that no one would benefit from having him in prison. In this instance, a loud and clear message has already been sent to the state and the business community and justice may well have been served by the financial, emotional, and psychological ordeal of the trial and conviction.

Please take these observations and comments into consideration when rendering your decision as it will have a most dramatic effect on Steve, his family, and our community. Thank you very much.

Sincerely,

Sheldon Kruth

Sam Laquzza
L1

Sam Laguzza

4827 Kasson Road Syracuse NY 13215 | cell:315.395.1678 |home:315.469.5774| slaguzza16@hotmail.com

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello                    August 23, 2018

Dear Judge Caproni,

My name is Sam Laguzza. I have known Steven Aiello, as well as his family for nearly fifty (50) years. Steven and his sister Mary were close friends while growing up on the northside of Syracuse. We lived a few blocks city blocks apart, and a friendship grew from our teen years. Although we went to different schools Steven at Saint John the Baptist and I went to city schools and Bishop Ludden High School, we still "hung out" together. Once we were of working age we were both employed by Wegmans Food Market. This job experience added responsibility and respect for others to our expanding personalities. While growing up, anyone who knew Steven (and the Aiello family) knew he was honest to a fault. We both knew should we draw attention to any bad behavior we would shame our family. Because of that, Steven was respected by his peer group. Steven would be the player confessing to fouling another player in a pick-up basketball game. Most of us would shake our heads, but knew Steven was probably correct with his call. I still consider Steven a friend today.

Fast forward thirty-five (35) years or so; Steven is a successful developer. He was struggling with a decision to re-develop a low-income housing area known as Maple Heights. The area was known for drug trafficking and crime. I knew Steven's forte was in the development of shopping malls and as the Onondaga County Legislator who represented Maple Heights, Steven asked me my opinion on redeveloping the area into a neighborhood that people would want to live in. I didn't believe this could materialize, but my optimism grew because of Stevens' excitement and vision. To my knowledge this was Steven's first venture with anything dealing with housing.

Steven wanted to, in simplest terms, turn a blighted area in Syracuse into something of value. He felt that developing a good environment could impact people's lives for the better. He wanted to do good and have an opportunity to change lives. I know he did exactly that, peoples lives changed because of how he redeveloped the area.

Sam Laguzza

4827 Kasson Road Syracuse NY 13215 | cell:315.395.1678 |home:315.469.5774| slaguzza16@hotmail.com

I understand a jury has convicted Steven of certain crimes. Needless to say, I am shocked by the verdict and am in disbelief having known Steven as long as I have. That being said, I don't believe there could be any societal gains by imprisoning Steven. Imprisoning Steven would remove, whom I still believe to be an honest and good person from society. If Steven is allowed to serve his punishment outside of prison I am confident he would elevate his contributions to do good for our community.

Having known Steven and his entire family for decades, having grown up with him and knowing the pain he and his family has suffered because of this verdict, I need to reiterate that I am certain that Steven will make beneficial amends to society outside of prison.

I have witnessed a commitment to our community from Steven via Maple Heights and the excitement he exhibited for delivering such an asset to our area. I saw the same excitement and commitment from Steven when he started the re-development of the Syracuse Inner Harbor. This was a blighted area on the City's northside that Steven had a vision to develop a multi-use neighborhood of businesses and housing.

I understand that although I am an old friend, the Steven I knew as a teenager is the same Steven I know today, because of his parent's upbringing, his schooling, and his early work experiences. Please allow him to make amends outside of prison.

Respectfully yours,

Sam Laguzza

Frank Lazarski
L2

105 Richard Road
Syracuse, New York 13215

October 28, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Your Honor:

I am writing to you on behalf of Steven Aiello who I have known since the 1970's. I watched Steve grow up while working closely with his brother and father.

Steve's brother and I were teaching colleagues at a small Catholic High School in Syracuse; he later went into the seminary and has been a Catholic priest ever since. Steve's dad and I got to know each other when I went to work for Syracuse Catholic Charities and his dad was a successful businessman, model volunteer board member and mentor.

When Steve graduated college in the late 1970's his first job out of college was at Catholic Charities working in a new program, helping young Amer-Asian men settle into foster care home. Steve Aiello served as a surrogate big brother, friend, mentor and teacher to them. It was apparent back then Steve possessed some very special qualities as he diligently and respectfully helped these teenage boys, who were unwanted by their Asian and American parents, become assimilated into our culture. He did this with kindness, humility a sense of humor and thoughtfulness. I am certain many of these young men are successful adults today because of the inspiring encouragement of their case manager, Steven Aiello.

We stayed in touch over the years and most recently, as President of the United Way of Central New York, I witnessed Steve's generosity as he became a United Way leadership donor to assist those most in need in our community. He was also very enthusiastic about hiring those who were living in poverty and desperately needed employment opportunities.

While I am aware a jury has convicted Steve of certain crimes, I am also aware of the good I know he can do to benefit those in need. Indeed, his potential to help people by providing employment opportunities and philanthropic assistance to nonprofit and religious organizations can make a difference in the lives of many children and families.

Steven Aiello knows how to help people especially in poor communities like Syracuse, NY. Given the opportunity for community service, I am confident he can and will make a positive difference in the lives of many in need as he did when working at Catholic Charities.

Respectfully yours,

Frank J. Lazarski

Lou Lemos
L3



**bti**
the travel consultants

*it's a big world and we're all over it*

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steve Aiello

Dear Judge Caproni:

I have known Steve Aiello for over 10 years and four years ago unknowingly became his next door neighbor. Within the first two weeks we realized our new neighbors were Steve and Lori and our friendship began and has grown tremendously. He is unequivocally one of the most honest and sincere people I have ever had the privilege to know. We have spent many nights and afternoons talking about our lives, our families and our work. Never have I met a man whose heart is bigger than Steve's and whose generosity exceeds anyone I have ever known.

I am 72 and moved into our house just after my re-marriage. We have been re-doing many things over the years and Steve simply steps in and offers his help and his team's help as well. Every year he buys live trees for Christmas and decorates his front yard. Two years ago one magically ended up on my porch. Last year he had four trees planted in our yard near his yard and certainly his greatest gift was his team's elimination of a 50 yard old concrete pump house on the edge of our yard. All of this because he knew I went to the Cleveland Clinic and needed a heart specialist and am now recovered almost 100%.

In addition I am a choral conductor and work with Symphoria, the local Symphony. He went to one of my concerts and immediately asked how he could help them and our group. He has been a sponsor of the Holiday Pops and last year a summer concert. Never asked he just did it and has already asked for this upcoming season. He receives no real reward, just the joy of giving and helping people who need it.



BTI Travel • 124 East Jefferson Street • Syracuse, NY • 13202
315.472.7737 • 800.472.7447 • 315.472.2310 fax •
www.btitravel.com



*it's a big world and we're all over it*

Could a man so generous and giving and loving deserve to spend one day in prison? I say absolutely not! Our world is starving for men with the kind of heart and conscience and giving nature of Steve Aiello. We must not allow this wonderful individual to be taken from our city and from the many people he has touched.

Please do not send Steve to prison. It will leave a huge hole in a city full of holes and that his generosity has begun to turn around with his belief in our future. And most of all don't send him away from my family.

Sincerely,

Lou Lemos

CEO

BTI The Travel Consultants



BTI Travel • 124 East Jefferson Street • Syracuse, NY • 13202
315.472.7737 • 800.472.7447 • 315.472.2310 fax •
www.btitravel.com

Dr. Patrick Lynch
L4



| The Hill Medical Center | Clay Medical Center | Brittonfield |
|---|---|---|
| 1000 East Genesee Street | 8100 Oswego Road | 4939 Brittonfield Pkwy |
| Suite 100 | Suite 120 | Suite 102 |
| Syracuse, NY 13210 | Liverpool, NY 13090 | E. Syracuse, NY 13057 |
| Phone: (315) 472-8835 | Phone: (315) 652-1020 | Phone: (315) 634-6690 |
| Fax: (315) 476-3712 | Fax: (315) 652-4578 | Fax: (315) 634-6691 |

Patrick J. Lynch, MD  •  Michael A. Riccione, MD  •  Paul D. Reznikov, MD
Gerard McCrohan, MD  •  Benjamin B. McDaniel, MD

www.cnydiagnosticimaging.com      Caring Professionals, Caring for you.      To schedule an appointment, please call us at 315-CNY-XRAY

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: Letter of Support for Steven F. Aiello

Dear Judge Caproni:

   My name is Dr. Patrick Lynch. I am a local businessman who is a board-certified radiologist, managing partner and owner of CNY Diagnostic Imaging. I moved to Syracuse in 1986 to complete a four-year radiology residency at SUNY Upstate Medical Center. Upon Completion of my residency in 1990 I married my wife Denise and we raised our two daughters in Fayetteville, NY.

   As a businessman in a field of medicine that is capital intensive, my four partners and I have been concerned as we have watched the progressive economic downturn in the greater Syracuse area. We have put tens of millions of dollars at risk to expand our practice from one to four offices and have employed up to 100 people. We witnessed a progressive loss of jobs and potential patients as large companies, such as New Venture Gear, Syracuse China, Stickley Furniture, and Carrier Corporation moved out of the area and were not replaced. In fact, from the end of 2007 to the end of 2013, Central New York lost 27 percent of it's manufacturing jobs.

   Living in Fayetteville, we watched the Fayetteville Mall close in 1994 which then became an eye sore to the local community. Vacant buildings sat idle and progressively deteriorated into a state of disrepair. I witnessed this abandoned property right down the street from my home negatively impact my community.

   It was not until Steven Aiello and COR Development Company risked significant capital to build and complete the Towne Center at Fayetteville shopping center that the dilapidated center began to turnaround. Completed in 2004, this provided close, convenient access for my family and the local community to many retail stores, restaurants, local doctors, and more. The redevelopment infused money into our economy and created innumerable jobs.

   CNY Diagnostic Imaging's first office was at 310 South Crouse Avenue in the City of Syracuse. The property was immediately adjacent to a rundown failed low-income housing project controlled by the state called Kennedy Square owned by the New York State development agency. In addition, located within two blocks of our office, was a second vacant low-income housing project also controlled by the state, which was condemned and known as Cherry Hill Apartments.

   In 2005 it was Steve Aiello and COR Development who working in conjunction with Housing Visions Unlimited, a non-profit organization, demolished the abandoned federal housing project known as Cherry Hill and built a 50-unit low-income housing complex, called Maple Heights. The impetus behind this project was not profit driven but rather a response to a community

service need requested by the City of Syracuse and Upstate Medical University. Upstate was in need of the property, which was occupied by Kennedy Square. The Kennedy Square complex, which bordered my office, was plagued for many years by high vacancy, crime and debt. We even experienced a few break-ins, and theft at our office. These issues negatively impacted my business. It created an unsafe environment for myself, my employees, and patients leaving the office after dark. These issues were alleviated by the relocation of the Kennedy Square tenants to Maple Heights and the demolition of Kennedy Square by COR.

Our second office at the Clay Medical Center opened in 1987 in the sparsely populated area of Clay, NY. Most of the medical center remained empty until Steve Aiello and COR Development Company developed multiple properties in the Clay area between the years 2004 and 2009. This COR project consisted of hundreds of thousands of square feet of retail and restaurant space. This project moved ahead even though the area was struggling with the great recession, shrinking population and diminishing labor force. COR's investment and development created a significant influx of jobs leading to a rapid development of housing projects, additional businesses, and services to support the local community.

Our Clay office quickly became our most successful. In fact, the US Census Bureau estimated that from May of 2010 to 2017, two communities adjacent to Clay were included in the 50 fastest growing communities in New York. The village of Baldwinsville ranked 15th with 8.33 percent growth since 2010. In addition, the adjacent town of Lysander ranked number 26 with 5.51 percent growth since 2010. These two communities were able to buck the trend of residents leaving New York State in great part related to the investment and development in the area by Steve Aiello and COR Development.

I have only had the pleasure of personally Mr. Aiello on one occasion at an event held at the Syracuse Inner Harbor. The event was sponsored by COR Development for the World Canals Conference held in Syracuse in September of 2017. During our conversation it was clear that he was dedicated to his vision to revitalize the Syracuse Inner Harbor. More importantly he introduced me to his family and it was clear that he is a dedicated husband, and father to his daughter and two sons. He is proud of the roll he has played in the economic development of Syracuse, the jobs he has created, and the many charities he contributed to and supported.

In conclusion, I would ask you to weigh in all the above considerations on a person who has done so much good for the area, my company, other business owners, his family, and local economy during his sentencing phase. I am well aware of the charges that Steve faced and his convictions. I am also aware that Steve Aiello is scheduled to be sentenced by you on October 12th, 2018. I do not agree or believe sending Steve to prison would be in the best interest of all those in the community, the local economy, and most importantly his family. He truly is a dedicated, and upstanding member of our community. A prison sentence would be detrimental to all concerned. Please consider an alternative to incarceration, so Steve can continue to be a productive member of our community.

Thank you for your time and consideration.

Respectfully yours,

Patrick J. Lynch, M.D.

Melissa Lynch
L5

Merissa R. Lynch
7346 Dartmoor Crossing, Fayetteville, NY 13066


September 2, 2018


Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007


Re: Letter of Support for Steven F. Aiello


Dear Judge Caproni,

My name is Merissa Lynch and I have been employed by COR Development Company for the past three years. Graduating in 2013 with a degree in Interior Architecture I was unable to find a job including any employment in my field for over two years. The only opportunity extended to me after sending out 35 resumes after graduation was an unpaid internship for Zausmer-Frisch, Scruton & Aggarwal an architectural firm. At Zausmer-Frisch, Scruton & Aggarwal I worked as a designer providing consulting services primarily to train senior architects in use of 3D-Design programs and participating in various active firm projects. The most common response I received from the remainder of the companies I applied to was that the economy in our area was struggling and that they didn't even have enough work to keep their present employees busy. Therefore, I accepted this unpaid Internship in an effort to gain some experience.

COR Development was the first company to offer me a full time paid position, which included full benefits in 2015. In the almost three years I have been at the company I have personally worked and interacted continually with the owners of the Company. One of them being Steve Aiello. I quickly was incorporated into the Steve's vision to transform urban and suburban properties into completed shopping centers, medical facilities, and apartment buildings. The largest and most important project I have been personally involved with thus far is The Syracuse Inner Harbor development project. I witnessed and worked on the transformation of a very desolate former state barge canal terminal into a residential, hotel, retail, and office community that focuses on public access to the water's edge.

Working directly with Steve I can personally say he has always worked to preserve the best interest for not only the company, and its employees, but also as the greater

Syracuse community as a whole. Growing up in Fayetteville, NY and now working for this local company so close to home I witnessed first hand how Steve's vision has reshaped and improved the community we live in. Steve encourages and rewards those employees who express their talents in the company. A little over a year ago Steve acknowledged my hard work not only as a designer but my initiative in promoting and marketing all the positive things COR does through the use of social media, as well as volunteering and sponsoring events. He rewarded my effort by promoting me to COR's Marketing Manager.

I witnessed on many occasions not only his generosity to employees but also his support of charitable agencies such as Vera House a battered women's shelter, Elmcrest Children's Center a shelter for abused children, Make A Wish Foundation, It's About Childhood and Family Inc., A non-profit who serves Central New York through empowering families to develop independence in handling life's struggles, as well as many of the local school arts, science and sports programs. I have never seen Steve take his everyday comforts and success for granted. Not only does he make financial donations more importantly he donates his time on various boards and often engages in innumerable projects through out the year which often go without mention or praise.

During my time at COR I have had the opportunity to closely work with his two sons. This has given me the opportunity to see a different side of Steve. Not only is he a talented, honest driven businessman he is also a dedicated wonderful family man to his wife and three children. Although his sons work for the company they are not handed anything or given special treatment. They are expected to work and are held to the same standards as the rest of the company employees.

In conclusion, I would ask you to weigh in all the above considerations on a person who has done so much good for the area, for employees, his family, and local economy during his sentencing phase. I am well aware of the charges that Steve faced and his convictions. I am also aware that Steve Aiello is scheduled to be sentenced by you on October 12th, 2018. I do not agree or believe sending Steve to prison would be in the best interest of all those who work for him, the community, the local economy, and most importantly his family. He truly is a caring, and upstanding member of our community. A prison sentence would be detrimental to all concerned. Steve is man with a big heart and I truthfully believe he has demonstrated honesty, integrity, and ambition.

Respectfully yours,

*Merissa R. Lynch*

Merissa R. Lynch

John Lyons
L6



Ph: 315.452.0568   7330 Eastman Road
F: 315.452.1033   North Syracuse, NY 13212
www.lan-co.com

August 15, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni:

I have been a business associate of Steven Aiello for 18 years and a friend of the Aiello family since my elementary school days in the early 1970's.

I aware of the jury's decision regarding Steve's case. I felt compelled to submit a letter on behalf of Steve, after the verdict was announced.

From the time Steve and his partners started their business together, he has worked to build a company that was I was proud to be associated with. I was impressed by his ability to evolve and grow amid a changing economy. Steve built a good reputation along the way, completing a variety of first class projects that positively impacted the surrounding area. He has earned my respect and admiration.

From the time I met him to present day, no matter how busy he was, Steve always said "Hello" and exchanged a smile or pleasantry, when he would see me.

Steve is a quiet, family man who has a strong faith in God which is reinforced by his brother Louis, a catholic priest and shared by his lovely wife, Lori.

The development accomplishments Steve has been directly involved with have made the central New York area a far better place to live and work. His success has supported many families in the area by the creation of jobs and contributed to the growth of many suppliers and vendors.

With the challenges we are facing in Syracuse, the community will be much better off having Steve working to help achieve our common goals and contribute to completing projects, rather than any term of incarceration.

Very truly yours,

*Lan-Co Companies, Inc.*

John J. Lyons IV
Director of Operations

# Richard MacDowell
# M1

August 30, 2018

Honorable Valeri E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007

Your Honor,

Re: Letter of Support for Steven Aiello

I have been an employee of COR Development for over 13 years and have known Steve for over 14 years. Although Steve is one of the partners of COR I also consider him a friend. Whenever I pass him in the hall, see him in the elevator or he walks past my office he always asks how am doing, how the wife is doing and if I need anything from him. Having observed how he has handled himself over the years under many different situations I have nothing but respect for him.

Even though the jury has convicted Steve of certain crimes it has not changed how I feel about him as my employer or as a friend. I stand by his side proudly and offer my support routinely not only to him but to his entire family. I often tell him if there is anything I can for him or his family just let me know. His answer is "just keep up the good work that you do for COR". He always thanks me personally for my support.

Steve is deeply religious, believes in helping others, an honest person, tough but fair and helps others not so fortunate. He has many times donated used items from COR's centers to his church, supports many charities, has been involved in "The Make a Wish" program for many years along with other similar organizations. His support for local organizations and his generosity is well documented throughout the Syracuse Community.

He has personally said to me more than once that the thing he is most proud of is the employees at COR and that he loves all of us. His belief in family values is what more families these days should have. He gives the entire company the week between Christmas and New Year's off with pay stating that this is the time families should be together.

When my wife almost died in 2012 COR and Steve were there for me throughout the eight days that she was in ICU. Not once did they ever ask when I would be back to work, it was always what can we do for you and don't worry about work. After my wife came home from the hospital they allowed me to work a flexible schedule, so I could help her recuperate.

Page 2

There is no way that society would benefit from sending Steve to prison and any length of time he would have to serve. There is nothing to be gained from Steve serving a sentence, in fact it would be exponentially detrimental to society.

I have watched COR Development under Steve's leadership take deserted shopping centers, vacant land, wetlands, rundown trailer parks, rundown buildings and turn them into a hotel, thriving shopping centers, apartments, a business park, etc. For the last 16 years COR Development led by Steve has created job security for their employees, thousands of construction jobs, thousands of permanent jobs not to mention the tax dollars added to the local municipalities.

Many people make COR Development what it is today. But without Steve's vision to see what these places could become, his courage to take the financial risk to make it happen and dedication to his believes none of what COR Development has accomplished would be possible. Steve still has many visions of good things that he wants the company to accomplish yet. He needs to be free to do so.

Thank you for your time and I hope you weigh this letter in your decision.

Respectfully,

Richard A. MacDowell
6556 Van Buren Road
Warners, New York 13164

Joanne Mahoney
M2

Joanne M. Mahoney
6836 Holliston Circle
Fayetteville, NY 13066

September 17, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

Please accept my letter of support for Steve Aiello. I have known Steve and his family for more than 10 years and appreciate the opportunity to share information with you as you prepare for the difficult task of sentencing Steve.

By way of background, I have spent much of my career in public service in Steve's hometown. My path initially crossed with Steve's when he was serving as a volunteer on our local community college board. Steve is a graduate of the college and volunteered for the board, he said then, because he thought it was an opportunity to give back to the school that Steve credits for giving him a good start in his own life.

It was in that role that I first got to know Steve and admired his hard work. He went above and beyond what most volunteer board members do and treated it as a priority in his life. Steve came to my office on a number of occasions to discuss issues having to do with the college.

As I got to know Steve better I learned that he was also helping with a lot of non-profit organizations in the community. I was surprised to hear the extent of his contributions because they are organizations I also interacted with and I never knew Steve to take credit for the work he was doing.

For instance, our community was at risk of losing our Boys and Girls Clubs because they were having financial difficulty. One of the clubs had been closed. An easier thing for most people would be to contribute money but Steve always did that and then even more. He rolled up his sleeves with his company and took on the job of fixing up the facilities themselves. I was surprised to hear when I asked that his company had been donating construction and repairs for years.

I came to learn that this was a common thing for Steve. Several years ago I wanted to try to learn the scope of the work Steve and his company were donating in our community. It was not an easy task because they did everything without fanfare or demand for credit but I was stunned with the size and



scope of the philanthropy Steve and his company were quietly performing week after week and year after year.

An additional point to note is that part of the reason Steve and I hadn't gotten to know each other sooner is because Steve built his company and enjoyed a lot of success almost entirely in the private sector. It wasn't until a former Mayor in Syracuse asked Steve to take on some complicated projects in our city that Steve's work brought him to partnerships with government. Like many older cities, Syracuse needs redevelopment and many of the projects don't make economic sense without municipal partners. It is the reason many developers choose not to tackle them. Steve was approached because his company had a good track record and Steve was persuaded that participating was the right thing to do.

Steve's work on these projects continues until this day. He made a commitment to our community to help transform an area of the city that is important to us and despite his own troubles, the work continues. I drive past the site regularly and am struck by his commitment to his hometown. Many others would have stopped the work and focused on themselves but not Steve. I know him as a person of integrity and he is finishing the job he started. Again, doing the work with very little credit or publicity.

I am aware that Steve was recently found guilty in your courtroom. As a former prosecutor myself, I have profound respect for your court and for the jurors who worked hard on the case. My request to you is that you consider Steve's years as a dedicated community member and as a responsible business person currently meeting his obligations in our city as you contemplate your decision.

Thank you for your consideration.


Very truly yours,



Joanne M. Mahoney

# Kathleen Maloney
# M3

528 Plum Street #309
Syracuse, New York 13204
September 8, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni:

Several years ago while Steve Aiello and his wife were walking the Creekwalk in Syracuse, I stopped them to talk. Rather than dismissing me as a stranger or a "kook" they stopped. He asked how I knew him. I explained that I was a long time resident of the Northside, knew his family (including himself) from church, his sister Caroline, from school and now as an adult volunteered with Caroline at All Faiths Food Pantry. We then had a nice conversation. I think that this encounter shows a man who is kind and respectful of all who cross his path.

I know a jury has convicted Steve. I don't think that society will be better if Steve is sent to prison. I feel that it is in the best interest of all, his wife, children, sibling and community not to be sent to prison. If he is not sent to prison he will be able to serve all including his community in a way that will benefit all.

Respectfully,

Kathleen Maloney

Clifford Malzman
M4

Clifford Malzman

7133 Coronation Circle

Fayetteville, NY 13066

August 18, 2018

Honorable Valerie E. Caproni

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Re: Letter of support for Steven Aiello

Dear Judge Caproni:

I have never been involved in any business or investment ventures with Steve Aiello, but I have known him as a person for a number of years, and as a person who has done much for the greater community in Upstate New York.

I am the Chairman of the Board of Trustees for the Everson Museum of Art. Steve has been a Trustee of the museum and has been generous with his support, as he has with other charitable and non-profit institutions in our greater community.

I am also the President of Cannon Recreation Corporation and provide employment for over one hundred people. Though New York City has enjoyed a wealth of development in the last two decades, Upstate New York has had a much more difficult time. People have not been lining up to explore development projects in this region. In fact, much of what has been accomplished during this time might be attributed to Steve Aiello, and his creative vision for this community. He redefined the model for our shopping malls and changed our lakefront, among the many game changing projects that he has developed for this area.

I am aware that Steve has been convicted by a jury, but with all due respect Your Honor, incarcerating this man may serve a legal purpose, but would cause great harm to our Upstate community and its economic movement forward. And, it would also harm the many institutions that Steve and his family provide support for.

I respectfully ask for your leniency.

Sincerely yours,

Clifford Malzman

Adrienne Mannion
M5

Honorable Valarie E. Caproni
United States District Court
Southern District of New York
    40 Foley Square
    New York, New York 10007


Dear Judge Caproni,
            My name is Adrienne Kay Mannion. For more than
22 years I have known Steve Aiello. He is my friend.
            Steve and I met when Steve came to work at Eagan
Real Estate in Fayetteville, New York. At that time I
had been working selling Real Estate for 16 years.
A person being honest, trustworthy, kind and decent
has always been important to me. When I went out
of town Steve would take over my clients and do a
great job for them and for me. If I had not been
sure of Steve's honesty and integrity I would never
have asked him to work for me.
            I have five adult children that I raised
to be kind, good, honest and hardworking. Because
I thought so highly of Steve I wanted him to
be friends with my children. They have been
friends for many years.
            I have watched Steve work extremely
hard to build his business and I have been
proud of him for his integrity, honesty and hard work.

II

I know a jury has convicted Steve of certain crimes, but no one could ever convince me that Steve is guilty of these crimes.

Steve has been a credit to his community and a good friend to many people and I do not believe putting him in jail would benefit anyone.

If there is anything more I can do to help you understand what a good, decent and honest man Steve Aiello is please feel free to contact me.

Thank You,
Sincerely,

Adrienne Kay Mansion
7664 Hunt Lane
Fayetteville, New York
13066

Phone Number - 315-637-8733

Caroline Mannion
M6

September 8, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor;

Steve Aiello has been a dear friend for over 33 years. We met back in 1985 when his wife Lori
and I started our careers as nurses in Syracuse, NY. Quickly our friendship blossomed and Lori,
Steve, my husband Kerry and I spent much of our free time together. From 1986 until today
Steve has proven to be a man of honor. I have witnessed firsthand Steve as a loving husband,
father, son, brother and friend.

I am aware of the crimes of which Steve has been convicted. The jury has spoken. My husband
and I are available to Steve and his family in any manner needed. We will drop anything we are
doing to come to his/their aid.

Our families have vacationed together in Cape Cod, camped together in the Adirondacks and
had many family get-togethers over the years. During these times together Steve has always
exemplified a man of honesty, generosity, compassion, love, faith and gratitude. I once told him
I wanted a crèche for my nativity set. Utilizing his handyman talent, he promptly crafted one
out of wood and delivered it to me for the upcoming Christmas season.

Steve is a family man. He and Lori have spent much time over the past several years tending to
their elderly parents until their passing; his mother living with them for lengthy times.  Family
has been of utmost importance to him.

His Catholic faith has been at the forefront of his beliefs and actions starting as a child at St.
John the Baptist, which he reflects on with a smile on his face. We've had many conversations
about our own faith formation and of our beliefs today. He has a unique perspective as a
brother of a Catholic priest. Steve's perspective has been reflective, deep and powerful.

He cherishes his friendships from his elementary and high school years. He, Kerry and a few of
his elementary school friends played tennis for many years together. Not one of them had
much talent, but after the match they would return laughing and chuckling with many stories of
hacking the ball, running into one another, "I lost because my partner stunk today," to share.
Unfortunately, these men have gotten to the age where achy joints prohibits these matches
from continuing. The tennis matches have ceased but friendships remain.

Steve and Lori have three beautiful children who've grown into caring adults. Each of them
treats everyone they meet with respect and kindness. Their parents raised them to be



compassionate, caring and loving individuals. I witness these virtues each and every time I see Stevie, Elizabeth and/or Tommy.

I do not think Steve serving a prison sentence would be beneficial to our society. He is not a danger to other people. He is a family man whose wife and children's lives will be disrupted if he were to be incarcerated. Incarceration would benefit no one.

Respectfully yours,

Caroline Mannion
217 Haddonfield Drive
Dewitt, New York 13214
315-427-3778

Gwyn Mannion
M7

Honorable Valerie E. Caproni                                    August 1, 2018

United States District Court

Southern District of New York

40 Foley Square

New York, NY  10007

Re:  Letter of Support for Steven Aiello

Dear Judge Caproni,

I have known Steve as a friend for 30 years.  He and his family have been kind and inclusive to me and my family over the years and we have attended many personal celebrations together.  I am aware that the jury has convicted Steve of crimes, but I cannot believe these crimes are worthy of jail time.  He may have made poor judgement, but it does not seem right that he should be removed from society.

Steve and his company have been instrumental in helping the YMCA (I was chair of the campaign) gain a space in our community so that we could build one of the most successful Y's in the country.  This Y is a diamond for the area and without Steve and his donation of land, we wouldn't have had it.  He has always supported me in many of my other community charities and I cannot imagine, that with all this good he has done, that he could be put in prison.

Respectfully yours,

Gwyn Mannion

7665 Hunt lane

Fayetteville, NY  13066

Jack Mannion
M8

Jack Mannion
200 Roosevelt Ave.
Syracuse, NY 13210

September 13, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

I have had the great pleasure of knowing Steve Aiello for the entirety of my life. He has been a close friend of my entire family's for decades, and I have been able to get to know his character quite well in that time. Steve was a co-worker of my father's in the 1980s, and this was the beginning of a long-lasting friendship that continues through today. My father, Kerry, now works for Steve at COR. From taking camping trips to the Adirondacks to time spent around a fire in his backyard, Steve has always been someone I have looked up to and admired. He is generous, a man of integrity, a caring friend and a tremendous father.

I am aware a jury has convicted Steve of certain crimes and wanted to write a letter providing my personal experiences with Steve throughout my life that demonstrate the man I have always found him to be. I have grown up a friend to Steve's three children, Steve, Elizabeth and Tom, in particular with his oldest son, "Stevie". A lasting memory I have of Steve is a camping trip we took together to the Adirondacks when his son Stevie and I were around 12 years old. A camping trip is a great opportunity for an adolescent boy to learn how to take care of himself, and we learned from Steve how to prop a tent up for the first time, how to start a fire, and to make sure the campsite was left as clean as when we arrived. We learned important lessons that week, as Steve made sure to instill all of these skills and traits in both of us, and showed us the importance of hard work and responsibility. Steve is a loving family man who raised his children to be kind while valuing the importance of hard work.

I do not believe that society would benefit from sending a man of Steve's character to prison and firmly believe a prison sentence would be detrimental to all parties involved. Steve has always been a man of high integrity who has worked tirelessly to provide for his family while also helping his friends. He has made it his mission to construct projects that will benefit the community while also being a committed husband and a loving father and friend. It would be a detriment to his family, friends, the greater community and the state of New York, and I hope this letter helps shed light on the man he is.

Sincerely,

Kerin Mannion
M9

August 6, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Your Honor:

I have known Steven Aiello ("Steve") for over thirty-three (33) years as a very reliable friend, business partner in real estate/business ventures, as a loving father/husband and a first-rate human being. The two strongest women in my life, my mother and wife, both introduced me to Steve in the mid-1980s as my wife worked with Steve's wife as registered nurses and just by chance, my mother was a residential sales agent with Steve as he entered the real estate business. At that time, both my wife and mother were raving about this wonderful young man I just had to meet. Thirty-three years later, I proudly proclaim to those that will listen that Steven Aiello is one of my closest friends.

Some of my favorite memories when our children were younger, were the times Steve and I traveled with our children to "rough it" as campers. Being an experienced camper, Steve would set up the tents, complete with cooking gear, food, sleeping bags and the two of us would then have an entire weekend to teach our children the values of self-reliance, discipline and the wonders of nature. Steve was always good-natured, humble, concerned about everyone's well-being, generous and, most importantly, a great role model for my children.

Needless to say, we are all in disbelief that a jury could come to the conclusion that Steven Aiello is guilty of the charges as assessed. I always tell my children that you can tell a person's character by the company they keep, and I am proud to say that Steve and I spent a lot time together over the past thirty three years. We as a family only know Steve as a person of incredibly high character, loyal, successful, ethical and honest.

While spending much family time together, Steve and I also teamed up early in our commercial real estate careers as partners in multifamily homes, commercial real estate brokerage opportunities and various other business opportunities. My admiration for Steve is so high, that in 2004 I placed my associate broker's real estate license under the broker's license of Steve as an independent contractor with COR Brokerage. Over the decades of doing business together, Steve and I always did business with integrity, honesty and hard work. We both learned from our fathers, that the work day starts early and

ends late.  In all the years I have known Steve, never once did I witness him act in any way unethically or improperly, quite the contrary, I always found him to be impeccably honest and ethical.  Steve knew the value of hard work, was never afraid of hard work and that is why the two of us, to this day, continue to conduct our daily business activities with the highest ethical standards.

Though I fully understand and respect the duties, responsibilities and power of the Court, the notion of sentencing Steve to incarceration would seem to serve little purpose when weighing the balance of all the good Steve Aiello has done for this community, his employees, his friends and his family.  I would respectfully request that Steve be allowed to continue to serve the many that rely on his daily inspiration as he has for the past thirty-three years I have had the good fortune to be associated with him.

Thank you for your time and consideration in making this most difficult decision.

Respectfully,

Kerin A. Mannion
217 Haddonfield Drive
Syracuse, NY 13214
(315) 427-1330



# Patrick Mannion
# M10

August 1, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

Re:  Stephen F. Aiello

Dear Judge Caproni,

Stephen F. Aiello (Steve) has been my good friend for over 30 years.  My experience with him over more than three decades has been ever positive.  We have worked together in business, we have worked together in the community, we've watched our families and children grow and we have shared the good and bad times that enter everyone's lives.

Steve served on my company's board of directors where his advice and counsel was an important part of our corporate oversight.  Steve worked with my wife and the local YMCA as they struggled to build a new facility to serve the east side of Onondaga County.  Steve and his firm donated the site that has since become one of the most successful Y operations in the country.

After September 11th I joined the local combination fire department in the village that services Steve's properties at Towne Center in Fayetteville, New York.  As an active fire fighter, EMS responder and officer I know how important it is to have the support of our local business community.  Steve is one of those strong supporters.  And, his personal and corporate generosity has extended far beyond the Fayetteville Fire Department.

Steve is a smart and decent person who chose a professional course that took him into a tough and unforgiving business.  Though not involved with his Cor development projects I certainly was aware of his activities since they were the stuff of front page headlines.   He was proud of his work.

Towne Center was a dilapidated, virtually empty enclosed mall that he resurrected and redeveloped into a thriving economic part of the Syracuse community.  Working with a progressive housing enterprise, Housing Visions, he helped convert a rundown complex known as Cherry Hill in the City of Syracuse into Maple Heights, a new, 50 unit affordable housing community.  His work at Syracuse's Inner Harbor speaks for itself, especially as he injected real life into an area that had sat dormant for over 20 years.

Steve's accomplishments in his business life are many. His accomplishments as a father and husband are more important. Steve has been a stalwart family person. He has been blessed with a loving and caring wife and three children who have each given him great joy in their own way. The characteristics that make you a good person show themselves in the confines of your home and your loved ones. Duty, honor, honesty, commitment, compassion and sacrifice are all descriptives I'd use when talking about Steve and I'd point to his history in the Aiello family as evidence.

I wasn't in the courtroom for Steve's trials. It was painful to follow the court's actions in the news. The accusations did not fit the person I've known, and known well. My faith in the jury system has been tested by these outcomes but, as Socrates said, to choose to live in this society one must choose to abide its laws.

Now he faces prison. Putting him there could serve no purpose apparent to me. He is a good person who has done many good things in his life.

As the judge you have plenipotentiary authority to articulate his sentence. Your practiced experience in dealing with these matters far outpaces any outside observer's opinion. I would simply ask you consider to what end a prison term would serve and recognize removing him from our community would leave a hole that all of us...friends, family and community...would struggle to fill.

Sincerely,

Patrick A. Mannion
7665 Hunt Lane
Fayetteville, NY 13066

# Thomas Maroney
# M11

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing to you today on behalf of my friend Steven "Steve" Aiello, his wife Lori, and son Steven. I have known Steve since the early 1980's. Even though we have not collaborated in any type of business venture or similar undertaking, our meetings in various locations over the last almost forty years have always been enjoyable. Steve and Lori are great caring people, who care for their community and all who reside there. I have never observed any arrogance, anger, distain for others in any of the instances that I have been in Steve's company. I have only observed sincerity and caring in his dealing with others.

I do not know any of the circumstances which led to the current situation that he is in. I ask for your thoughtful consideration in the sentencing of my friend Steve.

Thomas J. Maroney

Thomas J. Maroney
616 Bradford Parkway
Syracuse, New York 13224

Lucy and Philip Martin
M12

September 12, 2018
4480 Red Spruce Lane
Manlius, New York

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

It is with genuine regard for Steve Aiello that we write this letter of support for him. We have known Steve and his family for approximately eighteen years, and have had many interactions with them.

At the outset, we wish to state that Steve is a down-to-earth, generous, and kind person who is family and community oriented. With regard to community, Steve's efforts with COR have significantly enhanced the Fayetteville-Manlius community. The upgrade of the former Fayetteville mall has elevated the attractiveness of the site, substantially improved the economic welfare of the Fayetteville-Manlius area, and significantly improved the community's standard of living.

While we appreciate Steve's positive impact on our community, we also are very much aware of the closeness and affection of his family. We first came to know Steve and Lori when their daughter and ours became friends in fourth grade. These two young ladies continued their friendship through high school and now as both residents of New York City.

Based on the friendship of our daughters, we came to know the entire family. They have a strong and loving family. Their care for each other is demonstrably evident.

In addition, Steve and Lori were constantly involved in school activities and events, to include participation in the F-M Education Foundation.

Accordingly, it is with high regard and affection for Steve that we submit this letter on his behalf. He is a true gentleman.

Sincerely,

Philip Martin, former Superintendent, Fayetteville-Manlius School District

Lucy Martin, LPMartin Consulting

Christopher McCarthy
M13

RECEIVED

AUG 0 6 2018

O'Connell and Aronowitz, P.C.
For: SEC/SWD/MEM/KF/WD

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

I was roommates with Steve Aiello our senior year at Niagara University in 1980-81. We were floor mates the year before, our transfer year, after graduating from our respective community colleges. I have great memories of our Niagara University days. We had allot of fun and we all graduated on time with nice GPAs. I was at Steve and Lori's wedding after we finished up. We have both been busy with raising our families and building our careers and keep track of each other periodically. We don't need to chat every week to know we will be friends for life. We both will always remember our days back when and appreciate our solid college friendship days.

My memories of our college days are primarily of a family feel among about 25-30 of us. In those days at Niagara there were no co-ed dorms and we lived together as "transfer students" occupying two floors of O'Shea Hall. Steve's roll in our community was a leader who kind of had a "voice of reason" within our "young and wild bunch". Not too wild by any means, but a little. Legal alcohol drinking age back then was age 18 and occasionally it was a little too much, Steve seemed to keep an eye out. I remember my first roommate was way too drunk one night and Steve and I stayed back and hung around the room to be sure he was alright. I remember playing intermural sports and Steve keeping a level head in those most competitive moments.

Steve was the Student Government Vice President our senior year and really set himself apart; that was significant in our world. Our whole gang was out drumming up votes among our respective sub groups. We all cared, we all tried real hard to get our guy elected. We were all really happy for Steve. It really mattered to us all. His victory was our victory. He took his roll in Student Government very seriously. We were roomies and I knew the inside scoop, making changes and bring in speakers etc.

Steve was very well thought of among our peers. He had allot of friends. He commanded respect for his maturity and sense of humor. We had a ton of laughs. We were all brothers. We stuck together. We had each other's backs. We all thrived. He cared about us and we cared about him. He has always been a good character guy. My college sweet heart was good friends with his wife Lori. I knew Lori our Junior year. I believe they stated dating our Senior year. Lori was and is a super high quality person. Their dating days at Niagara were solid and they were a great couple; great enough to say "I do".

Allot of miles and allot of years have passed since our youthful college days. I am aware of Steve's current legal issued on a limited basis. We aren't really able to

talk extreme details until it's all behind him.  I received a call today from a close mutual friend from our Niagara days today and he asked if I would provide my thoughts and I gladly agreed.  I honestly don't know the whos, whats and whys of what transpired with Steve to bring him to today.  I can speak up now and suggest he be given a slap on the wrist.  Yes, a slap on the wrist, okay maybe kind of a firm slap.  To throw the book at Steve and destroy his life for this situation will not benefit society.  He has a wonderful family and they have had such a rough run through this thus far that further destroying Steve will further destroy his family.  They are and will continue to be a good part of the world.  Steve will continue to be a good part of this world if allowed to.  Putting him away where he will be just a financial drag on society and no futher production would be a waste of a good man.  It would be a waste of a good family.  If he were to be allowed to get back out there and work, pay taxes, pay his bills the world will be a better place.  Allow him to help with establishing his kids and grandkids for these next years and his affect on their lives with multiply through many lives.  Allow him to help his family to thrive and there will be leaders on collage campuses for years to come; being leaders, being roll models, being a voice of reason, and being the kind of person he's been to so many over the years.  Steve is a good and loving person.  I will always remember him as a brother and will always care for his well being and the well being of his family.

Thank you for your time and consideration.


Respectfully Yours,

*[signature]* 8/2/18

Christopher J. McCarthy
54 Heatherhurst Dr.
Pittsford, NY 14534-2127
(585)248-2837

Reverand John T. McGraw
M14

**Saint Ann's Church**
**104 Academy Street**
**Manlius, New York 13104**

September 6, 2018

Honorable Valerie E. Caproni

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Caproni:

  I am writing this letter in support of Steven Aiello.

  I have known and been close to the whole extended Aiello family for over 60 years. The family has always been community minded and interested in the welfare of their neighbors. Steve Aiello's brother, Father Louis, has been my good friend for many years.

  During my six years of ministry at St. Ann's Parish in Manlius, New York, I drew particularly close to Steve and his wife, Lori. They were excellent parishioners and very conscientious in seeing to the religious education of their children. I have known Steve as a very open and honest person. Any pastor would be very happy to have him and Lori as members of his parish.

I do realize that a jury has convicted Steve. After a great deal of thought and trying to look at the issue from every angle, I have not found any possible benefit there would be for society if Steve were sent to prison. Moreover, I feel that Steve's going to prison would be devastating to the whole extended family that I have known and appreciated for so many years.

Thank you for this opportunity to share my feelings and opinion of my friend, Steve Aiello.


Respectfully yours

Rev. Msgr. John T. McGraw

Lisa McKenney
M15

September 10, 2018

Lisa McKenney
302 Wedgewood Terrace
Syracuse NY 13214

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:     Letter of Support for Steven Aiello

Your Honor:

My name is Lisa McKenney and I am honored to write a letter on behalf of Steve and his wife Lori and their children Steven, Elizabeth and Tommy. I want to explain to you how I saw Steve continually put his **employees first**, his **family first**, and his **community first**. His leadership has changed our community for the better in so many ways. Please consider my personal experiences as you decide on Steve's sentence.

**EMPLOYEES FIRST**
I have known this family for nearly 14 years. I was introduced to Steve in 2005 when as a Financial Advisor I was given the opportunity to advise the 5 partners of the growing Cor Development Companies. It was obvious from the first time I met each partner, including Steve, the passion, determination and pride they had. This passion was not just to selfishly build a thriving business, but to improve the lives of everyone in the Syracuse community and provide a caring, supportive, and family atmosphere for the employees of their company.  They chose my partner and me carefully, as our first task was to convince them that we were the best team to take over the company 401(k). As partners, they weren't even eligible to participate in the 401(k) plan – so there was no incentive for them to hire us for their own personal gain. They made it clear throughout the interview process that many qualified advisors sought to win this relationship but missed the driving factor in their search: advisors solely focused on helping and educating the employees as to their own financial success and future. Phil and I didn't win the business with the lowest or cheapest costs, or the best performing investments, or by knowing someone "on the inside". Steve and the leaders of Cor hired us because we promised them we would advise, care for, and treat their employees as if they were our own family. For the last 14 years, I have been able to personally advise over one hundred Cor employees and their families; their spouses, their parents, their children, and in some cases their grandchildren!  I have helped these employees set goals to achieve personal financial success – all sponsored and offered to them as an employee benefit

from Steve and his partners. As Cor envisioned when hiring us, these clients became my personal friends over the years and I couldn't be more proud to say I had the opportunity to help guide them because of Steve.

## FAMILY FIRST

Steve also entrusted me as his personal financial advisor to his family. I have relationships with Steve, his brother Rev. Louis Aiello, his late mom, his wife, and his three children. It was here I got to see how much Steve cares about and cares for his family. He made sure that every family member was taken care of – no matter how busy he was with his business responsibilities. As a spouse, he and Lori have built a beautiful, loving, and giving family. I see Steve and Lori walking their boxer puppies at the local high school fields together. I see Lori and the kids with Steve at charitable events. I saw how he cared for his ailing mom in the last years of her life. IN EVERY INSTANCE – Steve modeled to his family impeccable character, morals, values and integrity. He demonstrated it in his actions – and demanded the same character of his family members and trusted advisors and friends. *In the 14 years I have known Steve personally or professionally he has NEVER once asked me to cut a corner; NEVER once asked me for preferential treatment; NEVER once asked me to bend or break the rules; NEVER once attempted to use his stature or influence to compromise my values or professionalism.*

## COMMUNITY FIRST

I can't say enough about how Steve and his partners and families supported and continue to support our community. I could go on for pages and pages but I will summarize it this way: Steve was blessed with good health and good fortune and believes that it is his personal responsibility to give back to those less fortunate. It is a core value of his. And these are not empty words. When asked to write this letter of support, I requested the charitable causes Steve and Cor Development have supported over the years. The dollar amount was staggering, but the bigger surprise to me was the diversity of causes Steve supported. Steve is a man of Christian faith; however he gave to the Jewish community. Steve's children went to one high school; he donated to other high schools who were sworn rivals! Steve and his family supported such a wide array of causes I was dumbfounded. I compiled a list of the types of causes they supported and continue to support while reviewing their donations:

### Documented Donations totaling over $897,000

| | | | | |
|---|---|---|---|---|
| BROKEN | HOMELESS | SICK | DYING | UNDERPRIVILEDGED |
| ANIMALS | SCHOOLS | CHURCHES | CIVIC | |
| YOUTH | SPORTS | HUNGRY | MUSIC | THE ARTS |
| ELDERLY | HOSPITALS | | ENVIRONMENT | |
| FIRE DEPARTMENTS | POLICE DEPARTMENTS | | PEOPLE WITH DISABILITIES | |

In closing, the verdict was decided by a jury and I have no choice but to respect their decision and your ultimate sentence for Steve. However, as you contemplate his sentence, I would implore you to go back

to the beginning -- back to the basics of what led Steve to create this company that has impacted our community in the most positive of ways.

THE BEGINNING
In 1998, Steve and his partners came together with a vision of running a development company with higher values, ethics, standards and integrity than what they had experienced in the business. From the first act -- naming their company -- they demonstrated this vision and "Cor" Development was born.

To understand their choice of name -- I asked the late Louis Aiello, Steve's cousin and one of the founding partners. Lou said Cor means "heart" in Latin. I will never forget where I was and the moment he said that. Today as I wrote this letter, I googled the word "cor". This definition was the first and immediate result in bold letters:

*"Courage is a heart word. The root of the word courage is cor - the Latin word for heart. In one of its earliest forms, the word courage meant "To speak one's mind by telling all one's heart".*

Your Honor, you have a huge responsibility every day to consider the most appropriate sentence for a wide array of individuals convicted of various crimes. I would ask as you consider Steve's sentence to lead with your heart. Steve Aiello has always led with his heart and continues to do so to this day. When I search my heart, knowing what I know about Steve and his family and his company, I find that sentencing Steve to prison would only cause more harm to his employees, his family, and our community.

I have learned over the years that out of every negative we can choose to find a positive. As you speak your mind, please find the courage in your heart to allow Steve to serve his sentence in our community. Your courage and mercy will allow Steve and his family to make even more of a positive impact in our community than ever before.

Most respectfully,

Lisa M. McKenney

Mary Ellen Michalenko
M16

August 6, 2018

Honorable Valerie E. Caproni

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Caproni,

I am writing this letter to show support for Steven Aiello who has been convicted of certain crimes in your court. I have known Steve and his family for over thirty five years. I relocated to Syracuse from Queens, NY after my marriage in 1981. I met both Steve and Lori shortly after they married in 1984. Steve's sister, Mary, is married to my brother-in-laws brother. Steve always joked we were shoe string relatives. During the years raising our children, being stay at home mothers at the time, I would take my children up to Lori's house to let them play. (They call them play dates now days). I remember Steve working on real estate properties and would drive by some of his accomplishments. I was most grateful and happy when he created the Fayetteville Town Center from an old dilapidated mall. I was thrilled to see the transformation of the area into a shopping center I go to daily. He built this in his home town. A grocery store, Target and Kohl's, plus smaller shops, all the shopping I need.

Fast forward many years, our children have all grown and remain friends. While our children enjoy going to the hipster downtown parts of Syracuse, Steve, Lori, my husband and I enjoy our adult time going out to quiet dinners. I would like to share a very intimate family moment. While in high school, one of Steve's children became ill. During this medical crisis, I worked at the children's hospital they were admitted. Not to disclose any HIPPA regulations, I remember being with them waiting days for the diagnosis. Steve stayed by his child's side and with great faith awaited the outcome. Thankfully, it was not the diagnosis suspected and in a few days they went home. I remember Steve's admiration for the work staff and other families on the unit. He would bring up treats and snacks for the unit and thank all he encountered. The staff on the floor commented on how nice the Aiello family was.

I understand the severity of this verdict for Steve and his family. I can only state how Steve and his family are wonderful, caring, religious, and hard working. Lori, Stevie, Elizabeth and Tommy would suffer greatly if Steve was sent to prison. Steve is not only the provider for his family; he is the center piece. Steve has been a quiet supporter of many philanthropic endeavors in the Syracuse area. He has never wanted or tried to be in the limelight. He loves his wife, children and his community. Steven Aiello is truly a kind man.

Respectfully yours, *Mary Ellen Michalenko*

Mary Ellen Michalenko, (203 Sherwood Drive, Syracuse, NY 13214)

Allision Miller
M17

August 17, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re;    Letter of support for Steven Aiello

Your Honor:

I have known Steven Aiello since I graduated college and started my career in commercial banking in 1993. Steve has been a friend and business associate of mine since the time we met. He has mentored me throughout the twenty-five years I have known him, both in a professional and personal manner. I have grown to respect him as a businessman, husband, father and friend.

I am aware that a jury has convicted Steve of certain crimes. Steve is a hard-working and generous man and has been a role model in the Syracuse community. In the banking business, character is one of the five C's of credit and Steve's character has never been in question by me. I have admired Steve for years for his integrity, courage, vision, generosity and honesty.

Because of these characteristics outlined above as well as his commitment to bettering the greater Syracuse community, society would not benefit from sending Steve to prison. The positive impact Steve has had on this community as well as his continued dedication to making this a better place would be affected by a prison sentence and detrimental to all. I appreciate your time in reviewing this correspondence.

Sincerely,

Alison K. Miller

Ralph Monforte
M18

Ralph Monforte
632 Bradford Park Way
Syracuse  N.Y. 13224

Honorable Valerie E. Caproni
United State District Court
Southern District of New York
40 Foley Square
New York  N.Y. 10007

Your Honor:

I have know Steve for 14 years, I have worked with him, spent time with is family and have
seen the positive impact he has had on our community and all those around him.

I am sad that the jury found it self in a position to find fault with Steve in the case against him.

His impact on my life and my family has changed the future for us, he gave us a chance when
no one else would. He was nurturing, and supportive in our dreams in the future.

It seem to me that with all the problem in our society today, there is no good that could come
from sentencing Steve to prison. It would be a set back to everyone in central New York.

I hope you will find in this short but heart felt letter a sense of humility in my suggestion to
understand the lose of Steve as a part of our society and how it would be a lose to the future
of our community.

If you would like to talk to me in the future please feel free to contact me at you convenience.

Respectfully yours,

Ralph M. Monforte

Margery Morgan
M19

Margery Morgan
24 Colten Court
Webster, NY 14580

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I have known Steve Aiello for over 30 years. His wife Lori and I are close friends. Lori and I met while working as nurses on the pediatric floor of Crouse Irving Hospital in Syracuse. We had a lot in common, we were young and newly married and all working hard at our careers. Our spouses became friends and we often shared dinners together. Financially, we were in similar circumstances. We were weathering the ups and downs of commission sales while nursing provided both families with a reliable income and health insurance.  We didn't have much so we spent time at each other's homes. I have distinctive memories of making cookies with Lori for Steve's weekend open houses as he was a residential sales agent.

In 1989, our families welcomed baby boys within 6 weeks of each other. This solidified our strong relationship as Lori and I decided to work different days so we could avoid day care costs and have a loving and reliable situation for our children. It was a fun and hectic time. Sometimes at the end of the day I would go to pick up Ben at the Aiello's and Steve would be home attempting to give my colicky son a bottle. Steve is present and hands on father. He taught my children to bait a hook and to enjoy hiking through the woods.

Steve was born a builder. They had a small house with an even smaller backyard in the city of Syracuse. Steve was always involved in a home project. He has designed and built all kinds of things for his children. One of the most amazing contraptions was implemented during a particularly snowy central New York winter. He assembled huge piles of snow and added ramps and twists and turns

so that you could have the time of your life sledding down a steep hill. It 's design in a limited space looked like a movie set. There were lights strung across the fences and there even was a small fire to warm your hands. As winter continued, so did the construction in the backyard. The children were young but the legend of Steve's backyard is always brought up as one of the best childhood memories. It is no surprise that COR is so successful when I remember the constant improvements and his desire to please and delight family and friends with his work.

Through the years our families have remained close My family has moved several times, but we still talk just about every day. I have known Steve and Lori as they have negotiated life together. They raised 3 teenagers and all graduated college. They have dealt with aging parents together, always with a sense of humor. Steve's mother was determined to stay in her home even into her 90's. Steve had an emergency button for her to use if she felt ill. One night at 2 am he received a call from the service that his mother had called for help. She used the button to call for assistance turning off her air conditioner. Steve got up and drove across town to take care of it for her.

Steve Aiello's true character is revealed in his ordinary life. He loves his wife and children. He takes care of extended family. He has frequently donated to local charities anonymously. Lori worked at a church clothing closet for low income families and when work was needed there he took care of it. He loves his hometown. When discussing projects, he has always mentioned people first and then the benefit to the community. He knows his employees by name.

When I had a family crisis six years ago Steve and Lori were the first people I called. I had suddenly learned that my long marriage was destroyed. I was out of the country when this happened with 3 minor children. Steve was with me every step of the way, offering guidance and support. He helped find an attorney, and advised me to make appropriate financial decisions. At one point during this time someone commented on how much "my brother" cared about me. I didn't correct them.

Steve and Lori are named as executors of my will. There is nothing more important than my children to me and no one I would rely on other than Steve and Lori to take care of my finances for my children if I weren't here.

I was at the trial for a week in February. I was able to sit with the family. I listened to the testimony and the witness, Todd Howe. I am aware that Steve has been convicted. These convictions do not change how I see Steve and his family. I love and trust them completely. As they have always been there for me I will always be there for them.

Steve and Lori have a strong marriage, it will continue to endure through any circumstance. I do not feel that any person or society will benefit from sending Steve to prison. Steve can be more useful and productive to his family, friends and community outside of confinement.

Sincerely,

Margery Morgan

Margery Morgan