Linda Napier
N1

Linda Napier
4577 Cone Wood Trail
Manlius, NY 13104

August 13, 2018

Honorable Valerie E. Caproni
United State District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I have known Steve Aiello and his family for about 14 years – his youngest son was in elementary school with one of our daughters.  He was just one of the many parents walking the halls on parent's night, attending music concerts and sitting in miniature chairs at parent visitation days.  Back then, he stood out in the crowd by his mere height and presence.  As I got to know Steve Aiello, though, I realized he actually stands out in a crowd because of his amazing compassion, character, and love for helping others in our community without ever being asked or boasting about his charity.

I am aware that a jury has convicted Steve of certain crimes and wanted to share with you my experiences of how Steve Aiello has had a positive impact on our local community.  I hope these few stories give you a sense of the Steve Aiello who we all know and respect - he is an extremely kind, generous, compassionate, and genuine person and community leader.

I am the Director of the Fayetteville Manlius (FM) Community Outreach, Inc. - our town's food pantry. We presently have over 185 households registered and provide about 4,000 meals a month to our hungry Fayetteville Manlius residents.  Lori Aiello started to volunteer for me about 9 years ago managing our clothing closet.  Throughout the years, our food pantry would need the help of skilled labor, physical labor, and donations.  Without ever directly asking Steve Aiello for help, somehow he would find out and graciously provide what was needed.  Steve never looked for applause or fanfare broadcasting his good deeds.  He helped us not because he had to help, but because he wanted to help. That's just who he is.

Our food pantry is located in the back basement of a building which borders an inactive parking lot at night.  We are open at night for clients to pick up food on their way home from work.  In the winter, when darkness descends early, it can be quite spooky and potentially unsafe for both our volunteers and clients.  The parking lot lights didn't seem to reach the entrance of our food pantry and my night volunteers expressed their concerns.  I was chatting with our volunteers about this dilemma and somehow word got out to Steve Aiello.  He offered to buy a motion detecting light and install it for us. Within days, the light was installed and ready for the next night shift.

Years ago, we had to move our huge pasta dinner advertising wooden sign from the town square by a certain time so that the next local town organization could post their sign. I wasn't able to move it because I was going to be out of town and our sign was way too big to fit in the biggest SUV, so a pick-up truck was definitely needed. Once again, I was just sharing my dilemma with some volunteers and without even asking, Steve Aiello heard about my quandary. He offered a truck and his family to move our sign. Problem solved. This seems like just a little kind offer, yet it turned out to be quite a huge offer. That Sunday morning, we had a big Central NY snowstorm - the roads were a mess and the snow was falling extremely hard, yet the sign still got moved in time as promised. Steve did what he said he was going to do - no excuses.

Every holiday, Lori Aiello would ask me what our pantry needs and how the Aiello's could help to feed the hungry in our town. I would tell her that her volunteering and Steve's generosity over the years are a gift in itself. She would remind me that this is what the Aiello's do and that they would really like to help somehow. One year they donated many cases of "In My Father's Kitchen" pasta sauce which was extremely creative and thoughtful. This pasta sauce is made by homeless people in Syracuse and sold at our local Wegmans grocery stores. Since the profits go directly to help feed the homeless in Syracuse, they thought it would be a great way to many people all at once. This sauce was a HUGE treat for our clients since it is too cost prohibitive for our clients to buy for themselves. It was truly a gift for all.

I don't interact with Steve Aiello in his role as a developer; I interact with him as a recipient of his kindness and generosity to our local community. I also live in the community of his developments and am aware of the jobs and opportunities that have been created because of his hard work. As Director of the FM Community Outreach, Inc., I see firsthand what happens when jobs diminish and believe we can't afford to lose a positive catalyst for future developments in our community.

Thank you very much for reading this letter.

Sincerely,

Linda Napier

Allen Naples
N2

*Allen J. Naples*
*11 Meadow Drive*
*Fayetteville, NY 13066*

September 4, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **Steven F. Aiello**

Dear Judge Caproni:

Over the past few months, you have come to know Steve Aiello very briefly, painted in a grim light by good people trying to do their best with a limited set of facts. But most of the men and women in your courtroom – the lawyers, members of the jury, and, respectfully, you – haven't had the pleasure of knowing Steve for the past 20 years as I have.

While you have come to know Steve only under the worst of circumstances, I have known him through the most ordinary, as friends and neighbors, navigating through our careers and raising our families in tandem. So I'd like to tell you briefly about the man I know: a good, kind, and generous man, who treasures his family and community above all else.

Steve and his wife, Lori, have been a couple in love for as long as my family and I have known them. They've raised three children, all in their 20s and early 30s, who are the type of children any parent would wish for – smart, independent, articulate, successful, humble, and compassionate. I don't think it was coincidental that they have become such fine young adults, as these same traits could be used to describe both Steve and Lori.

Early in his career, Steve focused on providing the best possible life for his family by developing several major shopping centers throughout Upstate New York, which put COR Development on the map as the successful corporation that we all know today. More recently in his career, Steve and COR began to shift their efforts toward giving back to the communities that made them, entering into public-private partnerships such as the redevelopment of Syracuse's Inner Harbor, the Loguen's Crossing housing project, and the former Mercy Hospital in Watertown, NY.

The latter project in Watertown, in a town known for its military presence (but lack of affordable housing options and amenities), typifies what Steve and COR have worked to accomplish; if it comes to fruition, that multi-phased development will feature mixed-income housing with many affordable units, senior housing, and civic space for tenants with services supportive to the City.

Contrary to what the newspapers might indicate, most qualified developers who call Upstate New York home do not fight over State contracts (which generally are not very lucrative); rather, they more frequently take their resources out of state, to develop more profitable projects in fast-growing regions where strong population growth and a large investor base promise quick, tidy profits.

Although Steve has long held ties to Arizona (even counting it as his second residence), he and his partners have remained steadfast to investing here, locally, ensuring that our commercial real estate stock remains modern, attractive, and competitive, despite our Rust Belt nomenclature and reputation. (If you ever have occasion to look at a listing of Steve's commercial property holdings, you won't find buildings in New York or Miami or San Francisco – but rather the much more glamorous towns of Batavia, Canandaigua, and East Syracuse.)

In addition to long hours on the job, Steve has always made a commitment to actively participate on the boards of important local organizations, such as Onondaga Community College and CenterState CEO (the region's chamber of commerce), where the two of us served together for several years. He also consistently has provided financial support to the arts, cultural, and charitable organizations that make the community vibrant. His son, who moved back to Syracuse shortly after completing graduate school, is beginning to do the same and I expect that he, too, will one day have an outsized impact like his father.

I currently serve as the regional president of a major bank. While I write this letter as Steve's friend (and all of these opinions are mine alone), my occupation is somewhat relevant because over the course of my 47 years of banking I have had the opportunity to meet and work with thousands of individuals and entrepreneurs, which in time has informed my judgment. I would consider Steve Aiello to be a man of high character, kindness, compassion, and integrity – the type of man anyone would want to have as a neighbor or friend or colleague.

Consider that despite what has now become years of salacious headlines tarnishing the reputation of a family-owned company that has served Central New York for decades, there has not been a single meaningful resignation at COR Development, amongst an extremely talented team that could easily find work elsewhere. That Steve's family and employees – not to mention subcontractors, vendors, tenants, and (perhaps most notably) public officials – have continued to stand by Steve, both before and after his convictions, should tell you something about Steve's character, the relationships that he's built, and the loyalty that he has earned.

As you move toward sentencing, I ask that you be fair and lenient, taking into account the type of man that we, Steve's friends, neighbors and colleagues, know him to be – a funny, loyal, caring, community activist and family man whom we will miss deeply for every moment that he's not out building a more vibrant Central New York.

If there is anything that you would like to discuss further, please do not hesitate to contact me at (315) 396-3441.

Respectfully yours,

Allen J. Naples

Aaron Nipper
N3

4251 State Route 3
Fulton, New York 13069

August 7, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Letter of Support for Steven Aiello

Your Honor,

I have had the pleasure of being employed by Steve Aiello through COR Companies for a period of approximately five years, during which time Steve has requested me to do work for him personally; as well as, my employ in the company.

I am aware that a jury has convicted Steve of certain crimes. I also understand that people can make mistakes and the bigger question is who will benefit with the outcome. Steve was willing to work with me and it changed my life.

In July 2015, I had an alcohol related situation occur outside of work that would have affected my ability to drive company vehicles. I had never been in any trouble before, and I spoke with Steve about my situation. He immediately worked with me and hired another person to drive for me and kept me on my job until it could all be resolved. Most employers would have terminated their employee but Steve was compassionate and understanding as I worked through it. I needed to hire an attorney and when it was an amount more than I could afford, Steve also worked with me to give me a personal loan for the amount I needed and allowed me to pay it back weekly out of my pay at an amount I could afford until it is paid off. The charges were eradicated. If it were not for Steve's help and compassion, I would have been unemployed and could have had a criminal record.

I am deeply in sincere gratitude for the help that Steve gave me and for him believing in me. My life has been forever changed for the better by my mistake.
I hope the same will be for Steve.

Respectfully yours,

Aaron L. Nipper

Tim Norton
N4

**Harbor View Wines and Liquors**
**936 North Clinton Street**
**Syracuse, NY 13204**
**(315) 474-6810**

October 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I wanted to take a moment and put together a few thoughts on Steve Aiello and his family.

As the manager of Harbor View Wines and Liquors in Syracuse's Inner Harbor area, I've seen Steve, his wife Lori and their kids many times over the past nine years. The impression I've always had of the Aiellos is, "What a nice family". From Steve and Lori on down they are always gracious not only to me but to every employee in the store. It is obvious the parents have done a great job of teaching the children how to treat others. It is also obvious how close they are, and how much family means to Steve and vice-versa.

A few weeks ago, I was sitting at my desk eating a sandwich. Steve stopped in to invite me, as a courtesy, to the open house they were having at the new Iron Pier apartments in the Inner Harbor. He must have apologized five times for disturbing my lunch, and I must have told him five times it was no problem, I was just eating a sandwich while I did some paperwork. While I know he's been found guilty by a jury of certain crimes, I have a hard time putting the successful developer who apologizes to a liquor store manager for disturbing his lunch together with someone who could be receiving a lengthy prison sentence.

I've also been working with Steve's sons, Steve Jr. and Tommy, as they prepare to open Iron Pier, the first new building in the Inner Harbor redevelopment. They've made it a point to reach out to area businesses like Harbor View to include us in the welcome packages they will be giving to new tenants. I can see how proud and excited they are that the first phase of this project is finally nearing completion, and how they want all of us who do business in the area to be included. I imagine their enthusiasm is tempered by the fact that their father may soon end up going to prison.

Your Honor, I apologize if this letter lacks the formality of others you might receive on Steve Aiello's behalf. I believe the improvement he is bringing to the Inner Harbor, an area of Syracuse that for my lifetime has been a wasteland, is worth considering. We don't have much in the way of development around here, and I would certainly like to see it continue. But I also can't help but feel for the Aiello family as they contemplate a future without their husband and father. Thank you for your time.

Sincerely,

Tim Norton
Manager, Harbor View Wines and Liquors

Margaret M. O'Connell
O1

Margaret M. O'Connell
140 East Genesee Street
Skaneateles, New York 13152

October 22, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

I write today on behalf of my colleague and friend, Steve Aiello. Steve and I met in 2009 when we both served on the Board of Trustees of Onondaga Community College (OCC). Steve was a committed and passionate Trustee for OCC, having once been a student at the College and therefore understanding the perspective of many of the first-generation college students. I admired Steve's humble and quiet demeanor and respected his wise counsel during Board meetings.

In 2012, the President of OCC announced she was leaving for another position and as Chair of the Board of Trustees, I agreed to step in for one year to serve as Interim President of the College. During that year, Steve and another respected Trustee, Melanie Littlejohn, served as Co-Chairs of the presidential search committee. Steve was the logical choice to serve as Co-Chair of the critical search committee because of his affable manner and passion for the college. It was during this hectic and stressful year that I worked most closely with Steve. Through ten months of endless calls and meetings, Steve was always available, as a volunteer, to lead the search process. He interacted with students, faculty and community members as the spokesperson for the search process. He was always approachable and everyone on campus trusted his ability and commitment to serve the College during this critical time.

I will always remember with great fondness the almost 18 months that Steve and I worked together so closely. Through college events and personal dinners, I had the opportunity to meet Lori and my husband and I greatly enjoyed spending time together.

Page 2

I am aware that Steve has been convicted of certain crimes. It has deeply saddened me and the entire CNY community in which Steve has lived and worked. As with Steve's service on the Board of Trustees of OCC, he has always been "community-minded" and truly cared about the community. He generously supported the capital campaign at OCC for student scholarships and many other community causes. He has always been genuine and authentic in his relationships and a truly kind person.

I do not believe that society would benefit from sending Steve to prison. Steve and his family have already endured public shame and humiliation which is a significant punishment. To send him to prison, in my estimation, would not serve to punish him any further and would limit his ability to have a positive impact in our community.

Respectfully yours,

Margaret (Meg) O'Connell
Executive Director, Allyn Family Foundation

Shannon E. Older
O2



THE
DARTMOUTH
· COMPANY ·

September 14, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor:

I am writing to offer a letter of support for Steve Aiello, who will shortly be facing
sentencing before you in connection with federal wire fraud and conspiracy convictions.

I am a partner in The Dartmouth Company, a Boston based commercial real estate firm. I
run the Upstate New York office, which is based in Albany. Our company represents
retailers throughout the northeast. We also market commercial space for owners and
developers. It was through my work in the commercial real estate industry that I met
Steve Aiello and came to work with COR Companies.

I remember receiving a call one day in late 1999 or early 2000 from Steve. He and his
cousin Lou had just started COR Companies. I had not transacted with them before. Steve
wanted Barnes & Noble, a tenant we represent, to consider locating in a shopping center
COR was building in Clay, New York. Barnes ultimately selected an alternate site, but
through the process I was introduced to Steve and became familiar with COR. Steve
earned my respect as someone who listened, and did his best to meet the needs of the
retailer. He went on to build a very successful shopping center in Clay, albeit without
Barnes & Noble.

As COR Companies grew and built more shopping centers across Upstate New York, our
paths continued to cross. Between 2001-2010 Steve and I worked on numerous deals
together. These ranged in size from big box tenants such as Target, Lowe's Home
Improvement, and BJ's Wholesale Club to junior anchors and smaller users such as
PetsMart, Barnes & Noble, Thomasville Home Furnishings, Ulta, Red Robin, Panera
Bread & Chipotle. Regardless of the size, all of these tenants are demanding and require
the developer's focus and attention. In the early years, Steve was heavily involved with
the negotiations of these deals. He took pride in getting personally involved with the deal
making. He wanted to understand the retail concept so he could play a role in making the
unit successful. He did his part to influence co-tenancy, frontage, signage, and exterior
design in order to give the tenants tools that had added to their success elsewhere. He
hired better than average architects to create better than average looking shopping
centers. He was in the business to create successful centers, not just to turn a profit.

The efforts of Steve and his team did not go unnoticed by the retailer community. Most of the companies noted above did multiple deals with COR. This was not by accident. COR developed a reputation for listening, for delivering, and for meeting deadlines. They also delivered quality construction. This reputation was earned under Steve's leadership. He set the tone and he was the one who took the risks where others would not.  Steve had a friendly way about him and could talk as easily with a bank President as he could with a farmer selling a large tract of land. Steve was creative, he had good people skills, and he cared. He was a team player who leveraged the skill set of his team for the benefit of the overall project. Permitting and building large shopping centers is no easy task. It takes tremendous coordination on the local and state level and it demands constant juggling with municipal officials, local and state authorities, banks, and don't forget the all-important end users! My observations about Steve during this time period was that he handled matters equitably, dealt with people fairly, and that he valued personal relationships.

As Steve and I transacted, I got to know him personally. I admired his hard work and determination. I saw his high standards at work, in meetings with his team. I also saw a softer side when employees were suffering with family hardship, or substance abuse. Steve offered every outlet, every 2nd and 3rd chance. Steve once told me that he loved opera but had never been to the Met. My husband and I arranged to bring him and his wife Lori to a performance of Tosca. During that evening, and on other occasions, I got to know him as a husband and family man. In spite of Steve's tremendous success, he and his wife were unchanged in their conviction to raise children with strong values, a strong work ethic and an unwavering faith. Steve valued his community and I don't think he ever lost sight of his humble beginnings.

As COR continued to grow, Steve's responsibilities took him away from deal making and our interactions ceased.  Although it has been some time since I corresponded with Steve, I continue to work with people at COR to place retailers in their portfolio. Whatever Steve's wrongdoings, I do not believe our society is well served through imposition of a protracted jail sentence. I hope you will be lenient as you consider the appropriate sentence.

Very truly yours,

Shannon E. Older

Sister Kathleen Osbelt
O3

September 4, 2018

Sr. Kathleen Osbelt
105 Michaels Avenue
Syracuse, NY 13208

~~Honorable Valerie E. Caproni~~
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni,

This is a letter of support for Steven Aiello and for the Aiello Family. For the past twenty years, Steve and his family have been supportive of Francis House, a home for those who are in their last weeks/days of live. Steve is a generous man who has been a contributing member of the Syracuse community.

Through the news and his brother, I have become aware that Steve has been convicted of crimes pertaining to his business contracts. This situation is having a profound impact on his business and on the community as a whole. While I do not condone the crime, in light of the good Steve has done, I beg you to consider a merciful prison term as a punishment.

Thank you for your consideration.

Blessings and wisdom to you in your deliberations.

Sincerely,

Sister Kathleen Osbelt

Jack Overdyk

O4

Jack Overdyk
426 W 49th Street, Apt 2C
New York, NY 10019

September 15, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

Thank you for the opportunity to share with you my relationship with Mr. Aiello. My name is Jack
Overdyk and I am 23 years old. I became friends with Tom Aiello (Steve's youngest son) when I was 13
years old and we remain close friends today. Over the years I have become close with the entire Aiello
family, including Tom's father.

The whole Aiello family was welcoming and kind from the start of my friendship with Tom. When I drop
by their house to say hello, I will usually find the Aiello's gathered in their living room spending time
together. I was immediately welcomed into their family conversations and Mr. Aiello took a genuine
interest in how things are with me. The family does everything together. If you see one at a game or a
concert or community event, you usually see them all.

Mr. Aiello is the one father of a friend of mine who always knows what I am up to and he always asks me
how I am doing. He seems genuinely interested and concerned about me. Sometimes Mr. Aiello will
make a homemade pizza and we will all sit around in the backyard and talk about what is going on. He
always asks about school and now what I am learning as I begin my career. Mr. Aiello is humble, kind,
and generous.

I followed the trials in the news and spoke often with Tom. I know that Mr. Aiello has been convicted and
that he now faces sentencing. I do not believe that society will be better off if Mr. Aiello goes to jail. I
think it's the exact opposite. Mr. Aiello does a lot of nice things for people and checks in on people. He is
one of the best family men you could ever meet. A lot of people will feel the consequences if Mr. Aiello
goes to jail.

I know you have a difficult job and that you have to balance a lot of different perspectives. I really
appreciate that you let me share mine. I want you to see Mr. Aiello the way I do. I genuinely think that he
is a good person who does good things for others. I hope you will also consider his kindness towards
others as you make your very difficult decision about what to do.

Thank you for your time and consideration.

Sincerely,

Jack Overdyk

Walt Palmieri
P1

**Walt Palmieri**
6764 Schuyler Road
E. Syracuse, NY 13057

August 22, 2018

Honorable Valerie E. Caproni
United State District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I have known Steve Aiello for roughly 24 years now. I have seen him fulfill the roles as a good friend, good father to his children, a good husband to his wife Lori, beside the obvious and the founder of COR and CEO of COR Development.

I first met Steve when my son Zachery and Steve's son Steven where in kindergarten together at Blessed Sacrament school. Steve was always there for Steven and his children, Elizabeth and Tommy, as well as open houses, class assemblies, plays, etc, never missing a one.

Steve stepped up to be the head Cub Scout leader when they needed one. At that time he accelerated the program so that all the Scouts where able to get their badges and move on to the next level.

He also was instrumental in raising funds for a playground at Blessed Sacrament. Once the money was raised he then rolled up his sleeves and helped dig holes etc. to build the playground with the other parents.

Steve carries himself well and comes across very nice and when you first meet him, he easily puts you at ease and you soon feel like you've known him for years.

Knowing Steve for this period of time it's easy for me to say that I have a strong feeling of friendship towards the man.

I realize that Steve was convicted by the jury of certain crimes while working on certain projects. When you do any project you're always looking at the end result, the end goal. During this time you try to make everything happen to achieve that goal. I believe it was doing these projects, when Steve made his mistakes.

1. Steve made a mistake                                      yes
   Steve has learned from it                                 yes
   Steve will never make this mistake again                  yes

2. Steve is a good father and husband                        yes
   And is a good role model in his family                    yes

3. Steve has sat on non-profit Board of Directors
   at Onondaga Community College and gave direction
   which enabled them to grow                                yes

4. COR Development under Steve's leadership has
   improved the CNY landscape with various projects          yes

5. Under Steve's leadership hundred of people laborers,
   skilled workman, etc. were put to work at a time when
   we need jobs in the area                                  yes

6. He either directly or through other organizations give
   to various charities and they've benefited from them      yes

7. Steve is an honest man                                    yes


Your Honor, I hope when you read this you see that the "Yes's" may outweigh the jury's verdicts. Steve is a good man and hopefully he may best serve his sentence serving the community he was raised in.

Thank you for your time and consideration in this matter.

Sincerely,

Walt Palmieri

James Paolini
P2

**JAMES L. PAOLINI**
*7498 Strawberry Lane, Manlius, NY 13104*
*315.436.7736*
*jlparch@hotmail.com*

10.26.18

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:     Letter of Support for Steven Aiello

Your Honor,

     I have the good fortune of knowing Steve for more than fifty years as my father and his were very good friends. When we were young, our families spent time together at both our houses.

     During college, my father hired Steve to work with us in my dad's construction business over school breaks and during the summer. I witnessed first-hand his work ethic and an unwavering desire to do his best.

     When I had my own Architectural practice, I was hired by Steve for two commissions; The new (at that time) Price Chopper grocery stores in Western Lights Plaza and at the intersection of Erie Blvd and Midler Ave, both in Syracuse, NY. Steve was always a gentleman in all business dealings I had with him, and he honored his word.

     In the past 5 plus decades I have known Steve, he has always been professional and I have been privileged to call him a lifelong friend. I recognize the jury convicted him of some misconducts; however I feel there is a far greater value having him be able to continue to improve our communities through effective real estate development, and in turn improving our quality of life, rather than be incarcerated.

Sincerely,

James Paolini

Nicholas Parauda
P3



Nicholas Parauda
Atlanta Hawks
Emory Sports Medicine Complex
1968 Hawks Lane
Atlanta GA, 30329

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support

Dear Judge Caponi

I am a friend of Steve Aiello's youngest son, Tom. We both attended Syracuse University together and I first met Steve in the summer of 2015 when I was invited over the Aiello family home. I respect Steve as a businessman, and father. I am grateful for the kindness and generosity he showed me in a time when I needed it most. I am aware that a jury has convicted Steve of certain crimes and I have offered him and his family my support in what is a trying time.

Steve welcomed me into his home and his family when I did not have one of my own.  My role within Syracuse Athletics prevented me from returning home on vacations while attending the university, including the summer months. I spent Thanksgiving and Christmas Day at the Aiello residence and Steve was always an extremely generous host who went out of his way to make me feel at home. In the time I spent with Steve, it was clear that he had a deep love for others stemming from his generosity that allows him to connect with anyone.

From my perspective, I do not believe that society would benefit from Steve Aiello being sent to prison. This man needs to be at home with his family; he needs to be out in the free world so other can be touched by his love the way I have.  Please to not send a good man to prison.

Respectfully yours,

Nicholas Parauda

Sarah K. Patrick
P4

September 18, 2018


Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

Steve Aiello has been a friend of mine for over 18 years. When I first met Steve it was one hour before they were putting their tiny Eastwood home on the market. I was awed at the creative projects he has implemented for his family and to increase the value of their home. Building and renovations clearly was his passion. My favorite story about Steve shows a man who has patience and willingness to work hard. When Steve started in real estate, one of his first assignments was selling lots for homes. Picture Steve, a big guy, sitting in a folding chair in the heat on a Sunday afternoon in the middle of an empty field. He had vision!

One of the most admirable facts about Steve, is his love for his family. Steve and his wife Lori are an incredible team. Being from a large loving Italian family comes many Sunday meals and celebrations. They always made sure their Moms, Aunts, and Uncle despite being in wheelchairs attended these events. Steve and Lori have three successful, intelligent and kind children. In high school, my daughter was on the crew team with their children, Stevie and Elizabeth. The Aiello's were an integral part of keeping the crew team running. They helped with fundraising, chaperoning, and all the "behind the scenes" activities.

I am aware that the jury has convicted Steve of certain crimes. Serving in prison would not benefit society. Steve is important to his family and our community. Steve has completed many projects as well as those in process. In my opinion he has improved Syracuse, making it a better place to live.

Respectfully yours,

Sarah K. Patrick
11 Landgrove Drive
Fayetteville, NY 13066

Mark Pelletier
P5

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  Letter of support for Steve Aiello

Dear Judge Caproni:

My name is Mark Pelletier.  I have known Steve Aiello and his family for more than 30 years.  Steve actually worked for me for several years while he was in school.  Now I work for COR and have been for the last 12 years.  He has never asked me to do anything he would not do himself.  He has supported my ideas, granting praise as well as a steady income.  I am not the only COR employee who feels the same way.  I am today, and always will be grateful that Steve is in my life.  He has done great things for the Syracuse community, elevating the quality of life – expanding the Inner Harbor and many visible improvements throughout the city.

I am aware that Steve has been convicted of more than one federal crime.  He has always put the city of Syracuse as a top priority along with his family, friends and his faith.  I myself have made mistakes, but like Steve, they were never intentional.  I am grateful for Steve's daily support. I can only hope that I can help him get a second chance. I will continue to support Steve and his family regardless of the outcome.

There are so many positive attributes that you should know about Steve.  What comes to mind is his compassion.  Regardless of the situation, if it is important to you, it is important to him.  He will do everything he can to support your issues.  He wants people to benefit from his experience and knowledge of the community - to make the environment better, to improve the quality of life for the people of Syracuse – whether he knows you personally or not.  Additionally, Steve has respect for everyone.  Steve has the ability to admit when he's wrong, taking full responsibilty and accountability, never failing to give credit where it is due, and he is humble enough to do so.

Thank you for taking the time to read this letter and thank you in advance for your consideration.

Sincerely,

Mark J. Pelletier          9/10/18

Paul Pelletier
P6

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Dear Judge Caproni;

I have known Steve Aiello personally for 15 years and have worked for him for over eleven years. He has been a friend of our family for over 35 years. During the time I've worked with Steve, he has always shown respect and thoughtfulness to all employees and colleagues – and has done so in a straightforward and honest way.

While I am aware that Steve has been convicted of certain crimes, I fully support him, his wife Lori, daughter Elizabeth and sons Steve Jr. and Tom. They are a fine family and all extremely close.

Steve is a sincere family man that cares about his employees and treats them like family. It's not uncommon for Steve to stop you in the hall and ask by name how you and your family members are doing!

I recently suffered a serious heart attack. Steve was concerned and ready to help my family with anything that needed and supported me during a very difficult time of my life. He made sure that I did not miss any pay during my recovery and he was in touch daily with my loved ones. He took a great burden off my shoulders so that I could concentrate on getting well! From past experience, I don't believe many employers would have gone the extra mile like Steve did and for that I am eternally grateful.

Your Honor, I do not feel that society would benefit in any way from sending Steve Aiello to prison. He unselfishly helps many people in the City of Syracuse and across the state by providing employment. Not only the people he employs in his Company and their families but the many tenants and their families who would be affected if he were not available to run the Company.

Please consider all these things when determining his sentence and thank you for your time.

Sincerely,

Paul M. Pelletier
7631 Somerset Lane
Manlius, New York 13104

Theresa Pelletier
P7

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007.

Dear Judge Caproni;

Am writing this letter to you on behalf of Steve Aiello. I have known Steve for over 10 years. His wife Lori and I have been close friends since 1972 . During the 10 years I have known Steve he is one of the most genuine, hard-working and loving people I know.

When my Husband died of Cancer in 2013 Steve and Lori were by my side every minute with love and support. When I was trying to figure out life as a widow with no job and no health insurance, Steve offered me both which I gratefully accepted. I have worked at COR now for four years. He has made this company a family. I have never worked in any place where my boss was as generous as Steve. He knows each of his COR family by name. I have seen him on a regular basis walking through the office of Cor asking each employee how they are doing and is everyone ok. You will not find a person like that that truly cares about people that way in today's society.

I have also been with Steve and his family on a personal level. I have sat in His Home many times and was always welcomed and felt at home. His children are exceptional people as well. They are kind and very down-to-earth. They all are hardworking and successful young adults.

Lastly I'd like to say that if you know anything about Syracuse, you will see a much different city than it was 10 years ago. Even though it is still very much a city suffering from poverty and crime, Steve (COR) has brought so much growth and life to it. Where there was once an empty ghost town mall, now stands Towne center in Fayetteville. It's a shopping center that employs hundreds of people and also beautified a dismal area. This has been repeated time after time in our city that once was a place where you left to find employment because it was dying a slow death. Each property that Steve has built has added beauty and revenue to our city and is kept up to the highest standards.

Without Steve's vision and determination to make Syracuse a better place it would look very different to how it is now. Many people including myself are grateful for his drive and passion to improve this place we call Home.  Please allow him to continue the progress.

Sincerely,

Theresa M. Pelletier

Theresa M Pelletier
131 Fiordon Road
Dewitt NY 13214

Tim Perry
P8

September 12, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Dear Judge Caproni:

I am aware a jury has found Steven Aiello guilty of certain crimes and I am writing to show my support to him.

I have worked for, and been friends with, Steven Aiello for 17 years. I have great respect for him and have always know him to be a fair and honest man. He has done a lot of good for the community, always giving back where he can. Projects that he has developed have brought jobs to the area. He has a big heart, always willing to help someone in need.

I don't see what good will be served by sending him to prison; taking him away from his family and business.

Respectfully yours,

Tim Perry
7120 Lorraine Drive
Canastota, NY  13032

Michelle Patragnanu
P9

MICHELLE M. PETRAGNANI

1103 Fern Hollow Drive
Liverpool, New York 13088
315.427.5808
m.m.petragnani@gmail.com

September 11, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Character Reference for STEVEN F. AIELLO

Your Honor,

I am writing this letter to provide a character reference about Mr. Steven F. Aiello.

I would like to introduce myself as the Controller of the COR Companies (Steve is a principal).  Throughout our continuing relationship, I have not only developed a great respect for Steve as a businessman, as an employer, but also as a human being. I am proud to consider Steve a colleague as well as a close friend.

Despite these trying times, Steve continues to demonstrate honesty, integrity and fairness. Steve is a loving husband, a loving father, a conscientious citizen, a wonderful employer and great friend.

A few examples I would like to share with you:

- It is true that everyone wants recognition for their contributions to the company. On a regular basis, Steve brings the COR team together to thank us for our hard work, dedication and devotion to one another. This is a wonderful tradition as the COR team has grown. Normally as a company grows, the overall interdepartmental interactions go down. However, Steve did not and will not allow this happen at COR. He is genuine in his belief that COR is because of ALL employees and ALL should be commended for their efforts no matter how large the company grows.
- Steve always recognizes that FAMILY is so very important to all. The day (s) prior to holidays, Steve either closes the office or allows us to leave early. He does this so that we can spend precious time with our loved ones.
- The office is closed the week between Christmas and New Years to allow time with our families. This is a normal practice with manufacturing companies to complete inventory audits – this is simply unheard of for any other companies.
- Given the nature of my job, certain times throughout the year are more stressful than others. Steve can read this in me and tries different tactics to help alleviate my stress: he may stop by to say what a wonderful job I am doing, how he appreciates all my efforts, is there anyway he can help, etc. This may seem like a small gesture, but this has a HUGE impact on me.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand ready to offer further support to Steve as he may require. I feel that removing Steve from his family and the Central New York community would not benefit anyone.

Respectfully,

Michelle M. Petragnani

Nicholas Petragnani, Jr.
P10

September 10, 2018

Nicholas V. Petragnani, Jr.
106 Shirley Road
Syracuse, NY 13224

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I respectfully submit this letter of support on behalf of Mr. Steven F. Aiello, whom I have had the pleasure of knowing for 23 years – first as a neighbor, then as a friend, and lastly as a business associate. Equally as important, and certainly worth noting, is the relationship my family has had with the Aiello family since the 1940's, when my father was childhood friends with Steve's cousin, Louis Aiello – a relationship that lasted, and remained strong until my father's death in 2014. This is important because it has given me first-hand knowledge over a very long period of time of the character and work ethic that has defined the Aiello family and, ultimately, Steve.

Like my father, the Aiello's lived and were raised on Syracuse's Northside amongst Italian families doing the best they could to provide a stable and happy life for their families. By today's standards, and back then, most of these families were considered working class, at best, including my family and the Aiello's. What has been passed along through the generations, and continues today, is a personal and professional ethic based on a respect for family and community, hard work to provide for loved ones, and a strong faith in God. With this foundation in place, it was taught that you went to work with your lunch in hand and do the best you could – every day. There was no magic to it. You observed your parents working hard to give their children more opportunity than they had. This is what I come from. This is what Steve comes from.

Steve's parents ran a small business on the Northside. He was not born with a "silver spoon in his mouth," but instead witnessed his parents "slugging it out" everyday to provide for Steve and his brother. Ultimately, the business did not survive, but his family recovered because not providing for your family was not an option. This entrepreneurial spirit and ethic based in hard work was certainly passed down to Steve. After attending a local community college, Steve began a career in real estate with a local brokerage firm, and eventually transitioned into development – first with a local development group, and eventually establishing his own firm

with his cousins Lou and Jeff, and two additional business partners. They had success turning a local, long vacant mall into a very robust retail life center that remains a community asset to this day. This development was essentially replicated in small communities throughout upstate New York building the success of Steve's firm. After recognizing a need for affordable and workforce housing in some of these communities, his company's development goals transitioned a bit, under his direction, to include multi-family housing. I work for a not-for-profit mortgage finance company focused on financing multi-family housing, and have had the opportunity to fund some of these projects. Having worked with Steve directly on several developments, my experience has been nothing but positive. While I will admit he is a tough negotiator, he is, more importantly, fair and honest. I have been proud to have my name attached to these projects and the work Steve's development company does. These developments are always an asset to the communities in which they are located, and his expertise is sought by community leaders to promote economic development and community revitalization.

More significant than the successful company he has built is the beautiful family Steve and Lori have raised. Their three children are kind, respectful individuals. I have experienced this first hand through my interaction with their oldest child, Stevie. This doesn't happen by accident. It's because of the ethic and values Steve has passed down to his children. The same ethic that was passed to Steve by his parents. As neighbors, I interacted with Steve and his family through church and school activities. Steve's children attended the same neighborhood catholic school that my kids attended, and it was often we would be present at the same school events and Sunday mass. Steve was always present and committed to his children and community.

I may have rambled a bit, but I believe the background I've summarized is important to Steve's story. Ultimately, I know him to be a good person who cares deeply about his community and loves his family very much. I also know him to be an honest, ethical person through my direct business dealings with him. It's because of these characteristics that Steve has found success professionally and personally. I firmly believe that there is no benefit from sentencing Steve to prison and, in fact, such a sentence would be detrimental to all that benefit from Steve's professional expertise, support and love, including the communities in which he works, but mostly the family he supports.

Respectfully yours,

Nicholas V. Petragnani, Jr.

Thomas Phillips
P11

Honorable Valerie E. Caproni
United State District Court
Southern District of NY
40 Foley Square
New York, NY  10007


I am writing you on behalf of Steve Aiello.   My name is Thomas Phillips and I have known Steve for over 10 years.  I work for Federal Express as a courier and both Steve's business  COR Development,  and his residence are on my delivery route.

From the moment I met Steve he could not have been nicer or more down to earth with me.  I was instantly struck by his easy going nature and his willingness to get to know the delivery guy a little better.

I eventually met his wife Lori.  She is just as kind as her husband.  Over the years I have gotten to know the Aiello's better.  Our conversations would usually revolve around our shared love of Syracuse athletics and our fondness of dogs, mostly concerning their beloved "Abby", who I was deathly afraid of. This became a running joke as I would refuse to get out of my truck if she was out in the yard.  Steve and Lori swore she was friendly and would tease me good naturedly to no end.  I have always enjoyed my interactions with the Aiello's.

Sadly, I am aware that a jury has convicted Steve of certain crimes.  As he waits his sentencing I would hope and pray for leniency.  The Steve Aiello I have come to know is a loving family man who has always shown kindness and concern to me and others that he has encountered.  His business employs countless people and he has been an asset to his community in many ways.  I have never heard anyone who know Steve say a bad word about him.  I truly do not see a benefit to sending this decent man to prison.

Thank you for your time and I pray for a positive outcome for my friend Steve.


Sincerely,
Thomas Phillips

John Pizzari
P12

John Pizzari
254 Homecroft Road
Syracuse, New York 13206

October 2, 2018

Honorable Valerie E. Caproni
United State District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Steve Aiello

Dear Judge Caproni,

Steve and I have been long-time friends going back about 40 years. Having met through mutual friends, it was rather seamless in becoming "birds of a feather" with our similar backgrounds, that of Italian heritage.

His family was very caring and close. His father was a hard working man, who owned a small flooring business. Soon after my father's untimely death, Steve's dad provided me with some part-time employment when I needed the help. Steve's dad, near the end of his life, developed a small parcel of ground in the City of Syracuse with a few single-family residences. It's at this time when Steve first became interested in development.

Over the years he worked hard at it. He persevered and through some difficult times and eventually grew a successful business, employing dozens of people.

His brother is a Catholic Priest. Just after my first heart attack, Steve and his wife Lori showed-up at my bedside to give me some support. They brought out the "big guns" for me and with them was "Father Lou" ! As a good Catholic boy, I couldn't have been happier. They showed a lot of understanding and compassion to a friend in need.

I remember Steve telling me how much he hated flying at first, but that he had to do it for his family. He would clutch his St. Christopher medallion and say his prayers before boarding. As a "buddy" to Steve...It's a funny image when I think of him this way. Some 6'-4" guy huddled in the corner in fear of flying. But his faith got him through it as he sacrificed for his family.

In recent years, I would go cross-country skiing with Steve and Lori. I was always amazed how a big guy like Steve could move so quickly on the snow! Every year around this time, we would sit down together and roast some peppers or most recently we've been curing olives. He became very interested in my mother's recipe. Although Lori's not that fond of them! They always made me feel part of the family.

The situation that Steve has found himself in is very disturbing to me and I'm sure to all that know him well. Selfishly, when I think of our long lasting friendship, I wish that life was simpler for him again and that he still lived around the block.

Your Honor, instilled in Steve are value's that we should all aspire to: family, faith, hard work, perseverance, sacrifice, compassion and understanding to name a few.

He's truly a good man.

I only hope that he Court will show some compassion and understanding to my friend.

Your's Truly,

John Pizzari

John Podesta
P13

John S. Podesta, RPh
102 Cammot Lane
Fayetteville, NY 13066
jspodesta@verizon.net
315-383-6042

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square                                    September 14, 2018
New York, NY 10007

Dear Judge Caproni,

        My wife and I have known Steve Aiello and his wife Laurie for almost twenty years. Starting in preschool, my daughter attended school with their son Tom. I worked for many years in a store across the parking lot from Steve's office. I would see Laurie and Steve and their children in the store with some regularity over those years. We have been casual friends all this time as you might expect in any community.

        The store I mentioned above sits on a site that Steve and his company developed many years ago. As business cycles go, a once thriving, enclosed mall's heyday had ended and Steve transformed this empty, underutilized, prime property from an empty shell of a building and parking lot full of weeds into a robust center of commerce desperately needed in our community. It is beautiful to the eye as will as in its' function.

        Everyday hundreds of people go to work there to earn a full living or part time income. Thousands of people travel there to shop, attend medical appointments, eat, exercise, socialize and relax on a daily basis. Every year well over two hundred million dollars exchanges hands for goods and services offered on this property. Hundreds of thousands of sales tax dollars are sent to Albany from the businesses on this site each year. Hundreds of thousands of property tax dollars are contributed to the local school districts from this property each year and the same to the town and county governments. This center has transformed the quality of life in our community like no other project has in many decades. And your Honor, this is just one of dozens of projects Steve and his company have developed in our Central New York area that help to make for a wonderful place to live.

        Accomplishments such as these are not achievable by just anyone. It takes someone of considerable talent to navigate all that is involved in bringing these spaces to life. Despite the caliber of Steve's abilities, if you were to know both Steve and Laurie, you would quickly realize how down to earth, friendly and gracious they both are. One day I saw Steve in the store and he remarked how business had really

taken off in such a short amount of time. We started talking numbers and even he was shocked at the impact this development was having in the community.

So now we are faced with the unfortunate situation where some wrongdoing has taken place, of which I totally do not understand, and may not have even paid attention to if I did not personally know the people involved. But I do.

And because I do I am compelled to see if I can have a positive influence on your determination of what should take place next in this matter; positive for the people, positive for the community and positive for Steve, his family, and company.

I am now talking to you about something I know little about. Your charge based on existing law, but perhaps with some discretion, is to apply a sentence that should protect society from further harm by an individual and to pay a debt to society for the infraction that took place. Maybe that's simplified or maybe it's not even accurate, but that is how I view the purpose of sentencing.

What I can say with confidence is that Steve is not a threat to our society. His work through the years has done so much good for our area. It is difficult to measure the positive impact of all that he has done. He runs a business. Not an easy task in the business climate of this state. But the work he does is for the good of the area. It provides jobs while in development and lasting benefits after completed. The threat would be to not let him continue.

As far as paying a debt to society, it may sound cliché, but he and his family have been through enough already. Really.

Perhaps a method of repayment would be to take advantage of his considerable skills and the capabilities of his company in a way that can benefit the area. Maybe assist in a local brown field clean up. Maybe a project that provides shelter for the homeless or suitable housing for the less advantaged in our community. You are probably following my line of thought and have far more experience in these matters that allows you to instill something that I cannot even think of. But frankly your Honor, having worked for three years in a state correctional facility, time in prison in this situation would redeem no value to anyone and be an unnecessary expense.

I appreciate you taking the time to consider my thoughts. Thank you for taking on a challenging but important role in our society.

Respectfully submitted,

*John S. Podesta*

John S. Podesta, RPh

Andrea Polcaro
P14



August 9, 2018

# BLESSED SACRAMENT SCHOOL

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing to you on behalf of Mr. Steve Aiello. I have had the distinct pleasure of knowing Steve for the past twenty years. His children attended Blessed Sacrament School and Steve was a very active member of our school community. I have the utmost respect for Steve and his family.

I am aware that a jury has convicted Steve of certain crimes and I felt compelled to write this letter to support both Steve and his family. Steve has always been a supporter of Blessed Sacrament School even after his children were no longer enrolled. Through the years, Steve was always someone I could count on. His loyalty was second to none.

My experience with Steve has always been one where he would step up to get a project completed. When Blessed Sacrament Scool was in the process of raising funds for a new playground, Steve assisted by helping secure a grant. He did this without wanting any acknowledgement or accolades. Steve always just wanted to do what was right for our students.

When Steve became aware that our classrooms were not equipped with phones, he made a donation that paid for the new phone system to be installed. Teachers would now have the ability to communicate with the main office, other staff, and most importantly be able to call 911 directly in an emergency. Steve did this anonymously because he was concerned about the safety of our students and staff.

After Steve and his family moved from this area, he continued to support Blessed Sacrament School by always donating to our annual Holiday Auction. Steve is a humble, loyal, and loving man who always wanted to help make our school the best that it could be.

In closing, I would just like to say that I do not think that society would benefit from sending Steve to prison. He is a man who demonstrates his commitment to community and his care for others. A prison sentence would prevent Steve from continuing to serve his community.

Thank you for taking my comments into consideration.

Respectfully yours,

Mrs. Andrea E. Polcaro
Principal

3129 James Street ▪ Syracuse, New York 13206 ▪ Phone (315) 463-1261 ▪ Fax (315) 463-0253
e-mail: blsacsyr@syrdiocese.org ▪ www.blessedsacramentschool.org
*Accredited by Middle States Commission for Elementary, Secondary and College Institutions*

Robert Pomfrey
P15

Mr. Robert W. Pomfrey
16 Landgrove Drive
Fayetteville, NY  13066

September 9, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Dear Judge Caproni,

I am writing to you in support of my friend, Steven Aiello. While I am aware that the jury has convicted Steve of certain crimes, I wanted to let you know the kind man that we know Steve to be here in our local community.

My wife Kellie and I have known Steve and his family for about 20 years both personally and professionally. We have children of similar ages that attended middle school and high school together, along with our children being on the same high school crew team. This included taking our families away on weekends, and we would see both Steve and Lori at the regattas, rooting for the team.

Steve has always been easy to approach, especially when looking for advice or an opinion. I have always respected his wealth of knowledge and experience. I admire Steve for his accomplishments, work ethic, giving back to the community, religious beliefs, and family values. We have shared similar paths, in that we both started companies here in Syracuse from the ground up that employed hundreds of people. We are passionate about contributing to the economic growth of the area we live in, offering opportunity for employees to grow and thrive. Steve has vastly improved the community where we live. The Towne Center in Fayetteville was abandoned for years and COR transformed the entire complex, with shops, restaurants, drug store, and a local YMCA. He not only took an eyesore out of the community, but he developed an all-inclusive complex, that welcomes everyone. Steve and Lori were both raised in Syracuse and subsequently chose to raise their family here. They truly care about the city and the state in a way that I believe no one else would. They are genuinely invested in New York State. Steve has revitalized economically depressed areas and is passionate about the quality of the projects he is working on.

When our Uncle that lived with us was dying and our priest was on vacation, the first person we thought to call was Steve Aiello since his brother was a priest. We asked if Father Lou was available for a late night visit to our home. Father Lou was at our door within an hour, giving our Uncle his last rites, sitting with us, and guiding us through the dying process. Our Uncle

passed the next day and Father Lou did a beautiful tribute and funeral, which Steve and Lori attended, as we have attended funerals for their family members too.

Kellie and I wholeheartedly believe that no one would benefit from sending Steve to prison. He has contributed so much to the lives of others, beyond his friends and family. We know Steve would continue to make a positive impact on numerous levels moving forward, which so many people benefit from. It would be a tragedy to remove him from our community, not only would his family and employees suffer, so would New York State.

Respectfully yours,

Robert W. Pomfrey

Mary Beth Primo
P16

September 13, 2018

Mary Beth Primo, Esq.
6841 Knollwood Road
Fayetteville, NY 13066


The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni:

I write to you as a friend of Steve Aiello who I know has been convicted of certain crimes and will soon appear before you for sentencing. It is my intent that this letter provide you with a perspective of Steve that may be helpful to you while contemplating an appropriate and, it is hoped, more lenient sentence.

I have known Steve for over 40 years. He and one of my older brothers attended different local Catholic high schools and became good friends. I remember Steve, who was often at my family home, as a polite, respectful and kind person. As an adult, on the occasions when I would run into him, these same attributes were apparent. And the few times I have had professional dealings with him, I have always found Steve to be fair, reasonable and honest.

Steve attended Niagara University where he met his future wife Lori Harris. I have known Lori since I was 6 years old. She met my sister Nancy in kindergarten and they remained close friends for many years. Because my sister Nancy and I are close in age, while growing up we often hung out with each other's friends, so I know Lori well. Lori is one of the loveliest people I have ever met — kind, compassionate, honest and thoughtful. I have often found that you can tell a lot about a person by whom they choose as a spouse. Steve chose an exemplary human being as his wife; likewise, Lori chose as her husband a man who is very much like her.

In the interest of brevity, as I am sure you have been inundated with letters attesting to Steve's good character, I will offer a recent incident that illustrates what a loving, compassionate and selfless person Steve Aiello is. A couple of months ago I received a telephone call from Steve. The purpose of his call was to inquire about the well-being of a family member who he had heard was not doing very well. During our conversation, Steve caringly and with loving concern asked about and discussed my relative's condition and how he hoped he could help. You can imagine how surprised I was to learn late in our conversation, when I finally had a chance to ask Steve a few questions, that he would be leaving for New York City the next day for the beginning of his second trial. I was stunned. In the midst of what must

have been one of the bleakest periods of his life, with immense compassion and selflessness, Steve had reached out to inquire about and offer help to an old friend.

Your honor, I respect your role in the sentencing process, and pray that you consider the irreparable damage that has been done by these convictions to Steve's reputation and to that of his business, as well as the enormous emotional and financial harm suffered by him and his family through the lengthy criminal process. It is my hope that the opinions offered about Steve's good character and the requests for leniency contained in this and other letters you receive will also be given serious consideration.

Respectfully yours,

*Mary Beth Primo*

Mary Beth Primo, Esq.

Ross Prossner
P17

September 5, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sentencing of Steve Aiello - October 12, 2018

Dear Judge Caproni,

I have known Steve Aiello since the late 1970's when we were introduced by
Fr. Louis Aiello , Steve's brother.   At the time I was beginning a career  in the Credit
union / banking business, and Steve was struggling to get started in the
Real Estate business. Luckily for him, his wife Laure was a nurse at the time and could
help put food on the table for their young family.

My job then was managing the $4.million  Carrier Cr.. Union with a staff of 4 and Steve
was working alone trying to secure his first significant land deal with Walmart on Rt. 31
in Syracuse. Over the years we were both blessed to find good, honest, and hard
working people to work with as our businesses bloomed.  In 2013 I retired from the
credit  union which became a $1.2 billion Beacon Federal (a public bank) and Steve's
business grew into a multimillion dollar commercial real estate company.   Over the
years COR was responsible for the development of 7 privately owned and financed
extremely successful shopping centers. Their record of success led politicians such as
Tom Young, the former mayor of Syracuse, to seek out Steve and COR to help with the
development  of government projects.  That inevitably drew Steve and COR into the
murky waters that lead to the present legal debacle.

It wasn't until after 2008 that Beacon transitioned from a Cr. Union to  a public bank and
our charter allowed us to begin doing business loans with COR development.  At the
time my Board of director was eager and willing to grant a $2.5 million working capital
line of credit to COR.  They were the "premier land developer" in central NY with an
outstanding   record and solid balance sheet.  It was nice to finally  be able to do
business with Steve and his company after knowing and watching him grow the COR
organization for 30 yrs. His integrity, honesty  and leadership has created hundreds of
jobs and opportunities for COR families and probably thousands of jobs for retail
operations at the 7  COR properties.

To me, It was a strange twist of fate that allowed COR's success to open the door of
doing business with New York State. I guess success leads to bigger and bigger
projects, and politics and major developments unfortunately go hand in  hand.  Steve
and the people he surrounded himself with, would NEVER knowingly participate in any
form of unethical business or behavior.  Major "politically driven" State economic
developments, "Preferred Developers" and Todd  Howe, all represent to me a "shady
area" of government Steve was unwittingly  sucked into.  Steve and COR don't deserve
the verdicts rendered.

Being retired allowed me to attend 3 weeks of the first trial of COR and Steve and Joe Gerardi. I thought you did a fine job of managing the gaggle of lawyers and what an experience it was for me to watch and read the "side bars" of the case as you keep the process moving forward.   Had the jury read the side bars I think I might not be writing you asking for leniency when you are considering a sentence for Steve. I wish you had the power to throw out the System of mixing politics and development, and demand that the state legislature redesign the system in a way that keeps  the Todd Howe's and politicians out of economic development.

Your honor, I strongly encourage you to assign no jail time to Steve's sentence.
He and his family have already suffered significantly , both personally and financially. ( I still cannot believe the fact that a father speaking up for a son who was entitled  to a long overdue pay raise became a pivotal point in the trial).  Our community would also be unnecessarily harmed by any jail time by withdrawing Steve from the many continuing contributions he is making here in central New York.

Respectfully submitted,

Ross Prossner
Retired President &CEO, Beacon Federal Bank, Syracuse N.Y.

Anthony Pugliese
P18

Honorable Valerie E. Caproni

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007


August 30, 2018


Dear Judge Caproni,


I have known and been a close friend of Steven F. Aiello for over 50 years.

We grew up together in the same neighborhood on the Northside of Syracuse NY.

It was a gritty lower middle-class area mostly inhabited by Italian and German immigrants. Although we did not have a lot of money, the streets were clean and safe. The reason for this is that all the immigrants had a common goal – provide a better life for their children. They expected their children to be well behaved, well educated, and most importantly – be devoted to your family.

This is the background Steve and I grew up in. It means that an early age, Steve was instilled with the morals, compassion, and work ethic that flowed from our parents. This is where his character was forged. This is where his love and responsibility for family was established.

In all those years growing up with Steve, I always remember how he treated the neighborhood kids around him with respect and kindness.  He was not a bully and instead was a loyal friend to many of us.

Fast forward to our adult lives.

Approximately 20 years ago, I began to do business with Steve. This provided me with another perspective of Steve as an adult and as a business leader.  I have seen him over the last two decades build a company that would employ hundreds

of people. I have seen him treat his employees like family. The fact that he truly cared for the well-being of his employees and the community he grew up in is reflected by the business success he has achieved. You don't succeed in business if the people in your organization don't respect and care for the Owner.

I never saw the personnel turnover you normally see in businesses. This is due to the supportive family environment created by Steve. He provided his employees with generous compensation and benefits, and they stay loyal to him and the organization.

I am aware of one instance where Steve had the opportunity to sell his company's assets but chose not to sell. Not because of the financial aspects, but because it meant eliminating the company and the loss of jobs that went with it.

It was a rare instance in business where an Owner chose the greater community good over profit.

In summary, I would like to say that nothing would be gained by incarcerating Steve. What would society gain from this ? Is he a threat to society if he stays out ? Is justice served by punishing this man further than he has already suffered experiencing this ordeal ?

His devotion and respect for family, friends, and business associates has manifested itself throughout his entire life. It would serve the greater good to allow this man to continue his life outside a prison, where he would remain a good father, a great employer, and a compassionate fellow human being in our society.

Thank you, your Honor, for allowing me to provide my input to your critical decision over the fate of this man.

Respectfully yours,

Anthony A. Pugliese

9476 Bluff Circle

Brewerton, NY 13029

# Dr. Patrick Riccardi
# R1

2018-08-03 10:19                arthritis health 2 >> 1518462670                          P 2/2

**AHA** Arthritis Health Associates

Patrick Riccardi, MD
Mary Abdulky, MD
George Mtanos, MD
James Hyla, MD
Ramzi Khairallah, MD
Maria Pasniciuc, MD

Lynne McIlvain, PA
Jeffrey Slavich, PA
April Summerfield, PA
Gale Testa, NP
Heather Machovec, PA
Jean Rybinski, PA
Sheri Spink-Palmieri, PA
Jennifer Lynch, PA
Jennifer Lafrance, NP

August 3, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Steve Aiello

Dear Judge Caproni:

I have known Steve Aiello since he was a child, as his father and my father worked together in the furniture and carpet business for many, many years and were close friends. Steve's parents and my parents were part of a group of 3 couples that would meet on a regular basis and we became close to the entire Aiello family and know them very well. I watched Steve mature and work very hard to become a very capable realtor and successful developer. I also witnessed the care of his children, mother and his brother that he always showed and how he would reach out to help our family in any way if he could. As a physician, he asked me to take care of his mother with her rheumatology needs and he consulted with me when his son developed an illness while he was going to school. His devotion to his family and friends is known by all who know him well.

I am aware that a jury has convicted Steve of certain crimes and I would like to ask you to consider the positive character traits that he displays on a daily basis to his friends, family and community. As a physician, I also worry about the potential severe psychological distress that he would suffer from with a prison sentence. I know him to be a very sensitive and thoughtful person and I think he would be quite devastated and harmed by a prison sentence. I would ask you to please consider leniency as I know him to be a tremendously decent person who would admit to any mistakes that he might have made in judgment, and not do anything similar in the future.

With respect,

*Pat Riccardi*

Patrick J. Riccardi, MD, FACR

Susan Riccardi
R2

8/3/2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Dear Judge Caproni,

I felt compelled to write a letter to let you know the Steve Aiello I know.

It was disheartening to see the news portray Steve in such a different light than the

person he really is. He is successful for many reasons, mainly for his hard work and wonderful

work ethic. He has always supported the little guy and small business(minority).

From the early days with real estate, the Inner City projects(Cherry Hill), the Towne Center and

most recently Inner Harbor, he is helping Syracuse grow jobs. Steve has helped Syracuse go forward.

People come to him. They want him because of his work ethic and his personnel involvement

with his community. He has always given local contractors a shot at projects first.

I had to turn down some because I did not have enough help. He was willing to help my business.

He still gave me an opportunity to bid, and keep the job at a smaller scale. He is loyal and fair.

He has given back far more than he has received. He donates to our Church's, our Community College,

Hospice, Francis House, food pantries, money for vehicles for delivery of food, etc!

He even donated material from a construction job to a Church renovation project that was struggling

to stay open. My son did his Eagle Project for the Church with the donated material.

I realize from when my kids were younger, you are judged by who you are with. The unfortunate

association with the way Albany does business has hurt Steve and other's. I feel he was not

the only victim. I have known Steve and his family on so many personal levels. Our parents

worked together, and were known to be the rare "honest" men in flooring. They put there wives on

pedestals and worked six days a week, open to close to support their families. The children have

respect, love, kindness and above all, integrity. I hope you will consider a lighter sentence for

the mere fact, Steve will be missed in our day to day lives. We need him and I know he is a

good man.

Respectfully yours,

Sue Riccardi-Bova
3927 Holmes Road                        315-278-7723
Syracuse, N.Y. 13215

*Susan Riccardi-Bova*

Teresa Riccardi
R3

8/4/18, 1:45 PM

Untitled 2

August 5, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District Court
40 Foley Square
New York, NY10007

Dear Judge Caproni,

The Aiello family have been close friends of my family for 70 years,when Louis Aiello
and my husband worked together for a floor covering business, they each then started
their own business, the Aiello floor Covering and ours, Richmark Floor Covering on 1641 East
Genessee Street.

The Aiello family are hardworking, honest devout people that some would say (the salt
of the earth)

Steve has done much good in Syracuse. The first example is right across the street
from Richmark today.
He took down a derelict and crime and drug infested housing project and replaced it
with a solid, affordable housing for the low income and veterans, making the whole
neighborhood considerably safer, the name of the project is Housing Visions.
I believe that Steve if given the chance will work toward the good of all that he
endeavors

Sincerely,
Teresa Riccardi
106 Dorchester Ave
Syracuse, NY 13203

*Teresa Riccardi*

Cheryl Roe
R4



| | | | |
|---|---|---|---|
| 500 Plum Street, Suite 200 | 1745 Route 9 | 110 Langley Road, Suite 200 | 4104 Vestal Road, Suite 102 |
| Syracuse, NY 13204-1480 | Clifton Park, NY 12065 | Rome, NY 13441 | Vestal, NY 13850 |
| t (315) 474-3374 | t (518) 371-2111 | t (315) 337-3400 | t (607) 754-0424 |
| t (800) 426-1120 | f (518) 280-0351 | f (315) 339-1662 | f (607) 754-0267 |
| f (315) 474-7039 | | | |

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I have known Steve Aiello for over twenty years from both a personal and business standpoint. It is for this reason that I am happy to write a letter of reference for Steve to assist in your upcoming decision regarding his sentencing. I comprehend and respect the seriousness of this matter, but sincerely hope that the court will show leniency to Steve in this moment of extreme vulnerability. I hope that the court will take into account the many positive contributions that Steve Aiello has made to our local community over the course of his entire career.

In all of my dealings Steve Aiello has been a family man of high moral and ethical character. Steve is an honorable man who has worked tirelessly to build the COR team. His actions have benefited many areas in Upstate New York from and both an economic and employment standpoint through the consistent development of thoughtful real estate projects to improve the overall quality of life of Upstate New York's residents.

Steve is a consistent volunteer for several organizations and has served on several boards on a voluntary basis which include but are not limited to Onondaga Community College Foundation; Vice Chair of Onondaga Community College Board of Trustees; Franciscan Companies; Cathedral of the Immaculate Conception Executive Committee for Redevelopment; Everson Museum; Earth Institute Columbia University; Greater Syracuse Chamber of Commerce.

It is my sincere hope the Court takes this letter into consideration at the time of Steve's sentencing. I am aware that a jury has convicted Steve Aiello of certain crimes, and I respect that decision. It is, however, important to stress that our community will not benefit from someone with the talent, ethical compass, and vision of Steve Aiello sitting in prison. Steve has done so much to better the greater Syracuse area and I believe that he has many more positive contributions to make.

Thank you for your consideration.

Sincerely,

Cheryl M. Roe
Senior Vice President — Commercial Lines
Brown & Brown Empire State

www.bbempirestate.com

Andrew Romano
R5

116 Sotherden Drive
Liverpool, NY 13090

September 14, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I am writing to you regarding my cousin, Steve Aiello. Being close in age, I've known Steve all of his life. When we were young. Steve and I spent a lot of time together. He and I were very close during that time. I still care a lot about him and am proud of him for what he has accomplished in his personal and professional life. Although we don't see each other as much as I'd like, I still look forward to getting together with him and his family for family events.

I am sadly aware of the convictions against Steve regarding his business dealings with the state. Although there is not a lot that I can offer him, I can still offer him my support and prayers as he continues through some very difficult times.

I have seen the care and concern Steve has had regarding his parents, his siblings, and his extended family. He was especially there for his mom in her later years. Along with his siblings, he made sure that she was well cared for. He helped to make sure she could stay in her home as long as possible and was there for her during hospital stays.

He and his family have always been respectful of the elders of our extended family. Steve always made an effort to take the time to visit my own mom in her later years - something that she greatly appreciated. I know he did the same for my other aunts and uncles as well as helping them out when he could. Steve also made a significant effort to travel out of town to my father-in-law's wake to provide support to my mother-in-law and my wife, even though his own mom was in her last days.

In work, I have always known him to be a hard worker. He has taken his roles as head of his company and as a leader in our community very seriously. Over the years, Steve and I have also talked about his concern for the people that work for him, as well as his concern for our community and the economic difficulties that we have gone through.

When conversations have drifted toward our respective professions, he has always talked about how he wanted to take on projects that were challenging and that would improve our community. An example is the conversion of the abandoned Fayetteville mall into a thriving town center. Another project that we talked about was renovating the abandoned Syracuse Inner Harbor area. Having grown up on the north side of Syracuse and having seen the significant deterioration of that area, Steve was pleased to work on renovating the Inner Harbor. We talked about how that could help to rejuvenate that area as well as provide badly needed jobs for many people.

Your Honor, I personally do not see how sending Steve to prison will benefit our state or community. Steve has many talents and skills. I feel that he should be provided the opportunity to use his talents, skills and hard work to improve our community.

Thank you for taking the time to consider my thoughts and observations about Steve.

Respectfully,

Andrew Romano

Dr. Stephen Romano
R6

Stephen J. Romano Sr.                                    P 1 of 2
212 Falling Brook Path
Fayetteville, New York 13066
Telephone No. 315-637-3784

September 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Character Reference for Steven Aiello

Dear Judge Caproni:

This letter is being written to provide insight on the character of Steve Aiello. I am a senior cousin on
Steve's Mothers side and have known him since he was brought home from the hospital. Since my
mother, his mother and their two sisters were very close, we spent hours, days, weeks and years with
him and his family at their home celebrating holidays, holy days, vacation or just for a cup of coffee or a
glass of wine.

I am compelled to speak out on his behalf.  Please take the following remarks in consideration when
judging Steve. Over the many years I have known him, Steve was always well mannered and respectful
to his family, and friends. When growing up I can rarely remember Steve getting into any serious
trouble,  both at home or out in the community. Steve knew if he got in trouble with others or at school
his punishment at home  would be more severe than he might otherwise receive. With one exception,
Steve took his Mother's favorite cook book and her telephone directory, went to the nearby corner and
deposited these in the mail box, intending to send  them to a bachelor uncle who lived out of town and
"needed help" in the kitchen.

Steve's parents my Mother's sister and her husband  (a World War II Veteran) owned their own
business, and  were diligent and determined that their four children were brought up with good
Christian values of respect, honesty ,truthfulness and the importance of family. His parents both high
school graduates stressed the importance of a college education.  As a result, his older sister went on to
receive a doctorate in education, his older brother went on to become a Catholic priest with a doctorate
in theology, and his other sister holds a Masters in Education. Obviously, Steve had good role models
when he went on to get his degree at Niagara University.

At Niagara Steve met his wife, Lori a pediatric nurse. Steve went on to sell commercial real estate and
they raised three children. As their parents before them, they set a good example of their values and
character.

As time went on Steve became very successful in his business as a real estate developer.  Although very
successful, Steve was always a good friend and a caring member of the family.  He was very generous
especially helping in the  care of his widowed mother until she passed away at 96.

2 of 2

He and his siblings were always adamant about keeping her in her home and supported her with the necessary housekeeping and medical care. This generosity continued as he quietly helps other members of the family.

In summary, the conviction of Steve Aiello are certainly out of character. As a senior member of our family I have the deepest respect for him and his wonderful wife. I can see no benefit in additional punishment since he and his family have been humiliated and disparaged by the local media. In addition, he and his family have been financially drained by the judicial system in his continued effort in trying to prove his innocence

Your Honor, I hope this letter gives you a better view of Steve Aiello when considering a sentence.

Sincerely,

Stephen J. Romano Sr.

Julia Rosenkrantz
R7

September 5, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I have had the pleasure of knowing Steve Aiello since 2013. At first we were introduced in a business environment and I can say since we have become friends. Steve is the kind of friend we consider family, he is trustworthy and kind. If we ever needed help or support in any way we know Steve would go beyond any call of duty to help us and vice versa.

I am aware Steve has been convicted of certain crimes by the State of New York and it is an honor to be able to provide this letter of support for him and be here for him and his family in whatever capacity I can.

We have spent a lot of time with Steve, his immediate and extended family. They have graciously hosted a number of gatherings for family and friends which we have attended ranging from Easter and Christmas celebrations to family memorials. It is evident Steve's family roots run deep through the love he shows for his wife, kids, cousins and elders, they open their hearts and home to so many and from all walks of life. We have also enjoyed their company in private while enjoying a good meal, talking about life and sharing stories.

During the pasts few years Steve has remained courageous and has kept his good nature and honorable character intact. He speaks highly of his passion for his community and the work his company has done to help it thrive. I've seen it myself. I don't believe there are many strong male leaders like Steve who have such compassion for making the world a better place in any way he can and it would be a shame to see Steve serve a prison term and watch his family and community ties suffer in his absence for any period of time.

Your Honor, thank you for any consideration you can give to Steven in this matter.

Respectfully yours,

Julia Rosenkrantz
Julia Rosenkrantz
18653 N. 91st Pl.
Scottsdale, AZ 85255

David Salanger
S1

August 6, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of NY
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I write this letter on behalf of my friend Steve Aiello, who I have known since our college days at Niagara University, where Steve served as Vice President of our student government.

I do not know Steve as a businessperson, but simply as a friend, someone I know to be a giving, caring and loving person to his wife and kids and all his family and friends. Steve has always been the type of person who would give you the shirt off his back.

Steve comes from a wonderful family and has his own wonderful family who he cares about deeply.

As I have read the reports of the accusations and then the trial in the paper, it was not the person I know and many others know. I do know big business is a dog eat dog world but that does not make it right for anyone to cut corners or do things they shouldn't and when someone breaks the rules or the law, they should be punished, but I think punishment can come in different forms.

I don't know what Steve did or didn't do in regards to his business dealings, I only know he is a very good person, a very good family man and a very good friend. When I think of prison, I don't think of people like Steve Aiello. I know you have to punish Steve, but I hope and pray you don't have to send him to prison, that they may be another way to punish him for any mistakes he made.

Knowing Steve, he will learn from this experience and he will go on to continue to be a good contributing citizen to his community and someone I will continue to call "my friend".

Sincerely,

David Salanger
4317 Cheyenne Circle
Syracuse, NY 13215

George Sarkus
S2

To the Honorable Valerie Caproni
United states district court Judge
Southern district of New York
40 Foley
New York 10007
9/9/18

RE Steven Aiello


Dear Judge Caproni:
    My name is George Sarkus , I am a Life time resident
of Syracuse N.Y.as 6 generations of my family before me. I
would like to share some insights into the Steve Aiello
Known to myself and my family for 35 plus years and to
tell you of the incredibly positive input he has had on the
city, area and people of this city ; the place of his birth .
I met Steve starting his career as a 24 year old
Commercial Real Estate broker in Syracuse N.Y., I also
knew some Aiello family members. the Aiello's were well
known as people of honor and great integrity, a devout
catholic family of modest means known for their honesty,
kindness and generosity to friend and stranger Steve
came out of that mould. You may or not know his brother
became a highly respected Priest in this area. I met him
when I purchased of a parcel of land where Steve was
the R E broker. I found out later this was his first real
estate commission . His imput, and diligence and integrity
made the deal more than satisfactory to all parties . This
deal may have launched his career but proved to be

helpful to me as well.
His reputation quickly grew as a most capable Broker with
straight forward honesty and integrity in all of his dealings.

This was the start of A warm honest friendship that has
never been violated in any way. My wife and myself have
had  a quality friendship with He and his Lovely wife Lori.
They  have been together since they were teenagers.
Their devotion to each other and their three children Is
better than a story book tale .Their closeness as a family
unit is what couples dream about.  Steve and Lori's input
in this community has touched so many lives . They are
truly a beloved couple not only for who they are, but for
the lives they have touched so quietly and generously .
The support for Steve in this community has never
wavered. People are still in disbelief .

Business success has never change Steve Aiello, he is as
humble, gracious and kind as he has always been.  I know
for a fact his life revolves around simple pleasures, time
and activity with his family and never forgetting to spend
time friends he has known for a life time.

Your honor;  My plea to your court when considering
sentencing would not ever involve prison time.
The Devastation to his beautiful family would be
unspeakable.  The loss of his presence ,council. and good
works in our community would be devastating as well and
have a great negative impact on this community and the
many lives he has touched . He is Loved and greatly

admired by so many people .  He can hardly go any where in this community where he isn't known . The exchange is always a warm handshake or embrace and the exchange of kind friendly words , inquiry about family members or in common friends. It happens on a daily basis.

Your Honor  I am grateful for the opportunity to write this letter.  I Hope it helps with insight into the Steve Aiello we all know love and respect

Most sincerely

George N  Sarkus
1159 WaLnut Grove Rd
Bridgeport  N.Y. 13030

Robert M. Sekowski
S3

Robert M. Sekowski
405 Broadview Drive
Syracuse, New York 13215
bsekowski@centralny.twcbc.com

September 5, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

Dear Judge Caproni:

I am writing on behalf of Steven Aiello, a good friend and someone with whom I have worked and partnered in business for nearly ten years.  What began as a professional relationship grew into a friendship.  I saw what a warm, giving, and generous person Steve is.  I've also had the opportunity to get to know Steve's wife and three children.  They are a wonderful family and I have seen Steve as both a loving husband and father.

I understand that a jury has convicted Steve of certain crimes but the verdict does not define the man I know.  I hold him in high regard as a generous, supportive friend.  His generosity is not limited to those he knows personally.  He is also committed to being an outstanding citizen to the community in which he lives and works.

While I am familiar with his involvement with various community based organizations and philanthropic causes, I can speak best to his commitment to Syracuse in terms of housing issues on which we have worked together .  His support of the development of affordable housing to benefit households of low and moderate income has been invaluable.  His vision and investment in the redevelopment of Syracuse's Inner Harbor, after decades of neglect, is helping transform it into a new vibrant community that will be home to people of all ages, incomes, and backgrounds.

I am Co-Executive Director of Empire Housing and Development Corporation, a not-for-profit community based agency that develops affordable housing and undertakes projects to revitalize blighted neighborhoods in communities in upstate New York.  Steve sought to partner with a not-for-profit like Empire because he wanted to ensure that affordable housing was part of the development plan on projects that were being initiated in Watertown and Syracuse.  He thought it was the right thing to do and that people of modest means must be included.

Steve's roots are in a modest, working class neighborhood of Syracuse's north side and he has not forgotten what day to day struggles are like for hard working families. One of his first jobs out of college was working with Catholic Charities, overseeing a community based residence for new Americans. While it is evident that most for-profit developers of new housing projects ignore lower income residents in search of higher income tenants and buyers, Steve has a strong belief that projects need to be inclusive, with an affordable component, providing opportunity for a greater cross section of our residents which in the end makes our community stronger and more sustainable.

Currently, he is working with us and another local not-for-profit to try and develop housing in the Inner Harbor neighborhood for households of mixed incomes and affordable senior housing that will benefit the entire community, not just the upwardly mobile or affluent.

He has also always been generous with his time and expertise in giving us his advice and guidance in developing our other housing initiatives which include affordable single-family and low/moderate income multi-family projects. This is consistent with his giving nature, his desire to help others, and his ongoing effort to improve his hometown. He cares and has great compassion for those who are less fortunate and struggling.

I do not believe society at large, nor the Greater Syracuse community in particular, would benefit from sending Steve Aiello to prison. In fact, our community would be diminished by his absence. He is a good man who has dedicated his life's work to improving the quality of life in our community, making it a better place in which to live.

Steve's positive impact has been demonstrated in myriad ways. I hope I have been able to help you better discern the man he is. We are fortunate to have Steve Aiello working with us each day to make our community a better place.

Thank you for your consideration and allowing me the opportunity to share these thoughts with you.


Sincerely,

Robert M. Sekowski

Barbara Sessler
S4

**Barbara Sessler**
**114 West Franklin Street**
**Fayetteville, New York**
**315-559-9306**

August 9, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:     Steven F. Aiello

Dear Judge Caproni:

I have been employed as Steve Aiello's personal assistant at COR Development Company, LLC for fifteen (15) years. During my tenure at COR I have grown to appreciate my good fortune in meeting and working with Steve and the entire Aiello Family. The friendliness, honesty, and integrity are truly genuine.

This correspondence is being sent to you to show my full support for Steve. I understand that a jury has convicted Steve of crimes. However, I still offer my unwavering support.

I would like to share a few examples of the thoughtfulness and generosity that Steve has shown to me personally:

- I began my employment at COR October 4, 2004. In the middle of December of that same year, Christmas bonuses were handed out. I could not believe the large amount of money I was given. When I questioned it, I was told "The Lord said to be generous" and COR is generous to its employees.

- When my Mother died, after the funeral I invited the entire extended family (quite a large group), to a luncheon. At the end of the day I went to the restaurant hostess to arrange payment. The hostess told me the bill had already been paid. Steve had arranged for payment.

- Another example, Holy Saturday before Easter, Steve called my cell phone to ask if I was home. I was. Steve said stay put, Lori and I will be right over. They brought over a cheese cake that Steve had made for my family to enjoy with our Easter dinner.

Honorable Valarie E. Caproni
August 9, 2018
Page 2

- One more example, for my birthday Steve arranged for six (6) months of "Bark Boxes" to be sent to my home for my dog.  Very thoughtful.

I have listed just a few examples of kindness.  There is so much more that has been shown to all people, no matter what their walk in life might be, just too numerous to mention here.

I would like to thank you in advance for your consideration of Steve during the sentencing process.  Steve possess a sincere and genuine concern for the betterment of his community and has been a great asset to Central New York.  Everyone I know prays that will continue.

Respectfully yours,

Barbara Sesolu

Greg Shepardson
S5

September 3, 2018

Honorable Valerie E. Caproni

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Caproni,

I'm writing a letter on behalf of Steve Aiello whom will appear before you in the near future.

I am a friend of Steve's but due to time, family and business we are both busy. I have considered Steve a gentleman's gentleman since the first time I met him in High school. Steve was an upper classmate of mine that showed leadership and friendliness to all classmates above and below him. After some time we had both moved into the same neighborhood and started raising our families in which Steve showed the same values as the day I met him.

Steve is a man who shows interest in his neighbor, the neighborhood and in developing new ideas that creates a better place for all of us to live. Steve eventually moved out of the neighborhood because his family had grown but stayed active in the church we both belong to. There he never missed out on things that needed to be done.

He is a person who enters a room with a smile and an enthusiastic personality. I personally respect him for staying in touch with his old community at the same time establishing himself and family in a new community.

As time moved on and Steve became much busier juggling his company and his family so we only saw each other on the fly, but he always made time to make conversation and show his concern and respect to us, always asking if he could do anything for us. Steve has impressed me the most as the economy has changed in Central New York and jobs have been lost. Steve has reached out and helped our families by creating jobs with his company. Stories which never end!

It saddens me that Steve has been convicted of a crime and that is what I am personally upset with. I cannot think of a negative experience I have ever encountered with Steve. He has only impressed me as a man of Christian values and honesty, always looking to be a friend whether you have just met him today or 40 years ago as I did. He has proven to be a true secure individual with great integrity.

Most importantly is his dedication to his wife and children, again putting them first over his problem, that alone shows me the true character of Steve. As Steve appears before you I hope that you can experience what I see in Steve, a lovable big guy that has heart of gold. A friend we all should have. Society cannot benefit if Steve has a prison sentence, Steve has too many responsibilities to his community, Upstate NY and most importantly to his family. I will always support Steve and his family no matter what the outcome may be.

Your Honor, I could go on and on for pages of the tremendous character of Steve, looking at his career alone and understanding his resume of accomplishments, it is easy to see he is a man of good standing.

I hope you offer lenlency and understand the value of Steve on October 12,

Respectfully yours,

Greg Shepardson

106 County Route 10

Pennellville, NY 13132

Zachary Sladick
S6

105 Barclay St.
Solvay, NY 13209-2005
August 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Steven Aiello

Dear Judge Carponi:

I write in support of Mr. Steven Aiello ("Steve"). I have enjoyed the pleasure of knowing Steve for about 15 years, and while my relationship with Steve and his family began as purely professional, a personal friendship has developed over the years, as well. I am grateful for my relationship with Steve, and, because I know a jury has convicted Steve of certain crimes, regret the circumstances surrounding the authorship of this letter.

That notwithstanding, I am hoping to shed some light on my long-term relationship with Steve and his immediate family. As shared, I originally met Steve in a professional capacity. I currently own a company that services aquariums throughout Central New York, the Southern Tier and beyond. When I first encountered Steve, I was employed by another company, and was fortunate enough to be assigned to service Steve's personal and business aquariums. From the first time we met, Steve treated me with nothing but respect, professionalism and humility. He and his family always welcomed me with open arms (literally), and even though I served Steve in an employer/employee environment, I never felt as though Steve looked-down upon me in any way. Like most others, I have experienced ups and downs throughout my life, many of the "downs" occurring while working for Steve. To say he was kind and supportive would be a colossal understatement. To the contrary, Steve and his family never failed to offer their unwavering support, and I have always felt this comradery was genuine, wholesome and selfless. Despite his current predicament, I continue to feel that way to this day.

As the years went by, my relationship with Steve grew more personal and was not solely professional in nature. In my opinion, a friendship blossomed. When making my regularly-scheduled visits to the Aiello home, I would often spend a considerable amount of time after the job was done visiting with Steve and his family. They, as a family, were always interested in the wellbeing of my family, my businesses and my overall happiness. Conversely, I was always interested in hearing about the company's exciting projects and took a vested interest in the growth and development of Steve's three children. The children have literally grown-up before my eyes and, as someone with two children himself, am of the opinion that Steve is a wonderful father whose passion for supporting his family is nothing less than paipable.

<u>PAGE 2</u>

I realize others will offer letters of support for Steve that are based on much longer timespans, closer friendships, etc. I do not claim to be Steve's best friend, nor do I claim to know the ins and outs of the Aiello family. What I do know, however, is that I have been blessed with a tremendously keen judge of character. I have spent hundreds of hours around Steve and his family, and my gut instinct has always told me that Steve was a good, hardworking man who always tried to put his family first. Had I ever felt otherwise, I would have discontinued the personal and professional relationship that has been established over the years.

I want to be clear and share my opinion that I do not think society would benefit from sending Steve to prison. His contributions to the Central New York community are vast and impossible to miss; and humbly, I want you to know that I think a prison sentence would be detrimental to all concerned. Our community needs people like Steve – those who think outside the box, see what appears ugly to others and make it beautiful, who want to make our region a better and safer place to live. I understand Steve has been convicted of certain crimes, but also feel it is worth sharing that the word "criminal" is perhaps the last word I would use to describe him.

I appreciate the opportunity to share my thoughts and experiences regarding Steve with you, Judge Caproni. Should you wish to contact me, I may be reached via email at: zmsladick@gmail.com, or via telephone at: 315.761.2209. I welcome the chance to discuss this matter in further detail.

Respectfully yours,

Zachary M. Sladick

Frank Smith, Jr.
S7

# FRANK L. SMITH JR.

4516 Burke Street
Orlando, Florida 32814
315-575-1069
Paco.smith@me.com

**August 16, 2018**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

My name is Frank L. Smith Jr. and I have known Steve Aiello for over thirty-five years. This has been both a personnel and a professional business relationship. As the past CEO of a hospital's for-profit health care services and the past vice-president of the hospital, I had the opportunity to work with and become a friend of Steve and his family.

Steve is a person of high moral values setting an example for all who know him. He is a man who is very dedicated to his family. He is very religious and easily shows his love for his family and friends.

Steve has a strong commitment to the community he lives in and all those who share his moral values. Steve is always the first person to want to help when there is a problem. His commitment to improving the lives of everyone is facilitated by his successful business expertise. Steve was instrumental in developing and building facilities that served the community and the people needing the services that they provide.

Steve supported my efforts when I was building a health care system that to this day is serving thousands of people in Central New York. He assisted us in building facilities that were of the

highest quality and strategically located in the community. This task was not easy because of health department and federal regulations and the lack of financial support.

I have always been proud to say Steve was a business partner but more importantly, a personnel friend. He is an honest, loving, and caring individual who is an asset to the community that he resides.

I believe sending Steve to prison would be detrimental to his family, friends, and all who depend on him in the greater Central New York area. Steve has always been a person to turn to when you needed help. In today's world, we cannot afford to lose a person like Steve when there is so much more he can do for society. Steve is deeply loved by his family, friends, and the people in his community.

Your Honor please give Steve the opportunity to stay a vital part of our society.

Thank you for your time and consideration.


Sincerely,

Frank L Smith Jr.

2

Paul Solomon
S8

Paul M. Solomon
PJ Equities LLP
225 West Jefferson Street
Syracuse, NY 13202
315.430.2964
paul@pjequities.com

August 14, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

This letter is in reference to my professional and personal support for Steven Aiello. My relationship with him dates back to 2008 when we both served on the Board of Trustees of Onondaga Community College. His service also included the additional responsibilities as Vice Chair. My personal knowledge of his contributions and commitment to this institution of higher learning included, but was not limited to, his community and business insights at the board level, both in meetings and within the community at large where he acted as a powerful advocate which immeasurably added to the college's positive presence in Central New York. Further his attendance at all board functions emphasized his commitment to the mission of the school and its students.

For these same 10 years, my personal relationship with Mr. Aiello has confirmed his passion for CNY, his integrity and his love for his family and friends. And with those and his professional and community commitments, may I respectfully suggest that Steve's debt to society could best be served with rigorous community service, directed to the many needs of Central New York...which would coincide with his past, current and future passions.

Specifically, with Mr. Aiello's vast experience in construction, finance and community development, an organization such as A Tiny Home for Good- atinyhomeforgood.org, with a mission supporting those facing homelessness by providing affordable, safe, and dignified homes and fostering strong community partnerships to ensure resident stability, would be immeasurably improved. Started by a young entrepreneur, Andrew Lunetta, this 501c3 is solely focused in Syracuse's inner city on land parcels that have been abandoned. Its success has stretched its management capacity as it increases its footprint in Syracuse and beyond, where other NYS communities have engaged Mr. Lunetta's services. Mr. Aiello's expertise would represent REAL community service in the community that he loves!

Sincerely yours,

Paul M. Solomon

Theresa Sperato
S9

Theresa E Sperato, RN

410 E. Franklin St.

Fayetteville, NY 13066

315-559-0089

September 4, 2018

Honorable Valerie E. Caproni

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Caproni,

Steve Aiello was a longtime neighbor in the Eastwood area of Syracuse. His children and mine were approximately the same age and they all attended the same parochial school. They played together in the neighborhood, went to birthday parties, and played sports together.

Steve was integral in our neighborhood community; people looked to him for advice on how to start or proceed with a project, be it landscaping or home improvements. He was involved in events ongoing at Blessed Sacrament Church and school, especially in the youth basketball league and the Eastwood Soccer league. We could always count on Steve and his wife, Lori to assist with functions, especially the school annual Ice Cream Social Event.

During 1998, our area experienced what will always be known as the Labor Day Storm, which happened in the early hours of September 3, 1998. With damage similar to a tornado, we were without power for exactly one week. Steve had a generator and made sure that we had coffee every morning!

I will always be grateful for two events for which I best remember him. The first was when he happened to recognize that my eight-year-old son was choking on hard candy and he and his wife administered the Heimlich and restored his breathing.

Shortly after this event, in 1999, our family moved from Eastwood to Fayetteville. While we did not see or talk regularly with Steve, we did occasionally run into him as he moved his family as well to our new town. About a mile from our home was the decomposing remnants of an old mall. At one time, the Fayetteville Mall had been the place to shop in the suburb of Syracuse, with stores like Sears, a movie theatre, a grocery store, high-end department stores. However, in 1999 it was concrete and overgrown weeds coming up through the pavement of the parking lot. There were just a handful of stores in this

monstrosity and required a long walk to get from one to the other. These few stores included TJMaxx, a grocery store, and a barbershop.

Within a few months of moving to Fayetteville, we started hearing exciting rumors of a company called Cor rebuilding this mall.   We were unaware that Cor was Steve's new company.  Within about five years, his company rebuilt the mall and brought many new businesses to it.  Some of these companies were unfamiliar to many of us; Target, Kohl's, Carrabba's, Bonefish Grill, Red Robin, Panera, Uno's Chicago Grill, LLBean, many more.   They replaced the defunct movie theatre with a very popular YMCA. It was a very exciting time in the area and the mall is currently the center of activity in Fayetteville.

Your Honor, I am aware that Steve Aiello was found guilty of a crime. Nevertheless, I am thankful for Steve and the many wonderful ways he has blessed my family.   I hope you will read this letter and the many others I assume will be sent to you.  I pray that you will be merciful to my friend and his family in your decision.

If you have any questions at all, you may feel free to contact me at the number posted above.

Respectfully,

Theresa E. Sperato, RN

# Melissa Spicer
## S10

Melissa R. Spicer
4950 S Eagle Village Rd.
Manlius, NY 13104

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

September 1, 2018

Dear Judge Caproni:

My name is Melissa Spicer and I am CEO of Clear Path for Veterans, a Veteran Resource center located 13 miles southeast of Syracuse, NY. I'm also owner of Blue Prints Dog Studio, a positive reinforcement training facility located in the Nottingham area of Syracuse, NY. In both my roles, I meet members of the community and develop long lasting relationships with them. I have known Steve in both capacities and will share what I know about Steve and why in my opinion, a prison sentence would be detrimental to all concerned.

In 2007, I first met Steve Aeillo and his wife Lori when they came to Blue Prints for training with their dog Abby. Abby was a boxer that developed behavior issues that required extensive training. In my professional opinion, Abby required an enormous amount of dedication and to achieve any level of success, a commitment from the Aeilio's was essential. Positive reinforcement training requires an openness to learn new ways to communicate and a compassionate approach to bad behavior. Steve's interaction with Abby was much like his relationship with the rest of his family; committed, patient and attentive to detail. Overtime, I found Steve to be very loyal to his dog and his family overall were not willing to give up on her. Abby improved, and Steve and his family committed themselves to a lifetime of training and learned to accept what Abby was not able to change. It was during this 3-year period, that I witnessed first hand the tight, family unit of the Aeilio family and how important Steve is to that family nucleus.

In 2010, I co-founded Clear Path for Veterans, along with a retired Air-Force colonel who wrote a service dog program called Dgs2Vets. This program dovetailed with my training background and enabled me to use both my extensive experience in running my own business and my commitment to enhancing the canine and human bond. In 2014, Steve was involved in the Inner Harbor project which highlighted the hospitality and collaborative nature of the Syracuse area. At the time, Clear Path for Veterans was looking for a partner to build a one-stop Veteran resource center that would serve as a satellite office to our existing facility. Without hesitation, Steve welcomed our vision into the plan and led a series of community partners to a location that would best fit both our goals. Steve's commitment to the

Syracuse area was evident and the trust we as an organization had been built upon, aligned with the long-term commitment of Steve Aeillo to his home town. Steve was all inclusive and never shut people out of conversations that affected the greater good.

Steve and his family have been part of the Central NY community for many years and have dedicated themselves to our area. His positive impact comes in different ways.  Steve's vision for economic development as transformed areas that were otherwise failing, he and his family have been active in the faith-based community and have donated their time and money to a variety of causes. Finally, his trusting and open nature have forged opportunity for all who meet him. I hope these things can be taken into consideration as the system goes through their due diligence in determing Steve's fate. We who know him, appreciate the opportunity to show another side of Steve that will hopefully support the fact that society would not benefit from sending Steve to prison.

Sincerely,

Melissa R. Spicer

Michelle Stanton
S11

08/17/18

Your Honor,

I am writing you this letter to talk about my very dear friend Steven (Steve) Aiello. I have known Steve and his beautiful family for many years. He is a wonderful person and friend to my family and I. His friendship means the world to me and I am so blessed to have crossed paths with him.

He is a very loving husband and father and his reputation in our community speaks volumes. He is loved by so many people here and has done so much for our community as well as CNY.

I am aware that a jury has convicted Steve of certain crimes and I am very sorry that this has happened. I have spoken to his wife Lori several times to see how she is doing. She has unbelievable strength and her and the kids are staying strong and close to one another. I am not at all surprised with that because they are a very close knit family. Steve and Lori have been together since college and you can see how much the 2 of them love one another and are amazing parents to their 3 beautiful kids.

Awhile back I ran into Steve and Stevie Jr (his son) at a local grocery store. Steve was helping Stevie make an Italian basket for a party he was going to. They were laughing and showing a lot of affection with each other and it truly warmed my heart. Steve was grabbing everything on the shelves which didn't surprise me either because he is very giving to his kids and always has taken great care of them. I did say to Steve that was going to be one large basket of goodies and we all laughed. It was great running into him.

Your honor, I truly believe that I don't think society would benefit from sending Steve to prison and that a prison sentence would be detrimental to all concerned. He truly is a wonderful person, has a huge heart and a very loyal husband, father and friend. I hope you read this letter several times and know that I am very genuine here and truly believe in what I am writing to you. He is a gem to all of us and someone we need here not only for his family but for CNY.

Respectfully Yours,

Michelle Stanton

# Dr. Debbie Sydow
# S12

Dr. Debbie L. Sydow
25372 Cornelius Drive
Abingdon, VA 24211
804.712.7870
d.sydow@aim.com

July 31, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Letter of Support for Steven Aiello

Dear Judge Caproni:

My husband and I have known Steven Aiello and his wonderful family for well over a decade. Soon after being appointed as president of Onondaga Community College in Syracuse, New York, in 2000, I was introduced to Mr. Aiello as a distinguished alumnus of the College. Later, he was appointed as a member of the ten-member Board of Trustees that governed the College, which provided me the opportunity to work closely with Steve for many years to advance the College's compelling educational mission in Central New York.

I am aware that a jury has convicted Steve of certain crimes. My intent in writing to you is to state unequivocally that in all of my professional and personal interactions with Steven Aiello between 2000 and 2012, he invariably demonstrated the utmost honor and integrity. Steve was widely admired and respected by his fellow board members and, indeed, by the entire campus community, and he was often called upon to assume leadership roles, including service on the Executive Committee of the Board. Steve was a passionate ambassador and a faithful steward of Onondaga Community College throughout his tenure on the Board, and more than a few of the College's successes during that period were directly attributable to Steve's dedicated service and leadership. He volunteered countless hours to the work of the College, generously sharing his knowledge, his expertise and his resources to ensure that underprivileged, first-generation students were provided the opportunity to attend college and go on to achieve success in their careers and in their lives.

Over the course of a 30-year career in higher education and 20 years as a college president, Steve stands out as a board member who was driven in all of his actions by altruism, compassion and genuine care for his community and the people who called Central New York home. Everything that Steve did demonstrated a deeply rooted desire to make Central New York a better place to live, work and raise a family. It is my sincere hope that Steve's many contributions to the betterment of Onondaga Community College,

the Central New York community, and New York State will provide context as you consider sentencing.

Even though my husband and I moved to Virginia in 2012 when I assumed the presidency of Richard Bland College of William and Mary in Virginia and since then we have not been able to spend as much time with the Aiellos as we would have liked, our sincere admiration and affection for Steve and his family has continued unabated. My husband and I stand ready to support our dear friends—Steve, Lori, and their delightful children—in every way possible as they strive to regain equilibrium and resume their lives in the aftermath of Steve's conviction. We fervently believe that it is in the Aiello family's best interest, it is in the Central New York community's best interest, and it is in society's best interest to allow Steve to continue to nurture his family and serve his community rather than spend time in prison.

During my tenure as president of Onondaga Community College, Steve was formally recognized by his *alma mater* as an "Alumni Faces" honoree. The "Alumni Faces" project that was launched in 2006 was designed to inspire new generations of students by featuring images and biographies of prominent alumni and their contributions to the Central New York community in a permanent exhibit along the main corridor of the Gordon Student Center. I won't soon forget the evening that Steve was formally recognized by the College's Foundation Board, faculty, staff and members of the campus community at a special ceremony. More than a dozen of Steve's family members, co-workers and friends were present to celebrate him and to hear him deliver a message that revealed his enormous compassion, his genuine humility, and his deep commitment to helping others realize their potential through education. In his remarks, Steve candidly shared the story of his life's journey, and he urged those present to learn from their mistakes and to use those lessons not only to make their own lives better, but to better help and support others along the way. That message now seems oddly prescient.

Thank you for your consideration of Steve Aiello's enduring dedication to family and community and his long history of service in rendering your sentencing decision.

Sincerely,

Debbie L. Sydow, Ph.D.

Szymanski, Adam and Sara
S13

September 1st, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Letter of Support for Steven Aiello

Your Honor,

We are writing as friends of Steven Aiello.  Our family has known Steve and the Aiello family for over twenty years.  Throughout our relationship we have seen Steve define how a generous and kind person with strong values acts.

We are aware of the unfortunate and troubling situation Steve is currently facing.  We are and will continue to be supportive of Steve and his family in any capacity we can.

Steve is among the most thoughtful and generous people we know.  Watching Steve's children grow up and become young adults that have inherited the same kind-hearted spirits as their parents is proof of his character.  They are a tight-knit and loving family, one that has many parallels in our own family.  We simply cannot imagine Steve being apart from them.

Throughout the years we have witnessed Steve display tremendous enthusiasm and excitement for planning events for charity, employees, and for family, being involved in every detail.  He has tremendous tenacity and drive for making things happen.

It is our belief that sending Steve to prison would be disadvantageous to all that surround him in his personal and professional life.  Even in the wake of this unfortunate chain of events recently, he continues to display concern for all those around him.  We strongly believe that Steve would never purposefully break the law.  He is a loving and protective husband, father, brother and friend that wants the best for all his loved ones.  In turn, we want the best for Steve, and therefore ask for your leniency in his sentencing.

Respectfully yours,

Adam and Sara Szymanski

7711 Totman Rd

North Syracuse, NY 13212

Tom Tarry
T1



Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

November 15, 2018

Dear Judge Caproni,

    I am the CEO of Syracuse, NY based event marketing company The Results Group. I am writing to you today about Steve Aiello and the interaction I had with him when my uncle died a few years ago.

    Steve didn't know my mother particularly well other than she was friends with Steve's brother, Father Lou Aiello. At the time of my uncle's passing my mother, Frances Verna, had the onset of dementia. My uncle lived in Philadelphia, PA so getting to her brothers funeral was going to be a challenge. Steve hired a car service to take her to the funeral and back and asked the car service to make sure the driver stayed with her at all times. This was an act of kindness that my sister and I will never forget. It is reflective of the type of person Steve is.

    I also head a local Real Estate Team and I recently ran across a client looking to sell his home and he knew Steve. He said he had sold Steve a piece of property and that Steve had met every obligation and that Steve even paid the note off early.

    I believe that this letter is important in another way: I once approached Steve's company to invest in a project that I was leading. They listened to my presentation and ultimately decided not to invest. But I have tremendous respect for Steve so I feel compelled to write to you today.

    Your honor I ask that you extend to Steve a sentence that does not include prison time. Steve and his family have suffered personally, socially and financially. A prison sentence for Steve will deprive his family and this community of a caring and respected contributing member of the Syracuse community. Thank you for your time.

Sincerely,

Tom Tarry
CEO
The Results Group

1201 East Fayette Street, Suite 12*Syracuse, NY 13210*phone-(315)426-8741

Samir A. Tawil
T2

SAMIR A. TAWIL
415 E. BRIGHTON AVE
SYRACUSE, NY 13210

Tuesday September 11, 2018

To:     Honorable Valerie E. Caproni
        United States District Court
        Southern District of New York
        40 Foley Square
        New York, NY 10007

Re:     Sentencing Hearing, Steve Aiello, Scheduled October 12, 2018

Dear Judge Caproni:

I have known Steve Aiello for over 10 years, both as a friend and a business associate. He is a friend to my family. Over the years, I have been able to rely absolutely on Steve both as a friend, and as a mentor in business areas where I lack essential experiences. I admire Steve's the loyalty and tenacity Steve displays towards our friendship, especially when the proverbial fork in the road is there to separate the true friend from the false friend. I was initially drawn to his gentle nature and came to respect his courage, and the love he displays for both friend and foe. His ability to comfort others by a word, or to support them in whatever endeavors they may undertake are two hallmark characteristics that Steve possesses.

I am aware of the convictions he is facing, as well the potential for incarceration. My family and I are dedicated to supporting Steve in an ongoing manner and by whatever means necessary.

During a particular complex and lengthy real estate transaction which I believed to be a solid business decision that would greatly benefit my family and myself, it was Steve who "rolled up his shirtsleeves" and provided crucial business advice-advice which ultimately saved me from the consequences of an ill-informed business decision that would potentially damage me financially. All of this Steve did without regard to compensation in any manner. This tenacity of spirit and a willingness to help in times of need are the type of love and friendship that I have come to know about, and trust in.

I have come to know Steve as a friend that will help anyone. Especially was this true in my experience. Lending a helping hand even during his own personal trials and tribulations. Always there to help whether it be to family, friends, business associates, or the stranger he may greet on the street.

Additionally, I know Steve to be a great family man. Perhaps this is his greatest strength.

Ultimately, I truly believe incarcerating Steve Aiello will be a great detriment to Steve's family, his friends, and the community at large. To that end, I pray you will consider this heartfelt plea in support of Steve.

Respectfully,

Sam Tawil

Steven Thompson
T3

September 15th 2018

To Whom it May Concern:

I am writing you as a person who knows Steve Aiello personally & professionally and believe he is not the person being portrayed in the recent court case or in the newspaper.

Steve is a family man with deep roots in the City of Syracuse. His vision for the cities inner harbor is transformative and could only be designed by someone committed to the vitality of our city. His passion to redevelop an area of our city and connected it to his northside roots is not entirely financial, but you can see his pride in the design.

Steve has always been upfront and honest in our interactions. I find

him to be a man of integrity and faith.

I recently had a conversation with several people and we were relenting the fact that Steve's court cases have brought the inner harbor project to a snails pace, and our city dearly needs to get it on track & completed.

I hope you can look between the lines and see that Steve Aiello was sucked into an investigation that is not of his making.

Respectfully,

Steven P Thompson

I am currently an @ Large Councilor for the city of Syracuse. I am a retired Police Officer of 35 years.

Robert Tiso
T4

Robert Tiso, MD  Kelly Ward
4889 Tanglewood Lane
Manlius, NY 13104

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

Greetings. We are writing to you today in support of Steve Aiello as a good person and a good friend. We have known Steve for approximately 16 years. Steve, Lori and their children have become good friends of our family. Bob got to know Steve through Cub Scout meetings, where both Steve's youngest son and our son were members. They were both active parents in the troop, helping with the Pinewood Derby races and assisting at other events. Steve and Bob found they had many things in common, including a love of food and an Italian upbringing. As the children grew up, they became friends and we found ourselves attending even more events with Steve and Lori - including crew regattas and proms. We absolutely cherish our friendship with the entire Aiello family. We respect their parenting style and ability and feel very thankful they are a part of our family's lives.

We have been by Steve and Lori's side throughout Steve's experience with his charges. We would be willing to provide any help and support that he or his family may need.

However, we can support him by telling you that Steve is good person with a big heart. Steve is loyal to his wife and family, they always come first. As the children were growing up, Steve was at every sporting event and every concert. He is exceedingly generous, always honest, and very dependable. He is the rare friend that one would trust for any urgent family need. To that end he is like a brother and any of us who know him well would not hesitate to reciprocate. He is always smiling, down to earth, and positive. When volunteering at a school or scouting event, Steve was a part of building the community where we live. He did not draw attention to himself, he was just doing his part for our community.

We also see no benefit to society for Steve to sent to prison. Seeing that our taxes go towards incarcerating more people than any other country in the world, we would love to see a more focused approach on restorative justice. Steve is a contributing, active member of society in our community and his loss for any amount of time will be felt by family members and those who do business with him.

Thank-you for your time and your service to the State of New York. We hope you will take our thoughts and concerns into consideration.

With respect,

Robert Tiso, M.D.

Kathleen Kelly Ward

Robert Todd
T5

**ROBERT E. TODD, M.D., P.C.**
          Neurology          *Diplomate American Board of Psychiatry and Neurology*

Clay Medical Center ● 8100 Oswego Road, Suite 210 ● Liverpool, New York 13090 ● 315-426-0200

September 5, 2018

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor:

I am writing on behalf of Steven Aiello of Syracuse, N.Y. By way of introduction, I am a Board-Certified Neurologist and I have known Steve for over thirty-five years.

I initially met Mr. Aiello through our association at St. John the Baptist Catholic Church in Syracuse. We volunteered together on multiple projects including the Church Festival and the sponsorship of a Laotian Boat Family. As our relationship nurtured I retained Steve in a business capacity and he assisted me with various Real Estate projects, including the sale of my commercial property in 1992 and the negotiation of two different leases for my private medical practice, first in 1997 and again in 2010. His candor, sincerity and attention to detail has earned both my friendship and respect.

It would be impossible to live in Upstate New York and not be cognizant that Steve has been convicted of certain crimes but it is imperative Judge Caproni, as you deliberate regarding the sentence for Steven Aiello, that you consider the compelling character of this man.

First, Steve Aiello would give you the shirt off his back. When a patient of mine was close to death, I contacted Steve as my patient was a business tenant in one of the properties Mr. Aiello managed. Steve Aiello met with him personally and renegotiated his long-term lease so that his family would not be saddled with that debt after he passed.

Second, Steve is the salt of the earth. Ten or fifteen years ago, maybe more, Steve called me to see professionally a young man with a head-injury (concussion). The boy had been hurt in a football game. The family didn't know where to turn when their son didn't improve. I have long forgotten how Steve knew these folks but he called me to help them when he could have just as easily sent them to the Emergency Room or not paid attention.

Third, Mr. Aiello is a family man with strong family ties. He has been married to his wife Lori for decades and has always maintained his home here in Central New York where his father and mother raised Steve and his siblings. He has never left his roots.

**Robert E. Todd, M.D.**
Neurology Consultant

I recognize and acknowledge that Steve has been convicted with sentencing as the next step in the process. As you consider your ruling, I would ask that you question how society will benefit from sending Steven Aiello to prison and examine alternative punishment, such as community service, that would harness the strengths of Mr. Aiello's character for the betterment of the public without the detrimental effects that a harsh sentence would impose.

Thank you for taking the time to read my letter.

Respectfully,

Robert E. Todd, M.D.

Reverand James Tormey
T6

*Reverend James Tormey*
*169 Riverside Drive*
*Binghamton, NY 13905*

September 12, 2018

Honorable Valerie E. Caproni
Unites States District Judge
Southern District of New York
40 Foley Square
New York NY 10007

RE: Letter of Support for Steven Aiello

Dear Judge Caproni:

As a Catholic priest for the past 40 years, I have only written three times on behalf of someone convicted of a crime (1982, 2002 and today). Of course, I've been asked to do so on several occasions, but knowing the people involved, I was not all that comfortable pleading for said leniency. I have always believed that with certain crimes, society does indeed have a right to demand justice and satisfaction. But I have no hesitancy, whatsoever, in speaking on behalf of Steven Aiello, and pleading for leniency from Your Honor.

I have known Steve Aiello since he was in high school. His brother, who is also a Catholic priest, is one of my closest friends. It was while we were in the seminary that I came to know the Aiello family very well. We have been very close for the past 43 years.

I was once assigned to their family's home parish, St. John the Baptist in Syracuse, where Steve's father, Lou Sr., had been president of our Parish Council. Both of Steve's parents, Lou and Fran, were hardworking, honest, dedicated members of the community. For them, faith and family were everything. Lou Sr. was a self-made entrepreneur who instilled an honest work ethic into his four children, with a deep love for the faith and also for education. Lou and Fran did not believe in taking "short-cuts" to get ahead. All four of their children still practice the faith and two of them have earned doctoral degrees. As a result, it was no surprise to me to have seen Steve emerge over the years as a tremendous, even legendary giver and leader in the Central New York community. His thoughtfulness towards his workers, his parish community, his neighbors, not to mention his family, is well-known. And one never got the impression it was ever self-serving or to have his name associated with "public" philanthropy. While always sitting in the "back of the church" on Sundays, Steve was nonetheless an "up-front" kind of guy whose life was clearly motivated by a deep religious conviction.

In his wife, Lori, Steve has found the perfect soulmate. With her husband's financial success, Lori could have chosen a life exclusively of tennis clubs, luncheons and socializing, but she has chosen to work hard herself as a Registered Nurse at Crouse Irving Hospital and in teaching Pediatric nursing. Instead of a life of leisure, Lori too has chosen a life of work and service. Both Lori and Steve have given evidence for years as "givers" in life and not "takers".

The three children that they have raised together, Steve Jr., Elizabeth and Tom, would do any parent proud. No doubt they consider the three of them their greatest achievement.

As you can well imagine Your Honor, these past couple of years have been a nightmare for Steve and his family. I sincerely believe that he and his loved ones have suffered enough. I fail to see where incarceration would, in any way, serve the needs of justice or as an example to the community. The past two years of public shaming has done that already.

Any leniency in your sentencing would be deeply appreciated, Your Honor, and, I believe, deeply warranted.

Sincerely,

Reverend James Tormey
Director of Spiritual Care

Gerald Tracey
T7

Honorable Valerie E. Caproni
United State District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Letter of Support for Steven Aiello

Dear Judge Caproni:

I am writing this letter as a friend of Steve Aiello.  I have known Steve both personally and professionally for over 10 years and find him to be a very loyal, honest and caring person.  Steve is a very devoted husband and father who has always been very involved in every aspect of his children's lives.  He has been instrumental in the growth of our community and has served to help numerous charities succeed and prosper throughout the area.

I know a jury has convicted Steve of certain crimes, but I feel the only crime he committed was to trust the wrong people.  We have all in one time in our lives thought someone was of honest character and believed them just to find out they are the exact opposite.

In closing, I do not think society would benefit from Steve being imprisoned it would have a devastating effect on everyone in his life especially his family.

Thank you for your time and consideration.

Respectfully,

Gerald W. Tracey

Lynn Tracy
T8

September 5, 2018

To:     Honorable Valerie E. Caproni
        United States District Court
        Southern District of New York
        40 Foley Square
        New York, NY 10007

From:   Lynn Tracy
        1159 Walnut Grove Rd,
        Bridgeport NY 13030

Re:     Steve Aiello

Dear Judge Caproni:

        I am writing to you today because of my great respect and high regard for
my friend Steve Aiello. Although I have known him for only about ten years I have
grown very fond of Steve and his wife Laurie. My husband and he have been friends
since Steve was a young man and my acquaintance with him has been mainly social.
The Steve that I know works long hours, is energetic, good natured and a loving
husband and father. It is always a joy to be in his company as he has all the qualities
one usually seeks in a friend. Despite his success and accomplishments Steve is
always humble, honest, caring and generous of heart. He is sincere in his warmth
and thoughtfulness, and truly an asset to our community. In short, I cannot say
enough about Steve's good character and the fact that sometimes bad things really
do happen to good people!

        Obviously, I am hoping to help you to know the real Steve Aiello, the
person behind the convictions in order that you may take him into consideration at
sentencing. Thank you so much for taking the time to read this.


Very truly yours,

Lynn Tracy

Lynn Tracy

Leonora Trespasz
T9

# Leonora L. Trespasz

146 Stanwood Lane
Manlius, New York 13104

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am a friend of Steve Aiello's and have known him for twenty years. I have always known him to be a man of great character and genuine warmth. Our kids have gone through school together and his wife was my daughter's girl scout leader. On every occasion I have ever spoken with Steve, he looks me in the eye and listens to what I am saying as if it is of great importance and he is genuinely interested. Even when we'd see each other at important public occasions and you would think his time would have been more beneficially spent elsewhere. He would give his full attention to me with a warm, compassionate ear. I always thought he was very real and authentic and extremely honest and have known him to behave that way consistently for twenty plus years.

It's hard for me to explain because I'm not great with words, but you know in your gut and can feel when someone is real, genuine, honest and not a game player . Steve is that person.  In our community he is thought of so highly in all his intentions to do good, give back, take care of people and not chase the American dollar. Really and truly a remarkable and exceptional man is how I would describe him. Not your typical large business owner, but someone who is honest, cares, and lives a life caring about his community and the people in it. My husband has worked with him in business for years and I

Honorable Valerie E. Caproni
September 10, 2018
Page 2

used to say after leaving Steve's company, "He's such a kind and caring man who always looks me in the eye and listens attentively when we chat". My husband would always agree "He's the real deal".

I am aware that a jury has convicted Steve of certain crimes. If I can help in any way to provide support for Steve and his family, whom I adore, please let me know. I say daily prayers for them and wish I could do more.

I do not think society would benefit from sending Steve to prison. He's an indispensible family man. He does good in his everyday life for others, his community with the decisions he makes and definitely in his business building projects for our community. He has a shining reputation as a person most of all by his peers and all those who know him.

Thank you taking the time to get to know the real Steve Aiello.

Sincerely,

Leonora L. Trespasz

Reverand John Tumino
T10



**Building Hope and Changing Lives**
PO Box 11328
Syracuse, NY 13218
(315) 308-1561
www.inmyfatherskitchen.org
EIN 45-2777205

August 12, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sentencing of Steve Aiello
       October 12, 2018

Dear Judge Caproni:

I know that Steve Aiello is scheduled to be sentenced by you on October 12, 2018. I am writing you on behalf of Steve to ask you to exercise your discretion to sentence Steve in a penalty other then jail time.

I am aware of the charges Steve faced and his conviction. I am also aware that a jury of his peers have found him guilty of said charges.

I have known Steve for over 12 years and that he is a good man. Watching his family go through this experience has been a hard thing to see. Not to mention all the attorney's fees and expenses he has paid as well as the damage to his reputation and his business.

Steve did make a mistake. But one lapse in judgement should not disqualify the whole life span of the man. My wife Leigh-Ann and I run a non-profit in Syracuse called, In My Father's Kitchen. We service the chronically homeless of our city. When Steve heard of the work we were doing with the homeless he contributed $5,000 to our new outreach vehicle. Steve also contributed to a new project we are starting called Life House. This is a home for women who are escaping a life of sex trafficking. When Steve heard of this work he contributed $1,000 to our mission. Steve has a huge heart for our community especially the down and outer. Over the last 12 years watching him live his life as a family man has been a breath of fresh air. The way he treats his wife and kids speaks to his heart for others and not for himself.

I am a licensed minister and cannot tell you how many times Steve an I have spoken of faith and striving to become better men of God. I know as a man of faith this journey has weighed heavily on Steve. He feels he has not only disappointed his family, friends and co-workers, he feels he has disappointed God. I encourage Steve continually to remember that God is a God of 2nd, 3rd and 4th chances.

I ask you as an officer of the court to consider Steve's whole life and not this one moment in time. I would ask you to please consider all the good he has done in our community. For the above reasons, I encourage you to sentence Steve Aiello to something other than jail time.

Very truly yours,

Rev. John Tumino, Founder
In My Father's Kitchen

Melanie Vilardi
V1

Melanie L. Vilardi
1400 Ridge Road
Fabius, NY 13063

August 20, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

I have personally known Steve Aiello for the past 10 plus years.  I initially met his wife, Lori, at the YMCA in Fayetteville, NY.  We attended the same spinning class and formed a friendship.  It was shortly after this that Steve decided to open a fitness center that would focus on group classes.

A very dear friend of mine managed this fitness center.  This was an attribute of Steve's that I always admired – he was always looking out for others and doing what he could to help them better themselves.  Whether it was provide an employment opportunity for my friend or opening a fitness center at a very reasonable membership fee rate so we could do our best to keep fit and feel good about ourselves.  This also was the beginning of my admiration for Steve's work ethic.  He would participate in a spin class at a very early morning hour and be found attending a community event or working at his office late into the evening.

I should note that this fitness center is located in the retail shopping center owned by COR Development.  It is on this very ground that was once known as the Fayetteville Mall.  Growing up in the area – more than 35 years ago – I shopped at this mall and watched stores leave one by one.  The areas became run down and desolate – an eyesore to the area.  It was Steve and his organization that decided to put money and hard work into the area for revitalization.  This area is now a thriving community center that includes open space, a gazebo for the community to use, holiday festivities that are paid for by COR and provided free to the community.  Steve spent money that wasn't required or necessary to accommodate the community – this is Steve – he loves his community and has always wanted to make it a better place to live.

In addition, Steve and I had a business relationship whereby the organization I worked for provided catering services to the community room at the Fayetteville retail center. Steve was always very fair in our business relationship and, again, wanted to see the catering prosper at this location. He would recommend our services and made sure the room was properly equipped.

My husband and I spent many cold days cross-country skiing at the County Park along with having dinner with Steve and his wife. Our children are of similar ages so we swapped stories about the fun of having children. Steve and Lori are so proud of their children – they sacrificed to allow the best for them. In addition to their children Steve loves his parents and Lori's parents. They spent many hours making sure they were well cared for which included grocery shopping, doctor's appointment and home maintenance.

Steve is a family man, businessman and proud member of this Community. His hard work can be seen in his many accomplishments. Steve should not serve prison time – a waste of our tax dollars to say the list. This man needs to continue to be an integral part of this community. He has added jobs, community areas, and free activities to allow others to have a better life.

More should be like Steve.

Respectfully yours,

Melanie L. Vilardi

Anthony Visco
V2



**Duke**Health

Department of Obstetrics and Gynecology
Division of Urogynecology and Reconstructive Pelvic Surgery

Anthony G. Visco, MD
   Professor
   Division Chief of Urogynecology
   Vice Chair Gynecology
   Chair: Duke Hospital Robotic Committee

Matthew D. Barber, MD, MHS
   Professor
   Chair of Obstetrics & Gynecology

Cindy L. Amundsen, MD
   Professor
   Fellowship Director

Alison C. Weidner, MD
   Professor
   Director of Education
   Vice Chair Clinical Affairs

J. Eric Jelovsek, MD, MMEd
   Associate Professor
   Vice Chair of Education

Nazema Y. Siddiqui, MD, MHSc
   Assistant Professor
   Director of Research

Amie Kawasaki, MD
   Assistant Professor
   Assistant Fellowship Director

Instructors
   Monique Vaughan, MD
   Rebecca Meekins, MD
   Whitney Hendrickson, MD

   search Coordinators
   hantse McLean, MPH, CCRC
   kira Hayes, MS
   Acacia Harris, BS

Urogynecology Nurses
   Amy Kavanagh, RN HCA/Nurse Manager
   Shelley Ray, RN
   Tracy O'Dowd, RN
   Caitlin Bandel, RN
   Candy Wilson, CMA
   Lendeshia Young, CMA
   Rens Swinton, CMA
   Bethany Sargent, CMA

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

August 12, 2018

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I grew up in the close-knit Northside community of Syracuse, NY and first met Steve at Saint John the Baptist School where he, my oldest sister and I attended school. He struck me, even as a child myself, as a respectful and mature young man. I later attended LeMoyne College and SUNY Upstate Medical School. As a way to pay for college and ultimately medical school, I decided to obtain my real estate license. As a pre-med student, generally between 1987-1989 I was focused on organic chemistry, anatomy and physics. I knew absolutely nothing about selling real estate or business. It was at this point that I met Steve again.

While I was motivated and determined, my young age and inexperience initially proved challenging in the competitive world of real estate. Steve was already busy with his career but he was always so very generous with his time, providing me with sage guidance and practical advice without any expectation of receiving anything in return. I was just a kid at the time, easy to ignore or dismiss, but Steve did neither. He shared his experience and taught me valuable lessons. It was clear to me during those early years, that Steve was an energetic businessman with a strong moral compass whose core was filled with integrity, good humor and kindness. I cannot comment on any items over the last several years but felt motivated to share with you the Steve I remember. I hope this letter helps to provide you a glimpse into Steve as a young man, a fundamentally good, generous, caring and giving person.

Sincerely,

AVisco

Anthony G. Visco, MD


www.dukemedicine.org/urogynecology

Durham Office:
Patterson Place
5324 McFarland Drive, Suite 310
Durham, NC 27707
Phone: 919-401-1000
Fax: 919-401-1037

Raleigh Office:
Duke Urogynecology Consultants
1200 Navaho Drive
Raleigh, NC 27607
Phone: 919-783-4299
Fax: 919-571-4697

Teddy Voulgaris
V3

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Your Honor,

My name is Teddy Voulgaris and I am writing to you as a friend of the Aiello family. I have known Steve for over five years, and have nothing but respect and admiration for him as a friend, businessman, member of the Syracuse community, and the father of my good friend Tom Aiello. Steve is a very family-oriented man, whose three children owe so much for his love and support over the last thirty years. I am aware of Steve's unfortunate conviction and am devastated for the impact on his family, friends, and the greater Syracuse community if he is taken from them. I have the utmost confidence in his honesty and genuine contributions that he brings to both his community and the great Central New York area.

As I mentioned that Steve is a genuine and caring family man, he was kind enough to welcome me into his family for two months last summer, when he let me intern for COR Development. While I learned many valuable lessons and skills that will greatly benefit my career, I also learned a lot about Steve and his character. Despite being the CEO of the company with many more pressing obligations, Steve went out of his way to make me feel at home and took me along on many family adventures. His generosity is genuine, and allowed me to participate in several activities unbecoming of a summer intern, which included going to a Zac Brown Band concert, fishing trips to Lake Oneida and Lake Ontario, a trip to Lake Placid, and invited me to many family dinners at his home, among others.

Over the course of my internship, I learned that his generosity expands far past the scope of taking care of friends and family. He has demonstrated significant care and commitment to his employees, the greater Syracuse community, and those less fortunate than himself. I began to learn that from the beginning of my internship, when I had the chance to read through the financials of many of the projects that made COR Development what it is today. Between affordable housing developments and the building of town centers, among others, Steve demonstrated a commitment to helping small businesses, rural consumers, and those who are less fortunate all across Central New York. I also began to notice a similar recurring theme. Steve and the partners of COR Development consistently decided to embark on projects that did not necessarily yield the attractive rates of return that a successful real estate developer like himself would normally take. Often times, the benefit to the communities and the individuals he served was the real rate of return that gave Steve Aiello satisfaction. His affordable housing projects have made it easier for hundreds, if not thousands, of Central New Yorkers to live in comfort, instead of squalor. His town centers have benefitted hundreds of thousands in both rural and urban communities, by providing them free parking and access to retailers and specialty stores that otherwise would not exist in any definition of relative proximity. That Steve Aiello is not the Steve Aiello that had been painted as corrupt.

The Steve Aiello that I learned about by reading through the hard facts of the development projects in the past has directly and indirectly made lives easier for thousands of upstate New Yorkers over the past two decades. Unfortunately for Steve, the people of Upstate New York do not get to decide his fate, and the image of a wealthy real estate developer does not yield the makings of a sympathetic character. The connotation is a greedy, corrupt, and wealthy individual and takes from the people and exploits real estate projects strictly for profit or their own benefit. That image could not be further from the truth, and the records of his past real estate projects back that up. It is a shame that people like Steve do not get any sympathy, given that he has done so much for others.  The real Steve Aiello took me up to Watertown to meet with DANC (Development Authority of the North Country), and expressed his genuine interest in helping the people of Watertown more than he already has, displaying a level of selflessness that does not fit the mold of the typical New York developer. Already, he had helped hundreds of Watertown residents and especially servicemen at Fort Drum and their families, between the town center, Beaver Meadows Apartments, and low-income housing. Furthermore he has embarked on projects like building the Elmcrest Children's Center  in Syracuse, that do not benefit him at all, just the people of Syracuse whom he cares about very much. If you, your honor, knew the real Steve Aiello, you would be proud of what he has given to the communities he serves.

I would be remiss not to mention the substantive loss that would suffered by the Syracuse community and his family if he were to be taken away. While it would quite obviously be detrimental and damaging to his family and friends, it would also tangibly hurt the community, to whom he has given so much. First and foremost, it is without question that COR's projects like the Syracuse Inner Harbor, Collamer Business Park, and Mercy Heights add value to the community, businesses, and local economies of Central New York. Not only do these projects add value to the communities, but they also provide jobs, hundreds if not thousands of jobs would not be there without Steve Aiello. Without all of COR's developments, which include town centers that employ hundreds, thousands of more people may have been out of jobs, especially during difficult times like the recession. And with that, I ask you, your honor, to be lenient and not sentence Steve Aiello; a genuine, caring, committed family man and patron to the good people of upstate New York. In finality, I plead to you, please do the right thing, please don't take Steve away from his family and the community.

With all due respect,

Theodore N Voulgaris
Buffalo, NY

Michael Walser
W1

August 14, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: Letter of Support for Steven Aiello

Your Honor, Steve Aiello has been a friend for thirty years. In that time he has proven to be a person that can be depended upon and trusted. I have interacted with him through these years on both a business and personal level. As a member of the New York State Police Commercial Vehicle Unit I was requested by Steve to teach his employees about the transportation laws of New York.
Steve made it clear that he did not want his employees to move equipment around in a unsafe manner, that could injury someone. As for the personal level, Steve and I have several mutual friends and on occasion we would interact in a social setting.

I am aware Steve has been convicted in Federal Court of certain crimes. To me Steve has always been a loyal and trusted friend, and will remain one. I view him as a great father, husband and family man.

In closing I feel that Steve spending time in prison would not benefit anyone. If the purpose of a trial is to get to the truth and correct behavior so that this doesn't occur again, I think that has been accomplished.

Respectfully yours, Michael Walser
Michael Walser
1170 Ryan Road
Tully, N. Y. 13159

Robert Waters
W2

August 19, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I have come to know Steve Aiello over the past several years through my friendship with his son, Steve Jr. Prior to our personal relationship, I knew of Steve as a community leader who demonstrated a great commitment to our mutual hometown of Syracuse through both development initiatives and support for charitable causes. Since befriending his son, Steve has welcomed me into his home on numerous occasions, and I have had the opportunity to learn that the same commitment he shows to his community also extends to his family and friends.

I am aware that a jury has convicted Steve of certain crimes. However, I do not believe society would benefit from sending Steve to prison and that a prison sentence would be detrimental to all concerned. For his family and friends, the disadvantages of being left without a loved one are obvious. And for the Syracuse community at large – a community that has historically been short on supporters – losing Steve would deprive us of one of our staunchest advocates.

Thank you for taking the time to consider my letter – it is most appreciated.

Respectfully yours,

Robert Waters

100 E. Washington St.
Apt. 501
Syracuse, NY 13202

Reverand John Werner
W3

**Saint Paul's Parish**
15 Doubleday Street
Binghamton, NY  13901
607 722 6492

**Saint Mary of the Assumption**
37 Fayette Street
Binghamton, NY  13901
607 723 5383

August 17, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Dear Judge Caproni,

I am writing regarding Steve Aiello who will be appearing before you on October 12, 2018, for sentencing.

I served at the church, John the Baptist, where Steve was raised. He had long ago moved from the neighborhood but was always willing to help and provide expertise. We had a number of large old buildings. My goal was to maximize use of the buildings for the good of the community. During my tenure we entered into a lease with the Ihsan School of Excellence and established the All Faiths Food Pantry. We were also able to use available space to host different community events for the refugee community and the area Christmas toy giveaway sponsored by the Butternut Community Police Center.

Sadly we also had to close one of the Northside churches, Holy Trinity. The interior of which was sold to a Church in Louisiana. They were building a new church and decide to use artifacts from an existing church that was being closed.

I mention these things because property management is not in the bailiwick of the parish priest. Steve was always a phone call away for advice and available for lunch to discuss options. He offered expert advice, ideas for consideration and kept me grounded on real actionable possibilities. When something was happening with the properties, Steve was often the first person I'd call to get perspective.

Over my years in ministry the assistance of parishioner and professional volunteers has been invaluable. I am grateful for people like Steve who step forward and make themselves available.

Sincerely,

Rev. Jon Werner

Margaret Williams
W4

*Margaret F. Williams*
*8 Morton Road*
*DeWitt NY 13214*

August 9, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni:

I am writing to you today in Support of Steven Aiello. I have known Steve and Lori Aiello since high school. I consider them friends and he is also my employer. I worked with him at another Development Company for several years. When Steve and the Partners started COR, I wanted to work with him but was unable to work full time due to child and elder care responsibilities. Steve encouraged the Partners to hire me part-time with flexible hours, which they did. As the Company grew and my situation changed, I was able to work full time and I have been with them for fifteen years now as their HR Manager.

Steve is loved by his friends and family and admired by many, many people in this community. I would like to share with you some examples of why he is admired and respected. I understand that Steve has been convicted by a jury of certain crimes. But we would like you to have a better picture of this man who has been a both a caring employer and a good friend to me and to many others.

In my early days of employment here, we had an employee contract ovarian cancer. She is a single mother and carried her own health insurance through us. Steve encouraged the Partners to pay for her health insurance during her illness and to reinstate her to her job when she was better, no matter how long that would take. More importantly, they then purchased group disability insurance for EVERY employee so that no one would be out due to sickness or injury without income replacement ever again. This is purchased for every employee at no cost to them. This coverage far exceeds the New York State minimum requirement for disability insurance. His compassion extended not only to her and her situation, but he took steps to protect the financial situation of all the employees in similar circumstances. This employee just celebrated 18 years with the Company.

She is only one of many employees Steve has helped out over the years. From extra time off when needed, to interest free loans to help out people in a jam, he truly treats us all like family.

In 2011 I had a serious skiing accident and sustained a traumatic injury to my leg. Steve sent over some of our property management team to update my bathroom with handicap facilities, install grab bars and non-slip rugs on the hardwood floors. A laptop and printer were delivered so I could work when I felt up to it. As I got better, they brought a stationary bike from the COR exercise room, so I could exercise

my leg. I don't know very many employers who would go to these lengths to help out an employee - but he did.  And because we had disability insurance I did not miss out on a single paycheck during my recovery.

When the family member of an employee passes away, Steve and Lori attend the funeral, and all are encouraged to go to support the family. They offer the COR Community Room for funeral luncheons and pay for them. He does many other things behind the scenes and without acknowledgement. These are things a person of good character does.

I could go on at length regarding Steve as an employer and the many things they do for us -- here are a few examples: We have generous time off at the holidays (minimum one week with pay- usually more depending on when the holidays falls) holiday bonuses for staff equal to a full week's pay, extremely generous healthcare insurance and many perks throughout the year. This generosity is driven by one thing – reinforcing the bonds of family.  Making sure we and our families are looked out for by being covered with life insurance, sickness income protection and extremely affordable healthcare. Making sure we are at home with our families during the holidays. When we are being cared for as employees, we are better positioned to care for our families. Steve constantly stops employees to chat and his first question is always "How is the family?" He takes a true interest in the ups and downs of our kids and our lives.

Because I do travel arrangements for Steve, I sometimes need to make arrangements for his children as well. Each and every time I do something for them they email or text me to thank me and tell me how much they appreciate what I do for them. All three children are extremely polite, kind, funny and thoughtful. Those children were raised well and with good examples. I believe that if you asked Steve what he considers his greatest accomplishment – his answer would have nothing to do with real estate – it would be his children.

A few years ago, the family went on vacation and I did a lot of the travel arrangements. For Christmas that year, I received a beautiful gift bag. In the bag was a gift from each one of the places they had traveled.  I was truly touched by the thoughtfulness and generosity they showed.  It would have been quite easy to write a check or just say "thanks", but my gifts were handpicked with genuine gratitude for what I had done.

Your Honor, I hope that these anecdotes give you an insight to the kind of person Steve really is. My sincere and respectful wish is that you may consider all of this and determine that sending Steve to prison would negatively impact so many of us and benefit no one.

So, from both my family and the COR family of employees, thank you for allowing us the opportunity to share with you the Steve Aiello that we know.


Sincerely,

Margaret F. Williams

Margaret F. Williams

Caroline Wilson
W5

4814 Lighthouse Village Circle
Liverpool, NY 13088
August 24, 2018

Honorable Valerie E. Caproni
United State District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Letter of Support for Steven Aiello

Your Honor:

I am writing this letter to give a perspecitive of Steve's background and family life. Steve is my youngest sibling. Even though there are twelve years between us and that there are four children in the family, we have remained close throughout the years.

Our parents worked hard to provide for their children. They owned their own business and there were often times when they had many struggles. However, they found ways to always give to others in need. Observing how they lived their lives gave us many valuable examples.

For example, as my mother's parents became incapable of taking care of themselves, my father insisted we take them in to live with us. It was often difficult for my parents, but they never complained. I have seen Steve do this in his own marriage. When his mother-in-law lost her husband, Steve set her up in a house of her own so that she would feel independent and not have to rely on others.

There are many other examples of how Steve has given generously to others. Even as a young adult, he lived his life giving to others. An example was his work with refugees from Viet Nam helping them acclimate to our community. In addition, he has found many ways to give to the community through his volunteer work and service on many boards over the years.

August 24, 2018

Page 2

He also has helped others financially without many people knowing about it. For example, when he had a tenant in one of his commercial buildings who was having a difficult time paying rent, he carried that tenant for a few months until the tenant was able to pay rent. He didn't want to evict the tenant or see them go out of business.

These are just a few of many examples of how Steve has lived his life and given to others. Having him serve a prison sentence would not benefit society. A prison sentence would have a negative affect on what he is working hard to accomplish in the community.

Our parents always put their family first. As a result, we remained close. Steve has lived his life by the examples our parents set. He lives a family centered life, but is always there if someone needs his assistance.

I respect my brother and am proud of the man he has become. I fully support him and will continue to stand behind him. Thank you for taking the time to read this letter.

Respectfully,

Caroline A. Wilson

Caroline A. Wilson

Daniel Wilson
W6

Honorable Valerie E. Caproni

United States District Judge

Southern District of New York

40 Foley Square New York, NY 10007

Re:Letter of Support for Steven Aiello

Thank you for taking the time to read my letter concerning my Uncle Steve Aiello. My Uncle has been a presence of love and moral support all my life. I understand that he has been convicted by a jury and for that reason I feel that it is important that I share my perspective of him with you. I believe that he is a good man with a good heart and I hope to convey that to you. My Uncle has always been there for my family. When my home burnt down he was there shortly after with clothes, food, and emotional support. Whenever a family member is in the hospital he is there to provide comfort and any help that he can. I can only hope that I can provide him and his family with support in the same way.

As far back as I can remember my Uncle has always imparted in me the importance of conducting oneself in a honest way and to always give respect to those one comes in contact with. It is my belief that he sincerely loves his home, the city of Syracuse, and tries to improve it to the best of his ability. I remember as a boy riding in his car and listening to him express his sadness that his childhood neighborhood, the northside of Syracuse, had fallen into disrepair and hard times. I believe his choice in career is rooted in a love of the community and a desire to see it revitalized. In my experience he has always been a generous and kind man.

My Uncle is a positive influence on the city of Syracuse and I do not believe that the city or the State of New York would be better off with him in prison. He, unlike many others, chose to stay in the area despite the decline of industries and opportunity and contribute with his own unique vision and unrelenting work ethic. We need more people like him who are dedicated and loyal to their roots. I know that you will find it in your wisdom to arrive at a sentence that is just. I believe that a prison sentence would be a disservice to everyone. Thank you again for your time and consideration.

Respectfully yours,

Daniel Wilson

John Wilson
W7

4814 Lighthouse Village Circle
Liverpool, NY 13088
October 19, 2018


Honorable Valerie E. Caproni
United State District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Letter of Support for Steven Aiello

Your Honor:

I am writing this letter in support of Steve Aiello.  His sister and I have been married for 37 years and I have known him for almost forty years.  Because of this, I feel that I can make an honest assessment of his character.

My ability to observe him objectively is based on my role as both a retired faculy member and Academic Dean at several colleges and Universities.  I watched him as a young adult both in graduate school and starting a career.  I observed his growth over the years to become the man he is today.  From when I first met him until the present day, he has accomplished a great deal to help people from all walks of life.

Steve has contributed greatly to Onondaga County and other areas throughout New York State.  An example of this is the redevelopment of Watertown, New York which helped make the Fort Drum area a desirable living environment for the servicemen and woman and their families. I doubt that Fort Drum would exist today as a thriving community without all of his efforts.

Over the years, with all that he has achieved, he has continued to take little credit for his hard work and has constantly emphasized the contributions of others.  He has mentioned to me on several occasions that he wants his employees to share in his accomplishments.

October 19, 2018

Page 2

His family background has influenced the man that he is.  He was brought up in a close, loving family.  His siblings and he were taught the value of service to others in any way you can.  This is evident in the fact that his two sisters were both educators and his brother is a Catholic priest.  Both of their parents gave a lot of themsleves to not only their family members but to the Syracuse community.

Steve lives true to his values and the values he learned from his parents. He still has a lot to give to the community and having him serve a sentence would undermine his ability to continue the excellent work he has done.

I respect Steve and am impressed with the man he has become.  I fully support him and will continue to stand behind him.  Thank you for taking the time to read this letter.

Respectfully,

John H. Wilson

John H. Wilson

Tim Winters
W8

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

RE: Steve Aiello

Your Honor,

My name is Tim Winters, project manager for COR Development in Syracuse, NY. I am now in my 14th
year of working for Steve Aiello and the partners at COR. I started as operations manager on the
property services side of the company but was moved to the construction side in 2013 due to my
background in construction of 41 years and the need for qualified construction management because of
the work load.
I had known Steve and the Aiello family for many years prior to joining the COR team but not on a
personnel level as I do now. I knew Jeff Aiello well but only because of being in the construction business
and having mutual business relationships. Steve always had an upstanding reputation in the
construction and real estate business as being a favorable individual to work for. When I say favorable, I
mean qualities that one would not really find in the construction business. I have worked for many
construction companies over the course of 4 decades and I can tell you that none of them compares to
the "family" atmosphere exhibited by Steve and the partners. All the partners at COR Development
stress that employees should be treated like family members. But it is Steve, that reinforced treating
employees with fairness and dignity. He was the driving force that believed if you treat your employees
with respect, you will get it back tenfold.

At the time I was hired by COR, Steve and the partners were a development company on the rise with
some very successful development projects. Being operations manager of the property services side of
the company was not my most desirable position, but I accepted it just to become part of the COR team
and working for Steve. I was in awe by what Steve had accomplished in just a few short years not only in
Syracuse but many cities in NY. But it was the way I was treated that was very unfamiliar to me being in
the construction business. Kindness, respect, dignity and fairness are the qualities that were exhibited to
me from Steve and the COR partners. Whenever I would see Steve at work, it was always" How are
things going? Do you need anything? How can I make you do your job better? How is your family?" I was
not used to that.
Steve's stellar reputation extended to the business community and even to the competition in the
commercial development business.  Whenever people asked me who I was working for and I expressed
COR Development, the reaction was, "You're working for Steve Aiello? You are working for one of the
most respected individuals not only in the development business but in the Central New York business
community alone." Never did I receive a negative reaction about working for Steve. He gives so much
back to the local community as far charitable donations such as the Francis House, the Salvation
Army,Catholic Charities, and local churches. Whenever employees fell on hard times, it was Steve that
always wanted to give support to help them get through tough times no matter what the situation.

My family and I have experienced Steve's generosity find hand on a very personal level. In September of 2016, my family and I were subjected to an unimaginable tragedy. My son passed away suddenly which created an unbelievable time of despair and mourning for my family. This horrific tragedy left me with much needed time to spend with my family to help my wife and two girls get through the loss of my son. Steve told me to take as much time as I needed to help get my family back on their feet. He said, "don't worry about your job, it will always be there when you are ready to come back". He urged me to take all time I needed to heal. Of course, Steve made sure I was compensated for all the time that I was away from work.

Then Steve did something for my family and I that I will be forever grateful. I was so caught up in the preparation for the arrangements for my son's service, that I did not have time to reserve a gathering place for all our families after the funeral service. Steve and the COR partners set this up for me at a local restaurant where all our families could get together after a very solemn few days and spend a private afternoon to comfort each other. And of course, Steve took care of all the expenses. When I called to thank him, all he said was "I had to do something more for you and your family".

I can't imagine what the last 2 years has been like for Steve and his family. After witnessing over the years all the positive characteristics that Steve has shown, it's very hard to accept the fact that these jurors convicted him of these crimes. This man is no criminal, this man doesn't take, he gives. And he certainly doesn't belong in prison. What can be gained by incarcerating Steve other than putting his very close-knit family through a very stressful and emotional time that is unwarranted? It has been hard to see so much negative publicity that Steve and COR Development is receiving from the local community after everything he has done to better the community and Central NY. Steve had a goal of improving some very run-down areas in the city of Syracuse and the community was thrilled to see it get cleaned up in addition to creating hundreds of jobs and inject much needed money into the local economy. That has now been put on hold because of the negative publicity and the legal challenges that Steve and COR Development are now facing. Is this not enough punishment for the crime the judicial system says he has committed? Are the horrors of incarceration going to do anything other than put a huge burden on Steve, his family and his company? I am hoping that after you read this letter, that you will come to see the true character of Steve Aiello and understand that incarceration is not right for this man.

Your Honor, we all make decisions everyday based on the premise of advantage, disadvantage; what can be gained, what cannot be gained. I continue to ask the question every day; is there an advantage to incarcerating a man like Steve Aiello that has no prior history of trouble with the law? Is there really a gain to subjecting this man and his family to incarceration that will negatively change their lives forever. Society cannot afford to lose people like Steve Aiello.

I respectfully ask that you consider all this as you make this extremely important decision for Steve and his family.

Thank you for taking the time to read this letter.

Respectfully,

Tim Winters
Project Manager, COR Development

Chet Wisniewski
W9

7692 Foxtail Pines

Liverpool, New 13090

August 25, 2018

Honorable Valerie E. Caproni

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Dear Judge Caproni,

I am writing this letter on behalf of Steven Aiello. I am his brother in law and have know him for over 35 years. I want to share with you the Steve Aiello that I have come to know over the years.

When I first met Steve, he was in his early 20's and attending a local college. I specifically remember being immediately impressed with Steve because of his summer job at the time. He worked for an organization that helped refugee children become assimilated into the area. His specific job was a live-in counselor at a house for these children. He could have easily found a higher paying, less demanding job but chose the more rewarding and challenging course.

Over the years that I have been a member of their family I have only known Steve to be hard working, sincere, honorable and a positive influence on the people he has come in contact with. An example of this involves a cousin of his who was assaulted in front of his house. When the assault occurred, Steve was the first person he called after 911. The incident occurred in the middle of the night and Steve responded immediately by going to his house and bringing him to the hospital. He knew that he could count on Steve to help him through the experience. As a sibling to his sisters and brother, and as a son, Steve always acted with respect and was always willing to pitch in to do his fair share of family responsibilities. This includes hosting family gatherings, being a great uncle to his nephews and nieces and being a comfort, when sensitives issues occurred.

We chose Steve to be the Godfather of our son. In a Catholic family this is considered a serious responsibility. We chose Steve because we felt that the family values that he displayed would be a positive influence on our son. Steve has worked hard to be a role model and positive influence in our son's life. He has gone out of his way to make our son feel special and has included him in many of his own family's activities.

As a businessman Steve has always had the best interests of the community in the forefront. He has been involved in the building of lower income housing and passed on commissions in real estate

transactions when a particular organization needed financial assistance. He has volunteered his time as a member of numerous local organizations including museums and colleges.

These are only a few examples of events that I have experienced firsthand regarding Steve. In the 35 plus years that I have known him I have witnessed many more similar occurrences involving his friends, family and the community as a whole. Steve always has been and continues to be a positive vital member of our family and the community around him. I can only believe that a prison sentence for someone with Steve's character would only be detrimental to everyone involved.

Thank you for your consideration in reading this letter.

Respectfully yours,

Chet Wisniewski

Christina Wisniewski
W10

Christina Wisniewski
7542 Shea Rd
Fabius, NY 13063

9/15/18

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Letter of Support for Steven Aiello

Your Honor,

      I am writing this this letter to show my support for my Uncle, Steven Aiello. I come from a tight-knit family and throughout my childhood and adult life have spent more time with family than I can possibly describe. Uncle Steve is my Mother's youngest brother. He is somebody that I love dearly and have always respected; as a person, as my uncle and as a businessman.

      Growing up, my family spent holidays, birthdays, and more together as a family. These childhood memories are times that I look back on fondly. Although I love all my family members, I have particularly fond memories of my Uncle Steve (and Aunt Lori). They were always fun to be around and kind to everyone. Before they even had children of their own, they used to have me and my cousins over for sleepovers. As a grown woman, I realize how selfless and thoughtful it was of them to host sleepovers for their young nieces! When my cousins and I were very young, on Christmas Eve, Uncle Steve used to dress up as Santa Clause. Growing up, I believe there was nothing he wouldn't do to put a smile on our faces! These are just a few of my childhood memories of an involved and loving Uncle. As an adult, my husband and I love spending time with Uncle Steve, Aunt Lori and my cousins. Even though the past couple of years have been difficult, they remain constantly optimistic that things will work out eventually. They really are a light for all that know and love them.

      I not only have love and respect for my Uncle as a person, but also as a businessman. After college I moved to Denver. I remember on a trip home my Uncle telling me about his newest plans which involved developing the old Inner Harbor near Syracuse's North Side. He was so excited about this project, and we talked about what a great opportunity it would be for Syracuse to have waterfront development right outside of Downtown. By this point, myself and many of my cousins had moved out of Syracuse to live in other, more desirable cities. Long story short, Uncle Steve told me that he wanted to help make Syracuse a place that his grandchild would not want to move away from. He told me this exact same thing several times over next few years as the project progressed. I could tell stories that reflect my Uncle's dedication, kindness and character all day, but this conversation with my Uncle has played through my mind a thousand times since this case and trial commenced. I believe with all my heart that all he ever wanted was to help move this city forward. I know him to be an honest person, and I truly believe that the jury's verdict does not reflect his character. He loves this city more than anyone I have ever met, and truly believes in its potential. Even now, he has stayed in the community that he has lived in his entire life and continues to fight for his freedom and his good name.

I understand that my Uncle Steve is facing prison time due to the crimes he was convicted of this year. Although my husband and I have tried to be as supportive as we could be during this difficult time, there is nothing we can do to take away the negative impact that this case, trial and conviction have had on our family and community. I can only hope and pray at this point that my Uncle is seen for the person he really is, and that the courts decide that a prison sentence would be a huge disservice to my Uncle and our community. He still believes in Syracuse, and continues to fight for this city's future, even in the wake of all this. Thank you for your time and consideration.

Respectfully Yours,

Christina Wisniewski

{00284679.1}

Martin Wisniewski
W11

Mr. and Mrs. Martin J. Wisniewski Sr.
404 Cheryl Lane
Minoa, New York 13116

August 24, 2018

Honorable Valarie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Your Honor,

Our entire family is dedicated to supporting Steven Aiello in this difficult time.  We have walked  life's journey with him and his family.  Steven is our loving sister in law's brother.

Steven Aiello is a kind, honest, trustworthy, hardworking, loyal and peaceful man. We have witnessed all of these wonderful characteristics over the past 37 year, we have known him.  His devotion to his family, church and our community is evident in his charitable acts.


Our society has been enhanced by Steven's work and involvement in the community. Steven is a beautiful man who would never intentionally wrong anyone.  Thank you very much for listening to us on this important matter.



Respectfully,

Martin J Wisniewski Sr.
Laureen M. Wisniewski


Martin J. Wisniewski Sr.
Laureen M. Wisniewski

Mary Wisniewski
W12

7692 Foxtail Pines
Liverpool, New 13090
August 20, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am writing this letter on behalf of Steven Aiello, my younger brother.
As his sibling I feel you should have an understanding of the Steve
Aiello I grew up with, how our parents brought us up and how they
influenced us as adults in our careers, passions and causes.

Our parents were extremely honest, hard working, creative people who
owned a small floor covering business in the city of Syracuse. They had
4 children; 2 boys & 2 girls.
Both of my brothers learned the trade and were expected to lay
carpets and linoleum in their free time and over summers. The two girls
were expected to help out in the stores' office, and cook and clean for
my mother because she had to work. All 4 of us had to help out with
our deaf and blind elderly grandparents, who lived with us. Through
good times and bad, our parents loved us deeply, did not spoil us,
demonstrated very high moral, religious values and expectations, and
always, always stressed being compassionate and giving back to those
less fortunate.

As a result of our upbringing I feel all of us have given back to society
in a variety of different ways.  Three of us had service oriented
careers (a priest, a special educator and an education administrator).

Steve's career path definitely took after my parents the most. His choice was also in business. Steve, a naturally creative person, fostered his creativity by creating malls, good housing complexes, the inner harbor ...It took several years for Steve to become successful but along the way he was always a humanitarian to those less fortunate. He wanted to make Syracuse a beautiful place to live and he wanted those less fortunate to get a chance. While doing this he never forgot the values and practices my parents instilled in us. As a result Steve has always been respected tremendously by those who know him or come in contact with him.

Steve has demonstrated his true character by quietly exhibiting high morals for himself and compassion for those less fortunate, behind the scenes. Over the years some of the things he did behind the scenes was giving generous donations to causes, helping out employees who were in financial need, not taking commissions on real estate transactions, serving on college boards, taking care of our elderly relatives by setting them up in good housing or making sure they have some place to go for holiday dinners and always being there for employees, friends and family members who needed assistance in some way.

One example that will always be vivid in my mind about Steve's compassion had to do with his own mother in law. Several years ago, Steve's mother in law had a severe stroke. This stroke left her paralyzed and wheel chair bound. Every family dinner, get together or celebration, Steve brought her to his home, lifted her out of the car and carried her in and out of the house, so that she could be a part of the family gathering. This went on for several years before she passed away.

Another example of Steve's thoughtfulness had to do with my own children. For many years my children wanted the experience of going

camping. Steve went camping regularly with his own children. My husband had 2 severely arthritic hips and struggled with pain & walking. There was no way my husband could go camping in his condition. So Steve decided to take all 5 of the children camping in the Adirondacks. Naturally it poured all weekend long. Steve spent the whole weekend trying to keep everything dry, but the kids had a ball. This experience will always be a memorable time for my children.

The last example I would like to give shows of Steve's quiet generosity. I am a member of St. John the Baptist Church in Syracuse. A few years back our church wanted to sell a building that was owned by our parish. It was a former convent and then a home for seminarians. This building was a beautiful old mansion that was very valuable and in excellent condition. Our church on the other hand was struggling financially for years. Although Steve belonged to another church, he handled the real estate transaction, sold the building and didn't take any commission from the sale. Not a lot of people know about this other than our parish council and parish trustees.

These examples are only a snippet of Steve's true character and thoughtfulness. Steve still has a lot to do for the people around him. A prison sentence would be a disservice to all. His compassionate, generous acts of kindness need to go on. Our family, his friends, employees and community need his altruistic endeavors to continue.

Thank you for your time and consideration Judge Caproni.

Respectfully yours,

Mary Aiello Wisniewski

*Mary Aiello Wisniewski*

Matthew Wisniewski
W13

Honorable Judge Valerie Capproni,

I call Steve Aiello Sr. "Uncle Steve," and it's tough for me to write about my Uncle Steve without mentioning my Aunt Lori. When it comes down to it, I've almost never seen them apart.

They are one of the couples that throughout my entire life, I've had as an example of a truly successful team. They are a rare pair that is always on the same page. You'll never see them bickering or getting under each other's skin. For my Aunt Lori and Uncle Steve, that behavior just doesn't seem to be part of the equation. I have never seen either of them complain when one asks the other for something. On the contrary, Steve and Lori are more than happy to wait on one another. It is with this spirit of service that they have created a truly welcoming atmosphere for anyone that has had the privilege of walking into their home.

So you can imagine how shocking it was to see my Uncle on the national news, in negative light. It was disheartening for my family and I to see his life's work get called into question. While I am largely unaware of the specifics of the trial, I am aware that a jury has convicted Steve of certain crimes. While I have respect for the American justice system, I have to admit that this verdict has very little bearing on my own personal experience with Steve Aiello Sr., which has been overwhelmingly positive.

In my experience, Steve Aiello Sr. has showed me respect, love, and most notably, honesty.

Your honor, I'm a 31 year old waiter/film-maker/adjunct professor, so as you can imagine, plenty of people have questions about what exactly I'm doing with my life. And plenty of people just say "Oh that's great!" and proceed to talk ad nauseam behind my back about what they believe I should be doing with my time.

But when I've talked about my career with my Uncle Steve, he's always responded with thoughtfulness and unflinching honesty. That's one thing I can say about my Uncle Steve without a second thought. He is honest.

I understand this conflicts with the jury's decision and the accepted media narrative, however, I would be doing a disservice to you and my own experience if I didn't speak to my own observations. And in those observations, I've gathered that Steve Aiello is not only a good husband and father, but also an honest man.

Thanks for your time,

Matt Wisniewski



Reverand Robert Yaezel
Y1



── **JRY** ──

Rev. Msgr. J. Robert Yeazel
1301 Nottingham Road, A-101
Jamesville, NY 13078
315-415-6676

August 5, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Caproni,

Thank you for the opportunity to write to you in reference to the sentencing of Steve Aiello.

I have known Steve and his family of origin, and now his own family, since the early 1970's. I was a neighbor on the north side of Syracuse and later, as a priest, had numerous contacts with the family through Steve's brother who also is a priest.

The Aiello family has always been revered and faith-filled members of their parish church and also leaders in the community of Syracuse through their ever-present volunteer efforts to make the lives of others better. "Service to others' seems to be the watchword of their existence and mission statement of their lives.

From my earliest contacts with Steve, I have always found him to be one who is always ready and willing to be of help to others. His standard phrases are " how can I help" and " what do you need".

Steve and his wife Lori are wonderful parents and a couple who inspire so many by their love and caring spirit. Steve's family needs his continued presence, strength and guidance as his children continue to take their place in our world. They are deeply shaken by the present challenges their husband and father is facing.



# ——— JRY ———

Rev. Msgr. J. Robert Yeazel
1301 Nottingham Road, A-101
Jamesville, NY 13078
315-415-6676

When COR was co-founded by Steve and others along with his cousin Louis Aiello, now deceased, and also a parishioner and friend of mine, Lou asked his nephew, Steve's brother and priest, what to name the company, as they wanted a company with a heart. Father Lou Aiello suggested the Latin word for heart — "COR". That so typifies the Aiello approach to life and to business. Steve's business approach is always accompanied by his caring heart to do the best job for others, often not counting the cost to himself. Case in point is Steve's and the company's desire to be of help to our Bishop and to me as his Vicar General some ten years ago. They helped us design plans for renovation of the entire block adjacent to our Chancery Offices and our Cathedral Church. They spent countless hours of detail design and numerous hours sharing their vision with us. It was their gift to the community and to the church- typical of Steve and his team. A plan was presented in great detail to revitalize a depressed area and provide stores and apartments, thus enhancing the area — all at their own expense.

Your Honor, I pray that The Court will see fit to extend a sentence that allows this good man to be able to, once again, take up his work, his family responsibilities, and his commitment to our community quickly and with a spirit not crushed by the weight of a prison sentence. I fear that a prison sentence will dampen his spirit for a long time and likewise deprive us individually and as a community of a most caring friend and respected member of our Syracuse community.

Pope Francis said it well : "mercy changes our world. It makes the world less cold and more just." I pray that The Court will help us all in making the world and each individual less cold and more just in its merciful sentencing for Steve Aiello.

With sentiments of highest esteem, I am,

Sincerely yours,

*J. Robert Yeazel*

( Rev. Msgr.) J. Robert Yeazel
Retired

Thomas Young
Y2



THOMAS G. YOUNG

213 Highridge Drive
Syracuse, New York 13215

September 10, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: Steven F. Aiello

Dear Judge Caproni:

I write on behalf of Steve Aiello to respectfully urge you to consider the
compelling reasons for community service as you contemplate his sentence.

I have known the Aiello families for decades, personally witnessing his
father, Louis', dedication to the poor and downtrodden as a tireless volunteer
advancing the work of Catholic Charities in the neighborhoods of Syracuse.
The Aiellos proudly hailed from the City's Northside, and nurtured the
parishes serving the needy with special love for their neighbors at large. It
was no surprise when Steve engaged his first job out of Niagara University as
an intern with Catholic Charities serving indigent refugees who found new
lives and opportunities in our City's neighborhoods.

I was elected Mayor of Syracuse in 1985, and in 1988 announced an
ambitious plan to transform an 800-acre wasteland bordering Onondaga Lake
popularly referred to as "Oil City". The plan envisioned three new
neighborhoods, a multi-use development to include residential, commercial,
office and retail components. And I promised that the centerpiece would be
an inner harbor modeled after Baltimore's storied success.

Today, two of those neighborhoods are thriving. Sadly, various harbor
attempts over the course of two decades failed. Like its leader, Steve Aiello, I
was aware of the reputation of the COR Companies for quality, competence
and character. So, in 2009 I suggested to Steve that he consider pursuing the
authorization to fulfill that promise and develop the inner harbor that borders
the neighborhood where he was born and raised. I joined his team to assist
that effort, and the City selected COR to complete the "Oil City" renaissance
and develop the inner harbor in 2012.

Honorable Valerie E. Caproni
September 10, 2018
Page 2

The harbor project would require close collaboration between the City and State which owned the 30 acres consisting of the harbor area. To that end, I engaged one of the greatest regrets of my life: I introduced Todd Howe to Steve Aiello.

I first met Mr. Howe when he served as a young intern in the scheduling office of Gov. Mario Cuomo. He accompanied Gov. Cuomo on his frequent visits to Syracuse while I was Mayor, working in tandem with the Governor's regional representative at the time, Stephanie Miner, who went on to become Mayor in 2010 and whose administration selected COR to develop the inner harbor.

Through the years, my impression was that Todd Howe valued public service, that his stature within the Cuomo organization grew, and that he became a trusted confidant of the Cuomo circle and family. I was aware that he served with Andrew Cuomo during his tenure at HUD and remained a trusted adviser. The Todd Howe I thought I knew was a man devoted to the success and well-being of Mario Cuomo and his family, a man of integrity who abided the high standards of public trust and accountability that Mario Cuomo embraced. I would never imagine the real Todd Howe--a confessed, deceitful swindler and criminal. Had I known, I would never have introduced Todd Howe to Steve Aiello and involved him in any way in the harbor project.

Despite the rigors of two trials over the last two years, COR continues the phased development with energy and determination. Happily, an ensuing phase will include an affordable senior citizen apartment component. I mention this to introduce a suggestion:

Given his experience, skillset, and knowledge of and love for the neighborhoods of Syracuse, Steve Aiello could contribute so much to a concerted effort made by stakeholders to identify and implement strategies to uplift the most challenged neighborhoods of our City. Interestingly, one of my primary objectives in pursuing the "Oil City" dream was to use the property tax windfall on initiatives to lift the lives of those who, by fate, reside in struggling neighborhoods of Syracuse. A community service sentence embracing these objectives could yield real public benefit while providing a "...ripple of hope" (RFK) to families under daily duress.

Thank you for your kind consideration of the foregoing.

Respectfully yours,

Sandra Zens
Z1

Sandra L. Zens
Syracuse Metro Real Estate
190 Us Route 11
Central Square, New York  13036

August 8, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Letter of Support for Steven Aiello

Dear Judge Caproni,

I have known Steve Aiello personally and professionally for over thirty years. I am a licensed title agent in the State of New York and Tennessee. I first met Steve when we were both finding our way in the Central New York real estate market. He as a real estate agent and myself as a title company employee. I have great regard for Steve professionally and affection for him as a friend. Through the years we have worked on many projects together. He is very humble and respectful of all in the real estate transaction, from the messenger that delivers the documents to the president of the bank. He treats all with respect and compassion. I have admired these traits in him and often thought given his success how different he could be.  He is a loyal friend and I have always been impressed with the way he treats everyone he comes in contact with.  Steve and I shared many conversations over the years about the old times and our families. He was never too busy even at closings, that he wouldn't take me aside and we would share a donut and catch up. Much to the chagrin of the attorneys and bankers-but that is how Steve is. Even though he was the reason we were all there, he still had time to check in and see how things were going and share with me how he and his family were doing.

I have been following the court case against Steve and am aware that a jury has convicted Steve of certain crimes and he now faces sentencing by the Court.  In my opinion society would not benefit from sending Steve to prison. He is a devoted family man and I believe a sentence of time spent in prison would be devastating to his wife and children. I believe the Aiello family has suffered greatly through this and I can see no benefit of imprisoning Steve.

Respectfully yours,

Sandra L. Zens

Caryle Zipprich
Z2

Caryle Zipprich
6775 Morezak Rd.
LaFayette, New York 13084
315-380-5078


SEPTEMBER 9, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007


Dear Judge, Caproni,

I have profound respect for our judicial system and would like to state that this letter in no way calls into question the verdict reached in Steve Aiello's recent trial.

I am compelled however, to present to you the character of the Steve Aiello that I have experienced over the past four years. I volunteer my time as a coach for NICA (National Interscholastic Cycling Association) a program where we coach middle and high school youngsters in Mountain Biking skills. Our program has grown from eight to upwards of twenty-five participants in the five years of existence in the Fayetteville-Manlius district alone. Students train and compete in up to five races from April through June. The challenge for us is the inclement weather we are faced with during the critical training months so that the students are prepared for races.

For the last four seasons Steve and is wife Lori have generously provided us with unlimited use of their cycling studio, free of charge, allowing us to prepare the students for the rigorous riding challenges beginning in January. It has made a tremendous difference in the success of this program about to enter its sixth season.

Additionally, I volunteer my time as a cycling instructor for an annual marathon cycling event to raise money for breast cancer research. This initiative has raised tens of thousands of dollars in the four years I have participated, once again made possible in part by Steve's generous donation of his studio, many spin bicycles, as well as an attached "Community Room" that we are given access to.

As a graduate of Boston College and an employee of Lockheed-Martin Corporation, both community service and living ethically have been the cornerstone of my life. Be it the time spent volunteering with and getting to know Lori Aiello over twenty years ago in a kindergarten classroom, or in more recent years benefitting from the generous and unwavering support provided to my team, it is clear to me that there is much "goodness" in Steve Aiello's character.

As you contemplate Steve's sentence, I am hopeful that my words will help you find the balance between a debt owed to society and yet a character that has so much more good to bestow upon our community and society. I respectfully submit to you for your consideration that Steve has a proven track record helping the youth of our community as stated. We need this now more than ever and I am hopeful that you will weigh this heavily as you decide his sentence.

From my vantage point and that of all those who have benefitted from Steve's kindness, the evidence is compelling and worthy of your consideration.

Respectfully,

Caryle Zipprich

Vannati Zophy
Z3

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Your Honor,

My name is Vannati Zophy and I have known Steve Aiello Sr. and his family for over two years now. In the two years I have known him and his family, I have realized Steve is not only a fantastic leader but a man of integrity.

Syracuse is a wonderful city but it also has its struggles. It's a city full of unfortunate poverty and in desperate need of rebuilding. Steve Aiello has given Syracuse many new opportunities and extreme growth. Without Steve there wouldn't be the growth and opportunity in Syracuse that has given so many individuals the chance to embrace change and better themselves.

I am aware that a jury has convicted Steve of certain crimes but knowing Steve, he is a man of honesty and loyalty. Steve is not only a man of business but a loving father and supportive person.

It has been an honor to have met Steve and his family and have them in my life for these past years and I look forward to continuing my relationship with Steve and his family for many years to come.

Thank you.

Vannati Zophy