# EXHIBIT 1

| Exhibit | Contents |
| --- | --- |
| 1 | Index |
| 2 | Paula Kaloyeros |
| 3 | Nicholas Kaloyeros |
| 4 | Alexander Kaloyeros |
| 5 | Eugene and Julia Woller |
| 6 | Eddy Kaloyeros |
| 7 | Mary Graham |
| 8 | Genevieve Kane |
| 9 | Bushra Alam |
| 10 | Karl Barth |
| 11 | Spyridon Galis |
| 12 | Olga Bogdanova |
| 13 | Pradeep Haldar |
| 14 | Barry Arkles |
| 15 | Chris Wessell |
| 16 | Leah Slocum |
| 17 | Jessica Decker |
| 18 | Beverly Bardequez |
| 19 | Alyson Willsie |
| 20 | Brian Corrigan |
| 21 | Pierre Torch |
| 22 | John Cavalier |
| 23 | Archie Blais |
| 24 | Juliano Caprara |
| 25 | Ron Campano |
| 26 | Zach Wheeler |
| 27 | Wayne Flores |
| 28 | Ron Goldblatt |
| 29 | Ottavio Nicotina |
| 30 | Joseph Valenti |
| 31 | Gary Lee |
| 32 | Alex Van Cott |
| 33 | Fred Dicker |
| 34 | Lawrence Kotlow |
| 35 | Larry Davis |
| 36 | John Scheib |
| 37 | Donald Wilcock |
| 38 | David Pirri |

| | |
|----|----------------------------------|
| 39 | David Catalfamo |
| 40 | Danielle King |
| 41 | Tom Louis |
| 42 | Katarzyna Topol |
| 43 | Kevin Ryan |
| 44 | Robert Gretschel |
| 45 | Nicole Otty |
| 46 | Carl J. Kempf |
| 47 | Tush Nikollaj |
| 48 | Scottpatrick Sellito |
| 49 | *Rutkoske* Transcript |
| 50 | *Graham* Transcript |
| 51 | Excerpts from *Tanner* Transcript |

# EXHIBIT 2



September 6, 2018

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Honorable Judge Caproni,

I am writing this letter in support of Alain Kaloyeros. I have known Alain for 31 years. We married in 1987 and he is the father to my two children. I've spent a great deal of time considering what to say in this letter. I could write about Alain's many professional accomplishments such as his research awards, patents, building a new college, and many more achievements that I can't even begin to list here. However, these don't tell the full story of who Alain Kaloyeros really is. What I would like to share with you are details about Alain the friend, the husband, and the father. The person that many people don't ever get to know because he is so very protective of his family and his personal life.

Alain was born in Beirut, Lebanon. His father (of Greek descent) and his mother (of Lebanese descent). He is one of three siblings and the only child his parents were able to send to college. I think he has always felt the pressure to succeed since he was the only one to go to college and that drive has probably guided him throughout his life.

As a young man, the landing on the moon captured his imagination and he has been fascinated with science ever since. He attended the American University of Beirut as the Lebanese Civil War raged on around him, ultimately receiving his License D'Enseignement in Mathematics and Physics with honors in 1978. You can imagine (or perhaps not) what it was like to drive through the green zone, going through checkpoints on a daily basis, just to get to school or what it was like to attend school one day and fight for your freedom the next. He lived in constant fear of being stopped and pulled out of his car to be interrogated. Every day he had to live with the possibility that his home or university might be bombed. Every day he hoped that he and his family would survive another day. Alain still lives the scars of this time in his life. In one particular instance, he was pulled from his car and woke up to see his wrists slit and his friend killed. In another, he was struck by shrapnel while driving a Red Cross van. And yet despite all that he did not waver in his commitment to obtain an education.

Alain continued his studies, first at the University of Miami, and then at the University of Illinois at Urbana-Champaign (U of I). He wanted to attend the U of I because it is a top school in science and engineering and John Bardeen, who invented the transistor and received the Nobel prize, was a professor there. Alain hoped (and was successful) in taking a course with him. Not surprisingly, he obtained his PhD in 1987 from the U of I in Experimental Condense Matter Physics with a perfect grade point average of 5.000/5.000.

I met Alain during the time he was attending the U of I. I was a secretary in the Physics Department and he was a graduate student and then a post doc. He was one of the many geeky students running around the department and I was one of the secretarial staff barking out orders to the students. Then one day, as he would later tell me, he saw me in the hall in a pink dress. Apparently I made an impression because he wrote me an anonymous note commenting on the dress and thanked me for making his day. That wound up being a pivotal moment for both of us. Having finished his degree, Alain was preparing to leave his post doc position and return home after being treated unfairly by a professor in his department. Instead, the vision of a young girl in a pink dress inspired him to stick around and build a life in the US.

And thus began a whirlwind romance that kept the Physics Department quite entertained. He frequently sent me notes and flowers. The entire Department watched on as we met for lunch every day on the outside steps to the building. Nobody would have guessed that this shy midwestern girl would have any interest in a geeky physics student, but I was intrigued by his charm and the intensity of his pursuit. I was inspired by someone who was so committed to his goals that he braved driving through war torn streets to get to school every day; that he moved to a new country although he was completely alone; and that he excelled in one of the most competitive scientific areas of the time. Three months after meeting, we eloped.

A year after marrying, Alain and I packed up our car with our meager belongings and moved to Albany, New York where he accepted an Assistant Professorship at the University at Albany. We came to New York with a few pieces of furniture, our clothes and not much else, but Alain was quite excited about his new position in the physics department and I was content to embark on the new journey with him.

Those first few years in Albany were an exciting time. We both were dedicated to our jobs. When I wasn't working, I was helping him type his research papers or visiting him in the lab while he conducted experiments. As is the requirement in academia, Alain quickly obtained research funding and began his quest for tenure.

A few years later we decided to start a family. I was intent on having two boys and he was happy to oblige. He was very excited to have little boys that he could play trains with and dance to Michael Jackson's Thriller video. During this time, Alain

also became extremely focused on supporting his family and providing his boys all the opportunities he never had. He didn't want them to struggle as he had. I think he was also determined to provide a legacy to his kids. He wanted to be a dad that his kids could look up to and be proud of.

Considering our very simple beginnings, I could never have imagined the extent of Alain's success. I never would have guessed that the quiet, unassuming graduate student would become this vibrant and brilliant scientist, strategist, and leader. Against all odds, he pursued the American dream and exceeded all expectations. He could have accepted any number of job offers in other states, but he turned them all away because he believed in his vision for New York. He felt responsible for the people who worked for the college. He couldn't imagine leaving all those people behind for his own benefit. He's been called a rock star, a visionary, and the Nano Czar. And yet, the boys and I know him just as Alain or dad...the guy who likes Star Wars, and model trains, and Michael Jackson. He is the guy who worked night and day so that he could provide for the boys' education.

And even though Alain and I are following separate paths now, I will never forget the incredible contributions he has made to my life, and the contributions he continues to make to our boys' lives. He has and continues to give so much to make sure that the boys have all the support they need to be happy and successful, and without the struggles he experienced as a young man. He is quite simply indispensable to them. The boys still rely heavily on him for support both emotionally and financially. Our younger son especially lives with Alain and relies on his guidance and financial support to complete his degree in nanotechnology. They both *need* their father.

So, I hope I've conveyed that to you the Alain that his family knows. He truly is an incredibly talented and brilliant individual who has been such an inspiration to so many people. And he's also a man from very humble beginnings who is fiercely protective and supportive of his family.

Thank you for allowing me to share just a bit of his story and I hope it provides insight into what a truly unique and remarkable person he is.

Sincerely,

Paula Kaloyeros

# EXHIBIT 3

Nick Kaloyeros

███████████████

███████████████

November 7, 2018

Honorable Valerie E. Caproni
United States District Judge
South District of New York
40 Foley Square
New York, NY 10007

Your honor, my name is Nick Kaloyeros, I'm a Senior Designer for a videogame studio
by the name of PUBG Corp. located in Saratoga Springs, NY and I'm also Dr. Alain
Kaloyeros' eldest son. I've spent the last twenty five years watching my father grow from
a humble immigrant, to an established physics professor and then to a man known
throughout the Capital Region. To me he's only ever been known as "Dad".

If you ask people about my father, they'll tell you how he famously worked late nights to
build industry in a region starving for it. What they can't tell you is that despite those late
nights, he never missed a day of driving my brother and I to grade school as far back as
I can remember. My father's coworkers will talk about how intelligent and
knowledgeable he is in so many areas. However, they can't tell you how many times he
would spend the night helping us with our math or science homework. His friends might
tell you about his infectious personality or his flamboyant sense of humor, but you won't
hear the stories of how he could make his sons laugh and forget their worries after a
rough day.

I also believe my dad is a hero. Not because he's smart and has accomplished many
things over his career, but because of what he's had to overcome. This is a man who
escaped capture and torture in Lebanon and came to the US without a penny to his
name. This is a man who despite having a rough childhood void of fatherly guidance
managed to raise a family as a supportive father. My dad has lived through the some of
the worst scenarios life can offer and managed to write his own success story on the
back of his hard work and determination. If you ask me, that's his true legacy.  It is a
legacy that I strive to live up to in my own personal and professional life.  I can only
hope to have made a fraction of the positive impact he's had on our world when I am his
age. He makes me immensely proud.

Starting when we were young, my dad taught us the importance of effort and responsibility. He raised us to respect the rules and appreciate how fortunate we were. During weeknights when he wasn't working or sleeping, he would always take the time to walk Alex and I through our homework if we ran into problems, no matter how long it took. He often stressed the importance of guiding us through solutions to problems and not immediately giving us the answers. To him, it was imperative we were the architects of our own success and didn't seek shortcuts.

In addition to being a great leader and mentor, my father was also very caring and generous towards us as kids. I fondly remember when he would get up early every Sunday and make us pancakes. A good report card would often mean a trip to the mall and a reward for good progress. He would make an effort to make it home in time for dinner with us, despite his busy job, and we frequently went out for movies or Hibachi, two of our favorite things to do as a family. Around the holidays, my dad would gleefully lead our family in observing the traditions of the country he called home.  There was always a large meal at Thanksgiving and lights in the yard during Christmas. My dad made it clear to us that we always came first for him.

As we got older, my father was very supportive of my brother Alex and I professionally. The passion and enthusiasm he shows for our different career pursuits drives us.  He is the first person that I call for advice about things like business and career development. I also greatly enjoy watching him mentor my brother Alex who is following in my father's footsteps by also entering the nanotechnology field.  Watching him get "back to basics" with my brother, gives me a glimpse of what my dad was probably like as a young kid in Lebanon learning physics for the first time.  You can just see the excitement and passion he has for what he does and the joy he gets sharing it with his sons.  He is an amazing mentor and role model to both of us.

The last two years have taken a heavy toll on my dad but throughout all the pain and uncertainty he has never stopped being who he has always been.  Someone whose mission is to provide Alex and me with everything he never had and push us to be our best. Someone who makes it his mission to give Alex and me a strong support system regardless of what life throws at us.  Whether a small question or a huge crisis, I can go to him for guidance and always walk away feeling better.

If there has been one comfort throughout the emotional nightmare these years have been for my family and me, it has been the outpouring of support that we have received from the many people who truly know my father.   People have told me how he has touched their lives and how much of a caring, hardworking and dedicated man he is.

Alain Kaloyeros has been an irreplaceable asset to his friends and family. He is a man of unshakable dedication and he will never stop trying to build a better life for everyone around him. He turned down countless more financially lucrative job offers because he believes in New York and its potential.

Your honor, in writing this letter, I am pleading for leniency on behalf of my father. Losing Dad is not a scenario my family can afford. He has given so much to so many over his life, and I know if given the chance he will do amazing things again. Please do not allow this case to be the end of my dad's journey.

Sincerely,

Nick Kaloyeros

# EXHIBIT 4

November 16, 2018

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Valerie Caproni,

My name is Alex Kaloyeros and I am writing to tell you about my Dad, his character, his influence on me, and how the world is better with him in it.

There is no one in the world who I admire or look up to more than my Dad. Nobody has had a bigger impact on who I am as a person than him. Growing up, I always tried to be just like him. My dad has been and continues to be the kind of individual I want to be. A person with a "can-do" attitude and confidence in himself and others. Someone who can light up a room and make everyone laugh.

I was, unfortunately, very shy growing up. I would feel anxious at doing the simplest social activities. During my transition into my teen years, this became a rather significant roadblock for me. I recall one day when I really wanted to become a counselor-in-training at a summer camp but was overcome by the fear of applying and, worse still, what would happen if I actually got the job. I went to my dad for advice and while this seems like a small moment, I remember the conversation vividly to this day. He listened to me carefully and told me that he used to be the same way. I found this hard to believe since he came of age during a civil war where he was responsible for getting an education, supporting his family, and surviving in every sense of the word. I had assumed he could not afford to be shy. Hearing my Dad say that and seeing his passionate confidence in me sticks with me to this date. My Dad had instilled in me the most comforting piece of knowledge I have ever known: every person who has ever accomplished anything was, at some point, just as inexperienced as I was.

My Dad also always instilled in me the importance of family above all else. While I saw so many dads who used work as an excuse for being absent, my dad was the opposite. He squeezed every hour out of his day for my brother, my Mom, and me. For example, when I was in middle school, ███████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████ This time in our lives was really scary for all of us and I remember my dad constantly reassuring all of us both in what he said and what he did. He stepped up to fill every role he could. This included driving me to school every morning because arriving at school early was calming for me and helped me ease into my day. As a kid who was thrust into a difficult situation, having this familiar routine was so important looking back. Until we could drive ourselves, my dad drove my brother and me to school every day. I have since come to realize that all of this happened while his Nano college was starting to really take off, and his responsibilities were increasing. Of course, I didn't really notice this effort at the time. In fact, I wasn't at all aware of how significant his work was becoming, which is a testament to all he was doing for me. Any kid would dream for the stable environment my Dad constructed for me, despite the exceptional growth of his job requirements.

Another example of my Dad's extraordinary care for me and my family comes from the time in my life when I was diagnosed with ███████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████ One night, he came into my room to share his most recent discovery: yoga. As you might imagine, as a teenager yoga didn't appeal to me at all. But my dad was insistent that it could help me. He helped me find a class that I would be comfortable in but that also challenged me to grow as a person. Seven years later, his insistence has changed my lifestyle for the better.

Fast forward to the last four years of my life, and my Dad has been as important to my life as he's ever been. My senior year of high school, I became enthralled in physics and wanted to follow in my Dad's footsteps. I enrolled in the College of Nanoscale Science and Engineering determined to learn and see what my Dad had devoted his life to. What I found was that he had the foresight to create a school around the most important area of technology that has ever existed. How awesome is it, I thought, that the foremost school for nanotechnology is not in Silicon Valley, but in my own backyard? You can walk down a hallway and find yourself asking for an internship at some of the biggest companies in the world. The school itself was a challenge unlike I ever encountered before. My time at the school my dad built will undoubtedly be a defining moment in my future career, just like it was for my classmates.

While my time at Nano will serve me well, it is presently a constant reminder that I am living through the most difficult time in my life. Even the possibility that I could be separated from my dad is indescribable for me. Our school has also been affected. It has taken a dramatic downturn without my Dad's leadership. I am therefore walking around campus literally watching my Dad's life's work fall apart. Work that he is immensely proud of. Work that has benefited countless people, including students he advised, employers he brought to New York, or high school students he inspired to pursue careers in science.

My Dad shouldn't be here. He could have easily been another casualty in the civil war in Lebanon. You need look no further than the scars on his wrists to realize that. What he's done despite of these things is the literal American dream. The stories I have shared with you just cover my little corner of the vast world my Dad's impact reaches. He has given me the best life any son could ask for and instilled in me the morals and principles necessary to live an honest and purposeful life. We have a joke in my family that my Dad would never retire. Except, as I got older, I realized it wasn't a joke because he's always had another goal to accomplish. My Dad still has more to do and I still need his guidance.

Sincerely,

*Alex Kaloyeros*

Alex Kaloyeros

# EXHIBIT 5

Eugene and Julia Woller

November 1, 2018

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York   10007

Dear Honorable Judge Caproni,

We are writing this letter in support of Alain Kaloyeros. We first met Alain around 31 years ago when he started dating our daughter, Paula, who worked in the Physics Department at the University of Illinois, Urbana-Champaign where Alain was a graduate student.

At first we were not sure of what to make of this young man from Beirut, Lebanon with a strange accent.  We soon noticed that he seemed determined to learn all things American and to make a difference in the scientific community.  But most of all he treated us and our daughter with great respect and love.

When Alain accepted an Assistant Professorship in Albany, New York, he invited us to join their new adventure by helping with the move and becoming familiar with their new home and community.  I think he and Paula realized it would make it easier for us to see our daughter move to another part of the country.

When our two grandson's came along, he was very excited and wanted the best for their future as well as their education.  Even though those boys are older now, they still need their father.

Living in Illinois, we were able to see Paula, Alain and our grandsons only two to three times a year.  So each visit was very special to us and we were able to get to know our son-in-law as a husband and father.  Sometimes I (her mother) would visit them on my own to help out.

Once when I was visiting, the boys were not minding their mother when she told them to pick up their games.  They knew they were in trouble when Alain set them both at the table together…..Was it a "time out"?—NO…Math Problems!!  So instead of setting doing nothing in a "time out", they had to do math problems that their father gave them and learn in the process.    And they had to stay till they got them right!  And I thought then, what a good way to channel that energy!  Why didn't I think of that!!  It was witnessing this form of discipline that impressed me as the boys were growing up.  When they got to misbehaving, as children do, that energy was channeled into a learning experience.

Alain has always impressed us with his passion for education in general and science in particular. Never failing to pass on the information to anyone who would listen. How lucky our grandsons were to grow up with a father to pass on such knowledge. And I'm sure there is much more educational knowledge and guidance that he could share with them.

We know that Alain has a lot more to contribute to the scientific community of New York and elsewhere. Please consider what he has already accomplished.

Thank you for considering our words of support on Alain's behalf.

Sincerely,

Eugene and Julia Woller

# EXHIBIT 6

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007


19 November 2018


Dear Judge Caproni,

My name is Edith Kaloyeros and I am the younger sister of Alain Kaloyeros and presently reside in Beirut.  I write to describe our childhood in Beirut and my older brother as a man today.

Our childhood years, though full of many happy memories, were turbulent and dangerous.  Our parents were well-educated by local standards and we grew up in a beautiful city.  Yet our father's drinking, abuse, and financial instability made our lives hellish.  When he drank, he would abuse us or disappear for weeks and return without a job, having lost the family's savings.  We moved frequently depending on whether we had the money to pay rent.  Our father's abuse started out verbal but often became physical.  When Alain tried to intervene to protect our mother and my sister and me, our father would also abuse him physically.   I can only imagine how this affected him.

The war began while I was still in secondary school.  Our family was part of the Greek Orthodox Christian minority, which was neither powerful nor aligned with any particular faction.  We tried to stay out of trouble by staying in East Beirut, but Alain was not so lucky.  I was always afraid for him after he joined the militia to fight for our freedom to practice our religious beliefs as Christians because that's the type of man he is, a true believer in justice, equality, and fairness.  We were very proud when he somehow managed to graduate such a difficult program amid such chaos and danger.

Alain was very successful both as a top student throughout school and college in Beirut and after he left for the United States.  Yet he always kept in close touch with the family and remained supportive of my mother, my sister and me, as well as our children.  Although we all live in different parts of the world, Alain still tries to remain active in the lives of my children and my sister's children.  He has been an inspiration to each of them to passionately pursue their education.  He has been and continues to be a strong mentor and advisor to both of them and they look up to him.  In fact, my niece is pursuing a career in science to follow in her Uncle Alain's footsteps.

Alain always looked out for my sister and I when we were kids and continues to do so today.  I still remember when the rest of the family and I were going through a very difficult time and we were at an impasse on a very personal matter of mine and my mom and sister were ready to disavow me over a serious misunderstanding, he asked for time

off from his graduate studies in the U.S. and flew back to Beirut and worked hard to bring us back together as one family.  He is the glue that keeps us together.

His continued involvement in my life became particularly important after I was diagnosed with ███████████████████████████████████████████████ ███████████████████████████████████████████ Alain has supported me both emotionally and financially throughout this process whether I needed money for a hospital bill or just someone to talk to.  I am not sure what I will do if he is unable to continue to help me.  I and my two children have come to rely on his constant mental and monetary support to afford ███████████████████████████ ████████████ Alain keeps my family going in so many ways.

I hope that you will show mercy when sentencing my brother.  He survived a very challenging childhood and rose above it to become a source of strength for my family.

Your honor Judge Caproni I beg you to have mercy on all of our family by having mercy on my Brother.  We need him. He did a great job at Suny Poly.  He loved his job and served it from his heart.  I cannot survive without him. I thank you a lot.

Sincerely,


Edith Kaloyeros

# EXHIBIT 7

November 13, 2018

Dear Judge Caproni,

My name is Dr. Mary Graham, and since completing my doctorate degree in 2014, I have been living out my dreams and fulfilling my passions in the innovative world of semiconductor R&D.  I began my career as a Process Technology Development Engineer on one of Intel's most highly-esteemed technical teams.  Our goal was to develop the design schemes for the latest computer chips -often tasked with making the impossible, possible.  That career helped propel me into my current role as a MEMS (Micro Electro Mechanical Systems) Process Integration Engineer with TDK.  While I still work in the semiconductor industry, I have now transitioned into the biomedical arena, where I fabricate sensing and detection devices for organizations like St. Jude's Cancer Research Center and NASA.  I believe that achieving many of my career goals would not have been possible without the mentorship and motivation I received from Dr. Alain Kaloyeros during my formative years.

Dr. Alain Kaloyeros was one of my research advisors and mentors while I attended graduate school at the College of Nanoscale Science & Engineering. From the very beginning of my graduate career, he played an instrumental role in my acceptance into the college's doctoral program.  As opposed to the other students, I entered with a non-traditional major.  However, he recognized something within me that even I  was unaware I possessed at the time. He not only took a risky chance on me by accepting me into the program, but he took me on as one of his own students.  All I ever asked of him in return was to NEVER give up on me throughout my journey to the doctorate (as I knew the road I was up against was not going to be easy)… and he never faltered on that promise.

Dr. Kaloyeros was the type of advisor that always remained invested in the success of his students.  As long as you were on his team, your success was his success.  So it was in his best interest to ensure that his students had all the necessary resources needed to carry out their research projects.  Despite his busy schedule, he made sure to regularly meet with me to gauge my satisfaction with the curriculum, my professors, and my research.  Often times he would ask me, "Are you happy with your research?" "Is there anything you need for your projects?"  That concern also extended to the entire student populace.  I witnessed many occasions where he stepped in to remedy situations/grievances escalated to him from both the graduate and undergraduate student bodies.  He was a problem solver that always made us feel as though our voices were heard.  In a facility that had a greater industry presence than that of an academic one, he always made sure to remind us that the students were the primary focus and that our needs were of the upmost importance.

Dr. Kaloyeros helped create an enormous sense of pride within the college and our neighboring community. I admired the importance he placed on creating a sense of transparency within the community by regularly opening the doors of the school to the public through outreach, informational sessions, tours, community days, etc. He understood how important it was for the local region to feel involved in the activities taking place within the school. Often times, those from the local community and surrounding areas would engage me in conversations about the college to express how pleased they were to see such wonderful advances, outreach opportunities, and job creation taking place right in their own backyards. Parents would often ask me what their child should be focusing on in grade school to better prepare them for entry into this cutting-edge field. It was fascinating to see just how much the parents within the community were invested in the future of the college, as they were eager to have their children one day attend. As a student, all of this certainly instilled a deep sense of school pride.

In regards to my personal relationship with Dr. Kaloyeros, I am forever grateful to have encountered a vast number of memorable moments in which I got to see rare sides of him that are not often seen by many. The impact of those moments has profoundly changed the course of my life. To truly explain, I must state that I come from a small, rural, town in the middle of nowhere, with only three stop lights. It is a town where there is not much diversity, and hardly enough opportunities.

Because Dr. Kaloyeros took a chance on admitting me into the doctoral program, I was suddenly immersed into this male-dominated world of semiconductors. In this highly technical industry, that I have lovingly become a part of, I must accept that I wear three minority hats: that I am female; that I am black; and, that I am American. At one point in time, I felt that a person like myself did not have a place in this industry. But Dr. Kaloyeros gave me a seat at the table. In addition, he invested a great deal of time grooming, shaping, and nurturing me as a young professional—often teaching me valuable lessons that one could never learn in a classroom setting. As his student, he would often allow me to not only sit in on, but actively be a part of various meetings, discussions, press events, etc. that he was involved in. I remember being so nervous to be in the room with people of such influence and prestige. But he would find ways to remind me that I belonged there just as much as anyone else, that I had a purpose and was an integral part of the team. He always encouraged me to speak up with confidence, reminding me that shy people who fail to speak up may end up being perceived as unapproachable or stand-offish... he told me, in those situations it was better to use your voice and your platform than to not use them at all.

It is these rare glimpses, which shed light onto his true character, that I wish others had the opportunity to see. The character of a visionary who escaped death in a war-torn country and built his vision from the ground up. A man that helped create high-paying jobs within the community at a facility that offers top notch education in a cutting-edge discipline. A father who loves telling jokes and sharing funny stories about his two children. An advisor that is

passionate about the success of his students.  A mentor that does not forget how important it is to lift as you climb.


Sincerely,


Dr. Mary Graham

# EXHIBIT 8

# Genevieve A. Kane

September 5, 2018

Dear Judge Caproni:

I am writing to you to provide details of the character of Alain Kaloyeros, to urge leniency in his sentencing.

I have known Alain since 2010, when I began applying to graduate schools.   It was only through meeting and interacting with Dr. Kaloyeros and his team that I realized that SUNY Polytechnic (at the time, the College of Nanoscale Science and Engineering) was my top choice for graduate school.  I found that admission to the graduate program at the time was something that I struggled with, despite being a high achieving individual.  In the end, it was the decision of Dr. Kaloyeros to allow me to study at CNSE that gave me the opportunity to consider pursuing higher education.

I remained a student at CNSE until graduation in 2014.   In my time at CNSE, Dr. Kaloyeros was a hands-on contributor to student success.  The programs that Dr. Kaloyeros began in the early days of the college, like our Saturday seminar series, allowed for students to learn about cross-disciplinary research and gain insight on their research.  Students were asked to present yearly on their research to the entire college to give the opportunity for internal review of research and learn about cutting edge research in other areas. This model allowed for students to successfully navigate industry settings across their graduate careers and to be role models of excellence in academia.

Dr. Kaloyeros was also a tremendous supporter of student activities and student leadership, which was a refreshing experience.  As someone who participated actively in student government and professional organizations, I would often interact with Alain when issues of student interest or student need arose.  He was always fast to reply and would show unwavering support for the issues that students found important.  Alain would provide for student activities in whatever way he could, even speaking at several of our events about his past experiences - helping us understand the importance of our graduate careers.

Dr. Kaloyeros showed significant support for budding extracurricular clubs occurring at CNSE, including in particular clubs serving minority and female students in STEM.  When clubs needed help starting up, Alain provide resources and guidance.  He acted as a key speaker at several of our student-run conferences and lectures, which helped boost attendance and draw in visitors from outside SUNY. I benefitted personally from his support of student government and professional organizations as a student who became Vice President of the Graduate Student Association at the University at Albany.  I am also currently serving on the Board of Directors of a global professional organization serving women in STEM, directly thanks to the initial leadership opportunities CNSE and Dr. Kaloyeros provided to me.

As an Albany native, I have seen and experienced the growth of the area in the past ten years as SUNY Poly has grown.  Before CNSE was created, the technology industry in the capital district lacked innovation and creativity.  As SUNY Poly formed, we began to see development of more interesting, recent technology, but the climate and care taken to the region changed as well.  We began seeing and experiencing more diversity and were exposed to a co-mingling of culture.  The Albany area began a true

renaissance, thanks to the hard work and dedication of Dr. Kaloyeros, and his ability to help spur engagement of industry and technology in an area that once seemed hollow.

The world needs people like Alain Kaloyeros actively helping to strategically innovate and inspire others in order to continue progress in technology.  Without Alain as an active participant in the technology community in New York, the climate of advancement in the upstate area has changed from a bright future, to one that is slowly dimming.  Alain was a force that inspired and helped students achieve their goals. Thanks to Alain, I am now working on my doctorate at a top institution, and my future is bright upon graduation due to his support and advocacy.  Dr. Kaloyeros continues to support not only me, but all his past students to this day, through encouragement and care.  I hope that soon, he will be able to return to his work of making upstate New York a place to be proud of, and I urge you to help this become a reality by considering it in your sentencing.

Respectfully,

Genevieve A. Kane

# EXHIBIT 9

October 29, 2018

Dear Judge Caproni,

I am Bushra Alam, a Plasma Process Engineer at Plasma-Therm in St Petersburg, FL writing to share with you some of my experiences with Dr. Kaloyeros at CNSE. I graduated with my PhD in Nanoscale Science and Engineering in May 2016. During my time at CNSE, I served as president of two large student organizations. From August 2012 to December 2015, I was the president of the Nano Graduate Student Organization (NanoGSO). When CNSE separated from University at Albany, I became president of the newly created Nano Graduate Student Association (NanoGSA). I acted as the liaison for the students to the CNSE administration. I communicated all graduate student issues to CNSE administration, organized social events and managed student activity budgets. I interacted with Dr. Kaloyeros on numerous occasions.

Despite an extremely busy schedule as CEO of CNSE, Dr. Kaloyeros, always found time to meet with student leaders and hear our issues personally. In addition, Dr. Kaloyeros was reachable directly via email at any time. During the entire transition process of CNSE's separation from UAlbany, Dr. Kaloyeros set up regular meetings to discuss office, laboratory space, stipends and housing for students and made students an integral part of working groups assigned to those changes. While changes and transitions are complex processes in the short term, Dr. Kaloyeros' goal during the entire time was to make that transition as smooth as possible for the students. Apart from that, Dr. Kaloyeros always made time to participate in student activities such as the summer "Guru Lecture Series" which provided students and interns the opportunity to get know him informally and get familiar with his unique sense of humor. Dr. Kaloyeros often went out of his way to meet students' (sometimes odd and unreasonable) demands such as serving sushi for graduation.

During my entire time at CNSE, I can say that Dr. Kaloyeros' commitment to students and the community was unparalleled. Dr. Kaloyeros made the use of sophisticated laboratory metrology tools such as electron and ion microscopes completely free of charge to students and professors so that financial constraints would not be a hindrance to producing good research. At any other university, these tools are charged highly per hour and cost often inhibits research groups from applying and securing grants and external funding. I have personally encountered how restrictive this can be at my first job, when I was using tools in the cleanroom at the University of Florida, Gainesville. Numerous CNSE student-owned startups such as Glauconix Biosciences, Eonix, and Lux Semiconductors have benefited from this policy.

CNSE resources were always open and available to the community. Throughout the year, CNSE hosted hundreds, probably even thousands of children from the entire state of NY and beyond for outreach events where children and the public were introduced to the wonderful and exciting world of nanotechnology by participating in hands-on activities and touring CNSE facilities. Dr. Kaloyeros also held Q&A sessions with the community. The majority of these events focused on introducing STEM fields to underserved communities. In addition, specialized activities and events were geared towards getting young girls and women interested in STEM fields. The Girl Scouts "Go Nano!" program invited girl scouts to get a first-hand introduction to nanotechnology in exciting and innovative ways. The Girls Inc. Eureka! Program was a five year CNSE summer camp program aimed at involving girls in STEM. All CNSE students were

encouraged to support these activities and these events have instilled a lifelong commitment in CNSE students to serve our communities.

Dr. Kaloyeros is an exceptional visionary leader as is evidenced by the CNSE facilities and model. CNSE was truly a one of a kind graduate experience and I do not think I would get that training anywhere else. I am a great fan of Dr. Kaloyeros' model of incentive-based rewards for graduate education, where every milestone such as passing qualifying exams, candidacy exams, publishing as first author in peer reviewed journals were awarded with stipend increases. This was great motivation for graduate students to not only produce groundbreaking research but also be motivated to work hard and finish degrees fast. The private-public partnerships have enabled students work side by side with industry leaders during the course of graduate school training. This has not only prepared us to secure lucrative positions at leading companies before graduation but also prepare us for careers in academia as well.

Dr. Kaloyeros always encouraged the best in students and the community. He used to call us the "Roman Army" - he believed CNSE students were capable of overcoming any challenging situation. I am truly grateful to this day for the offer letter from CNSE from Dr. Kaloyeros to pursue my graduate studies at CNSE. It has changed the course of my life and gave me unique education and training that would not be possible anywhere else. Dr. Kaloyeros has always been a proponent of women in technology and has been supportive of programs that encourage women and provide resources to prosper in STEM. As a minority woman in STEM, I attribute most of my personal and professional successes to opportunities that were provided to me at CNSE under Dr. Kaloyeros' leadership. Dr. Kaloyeros has been a great role model, mentor and also a good friend since my time at CNSE. I sincerely wish Dr. Kaloyeros the best and hope for the best possible outcome.

Best Regards,

Bushra.


**Bushra Alam, PhD**
Process Engineer

# EXHIBIT 10

August 26, 2018
Karl W. Barth
█████████████

Judge Valerie Caproni
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York

Dear Judge Caproni,

I am writing this letter in support of Dr. Alain Kaloyeros.  I met Dr. Kaloyeros in the fall of 1995 when I was graduate student at the University at Albany.  At the time, I was struggling in my graduate career in physics.  I had difficulty finding a subject that I was interested in pursuing.  That was, until I took a physics laboratory class taught by Dr. Kaloyeros and his graduate students.  During the lab class I was given hands on access to state of the art semiconductor fabricating equipment.  I had never seen such high tech equipment in a physics lab before, and I became very excited by the possibility of working in the area of semiconductors.  Cutting edge research on advanced semiconductor tools was only made possible because of the relationships that Dr. Kaloyeros formed with high tech companies and industry professionals which brought the equipment to the University at Albany.

I scheduled an appointment to meet with Dr. Kaloyeros.  He spent almost an hour out of his busy schedule discussing my interests and goals in the graduate physics program.  I told him I was interested in finding a fun and challenging area where I could perform research on state of the art equipment.  He then presented me with the opportunity to join his research group and offered to become my graduate research advisor.  He promised me I would be challenged under his guidance and that all of his students move on to very productive careers in the semiconductor industry.

Although Dr. Kaloyeros was always busy with his teaching responsibilities, forging relationships with technology companies, and the day to day administrative duties of his graduate program, he still made time to engage and talk with graduate students.  I would routinely see him walking through our laboratories.  He would ask questions and would seek progress updates.  He always made time for questions or problems that would arise for myself or any of the other students involved in his graduate physics program.

As I was concluding my graduate research and beginning to work on my dissertation, Dr. Kaloyeros reached out to a colleague of his at IBM.   That discussion resulted in an internship opportunity for me at the IBM research facility in East Fishkill, NY.  After a very productive six month internship they offered me an excellent full-time position in the failure analysis group of IBM research.

After six years of working for Dr. Kaloyeros, I received my Ph.D. in Physics and went on to a very productive career as an engineer for both IBM and GlobalFoundries.   This would not have been possible without the care, concern, and guidance of Dr. Kaloyeros.  He taught me many valuable lessons about being a successful engineer, including listening carefully to questions and answering the question being asked, not something else.   He taught me to focus on the research data and analyze the interpretations.   But most importantly, Dr. Kaloyeros believed in me at a time when I barely believed in myself.   Without his help and support I do not think I would have been able to obtain a Ph.D. in physics. He gave me the knowledge, courage and confidence to move out into the real world and be a success.  For

these reasons I am eternally thankful for all the opportunities that he provided me.   Thank you very much for your time.

Sincerely,

Karl W. Barth, Ph.D.

# EXHIBIT 11

Spyridon Galis, Ph.D.

September 6, 2018

Re: Alain E. Kaloyeros

Dear Judge Caproni,

I was a Ph.D. student at University at Albany, SUNY under the advisory of Dr. Alain Kaloyeros from 2001 - 2006. He had a unique approach to advising and guiding students. Dr. Kaloyeros had set up a network that allowed his students to receive significant exposure to semiconductor industrial environment through internships prior to graduation. Besides being truly privileged to have him as my advisor and mentor, I learned a lot from his vision. I could not have achieved as many of my professional and scientific goals (e.g. several refereed research articles in top-notch journals, internship and job offer at IBM Semiconductor Research) if it had not been for his support and clear advising.

Dr. Kaloyeros empowered me to be proactive, even in defining my own research directions. In parallel, I was encouraged to work with other group members to fulfill my scientific and personal goals, while also learning relevant and valuable skills needed to pursue a career in academia and the semiconductor industry. Dr. Kaloyeros fostered professionalism in his students, as they were expected to adhere to appropriate codes of conduct in working relations and business dealings.

Another characteristic, equally weighted in his advising model and character, was the fact that he was devoted to improving his students' communication skills. He views the ability to communicate as a critical skill, useful in presenting and delivering scientific findings with relevance and concision. Accordingly, I was required to give oral presentations in front of my colleagues and faculty members at a weekly Saturday meeting.

It was not only his uniqueness in providing me with succinct explanations and clear guidance, but also his belief in me that made him even more special as an advisor. To this end, when everything in my world seemed to be falling apart, Dr. Kaloyeros supported and guided me to move forward with my graduate studies. This was so impactful to me that I included it in the Acknowledgements Section in my dissertation.

Dr. Kaloyeros' advising model, based on cooperation with industry, traditional learning experiences, and exposure to the modern industrial environment was unequaled and exceptional. The triptych of scientific, advising, and communication excellence is not often found in a single person and speaks for Dr. Kaloyeros unique vision and character.

Sincerely,

Spyridon Galis, Ph.D.

# EXHIBIT 12

September 19, 2018


Dear Judge Caproni:

I am writing this letter to provide you with a little more information about Dr. Alain Kaloyeros's character.

I've known Dr. Kaloyeros since approximately 2014.  We first met due to our mutual interest in technology innovation and finding ways to create better a climate for film productions in New York State. Our initial meeting led to a lasting friendship. Having worked in the field of Information Technology for years, I have always found it fascinating to hear Dr. Kaloyers talk about how research innovation can transform the Capital District and New York State and bring it front and center of the global arena of scientific breakthroughs.

I remember how, during the tour of Zero Energy Nanotechnology (ZEN) building at SUNY Polytechnic Institute, he was speaking with such excitement and passion about the ways science and innovation can help the community we all live in by providing better education, better job opportunities, and benefiting everyone by increasing the quality of life.  This is what I always found amazing about Dr. Kaloyeros – his unparalleled passion towards promoting innovation and leveraging amazing scientific discoveries to change the future for the better. It made me feel that we, as the citizens of the Capital District, were extremely lucky to have history-making scientific discoveries happening right here, all thanks to the vision that Dr. Kaloyeros has had for many years and worked so hard to achieve.

Never once have I heard Dr. Kaloyeros speak about needing a break or wanting to go away on vacation – for as long as I knew him, he has always seemed to be completely immersed in his work and dedicated to it 100% of his time, no matter the day of the week, no matter the hour. No man is an island, and Dr. Kaloyeros of course had an outstanding team that he could rely on in turning CNSE into a beacon in higher education, scientific discoveries, and technology companies, but I truly believe that it was his vision that was the driver behind all those achievements.

I have also seen how deeply Dr. Kaloyeros cares about his colleagues, family, and friends on a personal level. He has always been so proud of his sons' achievements – like any parent would. I have often heard him mentioning, in passing, his sons and what they've been up to one could think that it was a casual small talk, but anyone could see that Dr. Kaloyeros couldn't be prouder of his kids. In addition to being a loving father, Dr. Kaloyeros was also aware of and personally involved in his friends' and colleagues' life milestones: from boasting when his friend had his first child, to

Judge Caproni
September 12, 2018
Page 2

being a father-like supportive and wise figure for a friend when she was going through tough times at home.

I have witnessed Dr. Kaloyeros's kindness and support first-hand on multiple occasions. For example, recently my friends were going through a very tough time trying to collect funds for their young daughter's ███████████████   In effort to help them out, I set up a Go Fund me campaign and was reaching out to everyone I knew to share the campaign on social media and to donate at least a little. With most of the people, no matter how well I knew them, I had to exchange numerous messages before they even shared the campaign. I was very disheartened by the response, seeing how our society is fast to give "likes" to pictures of celebrities or share silly videos, but when this little child's life was at stake, I ended up needing to reach out to everyone multiple times before they even would share the campaign page once. That is why dealing with Dr. Kaloyeros on this topic has really been like a breath of fresh air for me. As soon as I reached out to him with the original message, he immediately supported the campaign and generously donated to help to save this little girl's life. No questions asked, no additional information needed, no unnecessary delays.   He saw someone in need and took action.

And this is how, in my experience, Dr. Kaloyeros treats everyone around him who needs any sort of help – with kindness, care, and understanding. He can always come up with a kind-hearted joke to lift a friend's spirits, or offer advice when somebody is at a crossroads. I feel like Dr. Kaloyeros's passion for his work is translating into how he treats everyone and everything around him – I've never once seen Dr. Kaloyeros show indifference when someone needed help or assistance.

Your Honor, I hope this letter offers you a little more insight into what kind of person Dr. Alain Kaloyeros is. He is smart, driven, kind, and caring towards those around him. He deeply and sincerely cares about his community and has dedicated his life's work to making sure that scientific discoveries don't stay locked inside the labs, but rather benefit the community that made them possible - by attracting needed resources and creating opportunities for all.

Sincerely,

Olga N. Bogdanova

# EXHIBIT 13

September 8, 2018

From:
Pradeep Haldar
Professor, CNSE/State University of New York
████████████

To:
Judge Valerie Caproni
US District Judge
United States District Court
Southern District of New York

Dear Judge Caproni,

I'm writing a sincere letter of support for Dr. Kaloyeros, who I've known for almost 30 years, since he first arrived in Albany, New York,  as an Assistant Professor of Physics at the University at Albany, SUNY after completing his Ph.D. in condensed matter physics. I was a Senior Engineer at Intermagnetics General Corporation (a spin-off from General Electric's Research & Development Center in Niskayuna, New York). Dr. Kaloyeros always came across as a smart, spirited, persistent, enthusiastic, eccentric go-getter.  We had many interactions while we collaborated on research projects funded by the U.S. Department of Energy and other agencies related to Metal-Organic Chemical Vapor Deposition (MOCVD) of second generation high temperature superconductors. During that time, he and his team made several important contributions towards our research and assisted in transferring technology to our company.  Their contributions enabled us to scale up production of superconducting wire. That breakthrough allowed Intermagnetics to spin-off SuperPower, valued at over $160 million, and eventually sell it to another company.

In 2001, Dr. Kaloyeros approached me to join the University of Albany as a Professor and Director of Clean Energy Programs at a newly established School of NanoEngineering and NanoScience. I was one of a handful of professors that worked with him and led the growth of the school, transitioned it into a college, and eventually created the SUNY Polytechnic Institute under his leadership.

The senior executive staff, including me, worked diligently under Dr. Kaloyeros's direction, often having staff meetings on Saturday mornings at a Starbucks. In a relatively short period we increased the faculty to over 50 professionals attracted from top-notch institutions including Berkeley, MIT, Northwestern, Cornell, etc..  The number of students increased to over 400 while research revenue grew substantially.  A unique graduate and undergraduate curriculum for nanoengineering and nanosciences was developed with concentrations in nanoelectronics, clean energy, bioengineering, optoelectronics and related disciplines. The programs received State Education Board approvals. The college became widely acclaimed at international levels as a pre-eminent research and educational center. Our emphasis on applied learning and hands-on, project-based education relied on industrial internships, co-op assignments, capstone projects, summer camps and collaborative research activities.  It created a strong demand for our students and significantly improved our ranking.

During the period when he built the academic institution, Dr. Kaloyeros also almost single-handedly grew the industry research partnerships that attracted top talent, resources, and equipment by over $20 billion.  We became the envy of major ivy-league colleges. He successfully worked with several New York governors, state leaders, Chief Executive Officers and industry leaders to create an industry and university where none existed. The large-scale investments and partnerships with the private sector completely transformed the competitive landscape of the semiconductor industry and shifted the center of global research to the State University of New York at Albany. It kept high-tech companies from off-shoring their investments and jobs. He was proclaimed as a miracle worker by several international publications (like BusinessWeek and CNN) around the world. Dr. Kaloyeros had done a spectacular job at revitalizing the economy in Albany.

Dr. Kaloyeros was also deeply invested in Albany in particular.  I remember when he was being courted by the Governor of Texas to create similar programs there, and when he was recruited to be the Chief Technology Officer at Intel.  He turned these down because of his passion for the state. His only goal, in my opinion, was to fulfill his dream of creating an alternative to Silicon Valley in upstate New York!

I believe Dr. Kaloyeros's accomplishments during his career surpass what most individuals accomplish in a lifetime. His activities dominated the conversation in the Capital Region for over 20 years.  He was arguably the most influential person in the region because he made things happen--pretty amazing for a physics professor! He made Albany a world-class center for nanotechnology.

His accomplishments have impacted countless people, from providing work to thousands of people by growing the economy through his innovative work on university-industry research partnerships. I have known him to work hard (24/7 most times), to be a man of fierce intellect and to be a creative thinker who removed barriers to always get the job done. But he always acted with integrity, and made sure that his staff did so as well.  He made clear to the staff that our mission was larger than any individual—the mission was for the community at large.

There are few people I know of who have contributed and made a lasting impact on society and the local community the way Dr. Kaloyeros has.  His drive and vision are on par with Steve Jobs of Apple, Andy Groves of Intel, Bill Gates of Microsoft and Jeff Bezos at Amazon. I believe he has been a great leader and an excellent boss. I understand that he is about to be sentenced and I wanted to ensure you had the opportunity to hear about his work and accomplishments before providing your judgment.


Regards,

Pradeep Haldar

# EXHIBIT 14



*Arkles*

September 3, 2018

Your Honor,

I have known Dr. Alain Kaloyeros both professionally and personally for nearly 25 years.  Were it not for these recent distressing events, his would truly be the great American success story.  He immigrated to the U.S. from war-torn Lebanon in 1980 and went on to obtain a Ph.D. in Physics. A highlight in his career was his professorship at the New York State University at Albany, which eventually led to the establishment of the College of Nanoscience and Engineering.  Under his academic leadership it became a center for the renaissance of high technology in upstate New York.

   I collaborated with Alain while he was a professor.  The relationship expanded due to Sematech, which was a non-profit corporation conceived by the U.S. government in 1983 to retain competitiveness in the semiconductor field that was under threat of domination by Japanese businesses.  My expertise as an organometallic chemist and materials scientist contributed to that successful effort, where I gained first-hand awareness of Alain's talents as a scientist and leader.  At that time, our work together resulted in over thirty published scientific papers and patents.  Many of Alain's protégées in the program went on to key positions in industry and academia, ranging from managerial positions with major corporations to professorships at U.S. and international universities.

   Perhaps Alain's greatest achievement is the impact of the College of Nanoscience.  Hundreds of students graduated and have gone on to contribute to society.  Independent of my interaction with Alain, I have met a number of recent graduates from the school Alain founded that grew up in the Albany area. They were inspired by the profile of Dr. Nano (Dr. Kaloyeros' local appellation) and the access to the School of Nanotechnology to consider a college education.  One young man I knew from childhood, who would probably not otherwise have considered academics, completed his undergraduate in Nanotechnology in Albany and is now finishing a Ph.D.  This doesn't include his impact in the private sector, where his expertise and insight were a beacon to hundreds if not thousands more.  An example would be Global Foundries Corp. which was persuaded to build a new world-scale semiconductor manufacturing facility in the Albany area at a substantial cost, providing a massive injection of new high quality employment opportunities.  Elsewhere, business leaders, scientists, engineers and medical doctors in fields of technology ranging from Advanced Microelectronics to Electro-Cardiology, trained and influenced by Alain, are benefitting our society.

   Professionalism aside, Alain has always been proven to be a loyal friend, whose character, moral standards and incredible work ethic were not only known to me, but by the entire nanotechnology community.  Hopefully his contributions at large will be considered when he is sentenced.  He has suffered much due to the proceedings, his dismissal from his position at the University and the irreparable harm to his reputation.  In spite of these drawbacks, I am confident Alain has much left to contribute to society, albeit as a wiser man.

Respectfully,


Barry Arkles, Ph.D.

# EXHIBIT 15



Dear Judge Caproni,

Thank you very much for the opportunity to give you an additional perspective on the character of Dr. Alain Kaloyeros. My name is Chris Wessell, and I own a technology staffing agency in Troy, NY. I have known Alain personally and professionally for over 15 years. We first met in 2003 when I was an MBA student at the University at Albany, interning at the College for Nanoscale Science and Engineering. Back then, when there was one building, I worked right outside of the executive offices. As a graduate assistant, I found him to be remarkably friendly and accessible considering he led such a high-profile department of the college, certainly much more so than any other department heads I'd met in my time at the school. He was always willing to allow me more opportunities to expand my involvement in different aspects of the operations at CNSE. As an MBA student I wanted to learn as much as I could about the business side of nanotechnology & semiconductors, and Alain was always supportive of that. He didn't have to be, but it's his nature to want to help develop people. Over the course of my internship I also met a wide variety of business leaders, thanks to his direct introduction, which most definitely jumpstarted my professional networking.

After graduating the MBA program in 2004, I went into the recruiting field and about five years later started my own recruiting agency, focused on hiring for technology related positions. As I saw the semiconductor industry continue to grow locally, I sought to better understand it so that I could in turn better serve my clients. With Alain's encouragement, I took a few graduate classes at CNSE. I became involved in several of his entrepreneurship initiatives at what was becoming SUNY Poly. Being on campus more frequently and crossing paths more often, my relationship with Alain evolved from that of an academic & business mentor into a personal friendship. He never stopped being a mentor, but I got to know him a lot better as a person the last several years. We've had countless dinners together over the years, where we talk more about James Bond and Star Wars and cars and our relationships than we do about work. We've also talked at length about how to lead and develop and motivate people, which has helped me with my own business.

The economic development that Alain has been the catalyst for has resulted in a lot of jobs, and a lot of business opportunity. A heavy emphasis on entrepreneurship among his students has planted the seed for continued innovation and economic growth. As someone whose business is jobs and hiring, I can tell you from my professional observation that there is a ripple effect that extends beyond just the jobs on the campus, as I have personally hired multiple time for companies who are peripheral to the campus but directly benefited from the growth there.

Alain has always been accessible, encouraging, kind and generous. His economic impact on the community is clear, but I can also tell you from personal experience that his impact on people is just as significant. I, like many others, am proud to call him my friend.

Thank you very much for your time and consideration,

Chris Wessell
Managing Partner
Pinnacle Recruiting & Staffing LLC

# EXHIBIT 16

Leah Slocum
Partner, PEAK Partners Team at Keller Williams Capital District
President, PEAK Giving Tree Foundation

█████████████

Wednesday, August 29th 2018

Re: Dr. Alain Kaloyeros

To: The Honorable Judge Valerie Caproni

Your Honor,

I'd like to thank you for taking the time to read this letter of support for Dr. Alain Kaloyeros.  I felt compelled to write a letter to let you know about Doctor Kaloyeros as a business mentor and charitable contributor in the Capitol Region

I wanted to first give you a little background on myself.  My name is Leah Slocum.  I run a successful real estate team under the Keller William brokerage in the Capital Region.  I sit on the board of trustees for the Leukemia Lymphoma Society, the Make a Wish Foundation of Northeastern NY, and run my own Charitable Foundation as a part of my Real Estate Team called the PEAK Giving Tree Foundation.  I've also served on multiple committees and charitable planning boards for local organizations over the past several years.   I say this not to sound boastful but to let you know what kind of person I am within our community.  I am a person that believes in giving back.  I am open, honest and always speak from my heart.

I've known Doctor Kaloyeros for over 20 years now.  I've known him as a business mentor, a charitable contributor and as a key driver of growth for the Capital Region.   I will be honest, I am unaware of all of the details of his trial.  However, I do know in my heart the type of person he truly is and what he as done for our area.

I knew Doctor Kaloyers first as a mentor, when I worked in a business incubator at a start-up company in the area.   Doctor Kaloyeros also worked in that same building and often offered guidance to myself and the 3 other individuals starting the company.  He would challenge us on a regular basis, because he knew we were capable of greater things and wanted to guide us in that direction.   That company went public a few years ago, so he was correct, we were capable of greater things and with his help and the help of the incubator we achieved them!

I would suspect many in the area have seen Doctor Kaloyeros's visionary and mentorship side, since that is what is most publicized.  I have watched our small city grow in leaps and bounds

over the past several years, attracting the attention of large companies to our area. This has resulted in tremendous job growth and increased values in our local real estate, both residential and commercial. He's been able to bring Presidents and executives from around the world to our city on several occasions. It's been exciting to watch the progress.

Perhaps the side of Doctor Kaloyeros that I find most impressive, yet many don't know about is his charitable side. Doctor Kaloyeros has always been very quiet and private about the charitable initiatives that he supports. He was never one to do it for publicity, or for recognition. He's given support to organizations that have directly impacted sick children and their families in our local area.

I've known of several occasions when Doctor Kaloyeros has not only given from his own pocket, but he has also rallied to help raise funds and donate a significant amount of money, anonymously, to area charities. He helps from the heart and I believe this speaks volumes to the true persona of Doctor Kaloyeros. This is a side of Doctor Kaloyeros that truly demonstrates his character in the community and a side that I feel privileged to know. He has positively impacted our community on so many levels and I'm honored to call him my friend.

Your honor, I want to thank you for taking the time to listen and reading this statement about Doctor Kaloyeros. It is my sincere hope that the court takes in to account this letter at time of sentencing. Despite the current case I believe that Doctor Kaloyeros is an honorable individual and a valuable member of our community. He has talents, a commitment to our community, and a scientific mind that should not be wasted, but should be used as a resource to continue to do good in our community.

Thank you for your time.


Sincerely,

Leah Slocum