# EXHIBIT 17

October 29, 2018

Dear Judge Caproni,

I am delighted to have the opportunity to write in support of my friend Alain Kaloyeros.  I work at Miami Sun, which is a tanning salon in Albany, NY.  Alain is a long-time client but more importantly has become a very close friend since we met 13 years ago.

Living in Albany, you must know that Alain is a pillar of our community. His hard work doesn't go unnoticed starting as a professor at SUNY and eventually founding SUNY Polytechnic Institute. His work continues to bring economic growth and jobs to the Albany area.

On a more personal level, Alain brings kindness and warmth to everyone he knows. I wanted to touch on a few experiences that I thought really shows my relationship with Alain.  I once mentioned to him that I was about to take one of my first flights on a plane and that I was quite nervous.  Part of this was, due to ████████████████████████████████████ Alain listened to my concerns patiently and re-assured me.  At the end of the conversation, Alain told me to upgrade to first class on him ██████████████████████████████████████████████████████████████████████ This is the kind hearted person he is, he would do anything for anyone.   He is one of the longest friendships I have had in my life and I am honored to call him my friend.

Alain has also helped my family out.  When my sister was diagnosed with ███████████████████ ████████████████████████████ Alain was always there to provide emotional support, and our experience got him interested in the ███████████████████ He now makes a generous annual donation at the ██████████████████ every year.

Besides Alain's generosity he has a great sense of humor which goes along with his outgoing personality. Not only does Alain brighten up my day he always makes me laugh on a daily basis. I hope Alain knows how much his friendship means to me.

I could go on and on about all the nice things Alain has done for me and my whole family but I want to emphasize who he is as a person and he is a great one.  I can always count on Alain to be in my corner which is why I will always be in his.

Please do not hesitate to contact me if you would like to discuss this letter further.

Sincerely,

Jessica Decker

# EXHIBIT 18

September 4, 2018

Dear Judge Caproni,
 Allow me to introduce myself on behalf of  Dr. Alain Kaloyeros.
My name is Beverly A. Bardequez, a 3rd generation African American woman living in the historic Rapp Road District of Albany, New York's Pine Bush.  I currently serve as President of the Rapp Road Historical Association which is a non-profit organization working to preserve and restore this historical African American Community.

The community was established in  May,1930 by a minister and tenant farmers who migrated from Shubuta, Mississippi during the Great Migration era (1930-1960 's).  A period in history when hundreds of thousands Negroes left the south escaping racism, oppression, poor educational opportunities, unfair employment practices and lynchings.  Twenty-three families settled in the Pine Bush area of  Albany and recreated the rural southern life they had left behind. Today fifteen of the twenty-three buildings remain with 2nd, 3rd, 4th and 5th generation residents residing in some of the homes.   Rapp Road was placed on the NYS Historic Registry in 2002 and the National Historic Registry in 2003.  In May, 2006 the Rapp Road Historic District was   granted a charter by New York State Department of Education. The Association was granted non-profit status in 2015 for the purpose of applying for grants and fundraising to preserve its history and restore some of the buildings.

In November, 2015 I contacted Dr. Alain Kaloyeros' office at SUNY Polytechnic Institute with the hope of receiving some type of financial support from the college.  Dr. Kaloyeros agreed to meet with me to determine how the college might assist our Association.  Much to my surprise he offered to do a fundraiser gala for us.  He was genuinely interested in the history of the Rapp Road Historic District and arranged for me to meet with staff to set the wheels in motion.  The fundraiser was held in April, 2016 at SUNY Polytechnic Institute's beautifully restored Kiernan Plaza Building in downtown Albany. The gala was quite elegant and a huge success due in large part to Dr. Kaloyeros' input. There were an estimated three hundred guests in attendance. The Rapp Road Historical Association raised over thirteen thousand dollars ($13,000).

What impresses me most regarding Dr. Kaloyeros was his commitment and interest in supporting the Capital Region Area in and around Albany, New York.  His willingness to assist the Rapp Road Historic District in preserving its history is an illustrative example.  The time and effort he afforded this community demonstrates he is an individual who cares about community.

Dr. Alain Kaloyeros has made many great contributions to New York State.  A man whose worth should be measured for his innovative vision.  It is my sincere hope that he will be granted leniency with the court.

Respectfully,
Beverly Bardequez

# EXHIBIT 19

Alyson V. Willsie

█████████████

September 6, 2018

Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, New York  10007

Dear Judge Caproni:

I am writing to provide a character reference for Dr. Alain E. Kaloyeros whom I have known as a friend and professional associate for the past ten years.

I first met Alain during a job interview at the College of Nanoscale Science and Engineering.  At the time I was surprised that the President of the College took part in both the panel interview, as well as the follow-up interview.  Although that position was ultimately given to an internal candidate, I was intrigued by how much Alain cared about being involved in selecting the right people to be part of his growing organization.  Shortly after those meetings, I decided to reach out to him to schedule a networking meeting, discuss other opportunities at the College, and hopefully have a chance to learn more about this obviously fascinating person.  I would not have been surprised if he did not reply given the magnitude of his responsibilities, but he quickly responded easily sharing several contacts, an invitation to network within the organization, and other tips for my job search.  Thus began our friendship and professional association.

During the years that I have known Alain, I have been in awe of his genius.  Having grown up as a fifth generation Upstate New Yorker, I am extremely interested in the viability and success of the Capital Region.  When the first signs of the CESTM building appeared, I could not even imagine the growth and opportunity that he would bring to this area.  The growth that began on the SUNY Poly campus has spread throughout the region, creating thousands of new job opportunities, not only for technology professionals, but for those industries that support that growth.  In my current position working for a financial institution, we have benefited from the tremendous movement into this area, not only in the form of new clients, but also in the mortgage and lending areas.  The difference in the market has been discussed repeatedly at strategy sessions and planning meetings.  I also believe that the area has benefited from the diversity in skills and population that has accompanied the growth that began with the nanotechnology movement.  These real changes will benefit the area for generations to come as they have become part of our schools and community, and have raised the level of leadership all around the region.

When I specifically asked Dr. Kaloyeros why he would remain in Upstate New York when he obviously could work anywhere in the world, he simply said that he knew he could make the most impact here in the region that he has come to love and called home.  He was raising his sons in this area and wanted it to be in a community where not only his own family could thrive and grow, but where he could be part of providing new opportunities for other families and business owners.  I believe that the difference between Alain and a 'politician' has been his passion for his work, a true passion for his region, and the ability to make a real impact on the area that he served.  To me, that has always exemplified the selfless heart of a civil servant.

Dr. Kaloyeros is one in a million.  There are few people on this planet who possess his level of intelligence, good humor, business acumen, and ability to see and create growth.  No other individual in my lifetime has pushed the Capital Region of New York as far along economically as he has.  His initiatives gave new hope to an area that was floundering at best.  I have been proud to call him a friend for all of these years based not only on his achievements, but on his desire to take a minute out of his day to help a friend with her job search.

Sincerely,

Alyson V. Willsie

# EXHIBIT 20

November 15, 2018


Dear Judge Caproni,


I write to give you my perspective on Alain Kaloyeros's contributions to my region.  Everyone has their passions in life, and mine is growing the video gaming cluster here in Upstate New York by creating jobs for local engineers and college graduates.  I helped found Agora Games in Troy which later became part of Warner Brothers, and in 2012 I spent every dollar I had to start my own small game studio, MadGlory Interactive, located in Saratoga.


Early on we identified a major challenge for our region; while the number of game studios was growing steadily, our High Schools and Colleges didn't have programs to create students with the kind of talents we needed.  Along with other local game companies my team at MadGlory started reaching out to educational institutions about the problem and we quickly became disillusioned at the disconnect between academia and the realities of our industry.  It was about that time in 2016 that we met Dr. Alain Kaloyeros at SUNY Poly.


When we spoke to Dr. Kaloyeros for the first time we were surprised to find someone that cared so much not only about his institution and his students, but about our state and the Capital Region as well.  When he spoke about institutional changes he spoke about timelines that spanned months instead of years.  He introduced us to the team at SUNY IT and told us that they had dreams of creating just the type of program we were looking for.  Soon after we met excited students, professors, and even started working together to design a lab where students could work on solving real world problems in the industry.  It was exciting and quite touching to meet someone who worked so hard and cared so much about inspiring change.


Outside of the relationship we formed over curriculum development, Dr. Kaloyeros kindly offered his advice anytime I needed it to help keep my company afloat as well; no strings attached.  I'm not sure how he had time to answer phone calls from me in addition to his role at SUNY Poly, but he always did.  Over the years I found his advice and guidance to be invaluable.  I eventually hired his son, Nicholas, who has proven to be equally adept at solving our problems.  I'm proud to say that MadGlory grew up and in 2018 joined forces with a large game company based in Seoul, South Korea.  In fact, we're the very first studio in New York to provide such a direct link to the gaming industry in Asia.  These days we're in the process of

creating even more gaming jobs here in Upstate and we're still pushing hard to find new and innovative ways to work with our Colleges and Universities.  I credit Alain's patience, guidance and support in part to our success.

In my relationship with Alain I have experienced an individual who is brilliant, kind and dedicated to our region and our state.  He has been an invaluable resource to me and my team, and a selfless advocate for our industry.

Please do not hesitate to contact me if you should require any further information.

Kind Regards,

Brian Corrigan
Studio Director – PUBG MadGlory LLC.



# EXHIBIT 21

Pierre F Torch Jr.

██████████████

September 11, 2018

Dear Judge Caproni

My name is Pierre Torch and I am currently an employee of SUNY Polytechnic institute, I have known Dr. Alain Kaloyeros a little over 8 years. My first encounter with Dr. Kaloyeros was when I was first hired—he got a kick out of my last name "Torch," since I was hired as the fire systems technician.

During my time at SUNY Poly I have had many encounters with Dr. Kaloyeros from special projects to personal meetings. I have watched him take the campus to new levels and am proud to have been a major part of those expansions. He always has the time for people and I have never seen him disrespect anyone. He treated everyone the same, he would take the time to speak with his colleagues that held PhD's right down to the cleaner that took out the garbage. What I am trying to say is that no one was below him in his eyes.

He created many things at our campus one of the most important things he created were jobs. One of my duties along with Fire protection is also card access, and currently we have a data base of over 4,000 people with access to our facility: that's a lot of jobs. Not all of them work for SUNY POLY—some are contractors, vendors etc., but they are there earning a living from something that was created from one man's vision. Under Dr. Kaloyeros, our campus was a bustling and exciting place for the students and staff. We had special events and announcements almost on a weekly basis, senators, the governor, the lieutenant governor, assemblymen, future partners etc. he even had the President of the United States Barack Obama there during a special event. Without Dr. Kaloyeros, the campus is just not the same. The special events have stopped. The excitement around the campus about where Dr. Kaloyeros could bring us next is gone. From the staff's perspective, we also lost our best advocate. I know Dr. Kaloyeros would advocate to the SUNY system for cost of living and merit increases for us.

 Now this is just a small summary of some of the things that I have seen from Dr. Kaloyeros on a professional level. On a personal level, Dr. Kaloyeros is a dear friend.  He has been there for me in lighter moments – talking about our love for Disney and Star Wars. But also in times of my greatest need. I recently confided him about ████████████████████████████████████████ and that my younger daughter is ████████████████████████████████, and our family is not really living life anymore. He immediately offered to do everything he could to help including making phone calls to people he knew who might be able to help us.

I could go on and on for pages, but I just wanted to give you an insight to Dr. Kaloyeros from an employee and a friend's view.

Sincerely,

*[signature]*

Pierre F Torch Jr.

# EXHIBIT 22

November 2, 2018


Honorable Valerie E. Caproni
United States District Court


Dear Judge Caproni:

I am writing on behalf of Dr. Alain Kaloyeros to give you my perspective on his personality and accomplishments.

I believe that I am uniquely situated to judge his success.  I served as the President of Atari, the videogame and computer company.  I went on to become an early employee at Apple, and was personally hired by Steve Jobs.  I became the VP & General Manager of Apple's personal computer business and Apple International.  My work since has focused on other technology companies, private equity, and nonprofit boards.

I first met Dr. Kaloyeros in 2007 when he reached out to me, asking if I would consider joining the Board of Directors of Fuller Road Management Corporation.  He told me that my experience in the technology industry could be useful to the organization.  I met with him, and he explained what he and his team were developing at FRMC and CNSE.  I found it exciting and agreed to help, finally serving between 2007 and 2015.

During my time on the Board, I worked closely with Dr. Kaloyeros and other Board members as his team developed advanced semiconductor technology.  The new chips were a quantum leap over the existing versions because they were more reliable and resulted in enormous cost savings.  Dr. Kaloyeros was able to forge a partnership between Intel, IBM, Samsung, and Global Foundries to commercialize the new technology.  This was the first time, to my knowledge, that all of these competitive companies cooperated.  The partnership brought millions of dollars into CNSE and created around two thousand jobs.  It also had a permanent impact on the semiconductor industry.

I found Dr. Kaloyeros to be very transparent when dealing with the FRMC Board.  He solicited the Board's input on the opportunities and issues that FRMC was dealing with and showed the utmost integrity during the Board's discussions. He clearly valued the Board members' input.

Dr. Kaloyeros was also deeply involved in supporting the Tech Valley High School, which I co-founded.  The school specialized in STEM and drew interested students from several districts in the Capital region.  Dr. Kaloyeros helped us to design the curriculum, worked closely with our administrators and teachers, and made sure that students had the opportunity to take advanced college-level courses at SUNY Poly.  He spent hours with the students to educate them on how important STEM education could be for the future.  He even set aside space on his modern tech

campus for the high school to relocate—a rare chance which gave the school a permanent home. Having watched him talk to the students at TVHS, I know that he cared deeply about their futures and saw each of them as a potential scientist.

I ask that your sentence consider not only the facts in the trial, but also Dr. Kaloyeros's commitment to New York State, the semiconductor industry, and the students at TVHS and SUNY Poly.

Thank you,

John Cavalier

# EXHIBIT 23

Archie M. Blais


September 4, 2018

Dear Judge Caproni,

I'm writing this letter in support of my Friend Alain Kaloyeros, a man who I've known for 30 years.

I first met Alain back in 1988 while I was in charge of the SUNY Albany Electrical Department and he was a physics professor.  I would interface with the professors while laying out electrical engineering projects and researching the special needs for the equipment in the labs and classrooms.

This was Alain's first lab, and it contained some of the most sophisticated systems I've seen.  I was requested by Alain to design and build a gas monitoring cabinet that would shut down the entire system if there was a leak.  Alain was adamant about installing redundancy in this gas monitoring cabinet and also adamant about safety.  I assured him it would work as designed, but I'll never forget what he said to me: "the parents of these students entrust me with their sons and daughters' well-being, that trust is paramount to anything I do!"

In his early days at SUNY, Alain was like the Pied Piper: he had students following him everywhere and he very often missed lunch helping them.  He went on to help many, many students achieve their goals, and many of his past students now hold high positions in the nanotech world's biggest companies.  I used to put in long hours working at SUNY, but my hours and efforts paled in comparison to his.

Alain and I worked together on many labs and projects over the next ten plus years until SUNY expanded across Fuller Road and CESTM (Center for Environmental Sciences and Technology Management) was born.  The CESTM building was about 30% complete when the Construction/Project manager quit. I received a phone call from my boss at SUNY asking if I'd be able to fill in for the Construction Manager, and I jumped at the chance to work with Alain again.  Everyone on our team put in long hours but again, Alain would be on site every morning before I got there and he was usually the last to leave at night.

Alain was the architect for something that was revolutionary at the time, bringing the

University, New York State and private companies under one roof to work in concert designing and building what we call wafers (Micro-Chips). It seemed like every month, there was a new breakthrough in nanotechnology, all because of this guy we knew as the "Nano-Geek"!

After the CESTM building was completed, I returned back to my position at SUNY.  I was proud of the work I did helping to bring the CESTM building to life, but that opportunity would have never happened if it weren't for Alain Kaloyeros.
As I left CESTM, Alain said, "I'll be seeing you around."

In early 2001, I received a phone call asking, "are you busy?", it was Alain's CFO wanting to know if I could meet with Alain, I got excited because I knew there was more to be done on the CESTM site and I was honored that Alain might be thinking about bringing me on, I was right and within a few weeks I permanently made the transition from SUNY to CNSE.

Alain worked as hard as ever to build the "Nano-Fab North" Building (NFN), housing companies such as IBM, Sematech, Tokyo Electron just to name a few.  He went on to build NFS, NFC, NFE, NFX and the ZEN buildings, employing thousands of people, providing them with good salaries, benefits and a reason to get up every morning. All this probably wouldn't have happened if it weren't for hard work and dedication of Alain Kaloyeros!

While at CNSE, I saw Alain close-up as he would annually welcome hundreds of middle and high school students from all over the state get a feel for the nanotechnology future that awaited them. Alain had the best of his in-house scientists show these students everything from Clean-room Protocol to operating photovolalic powered vehicles through the halls.

Judge Caproni, Alain Kaloyeros is a very good friend and a brilliant person, who has, as long as I've known him, been interested in bettering mankind, I know that sounds corny but it's true and our society would be better served having Alain teaching and exploring new ways to make our lives better than being sent away.

I thank you for hearing me out.

Sincerely yours,

Archie Blais

# EXHIBIT 24

November 9, 2018

To whom it may concern,

I've known Dr. Alain Kaloyeros for almost 4 years now, and I can say with confidence that he's kind, thoughtful, genuine, and hard-working. My friendship with Alain began as a business relationship at a health club, Sportime, with me as his personal trainer and him as my client. Over time, our relationship turned into a friendship that I treasure dearly.

In November of 2015, I was approached by a friend who knew Alain and said that he was looking to get himself in shape, and thought that I'd be the best person for the job. Alain and I met a week later for evaluation and to set up some fitness appointments. My first impression of him was that he was very professional and excited for a new challenge. As our training began and we got to know each other, I noticed something about him that made him stand out from every other client that I had worked with. Alain never took a training session for granted, and made the absolute most out of every single appointment. In one of our earliest appointments, he appeared nauseated due to exercise, and I had told him that we should take a break, to which he replied, "I'm here to be pushed." He proceeded to complete the entire exercise set, when virtually anyone else would have quit.

As the months went on, I was dumbfounded to see that he was progressing rapidly and faster than my other clients who were athletes, and less than half his age. His work ethic is incredible. As a trainer, at best, you get a client who will do about 80% of what you ask of them, and they progress very well. Alain has focus like I've never seen. He completed 100% of what I asked of him and more. He instantly changed his diet and would always push his body further than what it wanted to go. I was impressed by how motivated he was, that he could work all day, and attend various meetings, then muster the strength for an exhausting workout, and then head back to work.

I trained Alain while I was finishing up my last year in university. One instance that always stood out to me occurred at the end of one of our training sessions. I was taking a physics course and was having trouble with a concept. I knew he was busy and had to get back to work, but I was hoping he could give me a brief explanation. Instead he sat me down, took out a pen and paper and began teaching. I felt bad keeping him, and told him that I understood the concept so that he could leave. Somehow, he called my bluff and proceeded to write out multiple practice problems and said that he would not leave until they were completed. I was amazed and couldn't believe that a guy as busy as him would put his day aside to help me understand a complex principle. Aside from training him a few times a week, I played a relatively small role in his life, yet, he put his busy day aside to help me.

As time went on, our friendship grew and soon, we'd attend dinner outings with friends and he even attended my son's birthday parties. He knew my son's birthday and has always had a gift for the occasion.

Alain has been a very good friend to me and knowing him has changed my life. He's taught me so much about work ethic, discipline, and being there for people who need you. As I graduated university and went on to a job in the corporate world, Alain has been there as a support system and has offered many different words of advice to guide me through tough situations at work. When I made the transition into the corporate work environment, I was filled with anxiety and wasn't sure I'd be able to thrive. Alain filled me with confidence and assured me that I could handle it. When I'd have issues managing time and work, he'd give me advice and walk me through the process. I recently took a promotion into management, and I can easily attribute that to the support and professional advice that Alain has given me.

Although my time spent with Alain began as a basic business relationship, we've developed an amazing friendship and bond. He's been a great friend to me, the Sportime fitness community, and to my family. He's a man of caring, integrity, and discipline, and I know our friendship will continue for many years.

Sincerely,

Juliano Caprara

# EXHIBIT 25

███████████████████████████

August 31, 2018

United States District Judge
Valerie E. Caproni

Dear Judge Caproni,

I am a law enforcement officer with almost forty-five years of experience. I completed a thirty-seven year career with the New York State Police, retiring as a Senior Investigator. I held the position as Deputy Chief of Police at SUNY Polytechnic Institute in Albany, New York for over three years and I am currently a Police Officer with the Warren County Sheriff's Department, in Warren County, New York.

I am writing to you on behalf of Doctor Alain Kaloyeros.  I would like to express my sincerest feelings about his character and his contributions to his community and to the entire state of New York.

I did not know Doctor K before I took the job as Deputy Chief of Police but as I got to know him I gained a tremendous amount of respect for him. Doctor Kaloyeros has a PHD in Physics and is a professor in Nanotechnology.  He is a sharp academic who also understands how to work with business people.  But also has a passion to mold the interested youth of America into Nanotechnology Scientists.

His idea of bringing education and business together from across the world is genius. After creating the Nano Tech Industry in Albany, New York, he developed the College of Nanoscale Science and Engineering, which eventually became SUNY Polytechnic Institute.  He was able to bring the academic world and the business world together to teach students in all fields of Nano Science.

Dr. Kaloyeros did more than just come up with the idea.  He rolled up his sleeves to help these students.  He worked tirelessly mentoring college students to inspire them for successful careers in the technical field.  He built a High School on the Albany Campus to help high school students who were interested in science and technology careers. I know from speaking to these students that Dr. Kaloyeros personally inspired many of them to continue in the fields.   He did this work despite his non-stop research and the challenges of keeping up with the Nano Technology Industry. His hard work helped to create thousands of jobs across New York State.

I have been told by scientists at SUNY Poly, that there is only one other facility like the Albany Campus in the country and only one other in the world that can perform some of

the research that is done at SUNY Poly. This is all due to the passion and dedication of Doctor Alain Kaloyeros to go above and beyond to help his community and his country.

Sincerely,

Ronald J. Campano

# EXHIBIT 26

Zach Wheeler



September 18, 2018

Dear Judge Caproni,

In early 2015, I first met Dr. Kaloyeros when I was invited to SUNY Polytechnic Institute to tour the facility. After touring the facility and meeting Dr. Kaloyeros, I knew that this was something I wanted to be a part of. While in such a great role of leadership and responsibility, Dr. Kaloyeros took the time to talk to me about SUNY Polytechnic while showing me the latest innovations and developments on campus as if I were family. Through this conversation I could see how passionate he was about his work and how proud he was of the accomplishments made by SUNY Poly. I was most impressed with the fact that he greeted every employee by name throughout the tour. For a large facility it was a very welcoming environment.

After returning back to Florida following my visit to SUNY Poly, I remained in contact with Dr. Kaloyeros. Nearing completion of college, I decided to send Dr. Kaloyeros my resume and apply for an open position online. Weeks later I was if contacted by human resources for a position at SUNY Poly. After accepting the job offer, I relocated from Florida to New York where I began my career. Throughout my career at SUNY Poly, I quickly learned how involved Dr. Kaloyeros was with the work being done. While challenging at times, I have never worked for anyone like Dr. Kaloyeros. He pushed not only me, but others to do better. He strove for greatness. There were no excuses and he knew what we were all capable of. Dr. Kaloyeros was not only CEO but he was a mentor. Day or night, whenever there was a question he was there to help.

Through working closely with Dr. Kaloyeros on several projects at the Albany campus I recognized his kindness and support to others. I was tasked with a project to help with the relocation of SUNY Poly's Children's Museum (CMOST) to the Albany campus. Dr. Kaloyeros was as detailed oriented and thoughtful throughout the project as if his own children would attend the program. He wanted to create the ultimate experience for the children. From the first day of the project, the interest and experience of the children and community was the number one goal in mind. He wanted visitors and people from all around the world to learn about the semiconductor industry and show the research and advances we were making on campus.

Another example which encompasses Dr. Kaloyeros's personality would be the event that he created "Community Day" at SUNY Poly. At this event, SUNY Poly opened the campus to the community and created an interactive experience throughout the site so the community could learn the inner workings of SUNY Poly. From tours showing the cleanrooms, hands on experiments where anyone could participate, entertainment, interactive games for children, it was the ultimate experience which was his vision. While this was not something we had to do as an

establishment, it demonstrated what kind of a leader Dr. Kaloyeros was in that he wanted to support the community while teaching the core values of SUNY Polytechnic Institute.

While I'm sure this is one of many letters written on behalf of Dr. Kaloyeros, it is my intent that his kindness and generosity depict his character. Dr. Kaloyeros is a brilliant mind that society has, and will continue to, benefit from. What many believed to be unimaginable, Dr. Kaloyeros made a reality. Dr. Kaloyeros put Albany on the map for being innovators and brought thousands of jobs to New York State, myself included. I could not have asked for a better mentor to help guide me through the beginning of my professional journey.


Warmest Regards,

Zach Wheeler

# EXHIBIT 27

September 25, 2018

Dear Judge Caproni,

I write to you in regards to Dr. Alain Kaloyeros, so as to share my personal relationship with him and to provide you with my perspective as to his character.

Let me first begin by giving you a brief background on myself. My name is Wayne Flores, I served as a New York State Trooper for over 33 years, attaining the rank of First Sergeant, a position I held over the last 19 years of my career. In that position I would oversee the personnel under the umbrella of the Troop which I was assigned to. During my last 7 years I was assigned to Troop G, which was comprised of 10 counties encompassing the capital district of New York. This is also the largest Troop in New York with over 600 employees. Upon the conclusion of my career with the State Police in August of 2014, I was then employed jointly by SUNY Polytechnic Institute and the Research Foundation of New York, in the role of police and security management respectively. I was employed in this position for just over 3 years.

My first contact with Dr. Kaloyeros, or Dr. K, as most persons referred to him, came about in May of 2014, while I was employed as the First Sergeant of Troop G. Dr. Kaloyeros visited the Troop G headquarters to view firsthand the operations and security measures that were employed at our facility. From the onset he was extremely friendly and genuinely seemed interested in the manner in which we were conducting our operations. During the course of this encounter we obviously discussed security measures but we also talked about our own personal lives and families. Dr. Kaloyeros seemed to be a caring and personable individual.

While living and working in the capital district for over the last 20 years it was virtually impossible not to have heard about Dr. Kaloyeros. Despite this larger than life persona that the media had portrayed him to be, upon meeting him he came across as the "guy next door", someone that you could easily talk with and feel on par with.

Within a few days of his visit, he had sent me a personal email again thanking me for the visit and offering me a personal tour by himself of his facility at the College of Nanoscale Science and Engineering. Shortly after that I was additionally offered an opportunity to work for him. I accepted the offer and began employment there on August 25, 2014.

During my employment I was obviously not involved in inner workings of management decisions , but I was directly involved in public and media events that took place. During such events I would be responsible for the security of those in attendance. Given the level of guests that have been present at this facility over the years, including President Obama, it goes without saying that the "status" of those in security is quite a bit lower than that of the guests. Despite this, at every such event Dr. Kaloyeros would always personally visit with me and the other members of the security team to make sure we were OK. It was obvious Dr. Kaloyeros cared greatly about the college and all of its outreach, but it was just as obvious to me that he cared about the employees as well. Whether it was at such an event or just a passing in the hallway, Dr. Kaloyeros always went out of his way to be friendly and make you feel as much a part of the team as anyone else. For me it was an honor and privilege, and I am still proud today to have worked for him.

Sincerely,

Wayne Flores

Wayne Flores

Wayne Flores

# EXHIBIT 28

**Ronald D. Goldblatt, PhD**
████████████████████████████
████████████████████████████

November 15, 2018

Judge Valerie Caproni
U.S. District Court

Dear Judge Caproni:

I write on behalf of Alain Kaloyeros, a colleague and friend, to describe Alain's many good qualities and ask you to show leniency at sentencing.

I am currently the President and CEO of G3 Technical Services, an executive consulting agency. I am responsible for all day-to-day management decisions and for the implementation of the firm's long and short-term plans. As part of my duties I serve as subject matter expert in all aspects of semiconductor science and microelectronics during the Washington, DC round table meetings of the Stanford Research Institute, which was commissioned by the Department of Defense to conduct a study relating to Government Trusted and Assured Semiconductor Manufacturing.

I first met Alain over a decade ago when I was working for IBM. I was assigned to IBM's efforts to expand in Albany, and we worked together to create and establish the new semiconductor manufacturing facilities at the University of Albany/CNSE. Dr. Kaloyeros impressed me with his ability to understand the business goals of academic studies, and to translate between industry and academia. His involvement was critical to our success in building the facilities.

I also collaborated with Alain to vie for SUNY Poly and SEMATECH's designation as a "Trusted Foundry." The Department of Defense started the Trusted Foundry program out of concern that foreign microelectronics suppliers were a security risk for the military. The Chinese government and Chinese nationals are extensively involved in all levels of the supply chain for microprocessors, and up to a quarter of all military computer systems rely on Chinese-produced components. These concerns recently came to a head when Bloomberg reported that the Chinese military hid espionage chips on computing hardware destined for U.S. military and intelligence agencies. Although SUNY Poly's effort to become a Trusted Foundry faltered in the wake of Alain's arrest, it is representative of how Alain's work benefitted Americans.

On a personal level, I have known and worked with Alain for over a decade. Our interaction was always professional and respectful and I believe that he is a man of integrity. Although he is a very demanding man, he demands the most of himself. I believe that he was committed, above all, to the idea that Upstate New York could host its own technology industry.

November 15, 2018
Page 2


Thank you for your consideration.

Sincerely,

*Ronald D. Goldblatt*

Ronald D. Goldblatt, Ph.D.
President and CEO
G3 Technical Services, LLC

# EXHIBIT 29

# NICOTINA & ASSOCIATES LLC

Accounting – Taxes – Business Consultants



September 5, 2018

To The Honorable Judge Valerie Caproni

RE: Character Reference for Alain Kaloyeros.

Your Honor,

I have had the distinct pleasure and honor of knowing Alain Kaloyeros for more than 10 years, and I regard him as a loyal and personal friend.

Dr. Kaloyeros possesses a deep-rooted devotion toward his family and friends.  His love and devotion for his family also extends, selflessly, in his service to the community in which he resides and to the Greater Capital Region.  As a competent, intelligent and well-educated scientist, Alain has always envisioned and strived for a better community.  His hard work, dedication, vision, ingenuity and commitment have always served him well.  Those attributes have also helped make SUNY Polytechnic Institute a greatly admired, well-respected and world-renowned academic institution.  His work attracted the very finest and largest private high-tech companies to the Capital District for research and development, resulting in an surge of community pride, job creation, growth, and increased tax revenue.  I believe, and many others would agree, that few, if any, individuals have helped advance higher education, research and development in our community more than Dr. Kaloyeros.  I know from many of our conversations that his love for our community and his many, many students is what motivated him to continue to pursue the amazing work he has done.

Alain has expressed his deepest regrets about the impact his case has had on his family, his friends and for the community, at large.  I verily believe that both he and our community will be much better served by his being allowed to remain in the community.  Dr. Kaloyeros possesses the requisite attributes and values to both assume responsibility and to "make good" on his actions.  His life and the life of his family has already been turned upside down.  He lost the job that he loved and his reputation will be forever impacted.  I urge that you consider a sentence that allows Dr. Kaloyeros to stay in our community; a community which he cherishes and which has greatly benefitted from his care, concern, commitment, involvement and tireless efforts.  Alain is a valuable member of our community.  We need him, again, in our community.

I respectfully hope that, with its sentencing, the Court allows Alain to remain a valuable member of our community.  Alain is a devoted family man, a loyal friend and a good human being.  All of his past good

deeds and efforts are positive proof that a lenient sentence will much better serve the long-term and best interests, the general welfare and the future well-being of our community.

It is my sincere hope that the Court takes this letter into consideration at the time of sentencing.


Thank you for your time, attention and consideration.


Respectfully,

*Ottavio Nicotina*

Ottavio Nicotina

# EXHIBIT 30

August 28th, 2018

Dear Judge Caproni:

My name is Joseph Valenti, ███████████████████ I am a good friend of Dr. Alain Kaloyeros, and I would like to share with you some important information about my dear friend Alain. I first met Dr. Kaloyeros in the Summer of 2010 at a local Starbucks Coffee Shop located in Stuyvesant Plaza, Albany, New York.

I remember the day quite clearly as I was sitting at a table and silently thinking, there is that guy, the one who is always on the local news and described as the Professor of Nanoscience, the Vice President and Chief Executive Officer for CNSE at University at Albany. There he was standing in line at a local Starbucks Coffee Shop in a pair of faded jeans and a button-down shirt flipping through a newspaper. He ordered his coffee and then sat down at a table close to where I was sitting.

At the time, I was conversing with an older gentleman sitting next to me who quietly whispered "he is the nicest man you will ever meet". I found it interesting how that man knew exactly what I was thinking. I spent the next few hours with the older gentleman discussing cars as I was in the market to purchase a new one. During our conversation, I noticed that customers of all ages were making a conscious effort to stop and speak with Alain. As I watched, I observed his interaction with people, and how he appeared to be very kind, polite and gracious, but most of all, I noticed his unique sense of humor, which obviously caught the attention of others. I found this behavior extremely odd, especially coming from someone in such a high-powered position as most are usually distant and detached when in public places. Not this guy. He was different, and very much a people person, down to earth just like the rest of us sitting in that coffee shop.

A while later Mr. Kaloyeros stood up and started to walk towards us. He shook my friend's hand, looked at me and introduced himself as Alain Kaloyeros. I said very nice to meet you Mr. Kaloyeros, and he replied, "My name is Alain, please call me Alain". I remember thinking what a very nice man he is indeed. Mr. Kaloyeros walked out of the store and back to his car. A few days later, I visited the same coffee shop and was enjoying my morning coffee and paper when Alain walked into the store. He ordered his coffee and sat at the table close to me even though there were plenty of empty tables nearby. We chatted for quite some time about everything and anything. It was as if we had known each other for many years,

and never once did he mention his title or position with SUNY.  During our chat, I noticed that he always made the effort to say hello to the person sitting next to him or to an acquaintance that just walked into the store.  That is the type of man Mr. Kaloyeros is – a true genuine human being with a great admiration for people.   From that day forward, meeting Alain at the local coffee shop became a regular routine and within the past few years, the coffee routine turned into a biweekly dinner routine for several of us who now consider Alain a very good friend.

Judge Caproni, I can say it with total confidence that few men have a sincere, compassionate and genuine heart and few men have contributed to society in a way that Mr. Kaloyeros has.  Mr. Kaloyeros is an exceptional and valuable member of our community, and he has so much to offer the Capital District. People are naturally drawn to his incredible outgoing personality.  He is exceptionally bright and his talent is unmeasurable.

It has been my pleasure to know Alain for over eight years.  I have always found him to be very honest, kind, hard-working, gracious, very generous, respectful and loyal and most of all incredibly funny.  Alain's heart is bigger than life, and to know him is to love him.

Thank you in advance for taking the time to read this lengthy letter describing this individual who I am happy to call 'my friend'.  If I can provide any additional information, please feel free to contact me ███

Thank you

Joseph Valenti

# EXHIBIT 31

September 20, 2018

Dear Judge Caproni,

    My name is Gary Lee.  I have been in law enforcement for 34 years and I recently retired as a sergeant in the Guilderland Police Department.  In the Fall of 2016, I only knew Alain Kaloyeros by reputation.  But after following the press about SUNY Poly and seeing him get indicted, I felt compelled to send him a message wishing him the best with his case.  Dr. Kaloyeros responded graciously and a few weeks later we met for coffee.

    Prior to our meeting, my family and I had watched the SUNY Poly complex grow for many years and were so impressed by what he had done for our community.  Alain's contribution to this area is without question.  In Albany alone, he has created countless jobs and a new University, which has world-wide recognition for its research.  I thought of Dr. Kaloyeros as this "larger than life" local celebrity that was responsible for it all. It was kind of surreal to be sitting and talking with him.  While I was expecting the "big" personality that is often portrayed in the media, Dr. Kaloyeros was warm, personable, and easy to talk to.  The conversation was casual and we talked about our families, our interests and hobbies.  We also talked about how mutual interest in tennis.   From our conversation, I could see what made him successful.  He has an ability to relate to a broad range of people in a genuine and empowering way.  We parted ways with a promise to get together again for some tennis.

    A few weeks later, we got together to play.  He won, though I was sure to joke with him that he really wasn't that good.  We followed up this match and others with visits to a local restaurant.  Each time, I was struck by the fact people would come up to him and wish him well.  One time, it was a guy who works at SUNY Poly.  Another time, it was a former student who was very happy to see him.   It was clear to me from these interactions that Alain is someone who cares deeply for people and has impacted many, many lives.

    With over 30 years in law enforcement I have complete respect for our Judicial Process.  I respectfully ask that you consider these points in your decision making:

  − Alain has no prior record that I know of. His "story", from the Streets of Lebanon training and fighting with the Israeli Army as a teenager to Upstate New York to create the World's premiere Nanotech Institute, to Manhattan Federal Court is remarkable

  − Alain has so much to offer with the knowledge he carries every day. I know that society would benefit immensely from him both as an educator and as the good person that I have come to know.

Respectfully submitted,

\_\_\_/s/\_\_\_\_

Gary Lee

# EXHIBIT 32

November 15, 2018


Dear Judge Caproni,

    I have been Dr. Kaloyeros' tennis coach for approximately 2 years.  During that time, we have developed a close relationship and I cannot say enough about the kind, respectful, fun-to-be-around, and high character individual that he is. I wish more people could see the side of him that I have gotten to know, because he is truly one of a kind.  For one thing, as busy as he is, he always takes time out of his day to listen to and support people.  I know I have benefited greatly from the wisdom he has imparted to me over the years.  Not a birthday or holiday goes by without Dr. Kaloyeros sending a note or a small gift to express his appreciation for my help with his tennis game.

    As far as his effect on the community, words cannot adequately describe it. Everyone who knows him locally sees him as an extremely intelligent and determined individual who brought so much business to the area and helped the local economy exponentially. He really has had a positive lasting impact on our community.

    My hope is that by reading this, you will have a better understanding of the man that Dr. Kaloyeros is and the impact he has had on so many lives, including my own.

        Sincerely,

        Alex Van Cott