# EXHIBIT 33

Fredric U. Dicker



October 30, 2018

Dear Judge Caproni,

I write you seeking leniency on behalf of Dr. Alain Kaloyeros, who I've known for well over a decade as the single most creative and impressive force for the regeneration of Upstate New York's sadly deteriorated economy.

During that time I was the State Editor of the New York Post, the political analyst for WRGB-TV in Schenectady, and the host of "Live from the State Capitol" radio show that continues to air on WGDJ-AM in Albany and WVOX-AM in Westchester.

I worked for four decades as a journalist covering New York State politics and government. I reported on six different governors and dozens of other senior government, political and business leaders, and of course became familiar with the grim reality of the corruption and malfeasance that too often defines public office in New York.

Dr. Kaloyeros, as I watched him chalk up success after success year after year, came to represent quite the other side of that reality, a breathtakingly accomplished scientist who actually had a record of extraordinary achievement working in the public interest. He was in a class by himself.

Dr. Kaloyeros was a one-man dynamo in his public position, whose recognized brilliance, hardly-disguised flamboyance, and down-to-earth candor turned him into the single greatest ambassador for New York economic development. He was unlike anyone I'd seen during my long career watching public figures.

I recall with amusement having discussions with the leaders of the state Assembly and Senate during which both claimed credit for being the moving force behind Dr. Kaloyeros' famous Nano Center complex in Albany and for being responsible for having created the State University College of Nanoscale Technology and Engineering, with its thousands of jobs and students and dozens of major private sector partners.

The claims were also ironic since I had had discussions a short time earlier with then-recently elected Gov. Andrew Cuomo, who claimed his father, Gov. Mario Cuomo, was the one who really deserved the credit for launching Dr. Kaloyeros on a State University career that had produced such remarkably positive results.  He has worked successfully with Democrats and Republicans.  With all these high level and often rival political leaders claiming credit for Dr. Kaloyeros' accomplishments, it seems reasonable to conclude that he certainly wasn't a partisan political player

Business leaders have told me over many years that Dr. Kaloyeros' vision and accomplishments were the single greatest hope for the economic rejuvenation of the Capital District and a good part of upstate New York. Indeed, several said Dr. Kaloyeros and his accomplishments actually contributed to their staying in New York.

Dr. Kaloyeros' vision and skill have brought over $10 billion in state, federal and private sector investments to Upstate, along with dozens of world-class companies and an international collection of nano technology experts. On my radio show, I have called him the Johnny Appleseed of Upstate Job Creation. Because he brings high quality, economy-boosting jobs wherever his projects take him.

Finally, I'd like to mention the compelling and harrowing personal story that Dr. Kaloyeros shared with me many years ago, one that I believe has fueled his remarkable professional accomplishments.

The story involves Dr. Kaloyeros as a young college student in his native Lebanon being captured along with several friends by a militant militia group.  The group proceeded to bind and beat all the students and then sought to murder them by slashing their wrists and leaving them for dead.

Dr. Kaloyeros told me when he eventually awakened in a hospital he realized he was one of the few in the group who had survived, and he showed me the slash marks on his wrists as the grim reminders of the enduring nightmare that he still lives with.  It always seemed to me that Dr. Kaloyeros' harrowing experiences in Lebanon enhanced his determination to build a world class research facility in New York that would show those in his former homeland, friend and foe alike, that he had been able to achieve greatness in the United States of America.

For all the reasons cited above, for all the obvious good he's done for his community and his state (and arguably even for the nation), for the inspiration he's provided to literally thousands of colleagues and college students, and for showing that sophisticated government programs led by the right individual are capable of providing hope and opportunities to badly distressed communities, I urge you to grant Dr. Kaloyeros leniency in your sentencing decision.

Yours truly,

Fredric U. Dicker

# EXHIBIT 34

Lawrence Kotlow DDS

Dear Judge Caproni:

My name is Dr. Lawrence Kotlow.  I am a pediatric dentist, located in Albany, New York. My wife Ellen and I have had the privilege of living next door to Dr. Alain Kaloyeros and his family since they came to Albany and created the complex now known as SUNY Poly.   During that time, his tremendous efforts were focused on vaulting the City of Albany and State of New York into the forefront of Nanotechnology.

When Alain came to Albany, the area northwest of SUNY Albany was just a sandy, vacant piece of land.   I cannot think of anyone else who could have moved a major thoroughfare, had an overpass built, and created the most modern and up-to-date facility in a record time. In this day of cost overruns, failure to perform, and taking short cuts in manufacturing, he proved that a major complex can be built on time and efficiently. He did not take bribes, trade jobs for money, or create any substandard facility.

His creation was the envy of many cities. He was proud of his efforts. I often attended open houses where he proudly showed people the College and its specialized manufacturing labs. His loss to the College has been a loss to the University and Albany. Albany would have been far better off with his remaining at the helm of the school he created.  I respectfully see no benefit to taking this man out of circulation. Rather, the Court should require him to teach and contribute to the community.

As a friend and neighbor, Alain and his wife were always friendly, approachable and good people. If I ever needed a favor, he was always there ASAP to help out.

Please consider everything he accomplished.

Sincerely yours,

Lawrence
Kotlow DDS
Digitally signed by
Lawrence Kotlow DDS
Date: 2018.10.29
15:02:42 -04'00'

Lawrence Kotlow DDS

# EXHIBIT 35



WWW.COMMSOFT.NET

Larry A. Davis
Pres/CEO
CommSoft



Sept 7, 2018

Re: Character reference for Dr. Alain Kaloyeros

Your Honor,

I am writing this letter on behalf of Dr. Alain Kaloyeros. I have known Dr. Kaloyeros for more than 20 years, both as a friend and in my role as a member of the board of the University at Albany Foundation. During that time, I have watched his career blossom from a university professor to the Dean of SUNY Polytechnic Institute.

Over that period, I have witnessed him mentor many students and business people to become leaders of technology and commerce. I personally believe he has been singularly responsible for bringing tens of billions of dollars in economic development to New York State.  He could not have had this kind of impact if he were an average individual. I find him to not only be a stunning intellectual, but also a very capable entrepreneur. He has accomplished many major projects in a fraction of the time that it would take an average bureaucrat. Having watched Dr. Kaloyeros as both an academic and an entrepreneur for many years, I honestly believe that he always acted in the best interests of the state and the institutions he represents.  He does not act out of a desire for self-enrichment or to impress political operatives who did not fully understand the important work he was doing.

I know Dr. K has learned, as any great scholar would, from this experience. I believe that any further punitive punishment, would only inhibit his next great accomplishment. I humbly ask you to please give him an opportunity to return to what he does best, creating greatness.

If you have any further questions, please feel free to contact me on ████████

Sincerely,

Larry A. Davis
President/CEO
Commsoft

# EXHIBIT 36

November 7, 2018

Dear Judge Caproni,

I am writing to you on behalf of Dr. Alain Kaloyeros. Alain has been a friend and business associate of mine since 2012.  We initially met because I invited Apple's co-founder, Steve Wozniak, to come to New York's Capital District to headline a fundraiser and tour Albany's Tech Valley region.

As part of Steve Wozniak's trip, he experienced SUNY Poly and the numerous robust industries that had begun in this area due to the impact of Alain's leadership.  Wozniak was so impressed by all he saw in those two days that he declared to Albany's Times Union newspaper "If I was in college, this is where I would want to go to school."

In the following months, Alain and I worked on strategies to entice Apple to consider Upstate New York as an ideal location for a US manufacturing facility.  Alain pressed hard for this to happen.  I watched the intensity of someone who was driven to bring even more new jobs and state-of-the-art manufacturing facilities to our community.

Since that time, Alain and I have met on several occasions to analyze other business opportunities that promise to bring new technology, jobs and credibility to the area. Throughout all of my interactions with Alain, I have seen a person who was motivated to enrich the community, and certainly his students, far more than to reap the potential of personal gains.

Alain Kaloyeros created a massive, sustainable, growth engine that has been a substantial economic driver for the state and benefited many.  Over the years I have come to know the creativity, the passion and the unique skill set it took for him to achieve the kind of success that is now present here.

Regards,

John Scheib
Partner
Scheib Associates, Inc.

# EXHIBIT 37

*November 14, 2018*

Dear Judge Caproni,

Dr. Alain Kaloyeros is a visionary who has singularly repositioned New York State as global leader in the ever faster changing world of technological innovation. Uniquely talented in bringing academic, business, and political powers together, he is fundamentally an inventor who sees beyond the technical merits of his many patents. He is able to translate his innovations into concrete benefits for the state, the country, and society as a whole. His research and vision of yielded both specific technologies that we use in everyday life and a thriving high-tech sector in New York State.

I met Dr. Kaloyeros in the gym about three years ago. I am a music journalist and former Publications Director at General Electric, two very different functions. As a music journalist, I look for character traits that set one musician apart from others. As publications director, I oversaw magazines and newsletters that presented GE's image as a trend setter to customers and the world. I had no idea who Dr. Kaloyeros was when I worked out next to him in the gym, but I realized immediately that he was a dynamic personality.

As we got to talking, I realized that here was a man whose both left and right brain activity were equally well developed. At GE, I learned that most technical people have no idea how to turn their innovations into products that improve quality of life. As I got to know Dr. Kaloyeros, I realized that he was uniquely talented in connecting the dots between his nanotech inventions and their end use applications, including everything from clean energy to healthcare. In the world of music, I've interviewed the most creative and successful artists in the world from Jerry Garcia to Carlos Santana. The one quality they all share is a childlike ability to cut through the stiffness that society imposes on us adults. Dr. Kaloyeros has that ability in spades. Suffice it to say, Dr. Kaloyeros' character reminds me of many of the brilliant musicians I interview. He has the charm of Mark Twain, the wit of Damon Runyon and an obsession for making all our lives more enjoyable.

I honestly believe it is not hyperbole to suggest that his work has a tacit effect on New York not dissimilar to the building of the Erie Canal. He is not a politician, an elected official, or even an executive trying to profit from donations. He is instead a talented researcher who has continued to publish articles and apply for patents even after his trial. I ask that your Honor consider all of his accomplishments as you consider his sentence.

Sincerely,

Don Wilcock

Freelance Writer Contributing writer - Nippertown

Contributing Writer - Blues Blast

Contributing writer - American Blues Scene

Contributing Editor - The Blues Music Magazine

Contributing Writer - Blues Matters

The Blues Foundation's Keeping The Blues Alive in Print Journalism Award

# EXHIBIT 38

September 19, 2018

Dear Judge Caproni,

I first met Alain Kaloyeros about 12 years ago. I was working as a treadmill repair specialist and was contracted to repair Alain's treadmill. Upon arriving at his home I was greeted by Alain and made to feel welcomed. I was escorted to the home gym area where we chatted about our European heritage, exercise, treadmills, and some ordinary chit chat. He was welcoming, hospitable and a gracious host. I had no idea who he was at the time. He was just a guy with a broken treadmill. One that required a second visit to install parts. He never once mentioned any of the wonderful things he was doing for NY.

A few days later, I saw a picture in the newspaper and upon closer inspection I recalled - hey that's the guy whose treadmill I just repaired. The article was about the great things Alain was doing to help NY become the nano tech leader in the Country. I recall reading the article and thinking to myself, wow this guy is big deal. All that time we spent together he never mentioned anything about it. I remember thinking to myself, this guy made me feel important and talked about how great of a job I was doing, but, all I was doing is fixing his treadmill. He was building the entire region into a nanotech powerhouse and instead of talking about himself, he talked about me. Made me feel valuable and appreciated. I thought what a noble and respectful person this man is.

Upon returning to his home to install parts I mentioned I read about his great achievements to make Albany and NY great. He appreciated the compliments but again, the conversation led to talk of running, treadmills, exercise and the benefits of having a trade. I repaired his treadmill and thanked him for his tremendous contribution to the area, knowing my child would eventually prosper from what this man was doing today. We exchanged pleasantries, I thanked him for his business and his service to our region and I left.

As luck would have it we bumped into each other several times while I was out to dinner with my wife. Each and every time Alain was friendly, cordial, pleasant, gracious and happy. We would chat and tell stories and always say hope to see you soon - funny enough every few weeks we would bump into each other again. My wife and I both enjoyed our conversations and felt proud to know him.

As time went on I learned more and more about the stellar things this man was doing to bring investment into the area. This man has insulated our area from recession, is responsible for the real estate growth in the entire area, is the reason NY is the tech center is has become and in a round about way has helped my business grow - because of the growth of apartment complexes and their fitness centers I now have more work. So do contractors, so do real estate firms, so do building supply stores and the list of businesses that prosper from this man's skills goes on. I am honored and proud to know Alain Kaloyeros.

David Pirri

# EXHIBIT 39

November 15, 2018

Dear Judge Caproni,

I am writing this letter on behalf of Dr. Alain Kaloyeros.

I have known Dr. Kaloyeros for more than 20 years, having worked with him professionally on some of the state's most important economic development projects from 1997-2006.

Our first meeting would tell me everything I needed to know about the drive and commitment to innovation that would later become a hallmark of Dr. Kaloyeros' contributions to research and economic development in New York. In 1998, working with the New York State Science and Technology Foundation, we began an initiative to change the funding structure for the Centers of Advanced Technology (CATs as they were referred to at the time) to award funding on the basis of milestones and economic development outcomes, not just an as of right handout.

In explaining the change in funding methodology to the 14 different center directors, one of whom was Dr. Kaloyeros who led Albany's center, most expressed grave concern and argued the new approach would endanger their long term potential. Dr. Kaloyeros's response was the exact opposite, instead making the case that essentially, by the time we were done measuring economic impacts, the Albany center would earn 100 percent of the program's funds.

Dr. Kaloyeros' innovative approach to job creation always pushed the envelope, and we had a running and healthy debate about the policy implications. We didn't always agree on policy, but we agreed on goals. Never, in the decade we worked together on some of the largest investments in the state's history, did the topic or mere mention of political donors enter into a single discussion. Moreover, throughout our time working together, I never once had an impression that his actions were motivated by personal gain.  He cared about his university, his students, and the state.

Dr. Kaloyeros' many contributions to New York State, and in particular the Capital Region--the place I call home--are profound. Through the years, he helped to transform the economy of the region, making it the epicenter of nanotechnology research and development in the world.  This would not have happened without his leadership.

As you move forward with your deliberations, I ask that you take his contributions to our state under consideration.

Sincerely,

David M. Catalfamo

# EXHIBIT 40

Danielle King

██████████████

November 6, 2018

To:  The Honorable Judge Caproni

My name is Danielle King and I am the Fitness Director at Sportime Schenectady, where I have had the pleasure of getting to know Dr. Alain Kaloyeros since July 2014. Since that time Dr. Kaloyeros has always proven to be a brilliant and hardworking individual who makes goals to exceed them and has always been a good person to those around him.  It is for this reason I am happy to write this letter for Dr. Kaloyeros.

Throughout the 4+ years that I have known Dr. Kaloyeros I have personally worked with him one on one through personal training sessions each week.  He has always been kind, courteous and committed towards me.  Dr. Kaloyeros has always been generous and kind-hearted.  For example, when I was about to go out on maternity leave he gifted me a present for my daughter and attached a very sweet card to go with it.  He always goes out of his way to be kind to those who show the same respect for him.

We have never spoke about the trial, as I keep my clients' personal lives as that.  He has lost his career, which would definitely make anyone a different person as a whole, but Dr. Kaloyeros continues to work hard and keep a smile on his face as he always had.  I understand how significant the possible sentence can be for him and I hope that you will find Dr. K's life of hard work to warrant a low sentence.

Sincerely,

Danielle King

# EXHIBIT 41

September 12, 2018

Honorable Valerie E. Caproni

United States District Court

Southern District of New York


Dear Judge Caproni,

I am writing to respectfully request that you extend any and all consideration at sentencing to Dr. Alain Kaloyeros, who recently stood trial before your court.

I spent spent thirty- four years with the New York State Police, most of them as an Investigator and then as a Senior Investigator in the state police Bureau of Criminal Investigation.  I met Dr. Kaloyeros in early 2014, when he hired me as the vice president for security at what was then the Colleges of Nanoscale Science and Engineering in Albany, New York, a part of SUNY Albany.  At that time this institution was soon to become the State University of New York Polytechnic Institute. It would then become my responsibility to form a regular SUNY police department to provide public safety and security at the university as well as its associated college in Utica, New York. In this capacity I reported directly to Dr. Kaloyeros.

As I observed Dr. Kaloyeros at work, often close at hand, he impressed me with his devotion to all aspects of SUNY Poly's operations.  He deeply cared about the university, which he clearly came to see as his life's work.  I worked with him in creating the University's police department and can speak to his interest in public safety and law enforcement. He was involved in recruiting, requested regular updates on public safety on campus, and directed me to add an office for the Federal Bureau of Investigation to our police station to safeguard research with national security implications.

On a more general level, Dr. Kaloyeros ensured that SUNY Poly operated smoothly and maintained its relationship with the broader community.  He held regular assemblies with all students and staff members to recognize exceptional service. These sessions also included a lengthy Q & A period during which he addressed all questions and concerns, sometimes with memorable humor.  Each year he

scheduled an open house for area residents which included exhibits relative to the research and course activity and met with all interested attendees in another Q & A session.  Families were encouraged to attend, and some of the activities and displays were geared to young children.


Dr. Kaloyeros demanded integrity from all of his employees and consultants at all times.  During my travels across the state with Dr. Kaloyeros, he consistently refused gifts.  We sometimes attended dinners with business leaders, and the costs would occasionally exceed the allowance for public employee gratuities.  On our return to Albany, Dr. Kaloyeros always made sure that we used personal funds to reimburse the hosts.

I would like to make it clear to the court that at no time did I see or hear of Dr. Kaloyeros attempting to benefit himself.  He was always focused on SUNY Poly's future.

Thank you for your consideration relative to this matter.


 Thomas W. Louis /s/

Chief – SUNY Police (Ret.)

# EXHIBIT 42

November 13, 2018


Dear Judge Caproni,


I have known Dr. Alain Kaloyeros since 2001, when I joined University at Albany as an intern. I was lucky to be part of The Center for Environmental Sciences and Technology Management (CESTM) led by Dr. Kaloyeros from the very beginning. As a student from different country, speaking a foreign language, starting this internship - I didn't know what to expect and I wasn't sure if I would make it ok. I have to admit that I was overwhelmed by the size and scale of projects and companies that this institution was working with. I think that Dr. Kaloyeros saw that. He helped me right away. As my advisor he told me that this is only in my head, that all truly depends on me and that it was my choice what I would do and how I would do it. I made a good choice. I've stayed and used that time wisely.  I've since learned about real meaning of this decision, about the impact of this place not only on me, but on the whole University, City, State and Region.

What surprised me the most was the atmosphere at CESTM. It was a combination of professionalism and creativity, engagement and joy of discovering the world, support and spirit of progression. On the one hand I was a student gaining knowledge as other students in other Universities; on the other hand I knew that I was part of something meaningful, something big. I was proud. Simply and honestly proud that I was part of it and that I was playing a tiny part in this new, life changing nanotechnology world. Knowing the projects and scientific goals behind them, I knew that our work was important and that it would impact many people in the future. I felt it at that time and I feel and know this today.

The person that stood behind all this was Dr. Kaloyeros. He had always this visionary way of combining development, education and business. During my whole life, I haven't met any other person that would be able to do that with such amazing and fast progressing results.  He had the determination and clear will to develop this place and the whole region.

I don't know how many students, during all of those years of Dr. Kaloyeros's leadership, graduated and had a chance to start great jobs. I don't know how many people were hired simply to build, construct and create all of these facilities. I don't know how many scientists and faculty had a chance to start better lives by getting jobs in this region. Finally I don't know how many life changing projects, cutting edge developments, products and innovations were discovered, created, or originated from this place.  But in each case I am sure that it is more than I could imagine.  And I am 100% sure that the whole education-business center that was created by Dr. Kaloyeros has had a lasting global impact on health, technology, the military, education and many more. I also know that this is thanks to Dr. Kaloyeros's intense commitment to the school and to us students individually.

I was and I still am proud that I was part of this amazing institution led by Dr. Alain Kaloyeros. These 3 years had the greatest impact on my life, not only due to the University

education I've gained there, but mostly because of life changing experiences. I've learned that one person can achieve a lot if only has enough faith that it make sense. I've learned that the easiest ways are not always the best ones and that accomplishments require sacrifices. I've learned that it is not a shame to admit that one doesn't know something and that it's ok to make mistakes. I've learned all of this from Dr. Kaloyeros.

I am very thankful to Dr. Kaloyeros that he gave me a chance to experience all of this. It was a honor to be part of it.

Katarzyna Topol

# EXHIBIT 43

Kevin Ryan



September 10, 2018

Judge Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Valerie E. Caproni:

I'm writing you today about my dear friend, Dr. Alain Kaloyeros.  Unlike others who may know him, my relationship with Alain has not been centered on work.

I can't recall the exact year we first met, but I estimate that it was in autumn or late winter around nine or ten years ago.  I remember the day.  I was out in Albany visiting some friends and walking downtown when I spotted another friend of mine through the window at a Sushi restaurant.  He waved me over and shortly I ended up sitting down at a table when their dinner was wrapping up, across from Alain Kaloyeros and some other folks.  I was introduced to everyone including Alain, but as a follower of the news, I already knew who he was.

I became comfortable and had a drink or two with the group, essentially crashing their dinner party.  My new friend didn't seem to mind at all.  We talked, joked and got along well, although I was still somewhat nervous.  Having seen him regularly in the news for all of the amazing work he did in Albany, I was a little bit star struck.  This is someone that I naturally looked up to, right away.

At one point I asked how I should refer to him.  "…Dr. Kaloyeros… Alain… did I say your first name correctly?"  He said, "Call me whatever you want".  I responded, "Okay it's going to be 'Big Al' then!", and honestly that name has sort of stuck, at least with me.  I think he's amused by the irreverent nature of the nickname.  The night ended with Alain rejecting my handshake in favor of a hug.

From then on, Alain was a loyal friend.  Even though Alain was an extremely busy and important man in the middle of building SUNY Poly, he made time for me.  Never did a message go unanswered.  At one point he let me give his email address to a relative who was attending SUNY Poly at the Utica/Rome location.  He genuinely wanted her feedback on how student life was and I felt great that I could be the one to facilitate that for her.  She was so excited!

Although he politely declined when I tried to talk him into racing me on my motorcycle at the drag racing track, Alain has always been devoted to helping me pursue my passions.   When I had an idea that I wanted to patent, Alain was my first call and we got together right away.  We met at Starbuck's and talked about ideas and solutions to the world's problems, then about how to advance them.  He spent considerable time with me explaining how to perform research and construct a patent application in such a way that it could pass US Patent and Trademark Office evaluation.  After all, he has gone through the process over a dozen times successfully.  In short, Alain always wants to help people succeed.

Despite the considerable distance between our homes, Alain rarely misses a special occasion at my house.   While I have lifelong friends who won't travel half that distance, Alain is consistently there to support me in good times and bad.

Judge Valerie E. Caproni
September 10, 2018
Page 2


I know that your role as a Judge means that at times you try to evaluate a person completely.  Not simply in an isolated situation, but their life in entirety.  Without a doubt you know of all of the accomplishments and lives that Alain has touched and changed for the better, how many careers he has helped launch and the vast number of extremely productive members of society he has helped to mold.

I would also like you to consider the story of someone who found a truly genuine and dedicated friendship from a person who was wildly successful, busy and sought after, but still had time for a regular guy.  I know that I am not on his level in a lot of ways but that doesn't matter to my dear friend.  He values me and treats me like an equal.

That is real, and it is **rare**.  Alain Kaloyeros is the type of person that the world needs more of.


Sincerely,


Kevin Ryan

# EXHIBIT 44

Robert E Gretschel

November 2, 2018

Honorable Valerie E. Caproni
United States District Court
Southern District of New York

Dear Judge Caproni:

I am writing on behalf of Dr. Alain Kaloyeros, who I had the pleasure of working for at SUNY
Polytechnic Institute.  Dr. Kaloyeros hired me to be part of the command staff for the newly
formed University Police Department at SUNY Poly after an in-depth interview where we
discussed my knowledge, skills and abilities gained through over twenty-six years in the New
York State Police where I retired at the rank of Major, prior SUNY police experience and in the
security industry.

Though I did not meet regularly with Dr. K, as he was known on campus, I worked daily on
police and security issues with faculty, staff and students. This included deans, legal staff,
finance heads and others throughout the University.  Dr. Kaloyeros was described as a driven
and brilliant, visionary leader.  It was he who was viewed as responsible for bringing the
amazing nano-tech complex to life.

Dr. Kaloyeros was involved with the campus community and often conducted meetings with
students and faculty.  He informed attendees of current issues facing the University and
discussed future growth in the industry and academics at SUNY Poly.  I observed Dr. K in
serious conversation with business leaders while walking the halls of the complex.  I also
watched as he stopped to speak with students and to offer encouragement.

At no time did I ever see or hear that Dr. Kaloyeros was benefiting himself through his actions at
SUNY Polytechnic Institute.

I respectfully request that you extend any and all consideration at sentencing to Dr. Kaloyeros.

Thank you for your time.

Sincerely,

Robert E. Gretschel

# EXHIBIT 45

Nicolle Otty



November 15, 2018

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Dr. Alain Kaloyeros

Dear Judge Caproni,

      I was privileged to meet Dr. Kaloyeros in March, 2006, when I began working for his office at the College of Nanoscale Science and Engineering.  I worked as part of Dr. Kaloyeros's team for nearly five years prior to accepting another opportunity with a tenant company on the CNSE campus.  I was able to work with and form a friendship with Dr. Kaloyeros over the course of that eight years which has continued through today.

      Had the Capital Region not lucked out with gaining Dr. Kaloyeros as a professor at University at Albany all those years ago, our region would not have the thriving and diverse campus that it has today.  CNSE employs a unique business model of research and development partnered with   on-campus private company partner tenants who provide internships and jobs to CNSE students.  This partnership is due in part to Dr. K's his vision, innovation, tenacity, and dedication to his community.  When I reflect on my previous employment experience, I always return to my tenure at CNSE as my favorite for a variety of reasons, many of which involved Dr. K.  Dr. K was always available to offer guidance and advice. His sense of humor, quick wit, and generosity helped break up the monotony of an otherwise ordinary day.

It was evident to anyone who entered Dr. K's office that he was first and foremost an academic mentor and advocate for his students, as students he advised were often in his presence.  His dedication to his students and the staff at CNSE was certainly evident across the campus through the respect and reverence exhibited towards him.  He played a personally instrumental role in supporting my continuing education through his encouragement.

As a friend, some of the things I noticed over the years that proved his deep caring and consideration for others was his keen observation skills; Dr. K would always recognize milestones such as awards, recognitions, celebrations.  If you were not having the best day, he would also notice and cared enough to ask how he could help.  If there was a way he could help, he did so without hesitation.

It was exhilarating to be a part of the expansion of SUNY Poly and witness the constant growth and innovations.  I have a cousin who is attending the Tech Valley High School.  I was able to participate in many of the early community outreach programs that brought K-12 schools onto the campus for hands-on STEM experiments.  I often wonder how many of the students were able to recognize a previously unnoticed passion for STEM; I do not doubt that it changed the path for many throughout the years.  I was able to witness the positive impact from opening studies at SUNY Poly to undergraduate programs and the opportunities it afforded to so many residents of New York.

Dr. K recognized a need and had the innovative ideas to fill the need but more than that, he had the passion and dedication to always remain motivated to his vision of what SUNY Poly was capable of providing for the community.

As a lifelong resident of the area I feel abundantly confident that Alain Kaloyeros brought more opportunity and expertise to our community than could have been imagined and we are better off because of him.  I remain in gratitude to Dr. Kaloyeros for his vision and the countless opportunities that continue to exist as a result of his dedication.  I hope you will take into consideration Dr. K's commitment to students and his community during his sentencing.

In conclusion, thank you for your time and consideration in this matter.

Sincerely,

*Nicolle Otty*

# EXHIBIT 46

**Carl J. Kempf III**



November 15, 2018

Hon Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Alain E. Kaloyeros

Dear Judge Caproni:

I currently serve as the County Attorney for the County of Rensselaer, and I have known Alain E. Kaloyeros since February of 2009, when I began my employment at SUNY Polytechnic Institute ("SUNY Poly"), then known as The College of Nanoscale Science and Engineering ("CNSE").

From February 2009 through September 2016, and particularly from February 2014 through September 2016 during which time I served as General Counsel, Vice President, and Special Legal Advisor at SUNY Poly, I worked side-by-side with Alain and witnessed first-hand his passion, deep dedication, and tireless efforts as a public servant for envisioning, establishing, and delivering big science research and development programs at CNSE and it successor SUNY Poly to create jobs and economic opportunity for thousands of individuals and their families.

Alain's work toward providing jobs and economic opportunity often attracted much public attention; Alain's charitable contributions to the community, however, most unfortunately often went unnoticed.  I am aware that a jury found Alain guilty on two counts of wire fraud and one count of wire fraud conspiracy, and I am writing to you to highlight Alain's charitable work and to strongly urge you to take his charitable work into consideration as part of sentencing.

Hon Valerie E. Caproni
November 15, 2018
Page 2 of 2

███████   ████████████████████████████████████
████████████████████████████████ █ a leading nonprofit organization
committed to ████████████████████████████████████████
█████████████████████████████ The Foundation is widely recognized for its innovative
and effective approach in partnering with ████████████████████████
████████████████████████████████

     In 2010, ████████████████████████████████████ honored
Alain, CNSE, and █████████████████████████████ Celebration.  Alain and CNSE
were recognized for commitment to advancing healthcare through pioneering education
and leading-edge research and development in nanobioscience, as well as contributions to
the economic and educational growth of the Albany, New York region and New York State.

     Due to the participation by Alain and CNSE, the ██████████████████ raised
thousands of dollars for the Foundation to use for ████████████████████████
That evening, the ████████████████ noted that the efforts of CNSE under Aliain's
leadership in the area of nanobioscience will shape the future of healthcare and that such
developments in healthcare ████████████████████████████████

     During my time at CNSE and SUNY Poly, I personally witnessed Alain's great efforts
resulting in truly transformational and amazing economic opportunity for thousands of
people and their families. ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████

     Thank you for your consideration and, again, I strongly urge you to take Alain's
community charitable contributions into account as part of sentencing.

        Most respectfully yours,

Carl J. Kempf III

# EXHIBIT 47

**LOGICAL.NET**
VOICE · DATA · NETWORK

1462 Erie Boulevard - Schenectady, NY 12305
(518) 292-4500 - Fax (518) 452-0157
www.logical.net

November 16, 2018

Honorable Judge Caproni,

I've known Dr. Alain Kaloyeros for over a decade, but I learned much more about him during the last five years after my company was hired by SUNY Poly for an IT project. During our engagement with SUNY Poly, I observed several things about Dr. Kaloyeros.  He was very demanding and tenacious about the work we had been hired to do being completed on time, within budget, and that all aspects of the project worked flawlessly from the first day of its implementation.  In addition, he followed up with me to make sure that the project actually created new and sustainable jobs for our region.  Although we are a small company and the jobs that were created aren't as many as would have been possible for a larger organization and bigger project, I am happy to say that two new positions were created as a result of the SUNY Poly project, and they are still maintained to this day.  The SUNY Poly project was definitely the catalyst for these hires.

Based on the manner in which Dr. Kaloyeros interacted with me and my staff during the project, I imagine that many companies were subjected to Dr. Kaloyeros' tenacity to make sure "things got done" and to create new opportunities for small and large businesses in our region and beyond.  I have lived in Albany since 1986, and he is one of the people who have inspired me to continually strive to do all I can to help the Capital Region become a better area in which to work and reside.

In the last two years, after these legal issues began to erode Alain's standing in the community, I've gotten to know Dr. Kaloyeros on a personal level.  I can honestly say that Alain is a good person.  In my opinion, he always meant well, and he continues to mean well.  He is an inspiration not only for me but for many others who come into contact with him.  His main focus has been to enrich the Capital Region by creating jobs and enhancing our educational community.

Alain was very much focused on doing great things for Upstate New York and to help transform it into an area for high tech and high paying jobs.  He worked hard to achieve these goals for our region just like any credible, honest and effective leader would do.

Your Honor, I hope you can find it in your heart and mind to be lenient in your sentencing of Dr. Kaloyeros.  He exemplifies the vison and leadership our society so desperately needs.  Please do whatever you can to allow him to continue his contributions to our state and to our society as a whole.

Thank you for your understanding, and I trust that you will treat Alain fairly and with the respect his lifetime achievements merit.

Very Truly Yours,

Tush P. Nikollaj

# EXHIBIT 48

September 19th, 2018

Re: Alain Kaloyeros

Your Honor,

I am writing this letter in support of Dr. Kaloyeros whom I have known for about 5 years now.  We met when he showed interest in developing a partnership between SUNY Poly and my company the New York Center for Nanomedicine Research in Buffalo, NY where I was then CEO.  In no small part because of Dr. Kaloyeros' efforts, my company and others are performing nanomedicine research and bringing jobs to the Buffalo area.

I found Dr. Kaloyeros to be extremely smart, to the point and very organized with some sharp-witted humor. When we arrived at SUNY Poly we were amazed at what he had achieved with the campus. It was beyond impressive and seeing all the growth and development with new technologies coming to New York State. It was highly exciting and very invigorating to both others and myself. There was a buzz in the air, I have not felt before, people were happy and had positive outlooks for the economy for their regions within the state. Alain and I quickly became friends. I very much liked the fact he was truly looking to grow and develop this community and others throughout the state. He was extremely down to earth with me but was still about the business. While we had many laughs, it has always been clear that he deep-down took his mission to bring change to upstate New York seriously.


Best,

*Scottpatrick J Sellitto*

Scottpatrick J Sellitto

Digitally signed