

## O'CONNELL ARONOWITZ
### ATTORNEYS AT LAW

November 27, 2018

**<u>VIA ECF</u>**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re:**   *United States v. Kaloyeros, et al.,* S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

     We have received your Scheduling Order adjourning Steve Aiello's Sentencing to December 3, 2018 at 2pm.

     We have a scheduling conflict that date but propose the following solution: that our sentencing date be switched with Mr. Ciminelli's on December 7, 2018 at 11:30am. Mr. Ciminelli joins in this request and the government takes no position.

     Please advise if this request is acceptable to the Court.

          Very truly yours,

          O'CONNELL AND ARONOWITZ

          By:

             Stephen R. Coffey

SRC/mh

cc:   **ALL PARTIES VIA ECF**

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
F. MATTHEW JACKSON
SCOTT W. ISEMAN
BRITTNAY M. McMAHON

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG P. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

CHAD A. JEROME
DANIELLE E. HOLLEY
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS
ANDREW KO

HOLLY E. VEGAS*
*(DIRECTOR, HEALTHCARE CONSULTING GROUP)*

***NOT A MEMBER OF THE
LEGAL PRACTICE**

54 State Street • Albany, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
*Service by fax not accepted.*
*With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.*
{00320415.1}      www.oalaw.com