# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

December 11, 2018

**Via CM-ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. Alain Kaloyeros, et al.,* No. S2 16 Cr. 776 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

      We represent Joseph Gerardi in the above-referenced matter. I apologize for burdening the Court with an additional clarification regarding our requested designated facility. In our previous letter dated December 7, 2018, we mistakenly requested "USP Canaan," which is a high-security United States Penitentiary. We meant to request Satellite Prison Camp (SCP) Canaan, which is also located in Waymart, PA.

      Thank you, and apologies for any confusion.

                                    Very truly yours,

                                    WALDEN MACHT AND HARAN

                                    By:    */s/ Milton L. Williams*

                                              Milton L. Williams
                                              Avni P. Patel
                                              Jacob Gardener

Enclosures

cc:     all parties, via ECF